# Exhibit A[1]

| Event | Date |
|---|---|
| Rule 26(a)(1) Initial Disclosures | **September 1, 2023** |
| Paragraph 3 Disclosures under Delaware Default Standard | **September 1, 2023** |
| Disclosure of Asserted Claims and Infringement Contentions and accompanying document production | **September 15, 2023** |
| The parties may file in advance of the "head group" hearing an expert Declaration and supplemental briefing; Briefing shall be no more than **[Alnylam's position:** 1,000 words**]/[Defendants' position:** 4,000 words**]**. | **September 29, 2023** |
| Hearing: parties may present expert testimony and attorney argument about the construction of "head group" | **October/November 2023 at Court's convenience** |
| Invalidity Contentions and accompanying document production | **October 27, 2023** |
| Exchange of terms for construction | **November 3, 2023** |
| Joinder of Other Parties and Amendment of Pleadings | **October 12, 2023** |
| Exchange proposed constructions | **November 10, 2023** |
| Meet and confer to prepare Joint Claim Construction Chart | **November 17, 2023** |
| Joint Claim Construction Chart filed | **November 22, 2023** |
| Plaintiff to serve opening claim construction brief | **December 13, 2023** |
| Substantial completion of document production | **January 15, 2024** |

---

[1] The parties agree that they can use any documents or information (including deposition transcripts and exhibits) produced, taken, or supplied during discovery in Civil Action Nos. 22-cv-336-CFC and 22-cv-924-CFC in this action as if it had been produced, taken, or supplied during discovery in this action.

| Event | Date |
|---|---|
| Defendant to serve answering claim construction brief | **January 17, 2024** |
| Plaintiff to serve reply claim construction brief | **February 7, 2024** |
| Defendant to serve sur-reply claim construction brief | **February 28, 2024** |
| Joint Claim Construction Brief filed | **March 6, 2024** |
| Meet and confer confirmation and amended claim chart | **March 13, 2024** |
| Claim Construction Hearing[2] | **March/April 2024 at Court's convenience** |
| Close of fact discovery | **May 22, 2024** |
| Parties meet and confer regarding streamlining claims and defenses | **May 29, 2024** |
| Opening expert reports on issues where party bears the burden of proof | **July 2, 2024** |
| Rebuttal expert reports on issues where party does not bear the burden of proof | **August 27, 2024** |
| Meet and confer to schedule expert depositions | **September 4, 2024** |
| Reply expert reports on issues where the party bears the burden of proof | **October 10, 2024** |
| Close of expert discovery | **November 12, 2024** |
| Parties meet and confer regarding streamlining claims and defenses | **November 19, 2024** |
| Deadline to file dispositive motions and Daubert motions | **December 20, 2024** |
| Opposition to dispositive motions and Daubert motions due | **January 24, 2025** |
| Reply in support of dispositive motions and Daubert motions due | **February 7, 2025** |
| Joint proposed final pretrial order filed | **March ____, 2025** |

---

[2] Any motion for leave to amend Infringement or Invalidity Contentions shall be filed not later than 30 days following a Court ruling on claim construction issues.

| Event | Date |
|---|---|
| Jury instructions, voir dire, and special verdict forms | **March ____, 2025** |
| Final pretrial conference | **April ____, 2025** |
| Trial | **April/May ____, 2025** |