# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH,<br><br>Defendants. | Civil Action No. 22-336-CFC<br>(CONSOLIDATED) |

**PLAINTIFF ALNYLAM PHARMACEUTICALS, INC.'S**
**<u>MOTION FOR LEAVE TO AMEND ITS COMPLAINT</u>**

Plaintiff Alnylam Pharmaceuticals, Inc. ("Alnylam") respectfully moves, under Rule 15 of the Federal Rules of Civil Procedure and within the time set under the Scheduling Order (D.I. 28), for leave to amend its Complaint to assert infringement of claims 27 and 28 of U.S. Patent No. 11,590,229 (the "'229 Patent") against Pfizer Inc., Pharmacia & Upjohn Co. LLC (collectively, "Pfizer"), BioNTech SE and BioNTech Manufacturing (collectively, "BioNTech") (both Pfizer and BioNTech collectively, "Defendants"). The grounds for this motion are set forth more fully in Alnylam's opening brief, submitted herewith.

<table>
<tr><td>

OF COUNSEL:

William G. Gaede, III
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400
wgaede@mwe.com

Sarah Chapin Columbia
Sarah J. Fischer
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000
scolumbia@mwe.com
sjfischer@mwe.com

Ian B. Brooks
MCDERMOTT WILL & EMERY LLP
500 N. Capitol Street NW
Washington, DC 20003
(202) 756-8000
ibrooks@mwe.com

Bhanu K. Sadasivan, Ph.D.
MCDERMOTT WILL & EMERY LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
(650) 815-7537
bsadasivan@mwe.com

Dated:  February 15, 2023

</td><td>

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

*/s/ Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
(302) 485-3910
ehtownsend@mwe.com

*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

</td></tr>
</table>