# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH, <br><br> Defendants. | Civil Action No. 22-336-CFC (CONSOLIDATED) |

## PROPOSED ORDER

IT IS HEREBY ORDERED this ____ day of _____, 2023, that Plaintiff Alnylam Pharmaceuticals, Inc.'s ("Alnylam") Motion for Leave to Amend Its Complaint is GRANTED. The First Amended Complaint shall be deemed filed.

_____
The Honorable Colm F. Connolly
Chief Judge