## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH,<br><br>    Defendants. | Civil Action No. 22-336-CFC (CONSOLIDATED) |

### [PROPOSED] JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 28), Plaintiff Alnylam Pharmaceuticals, Inc. ("Alnylam") and Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, and BioNTech Manufacturing GmbH ("Defendants") hereby submit this Joint Claim Construction Chart. A copy of U.S. Patent No. 11,246,933 (the "'933 Patent") has been attached as Exhibit A, and a copy of the U.S. Patent No. 11,382,979 (the "'979 Patent") has been attached as Exhibit B.[1]

---

[1] Pursuant to Paragraph 8 of the Scheduling Order (D.I. 28), Alnylam has moved to amend the complaint to assert infringement of U.S. Patent No. 11,590,229 (the "'229 Patent"), which is a continuation of U.S. Patent Application No. 17/651,029, which issued as the '933 Patent. *See* D.I. 58, 59. Defendants oppose Alnylam's motion.

Dated March 1, 2023

Respectfully submitted,

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
MCDERMOTT WILL & EMERY LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
(302) 485-3911

*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

/s/ *Alan R. Silverstein*
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300

*Attorneys for Defendants Pfizer Inc.*
*and Pharmacia & Upjohn Co. LLC*

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for BioNTech SE and*
*BioNTech Manufacturing GmbH*

2

**Joint Claim Construction Chart for U.S. Patent Nos. 11,246,933 and 11,382,979**

| Claim Term and Applicable Claims | Alnylam's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction[2] and Intrinsic Evidence[3] |
|---|---|---|
| "cationic lipid"<br><br>'933 all asserted claims<br>'979 all asserted claims | **Proposed Construction**<br><br>Plain and ordinary meaning, which is "a lipid which may be protonated at physiological pH"<br><br>**Intrinsic Evidence[4]**<br><br>*See e.g.,* | **Proposed Construction:**[8]<br><br>"a lipid having one or two fatty acid or fatty aliphatic chains and an amino acid containing head group that may be protonated to form a cationic lipid at physiological pH."<br><br>**Intrinsic Evidence**, *See e.g.*: |

---

[2] Defendants reserve the right to argue that the following claim terms are indefinite at an appropriate time in the litigation: "head group," "the lipid has a pKa in the range of about 4 to about 11," "the cationic lipid has a pKa in the range of about 4 to about 11," "the lipid has a pKa of from about 5 to about 7 when incorporated into a lipid particle," "the lipid has a . . . log P of at least 10.1," "the cationic lipid has a . . . log P of at least 10.1," "biodegradable group," and "biodegradable hydrophobic tail."

[3] Defendants reserve the right to rely on the intrinsic evidence Alnylam identifies herein and that the defendants and/or Alnylam identify in *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc.*, Civil Action No. 22-cv-00335-CFC (D. Del.).

[4] Alnylam reserves the rights to rely on any intrinsic evidence cited by Defendants in this matter, or any intrinsic evidence cited by either party in the Joint Claim Construction Chart in the co-pending *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc.*, Civil Action No. 22-cv-00335-CFC (D. Del.).

[8] Defendants believe their proposed construction of "cationic lipid" is consistent with Moderna's proposed construction for the same claim term in *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc.*, Civil Action No. 22-cv-00335-CFC (D. Del.), subject to review of Moderna's briefing.

| | | |
|---|---|---|
| | '933 Patent[5]: Abstract, 1:17-19, 1:42-46, 1:47-57, 1:61-2:20, 3:63-4:10, 5:51-65, 6:49-9:20, 10:30-45, 11:4-15, 11:64-12:7, 12:55-65, 14:4-15, 15:31-54, 16:1-14, 18:43-19:12, 19:13-19, 19:20-21:60, 21:61-25:56, 28:38-29:32, 29:33-53, 29:54-61, 29:65-30:11, 31:1-10, 32:16-64, 33:11-20, 34:14-30, 36:34-37:24, 58:40-52, 58:66-59:18, 60:36-61:21, 76:18-23. 76:24-333:61, 334:62-67, 335:1-341:33, 341:34-37, 341:38-351:64, 351:65-352:67, 353:1-354:60, 355:1-2, 355:3-395:24, 395:48-52, 395:52-398:10, 405:33-67, 406:33-410:53, , 410:57-62, 411:27-34, 501:22-27, 519:62-521:11, 521:13-529:31, 529:32-534:27, Table 1A, Table 1B, Table 1C, Table 2A, Table 2C, Table 2D, Table 2E<br><br>'933 Patent Claims: 1-28<br>'979 Patent Claims: 1, 3, 9, 10, 18, 25, 26 | **Specification:**<br><br>'933 Patent at: Abstract; 1:42-48; 1:61-25:57; 29:65-33:10; 34:16-398:10; 410:31-63; 411:27-534:27; 535:38-539:11<br><br>**Prosecution History:**<br><br>'933 Patent:<br><br>4/29/21 As-filed Application & Preliminary Amendment<br>8/10/21 Preliminary Amendment<br>9/07/21 Office Action<br>10/13/21 Terminal Disclaimer<br>10/14/21 Office Action Response<br>10/29/21 Notice of Allowance<br>11/16/21 Amendment After Allowance<br>12/1/21 Corrected Notice of Allowance<br><br>'979 Patent: |

[5] Alnylam and the Defendants agree that the specification for the '933 Patent and the '979 Patent are identical or substantially identical. For convenience, both parties' citations are to the '933 Patent specification. The parties reserve the right to rely on citations to the '979 specification, to the extent there is any difference to the corresponding '933 specification citation. Alnylam and Defendants recognize that portions of the specification of the '933 Patent cited in the parties' intrinsic evidence include certain errors, and that these errors are not present in the specification of the '979 Patent. The parties are working toward a stipulation to correct these errors.

| | | |
|---|---|---|
| | U.S. Patent App. No. 17/302,311[6] Prosecution History, including but not limited to July 01, 2021, Restriction Requirement; August 02, 2021 Response to Restriction Requirement; August 02, 2021 Amendments to the Claims and Application Remarks; September 07, 2021 Office Action; October 13, 2021 Amendment to the Claims; October 14, 2021 Amendment and Remarks Made in Amendment; November 16, 2021 Amendment After Allowance and Remarks<br><br>U.S. Patent App. No 17/644,907[7] Prosecution History, including but not limited to March 04, 2022 Non-Final Rejection; April 18, 2022 Amendment After Allowance; April 18, 2022 Applicant Remarks | 12/17/21 As-filed Application & Preliminary Amendment<br>3/4/22 Office Action<br>3/7/22 Office Action Response & Terminal Disclaimer<br>3/23/22 Notice of Allowance<br>4/18/22 Amendment After Allowance<br><br>U.S. Patent No. 11,071,784:<br><br>07/23/19 As-filed Application & Preliminary Amendment<br>06/02/20 Office Action<br>10/29/20 Office Action Response<br>12/03/20 Office Action<br>03/03/21 Office Action Response<br>03/22/21 Notice of Allowance<br><br>U.S. Patent No. 10,369,226:<br><br>4/2/15 As-filed Application<br>6/17/15 Preliminary Amendment<br>12/17/15 Office Action<br>5/17/16 Office Action Response<br>6/22/16 Office Action<br>9/21/16 Office Action Response |

[6] U.S. Patent App. No. 17/302,311 issued as U.S. Patent No. 11,246,933.
[7] U.S. Patent App. No. 17/644,907 issued as U.S. Patent No. 11,382,979.

|  |  | 11/3/16 Office Action<br>2/2/17 Terminal Disclaimer & Request for Continued Examination<br>5/30/17 Office Action<br>10/30/17 Office Action Response<br>12/12/17 Office Action<br>4/12/18 Request for Continued Examination<br>8/15/18 Office Action<br>1/8/19 Office Action Response<br>2/14/19 Notice of Allowance<br>5/14/19 Substitute Specification<br>5/23/19 Interview Summary<br>6/3/19 Substitute Specification<br>6/20/19 Substitute Specification<br>6/28/19 Response to Amendment after Allowance<br><br>U.S. Patent No. 9,061,063:<br><br>12/07/12 As-filed Application<br>4/11/13 Preliminary Amendment<br>4/03/14 Office Action<br>6/03/14 Office Action Response<br>7/18/14 Office Action<br>10/16/14 Office Action Response<br>12/15/14 Office Action Response<br>1/2/15 Office Action Response<br>1/2/15 Notice of Allowance |
|--|--|--|

4

| | | |
|---|---|---|
| | | 2/4/15 Amendment after Allowance<br>2/24/15 Amendment after Allowance<br><br>**Patent & Non-Patent Literature Cited on the Face of the '933 Patent and/or '979 Patent:**<br><br>U.S. Patent No. 8,466,122<br>U.S. Patent No. 8,569,256<br>U.S. Patent No. 9,139,554<br>US Publication No. 2003/0229037<br>US Publication No. 2004/0142474<br>US Publication No. 2011/0256175<br>US Publication No. 2016/0009637<br><br>Chesnoy & Huang (2000), Structure and Function of Lipid-DNA Complexes for Gene Delivery (ALNY-00946766–946786)<br><br>Jayaraman et al. (including Ansell, Du, Madden, Cullis, Hope, and some Alnylam inventors) (2012), Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing ln Vivo (ALNY-00954963–954967)<br><br>Tang & Hughes (1999), Synthesis of a single-tailed cationic lipid and |

| | | investigation of its transfection (ALNY-00955148–955149)<br><br>Semple et al. (2010), Rational design of cationic lipids for siRNA delivery (ALNY-00955117–955123) |
|---|---|---|
| "head group"<br><br>'933 all asserted claims<br>'979 all asserted claims | **Proposed Construction**<br><br>Plain and ordinary meaning, which is "a portion of the lipid molecule that is less hydrophobic than the hydrophobic tails"<br><br>**Intrinsic Evidence**<br><br>*See e.g.,*<br><br>'933 Patent: 3:38-44, 5:44-50, 6:42-48, 9:31-38, 11:57-63, 13:34-14:3, 15:24-30, 15:31-44, 16:53-55, 23:47-54, 28:38-29:32, 29:33-53, 29:54-61, 35:26-33, 27:51-54, 28:20-23, 37:25-26, 42:48-51, 76:24-333:61, 396:32-44, 398:12-13, 405:33-67, 406:33-410:53, 421:40-44, 533:24-534:27, Table 1A, Table 1B, Table 2A<br><br>'933 Claims: 1, 13, 18<br>'979 Claims: 1, 18 | **Proposed Construction:**<br><br>"a group that may be protonated at physiological pH."<br><br>**Intrinsic Evidence**, *See e.g.*:<br><br>**Specification:**<br><br>'933 Patent at: 2:7–19:13; 20:20–23:58; 25:20–41; 25:58–28:37; 30:7–33:10; 34:17–44:20; 57:20–34; 58:40–70:54; 76:18–396:53; 397:36–405:50; 410:55–413:29; 414:28–534:27; 535:38–539:11<br><br>**Prosecution History:**<br><br><u>'933 Patent:</u><br><br>4/29/21 As-filed Application & Preliminary Amendment<br>8/10/21 Preliminary Amendment<br>9/07/21 Office Action |

| | | |
|---|---|---|
| | '229 Claims: 20, 27, 28<br><br>U.S. Patent App. No. 17/302,311 Prosecution History, including but not limited to August 10, 2021 Preliminary Amendment; August 10, 2021 Applicant Remarks; September 7, 2021 Office Action; October 14, 2021 Response to Non-Final Office Action; October 13, 2021 Amendment to the Claims; October 14, 2021 Amendment and Remarks Made in Amendment; November 16, 2021 Amendment After Allowance and Remarks<br><br>U.S. Patent App. No. 17/644,907 Prosecution History, including but not limited to April 18, 2022 Amendment After Allowance; April 18, 2022 Applicant Remarks | 10/13/21 Terminal Disclaimer<br>10/14/21 Office Action Response<br>10/29/21 Notice of Allowance<br>11/16/21 Amendment After Allowance<br>12/1/21 Corrected Notice of Allowance<br><br>'979 Patent:<br><br>12/17/21 As-filed Application & Preliminary Amendment<br>3/4/22 Office Action<br>3/7/22 Office Action Response & Terminal Disclaimer<br>3/23/22 Notice of Allowance<br>4/18/22 Amendment After Allowance<br><br>U.S. Patent No. 11,071,784:<br><br>07/23/19 As-filed Application & Preliminary Amendment<br>06/02/20 Office Action<br>10/29/20 Office Action Response<br>12/03/20 Office Action<br>03/03/21 Office Action Response<br>03/22/21 Notice of Allowance<br><br>U.S. Patent No. 10,369,226:<br><br>4/2/15 As-filed Application |

7

| | | |
|---|---|---|
| | | 6/17/15 Preliminary Amendment<br>12/17/15 Office Action<br>5/17/16 Office Action Response<br>6/22/16 Office Action<br>9/21/16 Office Action Response<br>11/3/16 Office Action<br>2/2/17 Terminal Disclaimer & Request for Continued Examination<br>5/30/17 Office Action<br>10/30/17 Office Action Response<br>12/12/17 Office Action<br>4/12/18 Request for Continued Examination<br>8/15/18 Office Action<br>1/8/19 Office Action Response<br>2/14/19 Notice of Allowance<br>5/14/19 Substitute Specification<br>5/23/19 Interview Summary<br>6/3/19 Substitute Specification<br>6/20/19 Substitute Specification<br>6/28/19 Response to Amendment after Allowance<br><br>U.S. Patent No. 9,061,063:<br><br>12/07/12 As-filed Application<br>4/11/13 Preliminary Amendment<br>4/03/14 Office Action<br>6/03/14 Office Action Response |

| | | |
|---|---|---|
| | | 7/18/14 Office Action<br>10/16/14 Office Action Response<br>12/15/14 Office Action Response<br>1/2/15 Office Action Response<br>1/2/15 Notice of Allowance<br>2/4/15 Amendment after Allowance<br>2/24/15 Amendment after Allowance<br><br>**Patent & Non-Patent Literature Cited on the Face of the '933 Patent and/or '979 Patent:**<br><br>U.S. Patent No. 8,466,122<br>U.S. Patent No. 8,569,256<br>U.S. Patent No. 9,139,554<br>US Publication No. 2003/0229037<br>US Publication No. 2004/0142474<br>US Publication No. 2011/0256175<br>US Publication No. 2016/0009637<br><br>Chesnoy & Huang (2000), Structure and Function of Lipid-DNA Complexes for Gene Delivery (ALNY-00946766–946786)<br><br>Jayaraman et al. (including Ansell, Du, Madden, Cullis, Hope, and some Alnylam inventors) (2012), Maximizing the Potency of siRNA Lipid Nanopartides for |

| | | Hepatic Gene Silencing ln Vivo (ALNY-00954963–954967)

Tang & Hughes (1999), Synthesis of a single-tailed cationic lipid and investigation of its transfection (ALNY-00955148–955149)

Semple et al. (2010), Rational design of cationic lipids for siRNA delivery (ALNY-00955117–955123) |
|---|---|---|
| "$R^{13}$ is a branched $C_{10}$-$C_{20}$ alkyl"

'933 all asserted claims
'979 all asserted claims | **Proposed Construction**

Plain and ordinary meaning, which is "$R^{13}$ is a saturated hydrocarbon moiety that has 10 to 20 carbons and is not a straight chain"

**Intrinsic Evidence**

*See e.g.*,

'933 Patent: 2:7-20, 3:63-67, 24:52-57, 73:55-76:15, 76:24-333:61, 411:53-61, 411:62-412:5, 412:6-12, 412:12-20, , 533:24-534:27; Table 1C, Table 2C, Table 2D, Table 2E

'933 Claims: 1, 7, 18, 28 | <u>**Proposed Construction:**</u>

"R13 is an alkyl group containing 10 to 20 carbon atoms in which one carbon atom in the group (1) is bound to at least three other carbon atoms in the group and (2) is not a ring atom of a cyclic group."

<u>**Intrinsic Evidence**</u>, *See e.g.*:

<u>**Specification:**</u>

'933 Patent at: 2:7-16:42; 18:42-25:19; 25:57-26:27; 27:49-28:19; 34:31-37:24; 44:22-61:21; 73:56-395:25; 398:57- |

| | | |
|---|---|---|
| | '979 Claims: 1, 14, 18<br>'229 Claims: 34<br><br>U.S. Patent App. No. 17/302,311 Prosecution History including but not limited to, August 10, 2021 Preliminary Amendment; August 10, 2021 Applicant Remarks; September 7,2021 Office Action; October 14, 2021 Response to Non-Final Office Action; October 13, 2021 Amendment to the Claims; October 14, 2021 Amendment and Remarks Made in Amendment; November 16, 2021 Amendment After Allowance and Remarks<br><br>U.S. Patent App. No. 17/644,907 Prosecution History including but not limited to April 18, 2022 Amendment After Allowance; April 18, 2022 Applicant Remarks | 405:32; 410:55-413:29; 414:28–534:27; 535:38–539:11.<br><br>**Prosecution History:**<br><br>'933 Patent:<br><br>4/29/21 As-filed Application & Preliminary Amendment<br>8/10/21 Preliminary Amendment<br>9/07/21 Office Action<br>10/13/21 Terminal Disclaimer<br>10/14/21 Office Action Response<br>10/29/21 Notice of Allowance<br>11/16/21 Amendment After Allowance<br>12/1/21 Corrected Notice of Allowance<br><br>'979 Patent:<br><br>12/17/21 As-filed Application & Preliminary Amendment<br>3/4/22 Office Action<br>3/7/22 Office Action Response & Terminal Disclaimer<br>3/23/22 Notice of Allowance<br>4/18/22 Amendment After Allowance<br><br>U.S. Patent No. 11,071,784: |

| | | |
|---|---|---|
| | | 07/23/19 As-filed Application & Preliminary Amendment<br>06/02/20 Office Action<br>10/29/20 Office Action Response<br>12/03/20 Office Action<br>03/03/21 Office Action Response<br>03/22/21 Notice of Allowance<br><br>U.S. Patent No. 10,369,226:<br><br>4/2/15 As-filed Application<br>6/17/15 Preliminary Amendment<br>12/17/15 Office Action<br>5/17/16 Office Action Response<br>6/22/16 Office Action<br>9/21/16 Office Action Response<br>11/3/16 Office Action<br>2/2/17 Terminal Disclaimer & Request for Continued Examination<br>5/30/17 Office Action<br>10/30/17 Office Action Response<br>12/12/17 Office Action<br>4/12/18 Request for Continued Examination<br>8/15/18 Office Action<br>1/8/19 Office Action Response<br>2/14/19 Notice of Allowance<br>5/14/19 Substitute Specification<br>5/23/19 Interview Summary |

|  |  | 6/3/19 Substitute Specification<br>6/20/19 Substitute Specification<br>6/28/19 Response to Amendment after Allowance<br><br>U.S. Patent No. 9,061,063:<br><br>12/07/12 As-filed Application<br>4/11/13 Preliminary Amendment<br>4/03/14 Office Action<br>6/03/14 Office Action Response<br>7/18/14 Office Action<br>10/16/14 Office Action Response<br>12/15/14 Office Action Response<br>1/2/15 Office Action Response<br>1/2/15 Notice of Allowance<br>2/4/15 Amendment after Allowance<br>2/24/15 Amendment after Allowance |
|---|---|---|