

mwe.com

Ethan H. Townsend
Partner
ehtownsend@mwe.com
+1 302 485 3911

March 20, 2023

**VIA E-FILING**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re:  *Alnylam Pharmaceuticals, Inc. v. Moderna Inc.*, C.A. No. 22-335 (CFC)
     *Alnylam Pharmaceuticals, Inc. v. Pfizer Inc.*, C.A. No. 22-336 (CFC)

Dear Chief Judge Connolly:

I write to seek the Court's guidance regarding the upcoming *Markman* briefing in the above cases.[1] As the Court may recall, during the scheduling conference in this case on September 1, 2022, Alnylam informed the Court that it had pending patent applications, based on an identical written description, which it might seek to add to this case. After lengthy discussion, the Court set the deadline to file a motion to amend the Complaint to add any newly issued patents at February 15, 2023,[2] and on that day Alnylam filed its motions seeking leave to add U.S. Patent No. 11,590,229 (the '229 Patent) to these cases.[3] The purpose of that date was to ensure that any newly issued patents would be considered

---

[1]  I reached out to the other Delaware counsel in this case to try and obviate the need for this letter by simply calling the Court for guidance. All Delaware counsel refused to join me in such a call. *See* Exhibit A.

[2]  *See Alnylam v. Moderna*, C.A. No. 22-335 D.I. 31 (Scheduling Order); D.I. 55, Ex. 10 (Sept. 1, 2022 Tr.) at 14:1-16:18, 36:4-42:19; *Alnylam v. Pfizer*, C.A. No. 22-335 D.I. 28 (Scheduling Order); D.I. 59, Ex. 10 (Sept. 1, 2022 Tr.) at 14:1-16:18, 36:4-42:19.

[3]  *See Alnylam v. Moderna*, C.A. No. 22-335 D.I. 55 (Opening Brief); *Alnylam v. Pfizer*, C.A. No. 22-335 D.I. 59 (Opening Brief).



1007 North Orange Street 10th Floor Wilmington DE 19801 Tel +1 302 485 3900 Fax +1 302 351 8711

*US practice conducted through McDermott Will & Emery LLP.*

The Honorable Colm F. Connolly
March 20, 2023
Page Two

during the *Markman* phase of the case. Indeed, the Court was clear that it desired to hold a single *Markman*.

Despite the parties' discussion and the Court's guidance at the scheduling conference, the defendants refused to consent to the amendment and have declined to participate in any claim construction exchanges with respect to the '229 Patent until Alnylam's motions to amend to add the '229 patent are resolved by the Court. As of March 8, 2023, those motions have been fully briefed and are awaiting your decision. I write, therefore, to suggest that the Court's instruct the parties to include in the *Markman* briefing the '229 patent, as the Court and parties contemplated in the scheduling order. Alnylam greatly desires, as the Court did, to avoid multiple *Markman* hearings in this case. We appreciate the Court's attention and guidance on this matter.

Respectfully,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)


EHT/dar
Attachments
cc:  All Counsel of Record (via e-filing)



## WORD COUNT CERTIFICATION

The undersigned counsel hereby certifies that the foregoing document contains 368 words, which were counted by using the word count feature in Microsoft Word, in 14-point Times New Roman font.

                                        /s/ *Ethan H. Townsend*
                                        Ethan H. Townsend (#5813)



**1007 North Orange Street 10th Floor Wilmington DE 19801 Tel +1 302 485 3900 Fax +1 302 351 8711**

*US practice conducted through McDermott Will & Emery LLP.*