# EXHIBIT M

George P. Rédei

# Encyclopedia of Genetics, Genomics, Proteomics, and Informatics

## 3rd Edition

**Volume 1**
**A–L**

With 1914 figures and 94 tables

 Springer

Author:

**George P. Rédei**
Professor Emeritus, University of Missouri, Columbia
3005 Woodbine Ct. Columbia, MO 65203-0906
USA
redeia@mchsi.com
redeig@missouri.edu
www.missouri.edu/~redeig

A C.I.P. Catalog record for this book is available from the Library of Congress

ISBN: 978-1-4020-6753-2
This publication is available also as:
Electronic publication under ISBN 978-1-4020-6754-9 and
Print and electronic bundle under ISBN 978-1-4020-6755-6

This work is subject to copyright. All rights are reserved, whether the whole or part of the material is concerned, specifically the rights of translation, reprinting, reuse of illustrations, recitation, broadcasting, reproduction on microfilms or in other ways, and storage in data banks. Duplication of this publication or parts thereof is only permitted under the provisions of the German Copyright Law of September 9, 1965, in its current version, and permission for use must always be obtained from Springer-Verlag. Violations are liable for prosecution under the German Copyright Law.

Springer is part of Springer Science+Business Media

springer.com

© George P. Rédei 2008

The use of registered names, trademarks, etc. in this publication does not imply, even in the absence of a specific statement, that such names are exempt from the relevant protective laws and regulations and therefore free for general use.

Product liability: The publishers cannot guarantee the accuracy of any information about the application of operative techniques and medications contained in this book. In every individual case the user must check such information by consulting the relevant literature.

Printed on acid-free paper SPIN: 12121977    2109 — 5 4 3 2 1 0

DNA topoisomerases. These topological processes are the requisites for several functional activities of DNA such as replication, recombination, transcription and others. ▶Writhing number, ▶isomer, ▶topoisomerase, ▶supercoiled DNA; Quian H, White JH 1998 J Biomol Struct Dyn 16:663.

**Linking Number Paradox**: In a nucleosome the DNA is coiled by about 1 and 3/4 turns over the histone octamer and forms close to –2 superhelical turns. Yet, when the histones are removed from the DNA-histone fiber, only –1 negative supercoiled turn is found. The explanation of this paradox may be that the DNA released from the histones becomes more tightly coiled than in the nucleosome-restricted form, i.e., the bound DNA has different structural periodicity than the free form. ▶nucleosome, ▶supercoiled DNA, ▶histones; Prunell A 1998 Biophys J 74:2531.

*linotte*: A P element homing sequence gene where insertion may occur up to 20% frequency. ▶P element, ▶homing; Tailleburg E, Dura J-M 1999 Proc Natl Acad Sci USA 96:6856.

**Linseed**: ▶flax

**Linux**: A free operating system similar to that of the UNIX. ▶UNIX

**Lion** (*Panthera leo*): 2n = 38; lion x panther [leopard] (*Panthera pardus*) hybrids are sterile.

**Lipase**: Lipase are enzymes that digest triaglycerols into fatty acids and mediate energy supply in the cell. ▶triaglycerol, ▶lipids, ▶fatty acids

**Lipase Deficiency**: Hepatic lipase (HL) dominant 15q21, the liposome lipase (8p22), results in triglyceride-rich high- and low-density lipoproteins. It also occurs in a recessive form at the same locus and its deficiency is then called chylomicronemia or hyperlipoproteinemia, respectively. There also is an autosomal dominant hormone-sensitive lipase (HSL). The pancreatic lipase deficiency and the lysosomal acid lipase are autosomal recessive. The lipoprotein lipase gene (LPL, 10 exons) was mapped to human chromosome 8p22. Endothelial lipase normally reduces the level of HDL in the liver, lungs, kidneys, and placenta but not in the skeletal muscles. Lysosomal acid lipase (LAL, 10q24-q25) is Wolman's disease. Lipase deficiency loci are also found at 15q21-q23 (hepatic triglyceride lipase, LIPC), at 9q34.3 (carboxylester bile-salt-dependent lipase, CEL) and at 10q26.1 (pancreatic lipase, PNLIP). ▶lipids, ▶HDL, ▶Wolman's disease; Henderson HE et al 1996 Biochem Biophys Res Commun 227:189; Du H et al 2001 Hum Mol Genet 10:1639.

**Lipid Antigen**: Lipid antigens are recognized by CD1a proteins, which present foreign antigens to the T cells.

The alkyl chains of amphipathic lipids are fitted into a deep hydrophobic groove of the CD1 heavy chain. This places carbohydrates or other hydrophilic elements of the antigen on the outer surface of CD1 and can directly contact T cell receptors. This way they play an antibacterial effect. ▶antigen, ▶T cell, ▶CD1; Moody DB et al 2004 Science 303:527.

**Lipid Bilayer**: The main structural element of membranes with two layers of hydrophobic lipid tails facing each other and the hydrophilic heads exposed at the outer parts (see Fig. L40). Proteins occur within the lipids and some transmembrane proteins pass through the lipid bilayer. ▶cell membrane, ▶seven-membrane proteins



**Figure L40.** Lipid bilayer

**Lipid, Neutral**: A neutral lipid is soluble only in very low polarity solvents. ▶lipids, ▶lipids cationic

**Lipid Peroxidation**: Lipid peroxidation may be a substantial source of mutagenic/carcinogenic alterations in DNA. ▶malondialdehyde

**Lipid Storage Disease**: ▶lysosomal storage disease

**Lipidogenesis**: The biosynthesis of lipids proceeds through fatty acids and it is essential for the formation of many cellular functions of membranes, steroids, hormones, cholesterols, isoprenoids, etc.

**Lipidome**: All the lipids of an organism.

**Lipidoses**: ▶lysosomal storage diseases, ▶sphingolipidoses, ▶lipid storage disease

**Lipids**: Lipids are usually large molecules polymerized from fatty acids and associated frequently with sugar, protein, and inorganic components. Lipids are the principal material of membranes; they are insoluble in water but readily soluble in nonpolar organic solvents and detergents. The genetic analysis of lipids in higher organisms is quite difficult because of their indispensable function in maintaining cell viability. In *E. coli*, several mutations have been identified in the phospholipid biosynthetic pathways. Lipids I and II are involved in the synthesis of bacterial cell wall peptidoglycans (Mahapatra S et al 2005 J Bacteriol 187:2747). Lantibiotic peptides (polycyclic peptides or unusual amino acids) can remove lipid II from the bacterial cell division site (septum) and thereby block

cell wall synthesis. They thus represent a novel type of antibiotic action (Hasper HE et al 2006 Science 313:1636). ▶fatty acids, ▶sphingolipids, ▶sphingosine, ▶steroids, ▶cell membranes, ▶low-density lipoproteins, ▶high-density lipoproteins, ▶liposome, ▶phosphoinositides; Dowhan W 1997 Annu Rev Biochem 66:199; Kersten S 2001 EMBO Reports 2:282; http://www.lipidat.chemistry.ohio-state.edu; pathways: http://www.lipidmaps.org/; http://www.lipidmaps.org/data/structure/; http://www.lipidmaps.org/tools/.

**Lipids, Cationic**: Cationic lipids are synthetic molecules which form a bilayer. They are suitable for the construction of nucleic acid delivery vehicles and enhance the internalization of nucleic acid fragments 5–20-fold and that of antisense oligonucleotides up to 3 orders of magnitude. The cargo may pass through the nuclear pores into the nucleus but its degradation is more likely than in liposomes. They are made of 12–18 carbon atom chains and single or multiple cations of amines. The vehicles frequently use DOTMA (*N*-[-{2,3-dioleyl-oxy}propyl]-*N,N,N*-trimethyl ammonium chloride), DOGS and DOPE (dioleyl phosphatidylethanolamine). Cationic lipids are not allergenic and are nontoxic and can be administered through the vascular system. In case the vector is equipped with cell or tissue-specific promoters, its expression may be successfully targeted. Monoclonal antibodies or other ligands to (tumor) cell surface antigens may facilitate targeting. In addition, the cationic lipids may be immunostimulatory, a feature meaningful for cancer gene therapy. In some instances DOPE and other lipids have reduced the expression of the gene that they carried. Various versions of liposome-mediated gene transfer are under clinical trials (http://clinicaltrials.gov/ct/gui/c/r). ▶liposomes, ▶DOGS, ▶cancer gene therapy, ▶gene therapy, Audouy S, Hoekstra D 2001 Mol Membr Biol 18(2):129.

**Lipinski's Rule**: The criteria to be met for orally administered drugs. 1). Molecular mass <500 daltons; 2). hydrogen bond donor <5; 3). hydrogen bond donors <10; 4). coefficient of passing biological membranes <5 (Lipinski CA et al 1997 Drug Delivery Rev 23:3). ▶drug development

**Lipoate**: A carrier of H atoms and acyl groups in α−keto acids.

**Lipocalin**: A family of secreted proteins that recognizes and transports small molecules, retinol, and pheromones and has diverse functions (Akerstrom B et al 2000 Biochim Biophys Acta 1482:1).

**Lipo-Chitooligosaccharide**: ▶nodule

**Lipodystrophy, Familial**: A complex of autosomal dominant, recessive and X-linked anomalies of partial or predominant loss of lipid tissues especially in some areas of a body and an increase at others. Familial lipodystrophy may be associated with cystic angiomatosis (neoplasia of the blood vessels or lymphatic ducts), microphthalmia or anophthalmia (reduced eyes), mental retardation, and insulin resistant diabetes. It is surprising that both obesity and lipodystrophy can cause diabetic symptoms. The Seip-Berardinelli congenital lipodystrophy is at 9q34.1. Another locus at 11q13 is also responsible for the recessive Berardinelli-Seip syndrome involving much-reduced adipose tissue and severe insulin resistance at birth. In addition, acanthosis nigricans, hyperandrogenism, hepatomegaly, and hypertriglyceridemia are typical. The Kobberling-Dunnigan syndrome, a partial lipodystrophy (human chromosome 1q21-q22), involves defects in lamins and is encoded at the same location as the LMNA gene. ▶lamin, ▶angioma, ▶eye diseases, ▶obesity, ▶diabetes mellitus, ▶SREBP, ▶acanthosis nigricans, ▶hepatomegaly, ▶triaglycerols, ▶androgen, ▶Dunnigan syndrome, ▶Barardinelli-Seip congenital lipodystrophy; Magré J et al 2001 Nature Genet 28:365; Phan J, Reue K 2005 Cell Metabolism 1:73; Agarwal AK, Garg A 2006 Annu Rev Genomics Hum Genet 7:175.

**Lipofection**: Lipofection is genetic transformation by liposome-mediated transfer. ▶liposomes, ▶lipids cationic

**Lipofuscin**: A yellow/brown pigment product (aging pigment) of blood cell breakdown. It accumulates in aging heart muscles, macula, liver, and in earwax. ▶lipofuscinosis, ▶Macular degeneration, ▶Stargardt disease

**Lipofuscinosis**: ▶ceroid lipofuscinosis

**Lipoic Acids**: ▶lipoate

**Lipomatosis**: Lipomatosis is the development of usually benign tumors in fat tissues. They may be under autosomal dominant control and are frequently associated with breakpoints in human chromosome 12q13-q14. An autosomal recessive lipomatosis of the pancreas (Schwachman-Bodian syndrome) involves frequent chromosomal breakage. ▶cancer, ▶high-mobility group proteins

**Lipophilic**: A lipophilic is soluble in nonpolar solvents such as fat, chloroform, benzene, etc., and poorly soluble in a polar solvent like water.

**Lipopolysaccharide**: ▶LPS

L