# EXHIBIT N

Oxford English Dictionary | The definitive record of the English language

# cationic, *adj.*

**Pronunciation:** ⑦     /katʌɪˈɒnɪk/

**Frequency (in current use):**

**Etymology:** < CATION *n.* + -IC *suffix*.

**a.** Of, relating to, or consisting of cations.

1928   *Jrnl. Chem. Soc.* I. 905   The former may repel electrons..but it cannot without disruption provide a seat for the cationic charge.

1946   *Nature* 3 Aug. 155/1   Following the relatively rapid achievement of cationic equilibrium between perfusate and soil, manganese usually disappears from the perfusate.

**b.** Characterized by an active cation.

1957   *Textile Terms & Defs.* (ed. 3) 23   *Cationic Dye*, a dye which dissociates in aqueous solution to give a coloured ion which is positively charged.

1964   M. HYNES *Med. Bacteriol.* (ed. 8) ii. 22   Cationic detergents are more bactericidal than the anionic types used for domestic cleaning.

This entry has not yet been fully updated (first published 1972; most recently modified version published online September 2021).

Copyright © 2023 Oxford University Press. All rights reserved.