# EXHIBIT O

# *Hawley's*
# Condensed Chemical Dictionary

## *Fifteenth Edition*

### Richard J. Lewis, Sr.

BICENTENNIAL
1807
WILEY
2007
BICENTENNIAL

**WILEY-INTERSCIENCE**
**A JOHN WILEY & SONS, INC., PUBLICATION**

Copyright © 2007 by John Wiley & Sons, Inc., New York. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470, or on the web at www.copyright.com.

Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 222 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permission.

Limit of Liability/Disclaimer of Warranty. While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability of fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss or profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some contents that appears in print may not be available in electronic formats. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data is available.*

Lewis, Richard J., Sr.
    Hawley's Condensed Chemical Dictionary, Fifteenth Edition
    ISBN 13: 978-0-471-76865-4
    ISBN 10: 0-471-76865-0

Printed in the United States of America.

10 9 8 7 6 5 4 3 2

**catalyst promoter.** A compound that reduces or activates fresh catalysts at polymerization temperatures, reactivates spent catalysts, and scavenges and reacts with catalyst poisons.

**catalyst, shape-selective.** A catalytic solid (transition metal) introduced into a crystalline aluminosilicate (zeolite) having pores or openings of approximately 5 Å. This permits the catalyst to exert a selective effect between molecules that differ in shape rather than in the reactivity of their chemical groups. The cage structure of the zeolite effectively prevents contact of the catalyst with all molecules whose shapes and sizes exclude their entry. The ability of a catalyst to discriminate among molecules on the basis of their shapes is of great value in the cracking of straight-chain hydrocarbons and has attractive possibilities in other types of catalytic reactions.
See zeolite; cage zeolite.

**catalyst, stereospecific.** An organometallic catalyst that permits control of the molecular geometry of polymeric molecules. Examples are Ziegler and Natta catalysts derived from a transition metal halide and a metal alkyl or similar substances. There are many patented catalysts of this general type, most of them developed in connection with the production of polypropylene, polyethylene, or other polyolefins.
See polymer, stereospecific; Natta catalyst; Ziegler catalyst.

**catalyst, thermonuclear.** See carbon cycle (2).

**catalytic site.** See active site.

**cataphoresis.** The migration of colloidal particles toward an electrode under the influence of an electric current.

**CAT assay.** An enzyme assay. CAT stands for chloramphenicol acetyl transferase, a bacterial enzyme which inactivates chloramphenicol by acetylating it. CAT assays are often performed to test the function of a promoter. The gene coding for CAT is linked onto a promoter (transcription control region) from another gene, and the construct is "transfected" into cultured cells. Largely supplanted by the reporter gene luciferase.

**catechol.** See pyrocatechol.

**catecholamines.** Hormones, such as epinephrine, that are amino derivatives of catechol.

**catecholborane.** (1,3,2-benzodioxaborole). A monofunctional hydroborating agent.
**Properties:** A liquid. Mw 119.92, mp 12C, bp 50C (50 mm Hg), optical rotation 1.5070 degrees (20C).

**Use:** Preparation of alkaneboronic acid and esters from olefins.

**catenane.** A compound with interlocking rings that are not chemically bonded but that cannot be separated without breaking at least one valence bond. The model would resemble the links of a chain.

**catenyl.** An ester that has been reacted with an alkylene oxide or its polymer.

**"Cat-Floc"** *[Nalco].* (diallyldimethylammonium chloride). TM for a quaternary ammonium polymer.
**Derivation:** Monomer in water solution is mixed with a catalytic amount of butylhydroperoxide and kept at 50–75C for 48 h. The solid formed is taken up in water, precipitated, and washed with acetone.
**Use:** Flocculating agent, textile spinning aid, antistatic agent, wet-strength improvers in paper, rubber accelerators, curing epoxy resins, surfactants, bacteriostatic and fungistatic agents.

**catharometer.** Device for determining rate of flow or change in composition of gases.

**cathetometer.** A device for exact measurement or observation of short vertical distances, which consists of a horizontal-reading telescope or microscope movable along a vertical scale.

**cathode.** The negative electrode of an electrolytic cell, to which positively charged ions migrate when a current is passed as in electroplating baths. The cathode is the source of free electrons (cathode rays) in a vacuum tube. In a primary cell (battery), the cathode is the positive electrode.
See anode; electrode.

**cathode sputtering.** See sputtered coating.

**cathodic protection.** The reduction or prevention of corrosion of a metallic surface by making it cathodic, e.g. by the use of sacrificial anodes for impressed currents bringing a metal, by an external current, to a potential where it is thermodynamically stable.

**catholyte.** The solution surrounding the cathode in an electrolytic cell.

**cation.** An ion having a positive charge. Cations in a liquid subjected to electric potential collect at the negative pole, or cathode.

**cation exchange.** See ion exchange.

**cation-exchange resin.** A polymeric substance with fixed negative charges used in the chromatographic separation of cationic substances, e.g. CM (carboxymethyl)-cellulose.

247    CDNA LIBRARY

acid and esters

terlocking rings
t that cannot be
ist one valence
: the links of a

reacted with an

nethylammoni-
ary ammonium

lution is mixed
droperoxide and
rmed is taken up
d with acetone.
ing aid, antistat-
n paper, rubber
surfactants, bac-

rmining rate of
f gases.

ct measurement
listances, which
scope or micro-
cale.

of an electrolytic
ns migrate when
ating baths. The
is (cathode rays)
ell (battery), the

ered coating.

ction or preven-
ace by making it
icial anodes for
l, by an external
rmodynamically

ding the cathode

charge. Cations
tential collect at

hange.

polymeric sub-
used in the chro-
substances, e.g.

**cationic reagent.** One of several surface-active substances in which the active constituent is the positive ion. Used to flocculate and collect minerals that are not flocculated by oleic acid or soaps (in which the surface-active ingredient is the negative ion). Reagents used are chiefly quaternary ammonium compounds, e.g., cetyltrimethylammonium bromide.

**catlinite.** (pipestone). A fine-grained silicate mineral related to pyrophyllite, which is easily compressible, has high surface friction, and is used for gaskets in very high-pressure equipment.

**caulking compound.** See sealant.

**caustic.** (1) Unqualified, this term usually refers to caustic soda (NaOH). (2) As an adjective, it refers to any compound chemically similar to NaOH, e.g., caustic alcohol ($C_2H_5ONa$). (3) Any strongly alkaline material that has a corrosive or irritating effect on living tissue.

**caustic baryta.** See barium hydroxide.

**caustic embrittlement.** The corrosion resulting in cracking of steel stressed beyond its yield point, due to localized concentration of hydroxide ions breaking down the cohesion between the ferrite grains.

**causticized ash.** Combinations of soda ash and caustic soda in definite proportions and marketed for purposes where an alkali is needed ranging in causticity between the two materials. Causticized ash is usually designated by its caustic-soda content, and the range of standard marketed products embraces 7, 10, 15, 25, 36, 45, and 67% of caustic soda.

**caustic lime.** See calcium hydroxide.

**caustic potash.** See potassium hydroxide.

**caustic soda.** See sodium hydroxide.

**cavitands.** Three-dimensional stacked-layer polycyclic compounds that maintain a rigid structure and bind a variety of molecules in the cavities produced by the structure of the molecules.

**cavitation.** Formation of vapor bubbles in a liquid such as saltwater when subjected to tension, causing severe mechanical damage to the surfaces of metals exposed to it, e.g., ship propellers, steam condensers, pumps, and piping systems. The erosive effect is due to the shock waves created by collapse of the bubbles. The pressures exerted by cavitation have been calculated to be in the range of 30,000 psi. This phenomenon plays a part in corrosion of metals and in emulsion formation.
See corrosion; homogenization.

**"Cavitron"** *[Cerestar].* TM for cyclodextrins, alpha, beta, gamma, and their derivatives.
CAS: alpha (1006-20-3), beta (7585-39-9), gamma (17465-86-0).
**Available forms:** Crystalline powders.
**Use:** Host inclusion complexation agents for stabilization and property modification of guest molecules.

**Cb.** Symbol for columbium, an obsolete name for niobium.

**CBM.** Abbreviation for chlorobromomethane (see bromochloromethane); also for constant-boiling mixture.
See azeotropic mixture.

**cc.** (1) Abbreviation for cubic centimeter.
See milliliter.

**CC.** Abbreviation for closed cup.
See flash point, TCC.

**CCAAT box.** (CAAT box; CAT box). A sequence found in the 5′ flanking region of certain genes which is necessary for efficient expression.

**CCD.** See charge-coupled device.

**Cd.** Symbol for cadmium.

**CDA.** Abbreviation for completely denatured alcohol.
See alcohol, denatured.

**CDAA.** See α-chloro-*N,N*-diallylacetamide.

**CDEC.** See 2-chloroallyldiethyldithiocarbamate.

**CDMA.** Abbreviation for the Commercial Development and Marketing Association.

**cDNA.** (complementary DNA). A DNA, usually made by reverse transcriptase, which is complementary to given mRNA and used in cloning.

**cDNA clone.** (complementary DNA). A piece of DNA copied from an mRNA. The term "clone" indicates that this cDNA has been spliced into a plasmid or other vector in order to propagate it. A cDNA clone may contain DNA copies of such typical mRNA regions as coding sequence, 5′-untranslated region, 3′ untranslated region or poly(A) tail. No introns will be present, nor any promoter sequences (or other 5′ or 3′ flanking regions). A "full-length" cDNA clone is one which contains all of the mRNA sequence from nucleotide #1 through to the poly(A) tail.

**cDNA library.** A collection of DNA sequences that code for genes. The sequences are generated in