# EXHIBIT P



1,998

Add to Cart

# cationic *adjective*

cat·ion·ic  ⟨ˌkat-(ˌ)ī-ˈä-nik 🔊⟩  ˌka-(ˌ)tī-

**1**   : of, relating to, or being a cation

**2**   : characterized by an active and especially surface-active cation

    *a cationic* dye

• **cationically** ⟨ˌkat-(ˌ)ī-ˈä-ni-k(ə-)lē 🔊⟩ ˌka-(ˌ)tī-  **adverb**



Replay    See More

Click Here for More Information

Ad By Sponsor    See More

# Example Sentences

The array was formed by 21 ISEs combining both *cationic* and anionic sensors with others with generic response.

‒ Seriously Science, *Discover Magazine*, 5 Feb. 2014

The ionizable *cationic* lipid is the linchpin of a nanoparticle.

‒ Christopher Rowland, *Anchorage Daily News*, 16 June 2021

Of the four lipids that make up the protective droplet, the ionizable *cationic* lipid is the one needed in the highest volume and is subject to restrictive patents held by Acuitas and a few other companies.

‒ *Washington Post*, 18 Feb. 2021

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'cationic.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

## Word History

### First Known Use



Definition   Example Sentences   Word History   Entries Near   Show More ⌄

## Time Traveler

**The first known use of *cationic* was circa 1920**

See more words from the same year

## Dictionary Entries Near *cationic*

cation-exchange resin

**cationic**

cationic detergent

> See More Nearby Entries >

## Cite this Entry

**Style**   [ MLA ⌄ ]

"Cationic." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/cationic. Accessed 24 May. 2023.

⎘ Copy Citation

## Share



**Facebook**



**Twitter**



cat·ion·ic    ˌkat-(ˌ)ī-ˈän-ik ◀⏵

**1**    : of or relating to cations

**2**    : characterized by an active and especially surface-active cation

a *cationic* dye

• **cationically**  (-i-k(ə-)lē ◀⏵)  **adverb**

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---