# EXHIBIT Q



Ad ⓘ ✕

# lipid noun

lip·id    ˈli-pəd ◀))

**variants** *or less commonly* **lipide**   ˈli-ˌpīd ◀))

**:** any of various substances that are soluble in nonpolar organic solvents (such as chloroform and ether), that are usually insoluble in water, that with proteins and carbohydrates constitute the principal structural components of living cells, and that include fats, waxes, phosphatides, cerebrosides, and related and derived compounds

**lipidic**   li-ˈpi-dik ◀))   adjective



**Definition**    Example Sentences    Word History    Entries Near    Show More ⌄

Moderna said the collaboration will focus on optimizing its *lipid* nanoparticles, the fatty bubbles used to deliver mRNA to its target in the body.

— Robert Hart, *Forbes*, 20 Apr. 2023

El Khoudary and others say that doctors should also start looking beyond standard *lipid* panels for more details about a person's cholesterol, including particles' size, shape, and composition.

— *Time*, 21 Sep. 2022

Squalane, which is similar to a *lipid* that occurs naturally in skin and helps prevent moisture loss, is another ingredient now available in several vegan formats.

— Jennifer G. Sullivan, *Allure*, 31 July 2022

See More ⌄

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'lipid.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



## Definition    Example Sentences    Word History    Entries Near    Show More ⌄

## Etymology

International Scientific Vocabulary

## First Known Use

1912, in the meaning defined above

## Time Traveler

**The first known use of *lipid* was in 1912**

See more words from the same year

## Dictionary Entries Near *lipid*

Liphistiomorphae

**lipid**

lipidoplast

See More Nearby Entries >

## Cite this Entry

**Style**    [ MLA    ⌄ ]

"Lipid." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/lipid. Accessed 24 May. 2023.

⎘ Copy Citation



Facebook  Twitter

## Kids Definition

# lipid noun

lip·id    ˈlip-əd ◄))

: any of various substances (as fats and waxes) that with proteins and carbohydrates make up the principal structural parts of living cells

## Medical Definition

# lipid noun



**Definition**     Example Sentences     Word History     Entries Near     Show More ⌄

and ether), that with proteins and carbohydrates constitute the principal structural components of living cells, and that include fats, waxes, phospholipids, cerebrosides, and related and derived compounds

## More from Merriam-Webster on *lipid*

Britannica English: Translation of *lipid* for Arabic Speakers
Britannica.com: Encyclopedia article about *lipid*

Last Updated: 14 May 2023 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**