# EXHIBIT R

Oxford English Dictionary | The definitive record of the English language

# lipid, *n.*

**Pronunciation:** ⓘ Brit.    /ˈlɪpɪd/, U.S.    /ˈlɪpɪd/

**Forms:** Also **lipide** /-aɪd/.

**Frequency (in current use):**

**Etymology:** < French *lipide* (G. Bertrand 1923, in *Bull. de la Soc. de Chim. biol.* V. 102), < Greek λίπος fat: see -IDE *suffix*.
For the origin of the now more common form *lipid* see *Chem. & Engin. News* (1952) 5 May 1910.

*Biochemistry.*

Any of the large group of fats and fat-like compounds which occur in living organisms and are characteristically soluble in certain organic solvents but only sparingly soluble in water; it is generally taken to include esters of higher aliphatic acids, together with various groups of related and derived compounds, and frequently also steroids and carotenoids.

1925   W. R. BLOOR in *Chem. Rev.* **2** 244   Three terms have been suggested for the group, namely, 'Lipins' by Gies and Rosenbloom, 'Lipides' by the International Congress of Applied Chemistry, and the old term 'Lipoids' by the author. The term lipins has been used in a different sense by Leathes, and was later adopted by McLean in his monograph as a name for a subgroup containing the cerebrosides and the phosphatides. The term lipoids is understood by many to exclude the fats, although used in the wider sense by many workers on the Continent. For these reasons, and for the sake of uniformity, the author recommends the use of the term Lipides as the general group name.

1927   M. BODANSKY *Introd. Physiol. Chem.* iii. 49   The term 'lipides' or 'lipids'..referring to the fats and fat-like substances.

1937   *Nature* 6 Nov. 787   'Lipides' may be confused with 'lipins', and both these words together with 'lipoids' generally signify substances of a fat~like nature yielding on hydrolysis fatty acids or derivatives of fatty acids, and containing in their molecule either nitrogen or nitrogen and phosphorus... Some confusion may therefore arise since 'lipids' as used by the author signifies not only the above substances but also the simple fats and waxes and even the sterols.

1946   W. R. FEARON *Introd. Biochem.* (ed. 3) x. 172   The third great family of bio-organic compounds, namely, the lipides.

1954   A. WHITE et al. *Princ. Biochem.* xviii. 453   Lipids are the most concentrated source of energy to the organism, yielding per gram over twice as many calories as do carbohydrates and proteins.

1955   J. A. LOVERN *Chem. Lipids* ii. 37   Lipids by definition are soluble in the 'fat' solvents, such as ether, alcohol and chloroform.

1958   G. A. MAW *Aids to Org. Chem. for Med. Students* (ed. 5) p. xxxiv   Substances such as paraffin wax, petroleum jelly and mineral oils, although of a fatty or oily nature, are not classified as lipids since they do not occur in living material.

1961   *Chem. Abstr.* **55** 27470   Chemistry of lipides.

1968   R. PASSMORE & J. S. ROBSON *Compan. Med. Stud.* I. x. 5/2   The steroids form a large class of lipids, which includes the hormones of the adrenal and sex glands, vitamin D and the bile acids.

1973   *Sci. Amer.* Aug. 89/1   Today there are 10 well-characterized human diseases that are known to be caused by the excessive accumulation of lipids in tissue cells.

---

## COMPOUNDS

**C1.** General *attributive* (Frequently used *attributively*, designating a disorder otherwise known as a LIPIDOSIS *n.*)

### lipid storage  *n.*

1955   H. J. DEUEL *Lipids* II. vi. 623 (*heading*)   Lipid storage under abnormal conditions.

1960   *Jrnl. Neurol., Neurosurg. & Psychiatry* **23** 211/2   The group of so-called lipid storage disorders..includes..Hand-Schuller-Christian disease, gargoylism, Niemann-Pick's disease, Gaucher's disease, and amaurotic family idiocy.

1973   *Sci. Amer.* Aug. 88/1   When the enzyme that catalyzes a particular lipid reaction is inactive or absent, excessive amounts of that lipid begin to accumulate in certain tissues. In human beings lipid-storage disorders often result in mental retardation and enlargement of the spleen and the liver. Most of the known lipid-storage disorders are fatal.

**C2.**

### lipid-soluble *adj.*

1964   G. H. HAGGIS et al. *Introd. Molecular Biol.* vi. 151   Lipid-soluble substances are substances with a relatively high solubility in oils.

This entry has not yet been fully updated (first published 1976; most recently modified version published online March 2022).

Copyright © 2023 Oxford University Press. All rights reserved.