

mwe.com

Ethan Townsend
Attorney at Law
ehtownsend@mwe.com
+1 302 485 3911

July 25, 2023

The Honorable Colm F. Connolly
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re:   *Alnylam Pharmaceuticals, Inc. v. Moderna Inc.*, C.A. No. 22-335 (CFC) (Consolidated)
      *Alnylam Pharmaceuticals, Inc. v. Pfizer Inc.*, C.A. No. 22-336 (CFC) (Consolidated)

Dear Chief Judge Connolly:

Pursuant to Paragraph 17 of the Scheduling Orders (22-335, D.I. 31; 22-336, D.I. 28), the parties respectfully state that:

1. The following individuals participated in the meet and confer:

   - William Gaede (Alnylam Pharmaceuticals, Inc.)
   - Sarah Columbia (Alnylam Pharmaceuticals, Inc.)
   - Ian Brooks (Alnylam Pharmaceuticals, Inc.)
   - Ethan Townsend (Alnylam Pharmaceuticals, Inc)
   - Sarah Fischer (Alnylam Pharmaceuticals, Inc.)
   - Chad Shear (Moderna Inc.)
   - Michael Farnan (Moderna Inc.)
   - Sara Horton (Pfizer Inc.)
   - Michael Johnson (Pfizer Inc.)



The Honorable Colm F. Connolly
July 25, 2023
Page 2

- Dan Constantinescu (Pfizer Inc.)
- Alan Silverstein – (Pfizer Inc.)
- Charles Klein (BioNTech SE)
- Jovial Wong (BioNTech SE)
- Claire Fundakowski (BioNTech SE)
- Brian O'Gara (BioNTech SE)
- Jeremy Tigan (BioNTech SE)

2. The meet and confer occurred on July 25, 2023, lasted approximately 20 minutes and occurred via telephone.

3. Despite meeting and conferring on the issues of claim construction, the parties discussed possible compromises on the disputed terms but were unable to come to agreement.

4. Alnylam and Moderna had previously reached agreement on several terms between the filing of the original Joint Claim Construction Chart and the filing of the Joint Brief.  Alnylam and Moderna will file an Amended Joint Claim Construction Chart concurrently with this letter.  Alnylam and Pfizer have not reached agreement on any terms since the filing of the Joint Claim Construction Chart, and therefore will not be filing and Amended Joint Claim Construction Chart. Two of the disputed terms—"cationic lipid" and "head group"—are proposed in both litigations and both sets of defendants propose identical constructions for each term.  The remaining disputed terms—"branched alkyl"/"branched $C_{10}$-$C_{20}$ alkyl" in the *Moderna* litigation and "$R_{13}$ is a branched $C_{10}$-$C_{20}$ alkyl" in the *Pfizer* litigation—are related.

The parties further propose that the parties argue the terms in the order the terms were briefed, with Alnylam Pharmaceuticals, Inc. arguing first.



The Honorable Colm F. Connolly
July 25, 2023
Page 3

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

EHT/dar
cc:  All Counsel of Record (via e-filing)

