## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | C.A. No. 22-336-CFC |
| ) | (CONSOLIDATED) |
| PFIZER INC., PHARMACIA & ) | |
| UPJOHN CO. LLC, BIONTECH SE, AND ) | |
| BIONTECH MANUFACTURING GMBH, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants/Counterclaim-Plaintiffs. ) | |

## <u>NOTICE OF LODGING</u>

Defendants Pfizer, Inc. and Pharmacia & Upjohn Co, LLC, BioNTech SE, and BioNTech Manufacturing GmbH ("Defendants") hereby lodge as Exhibit A a true and correct copy of the Defendants' demonstrative slides used in connection with the claim construction hearing held on August 9, 2023.

CONNOLLY GALLAGHER, LLP

/s/ Alan R. Silverstein
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

Of Counsel:

Sara Tonnies Horton
WILLKIE FARR & GALLAGHER
300 North LaSalle Drive
Chicago, IL 60654
(312) 728-9040

Michael Johnson
Dan Constantinescu
Brian Frino
WILLKIE FARR & GALLGHER
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

Attorneys for Defendants and
Counterclaimants Pfizer Inc. and
Pharmacia & Upjohn Co. LLC

DATED: August 10, 2023

MORRIS, NICHOLS, ARSHT, & TUNNEL
LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Of Counsel:

Charles B. Klein
Jovial Wong
Claire A. Fundakowski
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
(202) 282-5000

Katherine L. Kyman
Brian L. O'Gara
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Ashley Graham
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

Attorneys for Defendants BioNTech SE
and BioNTech Manufacturing GmbH