## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-cv-336-CFC (CONSOLIDATED) |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] CLAIM CONSTRUCTION ORDER

The Court, having considered the parties' briefing on claim construction (D.I. 86), and in accordance with the reasoning set forth during the claim construction hearing on August 9, 2023 (D.I. 104) and the Court's subsequent August 9, 2023 Order (D.I. 103), IT IS HEREBY ORDERED that the terms of U.S. Patent Nos. 11,246,933 (the "'933 Patent") and 11,382,979 (the "'979 Patent") set forth below are construed as follows:

| Claim Term | Claim Number(s) | Construction |
|---|---|---|
| "cationic lipid" | All asserted claims of the '933 Patent<br><br>All asserted claims of the '979 Patent | Plain and ordinary meaning, which is "a lipid that is positively charged or that may be protonated at physiological pH" |

| Claim Term | Claim Number(s) | Construction |
|---|---|---|
| "$R^{13}$ is a branched $C_{10}$-$C_{20}$ alkyl" | | "$R^{13}$ is a saturated hydrocarbon moiety group with 10 to 20 carbon atoms and in which one carbon atom in the group (1) is bound to at least three other carbon atoms and (2) is not a ring atom of a cyclic group." |

IT IS FURTHER ORDERED that the Court will defer any ruling on claim construction of the "head group" term in the '933 Patent and the '979 Patent until after additional extrinsic evidence, including in the form of expert testimony, is presented for the Court's consideration. The parties shall meet and confer to discuss an appropriate time for the Court to consider such additional extrinsic evidence and present their proposal to the Court by September 1, 2023.

McDERMOTT WILL & EMERY LLP

/s/ Ethan H. Townsend
Ethan H. Townsend (#5813)
The Nemours Building
1007 N. Orange Street, 10th Floor
Wilmington, DE 19801
Tel.: (302) 485-3911
ehtownsend@mwe.com

CONNOLLY GALLAGHER LLP

/s/ Alan R. Silverstein
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Tel.: (302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

**OF COUNSEL:**

William G. Gaede, III
Anisa Noorassa
McDermott Will & Emery LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105

Sarah Chapin Columbia
Sarah J. Fischer
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021

Ian B. Brooks
Timothy M. Dunker
McDermott Will & Emery LLP
500 N. Capitol Street NW
Washington, DC 20003

Bhanu K. Sadasivan, Ph.D.
McDermott Will & Emery LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885

*Attorneys for Alnylam*
*Pharmaceuticals, Inc.*




Dated:   August 16, 2023

**OF COUNSEL:**

Michael W. Johnson
Jennifer Liu
Brian Frino
Daniel Constantinescu
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019

Sara Tonnies Horton
Willkie Farr & Gallagher
300 North LaSalle Drive
Chicago, IL 60654

*Attorneys for Pfizer Inc. and Pharmacia*
*& Upjohn Co. LLC*


MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel.: (302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

**OF COUNSEL:**

Charles B. Klein
Claire Fundakowski
Jovial Wong
Winston & Strawn LLP
1901 L Street NW
Washington, D.C. 20036

Katherine L. Kyman
Brian L. O'Gara
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Ashley Graham
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

*Attorneys for BioNTech SE and
BioNTech Manufacturing GmbH*

IT IS SO ORDERED this __2nd__ day of __August__ , 2023.

_____
Chief Judge Colm F. Connolly

- 4 -