

**mwe.com**

Ethan H. Townsend
Attorney at Law
ehtownsend@mwe.com
+1 302 485 3911

September 1, 2023

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re:  *Alnylam Pharmaceuticals, Inc. v. Pfizer Inc.*, C.A. No. 23-578 (CFC)
       *Alnylam Pharmaceuticals, Inc. v. Pfizer Inc.*, C.A. No. 22-336 (CFC) (Consolidated)

Dear Chief Judge Connolly:

I write on behalf of the parties in the above-captioned matters regarding the proposed scheduling order due today in C.A. No. 23-578 (CFC). We have reached agreement on all the dates set forth in the attached Exhibit A and agreement to consolidate C.A. No. 23-578 (CFC) with C.A. No. 22-336 (CFC) (Consolidated) for all purposes, including a single trial. The parties have also reached agreement on the timing for the Court to consider extrinsic evidence on claim construction of the "head group" term, which the Court requested at the August 10, 2023 *Markman* in C.A. No. 22-336 (CFC) (Consolidated) and ordered on August 21, 2023 (D.I. 109). However, the parties have not yet reached agreement on the terms for the full proposed scheduling order, including as reflected in Exhibit A the length of any additional supplemental briefing for the "head group" term, with Alnylam proposing 1000 words and Pfizer/BioNTech proposing 4000 words. Accordingly, the parties request that the Court set a Scheduling Conference.

Respectfully,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

EHT/dar
Enclosure



1000 N. West Street Suite 1400 Wilmington DE 19801 Tel +1 302 485 3900 Fax +1 302 351 8711

*US practice conducted through McDermott Will & Emery LLP.*