# APPENDIX 1

# Kathryn A. Whitehead, Ph.D.

Professor
Departments of Chemical Engineering and Biomedical Engineering
Carnegie Mellon University
Email: kawhite@cmu.edu
Website: http://whitehead.cheme.cmu.edu

5000 Forbes Ave., DH A205
Pittsburgh, PA 15213
Office: (412) 268-9836

## EDUCATION

**Ph.D. in Chemical Engineering (2007)**
University of California, Santa Barbara, Santa Barbara, CA
Advisor: Professor Samir Mitragotri

**Honors Bachelor of Chemical Engineering (2002)**
Degree with Distinction, Magna Cum Laude; Minor in Mathematics
University of Delaware, Newark, DE

## PROFESSIONAL POSITIONS

**Carnegie Mellon University,** Departments of Chemical Engineering and Biomedical Engineering (courtesy)
- Professor, 2022 – present
- Associate Professor, 2019 – 2022
- Assistant Professor, 2012 – 2019

**Massachusetts Institute of Technology,** Koch Institute for Integrative Cancer Research
- Postdoctoral Fellow, 2010 – 2012
- Postdoctoral Associate, 2008 – 2010
- Advisors: Professors Robert Langer & Daniel Anderson

## HONORS AND AWARDS

| | |
|---|---|
| 2023 | Morawetz Distinguished Lectureship, New York University |
| 2022 | Mellichamp Emerging Leader Lectureship, University of California, Santa Barbara |
| 2022 | Research Ingenuity Award, FRAXA Research Foundation |
| 2021 | Elected Fellow, Controlled Release Society |
| 2021 | Elected Fellow, American Institute for Medical and Biological Engineering |
| 2021 | Controlled Release Society Young Investigator Award |
| 2019 | Curtis W. McGraw Research Award, American Society for Engineering Education |
| 2019 – 2021 | Dean's Early Career Fellowship, Carnegie Mellon University |
| 2018 | George Tallman Ladd Research Award, Carnegie Mellon University |
| 2018 | NIH Director's New Innovator Award |
| 2018 | DARPA Director's Fellowship |
| 2017 | Selected Delegate, Academy of Achievement International Summit |
| 2017 | Carnegie Science Center Emerging Female Faculty Award |
| 2016 | DARPA Young Faculty Award |
| 2016 | *Cellular and Biomolecular Engineering* Young Innovator Award |
| 2015 | Brilliant Ten Award from *Popular Science* |
| 2015 | Selected participant, National Academy of Engineering U.S. Frontiers of Engineering |
| 2015 | Kun Li Award for Excellence in Education, Carnegie Mellon University |
| 2014 – 2016 | NIH Early Career Reviewer Program, selected participant |
| 2014 | MIT Technology Review Innovator Under 35 |
| 2010 – 2012 | NIH Ruth Kirschstein NRSA (F32) Fellowship |
| 2004 – 2006 | UC Graduate Research and Education in Adaptive Biotechnology Fellowship |
| 2004 | Diabetes Technology Society Peterson Research Award (2004) |
| 2004 | Controlled Release Society Capsugel/Pfizer Innovative Oral Drug Delivery Award |

2004        Chemical Engineering Service Award, University of California, Santa Barbara
2003        NSF Graduate Fellowship Honorable Mention
2002 – 2003 Materials Research Laboratory Fellowship
2002        Outstanding Senior Research Award, University of Delaware
2000 – 2002 Chemical Engineering Class of 1952 Scholarship, University of Delaware
2001        Phi Kappa Phi Honor Society
2000 – 2003 Just Born Candies Scholarship
2000        Tau Beta Pi Engineering Honor Society

## OTHER EXPERIENCE AND PROFESSIONAL MEMBERSHIPS

- <u>Scientific Advisory Boards</u>: Poseida Therapeutics (2023 – present); Rampart Bioscience (2022 – present); Enter X Bio (2022 – present); GENEGUT Center (2022 – present); Flagship Ventures FL82 (2021 – 2022); FoRmulaEx Center for functional RNA delivery, Sweden (2021 – present)

- <u>Consulting Activities:</u> in the past 5 years, 20 biotech companies and three law firms

- <u>Boards of Directors</u>: Director-at-Large, Controlled Release Society (2019 – 2021); Director, Controlled Release Society Focus Groups (2019 – 2020)

- <u>Conference Leadership</u>: Co-Chair, Keystone Symposium on Delivery of Nucleic Acid Therapeutics (2024); Vice Chair (2022) & Chair (2024), Gordon Research Conference on Drug Carriers in Medicine & Biology; Chair, Keystone Symposium on Delivering Therapeutics Across Biological Barriers (2019); Inaugural Chair, Controlled Release Society Oral Delivery Focus Group (2017 – 2019); Chair, AIChE Division 22B Bionanotechnology (2016 – 2018)

- <u>Journal Activities</u>: Associate Scientific Advisor, *Science Translational Medicine* (2016 – 2017); Guest editor, *Bioengineering and Translational Medicine* special issue on Nucleic Acid Delivery: Enabling the Drugs of Tomorrow (2016)

- <u>Society Memberships</u>: American Association for Pharmaceutical Sciences (2021 – present); American Association for the Advancement of Science (2021 – present); American Institute of Chemical Engineers (2004 – present); American Institute for Medical and Biological Engineering (2021 – present); Controlled Release Society (2004 – present)

- <u>Academic Memberships</u>: Center for Nucleic Acids Science and Technology, CMU (2013 – present); McGowan Institute for Regenerative Medicine, Univ. of Pittsburgh (2013 – present)

## PUBLICATIONS (~10,000 total citations, average ~170 citations per paper)

<u>Pre-prints</u>

1. Chaudhary, N., Newby, A., Arral, M., Yerneni, S., LoPresti, S., Doerfler, R., Strelkova Petersen, D., Fox, B., Coon, T., Malaney, A., Sadovsky, Y., and Whitehead, K. Lipid nanoparticle structure and delivery route during pregnancy dictates mRNA potency, immunogenicity, and health in the mother and offspring. <u>BioRxiv</u>, 2023.

<u>Peer-Reviewed</u>

1. Friis, K., Gracin, S., Oag, S., Leijon, A., Sand, E., Lindberg, B., Lázaro-Ibáñez, E., Lindqvist, J., Whitehead, K., and Bak, A. Spray-dried lipid nanoparticle formulations enable intratracheal administration of mRNA. *Journal of Controlled Release*, doi: <u>10.1016/j.jconrel.2023.09.031</u>, 2023.

2. Fein, K., Arral, M., Kim, J., Newby, A., and Whitehead, K. Placental drug transport and fetal exposure during pregnancy is determined by drug molecular size, chemistry, and conformation. *Journal of Controlled Release*, <u>361:29-39</u>, 2023.

3. Melamed, J., Yerneni, S., Arral, M., LoPresti, S., Chaudhary, N., Sehrawat, A., Muramatsu, H., Alameh, M., Pardi, N., Weissman, D., Gittes, G., and Whitehead, K. Ionizable lipid nanoparticles deliver mRNA to pancreatic beta cells via macrophage-mediated gene transfer. *Science Advances*, 9: eade1444, 2023.

4. Umei, N., Lai, A., Shin, S., Miller, J., Roberts, K., Strelkova, D., Chaudhary, N., Ichiba, S., Sakamoto, A., Whitehead, K., and Cook, K. Factor XII silencing using siRNA prevents thrombus formation in a rat model of extracorporeal life support. *American Society for Artificial Internal Organs Journal*, doi: 10.1097/MAT.0000000000001876, 2022.

5. Lamson, N., Fein, K., Gleeson, J., Xian, S., Newby, A., Chaudhary, N., Melamed, J., Cochran, C., Ball, R., Suri, K., Ahuja, V., Zhang, A., Berger, A., Kolodieznyi, D., Schmidt, B., Silva, G., and Whitehead, K. The strawberry-derived permeation enhancer pelargonidin enables oral protein delivery. *Proceedings of the National Academy of Sciences*, 119 (33) e2207829119, 2022.

6. Doerfler, R., Melamed, J., and Whitehead, K. The effect of infant gastric digestion on human maternal milk cells. *Molecular Nutrition and Food Research*, doi: 10.1002/mnfr.202200090, 2022.

7. Gleeson, J., Chaudhary, N., Fein, K., Doerfler, R., Hredzak-Showalter, T., and Whitehead K. Profiling of mature-stage human breast milk cells identifies six unique lactocyte sub-populations. *Science Advances*, 8: eabm6865, 2022.

8. Fein, K., Gleeson, J., Cochran, C., Lamson, N., Doerfler, R., Melamed, J., and Whitehead, K. Long-term daily oral administration of intestinal permeation enhancers is safe and effective in mice. *Bioengineering and Translational Medicine*, doi:10.1002/btm2.10342, 2022.

9. LoPresti, S., Arral, M., Chaudhary, N., and Whitehead, K. The replacement of helper lipids with charged alternatives in lipid nanoparticles facilitates targeted mRNA delivery to the spleen and lungs. *Journal of Controlled Release*, 345: 819-831, 2022.

10. Fein, K., Gleeson, J., Newby, A., and Whitehead, K. Intestinal permeation enhancers enable oral delivery of macromolecules up to 70 kDa in size. *European Journal of Pharmaceutics and Biopharmaceutics*, 170: 70-76 , 2022.

11. Melamed, J., Hajj, K., Chaudhary, N., Strelkova, D., Arral, M., Pardi, N., Alameh, M., Miller, J., Farbiak, L., Siegwart, D., Weissman, D., and Whitehead, K. Lipid nanoparticle chemistry determines how nucleoside base modifications alter mRNA delivery. *Journal of Controlled Release*, 341: 206-14, 2021.

12. Chaudhary, N., Weissman, D., and Whitehead, K. mRNA vaccines for infectious diseases: Principles, delivery, and clinical translation. *Nature Reviews Drug Discovery*, 20:817-838, 2021.

13. Gleeson, J., Fein, K., and Whitehead, K. Oral delivery of peptide therapeutics in infants: Challenges and opportunities. *Advanced Drug Delivery Reviews*, 173:112-124, 2021.

14. Gleeson, J., Fein, K., Chaudhary, N., Doerfler, R., Newby, A., and Whitehead, K. The enhanced intestinal permeability of infant mice enables oral protein and macromolecular absorption without delivery technology. *International Journal of Pharmaceutics*, 593:120120, 2021.

15. Hajj, K., Melamed, J., Chaudhary, N., Lamson, N., Ball, R., Deluty, S., Yerneni, S., and Whitehead, K. A potent branched-tail lipid nanoparticle enables multiplexed mRNA delivery in vivo. *Nano Letters*, 20(7):5167-75, 2020.

16. Cheng, Y., Shiwarski, D., Ball, R., Whitehead, K., and Feinberg, A. Engineering Aligned Human Skeletal Muscle Tissue Using Decellularized Plant-Derived Scaffolds. *ACS Biomaterials Science & Engineering*, 6(5): 3046-3054, 2020.

17. Cochran, K., Lamson, N., and Whitehead, K. Expanding the utility of the dextran sulfate sodium (DSS) mouse model to induce less severe colitis symptoms. *PEERJ*, 8: e8681,  2020.

18. Brown, T., Whitehead, K., and Mitragotri, S. Materials for oral delivery of proteins and peptides. *Nature Reviews Materials*, 5: 127-148, 2020.

19. Zheng, S., Lavrenyuk, K., Fein, K., Lamson, G., Whitehead, K., and Dahl, K. Piperazine derivatives enhance epithelial cell monolayer permeability by increased cell force generation and loss of cadherin structures. *ACS Biomaterials Science & Engineering*, DOI: 10.1021/acsbiomaterials.9b01660, 2019.

20. Lamson, N., Berger, A., and Whitehead, K. Anionic nanoparticles enable the oral delivery of proteins by enhancing intestinal permeability. *Nature Biomedical Engineering*, DOI: 10.1038/s41551-019-0465-5, 2019.

3

21. Levy, E., Samy, K., Lamson, N., Whitehead, K., Kroetz, D., and Desai, T. Reversible inhibition of efflux transporters by hydrogel microdevices. *European Journal of Pharmaceutics and Biopharmaceutics*, 145: 76-84, 2019.

22. Lamson, N., Ball, R., Fein, K., and Whitehead, K. Thrifty, rapid intestinal monolayers (TRIM) using Caco-2 epithelial cells for oral drug delivery experiments. *Pharmaceutical Research*, 36: 172, 2019.

23. He, J., Hajj, K., Knapp, C., and Whitehead, K. Development of a clinically relevant chemoresistant mantle cell lymphoma cell culture model. *Experimental Biology and Medicine*, DOI: 10.1177/1535370219857594, 2019.

24. Hajj, K., Ball, R., Deluty, S., Singh, S., Strelkova, D., Knapp, C., and Whitehead, K. Branched-tail lipid nanoparticles potently deliver mRNA due to enhanced ionization at endosomal pH. *Small*. DOI: 10.1002/smll.201805097, 2019.

25. Kasiewicz, L. and Whitehead, K. Lipid nanoparticles silence TNFα to improve wound healing in diabetic mice. *Bioengineering and Translational Medicine*. DOI: 10.1002/btm2.10123, 2018.

26. Ball, R., Hajj, K., Vizelman, J., Bajaj, P., and Whitehead, K. Lipid nanoparticle formulations for enhanced co-delivery of siRNA and mRNA. *Nano Letters* , DOI: 10.1021/acsnanolett.8b01101, 2018.

27. Knapp, C., He, J., Lister, J., and Whitehead, K. Lipid nanoparticle siRNA cocktails for the treatment of mantle cell lymphoma. *Bioengineering and Translational Medicine*, DOI: 10.1002/btm2.10088, 2018.

28. Ball, R., Bajaj, P., and Whitehead, K. Oral delivery of siRNA lipid nanoparticles: Fate in the GI tract. *Scientific Reports*, 8:2178, 2018.

29. Hajj, K. and Whitehead, K. Tools for translation: Non-viral materials for therapeutic mRNA delivery. *Nature Reviews Materials*, 2:  2:217056, 2017.

30. Kasiewicz, L. and Whitehead, K. Recent advances in biomaterials for the treatment of diabetic foot ulcers. *Biomaterials Science*, 5: 1962-75, 2017.

31. Cummings, C., Fein, K., Murata, H., Ball, R., Russell, A., and Whitehead, K. ATRP-grown protein-polymer conjugates containing phenylpiperazine selectively enhance transepithelial protein transport. *Journal of Controlled Release*, 255: 270-278, 2017.

32. Fein, K., Lamson, N., and Whitehead, K. Structure-function analysis of phenylpiperazine derivatives as intestinal permeation enhancers. *Pharmaceutical Research*, 34: 1320-1329, 2017.

33. Ball, R., Bajaj, P., and Whitehead, K. Achieving long term stability of lipid nanoparticles: Examining the effect of pH, temperature, and lyophilization. *International Journal of Nanomedicine*, 12: 305-315, 2016.

34. Knapp, C., Guo, P., and Whitehead, K. Lipidoid tail structure strongly influences siRNA delivery activity. *Cellular and Molecular Bioengineering*, 9(3): 305-314, 2016.

35. Knapp, C., He, J., Lister, J., and Whitehead, K. Lipidoid nanoparticle mediated silencing of Mcl-1 induces apoptosis in mantle cell lymphoma. *Experimental Biology and Medicine*, 241:1007-1013, 2016.

36. Lamson, N., Cusimano, G., Suri, K., Zhang, A., and Whitehead, K. The pH of piperazine derivative solutions predicts their utility as transepithelial permeation enhancers. *Molecular Pharmaceutics*, 13(2):578-585, 2016.

37. Kasiewicz, L. and Whitehead, K. Silencing TNF alpha with lipidoid nanoparticles downregulates both TNF alpha and MCP-1 in an in vitro co-culture model of diabetic foot ulcers. *Acta Biomaterialia*, 32(3):120-128, 2016.

38. Ball, R., Knapp, C., and Whitehead, K. Lipidoid nanoparticles for siRNA delivery to the intestinal epithelium: in vitro investigations in a Caco-2 model. *PLOS One*, 10(7) DOI:10.1371/journal.pone.0133154, 2015.

39. Veiseh, O., Tang, B., Whitehead, K., Langer, R., and Anderson, D. Managing diabetes with nanomedicine: Challenges and opportunities. *Nature Reviews Drug Discovery*, 14: 45-57, 2015.

40. Knapp, C. and Whitehead, K. In pursuit of a moving target: Nanotherapeutics for the treatment of Non-Hodgkin B-cell lymphoma. *Expert Opinion on Drug Delivery*, 11(12): 1923-1937, 2014.

41. Whitehead, K., Dorkin, J., Vegas, A., Chang, P., Veiseh, O., Matthews, J., Fenton, O., Zhang, Y., Olejnik, K., Chen, D., Barros, S., Klebanov, B., Novobrantseva, T., Langer, R., and Anderson, D. Degradable lipid nanoparticles with predictable in vivo siRNA delivery activity. *Nature Communications*, 5: 4277 DOI:10.1038/ncomms5277, 2014.

42. Mizrahi, B., Shankarappa, S., Hickey, J., Dohlman, J., Timko, B., Whitehead, K., Lee, J. J., Langer, R., Anderson, D., and Kohane, D. A stiff injectable biodegradable elastomer. *Advanced Healthcare Materials*, **23**(12): 1527-33, 2013.

43. Whitehead, K., Matthews, J., Chang, P., Dorkin, J. R., Niroui, F., Severgnini, M., Anderson, D. In vitro – in vivo translation of lipid nanoparticles for hepatocellular siRNA delivery. *ACS Nano*, **6**(8): 6922-9, 2012.

44. Chen, D., Love, K., Chen, Y., Eltoukhy, A., Kastrup, C., Sahay, G., Jeon, A., Dong, Y., Whitehead, K., Langer, R., and Anderson, D. Rapid discovery of potent siRNA-containing lipid nanoparticles enabled by controlled microfluidic formulation. *JACS*, **134**(16): 6948-51, 2012.

45. Kanasty, R., Whitehead, K., Vegas, A., Langer, R., and Anderson, D. Action and reaction: The biological response to siRNA and its delivery vehicles. *Molecular Therapy*, **20**(3): 513-24, 2012.

46. Novobrantseva, T. I., Borodovsky, A., Wong, J., Klebanov, B., Zafari, M., Yucius, K., Querbes, W., Ge, P., Ruda, V., Milstein, S., Speciner, L., Duncan, R., Barros, S., Basha, G., Cullis, P., Akinc, A., Donahoe, J.S., Jayaprakash, N., Jayaraman, M., Bogorad, R.L., Love, K.T., Whitehead, K., Levins, C., Manoharan, M., Swirski, F.K., Weissleder, R., Langer, R., Anderson, D.G., de Fougerolles, A., Nahrendorf, M.,Kotelianisky, V. Systemic RNAi-mediated gene silencing in non-human primate and rodent myeloid cells. *Molecular Therapy Nucleic Acids*, **1**, e4; DOI:10.1038/mtna.2011.3, 2012.

47. Whitehead, K., Sahay, G., Li, G., Love, K., Alabi, C., Ma, M., Zurenko, C., Querbes, W., Langer, R., and Anderson, D. Synergistic silencing: Binary combinations of lipid-like materials for efficacious siRNA delivery. *Molecular Therapy*, **19**(9):1688-94, 2011.

48. Siegwart, D., Whitehead, K., Nuhn, L., Sahay, G., Cheng, H., Jiang, S., Ma, M., Lytton-Jean, A., Vegas, A., Fenton, P., Levins, C., Love, K., Lee, H., Cortez, C., Collins, S., Li, Y., Jang, J., Querbes, W., Zurenko, C., Novobrantseva, T., Langer, R., and Anderson, D. Combinatorial synthesis of chemically diverse core-shell nanoparticles for intracellular delivery. *PNAS*, **108**:12996-13001, 2011.

49. Whitehead, K., Dahlman, J., Langer, R., and Anderson, D. Silencing or stimulation? siRNA delivery and the immune system. *Annual Review of Chemical and Biomolecular Engineering*, **2**:77-96, 2011.

50. Timko, B., Whitehead, K., Gao, W., Kohane, D., Farokhzad, O., Anderson, D., and Langer, R. Advances in drug delivery. *Annual Review of Materials Research*, **41**:1-20, 2011.

51. Mahon, K., Love, K., Whitehead, K., Akinc, A., Leshchiner, E., Leshchiner, I., Langer, R., and Anderson, D. A combinatorial approach to determine functional group effects on lipidoid-mediated siRNA delivery. *Bioconjugate Chemistry,* **21**(8):1448-54, 2010.

52. Love, K., Mahon, K., Levins, C., Whitehead, K., Querbes, W., Dorkin, R., Qin, J., Cantley, W., Qin, J., Racie, T., Frank-Kamesky, M., Yip, K. N., Alvarez, R., Sah, D., de Fougerolles, A., Fitzgerald, K., Kotelianisky, V., Akinc, A., Langer, R., and Anderson, D. Lipid-like materials for low dose, in vivo gene silencing. *PNAS*, **107**(5):1864-9, 2010.

53. Cheng, H., Kastrup, C., Ramanathan, R., Siegwart, D., Ma, M., Bogatyrev, S., Xu, Q., Whitehead, K., Langer, R., Anderson, D. Nanoparticulate cellular patches for cell-mediated tumoritropic delivery. *ACS Nano*, **4**(2):625-31, 2010.

54. Whitehead, K., Langer, R., and Anderson, D. Knocking down barriers: Advances in siRNA delivery. *Nature Reviews Drug Discovery*, **8**(2):129-38, 2009.

55. Whitehead, K. and Mitragotri, S. Mechanistic analysis of chemical permeation enhancers for oral drug delivery. *Pharmaceutical Research*, **25**: 1412-9, 2008.

56. Whitehead, K., Karr, N., and Mitragotri, S. Discovery of synergistic permeation enhancers for oral drug delivery. *Journal of Controlled Release*, **128**: 128-33, 2008.

57. Whitehead, K., Karr, N., and Mitragotri, S. Safe and effective permeation enhancers for oral drug delivery. *Pharmaceutical Research*, **25**: 1782-8, 2008.

58. Whitehead, K. and Mitragotri, S. Oral delivery of macromolecules. *Drug Delivery Companies Report*, Pharmaventures. Spring/Summer 2005.

59. Whitehead, K., Shen, Z., and Mitragotri, S. Oral delivery of macromolecules using intestinal patches: Applications for insulin delivery. *Journal of Controlled Release*, **98**: 37-45, 2004.

5

Other Articles

1.  Langer, R., Whitehead, K., and Elsner, M. Forum: drug delivery roundtable with Langer and Whitehead. *Nature Biotechnology*, 40(1): 29, 2022.

2.  Karikó, K., Whitehead, K., and van der Meel, R. What does the success of mRNA vaccines tell us about the future of biological therapeutics? *Cell Systems*, 12(8): 757-758, 2021.

3.  Whitehead, K. A new lease on half-life. *Science Translational Medicine*, **8**: 369ec201, Dec. 14, 2016.

4.  Whitehead, K. Muscling out gene mutations. *Science Translational Medicine*, **8**: 367ec193, Nov. 30, 2016.

5.  Whitehead, K. Protecting kids with a patch. *Science Translational Medicine*, **8**: 361ec169, Oct. 19, 2016.

6.  Whitehead, K. Gobbling up inflammation to ameliorate autoimmunity. *Science Translational Medicine*, **8**: 355ec145, Sept. 7, 2016.

7.  Whitehead, K. A captive peptide for T cell activation. *Science Translational Medicine*, **8**: 349ec121, July 27, 2016.

8.  Whitehead, K. Pancreatic cells play switcheroo. *Science Translational Medicine*, **8**: 343ec97, June 15, 2016.

9.  Whitehead, K. A one-two punch for pain control. *Science Translational Medicine*, **8**: 336ec69, April 27, 2016.

10. Whitehead, K. A cage for pathogens. *Science Translational Medicine*, **8**: 331ec49, March 23, 2016.


# INVITED PRESENTATIONS & SEMINARS

Universities

1.  Whitehead, K. Lipid nanoparticles for RNA delivery: Enablers of a new wave of genetic medicine. Morawetz Distinguished Lectureship, Department of Chemical Engineering, New York University, New York, NY, April 2023.

2.  Whitehead, K. Lipid nanoparticles for RNA delivery: Enablers of a new wave of genetic medicine. Department of Materials Science and Engineering, University of New South Wales, Sydney, Australia, November 2022.

3.  Whitehead, K. Lipid nanoparticles for RNA delivery: Enablers of a new wave of genetic medicine. School of Pharmacy, University of Queensland, Brisbane, Australia, November 2022.

4.  Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Mellichamp Emerging Leader Lectureship, Department of Chemical Engineering, University of California, Santa Barbara, October 2022.

5.  Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Department of Biomedical Engineering, University of California, Irvine (virtual), April 2022.

6.  Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Children's Hospital, University of Pittsburgh (virtual), April 2022.

7.  Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical Engineering, Lehigh University (virtual), February 2022.

8.  Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Nanotechnology Seminar Series, Massachusetts Institute of Technology (virtual), December 2021.

9.  Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Materials Science, Drexel University (virtual), October 2021.

10. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. College of Pharmacy, University of Texas at Austin (virtual), June 2021.

11. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical and Biomolecular Engineering, Cornell University (virtual), April 2021.

12. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Brain Immunology and Glia (BIG) Seminar Series, University of Missouri (virtual), April 2021.

13. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Department of Materials Science and Engineering, Korea University (virtual), March 2021.

14. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical and Biomolecular Engineering, Georgia Institute of Technology (virtual), March 2021.

15. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical Engineering, Stanford University (virtual), March 2021.

16. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical and Biomolecular Engineering, Johns Hopkins University (virtual), February 2021.

17. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Biomedical Engineering, University of Southern California (virtual), February 2021.

18. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Department of Pharmaceutical Sciences, University of Michigan (virtual), February 2021.

19. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Science Foundation Ireland Centre for Research in Medical Devices (CÚRAM), National University of Ireland Galway (virtual), February 2021.

20. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical and Biomolecular Engineering, University of Illinois at Urbana Champaign (virtual), January 2021.

21. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Chemical and Biomolecular Engineering, University of California, Berkeley (virtual), January 2021.

22. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Centre for Biosystems Science and Engineering, Indian Institute of Science (virtual), January 2021.

23. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. School of Pharmacy, Oregon State University & Oregon Health Sciences University (virtual), January 2021.

24. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. University of Cincinnati Oesper Symposium in honor of Nicholas Peppas (virtual), November 2020.

25. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Drug Discovery and Development, School of Pharmacy, Auburn University (virtual), September 2020.

26. Whitehead, K. Enabling the medicines of tomorrow: Lipid nanoparticles for RNA delivery. Integrative Genomics Institute, University of California, Berkeley, CA, January 2020.

27. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Department of Bioengineering, University of Pittsburgh, Pittsburgh, PA, November 2019.

28. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical and Biomolecular Engineering, University of Notre Dame, South Bend, IN, October 2019.

29. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Biomedical Engineering, Tufts University, Medford, MA, September 2019.

30. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical and Biomolecular Engineering, University of Pennsylvania, Philadelphia, PA, April 2019.

31. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical and Biomedical Engineering, West Virginia University, Morgantown, WV, March 2019.

32. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical Engineering, University of Florida, Gainesville, FL, February 2019.

33. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. School of Engineering and Applied Sciences, Harvard University, Cambridge, MA, February 2019.

34. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical Engineering, University of Delaware, Newark, DE, October 2018.

35. Whitehead, K. Lipid nanoparticles for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical Engineering, Massachusetts Institute of Technology, Cambridge, MA, September 2018.

36. Whitehead, K. Silica nanoparticles enable oral protein delivery. Merck Lecture, Langer Lab Seminar Series, Massachusetts Institute of Technology, June 2018.

37. Whitehead, K. Lipid nanoparticles for mRNA delivery: A how-to guide for hacking gene expression. University of British Columbia, Michael Scott Laboratories, May 2018.

38. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. University of Pittsburgh Cancer Institute, January 2018.

39. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. Center for Nanomedicine, Johns Hopkins University, June 2017.

40. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. Department of Chemical Engineering, University of Washington, April 2017.

41. Whitehead, K. Enabling the medicine of tomorrow: Lipid nanoparticles for applications in RNA delivery. Center for Targeted Therapeutics and Translational Medicine, University of Pennsylvania, April 2017.

42. Whitehead, K. Giving genes the silent treatment: Engineering lipid materials for potent siRNA delivery. Molecular Biophysics and Structural Biology Program, University of Pittsburgh and Carnegie Mellon University, November 2016.

43. Whitehead, K. Giving genes the silent treatment: Lipid nanoparticles for siRNA delivery. Department of Biomedical Engineering, Penn State University, September 2016.

44. Whitehead, K. Giving genes the silent treatment: Lipid nanoparticles for siRNA delivery. Department of Chemical Engineering, Tufts University, February 2016.

45. K. Whitehead. Giving genes the silent treatment: Lipid nanoparticles for siRNA delivery. Department of Chemical Engineering, University of Rhode Island, April 2015.

46. K. Whitehead. Giving genes the silent treatment: Lipid nanoparticles for siRNA delivery. Department of Pharmaceutical Sciences, Duquesne University, December 2014.

47. K. Whitehead. Lipid-like materials for therapeutic gene silencing. University of Delaware, Department of Chemical Engineering Centennial Celebration, September 2014.

48. Whitehead, K. Giving genes the silent treatment: Lipid nanoparticles for siRNA delivery. Department of Biomedical Engineering, Carnegie Mellon University, October 2013.

49. Whitehead, K. Giving genes the silent treatment: Lipid nanoparticles for siRNA delivery. Colloids, Polymers, and Surfaces Seminar, Carnegie Mellon University, September 2013.

Conferences and Symposia

1. Whitehead, K. Non-viral mRNA delivery to the pancreas: The role of peritoneal macrophages. NanoDDS Symposium, Cambridge, MA, September 2023.

2. Whitehead, K. Lipid nanoparticles for mRNA delivery: Targeting beyond the liver. GENEGUT Symposium, Budapest, Hungary, September 2023.

3. Whitehead, K. Lipid nanoparticles for mRNA therapeutics: Targeting beyond the liver. Gordon Research Conference on Preclinical Form and Formulation, Mt. Snow, VT, June 2023.

4. Whitehead, K. Lipid nanoparticles for mRNA delivery to the brain. Fragile X Meeting, Cold Spring Harbor Laboratory Banbury Center, Lloyd Harbor, NY, November 2022.

5. Whitehead, K. Plenary talk. Lipid nanoparticles for RNA delivery: Enablers of a new wave of genetic medicine. Drug Delivery Australia, Adelaide, Australia, November 2022.

6. Whitehead, K. Lipid nanoparticles for RNA delivery: Enablers of a new wave of genetic medicine. GENEGUT Symposium, October 2022.

7. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. The 11th Symposium on Pharmaceutical Profiling in Drug Discovery (Uppsala, Sweden; virtual), January 2022.

8. Whitehead, K. The path to mRNA vaccines. Nano Drug Delivery Symposium/ NanoDDS (virtual), December 2021.

9. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. The National Institute for Pharmaceutical Technology & Education (NIPTE) Annual Conference (virtual), November 2021.

10. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. 9th International mRNA Health Conference (Berlin, Germany; virtual), November 2021.

11. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. 6th Bioengineering and Translational Medicine Conference, October 2021.

12. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Gordon Research Conferences (GRC) Connects: Preclinical Form and Formulation for Drug Discovery (virtual), June 2021.

13. Whitehead, K. Self-assembled Lipid Nanoparticles for RNA Delivery: A How-to Guide for Hacking Gene Expression. Foundations of Nanoscience (FNANO) Conference (virtual), April 2021.

14. Whitehead, K. Plenary talk. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Controlled Release Society – Spain Portugal Local Chapter Annual Meeting (virtual), January 2021.

15. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. The 15th Annual Peptide Therapeutics Symposium (virtual), October 2020.

16. Whitehead, K. Controlled Release Society Young Investigator Award Talk. Controlled Release Society Annual Meeting (virtual), June 2020.

17. Whitehead, K. A strawberry-derived solution for oral protein delivery. Area 15 D/E, American Institute of Chemical Engineers Annual Meeting, Orlando, FL, November 2019.

18. Whitehead, K. Enabling the medicines of tomorrow: Lipid nanoparticles for enhanced co-delivery of RNAs. Keystone Symposium on Delivering Therapeutics Across Biological Barriers, Dublin, Ireland, May 2019.

19. Whitehead, K. Next-generation mRNA delivery systems with precise spatial and temporal activity. DARPA PREPARE Meeting, New York City, NY, April 2019.

20. Whitehead, K. Lipid Nanoparticle Formulations for the Synergistic Co-Delivery of siRNA and mRNA. Area 15 D/E, American Institute of Chemical Engineers Annual Meeting, Pittsburgh, PA, October 2018.

21. Whitehead, K. Silica Nanoparticles Act as Permeation Enhancers to Enable Oral Protein Delivery. WIC 20th Anniversary Symposium, American Institute of Chemical Engineers Annual Meeting, Pittsburgh, PA, October 2018.

22. Whitehead, K. Lipid-like Materials for RNA Delivery: Predicting In Vivo Efficacy. 22B Bionanotechnology Plenary Session, American Institute of Chemical Engineers Annual Meeting, Pittsburgh, PA, October 2018.

23. Whitehead, K. Keynote talk. Lipid nanoparticles for mRNA delivery: A how-to guide for hacking gene expression. Canadian Biomaterials Society Annual Meeting, May 2018.

24. Whitehead, K. Next-generation mRNA delivery systems with precise spatial and temporal activity. DARPA Safe Genes Meeting, April 2018.

25. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. Materials Research Society Fall Meeting, November 2017.

26. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. American Institute of Chemical Engineers Annual Meeting, October 2017.

27. Whitehead, K. Next-generation mRNA delivery systems with precise spatial and temporal activity. DARPA Safe Genes Meeting, May 2017.

28. Whitehead, K. Lipidoid tail structure strongly influences siRNA delivery activity. Biomedical Engineering Society Annual Meeting, October 2016.

9

29. Whitehead, K. Giving Genes the Silent Treatment: Lipid Nanoparticles for Potent siRNA Delivery. American Association for Pharmaceutical Sciences – National Biotechnology Conference, May 2016.

30. Whitehead, K. RNA Nanobiomaterials: Promise and Potential. McGowan Institute for Regenerative Medicine Scientific Retreat, 15, March 2016.

31. K. Whitehead. Lipidoid Nanoparticles for the treatment of Non-Hodgkin lymphoma. Gordon Research Conference, Biomaterials, July 2015. (invited short talk selected from posters)

32. K. Whitehead. RNA interference therapeutics using lipidoid nanoparticles. Biomedical Engineering Materials and Applications (BEMA) Roundtable of the National Academies, April 2015.

33. K. Whitehead. Lipid-like materials for siRNA delivery. ACS Central Regional Meeting, October 2014.

34. K. Whitehead. Lipid nanoparticles for the delivery of siRNA to immune cells. Nanomedicine and Drug Delivery Symposium (NanoDDS), October 2014.

35. K. Whitehead. Effective drug delivery systems. EmTech Conference, September 2014.

36. K. Whitehead. Lipid-like materials for drug delivery. SPARK Retreat on the Development of Next-Generation Biohybrids for Therapeutic Applications, September 2014.

37. Whitehead, K. Lipid nanoparticle siRNA delivery systems with predictable in vivo siRNA delivery activity. Biomedical Engineering Society Annual Meeting, September 2013.


<u>Industry</u>

1. Whitehead, K. Drug delivery systems for RNA and oral protein delivery. Amgen (virtual), November 2022.

2. Whitehead, K. Design of safe and effective RNA delivery systems. L'Oreal (virtual), July 2022.

3. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Tessera Therapeutics (virtual), March 2022.

4. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Scribe Therapeutics (virtual), October 2021.

5. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Luye Pharma Group (virtual), October 2021.

6. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Translate Bio (virtual), September 2021.

7. Whitehead, K. From farm to pharmacy: A strawberry-derived solution to oral protein delivery. Senda Biosciences (virtual), June 2021.

8. Whitehead, K. Lipid nanoparticles for RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond. Pittsburgh Bio Breakfast / LifeX Seminar Series (virtual), May 2021.

9. Whitehead, K. Oral Protein Delivery: New Solutions to a Longstanding Challenge. Merck (virtual), March 2021.

10. Whitehead, K. Oral Protein Delivery: New Solutions to a Longstanding Challenge. Flagship Pioneering (virtual), February 2021.

11. Whitehead, K. Enabling the medicines of tomorrow: Lipid nanoparticles for RNA delivery. Syngenta (virtual), August 2020.

12. Whitehead, K. Permeation Enhancement Strategies to Enable Oral Protein Delivery. Janssen Pharmaceuticals (Johnson and Johnson), Spring House, PA, December 2018.

13. Whitehead, K. Lipid-like materials for RNA delivery: An Update. Moderna Therapeutics, Cambridge, MA, September 2018.

14. Whitehead, K. Lipid nanoparticles for mRNA delivery: A how-to guide for hacking gene expression. Translate Bio, Lexington, MA, June 2018.

15. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. Casebia Therapeutics, Cambridge, MA, November 2017.

16. Whitehead, K. Lipid-like materials for RNA delivery: A how-to guide for hacking gene expression. Moderna Therapeutics, Cambridge, MA, November 2017.

17. Whitehead, K. Giving genes the silent treatment: Lipid-like materials for siRNA delivery. Bristol-Myers Squibb, August 2017.

## CONTRIBUTED PRESENTATIONS (Award-winning, presenter underlined)

Selected from >100 presentations

1. Melamed, J., Arral, M., Chaudhary, N., and Whitehead, K. Lipid nanoparticles deliver mRNA to pancreatic islets following intraperitoneal injection. Oral presentation, Biomedical Engineering Society Annual Meetings (virtual), October 2021.
   *Finalist for Future Faculty Presentation Award.*

2. Arral, M. and Whitehead, K. CD-1 outbred mice are a cost-effective model for mRNA lipid nanoparticle efficacy. Poster presentation, Controlled Release Society Annual Meeting (virtual), July 2021.
   *Winner of Controlled Release Society Poster Prize.*

3. Melamed, J., Hajj, K., and Whitehead, K. A potent branched tail lipid nanoparticle enables multiplexed mRNA delivery and gene editing in vivo. Oral presentation, Society for Biomaterials (virtual), April 2021.
   Oral presentation, Society for Biomaterials (virtual), April 2021.
   *Winner of the Society for Biomaterials Postdoctoral Recognition Award.*

4. Melamed, J., Hajj, K., and Whitehead, K. Nucleoside base modifications improve mRNA delivery in carrier-dependent manner. Oral presentation, Controlled Release Society Annual Meeting (virtual), June 2020.
   *Winner of the Gene Editing and Gene Delivery Focus Group Trainee Award.*

5. Friis, K., Kunalingam, L., Whitehead, K., and Bak, A. Applying Design of Experiment in screening new lipid nanoparticle formulations for functional mRNA delivery. Poster presentation, Gordon Research Conference on Preclinical Form and Formulation for Drug Discovery, June 2019.
   *Winner of People's Choice Award.*

6. Hajj, K. and Whitehead, K. 22B Bionanotechnology Award Session: Lipid Nanoparticle Ionization at Endosomal pH Is a Cell-Free Predictor of mRNA Delivery Efficacy In Vivo. Podium presentation, American Institute of Chemical Engineers Annual Meeting, October 2018.
   *Winner of AIChE 22B Graduate Student First Place Presentation Prize.*

7. Fein, K., Cummings, C., Murata, H., Ball, R., Russell, A., and Whitehead, K. Proteins Covalently Conjugated to Phenylpiperazine-Containing Polymers Experience Selectively Enhanced Intestinal Epithelial Transport. Poster presentation, American Institute of Chemical Engineers Annual Meeting, October 2018.
   *Winner of AIChE Division 15 Poster Presentation Award.*

8. Hajj, K., Ball, R., Knapp, C., and Whitehead, K. Lipid nanoparticle Ionization at endosomal pH is a cell-free predictor of mRNA delivery efficacy in vivo. Poster presentation, Gordon Research Conference, Drug Carriers in Medicine and Biology, August 2018.
   *Winner of Gordon Research Symposium Poster Prize.*

9. Hajj, K., Ball, R., Knapp, C., and Whitehead, K. Lipid nanoparticle Ionization at endosomal pH is a cell-free predictor of mRNA delivery efficacy in vivo. Podium presentation, Controlled Release Society Annual Meeting, July 2018.
   *Winner of Controlled Release Society Poster Prize.*

10. Ball, R., Bajaj, P., and Whitehead, K. 22B Graduate Award Session: Oral delivery of siRNA lipid nanoparticles: Fate in the GI tract. Podium presentation, American Institute of Chemical Engineers Annual Meeting, October 2017.
    *Winner of AIChE 22B Graduate Student First Place Presentation Prize.*

11. Kasiewicz, L. and Whitehead, K. 8B Graduate Award Session: Understanding how lipid nanoparticle structure affects immune response. Podium presentation, American Institute of Chemical Engineers Annual

Meeting, October 2017.
*Winner of AIChE 8B Graduate Student First Place Presentation Prize.*

12. Ball, R. and Whitehead, K. Lipidoid siRNA Nanoparticles for Intestinal Disease Therapeutics. Poster presentation. McGowan Institute for Regenerative Medicine Scientific Retreat, March 2015.
*Winner of Best Poster Award.*

13. Whitehead, K., Shen, Z. and Mitragotri, S. Oral insulin delivery using intestinal patches. Poster presentation, Diabetes Technology Society Meeting, 4, October 2004.
*Winner of Peterson Research Award.*

14. Whitehead, K., Shen, Z., and Mitragotri, S. Oral delivery of macromolecules using intestinal patches: Applications for insulin delivery. Podium presentation, Proceedings of the Controlled Release Society, 31, July 2004.
*Winner of Capsugel/Pfizer Innovative Aspects of Oral Delivery Award. Winner of Peterson Research Award.*

## PATENTS (Awarded)

1. Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., and Anderson, D. Amino alcohol lipidoids and uses thereof, US Patent 11,414,393.

2. Anderson, D., Langer, R., Levins, C., Love, K., Mahon, K., and Whitehead, K. Aminoalcohol lipidoids and uses thereof, US Patent 10,844,028.

3. Anderson, D., Langer, R., Levins, C., Love, K., Mahon, K., and Whitehead, K. Aminoalcohol lipidoids and uses thereof, US Patent 10,189,802.

4. Anderson, D., Whitehead, K., Dorkin, J., Vegas, A., Zhang, Y., and Langer, R. Amine-containing lipidoids and uses thereof, US Patent 9,439,968.

5. Anderson, D., Whitehead, K., Dorkin, J., Vegas, A., Zhang, Y., and Langer, R. Amine-containing lipidoids and uses thereof, US Patent 9,227,917.

6. Vegas, A., Whitehead, K., Dorkin, J., Langer, R., and Anderson, D. Alpha-aminoamidine polymers and uses thereof, US Patent 9,872,911.

7. Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., and Anderson, D. Amino alcohol lipidoids and uses thereof, US Patent 9,556,110.

8. Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., and Anderson, D. Amino alcohol lipidoids and uses thereof, US Patent 8,969,353.

9. Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., and Anderson, D. Amino alcohol lipidoids and uses thereof, US Patent 8,450,298.

## MEDIA

Television and Video

1. CBS Evening News, Segment with Chief Medical Correspondent Dr. Jonathan LaPook, "The decades of development behind mRNA vaccine technology", February 27, 2022.

2. MIT.nano Seminar, "RNA delivery: SARS-CoV2 vaccines, chemistry, and beyond", December 2021.

3. TED Talk, TEDMonterey, "The tiny balls of fat that could revolutionize medicine", August 2021.

4. *Nature* Webinar, "Lipid nanoparticles for mRNA vaccine delivery", February 2021.

5. Cheddar TV, Cheddar Innovates program, TV interview. "Researchers are testing alternative treatments for individuals with diabetes", October 2019.

6. MIT Technology Review, EmTech talk. "Meet the Innovators Under 35", September 2014.

Podcasts and Radio

1. DG Early Morning Show, hosted by DiamondGoat, podcast interview, July 2023.

2. *Nature Biotechnology*, podcast interview. "Drug delivery roundtable: Langer and Whitehead", December 2021.

3. National Public Radio (NPR) TED Radio Hour, radio and podcast interview. "How can we safely delivery vaccines to the right cells?", September 2021.

4. Sciencious Soundwaves, podcast interview. "How RNA nanotherapeutics may revolutionize medicine", September 2021.

5. TED Talks Daily podcast. "The tiny balls of fat that could revolutionize medicine", August 2021.

6. 90.5 WESA Pittsburgh NPR, radio interview and news article. "Breast milk might hold key to better infant intake of medicines", March 2020.

7. People Behind the Science, podcast interview. "Dr. Kathryn Whitehead: Developing novel nature-inspired drug delivery systems", November 2018.

8. Innovation Unleashed podcast interview. "Using nanoparticles to discover, develop and create new drugs to treat disease", March 2017.

9. 90.5 WESA Pittsburgh NPR, radio interview and news article. "Engineered nanoparticles show promise for targeted cancer therapy", October 2016.

10. McGowan Institute for Regenerative Medicine, podcast interview. "Podcast #140: Kathryn Whitehead, Ph.D.", October 2014.

<u>News Features, Blog Posts, and Journal Articles</u>

1. National Institutes of Health, National Institute of Biomedical Imaging and Bioengineering, news highlight on Melamed et al., *Science Advances* (2023). "Packing mRNA for the pancreas", March 2023.

2. Axios Science, news article on Gleeson et al., *Science Advances* (2022). "Breast milk's cellular ingredients", July 2022.

3. Pittsburgh Business Times, news article. "Dr. Kathryn Whitehead is on the cutting edge of vaccine development", February 2022.

4. BBC News, news article. "Could mRNA make us superhuman?", November 2021.

5. Pittsburgh Business Times, news article, "CMU on the front lines of improving messenger RNA vaccine delivery", September 2021.

6. Reuters, Fact Check, "No evidence graphene oxide is present in available COVID-19 vaccines via lipid nanoparticles", August 2021.

7. Chemical & Engineering News, news article, "Without these lipid shells, there would be no mRNA vaccines for COVID-19", March 2021.

8. Integrative Genomics Institute, University of California, Berkeley, written interview (2020). "Spotlight: Kathryn Whitehead", February 2020.

9. *Nature Biomedical Engineering*, News and Views article on Lamson et al., *Nature BME* (2019). "A new opening for orally taken peptide drugs", January 2020.

10. Curious Science Writers, news article. "A sip of medicine with every glass: Engineering milk cells to deliver drugs", January 2020.

11. Chemical & Engineering News, news article on Lamson et al., *Nature BME* (2019). "Nanoparticles enable oral insulin delivery in mice", November 2019.

12. Biotecnika, "Pelargonidin in strawberries – key for developing insulin pills", August 2019.

13. PR Newswire, news article on He et al., *Exp Biol Med* (2019). "A new model for lymphoma drug discovery", August 2019. Picked up by Yahoo! Finance and CISION PR Newswire.

14. Chemical & Engineering News, news article. "These scientists want to engineering breast-milk cells to deliver drugs to babies", February 2019.

13

15. STAT News, news article. "Scientists turn to breast milk, and Mother Nature, to develop new therapeutics", December 2018.

16. *Bioengineering and Translational Medicine*, BioTM Buzz article. "Multiplexed siRNA delivery", April 2018.

17. Phys.org, news article. "How does your immune system react to nanomedicine?", October 2016.

18. Pittsburgh Post-Gazette Newspaper, news article. "CMU scientist determined to find nanoparticles that fight disease", October 2015.

19. inPharma Technologist, Q&A article. "Conventional wisdom yields conventional outcomes, says 'Brilliant' drug delivery professor", October 2015.

20. Popular Science Magazine, news article, "Kathryn Whitehead designs drugs to wipe out disease", September 2015.

21. Pittsburgh Post-Gazette Newspaper, news article. "Two 'brilliant' Pittsburgh scientists", September 2015.

22. Pittsburgh Business Times, news article, "CMU professor, Duolingo co-founder among MIT's Innovators Under 35", August 2014.

CMU Articles

1. Carnegie Mellon University, press release. "Delivering mRNA therapeutics to the pancreas", February 3, 2023.

2. Carnegie Mellon University, press release. "Whitehead is engineering breast milk to treat sick infants", October 16, 2019.

3. Carnegie Mellon University, press release. "Strawberries may be key to developing an insulin pill", August 28, 2019. Picked up by HortiDaily, Vegetable Growers News, Lab Manager.com.

4. Carnegie Mellon University, press release. "Whitehead's research could revolutionize medicine with cutting-edge science", July 20, 2018. Picked up by myScience.

5. Carnegie Mellon University, press release. "Researchers look for novel ways to deliver diabetes treatments", August 14, 2017.

6. Carnegie Mellon University, article. "Studying how the immune system reacts to nanomedicine", October 5, 2016. Picked up by RD World Online.

7. Carnegie Mellon University, press release. "Unorthodox approach to drug delivery research lands CMU professor on Popular Science's 2015 Brilliant 10 list", September 24, 2015.

8. Carnegie Mellon University, press release. "Kathryn Whitehead named a Pioneer on MIT Technology Review's Innovators Under 35 list", August 19, 2014.

# RESEARCH GROUP – CURRENT

Postdoctoral Associates and Fellows

1. **Saigopalakrishna Yerneni**, Department of Chemical Engineering, 2021 – present.
   Recognition: FRAXA Foundation Fellowship (2022-2024), American Chemical Society CAS Future Leader (2022), Moderna Fellowship (2023 - 2024), American Association for Cancer Research Doreen J. Putrah Cancer Research Foundation Scholar-in-Training Award (2023), Selected Participant and Bayer Foundation Fellowship, 72nd Lindau Nobel Laureate Meeting in Physiology/Medicine (2023).

Ph.D. Students

1. **Mariah Arral**, Department of Chemical Engineering, 2018 – present.
   Recognition: NSF Graduate Fellowship (2018 – 2021); Poster Award, Controlled Release Society Annual Meeting (2021), NIH F31 Predoctoral Fellowship (2022 – present); Bradford and Diane Smith Graduate Fellowship in Engineering (2023).

2. **Alexandra Newby**, Department of Chemical Engineering, 2019 – present.
   Recognition: Mark Dennis Karl Outstanding Teaching Assistant Award (2019, 2021), Bushnell Fellowship in Engineering (2021), Sharbaugh Presidential Fellowship (2022), Geoffrey D. Parfitt Memorial 1st place Speaking Award, ChEGSA Annual Symposium (2022).

3. **Catalina Montoya Carvajal,** Department of Chemical Engineering, 2023 – present.

Research Assistants

1. **Julie Shin Kim**, Department of Chemical Engineering, 2023 – present.

Undergraduate Students

1. **Dien Nguyen**, Department of Chemical Engineering, visiting from MIT, 2023.
   Mentor: Sai Yerneni and Alex Newby

# RESEARCH GROUP – ALUMNI

Postdoctoral Associates and Fellows

1. **Ryan Weiss**, Department of Chemical Engineering, 2016 – 2019.
   Employment: faculty in the Department of Chemistry, Carlow University

2. **Kristina Friis**, AstraZeneca collaborative postdoc program, 2017 – 2020.
   Employment: AstraZeneca
   Recognition: People's Choice Award, GRC on Preclinical Form and Formulation (2019).

3. **John Gleeson**, Department of Chemical Engineering, 2019 – 2020.
   Employment: Merck.

4. **Jilian Melamed**, Department of Chemical Engineering, 2018 – present.
   Employment: Postdoc, Drew Weissman Lab, University of Pennsylvania
   Recognition: NIH F32 Ruth L. Kirschstein Postdoctoral Fellowship (2019 – 2021); Controlled Release Society Gene Delivery and Gene Editing Focus Group Trainee Award (2020); Society of Biomaterials Postdoctoral Recognition Award (2021).

5. **Samuel LoPresti**, Department of Chemical Engineering, 2019 – 2022.
   Employment: Orna Therapeutics

Ph.D. Students

1. **Christopher Knapp**, Department of Chemical Engineering, 2012 – 2017.
   Employment: Moderna Therapeutics
   Recognition: Dowd-ICES Fellowship (2014 – 2015); Bertucci Fellowship (2016 – 2017); Rothfus Graduate Fellowship (2016 – 2017).

2. **Rebecca Ball**, Department of Chemical Engineering, 2013 – 2018.
   Employment: Translate Bio (now Sanofi)
   Recognition: Best Poster Award, McGowan Institute for Regenerative Medicine Retreat (2015); Honorable Mention Speaking Award, ChEGSA Annual Symposium (2016); 1st place Graduate Student Speaking Award, Division 22B Bionanotechnology, AIChE Annual Meeting (2017); Bhutta Graduate Fellowship (2017 – 2018).

3. **Lisa Kasiewicz**, Department of Chemical Engineering, 2013 – 2018.
   Employment: AMU LifeTech; Verve Therapeutics
   Recognition: Gulf Oil Fellowship (2013 – 2014); Geoffrey D. Parfitt 1st place Memorial Podium Presentation Award, ChEGSA Annual Symposium (2016); 1st place Graduate Student Podium Presentation Award, Division 8B Biomaterials, AIChE Annual Meeting (2017).

4. **Khalid Hajj**, Department of Chemical Engineering, 2014 – 2019.
   Employment: Nitto BioPharma; Poseida Therapeutics
   Recognition: Gary Powers 1st Place Poster Award, ChEGSA Annual Symposium (2015); Poster Award, Controlled Release Society Annual Meeting (2018); Poster Award, Gordon Research Symposium – Drug

Carriers in Medicine and Biology (2018); Honorable Mention Speaking Award, ChEGSA Annual Symposium (2018); 1st place Graduate Student Speaking Award, Division 22B Bionanotechnology, AIChE Annual Meeting (2018).

5. **Nicholas Lamson**, Department of Chemical Engineering, 2014 – 2019.
   Employment: postdoc, Hammond Lab, MIT
   <u>Recognition</u>: Klopack Graduate Fellowship (2014 – 2015); NSF Graduate Fellowship (2016 – 2019); Honorable Mention Speaking Award, ChEGSA Annual Symposium (2017); Geoffrey D. Parfitt 1st place Memorial Speaking Award, ChEGSA Annual Symposium (2018); 2nd place Graduate Student Speaking Award, Division 8B Biomaterials, AIChE Annual Meeting (2018); Ken Meyer Ph.D. Thesis Award (2019).

6. **Katherine Fein**, Department of Chemical Engineering, 2015 – 2020.
   Follow-on postdoc position, 2021 – 2023.
   Employment: Merck
   <u>Recognition</u>: Bradford and Diane Smith Graduate Fellowship (2017 – 2018); Division 15 Poster Presentation Award Winner, AIChE Annual Meeting (2018); Geoffrey D. Parfitt Memorial 1st place Speaking Award, ChEGSA Annual Symposium (2019).

7. **Namit Chaudhary**, Department of Chemical Engineering, 2017 – 2022.
   Employment: postdoc, Irvine Lab, MIT
   <u>Recognition</u>: Weiland Graduate Fellowship (2017 – 2018); Bradford and Diane Smith Graduate Fellowship (2019 – 2020); Geoffrey D. Parfitt Memorial 1st place Speaking Award, ChEGSA Annual Symposium (2020); Controlled Release Society Best Ph.D. Thesis Award (2023).

8. **Rose Doerfler,** Department of Chemical Engineering, 2017 – present.
   <u>Recognition</u>: Symposium Presentation Award, ChEGSA Annual Symposium (2020).
   Employment: Research Scientist, University of Pittsburgh

9. **Daria Strelkova**, Department of Biomedical Engineering, 2017 – 2023.

<u>M.S. Students</u>

1. **Penghong Guo**, Department of Chemical Engineering, 2012 – 2013.
   Next: Arizona State University (Ph.D.)

2. **Gabrielle Cusimano**, Department of Chemical Engineering, 2012 – 2014.
   Next: MedImmune, Inc.

3. **Daniel Lee**, Department of Biomedical Engineering, 2013 – 2015.
   Next: University of Illinois, Chicago (Ph.D.)

4. **Chang Liu**, Department of Chemical Engineering, 2013 – 2014.
   Next: University of Illinois, Chicago (Ph.D.)

5. **Jia He**, Department of Biomedical Engineering, 2014 – 2016.
   Next: University of Connecticut (Ph.D.)

6. **Kanika Suri**, Department of Chemical Engineering, 2014 – 2015.
   Next: Teva Pharmaceuticals

7. **Yan Zhang**, Department of Biomedical Engineering, 2015 – 2017.

8. **Yawen Cheng**, Department of Biomedical Engineering, 2015 – 2017.
   Next: University of Pittsburgh (Ph.D.)

9. **Chinedu Okorafor**, Department of Chemical Engineering, 2017 – 2018.
   Next: Northeastern University (Ph.D.)

10. **Sijie Xian**, Department of Chemical Engineering, 2017 – 2018.
    Next: University of Notre Dame (Ph.D.)

11. **Shena Marshall**, Department of Chemical Engineering, 2018 – 2019.

12. **Shiv Reki**, Department of Chemical Engineering, 2018 – 2019.

13. **Kyle Cochran**, Department of Chemical Engineering, 2016 – 2019.

14. **Chenmin Ni**, Department of Biomedical Engineering, 2018 – 2020.

Undergraduate Students

1. **Anna Zhang**, Departments of Chemical and Biomedical Engineering, mentors: Rebecca Ball and Nicholas Lamson, 2013 - 2017.
   Next: Tufts University (M.D.)

2. **George Degen**, Department of Chemical Engineering, mentor: Christopher Knapp, 2014 – 2015.
   Next: University of California, Santa Barbara (Ph.D.)

3. **Vishal Ahuja**, Departments of Chemical and Biomedical Engineering, mentor: Nicholas Lamson, 2014 – 2017.
   Next: Downstream Process Development Engineer, Shire

4. **Palak Bajaj**, Departments of Chemical and Biomedical Engineering, mentor: Rebecca Ball, 2014 – 2017.
   Next: Engineer, Eli Lilly and Company

5. **Himali Ranade**, Departments of Chemical and Biomedical Engineering, mentor: Lisa Kasiewicz, 2015 – 2017.
   Next: Product Supply Engineer, Proctor and Gamble

6. **Sevahn Vorperian**, Departments of Chemical and Biomedical Engineering, mentor: Rebecca Ball, 2015.

7. **Lucine (Lucy) Gabriel**, Department of Chemistry (MIT), mentor: Christopher Knapp, 2015.

8. **Shridhar Singh**, Departments of Chemical and Biomedical Engineering, mentor: Khalid Hajj, 2015 – 2018.
   Next: NIH Post-baccalaureate program

9. **Kye Stapleton-Gray**, Departments of Chemical and Biomedical Engineering, mentor: Christopher Knapp, 2016 – 2017.

10. **Sarah Deluty**, Departments of Chemistry and Neuroscience, mentor: Khalid Hajj, 2016 – 2017.
    Next: Colorado State University (D.V.M.)

11. **Emily Parks**, Departments of Chemical and Biomedical Engineering, mentor: Katherine Fein, 2017.

12. **Adrian Berger**, Departments of Chemical and Biomedical Engineering, mentor: Nicholas Lamson, 2016 – 2019.
    Next: Associate, Strategy& Consulting Firm

13. **Jamie Vizelman**, Departments of Chemical and Biomedical Engineering, mentor: Rebecca Ball, 2016 – 2019.
    Next: NIH Post-baccalaureate program

14. **Natasha Shukla**, Departments of Chemical and Biomedical Engineering, mentor: Jilian Melamed, 2019 – 2020.

15. **James Kirkby**, Departments of Chemical and Biomedical Engineering, mentor: Samuel LoPresti, 2019 – 2020.

16. **Bryce Yeazell**, Department of Chemistry, mentors: John Gleeson and Alex Newby, 2019 – 2020.

17. **Douglas Gearhart**, Department of Materials Science and Engineering, 2020.

18. **Lily Wang**, Departments of Chemical and Biomedical Engineering, mentor: Samuel LoPresti and Namit Chaudhary, 2020.

19. **Pooja Pandya**, Department of Chemistry, mentor: Mariah Arral, 2019 – 2021.
    Next: Ph.D. Program, Weill Cornell Medical College.

20. **Mia Hartman**, Departments of Chemical and Biomedical Engineering, mentor: Namit Chaudhary, 2020 – 2021.
    Recognition: Summer Undergraduate Research Fellowship (2020)

21. **Ashley Shu**, Departments of Chemical and Biomedical Engineering, mentor: Rose Doerfler, 2020 – 2022.
    Recognition: Summer Undergraduate Research Fellowship (2020)

22. **Swathi Damodaran**, Departments of Chemical and Biomedical Engineering, mentors: John Gleeson, Katherine Fein, and Alex Newby, 2020 – 2022.
Recognition: Summer Undergraduate Research Fellowship (2020), CMU Small Undergraduate Research Grant (2022)

23. **Roshan Paul**, Department of Chemical Engineering, 2020 – present.
Mentor: Marial Arral
Recognition: CMU Small Undergraduate Research Grant (2021)

24. **Adam Lammi**, Department of Chemistry, 2021 – present.
Mentor: Mariah Arral
Recognition: CMU Small Undergraduate Research Grant (2022); Summer Undergraduate Research Fellowship (2022)

25. **Julie Shin Kim**, Departments of Chemical and Biomedical Engineering, 2022 – present.
Mentor: Kathy Fein

# APPENDIX 2

**DECLARATION OF KATHRYN WHITEHEAD PH.D. IN SUPPORT OF
DEFENDANTS' CLAIM CONSTRUCTION**

**MATERIALS CONSIDERED**

**<u>Asserted Patents</u>**
- U.S. Patent 11,246,933, ALNY-00915595-868
- U.S. Patent 11,382,979, ALNY-00915869-6120

**<u>Case Documents</u>**
- Markman Hearing Transcript, August 9, 2023

**<u>References</u>**
- Chesnoy, S. and Huang, L., Structure and Function of Lipid-DNA Complexes for Gene Delivery, 29 Annual Rev. Biophys. Biomol. Structure 27-47 (2000), ALNY-00946766-86

- Jayaraman, M., et al., Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo, 51 Angew. Chem. Int. Ed. 8529-33 (2012) ALNY-00954963-67

- Semple, S., et al., Rational Design of Cationic lipids for siRNA Delivery, 28 Nature Biotechnology 172-76 (Feb. 2010) ALNY-00955117-21

- Tang, F. and Hughes, J., Synthesis of a Single-Tailed Cationic Lipid and Investigation of its Transfection, 62 J. Controlled Release 345-58 (1999), ALNY-00955148-61

- Whitehead, K., et al., Knocking Down Barriers: Advances in siRNA delivery, 8 Nature Reviews Drug Delivery 129-38 (Feb. 2009)

- Guanidine, WIKIPEDIA, https://en.wikipedia.org/wiki/Guanidine#Guanidinium_cation

- Imidazole, WIKIPEDIA, https://en.wikipedia.org/wiki/Imidazole

- Pyridine, WIKIPEDIA, https://en.wikipedia.org/wiki/Pyridine

APPENDIX 3

# REVIEWS

# Knocking down barriers: advances in siRNA delivery

*Kathryn A. Whitehead\*, Robert Langer\*‡ and Daniel G. Anderson‡*

Abstract | In the 10 years that have passed since the Nobel prize-winning discovery of RNA interference (RNAi), billions of dollars have been invested in the therapeutic application of gene silencing in humans. Today, there are promising data from ongoing clinical trials for the treatment of age-related macular degeneration and respiratory syncytial virus. Despite these early successes, however, the widespread use of RNAi therapeutics for disease prevention and treatment requires the development of clinically suitable, safe and effective drug delivery vehicles. Here, we provide an update on the progress of RNAi therapeutics and highlight novel synthetic materials for the encapsulation and intracellular delivery of nucleic acids.

RNA interference (RNAi) gained international attention in 1998 when Fire, Mello and colleagues discovered the ability of double-stranded RNA to silence gene expression in the nematode worm *Caenorhabditis elegans*[1]. Three years later, Tuschl and co-workers published their celebrated proof-of-principle experiment demonstrating that synthetic small interfering RNA (siRNA) could achieve sequence-specific gene knockdown in a mammalian cell line[2]. The first successful use of siRNA for gene silencing in mice was achieved for a hepatitis C target shortly thereafter[3]. Since that time, the biotechnology sector has made considerable efforts in the advancement of siRNA therapeutics for the treatment of various disease targets, including viral infections[4,5] and cancer[6–8].

RNAi is a fundamental pathway in eukaryotic cells by which sequence-specific siRNA is able to target and cleave complementary mRNA[2]. RNAi is triggered by the presence of long pieces of double-stranded RNA, which are cleaved into the fragments known as siRNA (21–23 nucleotides long) by the enzyme Dicer[9]. In practice, siRNA can be synthetically produced and then directly introduced into the cell, thus circumventing Dicer mechanics (FIG. 1). This shortcut reduces the potential for an innate immune interferon response and the shutdown of cellular protein expression that can occur following the interaction of long pieces (>30 nucleotides) of double-stranded RNA with intracellular RNA receptors[10].

Once siRNA is present in the cytoplasm of the cell, it is incorporated into a protein complex called the RNA-induced silencing complex (RISC)[11]. Argonaute 2, a multifunctional protein contained within RISC, unwinds the siRNA, after which the sense strand (or passenger strand) of the siRNA is cleaved[12]. The activated RISC, which contains the antisense strand (or guide strand) of the siRNA, selectively seeks out and degrades mRNA that is complementary to the antisense strand[13] (FIG. 1). The cleavage of mRNA occurs at a position between nucleotides 10 and 11 on the complementary antisense strand, relative to the 5′-end[14]. The activated RISC complex can then move on to destroy additional mRNA targets, which further propagates gene silencing[15]. This extra potency ensures a therapeutic effect for 3–7 days in rapidly dividing cells, and for several weeks in non-dividing cells[16]. Eventually, siRNAs are diluted below a certain therapeutic threshold or degraded within the cell, and so repeated administration is necessary to achieve a persistent effect.

Theoretically, when using appropriately designed siRNA, the RNAi machinery can be exploited to silence nearly any gene in the body, giving it a broader therapeutic potential than typical small-molecule drugs. Indeed, it has already been reported that synthetic siRNAs are capable of knocking down targets in various diseases *in vivo*, including hypercholesterolaemia[17], liver cirrhosis[18], hepatitis B virus (HBV)[4,19], human papillomavirus[20], ovarian cancer[21] and bone cancer[22]. In order for these advances to be implemented in a clinical setting, safe and effective delivery systems must be developed. While 'naked', chemically modified siRNA has shown efficacy in certain physiological settings such as the brain[23] and the lung[24], there are many tissues in the body that require an additional delivery system to facilitate transfection. This is because naked siRNA is subject to degradation by endogenous enzymes, and is too large (~13 kDa) and too negatively charged to cross cellular membranes.

---

RNA interference (RNAi). A fundamental pathway in eukaryotic cells by which a short piece of RNA is able to induce the destruction of mRNA containing a complementary sequence.

Small interfering RNA (siRNA). RNA fragments approximately 21–23 nucleotides long that are capable of inducing the sequence-specific destruction of complementary mRNA.

RNA-induced silencing complex (RISC). The protein complex responsible for the binding and unwinding of the double-stranded siRNA within the cytoplasm, and for the subsequent identification and destruction of the target mRNA.

\*Department of Chemical Engineering, ‡The David H. Koch Institute for Integrated Cancer Research, Massachusetts Institute of Technology, Cambridge, Massachusetts 02142, USA. Correspondence to D.G.A. e-mail: dganger@mit.edu
doi:10.1038/nrd2742

© 2009 Macmillan Publishers Limited. All rights reserved

REVIEWS



Figure 1 | **The mechanism of RNA interference.** Long double-stranded RNA (dsRNA) is introduced into the cytoplasm, where it is cleaved into small interfering RNA (siRNA) by the enzyme Dicer. Alternatively, siRNA can be introduced directly into the cell. The siRNA is then incorporated into the RNA-induced silencing complex (RISC), resulting in the cleavage of the sense strand of RNA by argonaute 2 (AGO2). The activated RISC–siRNA complex seeks out, binds to and degrades complementary mRNA, which leads to the silencing of the target gene. The activated RISC–siRNA complex can then be recycled for the destruction of identical mRNA targets.

The issue of effective and non-toxic delivery is a key challenge and serves as the most significant barrier between siRNA technology and its therapeutic application.

**Modes of siRNA administration**
The ease of siRNA delivery is partly dependent on the accessibility of the target organ or tissue within the body. Localized siRNA delivery — that is, application of siRNA therapy directly to the target tissue — offers several benefits, including the potential for both higher bioavailability given the proximity to the target tissue, and reduced adverse effects typically associated with systemic administration. By contrast, systemic delivery, meaning the intravenous injection of delivery particles that then travel throughout the body to the target organ or tissue, requires that particles have the ability to avoid uptake and clearance by non-target tissues (FIG. 2).

There are several tissues that are amenable to topical or localized therapy, including the eye, skin, mucus membranes, and local tumours[25–28] (TABLE 1). Local siRNA delivery is particularly well-suited for the treatment of lung diseases and infections. The direct instillation of siRNA into the lung through intranasal or intratracheal routes enables direct contact with lung epithelial cells. These cells play a part in a myriad of lung conditions and infections, including cystic fibrosis, asthma, influenza and the common cold[34]. It has been reported that respiratory syncytial virus (RSV) replication can be inhibited by nasally administered siRNA formulated with or without transfection agents in mice[29,30]. Progress in the treatment of RSV continues with Phase II clinical trials using an aerosolized siRNA delivery system[31]. Intratracheal administration of siRNA has also been reported to offer prophylactic and therapeutic effects in the treatment of severe acute respiratory syndrome[32].

Another example of local delivery is direct intratumoral injection of siRNA delivery complexes into various mouse xenograft models. siRNA complexed with the delivery agent polyethyleneimine (PEI) was shown to inhibit tumour growth upon intratumoral injection in mice bearing glioblastoma xenographs[28]. Niu and co-workers have also reported naked siRNA efficacy upon direct injection into a subcutaneous cervical cancer model in mice[20].

**Barriers to systemic siRNA delivery in vivo**
In contrast to the direct accessibility of localized targets, many tissues can only be reached through the systemic administration of delivery agents in the bloodstream. siRNA formulations for systemic application face a series of hurdles *in vivo* before reaching the cytoplasm of the target cell (FIG. 2). Post-injection, the siRNA complex must navigate the circulatory system of the body while avoiding kidney filtration, uptake by phagocytes, aggregation with serum proteins, and enzymatic degradation by endogenous nucleases[33].

Phagocytosis serves as a significant immunological barrier, not only in the bloodstream but also in the extracellular matrix of tissues. Phagocytic cells such as macrophages and monocytes remove foreign material from the body to protect against infection by viruses, bacteria and fungi. Unfortunately, phagocytes are also highly efficient at removing certain therapeutic nanocomplexes and macromolecules from the body, and steps must be taken to avoid opsonization when designing drug delivery vehicles[33].

Egress from the bloodstream and across the vascular endothelial barrier poses a significant challenge for delivery of siRNA to many tissues within the body. In general, molecules larger than 5 nm in diameter do not readily cross the capillary endothelium, and therefore will remain in the circulation until they are cleared from the body. There are certain tissues, however, that allow the entry of larger molecules, including the liver, spleen, and some tumours. These organs allow the passage of molecules up to 200 nm in diameter, which can accommodate a typical drug delivery nanocarrier[34].

**Antisense strand**
The strand of the siRNA molecule that is complementary to the target mRNA, which activates RISC and has an important role in target mRNA identification and destruction.

**Transfection**
The process of delivering nucleic acid material into the cell.

© 2009 Macmillan Publishers Limited. All rights reserved



**Figure 2 | Physiological barriers to the systemic delivery of small interfering RNA (siRNA) nanoparticles.** An injected nanoparticle must avoid filtration, phagocytosis and degradation in the bloodstream (**a**); be transported across the vascular endothelial barrier (**b**); diffuse through the extracellular matrix (**c**); be taken up into the cell (**d**); escape the endosome (**e**); and unpackage and release the siRNA to the RNA interference (RNAi) machinery (**f**).

After an siRNA complex leaves the bloodstream, it must diffuse through the extracellular matrix, which is a dense network of polysaccharides and fibrous proteins that can create resistance to the transport of macromolecules and nanoparticles[35]. This can slow or even halt the drug delivery process and create an additional opportunity for nanoparticles to be taken up by resident macrophages. Having been taken up by the target cell, particles must then escape the endosome to reach the cytoplasm[36]. If the siRNA nanocomplex is unable to exit the endosome, it will be trafficked through endomembrane compartments of decreasing pH and be subject to degradative conditions in the lysosome[37]. Finally, if formulated with delivery agents, siRNA must be released from the carrier to the cellular machinery.

**Modified siRNA for improved delivery**
Humans have evolved a number of host-defence mechanisms against siRNA, as it is a feature of certain viral infections. However, chemical modifications can be introduced into the siRNA molecule to evade immune defences *in vivo*. For example, many non-modified

siRNAs can induce nonspecific activation of the immune system through the Toll-like receptor 7 (TLR7) pathway[38,39]. This effect can be reduced by the incorporation of 2′-O-methyl modifications into the sugar structure of selected nucleotides within both the sense and antisense strands[38,40] (FIG. 3a). 2′-O-methyl modifications have also been shown to confer resistance to endonuclease activity[41] and to abrogate off-target effects when incorporated into the seed region, which corresponds to nucleotides 2–8 on the antisense strand[42]. Other common modification approaches to mitigate enzymatic degradation include the introduction of phosphorothioate backbone linkages at the 3′-end of the RNA strands to reduce susceptibility to exonucleases. It is also possible to incorporate alternative 2′ sugar modifications (for example, a fluorine substitution) to increase resistance to endonucleases[43].

Another strategy to improve the therapeutic efficacy of siRNA involves the conjugation of small molecules or peptides to the sense strand of the siRNA. Several small molecules have been reported to increase target-gene knockdown *in vitro*, including membrane-permeant peptides[44] and polyethylene glycol (PEG)[45]. Of particular note are cholesterol-modified siRNAs, which have demonstrated increased binding to serum albumin, resulting in improved biodistribution to certain targets including the liver (FIG. 3b). Cholesterol-modified siRNA were capable of silencing apolipoprotein B (ApoB) targets in mouse liver and jejunum, and ultimately reducing total cholesterol levels[46]. Another study by DiFiglia and co-workers details the ability of a cholesterol-modified siRNA to knockdown a gene associated with Huntington's disease. A single intrastriatal injection was able to delay the abnormal behavioural phenotype observed in a rapid-onset mouse model of this disease[23].

Given the success of cholesterol-modified siRNA *in vivo*, Wolfrum and co-workers attempted to identify alternative lipid-like molecules to serve as RNA conjugates for improved delivery of siRNA[47]. Specifically, fatty acids and bile-salt derivatives were conjugated to siRNA and injected into mice and hamsters in order to elucidate how modified siRNA conjugates interact with the high-density lipoprotein (HDL) and low-density lipoprotein (LDL) receptors that enable delivery to the liver. It was found that shorter fatty-acid chain lengths (<$C_{18}$) did not induce gene knockdown, whereas bile-salt derivatives and fatty-acid conjugates with longer chain lengths enabled potent silencing in hepatocytes via the HDL receptor[47].

Another example of the possibility of introducing beneficial modifications to nucleic acid therapeutics comes from the antisense drug mipomersen. Mipomersen is a 2′-O-(2-methoxyethyl)-modified single-stranded RNA molecule that is targeted to ApoB[48], a protein that has been implicated in cardiovascular disease. Isis Pharmaceuticals has reported promising Phase II safety and efficacy results, and a Phase III trial to assess efficacy in patients with a familial history of hypercholesterolaemia is currently underway in a joint venture with Genzyme[49].

© 2009 Macmillan Publishers Limited. All rights reserved

REVIEWS

Table 1 | **Modes of siRNA delivery and potential targets**

| Mode of administration | Potential organ target | Potential disease target | Refs |
|---|---|---|---|
| Topical | Eye | Macular degeneration | 102 |
| | Skin | Atopic dermatitis | 25 |
| | Vagina | Herpes simplex virus | 27 |
| | Rectum | Inflammatory bowel disease | 105 |
| Local/direct | Lung | SARS | 32 |
| | Brain | Huntington's disease | 23 |
| | Spinal cord | Chronic pain | 90 |
| | Isolated tumour | Glioblastoma multiforme | 28 |
| Systemic | Liver | Hypercholesterolaemia | 57 |
| | Heart | Myocardial infarction | 106 |
| | Kidney | Kidney disease | 61 |
| | Metastasized tumours | Ewing's sarcoma | 97 |

SARS, severe acute respiratory syndrome; siRNA, small interfering RNA.

### Properties of synthetic delivery nanoparticles

For tissues and cells that are not amenable to the delivery of naked or chemically modified siRNA, delivery of nanoparticles that incorporate siRNA are used. In general, delivery vehicles are designed to both facilitate uptake into the target tissue of interest and, when used for systemic delivery, to protect siRNA payloads and inhibit nonspecific delivery. Below, we highlight several important characteristics of delivery nanoparticles and provide specific examples of their construction and use.

*Surface properties.* The surface charge of a delivery nanoparticle can significantly influence the way it interacts with the target cell and other physiological molecules. In the simplified *in vitro* setting, a positively charged delivery vehicle can facilitate uptake by associating with the negatively charged cellular membrane[50]. A positive charge also promotes complex formation and compression with the polyanionic nucleic acids of the siRNA. The situation, however, becomes more complicated *in vivo* as negatively charged serum proteins in the bloodstream will often bind to a positively charged nanocomplex, therefore rendering it ineffective. The addition of PEG or other hydrophilic conjugates to the surface of a delivery vehicle can assist in mitigating this problem[51]. Additionally, PEG conjugation can control particle size and prevent particle aggregation in the presence of serum[51].

Coating of the nanoparticle with hydrophilic molecules such as PEG can also play an important role in the ability of the siRNA delivery carrier to evade the immune system and associated phagocytes. PEG forms a barrier around nanoparticles that provides steric stabilization and protection from the physiological surroundings[52]. The length of the PEG chain can have a significant influence on its stabilization and protective properties, and chain length is typically optimized for each individual delivery system[53,54].

*Biodistribution.* The biodistribution of siRNA can be significantly influenced through formulation with a delivery vehicle. Systemic administration of synthetic delivery nanoparticles often results in accumulation in the organs of the reticuloendothelial system, including the liver, spleen, kidneys and lungs[16,55,56]. It is no coincidence that much of the successful siRNA delivery seen in recent years has targeted disease within these organs[4,29,30,57,58].

Excretion through the kidney typically occurs for molecules less than 50 kDa in size[59]. As such, naked siRNA experiences rapid renal clearance upon systemic administration[43]. Several studies monitored the biodistribution of siRNA in mice after an intravenous injection and observed naked siRNA accumulation in the kidney and urine within 5 minutes of administration[60,61]. By complexing siRNA with synthetic materials, the size of the delivery nanoparticle can be increased to avoid glomerular filtration through the kidneys and reserve the siRNA for alternative organ targets[59].

Additionally, it has been reported that certain siRNA formulations are capable of accumulation in subcutaneous tumours[22,62]. This phenomenon has been attributed to the enhanced permeability and retention (EPR) effect. It has therefore become a common approach to exploit the leaky vasculature of tumours for the purposes of directed delivery[7,62,63]. Others have also reported success in targeting tumours through conjugation to ligands such as antibodies[64,65].

*Toxicity.* Even the most efficacious siRNA delivery agents are rendered useless if they provoke unacceptable toxicity on either a cellular or systemic level. Viral vectors, which were among the first vehicles to be studied for siRNA delivery, can induce unacceptable levels of toxicity through the activation of immune responses[66]. Therefore, synthetic lipids and polymers have been developed to offer alternatives to viral vectors for nucleic acid delivery applications, and are carefully formulated to avoid stimulation of the immune system[39]. Clearance of larger molecular mass materials typically requires them to be biodegradable. The use of biodegradable, high molecular mass polycations and polymers containing linkages that can be cleaved inside the cell can help reduce cytotoxicity[67].

### Synthetic materials for siRNA delivery

Synthetic materials have demonstrated potential as effective non-viral siRNA delivery carriers. Although many types of compound have been investigated as potential candidates, this Review focuses on synthetic materials that have successfully delivered nucleic acids *in vivo*. An overview of the delivery agents presented here can be found in TABLE 2.

*Liposomes and lipid-like materials.* Unilamellar and multilamellar liposomes are commonly used as pharmaceutical delivery vehicles[68]. In an aqueous environment, certain materials have the ability to form liposomes, in which a lipid bilayer forms a sphere with an aqueous core. For example, one set of polar head-groups can create the

---

**Enhanced permeability and retention (EPR) effect**
The effect by which macromolecules undergo increased accumulation in tumours. This is attributable to the quickly growing tumour vasculature, which is improperly formed and subsequently more permeable to large molecules.

**Liposome**
A type of drug delivery vehicle made of lipids. These nanocomplexes can be unilamellar (one set of head-groups) or multilamellar (two or more sets of head-groups). They can be used to deliver hydrophilic or hydrophobic payloads, depending on their structure.

© 2009 Macmillan Publishers Limited. All rights reserved

**a** 2′-O-methyl modification     **b** Cholesterol conjugation

**Figure 3 | Two common small interfering RNA (siRNA) modifications used for therapeutic applications.**
**a** | The 2′-O-methyl sugar modification prevents activation of the Toll-like receptor 7 immune response and confers enzymatic resistance to the siRNA molecule. **b** | The conjugation of cholesterol to the sense strand of an siRNA duplex improves delivery of naked siRNA to certain cellular targets, including hepatocytes. The cholesterol conjugate is shown in red, and the linker is shown in green.

outer surface of the nanocomplex, while another set of polar head-groups faces the interior hydrophilic core, which houses the nucleic acid payload[69] (FIG. 4). It is also possible for liposomes to be amorphous in structure, with the lipids and nucleic acids interspersed throughout. Liposomes can be created using single or multiple types of lipid, which allows for additional flexibility when optimizing the physical and chemical properties of the nanoparticle[68].

Liposomes have been used for the delivery of nucleic acids for over 20 years, originating with studies by Felgner and colleagues detailing the ability of the cationic lipid DOTMA (N-[1-(2,3-dioleyloxy)propyl]-N,N,N-trimethylammonium chloride) to deliver both DNA and RNA into mouse, rat and human cell lines[70,71]. More recently, stable nucleic acid–lipid particle (SNALP) formulations have demonstrated efficacy in several models *in vivo*. A study by Morrissey and co-workers indicated that HBV replication was inhibited through the delivery of an siRNA–SNALP complex that targeted HBV RNA. Three daily intravenous injections of 3 mg per kg per day reduced serum HBV levels by at least one order of magnitude, and the effect was specific, dose-dependent and lasted for up to 7 days after dosing[4]. In addition, Zimmerman and colleagues demonstrated the ability of SNALPs to enable knockdown of ApoB in the liver of cynomolgus monkeys[57]. A single siRNA injection resulted in dose-dependent silencing of ApoB mRNA expression in the liver 48 hours after administration, with maximal silencing of more than 90%. Knockdown was confirmed to be caused by ApoB mRNA cleavage at precisely the site predicted for the RNAi mechanism, and persisted for 11 days at the highest administered dose of 2.5 mg per kg[57].

An additional study details the use of SNALP formulations to combat the Zaire strain of Ebola virus, which proves fatal to 90% of its victims via haemorrhagic fever[72]. When contained within the SNALP formulation, siRNA targeting of the polymerase gene of the virus completely protected guinea pigs against viraemia and death when administered shortly after an Ebola virus challenge. It is important to note that preliminary studies

in mice have indicated an activation of interferon α and β, suggesting that stimulation of the immune system may also have a role in efficacy[72].

More recently, Sato and co-workers used vitamin-A-coupled Lipotrust liposomes to deliver anti-gp46 siRNA to fibrogenic hepatic cells for the treatment of liver cirrhosis. Five administrations of the siRNA lipocomplexes were reported to resolve liver fibrosis and prolong survival in rats that had otherwise lethal liver cirrhosis, in a dose- and duration-dependent manner. It was also shown that rescue was not related to off-target effects or associated with recruitment of the innate immune system[18].

The use of lipid complexes for localized siRNA administration has also proved beneficial. Vaginal instillation of cationic liposomes comprised of Oligofectamine and siRNA targeting herpes simplex (HSV)-2 reportedly led to uptake by the epithelial and lamina propria cells in the vagina in mice and protected against lethal infection for up to 9 days. The siRNA complexes protected mice when administered before and/or after (otherwise) lethal HSV-2 challenge[27]. In another study, intrathecal administration of complexes formulated by i-FECT and siRNA protected mice from fatal Japanese encephalitis virus and West Nile virus after intracranial administration, and reduced pain receptor expression following intrathecal administration in rats[73].

Also of note are several synthetic lipid-based materials that have demonstrated DNA transfection efficiency. Similar materials may also potentially serve as candidates for siRNA delivery, given the similarities involved in the two types of nucleic acid delivery[74]. For example, Wheeler *et al.* used liposomes comprising a combination of the cationic lipid GAP-DLRIE (N-(3-aminopropyl)-N,N-dimethyl-2,3-bis(dodecyloxy)-1-propanaminium bromide) and the neutral co-lipid DOPE (dioleoylphosphatidylethanolamine) to transfect mouse lung with a gene that confers chloramphenicol resistance. After a single intranasal administration, gene expression was enhanced by more than 100-fold relative to plasmid DNA alone, followed by a gradual return to baseline levels by 21 days post-administration[75]. Also of interest are transactivating transcriptional activator (TAT)-modified

© 2009 Macmillan Publishers Limited. All rights reserved

Table 2 | **Selected synthetic materials for *in vivo* siRNA delivery**

| Material | Model | Target | Route | Animal | Refs |
|---|---|---|---|---|---|
| *Liposomes and lipids* | | | | | |
| i-FECT | Japanese encephalitis virus (JEV) and West Nile virus (WNV) | JEV and WNV envelope | Intracranial | Mouse | 70 |
| Lipidoids | Dyslipidaemia | FVII/ApoB | Intravenous | Mouse, rat, monkey | 30 |
| | Dyslipidaemia | FVII/ApoB | Intravenous | Mouse, hamster | 79 |
| | Malaria | Haem oxygenase 1 | Intravenous | Mouse | 80 |
| | Hypercholesterolaemia | PCSK9 | Intravenous | Mouse, rat | 17 |
| LipoTrust | Liver cirrhosis | gp46 | Intravenous | Rat | 18 |
| Oligofectamine | Herpes simplex virus 2 (HSV-2) | HSV-2-associated viral proteins UL27 and UL29 | Intravaginal | Mouse | 27 |
| SNALP | Hepatitis B virus (HBV) | HBV | Intravenous | Mouse | 4 |
| | Dyslipidaemia | ApoB | Intravenous | Monkey | 56 |
| | Ebola (Zaire) | Polymerase L | Intravenous | Guinea pig | 69 |
| *Cationic polymers* | | | | | |
| Cyclodextrin | Ewing's sarcoma tumour xenograft | *EWS–FLI1* | Intravenous | Mouse | 94 |
| | Healthy monkey model | RRM2 | Intravenous | Monkey | 95 |
| Dynamic PolyConjugate | Dyslipidaemia | ApoB/PPARα | Intravenous | Mouse | 98 |
| Poly-ethyleneimine | Glioblastoma xenograft | PTN | Intratumoral | Mouse | 28 |
| | Formalin-induced pain | NMDAR2B | Intrathecal | Rat | 87 |
| | Cervical tumour xenograft | HPV E6/E7 | Intratumoral | Mouse | 20 |
| | Ovarian tumour xenograft | HER2 | Intraperitoneal | Mouse | 88 |
| *Small interfering RNA (siRNA) conjugates* | | | | | |
| Cholesterol | Dyslipidaemia | ApoB | Intravenous | Mouse | 46 |
| | Huntington's disease | Huntingtin gene | Intrastriatal | Mouse | 23 |
| Fatty acids/bile salts | Dyslipidaemia | ApoB | Intravenous | Mouse, hamster | 47 |

ApoB, apolipoprotein B; *EWS–FLI1*, Ewing's sarcoma–friend leukaemia virus integration 1; FVII, factor VII blood protein; gp46, a glycoprotein gene; HER2, human epidermal growth factor receptor 2; HPV E6/E7, human papillomavirus oncogenes; NMDAR2B, N-methyl-D-aspartate receptor type 2B; PCSK9, proprotein convertase subtilisin/kexin type 9; PPARα, peroxisome proliferator-activated receptor α; PTN, pleiotrophin (a secreted growth factor); RRM2, ribonucleoside-diphosphate reductase subunit M2; SNALP, stable nucleic acid–lipid particles.

liposomes, which, when complexed with a gene encoding green fluorescence protein (GFP) and injected locally, induced the expression of GFP in Lewis lung carcinoma tumour cells in mice[50].

Although liposomes are among the most popular nucleic acid delivery agents, some concerns regarding their safety for therapeutic use remain. Toxicity of certain cationic lipid particles has been reported both *in vitro* and *in vivo*[76–78], and certain synthetic agents have been found to induce a gene signature of their own that might increase the off-target effects of siRNA[79,80]. Despite these issues, liposomes show promise for future clinical use, as evidenced by the approval of PEGylated liposomes for doxorubicin and amphotericin B delivery by the US Food and Drug Administration[79,81].

In another study, a combinatorial library of lipid-like materials was developed for use in siRNA delivery[30]. These 'lipidoids' were synthesized through the conjugate addition of alkyl-acrylates and -amides to primary and secondary amines and then studied in cell culture. One leading candidate for *in vivo* gene knockdown was identified as $98N_{12}$-5(1), which comprises five 12-carbon alkyl-acrylamide chains attached to an amine core (FIG. 4d). Formulations of this material with siRNA were capable of achieving potent and persistent silencing of various lung and liver targets in mice, rats and cynomolgus monkeys[30].

In a more recent primate study, $98N_{12}$-5(1) was also used to deliver siRNA against PCSK9, a protein that regulates LDL receptor protein levels and function[17]. Liver-specific siRNA silencing of PCSK9 reduced PCSK9

© 2009 Macmillan Publishers Limited. All rights reserved

REVIEWS



Figure 4 | **Synthetic materials for small interfering RNA (siRNA) delivery. a** | A representation of stable nucleic acid–lipid particles (SNALPs), which are liposomes comprising cationic lipids, non-ionic lipids and polyethylene glycol (PEG). siRNA is contained in the hydrophilic interior of the particle. **b** | Polyethyleneimine is used to fabricate both linear and branched polymeric delivery agents. **c** | A cyclodextrin-based delivery agent. **d** | The lipidoid 98N$_{12}$-5(1).

mRNA levels by 50–70% in mice and rats, as well as reducing human PCSK9 transcript levels in transgenic mice by more than 70%. Silencing persisted for up to 3 weeks after a single intravenous dose, indicating that anti-PCSK9–lipidoid complexes may serve as a potent and effective treatment for hypercholesterolaemia[17]. Importantly, lipidoid materials were shown to facilitate siRNA delivery without disrupting endogenous micro-RNA processing[82]. Finally, *Hmox1*, a gene expressed in the liver encoding the protein haem oxygenase 1, has also been silenced in mice by siRNA nanoparticles formulated with lipidoids. Knockdown of *Hmox1* may represent a potential approach for the treatment of malaria infection and disease progression[83].

*Polymers.* Cationic polymers with a linear or branched structure can serve as efficient transfection agents because of their ability to bind and condense large nucleic acids into stabilized nanoparticles[84,85]. Such materials have also been shown to stimulate nonspecific endocytosis as well as endosomal escape[79]. A proposed mechanism for this is the 'proton-sponge' effect[84], whereby buffering of the endosome leads to an accumulation of ions within this compartment and an osmotic pressure that eventually bursts the endosome[86,87].

PEI is a broadly investigated delivery carrier for the administration of a wide range of nucleotide-based therapies, including DNA, siRNA and oligonucleotides[88,89].

It has also been frequently used for various local siRNA delivery applications. Intrathecal administration of PEI–siRNA complexes was reported to selectively knockdown a pain receptor in rats. Maximal effect occurred on day 3 for mRNA levels and day 7 for associated protein levels following an injection of 5 mg of siRNA targeting a subunit of the NMDA (*N*-methyl-D-aspartate) receptor NR2B[90]. PEI has also shown efficacy in a subcutaneous mouse tumour model. The intraperitoneal administration of complexed siRNA led to the delivery of the intact siRNA into the tumours and a marked reduction of tumour growth through siRNA-mediated downregulation of human epidermal growth factor 2 (HER2; also known as ERBB2)[91]. There has been significant concern regarding the toxicity of PEI at higher molecular masses and high doses[92,93]. However, strategies to modify the structure of PEI to reduce toxicity while retaining its potent ability to transfect cells are in development[94–96].

Cyclodextrin polymers have also been developed as siRNA delivery agents. Tumour growth in a mouse model of metastatic Ewing's sarcoma was shown to be inhibited by the systemic delivery of nanoparticles formed by cyclodextrin, the targeting ligand transferrin, and siRNA specific for the *EWS–FLI1* fusion gene commonly associated with the condition. Knockdown was not observed upon removal of the targeting ligand, nor was there any evidence of immune stimulation or toxicity[97]. In another study, Heidel and co-workers used

© 2009 Macmillan Publishers Limited. All rights reserved

REVIEWS

Table 3 | **Current clinical trials for siRNA therapeutics**

| Company | Disease | Mode of administration | Status |
|---------|---------|------------------------|--------|
| Allergan | Age-related macular degeneration | Topical | Phase II |
| Alnylam | Respiratory syncytial virus | Local/direct | Phase II |
| Nucleonics | Hepatitis B virus | Systemic | Phase I |
| Quark Pharmaceuticals/ Pfizer | Acute renal failure | Systemic | Phase I |
| Opko Health | Age-related macular degeneration | Topical | Phase III |
| Silence/Quark/Pfizer | Diabetic macular oedema | Topical | Phase II |
| Transderm | Pachyonychia congenita | Topical | Phase Ia/b |

siRNA, small interfering RNA.

cyclodextrin–transferrin nanoparticles (FIG. 4c) to study the effects of siRNA delivery on the immune system of cynomolgus monkeys[98]. Specifically, an siRNA targeting the M2 subunit of ribonucleotide reductase was delivered intravenously in escalating doses, and it was established that multiple, systemic doses of targeted nanoparticles containing non-chemically modified siRNA can safely be administered to non-human primates[98]. In addition, cyclodextrin–transferrin nanoparticles demonstrated efficacy in knocking down luciferase and ribonucleotide reductase genes in mice[99,100].

Polymer–siRNA conjugates have also shown potential for applications in systemic siRNA delivery. Rozema *et al.* have developed a polymer-conjugated delivery system called Dynamic PolyConjugates to facilitate delivery of siRNA to hepatocytes[101]. Key features of the Dynamic PolyConjugate technology include a membrane-active cationic polymer, the ability to reversibly mask the activity of this polymer until it reaches the acidic environment of the endosome, and the ability to target this modified polymer and its siRNA cargo specifically to hepatocytes after intravenous injection. Dynamic PolyConjugates were capable of inducing knockdown of two mouse liver genes. Analyses of serum liver enzyme and cytokine levels in treated mice indicated that siRNA complexes formed with this synthetic polymer were well tolerated[101].

**Clinical trials**

Today, siRNA therapeutics are progressing in the clinic (TABLE 3). Many of the most advanced trials rely on forms of localized delivery, although several ongoing clinical trials involve the use of delivery agents. Not included in TABLE 3 are many formulations that are in preclinical or animal-study phases at the major pharmaceutical companies developing siRNA therapeutics.

Several of the most advanced clinical trials focus on the treatment of age-related macular degeneration (AMD), which is a leading cause of blindness. AMD arises from excessive blood-vessel growth and rupture within the cornea. Naked siRNA targeted to genes for vascular endothelial growth factor (VEGF) and its receptor

(VEGFR), has shown therapeutic potential in its inhibition of the excessive vascularization of the eye that leads to AMD[26].

In 2004, the first clinical trial involving siRNA was carried out by Acuity Pharmaceuticals for the treatment of AMD. The completed Phase II trials reported that all doses were well tolerated with a lack of adverse systemic effects. Testing has now moved into Phase III trials, which have been taken over by Opko Health. Allergan is currently conducting a Phase II clinical trial on an siRNA for AMD, with completed Phase I results indicating minimal side effects and improved vision in some of the patients. Although Silence Therapeutics also had an siRNA product for AMD in the pipeline, they have now refocused their Phase II clinical study on the treatment of diabetic macular oedema, which is another condition caused by leaky vasculature within the eye. Importantly, a recent study has reported that anti-VEGF siRNA efficacy in the eye is not due to specific gene silencing, but is instead caused by nonspecific stimulation of the TLR3 pathway, which can reduce angiogenesis[102]. Although this study calls into question the nature of the anti-angiogenic effect reported in AMD clinical trials, it does not explain the therapeutic effects observed in other applications of siRNA in which appropriate controls have been performed.

Also of note is Alnylam's RSV01 formulation, which targets the nucleocapsid N gene of RSV — a major cause of respiratory illness in infants and young children. The RSV01 formulation completed Phase I trials and was found to be well tolerated in healthy adults. Since then, Phase II trials have demonstrated significant antiviral efficacy of this formulation in adults[103].

**Future directions and conclusions**

Moving forward, we expect that synthetic nanoparticles composed of polymers, lipids, lipidoids or conjugates will have a key role in the systemic application of siRNA in the clinic. The incorporation of tissue-specific ligands into these particles may enable targeting, which will assist with *in vivo* biodistribution and delivery. We also anticipate that future developments will require attention to nonspecific activation of the immune system by siRNA, including TLR3 and TLR7 pathways[102,104]. Given the potential for nonspecific effects, it is important that the therapeutic mode of action be validated when possible, such as through direct measurement of target mRNA levels *in vivo*. Chemical modification of siRNA — such as 2′-*O*-methyl substitutions — can minimize nonspecific effects[40], and we expect that additional improvements in both activity and delivery will be mediated by direct chemical modification of the siRNA sequence.

In summary, the field of RNAi therapeutics has made significant progress since the first demonstration of gene knockdown in mammalian cells. siRNA-based formulations offer significant potential as therapeutic agents to induce the potent, persistent and specific silencing of a broad range of genetic targets. Delivery remains the most significant barrier to the widespread use of RNAi therapeutics in a clinical setting, and future work focusing on the development of safe and effective delivery materials is needed to ensure the broadest application of RNAi in the clinic.

Age-related macular degeneration
(AMD). This disease of the eye is caused by excessive growth and rupture of blood vessels within the cornea and is a leading cause of blindness. Several early siRNA clinical trials have targeted this disease, primarily due to the ease of local delivery to the eye.

© 2009 Macmillan Publishers Limited. All rights reserved

REVIEWS

1. Fire, A. *et al.* Potent and specific genetic interference by double-stranded RNA in *Caenorhabditis elegans*. *Nature* **391**, 806–811 (1998).
   **The first study to describe the phenomenon of RNAi.**
2. Elbashir, S. M. *et al.* Duplexes of 21-nucleotide RNAs mediate RNA interference in cultured mammalian cells. *Nature* **411**, 494–498 (2001).
   **The first study to demonstrate that exogenous siRNA is capable of sequence-specific knockdown in mammalian cells.**
3. McCaffrey, A. P. *et al.* Gene expression: RNA interference in adult mice. *Nature* **418**, 38–39 (2002).
   **Describes the first observation of sequence-specific gene silencing in mice using siRNA.**
4. Morrissey, D. V. *et al.* Potent and persistent *in vivo* anti-HBV activity of chemically modified siRNAs. *Nature Biotech.* **23**, 1002–1007 (2005).
5. Okumura, A., Pitha, P. M. & Harty, R. N. ISG15 inhibits Ebola VP40 VLP budding in an L-domain-dependent manner by blocking Nedd4 ligase activity. *Proc. Natl Acad. Sci. USA* **105**, 3974–3979 (2008).
6. Ptasznik, A., Nakata, Y., Kalota, A., Emerson, S. G. & Gewirtz, A. M. Short interfering RNA (siRNA) targeting the Lyn kinase induces apoptosis in primary, and drug-resistant, BCR-ABL1+ leukemia cells. *Nature Med.* **10**, 1187–1189 (2004).
7. Kim, S. H., Jeong, J. H., Lee, S. H., Kim, S. W. & Park, T. G. Local and systemic delivery of VEGF siRNA using polyelectrolyte complex micelles for effective treatment of cancer. *J. Control. Release* **129**, 107–116 (2008).
8. Xia, C.-F., Zhang, Y., Zhang, Y., Boado, R. & Pardridge, W. Intravenous siRNA of brain cancer with receptor targeting and avidin–biotin technology. *Pharm. Res.* **24**, 2309–2316 (2007).
9. Bernstein, E., Caudy, A. A., Hammond, S. M. & Hannon, G. J. Role for a bidentate ribonuclease in the initiation step of RNA interference. *Nature* **409**, 363–366 (2001).
10. Grimm, D. *et al.* Fatality in mice due to oversaturation of cellular microRNA/short hairpin RNA pathways. *Nature* **441**, 537–541 (2006).
11. Rand, T. A., Ginalski, K., Grishin, N. V. & Wang, X. Biochemical identification of Argonaute 2 as the sole protein required for RNA-induced silencing complex activity. *Proc. Natl Acad. Sci. USA* **101**, 14385–14389 (2004).
12. Matranga, C., Tomari, Y., Shin, C., Bartel, D. P. & Zamore, P. D. Passenger-strand cleavage facilitates assembly of siRNA into ago2-containing RNAi enzyme complexes. *Cell* **123**, 607–620 (2005).
13. Ameres, S. L., Martinez, J. & Schroeder, R. Molecular basis for target RNA recognition and cleavage by human RISC. *Cell* **130**, 101–112 (2007).
14. Rand, T. A., Petersen, S., Du, F. & Wang, X. Argonaute2 cleaves the anti-guide strand of siRNA during RISC activation. *Cell* **123**, 621–629 (2005).
15. Hutvagner, G. & Zamore, P. D. A microRNA in a multiple-turnover RNAi enzyme complex. *Science* **297**, 2056–2060 (2002).
16. Bartlett, D. W. & Davis, M. E. Insights into the kinetics of siRNA-mediated gene silencing from live-cell and live-animal bioluminescent imaging. *Nucleic Acids Res.* **34**, 322–333 (2006).
17. Frank-Kamenetsky, M. *et al.* Therapeutic RNAi targeting PCSK9 acutely lowers plasma cholesterol in rodents and LDL cholesterol in nonhuman primates. *Proc. Natl Acad. Sci. USA* **105**, 11915–11920 (2008).
18. Sato, Y. *et al.* Resolution of liver cirrhosis using vitamin A-coupled liposomes to deliver siRNA against a collagen-specific chaperone. *Nature Biotech.* **26**, 431–442 (2008).
19. Song, E. *et al.* RNA interference targeting Fas protects mice from fulminant hepatitis. *Nature Med.* **9**, 347–351 (2003).
20. Niu, X.-Y., Peng, Z. L., Duan, W. Q., Wang, H. & Wang, P. Inhibition of HPV 16 E6 oncogene expression by RNA interference *in vitro* and *in vivo*. *Int. J. Gynecol. Cancer* **16**, 743–751 (2006).
21. Halder, J. *et al.* Focal adhesion kinase targeting using *in vivo* short interfering RNA delivery in neutral liposomes for ovarian carcinoma therapy. *Clin. Cancer Res.* **12**, 4916–4924 (2006).
22. Takeshita, F. *et al.* Efficient delivery of small interfering RNA to bone-metastatic tumors by using atelocollagen *in vivo*. *Proc. Natl Acad. Sci. USA* **102**, 12177–12182 (2005).

23. DiFiglia, M. *et al.* Therapeutic silencing of mutant huntingtin with siRNA attenuates striatal and cortical neuropathology and behavioral deficits. *Proc. Natl Acad. Sci. USA* **104**, 17204–17209 (2007).
24. de Fougerolles, A. & Novobrantseva, T. siRNA and the lung: research tool or therapeutic drug? *Curr. Opin. Pharmacol.* **8**, 280–285 (2008).
25. Inoue, T. *et al.* Modulation of scratching behavior by silencing an endogenous cyclooxygenase-1 gene in the skin through the administration of siRNA. *J. Gene Med.* **9**, 994–1001 (2007).
26. Fattal, E. & Bochot, A. Ocular delivery of nucleic acids: antisense oligonucleotides, aptamers and siRNA. *Adv. Drug Deliv. Rev.* **58**, 1203–1223 (2006).
27. Palliser, D. *et al.* An siRNA-based microbicide protects mice from lethal herpes simplex virus 2 infection. *Nature* **439**, 89–94 (2006).
28. Grzelinski, M. *et al.* RNA interference-mediated gene silencing of pleiotrophin through polyethylenimine-complexed small interfering RNAs *in vivo* exerts antitumoral effects in glioblastoma xenografts. *Hum. Gene Ther.* **17**, 751–766 (2006).
29. Bitko, V., Musiyenko, A., Shulyayeva, O. & Barik, S. Inhibition of respiratory viruses by nasally administered siRNA. *Nature Med.* **11**, 50–55 (2005).
30. Akinc, A. *et al.* A combinatorial library of lipid-like materials for delivery of RNAi therapeutics. *Nature Biotech.* **26**, 561–569 (2008).
   **Describes the combinatorial synthesis and *in vivo* delivery performance of a large library of lipid-like materials in multiple animal models and species.**
31. DeVincenzo, J. *et al.* Evaluation of the safety, tolerability and pharmacokinetics of ALN-RSV01, a novel RNAi antiviral therapeutic directed against respiratory syncytial virus (RSV). *Antiviral Res.* **77**, 225–231 (2008).
32. Li, B.-J. *et al.* Using siRNA in prophylactic and therapeutic regimens against SARS coronavirus in Rhesus macaque. *Nature Med.* **11**, 944–951 (2005).
33. Alexis, F., Pridgen, E., Molnar, L. K. & Farokhzad, O. C. Factors affecting the clearance and biodistribution of polymeric nanoparticles. *Mol. Pharm.* **5**, 505–515 (2008).
34. Scherphof, G. L. in *Targeted Drug Delivery* (ed. Juliano, R. L.) 285–313 (Springer, Berlin, 1991).
35. Zámecník, J., Vargová, L., Homola, A., Kodet, R. & Syková, E. Extracellular matrix glycoproteins and diffusion barriers in human astrocytic tumours. *Neuropathol. Appl. Neurobiol.* **30**, 338–350 (2004).
36. Oliveira, S., van Rooij, I., Kranenburg, O., Storm, G. & Schiffelers, R. Fusogenic peptides enhance endosomal escape improving siRNA-induced silencing of oncogenes. *Int. J. Pharm.* **331**, 211–214 (2007).
37. Di Guglielmo, G. M., Le Roy, C., Goodfellow, A. F. & Wrana, J. L. Distinct endocytic pathways regulate TGF-β receptor signalling and turnover. *Nature Cell Biol.* **5**, 410–421 (2003).
38. Hornung, V. *et al.* Sequence-specific potent induction of IFN-α by short interfering RNA in plasmacytoid dendritic cells through TLR7. *Nature Med.* **11**, 263–270 (2005).
   **The TLR7 pathway is identified as an important contributor to nonspecific siRNA immune activation.**
39. Judge, A. D. *et al.* Sequence-dependent stimulation of the mammalian innate immune response by synthetic siRNA. *Nature Biotech.* **23**, 457–462 (2005).
40. Judge, A. D., Bola, G., Lee, A. C. H. & MacLachlan, I. Design of noninflammatory synthetic siRNA mediating potent gene silencing *in vivo*. *Mol. Ther.* **13**, 494–505 (2006).
41. Vornlocher, H.-P. *et al.* Nuclease-resistant double-stranded RNA for RNA interference. WO2005115481 (2005).
42. Jackson, A. L. *et al.* Position-specific chemical modification of siRNAs reduces "off-target" transcript silencing. *RNA* **12**, 1197–1205 (2006).
43. Bumcrot, D., Manoharan, M., Koteliansky, V. & Sah, D. W. Y. RNAi therapeutics: a potential new class of pharmaceutical drugs. *Nature Chem. Biol.* **2**, 711–719 (2006).
44. Muratovska, A. & Eccles, M. R. Conjugate for efficient delivery of short interfering RNA (siRNA) into mammalian cells. *FEBS Lett.* **558**, 63–68 (2004).
45. Oishi, M., Nagasaki, Y., Itaka, K., Nishiyama, N. & Kataoka, K. Lactosylated poly(ethylene glycol)-siRNA conjugate through acid-labile β-thiopropionate linkage to construct pH-sensitive polyion complex micelles achieving enhanced gene silencing in hepatoma cells. *J. Am. Chem. Soc.* **127**, 1624–1625 (2005).

46. Soutschek, J. *et al.* Therapeutic silencing of an endogenous gene by systemic administration of modified siRNAs. *Nature* **432**, 173–178 (2004).
47. Wolfrum, C. *et al.* Mechanisms and optimization of *in vivo* delivery of lipophilic siRNAs. *Nature Biotech.* **25**, 1149–1157 (2007).
48. Merki, E. *et al.* Antisense oligonucleotide directed to human apolipoprotein B-100 reduces lipoprotein(a) levels and oxidized phospholipids on human apolipoprotein B-100 particles in lipoprotein(a) transgenic mice. *Circulation* **118**, 743–753 (2008).
49. Isis Pharmaceuticals. Genzyme and Isis Begin Second Phase 3 Trial Of Mipomersen. *Isis Pharmaceuticals web site* [online]. < http://ir.isispharm.com/releasedetail.cfm?ReleaseID = 326694 > (2008).
50. Torchilin, V. P. *et al.* Cell transfection *in vitro* and *in vivo* with nontoxic TAT peptide–liposome–DNA complexes. *Proc. Natl Acad. Sci. USA* **100**, 1972–1977 (2003).
51. Auguste, D. T. *et al.* Triggered release of siRNA from poly(ethylene glycol)-protected, pH-dependent liposomes. *J. Control. Release* **130**, 266–274 (2008).
52. Martina, M.-S. *et al.* The *in vitro* kinetics of the interactions between PEG-ylated magnetic-fluid-loaded liposomes and macrophages. *Biomaterials* **28**, 4143–4153 (2007).
53. Mao, S. *et al.* Influence of polyethylene glycol chain length on the physicochemical and biological properties of poly(ethylene imine)-graft-poly(ethylene glycol) block copolymer/siRNA polyplexes. *Bioconjug. Chem.* **17**, 1209–1218 (2006).
54. Li, W., Huang, Z., MacKay, J. A., Grube, S. & Szoka, F. C. Low-pH-sensitive poly(ethylene glycol) (PEG)-stabilized plasmid nanolipoparticles: effects of PEG chain length, lipid composition and assembly conditions on gene delivery. *J. Gene Med.* **7**, 67–79 (2005).
55. Braasch, D. A. *et al.* Biodistribution of phosphodiester and phosphorothioate siRNA. *Bioorg. Med. Chem. Lett.* **14**, 1139–1143 (2004).
56. Bogdanov, A. A. Merging molecular imaging and RNA interference: early experience in live animals. *J. Cell Biochem.* **104**, 1113–1123 (2008).
57. Zimmermann, T. S. *et al.* RNAi-mediated gene silencing in non-human primates. *Nature* **441**, 111–114 (2006).
   **The first study to demonstrate sequence-specific RNAi in non-human primates.**
58. Yuan, H. *et al.* Effects of cholesterol-tagged small interfering RNAs targeting 12/15-lipoxygenase on parameters of diabetic nephropathy in a mouse model of type 1 diabetes. *Am. J. Physiol. Renal Physiol.* **295**, F605–F617 (2008).
59. Rappaport, J. *et al.* Transport of phosphorothioate oligonucleotides in kidney: implications for molecular therapy. *Kidney Int.* **47**, 1462–1469 (1995).
60. Santel, A. *et al.* A novel siRNA-lipoplex technology for RNA interference in the mouse vascular endothelium. *Gene Ther.* **13**, 1222–1234 (2006).
61. van de Water, F. M. *et al.* Intravenously administered short interfering RNA accumulates in the kidney and selectively suppresses gene function in renal proximal tubules. *Drug Metab. Dispos.* **34**, 1393–1397 (2006).
62. Takei, Y., Kadomatsu, K., Yuzawa, Y., Matsuo, S. & Muramatsu, T. A small interfering RNA targeting vascular endothelial growth factor as cancer therapeutics. *Cancer Res.* **64**, 3365–3370 (2004).
63. McNamara, J. O. *et al.* Cell type-specific delivery of siRNAs with aptamer-siRNA chimeras. *Nature Biotech.* **24**, 1005–1015 (2006).
64. Song, E. *et al.* Antibody mediated *in vivo* delivery of small interfering RNAs via cell-surface receptors. *Nature Biotech.* **23**, 709–717 (2005).
65. Peer, D., Park, E. J., Morishita, Y., Carman, C. V. & Shimaoka, M. Systemic leukocyte-directed siRNA delivery revealing Cyclin D1 as an anti-inflammatory target. *Science* **319**, 627–630 (2008).
66. Barquinero, J., Eixarch, H. & Perez-Melgosa, M. Retroviral vectors: new applications for an old tool. *Gene Ther.* **11**, S3–S9 (2004).
67. Vandenbroucke, R. E. *et al.* Prolonged gene silencing in hepatoma cells and primary hepatocytes after small interfering RNA delivery with biodegradable poly(β-amino esters). *J. Gene Med.* **10**, 783–794 (2008).
68. Torchilin, V. P. Recent advances with liposomes as pharmaceutical carriers. *Nature Rev. Drug Discov.* **4**, 145–160 (2005).
69. MacLachlan, I. in *Antisense Drug Technology: Principles, Strategies and Applications*. 2nd edn Ch. 9 (ed. Crooke, S. T.) 237–270 (CRC, Boca Raton, 2007).
70. Felgner, P. L. *et al.* Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure. *Proc. Natl Acad. Sci. USA* **84**, 7413–7417 (1987).

© 2009 Macmillan Publishers Limited. All rights reserved

REVIEWS

71. Malone, R. W., Felgner, P. L. & Verma, I. M. Cationic liposome-mediated RNA transfection. *Proc. Natl Acad. Sci. USA* **86**, 6077–6081 (1989).

72. Geisbert, T. W. *et al.* Postexposure protection of guinea pigs against a lethal ebola virus challenge is conferred by RNA interference. *J. Infect. Dis.* **193**, 1650–1657 (2006).

73. Kumar, P., Lee, S. K., Shankar, P. & Manjunath, N. A single siRNA suppresses fatal encephalitis induced by two different Flaviviruses. *PLoS Med.* **3**, e96 (2006).

74. Li, W. & Szoka, F. Lipid-based nanoparticles for nucleic acid delivery. *Pharm. Res.* **24**, 438–449 (2007).

75. Wheeler, C. J. *et al.* A novel cationic lipid greatly enhances plasmid DNA delivery and expression in mouse lung. *Proc. Natl Acad. Sci. USA* **93**, 11454–11459 (1996).

76. Lv, H., Zhang, S., Wang, B., Cui, S. & Yan, J. Toxicity of cationic lipids and cationic polymers in gene delivery. *J. Control. Release* **114**, 100–109 (2006).

77. Ma, Z. *et al.* Cationic lipids enhance siRNA-mediated interferon response in mice. *Biochem. Biophys. Res. Commun.* **330**, 755–759 (2005).

78. Akhtar, S. & Benter, I. Toxicogenomics of non-viral drug delivery systems for RNAi: potential impact on siRNA-mediated gene silencing activity and specificity. *Adv. Drug Deliv. Rev.* **59**, 164–182 (2007).

79. Akhtar, S. & Benter, I. F. Nonviral delivery of synthetic siRNAs *in vivo*. *J. Clin. Invest.* **117**, 3623–3632 (2007).

80. Hollins, A. J., Omidi, Y., Benter, I. F. & Akhtar, S. Toxicogenomics of drug delivery systems: exploiting delivery system-induced changes in target gene expression to enhance siRNA activity. *J. Drug Target.* **15**, 83–88 (2007).

81. Rust, D. M. & Jameson, G. The novel lipid delivery system of amphotericin B: drug profile and relevance to clinical practice. *Oncol. Nurs. Forum* **25**, 35–48 (1998).

82. John, M. *et al.* Effective RNAi-mediated gene silencing without interruption of the endogenous microRNA pathway. *Nature* **449**, 745–747 (2007).
**Demonstration that specific, non-viral RNAi delivery can be achieved without interruption of endogenous microRNA processing.**

83. Epiphanio, S. *et al.* Heme oxygenase-1 is an anti-inflammatory host factor that promotes murine *Plasmodium* liver infection. *Cell Host Microbe* **3**, 331–338 (2008).

84. Boussif, O. *et al.* A versatile vector for gene and oligonucleotide transfer into cells in culture and *in vivo*: polyethylenimine. *Proc. Natl Acad. Sci. USA* **92**, 7297–7301 (1995).

85. Putnam, D. Polymers for gene delivery across length scales. *Nature Mater.* **5**, 439–451 (2006).

86. Akinc, A., Thomas, M., Klibanov, A. M. & Langer, R. Exploring polyethylenimine-mediated DNA transfection and the proton sponge hypothesis. *J. Gene Med.* **7**, 657–663 (2005).

87. Wang, Y., Chen, P. & Shen, J. The development and characterization of a glutathione-sensitive cross-linked polyethylenimine gene vector. *Biomaterials* **27**, 5292–5298 (2006).

88. Lungwitz, U., Breunig, M., Blunk, T. & Göpferich, A. Polyethylenimine-based non-viral gene delivery systems. *Eur. J. Pharm. Biopharm.* **60**, 247–266 (2005).

89. Zintchenko, A., Philipp, A., Dehshahri, A. & Wagner, E. Simple modifications of branched PEI lead to highly efficient siRNA carriers with low toxicity. *Bioconjug. Chem.* **19**, 1448–1455 (2008).

90. Tan, P. H., Yang, L. C., Shih, H. C., Lan, K. C. & Cheng, J. T. Gene knockdown with intrathecal siRNA of NMDA receptor NR2B subunit reduces formalin-induced nociception in the rat. *Gene Ther.* **12**, 59–66 (2004).

91. Urban-Klein, B., Werth, S., Abuharbeid, S., Czubayko, F. & Aigner, A. RNAi-mediated gene-targeting through systemic application of polyethylenimine (PEI)-complexed siRNA *in vivo*. *Gene Ther.* **12**, 461–466 (2004).

92. Kichler, A. Gene transfer with modified polyethylenimines. *J. Gene Med.* **6**, S3–S10 (2004).

93. Kircheis, R., Wightman, L. & Wagner, E. Design and gene delivery activity of modified polyethylenimines. *Adv. Drug Deliv. Rev.* **53**, 341–358 (2001).

94. Richards Grayson, A., Doody, A. & Putnam, D. Biophysical and structural characterization of polyethylenimine-mediated siRNA delivery *in vitro*. *Pharm. Res.* **23**, 1868–1876 (2006).

95. Thomas, M. *et al.* Full deacylation of polyethylenimine dramatically boosts its gene delivery efficiency and specificity to mouse lung. *Proc. Natl Acad. Sci. USA* **102**, 5679–5684 (2005).

96. Werth, S. *et al.* A low molecular weight fraction of polyethylenimine (PEI) displays increased transfection efficiency of DNA and siRNA in fresh or lyophilized complexes. *J. Control. Release* **112**, 257–270 (2006).

97. Hu-Lieskovan, S., Heidel, J. D., Bartlett, D. W., Davis, M. E. & Triche, T. J. Sequence-specific knockdown of EWS-FLI1 by targeted, nonviral delivery of small interfering RNA inhibits tumor growth in a murine model of metastatic Ewing's sarcoma. *Cancer Res.* **65**, 8984–8992 (2005).

98. Heidel, J. D. *et al.* Administration in non-human primates of escalating intravenous doses of targeted nanoparticles containing ribonucleotide reductase subunit M2 siRNA. *Proc. Natl Acad. Sci. USA* **104**, 5715–5721 (2007).

99. Bartlett, D. W., Su, H., Hildebrandt, I. J., Weber, W. A. & Davis, M. E. Impact of tumor-specific targeting on the biodistribution and efficacy of siRNA nanoparticles measured by multimodality *in vivo* imaging. *Proc. Natl Acad. Sci. USA* **104**, 15549–15554 (2007).

100. Bartlett, D. W. & Davis, M. E. Impact of tumor-specific targeting and dosing schedule on tumor growth inhibition after intravenous administration of siRNA-containing nanoparticles. *Biotechnol. Bioeng.* **99**, 975–985 (2008).

101. Rozema, D. B. *et al.* Dynamic PolyConjugates for targeted *in vivo* delivery of siRNA to hepatocytes. *Proc. Natl Acad. Sci. USA* **104**, 12982–12987 (2007).

102. Kleinman, M. E. *et al.* Sequence- and target-independent angiogenesis suppression by siRNA via TLR3. *Nature* **452**, 591–597 (2008).
**Demonstration that the anti-angiogenic effects seen upon siRNA delivery to the eye can be nonspecific and caused by TLR3 immune activation.**

103. Alnylam Pharmaceuticals. Alnylam Achieves First Human Proof of Concept for an RNAi Therapeutic with GEMINI study. *Alnylam Pharmaceuticals web site* [online] < http://phx.corporate-ir.net/phoenix. zhtml?c = 148005&p = irol-newsArticle2&ID = 11139 37&highlight = > (2008).

104. Robbins, M. *et al.* Misinterpreting the therapeutic effects of siRNA caused by immune stimulation. *Hum. Gene Ther.* 19 Aug 2008 (doi 10.1089/hgt.2008.131).

105. Zhang, Y. *et al.* Engineering mucosal RNA interference *in vivo*. *Mol. Ther.* **14**, 336–342 (2006).

106. Arnold, A.-S. *et al.* Specific β1-adrenergic receptor silencing with small interfering RNA lowers high blood pressure and improves cardiac function in myocardial ischemia. *J. Hypertens.* **25**, 197–205 (2007).

**Acknowledgements**
The authors would like to thank A. de Fougerolles, R. Alvarez and E. Deguns for their advice and assistance in the preparation of the manuscript.

**DATABASES**
UniProtKB: http://www.uniprot.org
PCSK9 | TLR3 | TLR7 | VEGF | VEGFR
**ALL LINKS ARE ACTIVE IN THE ONLINE PDF**

© 2009 Macmillan Publishers Limited. All rights reserved

Copyright of Nature Reviews Drug Discovery is the property of Nature Publishing Group and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.