# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff/Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> PFIZER INC., PHARMACIA & ) <br> UPJOHN CO. LLC, BIONTECH SE, AND ) <br> BIONTECH MANUFACTURING GMBH, ) <br> ) <br> Defendants/Counterclaim-Plaintiffs. ) | C.A. No. 22-336-CFC <br> (CONSOLIDATED) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING <u>PERSONAL ELECTRONIC DEVICES</u>

Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE and BioNTech Manufacturing GmbH (together, "Defendants") respectfully request an exemption at the January 4, 2024 hearing (the "Hearing") for its hearing technology technician, Dylan Green, from the Court's Standing Order, effective May 15, 2023, titled In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States. Pursuant to paragraph 2 of the Standing Order, all personal electronic devices are required to be off and placed in a locked pouch while visitors are in the courthouse. Paragraph 4 of the Standing Order exempts attorneys with a valid bar card. Mr. Green is not an attorney and therefore does not have a valid bar card.  Mr. Green is

attending the hearing as retained by Pfizer, Inc. to support the technology needs of the attorneys listed below at the Hearing. Mr. Green intends to bring with him two laptops and a cellular telephone which are subject to the Court's Standing Order in addition to external hard drives, display adapters, computer mice, a portable monitor and a Verizon MiFi cellular device. As such, Defendants request an exemption for Mr. Green from the Standing Order identical to attorneys that possess a valid bar card. Counsel and Mr. Green will continue to be bound by Local Civil Rule 83.2 prohibiting photographs or broadcasting.

| | |
|---|---|
| CONNOLLY GALLAGHER, LLP<br><br>*/s/ Alan R. Silverstein*<br>Arthur G. Connolly, III (#2667)<br>Alan R. Silverstein (#5066)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>asilverstein@connollygallagher.com<br><br>*Of Counsel*:<br><br>Sara Tonnies Horton<br>WILLKIE FARR & GALLAGHER<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>(312) 728-9040<br><br>Michael Johnson<br>Dan Constantinescu<br>Brian Frino<br>WILLKIE FARR & GALLGHER<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br><br>*Attorneys for Defendants and Counterclaimants Pfizer Inc. and Pharmacia & Upjohn Co. LLC*<br><br><br>Dated:  January 2, 2024 | MORRIS, NICHOLS, ARSHT, & TUNNEL LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>Jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Of Counsel*:<br><br>Charles B. Klein<br>Jovial Wong<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000<br><br>Katherine L. Kyman<br>Brian L. O'Gara<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>(312) 558-5600<br><br>Ashley Graham<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700<br><br>*Attorneys for Defendants BioNTech SE and BioNTech Manufacturing GmbH* |

**IT IS SO ORDERED** this _____ day of January, 2024.

_____
The Honorable Colm. F. Connolly