# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> PFIZER INC., PHARMACIA & UPJOHN COMPANY LLC, BIONTECH SE, and BIONTECH MANUFACTURING GMBH, <br><br> Defendants. | Civil Action No. 22-cv-336-CFC <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were served on February 29, 2024, upon the following attorneys of record as indicated below:

Plaintiff Alnylam Pharmaceuticals, Inc.'s Notices of Deposition to:

- Alexandra Gruener (Pfizer)
- Annette Vogel (BNT)
- Bastian Schwarz (BNT)
- Christopher Marino (Pfizer)
- Claudia Lindemann (BNT)
- Corinna Rosenbaum (BNT)
- Danny Hendrikse (Pfizer)
- Elisa Harkins Tull (Pfizer)

- Ferdia Bates (BNT)
- Kena Swanson (Pfizer)
- Kerstin Brettschneider (BNT)
- Nicholas Warne (Pfizer)
- Pam Siwik (Pfizer)
- Paul Rohlfing (Pfizer)
- Shane Eisenbeis (Pfizer)
- Stefanie Krumm (BNT)
- Veronika Jahndel (BNT)
- William Gruber (Pfizer)

**VIA E-MAIL:**

Arthur G. Connolly, III
Alan R. Silverstein
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
*aconnolly@connollygallagher.com*
*asilverstein@connollygallagher.com*

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jblumenfeld@morrisnichols.com*
*jtigan@morrisnichols.com*

| | |
|---|---|
| OF COUNSEL:<br><br>William G. Gaede, III<br>Anisa Noorassa<br>McDermott Will & Emery LLP<br>415 Mission Street, Suite 5600<br>San Francisco, CA 94105<br>(650) 815-7400<br><br>Sarah Chapin Columbia<br>Sarah J. Fischer<br>McDermott Will & Emery LLP<br>200 Clarendon Street, Floor 58<br>Boston, MA 02116-5021<br>(617) 535-4000<br><br>Ian B. Brooks<br>Timothy M. Dunker<br>McDermott Will & Emery LLP<br>500 N. Capitol Street NW<br>Washington, DC 20003<br>(202) 756-8000<br><br>Bhanu K. Sadasivan, Ph.D.<br>McDermott Will & Emery LLP<br>650 Live Oak Avenue, Suite 300<br>Menlo Park, CA 94025-4885<br>(650) 815-7537<br><br>Mandy H. Kim<br>McDermott Will & Emery LLP<br>18565 Jamboree Road, Suite 250<br>Irvine, CA 92612-2565<br>(949) 757-6061<br><br>Dated: February 29, 2024 | McDERMOTT WILL & EMERY LLP<br><br>/s/ *Ethan H. Townsend*<br>Ethan H. Townsend (#5813)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 485-3911<br>ehtownsend@mwe.com<br><br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* |

3