Joint Claim Construction Brief

# EXHIBIT 19

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.<br><br><br>Plaintiff,<br><br>v.<br><br><br>PFIZER, INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, and BIONTECH MANUFACTURING GMBH,<br><br><br>Defendants. | Civil Action No. 22-cv-336-CFC<br><br>(CONSOLIDATED) |

## DECLARATION OF DAVID T. CURIEL, M.D., PH.D. IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION

## <u>TABLE OF CONTENTS</u>

I. INTRODUCTION ........................................................................................3

II. QUALIFICATION, EXPERIENCE, AND MATERIALS REVIEWED.............3

III. APPLICABLE LEGAL STANDARDS ................................................5

IV. OPINIONS...........................................................................................6

    A. "Vaccine" Had a Plain and Ordinary Meaning in 2011 ...........................7

    B. Alnylam's Proposed Construction is Incomplete ....................................10

V. CONCLUSION ..................................................................................15

I, David T. Curiel, M.D., Ph.D., have personal knowledge of the matters stated herein and, if called upon to testify as to those matters, I can competently do so.

## I.     INTRODUCTION

1.     I submit this expert declaration on behalf of Pfizer, Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, and BioNTech Manufacturing GmbH (collectively, "Defendants"). I have been asked to provide my opinion regarding the meaning of the claim term "vaccine" in U.S. Patent Nos. 11,590,229 (the "'229 patent") and 11,612,657 (the "'657 patent") (collectively, the "Patents-in-Suit").

## II.     QUALIFICATION, EXPERIENCE, AND MATERIALS REVIEWED

2.     I am currently a Professor of Radiation Oncology (Endowed Chair), as well as in other departments including Medicine, Obstetrics and Gynecology and the Division of Biology & Biomedical Sciences at the Washington University School of Medicine at the Washington University School of Medicine in St. Louis, Missouri. I am also currently the Director of the Biologic Therapeutics Center within the Department of Radiation Oncology. Before joining the Washington University School of Medicine, I held the positions of Professor and Senior Scientist in various departments at the University of Alabama at Birmingham.

3.     I received my medical degree from the Emory University School of Medicine in 1982. After my medical degree, I completed my residency in

Medicine at Emory University affiliated hospitals from 1983-1985 and fellowships in Pulmonary Medicine from 1985-1989 at the NHLBI of the NIH under the mentorship of Ronald G. Crystal, M.D and in Biotechnology at the NIH from 1989 to 1990 under the mentorship of John D. Minna, M.D.   I obtained my doctoral degree from Groningen University in The Netherlands in 2002.

4.       My research in the field of vaccine development spans almost three decades and includes work on DNA and mRNA vaccines.  More recently, I helped develop and gain approval for an intranasal vaccine for COVID-19, and I currently have NIH funding to develop new vaccines for the Zika, influenza, COVID-19 and cancer.  I have also received numerous awards and honors for my research, including the Chancellors Award for Innovation and Entrepreneurship at the Washington University School of Medicine (2023), the Max Cooper Award for Research Excellence at the University of Alabama at Birmingham (2001), and the Young Investigator Award from the American Federation of Medical Research (1997), among others.

5.       I have authored several hundred articles, including many with respect to gene therapy and vaccine research, and I have been an invited speaker or lecturer at numerous conferences and symposia.  I am also a member of various professional societies and organizations, including the American Federation for

Clinical Research, the American Society of Cell and Gene Therapy, and the European Society of Gene Therapy, among others.

6.     My additional qualifications, can be found in my curriculum vitae, attached as Appendix 1. A complete list of the publication I have authored or co-authored can be found at:

**https://www.ncbi.nlm.nih.gov/myncbi/david.curiel.1/bibliography/public/.**

7.     I am being compensated at my normal rate of $1200 per hour.  My opinions are not dependent on any compensation that I receive in this case, and no part of this compensation due or received is contingent upon the outcome of this litigation.

8.     The opinions expressed in this declaration are based on my personal knowledge and experience in the fields of gene therapy and vaccines. I have also reviewed the Patents-in-Suit, the parties' proposed constructions, the parties' identification of extrinsic evidence, and the materials cited in this declaration. A complete list of the materials I reviewed is attached as Appendix 2.

## III.   APPLICABLE LEGAL STANDARDS

9.     I understand that claim construction is a matter of law and will be decided by the Court. I further understand that the relevant inquiry in claim construction is how a person of ordinary skill in the art ("POSA") would have

understood the claim terms as of the earliest priority date,[1] in the context of the particular claim in which it appears as well as in light of the patent specification, the prosecution history, and other relevant intrinsic and extrinsic evidence.

10.    I further understand that the patent specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise have to a POSA. In such cases, I understand that the patentee's definition usually controls. In addition, I understand that the prosecution history of a patent can inform the meaning of claim terms and should be considered when construing the claims.

11.    I understand that the Court may consider extrinsic evidence, such as technical dictionaries, treaties, and expert opinions to understand the underlying technology and the way in which claim terms would have been understood by a POSA as of the earliest priority date.  However, such extrinsic evidence has lesser weight than the intrinsic evidence.

## IV.    OPINIONS

12.    The term "vaccine" appears in claims 27 and 28 of the '229 Patent and in claim 6 of the '657 Patent.  Claim 27 of the '229 Patent states "[a] vaccine

---

[1] I understand there is a dispute between the parties as to the priority date for the Patents-in-Suit.  My opinions are the same whether the priority date is December 7, 2011, as Plaintiff asserts, or December 7, 2012, as Defendants assert. Thus, for convenience, I will refer to the "priority date" as including either December 7, 2011, or December 7, 2012.

comprising a lipid particle and a pharmaceutically acceptable diluent, excipient, or carrier . . . ."  Claim 28 of the '229 Patent states "[t]he vaccine of claim 27, wherein . . . ."  Claim 6 of the '657 Patent states ". . . wherein the pharmaceutical composition is vaccine."

13.     I understand that the parties have proposed the following constructions for "vaccine":

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "vaccine" | "a preparation that is used to stimulate the body's immune response against disease." | "A product that produces immunity therefore protecting the body from the disease." |

### A.     "Vaccine" Had a Plain and Ordinary Meaning in 2011

14.     It is my opinion that "vaccine" had a plain and ordinary meaning as of 2011 that is fully reflected in Defendants' proposed construction.  In particular, the POSA would have understood that the meaning of "vaccine" must include the concept that a vaccine provides immune protection from a disease.  Vaccines provide immune protection by stimulating one or more of the body's various specific immune responses.[2]  But a composition that only stimulates an immune

---

[2] The human body has various types of immune responses, such as B-cell mediated responses or T-cell mediated responses.  A vaccine can stimulate one or more of these immune response to various degrees.  Unless otherwise specified, I use the term "immune response" in this Declaration to refer generically to any of the body's specific immune responses alone or together.

response without conferring any immunity or protection against a disease would not have been considered a "vaccine." In fact, immune protection is the very purpose of vaccines. For example, an investigational drug product that does not confer immune protection would not be approved as a vaccine by the FDA or any similar regulatory body in other countries. Defendants' proposed construction captures this essential feature of vaccines and therefore is the correct construction.

15. Definitions of "vaccine" existing as of 2011 support my opinion that Defendants' proposed construction is correct. Defendants' proposed construction is the CDC's definition of "vaccine" as of 2011. Ex. 27 at 1. The POSA in 2011 would have considered the CDC's definition at the time as representative of the plain and ordinary meaning of the term "vaccine."

16. Scientific dictionaries as of 2011 also describe the features of immunity and protection from disease in defining "vaccine":

- Ex. 28, Chambers Dictionary of Science and Technology, 2007 ("Therapeutic material, treated to lose its virulence and containing antigens derived from one or more pathogenic organisms. On administration to humans or other animals, the antigens *will stimulate active immunity and protect against infection* with these or related organisms.") (emphasis added);

- Ex. 29, Dictionary of Science, 2010 ("A liquid preparation of treated disease-producing microorganisms or their products used *to stimulate an \*immune response in the body and so confer resistance to the disease . . . .*") (emphasis added);

- Ex. 30, Black's Medical Dictionary, 2010 ("The name applied generally to dead – or attenuated . . . living – infectious material

introduced into the body, with the object of *increasing its power to resist the disease*. (See also IMMUNITY.) Healthy people are inoculated with vaccine as a protection against a particular disease; this provokes their immune system to produce ANTIBODIES, which *will confer immunity against a subsequent attack of the disease*.") (emphasis added);

17.     Also, the POSA would routinely discuss vaccines in the context of the immune protection that vaccines confer in peer-reviewed scientific publications. For example, Burton 2002 explains that "[n]eutralizing antibodies are crucial for vaccine-mediated *protection* against viral diseases."  Ex. 31 at 706 (emphasis added).   Similarly, Siegrist 2008 explains that "[t]o generate vaccine-mediated *protection* is a complex challenge." Ex. 32 at 17 (emphasis added).  I observed that Dr. Ravetch also explains in his declaration that a POSA would have understood that a vaccine protects against disease: "[a] POSA would understand a vaccine to be a preparation given to a human or animal to help protect that human or animal against a particular disease by stimulating an immune response to that disease." Ex. 6 at ¶ 15.

18.     It is my opinion that Defendants' proposed construction clearly reflects the concept that a vaccine must be capable of providing immunity that protects from disease.  For example, Defendants' construction expressly requires producing "immunity" thereby "protecting" the body from disease.

19.     Based on my review of Section II.C.b of Alnylam's Opening Brief and Dr. Ravetch's declaration, neither Alnylam nor Dr. Ravetch state anywhere

that Defendants' proposed construction is incorrect.  This is not surprising.  The only issue that Alnylam raises is that Defendants' proposed construction is likely to confuse the jury into believing that a "vaccine" according to the claims must fully protect a subject from contracting COVID-19 in order to be infringing.  Alnylam's Opening Brief at 25.  I disagree that there is anything confusing about Defendants' proposed construction.[3]  Defendants' proposed construction requires the production of "immunity" and "protecting the body from the disease" which is consistent with what the POSA would have understood "vaccine" to mean.  Further, the fact that the CDC adopted this very definition as of 2011 for the lay public supports my opinion that the jury would not find it confusing.

20.     For these reasons, I believe that Defendant's proposed construction for "vaccine" is correct.

## B.     Alnylam's Proposed Construction is Incomplete

21.     It is not clear whether Alnylam's proposed construction, which recites "stimulating the body's immune response against a disease" requires providing any immune protection against disease.  While it is true that vaccines confer immune protection by stimulating the body's immune response, stimulating the body's immune response does not necessarily result in immune protection.  For example,

---

[3] I have not been asked to opine on infringement and have not formed any such opinions.

antigens from a pathogen will typically stimulate some level of an immune response against that pathogen when introduced into the body, but this is not necessarily sufficient for immune protection against the pathogen.[4]  Scientists have routinely struggled to create vaccines that provide immune protection, despite the fact that many investigational drug products can stimulate an immune response to some extent.  Like I explained above, the POSA in 2011 would not have understood a composition that can stimulate an immune response against a disease, but not provide any immune protection, to be a "vaccine."

22.     Also, I do not believe that the descriptions of Comirnaty, which mention "immune response" and on which Dr. Ravetch relies, support Alnylam's proposed construction.  I would expect a discussion of Comirnaty or other vaccines to mention "immune response" because, as I explained, vaccines work to confer immune protection against a disease by stimulating one or more of the body's immune responses against the disease.  However, none of the descriptions of Comirnaty that Alnylam points to suggest that the feature of stimulating an immune response to a disease was a sufficient definition of "vaccine" in 2011.  Rather, the documents that Dr. Ravetch relies on explain that Comirnaty provides immunity and protection against COVID-19, which is consistent with what the

---

[4] In general, foreign objects that enter the body will stimulate an immune response—that does not make every such foreign body a "vaccine."

POSA would have understood "vaccine" to mean and with Defendants' proposed construction.

23.     For example, the statement from the Comirnaty package insert that Dr. Ravetch discusses explains that "[t]he vaccine elicits an *immune response* to the S antigen, which *protects* against COVID-19." Ex. 10 at 20. As someone who works with vaccines, the important takeaway from this statement is not that the Comirnaty vaccine elicits an immune response, but that the immune response it elicits actually provides protection against COVID-19. Similarly, the Pfizer November 4, 2022 Press Release that Dr. Ravetch points to explains that the "goal is to provide broader *immunity* against COVID-19" and that the COVID-19 bivalent booster "may induce a higher level of *protection*" against the new COVID-19 variants than the original vaccines and will help "maintain high levels of *protection*" against those variants. Ex. 14 at 2 (emphasis added). Therefore, the press release is focused on the actual protection from disease that Comirnaty provides.

24.     Dr. Ravetch's observation that "immune response data" was used to show the efficacy in support of the approval of a new bivalent Comirnaty formulation (Ex. 6 at ¶ 17) also does not support Alnylam's proposed construction. "[I]mmune response data" was used as a proxy for efficacy in this small study investigating a new Comirnaty formulation because (1) previous large-scale

clinical trials had already confirmed that the immune response stimulated by Comirnaty results in immune protection and (2) testing for immune response is much simpler than testing for clinical end points of protection. In other words, since a correlation between immune response and immune protection had already been shown for Comirnaty, it was acceptable to use "immune response" in this context as a proxy for immune protection for this new Comirnaty formulation. But, that does not support Alnylam's proposed construction. Again, the ultimate goal for any vaccine is immune protection, not merely stimulating an immune response.

25.    The remaining Comirnaty publications that Dr. Ravetch relies on (Exhibits 11-13 and 15) also show the importance of immune protection. These investigations, which focused on specific aspects of Comirnaty's efficacy in certain populations, were performed after the correlation between immune response and immune protection had been shown for Comirnaty. As I explained above, it was acceptable and much simpler to examine immune response as a proxy for immune protection. And the publications recognize that the important feature of Comirnaty is immune protection. For example, Muller 2021 explains that the results suggest that the elderly population examined "needs to be closely monitored and may require earlier revaccination and/or an increased vaccine dose *to ensure stronger long-lasting immunity and protection against infection*." Ex. 11 at 2065 (emphasis

added).  Fernández-Lázaro 2022 explains that the antigen in Comirnaty "induces an immune response . . . *which is the basis of protection against COVID-19*."  Ex. 12 at 3 (emphasis added).  Similarly, Miele 2021 discuss their results in context of efficacy, explaining that their "preliminary results suggest that current vaccination Pfizer-BioNTech approach against SARS-CoV-2 might be less *effective* than expected in SOTRs."  Ex. 13 at 2920 (emphasis added).  And Di Chiara 2023 also discuss their results in the context of "boosting a pre-existing immunity to confer a longer durable *protection* against SARS-coV-2 reinfection."  Ex. 15 at 5 (emphasis added).  These publications make clear that the ultimate endpoint for Comirnaty is immune protection, which is also true for vaccines, generally.

26.     Lastly, I understand that Alnylam's proposed construction is the CDC's current definition of "vaccine," which the CDC adopted in 2021.  Ex. 16.  I also understand that the CDC's public definition of vaccine has changed multiple times since its definition as of 2011.  Considering that Defendants' proposed construction is the CDC's definition as of 2011, it is my opinion that it more accurately reflects what the POSA would have understood "vaccine" to mean in 2011.  That is important since I understand that the claim construction analysis is performed from the view of the POSA as of the 2011 time frame.

27.     For these reasons, I believe that Alnylam's construction is incomplete and therefore incorrect.

## V.     CONCLUSION

28.     For the reasons explained above, a POSA in 2011 would have understood that a "vaccine" must be capable of conferring immune protection against a disease. Because Defendants' proposed construction—"a product that produces immunity therefore protecting the body from the disease"—recites this feature, it fully captures what the POSA would have understood "vaccine" to mean.  Therefore, it is my opinion that Defendants' construction is correct.

29.     I reserve the right to supplement or modify this Declaration based on any expert opinions that Plaintiff may later present or information that may be identified during the course of discovery.

30.     If I am called to testify, in connection with my anticipated testimony in this action, I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this Declaration.  I have not yet selected the particular exhibits that might be used.  In addition, I may create or assist in the creation of certain demonstrative evidence to assist me in testifying, and I reserve the right to do so, to further support the positions in this Declaration.

31.     I declare under penalty of perjury pursuant to the laws of the United States of America that the forgoing statements are true and correct.



David T. Curiel, M.D., Ph.D.

1/24/24

Date

# APPENDIX 1

CURRICULUM VITAE

# DAVID T. CURIEL, M.D., Ph.D.

*Distinguished Professor of Radiation Oncology (Endowed Chair)*
Director, Biologic Therapeutics Center

**Date Prepared:** June 25, 2021

**1. Personal Information:**

    a. Male

    b. September 27, 1956

    c. Middletown, New York

**2. Citizenship:**

    USA

**3. Address and Telephone Numbers:**

    a. Office:

        4511 Forest Park Parkway, Suite 411
        St. Louis, MO 63108
        (314) 747-5443

    b. Home:

        39 Arundel Place
        St. Louis, MO 63105
        (314) 256-1891
        (314) 420-5005 (Cell)

**4. Present Position:**

    Director, Biologic Therapeutics Center
    Department of Radiation Oncology
    Washington University School of Medicine

**5. Education:**

    a. Undergraduate:
        B.A. Chemistry West Georgia College
        Carrollton, Georgia         1974–1978
        Summa cum laude
    b. Graduate:
        M.D. Emory University School of Medicine
        Atlanta, Georgia         1978–1982
    c. Graduate:
        Ph.D.   Groningen University
        Groningen, The Netherlands         12/2002

    d. Postgraduate:

- Internship – Medicine  – Emory University
    Affiliated Hospitals         7/1982–7/1983
    Atlanta, Georgia
- Residency – Medicine – Emory University
    Affiliated Hospitals         7/1983–7/1985
    Atlanta, Georgia
- Fellowship(s) –
    o  Pulmonary Medicine- Pulmonary Branch   7/1985–10/1989
        National Heart, Lung, and Blood Institute
        National Institutes of Health
        Bethesda, Maryland
        Mentor: Ronald G. Crystal, M.D.

    o  Biotechnology- Navy Medical Oncology Branch   12/1989–10/1990
        National Cancer Institute
        National Institutes of Health
        Bethesda, Maryland
        Mentor: John D. Minna, M.D


**6. Academic Positions/ Employment:**

10/1990–6/1991         Visiting Assistant Professor of Medicine, Division of Pulmonary Diseases
         Department of Medicine
         University of North Carolina
         Chapel Hill, North Carolina

7/1991–7/1993         Assistant Professor of Medicine    Division of Pulmonary Diseases
         Department of Medicine
         University of North Carolina
         Chapel Hill, North Carolina

2/1992–7/1993         Curriculum in Genetics
         University of North Carolina
         Chapel Hill, North Carolina

6/1992–7/1993         Member -  UNC Lineberger Comprehensive Cancer Center
         University of North Carolina
         Chapel Hill, North Carolina

7/1993–10/1996         Associate Professor, Division of Pulmonary and Critical Care Medicine
         Department of Medicine
         The University of Alabama at Birmingham
         Birmingham, Alabama

         Associate Professor, Department of Microbiology
         The University of Alabama at Birmingham
         Birmingham, Alabama

         Scientist - Comprehensive Cancer Center
         The University of Alabama at Birmingham
         Birmingham, Alabama

         Scientist - Center for AIDS Research
         The University of Alabama at Birmingham
         Birmingham, Alabama

|  | Scientist -  Gregory Fleming Cystic Fibrosis Center<br>The University of Alabama atBirmingham<br>Birmingham, Alabama |
|---|---|
| 7/1993–2/1999 | Director -  Gene Therapy Program<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 1/1995–10/1996 | Associate Professor, Department of Pathology<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Associate Professor, Division of Gynecology Oncology<br>Department of Obstetrics and Gynecology<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Scientist, Arthritis and Musculoskeletal Diseases Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 10/1996–01/2011 | Professor,  Department of Medicine<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Professor,  Division of Gynecology Oncology<br>Department of Obstetrics and Gynecology<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Professor,  Department of Pathology<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Senior Scientist, Comprehensive Cancer Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Senior Scientist, Center for AIDS Research<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Senior Scientist, Arthritis and Musculoskeletal Diseases Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
|  | Senior Scientist, Gregory Fleming Cystic Fibrosis Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 7/1997–01/2011 | Jeanne and Ann Griffin Chair for Women's Cancer Research<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |

| | |
|---|---|
| 11/1998–01/2011 | Professor, Department of Biomedical Engineering<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 2/1999–01/2011 | Director, Gene Therapy Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 6/1999–01/2011 | Professor, Experimental Gene Therapy<br>Vrije Universiteit of Amsterdam<br>Amsterdam, The Netherlands |
| 1/2000–01/2011 | Director, Division of Human Gene Therapy<br>Departments of Medicine, Pathology and Surgery<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 7/2001–01/2011 | Senior Scientist, Center for Metabolic Bone Disease<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 11/2001–01/2011 | Senior Scientist, Center for Disaster Preparedness<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 7/2003–01/2011 | Professor, Department of Genetics<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 9/2003–01/2011 | Scientist, Vision Science Research Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 1/2004–01/2011 | Associate Scientist , Minority Health and Research Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 1/2007-01/2011 | Senior Scientist, Center for Neurodegeneration and Experimental Therapeutics<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 10/2009-1/2011 | Scientist, UAB Comprehensive Neuroscience Center<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 10/2010 – Present | Research Member, Alvin J. Siteman Cancer Center<br>Barnes-Jewish Hospital<br>Washington University School of Medicine |
| 01/2011 – 01/2016 | Director, Division of Cancer Biology<br>Department of Radiation Oncology<br>Washington University School of Medicine in St. Louis, Missouri |
| 01/2011 – Present | Director, Biologic Therapeutics Center<br>Department of Radiation Oncology |

|  | Washington University School of Medicine in St. Louis, Missouri |
|---|---|
| 01/2011 – Present | Professor of Medicine, Department of Medicine<br>Washington University School of Medicine in St. Louis, Missouri |
| 08/2011 – Present | Scholar, Institute for Public Health<br>Washington University School of Medicine in St. Louis, Missouri |
| 01/2012 – Present | Professor of Obstetrics and Gynecology<br>Washington University School of Medicine in St. Louis, Missouri |
| 08/2012 – Present | Professor, Division of Biology & Biomedical Sciences<br>Washington University School of Medicine in St. Louis, Missouri |

## 7. University and Hospital Appointments and Committees:

Gene Therapy Subcommittee of the Institutional Review Board
The University of Alabama School of Medicine, Birmingham, Alabama

Howard Hughes Medical Institute Search Committee
The University of Alabama at Birmingham, Birmingham, Alabama

Molecular and Genetics Advisory Committee
The University of Alabama at Birmingham, Birmingham, Alabama

Second Endowed Position in Molecular Biology
Southern Research Institute, Birmingham, Alabama

Research Advisory Committee
The University of Alabama at Birmingham, Birmingham, Alabama

Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Advisory Committee
The University of Alabama at Birmingham, Birmingham, Alabama

Executive Committee, Breast Cancer SPORE
The University of Alabama at Birmingham, Birmingham, Alabama

Executive Committee, Ovarian Cancer SPORE
The University of Alabama at Birmingham, Birmingham, Alabama

Genetics/Genetic Therapy Subcommittee
The University of Alabama at Birmingham, Birmingham, Alabama

Regenerative Medicine Committee
The University of Alabama at Birmingham, Birmingham, Alabama

Conflict of Interest Board
Washington University School of Medicine in St. Louis, Missouri

Research Affairs Committee
Washington University School of Medicine in St. Louis, Missouri

Molecular Microbiology and Microbial Pathogenesis Program
Division of Biology & Biomedical Sciences
Washington University School of Medicine in St. Louis, Missouri

**8. Medical Licensure and Board Certification:**

<u>Licensure:</u>

| | |
|---|---|
| 3/1983 | Georgia |
| 7/1985 | Virginia |
| 3/1991 | North Carolina |
| 2/1994 | Alabama (Current. License # MD.17873) |
| 4/2014 | Missouri (Current License # 2014018786) |

<u>Board Certification:</u>

Diplomat, American Board of Internal Medicine, 1987

**9. Honors and Awards:**

| | |
|---|---|
| 7/1/1992–7/1/1993 | James W. Woods Junior Faculty Award<br>Outstanding Junior Faculty Member<br>University of North Carolina School of Medicine |
| 5/1/1996 | American Society for Clinical Investigation Member |
| 1996 | American Lung Association Career Investigator Award |
| 1997–2010 | Jeanne and Ann Griffin Chair for Women's Cancer Research<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 1997 | Young Investigator Award<br>American Federation of Medical Research - Southern Section |
| 7/2001 | The Max Cooper Award for Research Excellence<br>Department of Medicine, The University of Alabama at Birmingham<br>Birmingham, Alabama |
| 11/2015 | Certificate of Recognition<br>Research Affairs Committee<br>Washington University School of Medicine |
| 5/2023 | Chancellors Award for Innovation and Entrepreneurship<br>Washington University School of Medicine<br>St. Louis, Missouri |

**10. Editorial Responsibilities:**

<u>Journal Editorships:</u>

| | |
|---|---|
| Editor-In-Chief | Journal of Ovarian Cancer Research (2011–2017) |
| Editor-In-Chief | Tumor Targeting (1999–2000) |
| | |
| Associate Editor | Cancer Gene Therapy (1993–Present) |
| Associate Editor | Gene Therapy (2000–2011) |
| Associate Editor | Cancer Research (2003-2011) |
| Associate Editor | Current Gene Therapy (2004-2011) |
| Associate Editor | Laboratory Investigation (2008-Present) |

| | |
|---|---|
| Editorial Board | Gene Therapy (1994–2000) |
| Editorial Board | Human Gene Therapy (1995–Present) |
| Editorial Board | Current Research in Molecular Therapeutics (1998–2011) |
| Editorial Board | Science and Medicine (1998–2011) |
| Editorial Board | Breast Cancer Research (1999–2011) |
| Editorial Board | Clinical Cancer Research (1999–2005) |
| Editorial Board | Current Opinion in Molecular Therapeutics (1999–2011) |
| Editorial Board | Molecular Therapy (1999–2005) |
| Editorial Board | The Journal of Gene Medicine (1999–2011) |
| Editorial Board | Biochimica et Biophysica Acta (2000–2011) |
| Editorial Board | Journal of Virology (2000–2006) |
| Editorial Board | Cancer Biology and Therapy (2001–2011) |
| Editorial Board | International Journal of Oncology (2002–2011) |
| Editorial Board | American Journal of Drug Delivery (2003–2011) |
| Editorial Board | American Society for Microbiology (2003–2006) |
| Editorial Board | Cancer Research (2003–Present) |
| Editorial Board | Molecular Imaging (2003–2006) |
| Editorial Board | Bentham Science Publishers, Ltd. (2006-2011) |
| | |
| Ad hoc Reviewer | Advances in Pharmacology |
| Ad hoc Reviewer | Alliance for Cancer Gene Therapy |
| Ad hoc Reviewer | American Cancer Society |
| Ad hoc Reviewer | American Journal of Pathology |
| Ad hoc Reviewer | American Journal of Respiratory Cell and Molecular Biology |
| Ad hoc Reviewer | Biochimica et Biophysica Acta |
| Ad hoc Reviewer | Bioconjugate Chemistry |
| Ad hoc Reviewer | Bios Scientific Publishers Ltd |
| Ad hoc Reviewer | Biotechniques |
| Ad hoc Reviewer | Biotechnology Progress |
| Ad hoc Reviewer | Cancer Biology |
| Ad hoc Reviewer | Cancer Research |
| Ad hoc Reviewer | Chest |
| Ad hoc Reviewer | Clinical Cancer Research |
| Ad hoc Reviewer | Experimental Biology and Medicine |
| Ad hoc Reviewer | Gastroenterology |
| Ad hoc Reviewer | Gene |
| Ad hoc Reviewer | Gut |
| Ad hoc Reviewer | Gynecologic Oncology |
| Ad hoc Reviewer | Histochemical Journal |
| Ad hoc Reviewer | International Journal of Cancer |
| Ad hoc Reviewer | Journal of Biological Chemistry |
| Ad hoc Reviewer | Journal of Clinical Investigation |
| Ad hoc Reviewer | Journal of Gene Medicine |
| Ad hoc Reviewer | Journal of the National Cancer Institute |
| Ad hoc Reviewer | Journal of Virology |
| Ad hoc Reviewer | Molecular Medicine Today |
| Ad hoc Reviewer | Nature Biotechnology |
| Ad hoc Reviewer | Nature Genetics |
| Ad hoc Reviewer | Nature Medicine |
| Ad hoc Reviewer | Nature Reviews Genetics |
| Ad hoc Reviewer | New England Journal of Medicine |
| Ad hoc Reviewer | Nucleic Acids Research |
| Ad hoc Reviewer | Oncology |
| Ad hoc Reviewer | Proceedings of the National Academy of Sciences, USA |
| Ad hoc Reviewer | Science |
| Ad hoc Reviewer | The New England Journal of Medicine |

| | |
|---|---|
| Ad hoc Reviewer | Transplantation |
| Ad hoc Reviewer | Trends in Biotechnology |
| Ad hoc Reviewer | Trends in Genetics |
| Ad hoc Reviewer | Tumor Biology |

**Grant Reviews:**

| | |
|---|---|
| Reviewer | Biological Resources Branch (BRB) Oversight Committee, Developmental Therapeutics Program, Division of Cancer Treatment and Diagnosis, National Cancer Institute, Bethesda, Maryland, Standing Member (12/2000-12/2002) |
| Reviewer | American Cancer Society, Standing Member |
| Reviewer | Medical Biochemistry, National Institutes of Health |
| Reviewer | National Cancer Institute, Cancer Therapy Evaluation Program, National Institutes of Health |
| Reviewer | National Institute of Child Health and Human Development, National Institutes of Health |
| Reviewer | National Institute of Diabetes and Digestive Kidney Diseases, National Institutes of Health, Site Visit Chairman |
| Reviewer | National Institute of Neurological Disorders and Stroke, National Institutes of Health |
| Reviewer | Alliance for Cancer Gene Therapy |
| Reviewer | American Cancer Society |
| Reviewer | Austrian Science Fund (FWF) |
| Reviewer | Canada Foundation for Innovation |
| Reviewer | Children's Brain Tumor Foundation |
| Reviewer | Comitato Telethon Fondazione Onlus |
| Reviewer | Cystic Fibrosis Foundation |
| Reviewer | Council for Extramural Grants |
| Reviewer | Department of Veterans Affairs, Research and Development Committee |
| Reviewer | Dutch Cancer Society |
| Reviewer | General Clinical Research Committee (GCRC), National Institutes of Health |
| Reviewer | Israel Science Foundation |
| Reviewer | Innovation and Technology Commission |
| Reviewer | Kraeftens Bekaempelse |
| Reviewer | Leukemia Research Fund |
| Reviewer | Louisiana Education Quality Support Fund (LEQSF) Research and Development Program |
| Reviewer | Louisiana Stimulus for Excellence in Research (LaSER) |
| Reviewer | Medical Research Council of Canada |
| Reviewer | Medical Research Council of United Kingdom |
| Reviewer | Medisch-Genetisch Centrum Zuid-West Nederland-MGC |
| Reviewer | New York Academy of Sciences |
| Reviewer | State of Louisiana, Board of Regents |
| Reviewer | Swiss National Research Foundation |
| Reviewer | The Susan G. Komen Breast Cancer Foundation |
| Reviewer | The Wellcome Trust |
| Reviewer | Universiteit van Amsterdam, Academisch Medisch Centrum,   Biomedical Research Committee |
| Reviewer | University of Southampton Cancer Sciences |
| Reviewer | University of Texas, MD Anderson Cancer Center |
| Reviewer | University of Washington, Core Center for Gene Therapy |
| Reviewer | Vanderbilt Cancer Center |

## 11. Professional Societies and Organizations:

American Association for Cancer Research
American Federation for Clinical Research

American Society of Clinical Investigation
American Society of Cell and Gene Therapy
American Society for Microbiology
American Thoracic Society
Dutch Society of Gene Therapy
European Society of Gene Therapy
Finnish Gene Therapy Society
International Society of Cell and Gene Therapy for Cancer
Phi Kappa Phi
Society for Gynecologic Oncology

## 12. Major Invited Professorships and Lectureships: (2005 – Present)

American Association for Cancer Research, 96th Annual Meeting, Education Session, "Oncolytic Viruses", Anaheim, California.  April 16, 2005.

American Association for Cancer Research, 96th Annual Meeting, Minisymposium, "Recent Progress in Gene Therapy of Cancer", Anaheim, California.  April 19, 2005.

The University of Texas Medical Branch, Department of Obstetrics and Gynecology, Special Guest Lecturer, Galveston, Texas.  April 21, 2005.

41st Annual Meeting of the American Society of Clinical Oncology, Symposium of Cancer Gene Therapy", Orlando, Florida.  May 15, 2005.

The University of Alabama at Birmingham, Center for AIDS Research, Virology Discussion Group Seminar, Birmingham, Alabama.  May 27, 2005.

American Society of Gene Therapy 8th Annual Meeting, Education Session Speaker, Novel Vector Systems, St. Louis, Missouri.  June 1, 2005.

American Society of Gene Therapy 8th Annual Meeting, Abstract Presentation, St. Louis, Missouri.  June 5, 2005.

Vrije University Medical Center, Department of Pathology, Amsterdam, The Netherlands.  September 1, 2005.

Vrije University Medical Center, Department of Pathology, Amsterdam, The Netherlands.  September 6, 2005.

Erasmus University Medical Center, JNI Oncology Lecture Series, Molecular Medicine Postgraduate School, Rotterdam, The Netherlands.  September 9, 2005.

University of Navarro, Center for Applied Medical Research, Pamplona, Spain.  September 12, 2005.

Centro National de Biotechnologia, Universidad Autonoma, Madrid, Spain.  September 13, 2005.

The University of Groningen, Department of Therapeutic Gene Modulation, International Symposium on Therapeutic Gene Modulation, Institute for Drug Exploration, Groningen, The Netherlands.  September 15, 2005.

ESBATech AG, Seminar, Zurich, Switzerland.  September 19, 2005.

Nijmegen Centre for Molecular Life Sciences, Nijmegen, The Netherlands. September 22, 2005.

University Hospital Hamburg-Eppendorf, Institute for Molecular Cell Biology, Hamburg, Germany.  September 26, 2005.

Academic Medical Center (AMC) Liver Center, The University of Amsterdam, Amstedam, The Netherlands. September 28, 2005.

Leiden University Medical Center, Depatment of Molecular Cell Biology, Leiden, The Netherlands.  September 30, 2005.

Instituto Di Richerche Di Biologia Molecolare P. Angeletti (IRBM), Merck Research Laboratories, Rome, Italy.  October 3, 2005.

ENEA, Ente per le Nuove Tecnologie, l'Energia e l'Ambiente, UTS BIOTEC, Rome, Italy.  October 4, 2005.

Target Definition & Vector Design for Molecular Medicine, Cold Spring Harbor, Co-Organizer, Cold Spring Harbor, New York.  November 10-13, 2005.

Louisiana State University, School of Veterinary Medicine, Baton Rouge, Louisiana.  January 24, 2006.

Gordon Research Conference on Viral Vectors for Gene Therapy, Session Chairman and Invited Speaker, Ventura, California.  March 12-17, 2006.

Sidney Kimmel Cancer Center, San Diego, California.  March 17, 2006.

University of Southern California, Keck School of Medicine, Los Angeles, California.  March 20, 2006.

University of California at Los Angeles, Department of Molecular and Medical Pharmacology, Los Angeles, California. March 22, 2006.

American Association of Cancer Research National Meeting, CRAd Meeting, Invited Speaker. Washington, D.C., April 3, 2006.

American Association of Cancer Research National Meeting, Mini-symposia – "Gene and Vector-Based Therapy; Speaker and Session Co-Chairman.  Washington, D.C.  April 4, 2006.

National Institute of Allergy and Infectious Diseases, Cellular Biology Section, Bethesda, Maryland.  April 5, 2006.

The Scott-Ritchey Research Center, Molecular Medicine Program, Auburn University, Auburn, Alabama.  May 12, 2006.

The University of Chicago at Illinois, College of Medicine, Department of Pharacology, Seminar, Chicago, Illinois.  June 7, 2006.

Northwestern University, Division of Hematology/Oncology and the Robert H. Lurie Comprehensive Cancer Center, Grand Rounds Lecture Series, Chicago, Illinois.  June 9, 2006.

The University of Alabama at Birmingham, Center for Aids Research and the Comprehensive Cancer Center, Virology Discussion Group.  June 16, 2006.

1st International Symposium, "Ovarian Cancer": State of the Art and Future Developments, Crete, Greece, June 28, 2006.

The University of Vermont, MD-PhD Research Day, Keynote Address, Burlington, Vermont.  July 14, 2006.

Saint Louis University School of Medicine, Department of Molecular Microbiology & Immunology, St. Louis, Missouri. August 11, 2006.

Rush University Medical Center, Department of Pharmacology Department Seminar, Chicago, Illinois.  September 13, 2006.

Forum of Innovative Therapies "FIT" 2006, Infectious Diseases and Host Defense – New Targets for Innovative Therapies, Hamburg, Germany.  October 5, 2006.

Helmholtz University at DKFZ, German Cancer Research Center and Heidelberg University Hospital, Heidelberg, Germany. October 9, 2006.

University Medical Clinic, Laboratory of Department of Obstetrics & Gynecology, Dusseldorf University, Dusseldorf, Germany.  October 10, 2006.

National Institute of Dental and Craniofacial Research, Craniofacial and Skeletal Diseases Branch, CSDB Seminar Series, Washington, D.C.  January 22, 2007.

Columbia University Medical Center - College of Physicians and Surgeons, Departments of Pathology, Neurosurgery and Urology, New York, New York.  January 24, 2007.

San Antonio Cancer Institute, The University of Texas Health Science Center at San Antonio, Seminar Series, San Antonio, Texas.  February 22, 2007.

Sidney Kimmel Cancer Center, New Targets and Delivery Systems in Cancer Diagnosis and Treatment Symposium, Invited Speaker, San Diego, California.  March 6, 2007.

American Society of Gene Therapy Tenth Annual Meeting, Seattle, Washington.  May 30-June 3, 2007.

National Cancer Institutes, Biological Resources Branch, DTP, DCTD, NCI, NCI- Frederick, Frederick, Maryland.  June 19, 2007.

State University of New York (SUNY), Health Science Center at Brooklyn, Brooklyn, New York.  September 13, 2007.

Rice University, Department of Bioengineering Seminar, Houston, Texas.  November 13, 2007.

Erasmus Medical Center, University Medical Center Rotterdam, Seminars in Gene Therapy, Rotterdam, The Netherlands. June 4, 2008.

Leiden University Medical Center, Leiden, The Netherlands. June 5, 2008.

University of Groningen, University Hospital, Groningen, The Netherlands. June 6, 2008.

The Dan L. Duncan Cancer Center at Baylor College of Medicine, Cancer Cell and Gene Therapy Program, Houston, Texas.  October 13, 2008.

Ohio State University Comprehensive Cancer Center, Viral Oncogenesis Program, Columnus, Ohio.  October 27, 2008.

Morehouse School of Medicine, Minority Biomedical Research Support Program and the Department of Obstetrics & Gynecology, Atanta, Georgia.  October 29, 2008

ISCGT Conference, Invited Speaker, Cork, Ireland. September 4, 2009.

The University of Minnesota, Department of Surgery Grand Rounds, Minneapolis, Minnesota. September 22, 2009.

Mayo Clinic, Department of Molecular Medicine Seminar Series, Rochester, Minnesota. September 24, 2009.

St. Louis University School of Medicine, St. Louis, Missouri. September 25, 2009

Washington University at St. Louis, Department of Molecular Biology and Immunology Seminar Series. October 20, 2009.

Institute of Cellular and Molecular Biology, The Unversity of Texas at Austin, Austin, Texas. November 12, 2009.

Seminar Series, Purdue University, Lafayette, Indiana. April, 2011.

GUIDE, Research Institute for Drug Exploration. International Seminar Programme, University of Groningen, Groningen, Netherlands. October 18, 2011.

Rappaport Family Institute for Research in the Medical Sciences, Technion – Israel Institute of Technology. Haifa, Israel. October 25, 2011.

Society for Gynecologic Investigation Annual Scientific Meeting, "Biological Therapeutics, Pharmacogenomics and Ovarian Cancer." San Diego, California. March 2, 2012.

2012 International Adenovirus Meeting. "Exploiting Molecular Virology and Cancer Biology to Develop Personalized Therapy Agents for Carcinoma of the Ovary." Umea, Sweden. June 13, 2012.

Morehouse School of Medicine's Department of Obstetrics and Gynecology, Women's Health Seminar Series. "Exploiting Molecular Virology and Cancer Biology to Develop Personalized Therapy Agents for Carcinoma of the Ovary." July 27, 2012.

International Society for Cell and Gene Therapy of Cancer (ISCGT) Annual Meeting. "Exploiting Molecular Virology and Cancer Biology to Develop Personalized Therapy Agents for Carcinoma of the Ovary." Singapore. October 4, 2012.

Monsanto Company World Headquarters, Chemistry Group, Seminar Series. Creve Coeur, MO. February 14,2013.

Society of Gynecologic Oncology (SGO) 44th Annual Meeting on Women's Cancer. Education Forum: "Are We Hitting the Mark? Targeted Therapies for Gynecologic Cancers." Los Angeles, CA. March 11, 2013.

University of Missouri Graduate Course VMS847. "Strategies to Adapt the Adenovirus for Cancer Therapy Applications." March 15, 2013.

Missouri Cures Education Foundation and Staenburg Family Foundation Speaker Series. "The Entrepreneur Ecosystem That Helps Transform Research into Startup Companies."  April 4, 2013.

Saint Louis University, The Edward A. Doisy Department of Biochemistry and Molecular Biology. "Imaging Analysis for Monitoring Virus-Based Interventions." April 14,2013.

New York Division of Pulmonary and Critical Care Medicine Grand Rounds. "Strategies to Adapt the Adenovirus for Cancer Therapy Applications." March 27, 2013.

Crucell N.V. "Strategies to Adapt the Adenovirus for Cancer Therapy Applications." April 26, 2013.

Berlin Charité- Universitätsmedizin Berlin Charité Campus Mitte (CCM).  "Strategies to Adapt the Adenovirus for Cancer Therapy Applications." May 17, 2013.

University of Kansas Cancer Center Seminar Series. "Strategies to Adapt the Adenovirus for Cancer Therapy Applications." August 27, 2013.

The NCI Division of Cancer Biology workshop on "Targeting Oncolytic Viruses to Tumor Stem Cells." September 6, 2013.

Latvian Biomedical Research and Studies Center. October 2, 2013.

Vaccine and Gene Therapy Institute Seminar, "Dendritic Cell Targeted Adenoviral Vectors for Anti-Tumor Vaccination." Oregon Health & Science University. May 1, 2014.

Louisiana Cancer Research Center. "Dendritic Cell Targeted Adenoviral Vectors for Anti-Tumor Vaccination". May 23, 2014.

ISCGT Conference, Chair and Organizer, Amsterdam, The Netherlands. September 25-27, 2014.

Women in Science and Entrepreneurship Conference, Moderator, St. Louis, MO. November 14, 2014.

Future of Medicine Seminar, Medical Scientist Training Program Series.  "Gene Therapy for Alpha 1-Anti-trypsin." Washington University, St. Louis, MO. April 23, 2015.

Biologic Therapeutics Center Presentation, Regional Arts Commission, St. Louis, MO. April 28, 2015.

Missouri Cures Education Foundation. "Viruses Treating Cancer."  Donald Danforth Plant Science Center. May 1, 2015.

Grant Writing Course Parts I & II, Washington University School of Medicine. St. Louis, MO. May 12th and 26th, 2015.

NCI Science Day, Center for Strategic Scientific Initiatives. "Molecular Promiscuity of Adenovirus Facilitates Targeting and Imaging Applications." Bethesda, Maryland. May 18, 2015.

NIAID Presentation. Bethesda, Maryland. May 19, 2015.

One Health Innovations Symposium. Invited Speaker. Kansas City, Missouri. August 28, 2016

**13. Consulting Relationships and Board Memberships:**
**A. <u>Governmental:</u>**

| | | |
|---|---|---|
| 6/2007-7/2007 | Special Volunteer | National Institute of Dental And Craniofacial Research<br>Craniofacial and Skeletal Diseases Branch<br>Washington, D. C. |
| 7/2008-6/2011 | Scientific Counselor | Board of Scientific Counselors<br>National Institute of Dental and Craniofacial Research (DEBSC)<br>National Institutes of Health<br>Bethesda, Maryland |

**B. <u>Non-governmental:</u>**

| | | |
|---|---|---|
| 1/1992–7/1993 | Consultant | Research Institute of Molecular Pathology<br>Vienna, Austria |
| 3/1996–9/2001 | Consultant | Zeneca, Inc.<br>Willingham, Delaware |
| 3/1997–1999 | Consultant | Rhone-Poulenc Rorer, Inc.<br>Gencell Network<br>Villejuif, France |
| 7/1997–9/2001 | Consultant | Selective Genetics (formerly Prizm)<br>San Diego, California |
| 1/1998–1999 | Consultant | Zeneca Expert Standing Panel on Oncology<br>Alderley Edge, England |
| 6/1994–6/1995 | Scientific Advisory Board | Ariad Pharmaceuticals, Inc.<br>Cambridge, Massachusetts |
| 10/1995–2000 | Scientific Advisory Board | IntraImmune Therapeutics, Inc.<br>Cambridge, Massachusetts |

| | | |
|---|---|---|
| 12/1997–2012 | Founder | Vaxin, Inc.<br>Birmingham, Alabama |
| 6/1999–2012 | Founder | VectorLogics, Inc.<br>Birmingham, Alabama |
| 8/2000–9/2001 | Scientific Advisory Board | DirectGene, Inc.<br>Annapolis, Maryland |
| 1/2001–9/2001 | Scientific Advisory Board | Odin Medical A/S<br>Copenhagen, Denmark |
| 7/2003–7/2006 | Consultant | Creative Gene Therapy Corporation<br>Seattle, Washington |
| 10/2009-2013 | Consultant | DIGNA Biotech, S.L.<br>C/Etxesakan, 28-planta baja<br>Cizur Mayor, Navarra, Spain |
| 10/2009-12/2010 | Consultant | Biotherapeutica Consorcio de Tecnologia e<br>Innovacion para la Salud S.A.<br>Santiago, Chile |
| 05/2006 – 12/2013 | Advisory Board | Vascular Biogenics, Ltd.<br>6 Jonathan Netanyahu St.<br>Or Yehuda, Israel |
| 10/2012-Present | Scientific Advisory Board | DNAtrix, Inc.<br>Houston, Texas |
| 01/2016 – 04/2020 | Chairman,<br>Scientific Advisory Board | Unleash Immuno Oncolytics, Inc.<br>St. Louis, Missouri, USA |
| 01/2016 – Present | Founder | Precision Virologics, Inc.<br>St. Louis, Missouri, USA |

## 14. Research Support (2001 – Present)
### A. Governmental:

- 5/01–5/02     U.S. Army Medical Research Acquisition Activity/DOD/ARMY. DAMD17-01-1-0467. Secretory Anti-erbB2 scFv Gene Therapy for Breast Cancer. $50,000 direct costs, $71,750 total award.

- 8/01–7/05     National Heart, Lung and Blood Institute/HHS/PHS/NIH. R01HL67962-01. Endothelial Gene Delivery for Pulmonary Hypertension. $815,889 direct costs, $1,136,784 total award.

- 8/01–8/08     U.S. Army Medical Research and Development Command/DOD/ARMY. DAMD17-94-J-4398. Targeted Gene Delivery to Accomplish Gene Therapy for Breast Cancer. $554,125 direct costs, $788,358 total award.

- 9/01–10/03    U.S. Army Medical Research Acquisition Activity/DOD/ARMY. DAMD17-01-1-0012. Endothelial Vehicles as a Novel Anti-Angiogenic Gene Therapy in Cancer of the Prostate. $61,341 direct costs, $88,023 total award.

- 9/01-8/12     NIH/NIAID. 7R33 AI076096-05 & 04S1. Capsid-Incorporation of HIV Antigens as a Novel Adenovirus HIV Vaccine Approach. $350,000 total award.

- 3/02–2/07     National Cancer Institute/HHS/PHS/NIH. R01 CA94084. Enhanced CRAd for Pancreatic cancer. $534,000 direct costs, $773,781 total award to date.

- 7/02–6/05     NIH/Mayo Clinic, Jacksonville. R01 AG021875 (Golde). In situ Therapeutic Anti-$\alpha\beta$ Delivery by Adenoviral Vectors. $111,192 direct costs, $155,054 total award.

- 9/02-8/06   National Cancer Institute. 5 P50 CA89019-05.  SPORE in Breast Cancer.  $183,782 direct cost, $261,330 total award.
- 8/03–7/06   NIH/NCI/University of Georgia. R01 CA95706. Development of Therapeutic Interventions in an Animal Model for Lung Cancer.  $33,333 direct costs, $48,333 of total award.
- 12/03–11/06   U.S. Army Medical Research Acquisition Activity/ DOD/ARMY.  W81XWH-04-1-0025  An imaging system to monitor efficacy of adenovirus-based virotherapy agents.  $72,014 direct costs, $108,453 total award.
- 7/04–6/09   NIH/NHLBI/Harvard University (Curiel: Co-PI, Project 1). Modular gene regulation within the endothelium. $58,000 direct costs.
- 8/04-7/09   National Cancer Institute.  5T32 CA75930-07.  Cancer Gene Therapy Training Program.  $174,389 direct cost, $153,773 total award.
- 9/04-8/09   National Cancer Institute 5 R01 CA083821-06.  Replicative Adenoviruses with Enhances Infectivity.  $180,000 direct cost, $261,000 total award.
- 7/05-4/10   National Cancer Institute.  1 R01 CA111569-01A1.  Capsid-Labeled Adenovirus for Virotherapy Monitoring.  $197,500 direct cost, $283,651 total award.
- 7/07-5/12   NIH/NCI. 5 R01 CA121187-05. Monitoring of Advanced Virotherapy for Ovarian Cancer. $158,449 total award.
- 1/08-12/12   NIH (University of Chicago). 5 R01 CA122930-03. Conditionally Replicative Adenoviral Vectors for Malignant Glioma. $41,387.
- 7/09-6/12   NIH/NHLBI (ARRA). 5 R01 HL092941-03. Development of Double-Targeted Vectors for Long-Term Vascular Expression In Vivo. $217,990 (NCE).
- 9/09-9/12   NIH/NCI (ARRA). 3 R01 CA121187-03S2. Monitoring of Advanced Virotherapy for Ovarian Cancer. $430,910 (NCE).
- 7/10-6/15   NIH/NCI. 2P50CA101955-06A2. Project 4 - Development of Oncolytic Adenovirus Targeting Pancreatic Cancer Stem Cells. $86,000.
- 7/10-6/15   NIH/NCI (Curiel: Co-PI, Project 4). 2P50CA101955-08. Development of Oncolytic Adenovirus Targeting Pancreatic Cancer Stem Cells. $70,802.
- 7/10-7/14   Susan G. Komen for the Cure. KG100194 (Curiel: Co-PI). Inhibition and cell killing of breast cancers by using miRNA-regulated oncolytic adenoviruses. $160,000.
- 1/11-8/15   UCLA ICMIC. The UCLA Center for In Vivo imaging in Cancer Biology. 5P50CA086306-11 (Curiel: Co-I). $19,300 (subcontract).
- 9/11-8/12   NIH/Virginia Commonwealth University. 7 PO1 CA104177-04003. Mda-7/IL-24: Therapy of Ovarian Cancer (Project 3). $105,747 (NCE).
- 9/11-8/12   NIH/Virginia Commonwealth University. 7 PO1 CA104177-04002. Mda-7/IL-24: Therapy of Ovarian Cancer (Core B – Viral Vector). $34,263 (NCE).
- 9/11-7/16   NIH. 1R01CA154697-01A1. Targeted-and Image-Based Adenovirus Cancer Therapeutic Vectors. $494,010.
- 9/11-7/16   NIH. 5R01CA154697-03 (Curiel: Co-PI). Targeted-and Image-Based Adenovirus Cancer Therapeutic Vectors. $371,735.
- 6/12-5/14   Subcontract/Tuffs Cummings (Curiel: PI of Subcontract). 1R21AI101403-02 – Motor Neuron-Targeted  Adenovirus Antidotes for Botulism. $62,500.
- 7/12-5/14   1R21DE022957-02. A Gene-Therapy Based Functional Restoration of Salivary Glands. $120,000.
- 7/12-6/14   Barnes-Jewish Hospital Fnd. Biologic Therapeutic Center's FY14 Translational. $17,160.
- 10/13-9/15   US Poultry Association. Novel Avian Vaccine Generating Cross-Protective Immunity to Different IBV Serotypes (PI of Subcontract). $30,000 costs shared.
- 3/14-2/16   NIH/NHLBI R21 HL120760 (Curiel: Co-I). Lipidomic Screening For Functional Surfactant Gene Mutations. $231,902.
- 7/14-6/16   NIH/NIAID R56 AI103382 (PI of Subcontract). Optimization of Chimeric Multi-Stage Immunogens for Malaria Vaccine Development. $190,499.
- 3/15-2/19   NIH R01 DK104698 (Curiel: Co-I). Angiogenesis in Intestinal Adaptation. $225,000.
- 3/16-2/19   NIH/NHLBI R33 HL120760 (Curiel: Co-I). Lipidomic Screening For Functional Surfactant Gene Mutations. $335,331.
- 4/16-3/18   NIH/NIAID R21 AI117459 (PI of Subcontract). Novel DC Targeted Adenovirus Vector for Malaria Vaccine Development. $35,000.

- 3/17-2/19       NIH/NIAID R21 AI131254. Gorilla Adenovirus Zika Vaccine for Humans. $125,000.
- 6/17-5/22       NIH R01 CA211096. Novel Targeted Adenovirus. $228,750.
- 7/17-6/18       DARPA-16-33-Office-Wide-BAA-FP-042. An Inducible Genetic Bioshield for Flexible and Rapid Protection of Body Portal Against Bioweapons Attack of Diverse Types. $488,509.
- 9/17-8/22       NIH/NHLBI UG3 HL141800 (PI of Subcontract). A 3D in vitro disease model of atrial conduction. $750,000.
- 1/18-12/19     DOD PRMRP Investigator Initiated. Universal Influenza T-Cell Targeted Mucosal Vaccines. $50,000.
- 6/18-11/19     DOD OCRP Pilot. Novel ovarian cancer therapy. $155,000.
- 9/18-8/20       NIH R41 TR001869. Novel Platform Technology for Hemophilia Gene Therapy. $77,414.
- 7/19-6/23       NIH R01 EB026498. Novel Vector Platform for Gene Therapy. $270,563.
- 8/19-7/22       NIH UG3 TR002851. Endothelial-targeted adenovirus for organ-selective gene editing in vivo. $500,000.
- 9/19-7/23       NIH R01 CA240983. (Curiel: Co-I) Targeting Neoantigens in Triple Negative Breast Cancer. $404,968.

## B. Non-governmental:

- 1/01–12/02     Marc Lustgarten Foundation for Pacreatic research. LF043. Pancreatic Carcinoma Specific Replicative Adenoviral Agent. $200,000 direct costs, $250,000 total award.
- 1/01–9/03       Susan G. Komen Breast Cancer Foundation. BCTR01100481. Development of an Optimized Replicative Adenovirus Agent for Breast Cancer Therapy. $200,000 direct costs, $250,000 total award.
- 7/03–6/06       Muscular Dystrophy Association Research Grant.  Exploiting Transcytosis to Facilitate Adenovirus-Mediated Muscle Cell Transduction. $245,455 direct costs, $270,000 total award.
- 11/03–12/05   The Mesothelioma Applied Research Foundation, Inc. Research Grant. Targeted virotherapy for mesothelioma. $50,000 direct costs, $50,000 total award.
- 8/04-8/06       ARDF. Human Tissue Slice as an Alternative for Mouse Models in the Evaluation of Gene Therapy Vectors.  $34,083 direct cost, $37,492 total award.\
- 7/05-6/07       SAAHA.  0525391B. Targeted Modulation of Pulmonary Hypertension – Linked Genes in the Pulmonary Endothelium.  $37,500 total award.
- 11/04-11/07   AMRAA W81XWH05-1-0035.  A Double Selection Approach to Achieve Specific Expression of Toxin genes for Ovarian Cancer Gene Therapy.  $559,890 total award.
- 7/10-7/13       Susan G. Komen for the Cure. KG100194. Inhibition and cell killing of breast cancers by using the VA-deleted oncolytic adenovirus regulated by tumor suppressor microRNA. $160,000.
- 1/11-8/15       UCLA ICMIC. 5P50CA086306-11. The UCLA Center for In Vivo imaging in Cancer Biology. $26,316 (subcontract).
- 7/11-6/12       SCC Research Development Award. Targeted-and Image Based Adenovirus Cancer Therapeutic Vectors. $40,000
- 4/14-3/15       Midwest Stone Institute (MSI). Genetic Engineering of Endothelial Cells for Control or Cure of Prostate Cancer Bone Metastases. $20,833
- 6/14-5/15       Mizzou Advantage Research Grant. Development of an Ad-AAV Chimera: Piggy Backing Vectors Through Camelids. $33,333
- 11/15-10/16   Washington University Bear Cub Fund. Dendritic Cell Targeted Adenovirus for Optimized Vaccination. $50,000
- 12/15-11/16   SCC Research Fund. Dendritic Cell Targeted Cancer Vaccine. $20,000
- 3/15-6/16       Umm Al-Qura University. An Innovative Preclinical Combinatorial Therapeutic Strategy of Cancer Targeting Dual Gene Virotherapy and Anti-Angiogenesis Chemotherapy for Treatment of Ovarian Cancer. $71,525
- 4/15-3/16       Midwest Stone Institute (MSI). Prostate cancer metastatic niche eviction using angiocrine-targeted viral vectors. $30,000
- 6/16-5/17       Institute of Clinical and Translational Sciences (ICTS). Development of viroimmunotherapy for malignant melanoma. $20,000
- 6/16-6/18       DNAtrix OTM11023 (Curiel: Co-I). A Universal Cell Line for Targeted Adenovirus Virotherapy Agents. $75,000

- 12/16-12/18    GenVec OTM12067. Endothelium Gene Editing Delivery for Novel Hemophilia Therapeutics. $94,852.
- 7/17-6/20    The Ivy Foundation. Neural Stem Cell-Oncolytic Virotherapy for Brain Tumors. $459,773.
- 9/17-8/18    CMMN Pilot Award 550003-Curiel. Targeted magnetic nanoparticles for disseminated myeloma. $50,000.
- 1/19-12/20    SCC Research Fund. Evaluation of a Novel Personalized Vaccine Strategy for Breast Cancer. $300,000.
- 1/19-12/20    University of Missouri. Targeted Gene Therapy for Spinal Tumors. $125,000.
- 2/20-1/23    Children's Discovery Institute. Targeting the FGF signaling pathway as a novel therapy for hypoxia-induced pulmonary hypertension. $125,000.
- 3/20-3/22    Emerson Collective Cancer Research Fund. In vivo generation of CAR T-cells for cancer immunotherapy. $100,000.

## 15. Patents:

Porcine knob xenotype chimeric adenoviral vector for dendritic cell infection [pat. no. 9,267,153]

Adenovirus vector containing a heterologous peptide epitope in the hi loop of the fiber knob [pat. no. 7,297,542]

Human anti-epidermal growth factor receptor single-chain antibodies [pat. no. 7,045,127]

Capsid-modified recombinant adenovirus and methods of use [pat. no. 6,955,808]

Immunomodulation by genetic modification of dendritic cells and B cells [pat. no. 6,841,540]

Infectivity-enhanced conditionally-replicative adenovirus and uses thereof [pat. no. 6,824,771]

Modified adenovirus containing a fiber replacement protein [pat. no. 6,815,200]

Noninvasive genetic immunization, expression products therefrom, and uses thereof [pat. no. 6,716,823]

Tissue-specific self-inactivating gene therapy vector [pat. no. 6,716,622]

Vaccination by topical application of genetic vectors [pat. no. 6,706,693]

Human anti-epidermal growth factor receptor single-chain antibodies [pat. no. 6,699,473]

Controlling immune response to specific antigens [pat. no. 6,689,605]

Ligands added to adenovirus fiber [pat. no. 6,683,170]

Fiber receptor-independent system for the propagation of adenoviral vectors [pat. no. 6,649,396]

Viral vectors with modified tropism [pat. no. 6,613,563]

Molecular chemotherapy enhancement of radiotherapy [pat. no. 6,599,909]

Capsid-modified recombinant adenovirus and methods of use [pat. no. 6,555,368]

Enhancement of tumor cell chemosensitivity and radiosensitivity using single chain secretory antibodies [pat. no. 6,468,547]

Adenoviral vector encoding anti-apoptotic Bcl-2 gene and uses thereof [pat. no. 6,436,393]

Noninvasive genetic immunization, expression products therefrom and uses thereof [pat. no. 6,348,450]

Chimeric retrovirus/adenovirus system [pat. no. 6,333,030]

Ligands added to adenovirus fiber [pat. no. 6,312,699]

Immunomodulation by genetic modification of dendritic cells and B cells [pat. no. 6,284,742]

Composition for introducing nucleic acid complexes into higher eucaryotic cells [pat. no. 6,274,322]

Modified adenovirus containing a fiber replacement protein [pat. no. 6,210,946]

Composition for introducing nucleic acid complexes into higher eucaryotic cells [pat. no. 6,077,663]

Enhancement of tumor cell radiosensitivity using single chain intracellular antibodies [pat. no. 6,074,640]

Methods for modulating protein function in cells using intracellular antibody homologues [pat. no. 6,028,059]

Composition for introducing nucleic acid complexes into higher eucaryotic cells [pat. no. 6,022,735]

Genetic induction of receptors for targeted radiotherapy [pat. no. 5,981,504]

Composition comprising an endosomolytic agent for introducing nucleic acid complexes into higher eucaryotic cells [pat. no. 5,981,273]

Methods for modulating protein function in cells using, intracellular antibody homologues [pat. no. 5,910,486]

Genetic induction of receptors for targeted radiotherapy [pat. no. 5,902,583]

Targeted adenovirus vectors [pat. no. 5,871,727]

Composition for introducing nucleic acid complexes into higher eucaryotic cells [pat. no. 5,547,932]

Conjugates for introducing nucleic acid into higher eucaryotic cells [pat. no. 5,521,291]


**16. Teaching Title and Responsibilities:**

   **A.   Pre-doctoral Trainees: (2001 – Present)**

| | | |
|---|---|---|
| • Joshua Short | 2001–2004 | Resident, The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Long Le | 2001–2005 | Resident, Massachusetts General Hospital<br>Boston, Massachusetts |
| • Miho Murakami | 2003-2010 | Pre-doctoral Fellow<br>Division of Human Gene Therapy<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Anand Annan | 2005-Present | Pre-doctoral Fellow<br>Division of Human Gene Therapy<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Kfir Molakandov | 2005-2006 | Pre-doctoral Fellow<br>Division of Human Gene Therapy<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Vaibhav Saini | 2005-2009 | Pre-doctoral Fellow<br>Division of Human Gene Therapy<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Yizhe Tang | 2005-2009 | Pre-doctoral Fellow<br>Division of Human Gene Therapy<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Lena Gamble | 2007-2010 | Pre-doctoral Fellow<br>Division of Human Gene Therapy<br>The University of Alabama at Birmingham<br>Birmingham, Alabama |
| • Matthew S. Beatty | 2007-Present | Pre-doctoral Fellow<br>Division of Human Gene Therapy |

- Travis B. Lewis  2007-Present   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Human Gene Therapy

- James Cody  2007-2009   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Human Gene Therapy

- Justin Barnes  2007-2010   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Human Gene Therapy

- Sherry Yang  2007-2010   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Human Gene Therapy

- Patrick Wright  2007-2010   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Human Gene Therapy

- Timothy Fee  2008-2010   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Human Gene Therapy

- Calvin Stephens  2014-2019   The University of Alabama at Birmingham
  Birmingham, Alabama
  Pre-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- William Everett  2013-2017   Pre-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Amanda Jeske  2019-present   Pre-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Paul Boucher  2020-present   Pre-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Sarah Hurt  2020-present   Pre-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Logan T. Collins  2021-present   Pre-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

**B.  Postdoctoral Trainees: (2001 – Present)**

- Boglarka Banizs, M.D.    2001–2003    Doctoral School of Basic Medicine
  Semmelweis University
  Budapest

- Shaonin Ji, Ph.D.    2001–2003    Research Assistant
  Department of Genomics
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Larisa Pereboeva, MD, PhD 2001–2002    Assistant Professor
  Division of Hematology Oncology
  Department of Medicine
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Maaike Everts, Ph.D.    2002–2006    Associate Professor
  Department of Pediatrics- Infectious Diseases
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Charles A. Leath, III, M.D.   2002–2003    Physician, Gynecologic Oncology
  Birmingham, Alabama

- Hidetaka Ono, M.D., Ph.D.   2002–2004    Yokohama City University
  Second Department of Surgery
  Yokohama, Japan

- Ilya Oulasov, Ph.D.    2002–2004    Post-doctoral Fellow
  Division of Neurosurgery
  Neuroncology Section
  University of Chicago
  Chicago, Illinois

- Meredith Preuss, Ph.D.    2002–2010    Assistant Professor
  Department of Medicine- Medical Oncology
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Daniel Rein, M.D.    2002–2004    Post-doctoral Fellow
  Department of Obstetrics and Gynecology
  University of Dusseldorf Medical Center
  Dusseldorf, Germany

- Yuko Tsuruta, Ph.D.    2002–2008    Research Associate
  Department of Dermatology
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Hongju Wu, Ph.D.    2002–2003    Associate Professor
  Department of Medicine
  Division of Endocrinology and Metabolism
  Tulane University School of Medicine

- Martina Breidenbach, M.D.   2003–2004    Department of Obstetrics and Gynecology
  University of Düsseldorf Medical Center
  Düsseldorf, Germany

- Miiru Izumi, M.D., Ph.D.   2003–2005    Research Institute for Diseases of the Chest
  Graduate School of Medical Sciences
  Kyushu University, Fukuoka, Japan

- Qiana Matthews, Ph.D.    2003–2010    Assistant Professor
  Department of Medicine- Infectious Diseases
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Michael Passineau, Ph.D.      2003–2005      Division of Cardiovascular Medicine
  Allegheny-Singer Research Institute
  West-Penn Allegheny Health System
  Pittsburgh, Pennsylvania

- Vladimir Ternovoi, Ph.D.      2003–2005      State Research Center of Virology and Biotechnology
  Koltsovo, Novosibirsk Region, Russia

- Masaharu Nakayama,MD,PhD 2004–2007      Kyushu University Hospital,
  Department of Molecular Genetics
  Najima, Higashi-ku, Fukuoka, Japan

- Mariam Stoff-Khalili      2004-2006      Department of Plastic and Reconstructive Surgery
  Dreifaltigkeits-Hospital
  Wesseling, Germany

- Justin Roth, Ph.D.      2005-2010      Post-doctoral Fellow
  Division of Human Gene Therapy
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Hideyo Ugai      2005-2010      Post-doctoral Fellow
  Division of Human Gene Therapy
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Miey Park, Ph.D.      2006-2007      Post-doctoral Fellow
  Division of Human Gene Therapy
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Erin Thacker, Ph.D.      2006-2010      Post-doctoral Fellow
  Division of Human Gene Therapy
  The University of Alabama at Birmingham
  Birmingham, Alabama

- Julius Kim, Ph.D.      2011-2013      Post-doctoral Fellow
  Neuro-Oncology Laboratory
  University of Chicago
  Chicago, IL

- Dexter Whitley, Ph.D.      2011-2012      Assistant Professor, Biology
  Tougaloo College
  Ridgeland, Mississippi

- Maurizio Buggio, Ph.D.      2012 -2014      University of Manchester
  Manchester, United Kingdom

- Slava Kler      2012 -2014      Augusta University
  Augusta, Georgia

- Rebeca Gonzalez Pastor      2017-2020      Post-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Myungeun Lee      2017-present      Post-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Samir Andrade Mendonca      2019-present      Post-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

- Reka Lorincz
  2019-present
  Post-doctoral Fellow
  Division of Cancer Biology
  Department of Radiation Oncology
  Washington University School of Medicine
  St. Louis, Missouri

## 17. Bibliography:

### A. Peer reviewed manuscripts: (2011-present)
Full bibliography available at: **https://www.ncbi.nlm.nih.gov/myncbi/david.curiel.1/bibliography/public/**

1. Hurt SC, Dickson PI, **Curiel DT**. MPS I Gene Therapy. J Inherit Metab Dis. 2021. Epub 2021/07/01. doi: 10.1002/jimd.12414. PubMed PMID: 34189746.

2. Fares J, Ahmed AU, Ulasov IV, Sonabend AM, Miska J, Lee-Chang C, Balyasnikova IV, Chandler JP, Portnow J, Tate MC, Kumthekar P, Lukas RV, Grimm SA, Adams AK, Hebert CD, Strong TV, Amidei C, Arrieta VA, Zannikou M, Horbinski C, Zhang H, Burdett KB, **Curiel DT**, Sachdev S, Aboody KS, Stupp R, Lesniak MS. Neural stem cell delivery of an oncolytic adenovirus in newly diagnosed malignant glioma: a first-in-human, phase 1, dose-escalation trial. The Lancet Oncology. 2021. Epub 2021/07/03. doi: 10.1016/S1470-2045(21)00245-X. PubMed PMID: 34214495.

3. Lee M, Lu ZH, Shoemaker CB, Tremblay JM, St Croix B, Seaman S, Gonzalez-Pastor R, Kashentseva EA, Dmitriev IP, **Curiel DT**. Advanced genetic engineering to achieve in vivo targeting of adenovirus utilizing camelid single domain antibody. Journal of controlled release : official journal of the Controlled Release Society. 2021;334:106-13. Epub 2021/04/20. doi: 10.1016/j.jconrel.2021.04.009. PubMed PMID: 33872627.

4. Saha K, Sontheimer EJ, Brooks PJ, Dwinell MR, Gersbach CA, Liu DR, Murray SA, Tsai SQ, Wilson RC, Anderson DG, Asokan A, Banfield JF, Bankiewicz KS, Bao G, Bulte JWM, Bursac N, Campbell JM, Carlson DF, Chaikof EL, Chen ZY, Cheng RH, Clark KJ, **Curiel DT**, Dahlman JE, Deverman BE, Dickinson ME, Doudna JA, Ekker SC, Emborg ME, Feng G, Freedman BS, Gamm DM, Gao G, Ghiran IC, Glazer PM, Gong S, Heaney JD, Hennebold JD, Hinson JT, Khvorova A, Kiani S, Lagor WR, Lam KS, Leong KW, Levine JE, Lewis JA, Lutz CM, Ly DH, Maragh S, McCray PB, Jr., McDevitt TC, Mirochnitchenko O, Morizane R, Murthy N, Prather RS, Ronald JA, Roy S, Roy S, Sabbisetti V, Saltzman WM, Santangelo PJ, Segal DJ, Shimoyama M, Skala MC, Tarantal AF, Tilton JC, Truskey GA, Vandsburger M, Watts JK, Wells KD, Wolfe SA, Xu Q, Xue W, Yi G, Zhou J, Consortium S. The NIH Somatic Cell Genome Editing program. Nature. 2021;592(7853):195-204. Epub 2021/04/09. doi: 10.1038/s41586-021-03191-1. PubMed PMID: 33828315; PMCID: PMC8026397.

5. Alhakamy NA, **Curiel DT**, Berkland CJ. The era of gene therapy: From preclinical development to clinical application. Drug Discov Today. 2021. Epub 2021/03/31. doi: 10.1016/j.drudis.2021.03.021. PubMed PMID: 33781953.

6. Hassan AO, Feldmann F, Zhao H, **Curiel DT**, Okumura A, Tang-Huau TL, Case JB, Meade-White K, Callison J, Chen RE, Lovaglio J, Hanley PW, Scott DP, Fremont DH, Feldmann H, Diamond MS. A single intranasal dose of chimpanzee adenovirus-vectored vaccine protects against SARS-CoV-2 infection in rhesus macaques. Cell Rep Med. 2021;2(4):100230. Epub 2021/03/24. doi: 10.1016/j.xcrm.2021.100230. PubMed PMID: 33754147; PMCID: PMC7969912.

7. Agarwal P, Gammon EA, Sandey M, Lindley SS, Koehler JW, Matz BM, Smith AN, Kashentseva EA, Dmitriev IP, **Curiel DT**, Smith BF. Evaluation of tumor immunity after administration of conditionally replicative adenoviral vector in canine osteosarcoma patients. Heliyon. 2021;7(2):e06210. Epub 2021/02/23. doi: 10.1016/j.heliyon.2021.e06210. PubMed PMID: 33615011; PMCID: PMC7881234.

8. Chastkofsky MI, Pituch KC, Katagi H, Zannikou M, Ilut L, Xiao T, Han Y, Sonabend AM, **Curiel DT**, Bonner ER, Nazarian J, Horbinski CM, James CD, Saratsis AM, Hashizume R, Lesniak MS, Balyasnikova IV. Mesenchymal Stem Cells Successfully Deliver Oncolytic Virotherapy to Diffuse Intrinsic Pontine Glioma. Clinical cancer research : an official journal of the American Association for Cancer Research. 2021;27(6):1766-77. Epub 2020/12/05. doi: 10.1158/1078-0432.CCR-20-1499. PubMed PMID: 33272983; PMCID: PMC7956061.

9. Rodriguez LM, Gomez P, Mas-Montoya M, Abad J, Tarraga A, Cerda JI, Mendez J, **Curiel D**. Synthesis and Two-Dimensional Chiral Surface Self-Assembly of a pi-Conjugated System with Three-Fold Symmetry:

Benzotri(7-Azaindole). Angew Chem Int Ed Engl. 2021;60(4):1782-8. Epub 2020/11/05. doi: 10.1002/anie.202012100. PubMed PMID: 33146444.

10. Gonzalez-Pastor R, Goedegebuure PS, **Curiel DT**. Understanding and addressing barriers to successful adenovirus-based virotherapy for ovarian cancer. Cancer gene therapy. 2021;28(5):375-89. Epub 2020/09/21. doi: 10.1038/s41417-020-00227-y. PubMed PMID: 32951021; PMCID: PMC8119242.

11. Hassan AO, Kafai NM, Dmitriev IP, Fox JM, Smith BK, Harvey IB, Chen RE, Winkler ES, Wessel AW, Case JB, Kashentseva E, McCune BT, Bailey AL, Zhao H, VanBlargan LA, Dai YN, Ma M, Adams LJ, Shrihari S, Danis JE, Gralinski LE, Hou YJ, Schafer A, Kim AS, Keeler SP, Weiskopf D, Baric RS, Holtzman MJ, Fremont DH, **Curiel DT**, Diamond MS. A Single-Dose Intranasal ChAd Vaccine Protects Upper and Lower Respiratory Tracts against SARS-CoV-2. Cell. 2020;183(1):169-84 e13. Epub 2020/09/16. doi: 10.1016/j.cell.2020.08.026. PubMed PMID: 32931734; PMCID: PMC7437481.

12. Boucher P, Cui X, **Curiel DT**. Adenoviral vectors for in vivo delivery of CRISPR-Cas gene editors. Journal of controlled release : official journal of the Controlled Release Society. 2020;327:788-800. Epub 2020/09/07. doi: 10.1016/j.jconrel.2020.09.003. PubMed PMID: 32891680; PMCID: PMC8091654.

13. Lorincz R, **Curiel DT**. Advances in Alpha-1 Antitrypsin Gene Therapy. American journal of respiratory cell and molecular biology. 2020;63(5):560-70. Epub 2020/07/16. doi: 10.1165/rcmb.2020-0159PS. PubMed PMID: 32668173; PMCID: PMC7605164.

14. Lu ZH, Dmitriev IP, Brough DE, Kashentseva EA, Li J, **Curiel DT**. A New Gorilla Adenoviral Vector with Natural Lung Tropism Avoids Liver Toxicity and Is Amenable to Capsid Engineering and Vector Retargeting. Journal of virology. 2020;94(10). Epub 2020/02/28. doi: 10.1128/JVI.00265-20. PubMed PMID: 32102889; PMCID: PMC7199421.

15. Lee M, Lu ZH, Li J, Kashentseva EA, Dmitriev IP, Mendonca SA, **Curiel DT**. Targeting Tumor Neoangiogenesis via Targeted Adenoviral Vector to Achieve Effective Cancer Gene Therapy for Disseminated Neoplastic Disease. Molecular cancer therapeutics. 2020;19(3):966-71. Epub 2020/01/08. doi: 10.1158/1535-7163.MCT-19-0768. PubMed PMID: 31907220; PMCID: PMC7155772.

16. Stephens CJ, Lauron EJ, Kashentseva E, Lu ZH, Yokoyama WM, **Curiel DT**. Long-term correction of hemophilia B using adenoviral delivery of CRISPR/Cas9. Journal of controlled release : official journal of the Controlled Release Society. 2019;298:128-41. Epub 2019/02/17. doi: 10.1016/j.jconrel.2019.02.009. PubMed PMID: 30771412.

17. Mooney R, Majid AA, Batalla-Covello J, Machado D, Liu X, Gonzaga J, Tirughana R, Hammad M, Lesniak MS, **Curiel DT**, Aboody KS. Enhanced Delivery of Oncolytic Adenovirus by Neural Stem Cells for Treatment of Metastatic Ovarian Cancer. Molecular therapy oncolytics. 2019;12:79-92. Epub 2019/02/06. doi: 10.1016/j.omto.2018.12.003. PubMed PMID: 30719498; PMCID: PMC6350263.

18. Hassan AO, Dmitriev IP, Kashentseva EA, Zhao H, Brough DE, Fremont DH, **Curiel DT**, Diamond MS. A Gorilla Adenovirus-Based Vaccine against Zika Virus Induces Durable Immunity and Confers Protection in Pregnancy. Cell reports. 2019;28(10):2634-46 e4. Epub 2019/09/05. doi: 10.1016/j.celrep.2019.08.005. PubMed PMID: 31484074; PMCID: PMC6750284.

19. Gonzalez-Pastor R, Ashshi AM, El-Shemi AG, Dmitriev IP, Kashentseva EA, Lu ZH, Goedegebuure SP, Podhajcer OL, **Curiel DT**. Defining a murine ovarian cancer model for the evaluation of conditionally-replicative adenovirus (CRAd) virotherapy agents. Journal of ovarian research. 2019;12(1):18. Epub 2019/02/16. doi: 10.1186/s13048-019-0493-5. PubMed PMID: 30767772; PMCID: PMC6376676.

20. van Winkel CAJ, Moreno A, **Curiel DT**. Capsid-Incorporation Strategy To Display Antigens for an Alternative Adenoviral Vector Vaccine Approach. Molecular pharmaceutics. 2018;15(12):5446-53. Epub 2018/10/26. doi: 10.1021/acs.molpharmaceut.8b00591. PubMed PMID: 30359030.

21. Stephens CJ, Kashentseva E, Everett W, Kaliberova L, **Curiel DT**. Targeted in vivo knock-in of human alpha-1-antitrypsin cDNA using adenoviral delivery of CRISPR/Cas9. Gene therapy. 2018;25(2):139-56. Epub 2018/03/29. doi: 10.1038/s41434-018-0003-1. PubMed PMID: 29588497; PMCID: PMC5919923.

22. Sharma PK, Dmitriev IP, Kashentseva EA, Raes G, Li L, Kim SW, Lu ZH, Arbeit JM, Fleming TP, Kaliberov SA, Goedegebuure SP, **Curiel DT**, Gillanders WE. Development of an adenovirus vector vaccine platform for targeting dendritic cells. Cancer gene therapy. 2018;25(1-2):27-38. Epub 2017/12/16. doi: 10.1038/s41417-017-0002-1. PubMed PMID: 29242639; PMCID: PMC5972836.

23. Fonseca JA, McCaffery JN, Caceres J, Kashentseva E, Singh B, Dmitriev IP, **Curiel DT**, Moreno A. Inclusion of the murine IgGkappa signal peptide increases the cellular immunogenicity of a simian adenoviral

vectored Plasmodium vivax multistage vaccine. Vaccine. 2018;36(20):2799-808. Epub 2018/04/17. doi: 10.1016/j.vaccine.2018.03.091. PubMed PMID: 29657070; PMCID: PMC6124663.

24. Chondronasiou D, Eisden T, Stam AGM, Matthews QL, Icyuz M, Hooijberg E, Dmitriev I, **Curiel DT**, de Gruijl TD, van de Ven R. Improved Induction of Anti-Melanoma T Cells by Adenovirus-5/3 Fiber Modification to Target Human DCs. Vaccines. 2018;6(3). Epub 2018/07/20. doi: 10.3390/vaccines6030042. PubMed PMID: 30022005; PMCID: PMC6161112.

25. Prima V, Kaliberova LN, Kaliberov S, **Curiel DT**, Kusmartsev S. COX2/mPGES1/PGE2 pathway regulates PD-L1 expression in tumor-associated macrophages and myeloid-derived suppressor cells. Proceedings of the National Academy of Sciences of the United States of America. 2017;114(5):1117-22. Epub 2017/01/18. doi: 10.1073/pnas.1612920114. PubMed PMID: 28096371; PMCID: PMC5293015.

26. Naoum GE, Zhu ZB, Buchsbaum DJ, **Curiel DT**, Arafat WO. Survivin a radiogenetic promoter for glioblastoma viral gene therapy independently from CArG motifs. Clinical and translational medicine. 2017;6(1):11. Epub 2017/03/03. doi: 10.1186/s40169-017-0140-y. PubMed PMID: 28251571; PMCID: PMC5332320.

27. Lu ZH, Kaliberov S, Sohn RE, Kaliberova L, Du Y, Prior JL, Leib DJ, Chauchereau A, Sehn JK, **Curiel DT**, Arbeit JM. A new model of multi-visceral and bone metastatic prostate cancer with perivascular niche targeting by a novel endothelial specific adenoviral vector. Oncotarget. 2017;8(7):12272-89. Epub 2017/01/20. doi: 10.18632/oncotarget.14699. PubMed PMID: 28103576; PMCID: PMC5355343.

28. Kuroki LM, Jin X, Dmitriev IP, Kashentseva EA, Powell MA, Mutch DG, Dietz AB, **Curiel DT**, Hawkins WG, Spitzer D. Adenovirus platform enhances transduction efficiency of human mesenchymal stem cells: An opportunity for cellular carriers of targeted TRAIL-based TR3 biologics in ovarian cancer. PloS one. 2017;12(12):e0190125. Epub 2017/12/22. doi: 10.1371/journal.pone.0190125. PubMed PMID: 29267342; PMCID: PMC5739501.

29. Fonseca JA, McCaffery JN, Kashentseva E, Singh B, Dmitriev IP, **Curiel DT**, Moreno A. A prime-boost immunization regimen based on a simian adenovirus 36 vectored multi-stage malaria vaccine induces protective immunity in mice. Vaccine. 2017;35(24):3239-48. Epub 2017/05/10. doi: 10.1016/j.vaccine.2017.04.062. PubMed PMID: 28483199; PMCID: PMC5522619.

30. Covington MF, Curiel CN, Lattimore L, Avery RJ, Kuo PH. FDG-PET/CT for Monitoring Response of Melanoma to the Novel Oncolytic Viral Therapy Talimogene Laherparepvec. Clinical nuclear medicine. 2017;42(2):114-5. Epub 2016/12/07. doi: 10.1097/rlu.0000000000001456. PubMed PMID: 27922859.

31. Wambach JA, Yang P, Wegner DJ, Heins HB, Kaliberova LN, Kaliberov SA, **Curiel DT**, White FV, Hamvas A, Hackett BP, Cole FS. Functional Characterization of ATP-Binding Cassette Transporter A3 Mutations from Infants with Respiratory Distress Syndrome. American journal of respiratory cell and molecular biology. 2016;55(5):716-21. Epub 2016/11/01. doi: 10.1165/rcmb.2016-0008OC. PubMed PMID: 27374344; PMCID: PMC5105181.

32. Tatzel K, Kuroki L, Dmitriev I, Kashentseva E, **Curiel DT**, Goedegebuure SP, Powell MA, Mutch DG, Hawkins WG, Spitzer D. Erratum: Membrane-proximal TRAIL species are incapable of inducing short circuit apoptosis signaling: Implications for drug development and basic cytokine biology. Scientific reports. 2016;6:25217. Epub 2016/05/05. doi: 10.1038/srep25217. PubMed PMID: 27142169; PMCID: PMC4855175.

33. Tatzel K, Kuroki L, Dmitriev I, Kashentseva E, **Curiel DT**, Goedegebuure SP, Powell MA, Mutch DG, Hawkins WG, Spitzer D. Membrane-proximal TRAIL species are incapable of inducing short circuit apoptosis signaling: Implications for drug development and basic cytokine biology. Scientific reports. 2016;6:22661. Epub 2016/03/05. doi: 10.1038/srep22661. PubMed PMID: 26935795; PMCID: PMC4776141.

34. Stroud C, Dmitriev I, Kashentseva E, Bryan JN, **Curiel DT**, Rindt H, Reinero C, Henry CJ, Bergman PJ, Mason NJ, Gnanandarajah JS, Engiles JB, Gray F, Laughlin D, Gaurnier-Hausser A, Wallecha A, Huebner M, Paterson Y, O'Connor D, Treml LS, Stannard JP, Cook JL, Jacobs M, Wyckoff GJ, Likins L, Sabbagh U, Skaff A, Guloy AS, Hays HD, LeBlanc AK, Coates JR, Katz ML, Lyons LA, Johnson GC, Johnson GS, O'Brien DP, Duan D, Calvet JP, Gandolfi B, Baron DA, Weiss ML, Webster DA, Karanu FN, Robb EJ, Harman RJ. A One Health overview, facilitating advances in comparative medicine and translational research. Clinical and translational medicine. 2016;5(Suppl 1):26. Epub 2016/08/26. doi: 10.1186/s40169-016-0107-4. PubMed PMID: 27558513; PMCID: PMC4996801.

35. Schmidt DJ, Beamer G, Tremblay JM, Steele JA, Kim HB, Wang Y, Debatis M, Sun X, Kashentseva EA, Dmitriev IP, **Curiel DT**, Shoemaker CB, Tzipori S. A Tetraspecific VHH-Based Neutralizing Antibody Modifies Disease Outcome in Three Animal Models of Clostridium difficile Infection. Clinical and vaccine immunology : CVI. 2016;23(9):774-84. Epub 2016/07/15. doi: 10.1128/cvi.00730-15. PubMed PMID: 27413067; PMCID: PMC5014919.

36. Othman ER, **Curiel DT**, Hussein M, Abdelaal, II, Fetih AN, Al-Hendy A. Enhancing Adenoviral-Mediated Gene Transfer and Expression to Endometrial Cells. Reproductive sciences (Thousand Oaks, Calif). 2016;23(8):1109-15. Epub 2016/02/13. doi: 10.1177/1933719116630420. PubMed PMID: 26865542.

37. Moayeri M, Tremblay JM, Debatis M, Dmitriev IP, Kashentseva EA, Yeh AJ, Cheung GY, **Curiel DT**, Leppla S, Shoemaker CB. Adenoviral Expression of a Bispecific VHH-Based Neutralizing Agent That Targets Protective Antigen Provides Prophylactic Protection from Anthrax in Mice. Clinical and vaccine immunology : CVI. 2016;23(3):213-8. Epub 2016/01/08. doi: 10.1128/cvi.00611-15. PubMed PMID: 26740390; PMCID: PMC4783422.

38. Kaliberov SA, Kaliberova LN, Yan H, Kapoor V, Hallahan DE. Retargeted adenoviruses for radiation-guided gene delivery. Cancer gene therapy. 2016;23(9):303-14. Epub 2016/08/06. doi: 10.1038/cgt.2016.32. PubMed PMID: 27492853; PMCID: PMC5031535.

39. Fonseca JA, Cabrera-Mora M, Kashentseva EA, Villegas JP, Fernandez A, Van Pelt A, Dmitriev IP, **Curiel DT**, Moreno A. A Plasmodium Promiscuous T Cell Epitope Delivered within the Ad5 Hexon Protein Enhances the Protective Efficacy of a Protein Based Malaria Vaccine. PLoS one. 2016;11(4):e0154819. Epub 2016/04/30. doi: 10.1371/journal.pone.0154819. PubMed PMID: 27128437; PMCID: PMC4851317.

40. Cabrera-Mora M, Fonseca JA, Singh B, Zhao C, Makarova N, Dmitriev I, **Curiel DT**, Blackwell J, Moreno A. A Recombinant Chimeric Ad5/3 Vector Expressing a Multistage Plasmodium Antigen Induces Protective Immunity in Mice Using Heterologous Prime- Boost Immunization Regimens. Journal of immunology (Baltimore, Md : 1950). 2016;197(7):2748-61. Epub 2016/08/31. doi: 10.4049/jimmunol.1501926. PubMed PMID: 27574299; PMCID: PMC5028125.

41. Buggio M, Towe C, Annan A, Kaliberov S, Lu ZH, Stephens C, Arbeit JM, **Curiel DT**. Pulmonary vasculature directed adenovirus increases epithelial lining fluid alpha-1 antitrypsin levels. The journal of gene medicine. 2016;18(1-3):38-44. Epub 2016/01/31. doi: 10.1002/jgm.2874. PubMed PMID: 26825735.

42. Bhatia S, O'Bryan SM, Rivera AA, **Curiel DT**, Mathis JM. CXCL12 retargeting of an adenovirus vector to cancer cells using a bispecific adapter. Oncolytic virotherapy. 2016;5:99-113. Epub 2016/12/14. doi: 10.2147/ov.s112107. PubMed PMID: 27957479; PMCID: PMC5113939.

43. Ashshi AM, El-Shemi AG, Dmitriev IP, Kashentseva EA, **Curiel DT**. Combinatorial strategies based on CRAd-IL24 and CRAd-ING4 virotherapy with anti-angiogenesis treatment for ovarian cancer. Journal of ovarian research. 2016;9(1):38. Epub 2016/06/29. doi: 10.1186/s13048-016-0248-5. PubMed PMID: 27349517; PMCID: PMC4924320.

44. Abdelaziz M, Sherif L, ElKhiary M, Nair S, Shalaby S, Mohamed S, Eziba N, El-Lakany M, **Curiel D**, Ismail N, Diamond MP, Al-Hendy A. Targeted Adenoviral Vector Demonstrates Enhanced Efficacy for In Vivo Gene Therapy of Uterine Leiomyoma. Reproductive sciences (Thousand Oaks, Calif). 2016;23(4):464-74. Epub 2016/02/18. doi: 10.1177/1933719116630413. PubMed PMID: 26884457; PMCID: PMC5933189.

45. Wilkinson-Ryan I, Kim J, Kim S, Ak F, Dodson L, Colonna M, Powell M, Mutch D, Spitzer D, Hansen T, Goedegebuure SP, **Curiel D**, Hawkins W. Incorporation of porcine adenovirus 4 fiber protein enhances infectivity of adenovirus vector on dendritic cells: implications for immune-mediated cancer therapy. PloS one. 2015;10(5):e0125851. Epub 2015/05/02. doi: 10.1371/journal.pone.0125851. PubMed PMID: 25933160; PMCID: PMC4416912.

46. Weber HL, Gidekel M, Werbajh S, Salvatierra E, Rotondaro C, Sganga L, Haab GA, **Curiel DT**, Cafferata EG, Podhajcer OL. A Novel CDC25B Promoter-Based Oncolytic Adenovirus Inhibited Growth of Orthotopic Human Pancreatic Tumors in Different Preclinical Models. Clinical cancer research : an official journal of the American Association for Cancer Research. 2015;21(7):1665-74. Epub 2015/01/13. doi: 10.1158/1078-0432.ccr-14-2316. PubMed PMID: 25573380.

47. van Erp EA, Kaliberova LN, Kaliberov SA, **Curiel DT**. Retargeted oncolytic adenovirus displaying a single variable domain of camelid heavy-chain-only antibody in a fiber protein. Molecular therapy oncolytics. 2015;2:15001. Epub 2015/01/01. doi: 10.1038/mto.2015.1. PubMed PMID: 27119101; PMCID: PMC4782946.

48. Sheoran AS, Dmitriev IP, Kashentseva EA, Cohen O, Mukherjee J, Debatis M, Shearer J, Tremblay JM, Beamer G, **Curiel DT**, Shoemaker CB, Tzipori S. Adenovirus vector expressing Stx1/Stx2-neutralizing agent protects piglets infected with Escherichia coli O157:H7 against fatal systemic intoxication. Infection and immunity. 2015;83(1):286-91. Epub 2014/11/05. doi: 10.1128/iai.02360-14. PubMed PMID: 25368111; PMCID: PMC4288880.

49. Sakr HI, Coleman DT, Cardelli JA, Mathis JM. Characterization of an Oncolytic Adenovirus Vector Constructed to Target the cMet Receptor. Oncolytic virotherapy. 2015;4:119-32. Epub 2016/02/13. doi: 10.2147/ov.s87369. PubMed PMID: 26866014; PMCID: PMC4746000.

50. Kim JW, Kane JR, Young JS, Chang AL, Kanojia D, Morshed RA, Miska J, Ahmed AU, Balyasnikova IV, Han Y, Zhang L, **Curiel DT**, Lesniak MS. A Genetically Modified Adenoviral Vector with a Phage Display-Derived Peptide Incorporated into Fiber Fibritin Chimera Prolongs Survival in Experimental Glioma. Human gene therapy. 2015;26(9):635-46. Epub 2015/06/11. doi: 10.1089/hum.2015.008. PubMed PMID: 26058317; PMCID: PMC4575547.

51. Ghisays F, Brace CS, Yackly SM, Kwon HJ, Mills KF, Kashentseva E, Dmitriev IP, **Curiel DT**, Imai SI, Ellenberger T. The N-Terminal Domain of SIRT1 Is a Positive Regulator of Endogenous SIRT1-Dependent Deacetylation and Transcriptional Outputs. Cell reports. 2015;10(10):1665-73. Epub 2015/03/17. doi: 10.1016/j.celrep.2015.02.036. PubMed PMID: 25772354; PMCID: PMC4565781.

52. Everett WH, **Curiel DT**. Gene therapy for radioprotection. Cancer gene therapy. 2015;22(4):172-80. Epub 2015/02/28. doi: 10.1038/cgt.2015.8. PubMed PMID: 25721205; PMCID: PMC4608443.

53. Dobbins GC, Ugai H, **Curiel DT**, Gillespie GY. A Multi Targeting Conditionally Replicating Adenovirus Displays Enhanced Oncolysis while Maintaining Expression of Immunotherapeutic Agents. PloS one. 2015;10(12):e0145272. Epub 2015/12/23. doi: 10.1371/journal.pone.0145272. PubMed PMID: 26689910; PMCID: PMC4687127.

54. Beatty MS, Timares L, **Curiel DT**. Augmented adenovirus transduction of murine T lymphocytes utilizing a bi- specific protein targeting murine interleukin 2 receptor. Cancer gene therapy. 2015;22(4):222. Epub 2015/04/24. doi: 10.1038/cgt.2015.13. PubMed PMID: 25904493.

55. Yamamoto Y, Goto N, Miura K, Narumi K, Ohnami S, Uchida H, Miura Y, Yamamoto M, Aoki K. Development of a novel efficient method to construct an adenovirus library displaying random peptides on the fiber knob. Molecular pharmaceutics. 2014;11(3):1069-74. Epub 2014/01/02. doi: 10.1021/mp4005854. PubMed PMID: 24380399; PMCID: PMC4110195.

56. Uchino J, **Curiel DT**, Ugai H. Species D human adenovirus type 9 exhibits better virus-spread ability for antitumor efficacy among alternative serotypes. PloS one. 2014;9(2):e87342. Epub 2014/02/08. doi: 10.1371/journal.pone.0087342. PubMed PMID: 24503714; PMCID: PMC3913592.

57. Sandey M, Bird RC, Das SK, Sarkar D, **Curiel DT**, Fisher PB, Smith BF. Characterization of the canine mda-7 gene, transcripts and expression patterns. Gene. 2014;547(1):23-33. Epub 2014/05/29. doi: 10.1016/j.gene.2014.05.054. PubMed PMID: 24865935; PMCID: PMC4131717.

58. Mukherjee J, Dmitriev I, Debatis M, Tremblay JM, Beamer G, Kashentseva EA, **Curiel DT**, Shoemaker CB. Prolonged prophylactic protection from botulism with a single adenovirus treatment promoting serum expression of a VHH-based antitoxin protein. PloS one. 2014;9(8):e106422. Epub 2014/08/30. doi: 10.1371/journal.pone.0106422. PubMed PMID: 25170904; PMCID: PMC4149568.

59. Lu ZH, Kaliberov S, Zhang J, Muz B, Azab AK, Sohn RE, Kaliberova L, Du Y, **Curiel DT**, Arbeit JM. The myeloid-binding peptide adenoviral vector enables multi-organ vascular endothelial gene targeting. Laboratory investigation; a journal of technical methods and pathology. 2014;94(8):881-92. Epub 2014/06/24. doi: 10.1038/labinvest.2014.78. PubMed PMID: 24955893; PMCID: PMC4117817.

60. Liu L, Rogers BE, Aladyshkina N, Cheng B, Lokitz SJ, **Curiel DT**, Mathis JM. Construction and radiolabeling of adenovirus variants that incorporate human metallothionein into protein IX for analysis of biodistribution. Molecular imaging. 2014;13(7). Epub 2014/07/26. doi: 10.2310/7290.2014.00022. PubMed PMID: 25060486.

61. Lewis TB, Glasgow JN, Harms AS, Standaert DG, **Curiel DT**. Fiber-modified adenovirus for central nervous system Parkinson's disease gene therapy. Viruses. 2014;6(8):3293-310. Epub 2014/09/10. doi: 10.3390/v6083293. PubMed PMID: 25196484; PMCID: PMC4147696.

62. Kawamura YI, Adachi Y, **Curiel DT**, Kawashima R, Kannagi R, Nishimoto N, Dohi T. Therapeutic adenoviral gene transfer of a glycosyltransferase for prevention of peritoneal dissemination and metastasis of

gastric cancer. Cancer gene therapy. 2014;21(10):427-33. Epub 2014/09/13. doi: 10.1038/cgt.2014.46. PubMed PMID: 25213663.

63. Kaliberov SA, Kaliberova LN, Buggio M, Tremblay JM, Shoemaker CB, **Curiel DT**. Adenoviral targeting using genetically incorporated camelid single variable domains. Laboratory investigation; a journal of technical methods and pathology. 2014;94(8):893-905. Epub 2014/06/17. doi: 10.1038/labinvest.2014.82. PubMed PMID: 24933423; PMCID: PMC4157633.

64. Kaliberov SA, Kaliberova LN, Buchsbaum DJ, **Curiel DT**. Experimental virotherapy of chemoresistant pancreatic carcinoma using infectivity-enhanced fiber-mosaic oncolytic adenovirus. Cancer gene therapy. 2014;21(7):264-74. Epub 2014/06/07. doi: 10.1038/cgt.2014.26. PubMed PMID: 24903014; PMCID: PMC4157623.

65. Dmitriev IP, Kashentseva EA, Kim KH, Matthews QL, Krieger SS, Parry JJ, Nguyen KN, Akers WJ, Achilefu S, Rogers BE, Alvarez RD, **Curiel DT**. Monitoring of biodistribution and persistence of conditionally replicative adenovirus in a murine model of ovarian cancer using capsid- incorporated mCherry and expression of human somatostatin receptor subtype 2 gene. Molecular imaging. 2014;13. Epub 2014/09/25. doi: 10.2310/7290.2014.00024. PubMed PMID: 25249483.

66. Azab BM, Dash R, Das SK, Bhutia SK, Sarkar S, Shen XN, Quinn BA, Dent P, Dmitriev IP, Wang XY, **Curiel DT**, Pellecchia M, Reed JC, Sarkar D, Fisher PB. Enhanced prostate cancer gene transfer and therapy using a novel serotype chimera cancer terminator virus (Ad.5/3-CTV). Journal of cellular physiology. 2014;229(1):34-43. Epub 2013/07/23. doi: 10.1002/jcp.24408. PubMed PMID: 23868767; PMCID: PMC4332535.

67. Alqahtani A, Heesom K, Bramson JL, **Curiel D**, Ugai H, Matthews DA. Analysis of purified wild type and mutant adenovirus particles by SILAC based quantitative proteomics. The Journal of general virology. 2014;95(Pt 11):2504-11. Epub 2014/08/07. doi: 10.1099/vir.0.068221-0. PubMed PMID: 25096814; PMCID: PMC4202269.

68. Viale DL, Cafferata EG, Gould D, Rotondaro C, Chernajovsky Y, **Curiel DT**, Podhajcer OL, Veronica Lopez M. Therapeutic improvement of a stroma-targeted CRAd by incorporating motives responsive to the melanoma microenvironment. The Journal of investigative dermatology. 2013;133(11):2576-84. Epub 2013/04/23. doi: 10.1038/jid.2013.191. PubMed PMID: 23604101; PMCID: PMC4159097.

69. Oneal MJ, Trujillo MA, Davydova J, McDonough S, Yamamoto M, Morris JC, 3rd. Effect of increased viral replication and infectivity enhancement on radioiodide uptake and oncolytic activity of adenovirus vectors expressing the sodium iodide symporter. Cancer gene therapy. 2013;20(3):195-200. Epub 2013/02/16. doi: 10.1038/cgt.2013.4. PubMed PMID: 23412431.

70. Nair S, Saed GM, Atta HM, Rajaratnam V, Diamond MP, **Curiel DT**, Al-Hendy A. Towards gene therapy of postoperative adhesions: fiber and transcriptional modifications enhance adenovirus targeting towards human adhesion cells. Gynecologic and obstetric investigation. 2013;76(2):119-24. Epub 2013/08/08. doi: 10.1159/000353426. PubMed PMID: 23920223; PMCID: PMC4172483.

71. Nair S, **Curiel DT**, Rajaratnam V, Thota C, Al-Hendy A. Targeting adenoviral vectors for enhanced gene therapy of uterine leiomyomas. Human reproduction (Oxford, England). 2013;28(9):2398-406. Epub 2013/07/04. doi: 10.1093/humrep/det275. PubMed PMID: 23820419; PMCID: PMC3748860.

72. Lu ZH, Kaliberov S, Sohn RE, Kaliberova L, **Curiel DT**, Arbeit JM. Transcriptional targeting of primary and metastatic tumor neovasculature by an adenoviral type 5 roundabout4 vector in mice. PloS one. 2013;8(12):e83933. Epub 2014/01/01. doi: 10.1371/journal.pone.0083933. PubMed PMID: 24376772; PMCID: PMC3871592.

73. Kim KH, Dmitriev IP, Saddekni S, Kashentseva EA, Harris RD, Aurigemma R, Bae S, Singh KP, Siegal GP, **Curiel DT**, Alvarez RD. A phase I clinical trial of Ad5/3-Delta24, a novel serotype-chimeric, infectivity-enhanced, conditionally-replicative adenovirus (CRAd), in patients with recurrent ovarian cancer. Gynecologic oncology. 2013;130(3):518-24. Epub 2013/06/13. doi: 10.1016/j.ygyno.2013.06.003. PubMed PMID: 23756180; PMCID: PMC3748258.

74. Kim JW, Glasgow JN, Nakayama M, Ak F, Ugai H, **Curiel DT**. An adenovirus vector incorporating carbohydrate binding domains utilizes glycans for gene transfer. PloS one. 2013;8(2):e55533. Epub 2013/02/06. doi: 10.1371/journal.pone.0055533. PubMed PMID: 23383334; PMCID: PMC3562239.

75. Kaliberov SA, Kaliberova LN, Hong Lu Z, Preuss MA, Barnes JA, Stockard CR, Grizzle WE, Arbeit JM, **Curiel DT**. Retargeting of gene expression using endothelium specific hexon modified adenoviral vector.

Virology. 2013;447(1-2):312-25. Epub 2013/11/12. doi: 10.1016/j.virol.2013.09.020. PubMed PMID: 24210128; PMCID: PMC3894856.

76. Cody JJ, Rivera AA, Lyons GR, Yang SW, Wang M, Ashley JW, Meleth S, Feng X, Siegal GP, Douglas JT. Expression of osteoprotegerin from a replicating adenovirus inhibits the progression of prostate cancer bone metastases in a murine model. Laboratory investigation; a journal of technical methods and pathology. 2013;93(3):268-78. Epub 2013/01/30. doi: 10.1038/labinvest.2012.179. PubMed PMID: 23358109; PMCID: PMC3584184.

77. Chen D, Siddiq A, Emdad L, Rajasekaran D, Gredler R, Shen XN, Santhekadur PK, Srivastava J, Robertson CL, Dmitriev I, Kashentseva EA, **Curiel DT**, Fisher PB, Sarkar D. Insulin-like growth factor-binding protein-7 (IGFBP7): a promising gene therapeutic for hepatocellular carcinoma (HCC). Molecular therapy : the journal of the American Society of Gene Therapy. 2013;21(4):758-66. Epub 2013/01/16. doi: 10.1038/mt.2012.282. PubMed PMID: 23319057; PMCID: PMC3616543.

78. Beatty MS, Timares L, **Curiel DT**. Augmented adenovirus transduction of murine T lymphocytes utilizing a bi- specific protein targeting murine interleukin 2 receptor. Cancer gene therapy. 2013;20(8):445-52. Epub 2013/08/10. doi: 10.1038/cgt.2013.39. PubMed PMID: 23928733.

79. Alberti MO, Deshane JS, Chaplin DD, Pereboeva L, **Curiel DT**, Roth JC. A myeloid cell-binding adenovirus efficiently targets gene transfer to the lung and escapes liver tropism. Gene therapy. 2013;20(7):733-41. Epub 2012/11/23. doi: 10.1038/gt.2012.91. PubMed PMID: 23171918; PMCID: PMC3764611.

80. Williams BJ, Bhatia S, Adams LK, Boling S, Carroll JL, Li XL, Rogers DL, Korokhov N, Kovesdi I, Pereboev AV, **Curiel DT**, Mathis JM. Dendritic cell based PSMA immunotherapy for prostate cancer using a CD40-targeted adenovirus vector. PloS one. 2012;7(10):e46981. Epub 2012/10/12. doi: 10.1371/journal.pone.0046981. PubMed PMID: 23056548; PMCID: PMC3466199.

81. Ugai H, Dobbins GC, Wang M, Le LP, Matthews DA, **Curiel DT**. Adenoviral protein V promotes a process of viral assembly through nucleophosmin 1. Virology. 2012;432(2):283-95. Epub 2012/06/22. doi: 10.1016/j.virol.2012.05.028. PubMed PMID: 22717133; PMCID: PMC3423539.

82. Lopez MV, Rivera AA, Viale DL, Benedetti L, Cuneo N, Kimball KJ, Wang M, Douglas JT, Zhu ZB, Bravo AI, Gidekel M, Alvarez RD, **Curiel DT**, Podhajcer OL. A tumor-stroma targeted oncolytic adenovirus replicated in human ovary cancer samples and inhibited growth of disseminated solid tumors in mice. Molecular therapy : the journal of the American Society of Gene Therapy. 2012;20(12):2222-33. Epub 2012/09/06. doi: 10.1038/mt.2012.147. PubMed PMID: 22948673; PMCID: PMC3519982.

83. Kim KH, Dmitriev I, O'Malley JP, Wang M, Saddekni S, You Z, Preuss MA, Harris RD, Aurigemma R, Siegal GP, Zinn KR, **Curiel DT**, Alvarez RD. A phase I clinical trial of Ad5.SSTR/TK.RGD, a novel infectivity-enhanced bicistronic adenovirus, in patients with recurrent gynecologic cancer. Clinical cancer research : an official journal of the American Association for Cancer Research. 2012;18(12):3440-51. Epub 2012/04/19. doi: 10.1158/1078-0432.ccr-11-2852. PubMed PMID: 22510347; PMCID: PMC4065594.

84. Hangalapura BN, Timares L, Oosterhoff D, Scheper RJ, **Curiel DT**, de Gruijl TD. CD40-targeted adenoviral cancer vaccines: the long and winding road to the clinic. The journal of gene medicine. 2012;14(6):416-27. Epub 2012/01/10. doi: 10.1002/jgm.1648. PubMed PMID: 22228547; PMCID: PMC3433169.

85. Gamble LJ, Ugai H, Wang M, Borovjagin AV, Matthews QL. Therapeutic efficacy of an oncolytic adenovirus containing RGD ligand in minor capsid protein IX and Fiber, Delta24DoubleRGD, in an ovarian cancer model. Journal of molecular biochemistry. 2012;1(1):26-39. Epub 2012/02/15. PubMed PMID: 23998042; PMCID: PMC3755628.

86. Flatt JW, Fox TL, Makarova N, Blackwell JL, Dmitriev IP, Kashentseva EA, **Curiel DT**, Stewart PL. CryoEM visualization of an adenovirus capsid-incorporated HIV antigen. PloS one. 2012;7(11):e49607. Epub 2012/11/21. doi: 10.1371/journal.pone.0049607. PubMed PMID: 23166728; PMCID: PMC3498208.

87. Chu QD, Sun G, Pope M, Luraguiz N, **Curiel DT**, Kim R, Li BD, Mathis JM. Virotherapy using a novel chimeric oncolytic adenovirus prolongs survival in a human pancreatic cancer xenograft model. Surgery. 2012;152(3):441-8. Epub 2012/08/03. doi: 10.1016/j.surg.2012.05.040. PubMed PMID: 22853858; PMCID: PMC3432747.

88. Bhutia SK, Das SK, Kegelman TP, Azab B, Dash R, Su ZZ, Wang XY, Rizzi F, Bettuzzi S, Lee SG, Dent P, Grant S, **Curiel DT**, Sarkar D, Fisher PB. mda-7/IL-24 differentially regulates soluble and nuclear clusterin in prostate cancer. Journal of cellular physiology. 2012;227(5):1805-13. Epub 2011/07/07. doi: 10.1002/jcp.22904. PubMed PMID: 21732348; PMCID: PMC3228882.

89. Beatty MS, **Curiel DT**. Chapter two--Adenovirus strategies for tissue-specific targeting. Advances in cancer research. 2012;115:39-67. Epub 2012/10/02. doi: 10.1016/b978-0-12-398342-8.00002-1. PubMed PMID: 23021241; PMCID: PMC3664935.

90. Azab B, Dash R, Das SK, Bhutia SK, Shen XN, Quinn BA, Sarkar S, Wang XY, Hedvat M, Dmitriev IP, **Curiel DT**, Grant S, Dent P, Reed JC, Pellecchia M, Sarkar D, Fisher PB. Enhanced delivery of mda-7/IL-24 using a serotype chimeric adenovirus (Ad.5/3) in combination with the Apogossypol derivative BI-97C1 (Sabutoclax) improves therapeutic efficacy in low CAR colorectal cancer cells. Journal of cellular physiology. 2012;227(5):2145-53. Epub 2011/07/23. doi: 10.1002/jcp.22947. PubMed PMID: 21780116; PMCID: PMC3228880.

91. Alberti MO, Roth JC, Ismail M, Tsuruta Y, Abraham E, Pereboeva L, Gerson SL, **Curiel DT**. Derivation of a myeloid cell-binding adenovirus for gene therapy of inflammation. PloS one. 2012;7(5):e37812. Epub 2012/05/25. doi: 10.1371/journal.pone.0037812. PubMed PMID: 22624065; PMCID: PMC3356302.

92. Seto D, Chodosh J, Brister JR, Jones MS. Using the whole-genome sequence to characterize and name human adenoviruses. Journal of virology. 2011;85(11):5701-2. Epub 2011/04/01. doi: 10.1128/jvi.00354-11. PubMed PMID: 21450823; PMCID: PMC3094998.

93. Rein DT, Volkmer A, Beyer IM, **Curiel DT**, Janni W, Dragoi A, Hess AP, Maass N, Baldus SE, Bauerschmitz G, Breidenbach M. Treatment of chemotherapy resistant ovarian cancer with a MDR1 targeted oncolytic adenovirus. Gynecologic oncology. 2011;123(1):138-46. Epub 2011/07/12. doi: 10.1016/j.ygyno.2011.06.007. PubMed PMID: 21741695.

94. Quinn BA, Dash R, Azab B, Sarkar S, Das SK, Kumar S, Oyesanya RA, Dasgupta S, Dent P, Grant S, Rahmani M, **Curiel DT**, Dmitriev I, Hedvat M, Wei J, Wu B, Stebbins JL, Reed JC, Pellecchia M, Sarkar D, Fisher PB. Targeting Mcl-1 for the therapy of cancer. Expert opinion on investigational drugs. 2011;20(10):1397-411. Epub 2011/08/20. doi: 10.1517/13543784.2011.609167. PubMed PMID: 21851287; PMCID: PMC3205956.

95. Park MA, Hamed HA, Mitchell C, Cruickshanks N, Dash R, Allegood J, Dmitriev IP, Tye G, Ogretmen B, Spiegel S, Yacoub A, Grant S, **Curiel DT**, Fisher PB, Dent P. A serotype 5/3 adenovirus expressing MDA-7/IL-24 infects renal carcinoma cells and promotes toxicity of agents that increase ROS and ceramide levels. Molecular pharmacology. 2011;79(3):368-80. Epub 2010/12/02. doi: 10.1124/mol.110.069484. PubMed PMID: 21119025; PMCID: PMC3061366.

96. O'Neill AM, Smith AN, Spangler EA, Whitley EM, Schleis SE, Bird RC, **Curiel DT**, Thacker EE, Smith BF. Resistance of canine lymphoma cells to adenoviral infection due to reduced cell surface RGD binding integrins. Cancer biology & therapy. 2011;11(7):651-8. Epub 2011/02/16. doi: 10.4161/cbt.11.7.14690. PubMed PMID: 21321486; PMCID: PMC3084969.

97. Mathis JM, Bhatia S, Khandelwal A, Kovesdi I, Lokitz SJ, Odaka Y, Takalkar AM, Terry T, **Curiel DT**. Genetic incorporation of human metallothionein into the adenovirus protein IX for non-invasive SPECT imaging. PloS one. 2011;6(2):e16792. Epub 2011/02/25. doi: 10.1371/journal.pone.0016792. PubMed PMID: 21347423; PMCID: PMC3036658.

98. Kim KH, Ryan MJ, Estep JE, Miniard BM, Rudge TL, Peggins JO, Broadt TL, Wang M, Preuss MA, Siegal GP, Hemminki A, Harris RD, Aurigemma R, **Curiel DT**, Alvarez RD. A new generation of serotype chimeric infectivity-enhanced conditionally replicative adenovirals: the safety profile of ad5/3-Delta24 in advance of a phase I clinical trial in ovarian cancer patients. Human gene therapy. 2011;22(7):821-8. doi: 10.1089/hum.2010.180. PubMed PMID: 21171861; PMCID: PMC3135257. Epub 2010/12/22.

99. Hangalapura BN, Oosterhoff D, Gupta T, de Groot J, Wijnands PG, van Beusechem VW, den Haan J, Tuting T, van den Eertwegh AJ, **Curiel DT**, Scheper RJ, de Gruijl TD. Delivery route, MyD88 signaling and cross-priming events determine the anti-tumor efficacy of an adenovirus based melanoma vaccine. Vaccine. 2011;29(12):2313-21. Epub 2011/01/29. doi: 10.1016/j.vaccine.2011.01.022. PubMed PMID: 21272606; PMCID: PMC3058128.

100. Hangalapura BN, Oosterhoff D, de Groot J, Boon L, Tuting T, van den Eertwegh AJ, Gerritsen WR, van Beusechem VW, Pereboev A, **Curiel DT**, Scheper RJ, de Gruijl TD. Potent antitumor immunity generated by a CD40-targeted adenoviral vaccine. Cancer research. 2011;71(17):5827-37. Epub 2011/07/13. doi: 10.1158/0008-5472.can-11-0804. PubMed PMID: 21747119.

101. Dent P, **Curiel DT**, Fisher PB. The potential of virus-based gene therapies for treatment of metastatic kidney cancer. Expert review of anticancer therapy. 2011;11(6):809-11. Epub 2011/06/29. doi: 10.1586/era.11.59. PubMed PMID: 21707273.

102.    Dash R, Azab B, Shen XN, Sokhi UK, Sarkar S, Su ZZ, Wang XY, Claudio PP, Dent P, Dmitriev IP, **Curiel DT**, Grant S, Sarkar D, Fisher PB. Developing an effective gene therapy for prostate cancer: New technologies with potential to translate from the laboratory into the clinic. Discovery medicine. 2011;11(56):46-56. Epub 2011/02/01. PubMed PMID: 21276410; PMCID: PMC4348040.

103.    Dash R, Azab B, Quinn BA, Shen X, Wang XY, Das SK, Rahmani M, Wei J, Hedvat M, Dent P, Dmitriev IP, **Curiel DT**, Grant S, Wu B, Stebbins JL, Pellecchia M, Reed JC, Sarkar D, Fisher PB. Apogossypol derivative BI-97C1 (Sabutoclax) targeting Mcl-1 sensitizes prostate cancer cells to mda-7/IL-24-mediated toxicity. Proceedings of the National Academy of Sciences of the United States of America. 2011;108(21):8785-90. Epub 2011/05/11. doi: 10.1073/pnas.1100769108. PubMed PMID: 21555592; PMCID: PMC3102401.

104.    Bhutia SK, Das SK, Azab B, Dash R, Su ZZ, Lee SG, Dent P, **Curiel DT**, Sarkar D, Fisher PB. Autophagy switches to apoptosis in prostate cancer cells infected with melanoma differentiation associated gene-7/interleukin-24 (mda-7/IL-24). Autophagy. 2011;7(9):1076-7. Epub 2011/05/26. doi: 10.4161/auto.7.9.16163. PubMed PMID: 21610321; PMCID: PMC3210317.

105.    Bagley RG, Rouleau C, Weber W, Mehraein K, Smale R, Curiel M, Callahan M, Roy A, Boutin P, St Martin T, Nacht M, Teicher BA. Tumor endothelial marker 7 (TEM-7): a novel target for antiangiogenic therapy. Microvascular research. 2011;82(3):253-62. Epub 2011/10/01. doi: 10.1016/j.mvr.2011.09.004. PubMed PMID: 21958527.

# APPENDIX 2

**DECLARATION OF DAVID T. CURIEL, M.D., PH.D. IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION**

**<u>MATERIALS CONSIDERED</u>**

**<u>Patents</u>**

- U.S. Patent No. 11,590,229 dated February 28, 2023

- U.S. Patent No. 11,612,657 dated March 28, 2023

**<u>Case Documents</u>**

- Joint Claim Construction Brief (Alnylam Opening) – vaccine sections dated December 13, 2023

- Declaration of Jeffrey V. Ravetch, M.D., PH.D., dated December 13, 2023 (Joint Claim Construction Brief Exhibit 6)

**<u>References</u>**

- Comirnaty® Prescribing Information dated October 2023 (Joint Claim Construction Brief Exhibit 10)

- Lisa Müller et al., *Age-dependent Immune Response to the Biontech/Pfizer BNT162b2 Coronavirus Disease 2019 Vaccination*, 73 Clinical Infectious Diseases 2065-2072 (2021) ("Miller") (Joint Claim Construction Brief Exhibit 11)

- Diego Fernández-Lázaro et al., *Effectiveness of Comirnaty® Vaccine and Correlates of Immunogenicity and Adverse Reactions: A Single-Cneter Prospective Case Series Study*, 10 Vaccines 1170 (2022) ("Fernández-Lázaro) (Joint Claim Construction Brief Exhibit 12)

- Monica Miele et al., *Impaired anti-SARS-CoV-2 humoral and cellular immune response induced by Pfizer-BioNTech BNT162b2 mRNA vaccine in solid organ transplanted patients*, 21 Am. J. Transplant 2919-2921 (2021) ("Miele") (Joint Claim Construction Brief Exhibit 13)

- Press Release, Pfizer and BioNTech Announce Updated Clinical Data for Omicron BA.4/BA.5-Adapted Bivalent Booster Demonstrating Substantially

Higher Immune Response in Adults Compared to the Original COVID-19 Vaccine, Pfizer (November 4, 2022) (Joint Claim Construction Brief Exhibit 14)

- Costanza Di Chiara et al., *Stronger and durable SARS-CoV-2 immune response to mRNA vaccines in 5-11 years old children with prior COVID-19*, 42 Vaccine 263-270 (2024) ("Di Chiara") (Joint Claim Construction Brief Exhibit 15)

- CDC, Immunization: The Basics (Joint Claim Construction Brief Exhibit 16)

- CDC, Immunization: The Basics (2011) The Wayback Machine - https://web.archive.org/web/20111204151653/http://www.cdc.gov:80/vaccines/vac-gen/imz-basics.htm (Joint Claim Construction Brief Exhibit 27)

- *Vaccine*, Chambers Dictionary of Science and Technology (Chambers Harrap Publishers Ltd. 2007), (Joint Claim Construction Brief Exhibit 28)

- *Vaccine*, Dictionary of Science (Oxford Univ. Press 6th ed.) (Joint Claim Construction Brief Exhibit 29)

- *Vaccine*, Black's Medical Dictionary (42nd ed. 2010) (Joint Claim Construction Brief Exhibit 30)

- Dennis R. Burton, *Antibodies, viruses and vaccines*, 2 Nat. Rev. Immunol. 706-712 (2002) ("Burton") (Joint Claim Construction Brief Exhibit 31)

- Claire-Anne Siegrist, Vaccine Immunology, Section 1: General aspects of vaccination (2018) ("Siegrist ") (Joint Claim Construction Brief Exhibit 32)

Joint Claim Construction Brief

# EXHIBIT 20



Journal of Controlled Release 62 (1999) 345–358



www.elsevier.com/locate/jconrel

# Synthesis of a single-tailed cationic lipid and investigation of its transfection

Fuxing Tang, Jeffrey A. Hughes*

*University of Florida, College of Pharmacy, Department of Pharmaceutics, Box 100494, Gainesville, FL 32610, USA*

Received 7 April 1999; accepted 2 July 1999

## Abstract

Single-tailed cationic lipids were originally reported to have low transfection efficiency and high toxicity in plasmid delivery. We hypothesized that particular single-tailed cationic lipids may also function in plasmid transfection. To test this hypothesis, we synthesized a new cationic lipid-oleoyl ornithinate (OLON). To decrease cytotoxicity, we then introduced a potential biodegradable ester bond in the tail of lipid yielding 6-lauroxyhexyl ornithinate (LHON). The data demonstrated that the cytotoxicity of LHON was lower than that of 1,2-dioleoyl-3-trimethylammonium-propane (DOTAP) or OLON. To investigate the transfection activity of the new lipids and determine the cellular uptake of DNA/liposome complexes, we compared the transfection of liposomes produced from double-tailed 1',2'-dioleyl-*sn*-glycero-3'-succinyl-1, 6-hexanediol ornithine conjugate (DOGSHDO) with an ornithine headgroup, single-tailed OLON with an ornithine head group, double-tailed DOTAP with quaternary amine group, and single-tailed cetyltrimethylammonium bromide (CTAB) with a quaternary amine group. At the optimal ratios as defined in transfection experiments, OLON/DOPE had more than 10 times the transgene expression than other liposomes even though the DNA uptake was not necessarily greater. In the experiments comparing the release of DNA from DNA/liposome complexes by anionic substances, a greater fraction of DNA was released from DNA/OLON/DOPE complexes than that from DNA/DOTAP/DOPE complexes.   © 1999 Elsevier Science B.V. All rights reserved.

*Keywords:* Single-tailed; Plasmid DNA; Gene delivery; Liposome

*Abbreviations:*
DOTAP, 1,2-Dioleoyl-3-trimethylammonium-propane; DOPE, L-dioleoyl phosphatidylethanolamine; LHON, 6-Lauroxyhexyl ornithinate; OLON, Oleoyl ornithinate; DOGSHDO, 1' 2'-Dioleyl-*sn*-glycero-3'-succinyl-1,6-hexanediol ornithine conjugate; CTAB, Cetyltrimethylammonium bromide; Rh-PE, *N*-(lissamine rhodamine B sulfonyl)-phosphatidylethenolamine; Calcein-AM, Acetoxymethyl ester of calcein; DC-Chol, 3-β-[*N*-(*N*',*N*'-dimethylaminoethanol)carbarmoyl] cholesterol; RLU, Relative light unit

*Corresponding author. Tel.: +1-352-846-2725; fax. +1-352-392-4447.

*E-mail address:* hughes@cop.ufl.edu (J.A. Hughes)

## 1. Introduction

Many cationic lipids have been synthesized and used for gene therapy in cell culture, animals, or clinical trials [1–5], since a cationic lipid was reported to be used in plasmid delivery by Felgner's group in 1987 [1]. It is very hard to predict the gene transfection activities of synthetic cationic lipids due to the poor understanding of the mechanism of cationic lipid-mediated gene transfection. All cationic lipid molecules contain three functional do-

0168-3659/99/$ – see front matter   © 1999 Elsevier Science B.V. All rights reserved.
PII: S0168-3659(99)00158-3

ALNY-00955148

mains: a positive charged head group, a hydrophobic region, and a linker that tethers the cationic group and hydrophobic groups. Two major types of hydrophobic moieties are used in cationic lipids: one is a pair of aliphatic chains, and the other is based on cholesterol. Huang et al. reported single-tailed cationic lipids, such as cetyl trimethylammonium bromide (CTAB), to be more toxic and less efficient than their double-tailed counterparts, such as $N$-[1-(2,3-dioleyloxy) propyl]-$N$,$N$,$N$-tri-methylammonium chloride (DOTMA) [6]. According to published results, neither the head group nor the tail(s) of the lipid are the determinant for cationic lipids being used as plasmid delivery vectors [2,5]. Therefore, we hypothesized that with a suitable head group, single-tailed cationic lipids may function in gene delivery. We synthesized the single tail cationic lipid oleyl ornithinate (OLON) (Fig. 1) and used it for plasmid

transfection in mammalian cells. To decrease the toxicity of the single tailed lipid, we also synthesized a single tail lipid-6-lauroxyhexyl ornithinate (LHON), with an ester bond in the tail (Fig. 1). Cationic lipids with ester bonds are more biodegradable and therefore have been associated with less cytotoxicity [7,8]. Recently, Nantz et al. reported a novel tetraester construct that reduced cationic lipid-associated cytotoxicity [9] using ester bonds as linkers to tether the head group and tail. Here, we address a strategy to introduce an ester bond into the tail. We also address whether the introduction of an ester bond to the single chain of LHON will have a detrimental effect on transfection activity. The difference between LHON and its analog OLON is that LHON has an ester bond in the tail whereas OLON has a double bond in a similar position (oleyl, C18). The monounsaturated chain offers sufficient mem-



Fig. 1. Chemical structures of 6-lauroxyhexyl ornithinate (LHON), oleyl ornithinate (OLON), 1,2-dioleoyl-3-trimethylammonium-propane (DOTAP), 1′,2′-dioleyl-sn-glycero-3′-succinyl-1,6-hexanediol ornithine conjugate (DOGSHDO) and cetyltrimethylammonium bromide (CTAB).

brane fluidity and good lipid mixing within the bilayer at physiological temperature [1,8,10]. Due to flexibility of the ester bond, LHON may also have these properties. An additional ester bond in the tail further increases the chance of cationic lipid being degraded, thus decreasing the toxicity. We compared the transfections of double-tailed 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1, 6-hexanediol ornithine conjugate (DOGSHDO) which has an ornithine headgroup, single-tailed OLON which has an ornithine head group, double-tailed DOTAP which has a quaternary amine group, and single-tailed CTAB which has a quaternary amine group, in order to investigate the effect of single tailed lipids on transgene expression and cellular uptake of DNA/ liposome complexes. At the optimal DNA/lipid ratios, OLON/DOPE had more than 10 times higher transgene expression than the other three liposomes even though the DNA uptake was not necessarily higher. In the experiments involving the release of DNA from DNA/liposome complexes using an anionic substance, a greater fraction of DNA from DNA/OLON/DOPE complexes was released than that from DNA/DOTAP/DOPE complexes. The results indicated that single tailed compounds can function as DNA delivery vectors and the intro-

duction of an ester bond within the alkyl chain can further reduce toxicity associated with cationic lipids.

## 2. Materials and methods

### 2.1. Chemicals

Lauric acid and oleyl alcohol were purchased from Fluka (Ronkonkoma, NY). DOTAP, DOPE, CTAB and *N*-(lissamine rhodamine B sulfonyl)-phosphatidylethenolamine (Rh-PE) were purchased from Avanti Polar Lipids (Alabaster, AL). DOGSHDO was synthesized according to a previous procedure [11]. Acetoxymethyl ester of calcein (calcein-AM) was purchased from Molecular Probes, Inc. (Eugene, OR). 2-(*Tert.*-butoxycarbonyloxyimino)-2-phenylacetonitrile (BOC-ON), triethylamine (TEA), L-ornithine hydrochloride, and 1,3-dicyclohexylcarbodiimide (DCC) were bought from Aldrich (Milwaukee, WI). Sodium dodecyl sulfate (SDS) and dextran sulfate (DS) were purchased from Sigma (St. Louis, MO).



Fig. 2. Schemes for the synthesis of 6-lauroxyhexyl ornithinate (LHON). BOC-ON,2-(*tert*-butoxycarbonyloxyimino)-2-phenylacetonitrile; TEA, Triethylamine; DCC, 1,3-dicyclohexylcarbodiimide.

ALNY-00955150

## 2.2. Syntheses (Fig. 2)

One equivalent of L-ornithine was stirred with 2.5 equivalents of BOC-ON in wet 1,4-dioxane at room temperature overnight to produce BOC-ornithine. One equivalent of BOC-ornithine was esterified with 5 equivalent of 1,6-hexanediol to form 6-hydroxyhexyl BOC-ornithinate (DCC, 1.1 equiv., RT, in $CH_2Cl_2$) [12]. 6-hydroxyhexyl BOC-ornithinate and 1 equivalent of lauric acid were condensed to generate 6-lauroxyhexyl BOC-ornithinate (DCC, 1.1 equiv., RT, in $CH_2Cl_2$). Oleoyl BOC-ornithinate was synthesized by directly conjugating BOC-ornithine with oleyl alcohol (DCC, 1.1 equiv., RT, in $CH_2Cl_2$). All reactions were followed by thin layer chromatography (TLC). A normal silica gel chromatography method was used to purify the products. The overall yield was 60–65% based on the initial amount of amino acid. The molecular weights were determined by a Micromass Quattro-LC-Z triple quadruple mass spectrometer equipped with an atmospheric pressure chemical ionization (APCI) ion source (Beverly, MA). 6-lauroxyhexyl BOC-ornithinate: $MW = 615.5$ (calculated 615.8 for $C_{33}H_{62}N_2O_8$). $^1H$ NMR ($CDCl_3$, 300 MHZ): 0.89 [t, $CH_3$], 1.20–1.69 [m, 2×($CH_2$)], 1.42 [s, 2× $(CH_3)_3CO$], 2.29 [t, $COCH_2$], 3.14 [q, $CH_2N$], 4.06 [t, $CH_2OCO$], 4.13 [t, $CH_2OCO$], 4.28 [s, α–H], 4.61 [broad s, NH], 5.03 [d, NH]. Oleyl BOC-ornithinate: $MW = 583.5$ (calculated 583.8 for $C_{33}H_{62}N_2O_6$). $^1H$ NMR ($CDCl_3$, 300 MHZ): 0.89 [t, $CH_3$], 1.20–1.69 [m, 14×($CH_2$)], 1.42 [s, 2× $(CH_3)_3CO$], 2.01 [m, $CH_2C=CCH_2$], 3.14 [q, $CH_2N$], 4.11 [t, $CH_2OCO$], 4.28 [s, α–H], 4.58 [broad s, NH], 5.03 [d, NH], 5.30–5.41 [m, CH=CH]. Before preparation of liposomes, BOC groups were detached ($CF_3COOH$, 0°C, 15 min), and excessive trifluoroacetic acid was dried under high vacuum to produce LHON and OLON. This step is quantitative as reported by Behr [13]. The purity of the LHON and OLON were checked using TLC and then used to prepare liposomes without further purification.

## 2.3. Liposome preparation

DOTAP, LHON, OLON, and DOGSHDO were dissolved in chloroform and mixed with a helper lipid DOPE (1:1 molar ratio). CTAB was mixed with DOPE using an optimal molar ratio of 1:4 [6]. The mixture was evaporated to dryness in a round-bottomed flask using a rotary evaporator at room temperature. The resulting lipid film was dried by nitrogen for ten additional minutes to evaporate any residual chloroform. The lipid film was suspended in sterile water to a concentration of 1 mg/ml based on the weight of the cationic lipids. The resultant mixtures were shaken in a water bath at 35°C for 30 min. The suspensions were then sonicated using a Sonic Dismembrator (Fisher Scientific) for 1 min at room temperature to form homogenized liposomes. The particle size distribution and zeta potential of liposomes were measured using a NICOMP 380 ZLS instrument (Santa Barbara, CA). The diameters were expressed by the volume–weight distribution parameter. The average diameters of DOTAP/DOPE, LHON/DOPE and OLON/DOPE were $131.8 \pm 17.3$ nm, $141.0 \pm 18.7$ nm, and $173.6 \pm 40.8$ nm, respectively. The zeta potentials were + 9.02 mV, 4.08 mV, and 3.18 mV, respectively. Liposomes were stored at 4°C and stable for at least 3 months without decreasing transfection activities (data not shown).

## 2.4. Plasmid DNA

All supplies were purchased from Promega (Madison, WI). Plasmid DNA was obtained from E. coli (strain JM-109) which had been transformed with pGL₃, a luciferase producing plasmid with SV-40 promoter and enhancer sequences. Plasmid DNA was isolated using a Wizard Megaprep DNA purification kit from Promega. Plasmid DNA concentration and purity were determined using a spectrophotometer.

## 2.5. Gel retardation analysis of binding of DNA/liposome complexes

One μg of plasmid DNA (pDNA) was dissolved in 10 μl of phosphate-buffer saline (PBS). Cationic liposomes were added to a pDNA solution at the increasing weight ratios from 0 to 6 respectively. All calculations of the weight of liposomes in this paper

ALNY-00955151

were based on the weights of the cationic lipids. The complexes were incubated at room temperature for 30 min and then analyzed on 1% agarose gel. The amount of free DNA was analyzed using an electrophoresis documentation and analysis system (Kodak digital science, New York, NY).

## 2.6. Cell culture and luciferase gene transfection

Chinese hamster ovary (CHO) cells were obtained from American Tissue Type Collection (Rockville, MD). The cells were maintained in $\alpha$-MEM media, and supplemented with 10% fetal bovine serum (FBS) and antibiotics (penicillin 100 units/ml and streptomycin 100 $\mu$g/ml). All cells were kept in 5% $CO_2$ and at 37°C in humidified air. Cell lines were cultured and seeded in 24 well plates ($2 \times 10^5$ cells/well) and grown to 60–80% confluence in 1 ml of serum-containing media. DNA/liposome complexes were made and incubated at room temperature in serum free media for 30 min. Before transfection, the media was removed and cells were washed with PBS before the addition of 400 $\mu$l of serum free media to each well. DNA/liposome complexes in 100 $\mu$l of serum free media were added to each well and incubated for 4.5 h. The transfection activities of single-tailed lipids OLON, CTAB, double-tailed DOGSHDO, and DOTAP were also compared. The weight ratios of DNA to lipid in DOTAP/DOPE, OLON/DOPE, DOGSHDO/DOPE, and CTAB/DOPE complexes were 1:2, 1:3, 1:8 [Tang and Hughes, unpublished data], and 2:7 [6], respectively. The optimal weight ratio of DNA to DOGSHDO/DOPE was based on the weight of DOGSHDO only, the optimal weight ratio of DNA to CTAB/DOPE was based on the weight of both CTAB and DOPE. After transfection for 4.5-h, the transfection media were changed to growth media and cells were incubated for another 24 h. Luciferase activity was measured using a standard luciferase assay [14]. Each experiment was repeated at least twice.

## 2.7. Flow cytometry analysis of the cell associated DNA/liposomes complexes

A fluorescein labeling kit was purchased from PanVera Corporation (Madison, WI), and pDNA was labeled according to the product directions. Liposomes were labeled by incorporating 1 molar percent of Rh-PE in liposomes. One $\mu$g/well of fluorescein labeled pDNA was complexed with Rh-PE labeled DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, and CTAB/DOPE liposomes at the optimal DNA/liposome weight ratio of each liposome, respectively. The complexes were used for transfection as described previously with slight modifications. Serum free media at 4°C was used in the experiments involving transfection of the cells at 4°C. After transfecting the cells for 4.5-h at 37°C or 4°C, the cells were quickly washed with PBS three times. The cells were incubated with 1 ml of CellSrub™ (washing) buffer (Gene Therapy System, San Diego, CA) for 10 min, to remove the complexes attached on the cell surface. After the cell washing buffer was removed and the cells were washed with PBS twice followed by 100 $\mu$l/well of 0.5% of trypsin-EDTA. The cells were trypsinized for 2–3 min and the reaction was stopped by 200 $\mu$l of 1% of bovine serum albumin (BSA) in PBS. The cells were collected and centrifuged at 250 $g$ for 10 min. The supernatant was decanted and the cell pellet was resuspended in 500 $\mu$l of 1% BSA in PBS and centrifuged for another 10 min to remove any remaining phenol red and extracellular liposome/DNA complexes. After the BSA solution was discharged, the cell pellet was resuspended in 500 $\mu$l of PBS and fixed in 500 $\mu$l of 2% paraformaldehyde in PBS. The cells were fixed at 0°C for 15 min then stored at 4°C overnight. Cell fluorescence was measured using a Becton Dickinson FACSort flow cytometer (San Jose, CA). 10 000 cells were counted for each treatment. Cells were gated by their morphological properties. The mean fluorescence intensity of the cells was measured in terms of arbitrary units using a LYSYS II software program (Becton Dickinson, San Jose, CA). The sample was excited at a wavelength of 488 nm. The fluorescence of fluorescein-DNA was measured at the wavelength of 530 nm (FL1) and the fluorescence of Rh-PE was measured at the wavelength of 580 nm (FL2). Cells transfected with non-labeled DNA and non-labeled liposome, with fluorescein-DNA and non-labeled liposome, and with non-labeled DNA and Rh-PE labeled liposomes, were used as controls. The background fluorescence intensity was subtracted. Each

ALNY-00955152

experiment was performed in triplicate and repeated twice.

## 2.8. Release of DNA from DNA/liposome complexes by sodium dodecyl sulfate (SDS) and dextran sulfate (DS)

Two µg of DNA was complexed with OLON/DOPE or DOTAP/DOPE at the $\mp$ charge ratio of 1:5 (12 µg of OLON/DOPE assuming one of primary amino group charged and 22 µg of DOTAP/DOPE) in 500 µl of PBS. At these concentrations, two complexes reached the same fluorescence intensity when exposed to SYBR Green I nucleic acid gel stain (Molecular Probe, Oregon). The complexes were incubated at room temperature for 30 min. Five hundred µl of 2×SYBR PBS solution was added and mixtures were incubated for another 15 min. The fluorescence signal was measured at the excitation wavelength of 497 nm, and emission wavelength of 520 nm. The DNA to OLON/DOPE and DNA to DOTAP/DOPE complexes, initially had the same fluorescence intensity. To test the release of DNA by anionic compounds, DS and SDS, increasing amounts of DS or SDS were added to complexes, and the resultant mixture was vortexed and the recovered fluorescence signal was measured. The release of DNA was expressed as fraction of fluorescence recovered

Fraction of fluorescence recovered

$$= \frac{\text{Fluorescence intensity of sample/SYBR}}{\text{Fluorescence intensity of free DNA/SYBR}}$$

## 2.9. Toxicity assay

The toxicity of LHON/DOPE, OLON/DOPE and DOTAP/DOPE in the CHO was determined using a CARE-LASS (a calcein release assay) [15]. Before the assay, cells were plated in a 96 well plate ($1 \times 10^5$ cells/well) and grown to 60–80% confluence overnight. To test the toxicity of different liposomes, increasing amounts if liposomes were added to cell cultures. To test the toxicity of the DNA/liposome complexes, a fixed amount of 1 µg/well of DNA was used to complex with increasing amount of liposomes. The ratios of DNA to liposome were the same as the ratios used in transfection

studies. After specific treatments, cells were washed three times with PBS and incubated with 100 µl of calcein-AM (1 µg/ml in PBS) for 30 min at room temperature. Calcein fluorescence intensity was measured at the excitation and emission wavelengths of 485 nm and 538 nm using a Molecular Device $f_{max}$ Plate Reader (Molecular Devices Corp., CA). The mean fluorescence intensity was calculated and compared to the mean fluorescence value for non-transfected cells. Both fluorescence values were subtracted by naturally released calcein fluorescence intensity. The final results were expressed in terms of percent cell survival. 100% means no cytotoxicity and 0% means no cells survived the treatments. Each experiment was performed in triplicate and repeated at least twice.

## 2.10. Statistical analysis

Statistical analyses were performed using a one way ANOVA (StatView 4.53, Abacus Concepts, Inc., Berkeley, CA). A probability of less than 0.05 was considered to be statistically significant.

## 3. Results

### 3.1. Binding assays

As shown in Fig. 3, more than 99% of DNA was complexed by the liposomes of LHON/DOPE and OLON/DOPE at the weight ratios from 1 to 6. When DNA was mixed with DOTAP/DOPE at a weight ratio of 1:1, 52% of DNA was free. At the ratio of 2:1, 92% of DNA was complexed.

### 3.2. Luciferase plasmid transfection

LHON/DOPE, OLON/DOPE, and DOTAP/DOTAP were used to deliver pGL3 luciferase plasmid to CHO cells. To screen the effects of DNA dose on the transgene expression, pDNA doses of 3 µg/well and 1 µg/well were evaluated. As shown in Fig. 4A and B, LHON had similar transfection activity to OLON. The transfection activities of LHON/DOPE and OLON/DOPE peaked at weight ratio of 1:3. DOTAP/DOPE liposomes exhibited a maximum transfection activity at the weight ratio of

ALNY-00955153

F. Tang, J.A. Hughes / Journal of Controlled Release 62 (1999) 345–358                                                          351







Ratio of cationic lipid/DNA (w/w)

Fig. 3. Gel retardation assays of DNA/liposome complexes. One µg of plasmid DNA was complexed with cationic liposomes LHON/DOPE, OLON/DOPE or DOTAP/DOPE at increasing weight ratios from 0 to 6 respectively. The complexes were analyzed by 1% agarose gel electrophoresis as described in Methods. A: LHDO/DOPE/DNA, B: OLON/DOPE/DNA, and C: DOTAP/DOPE/DNA.

1:1 at DNA concentration of 3 µg/well (Fig. 4A). It is worthy noting that, at the ratio of 1:1 only 48% of DNA was complexed although DOTAP/DOPE had greater transfection activity than at other ratios (Fig. 3C). When 1 µg/well of DNA was used, transfection activity of DOTAP/DOPE peaked at the ratio of 1:2, however, the transfection activity was not significantly different from DOTAP/DOPE at the weight ratio of 1:1 (Fig. 4B, $p > 0.05$). The optimal transgene expressions of LHON/DOPE and OLON/DOPE liposomes were greater than 10 times higher than that of DOTAP/DOPE liposomes (Fig. 4)

(similar transfection results were also demonstrated in COS 1 cells, data not shown). The DNA dose response was not linear for transgene expression. These results are in agreement with Farhood's [7]. As shown in Fig. 4, DNA complexed at doses three times greater did not result in a corresponding increase in transgene expression. When 3 µg/well of DNA was used, the optimal transgene expression was only 1.5 to 2 times higher than the expression at a DNA concentration of 1 µg/well, instead of the expected 3 times. In order to compare the transfection efficiency of liposomes with the same head groups (i.e., ornithine or quaternary amine) but different tails (i.e., single tail or double tail), we compared the transfections of double tailed DOGSH-DO which has an ornithine head group, single-tailed OLON which has a ornithine head group, double-tailed DOTAP which has a quaternary amine group, and single-tailed CTAB which has a quaternary amine group. As shown in Fig. 5, OLON liposomes had more than 10 times higher transfection activity than other liposomes. CTAB/DOPE had a lower transfection activity than DOTAP/DOPE, although both lipids had a similar head group.

### 3.3. Cellular associated DNA after transfection period

To investigate the possible reason why OLON/DOPE liposomes demonstrated the highest transfection activity, the cellular associated DNA/liposome complexes after transfection period in CHO cells at 37°C was measured by flow cytometry (Fig. 6A). The relative amount of fluorescein-DNA and Rh-PE liposomes associated with cells was expressed by relative fluorescence intensity (Fig. 6). The weight ratios of the lipids were the same as those used in the experiments which compared the different liposomes (Fig. 5). The cellular associated fluorescence due to fluorescein-DNA delivered by DOGSHDO/DOPE and CTAB/DOPE was less than one-third that of both OLON/DOPE and DOTAP/DOPE (Fig. 6A). It was interesting to note that the cellular uptakes of DNA complexed with either OLON/DOPE or DOTAP/DOPE were not significantly different, whereas their transgene expression was different by more than one order of magnitude (Figs. 4 and 5). The weight ratios of DNA/liposome used in trans-

ALNY-00955154





Fig. 4. Comparison of the transfection of pGL3-luciferase plasmid by LHON/DOPE, OLON/DOPE and DOTAP/DOPE in CHO cells. A fixed dose of pGL3 DNA was mixed with increasing weight ratios of cationic liposomes (calculation based on cationic lipid) and used for transfection. A: 3 μg/well of pGL3 DNA, B: 1 μg/well of pGL3 DNA. ◆ LHON/DOPE. ✖ OLON/DOPE. ▲ DOTAP/DOPE. Data is shown as mean±S.D. (n = 3).

fection of OLON/DOPE and DOTAP/DOPE were 1:3 and 1:2, respectively. The molar ratio of OLON/DOPE liposomes to DOTAP/DOPE liposomes ideally should be approximately 2.7, using the same concentration of DNA in both complexes. We found the ratio of uptake of OLON/DOPE to DOTAP/DOPE to be approximately 2.6, which agrees with this assumption (Fig. 6A). To investigate the uptake

mechanism, the transfection was also carried out at 4°C (Fig. 6B). As shown in Fig. 6B, the degree to which cellular uptake decreased at 4°C from that measured at 37°C was not the same in all the treatments. At 4°C the delivery of DNA by OLON/DOPE was shown to decrease by two-thirds and the delivery of DNA by DOTAP/DOPE decreased by one-half.

F. Tang, J.A. Hughes / Journal of Controlled Release 62 (1999) 345–358
353



Fig. 5. Comparison of the transfection of pGl3-luciferase plasmid by DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, CTAB/DOPE. 3 μg of pGl3 DNA was mixed with cationic liposomes DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, CTAB/DOPE at the optimal ratio of each liposome and used in transfection as stated in Methods. Transfection activity was expressed as RLU/well. Data is shown as mean±S.D. ($n=4$).

### 3.4. Release of DNA from DNA/liposome complexes by anionic molecules

Although both OLON/DOPE liposomes and DOTAP/DOPE liposomes delivered the same amount of DNA to the cells, OLON/DOPE liposomes resulted in greater than 10 times higher transgene expression. The release of DNA from DNA/liposomes by sodium dodecyl sulfate (SDS) or dextran sulfate (DS) was tested in order to investigate the reason for this phenomenon. As shown in Fig. 7, DNA/OLON/DOPE complexes had about 45% of total fluorescence recovery by excess DS or SDS. DNA/DOTAP/DOPE complexes had less fluorescence recovery and only 35–40% of fluorescence recovery in the presence of excessive DS or SDS. The recovery of fluorescence reached a plateau at the dose 12 μg of dextran sulfate (at the ∓ charge ratio of 2:1) and the further addition of DS or SDS did not help significant greater amount of DNA to be released ($p>0.05$) (Fig. 7A). When SDS was added to DNA/liposome complexes, the recovery of fluorescence of DNA/DOTAP/DOPE reached a plateau (12 μg of SDS (∓ charge ratio of 1.3/1) earlier than that of DNA/OLON/DOPE (16 μg of SDS ($p>0.05$)) (Fig. 7B).

### 3.5. Toxicity assay

The cytotoxicity of liposomes and DNA/liposome complexes was tested. In the complexes, 1 μg/well of DNA was mixed with liposomes with the same ratios as used in transfection experiments. As shown in Fig. 8A, free liposomes were quite toxic to cells. At concentrations of 6 μg/well, only about 20% of the cells survived. Without an ester bond, single tailed OLON liposomes had greater toxicity than DOTAP and LHON liposomes at 6 μg/well ($p<0.05$). As shown in Fig. 8, DNA/liposome complexes had less toxicity than its free liposome formulation since DNA can cover part of toxicity by neutralizing the positive charges of liposomes. These results were consistent with that of Huang et al. [2]. In Fig. 8B, at low liposome doses (1, 2, and 3 μg/well), the three liposomes did not have significantly different cytotoxicity ($p>0.05$). At higher doses, OLON/DOPE showed greater toxicity than DOTAP/DOPE and LHON/DOPE ($p<0.05$) (Fig. 8B). LHON/DOPE was also less toxic than DOTAP/DOPE at a dose of 6 μg/well (Fig. 8B). LHON/DOPE showed lower toxicity than OLON/DOPE in COS 1 cells at high concentration (data not shown).

## 4. Discussion

In the current work, we presented a convenient method of synthesis of the single-tailed cationic lipid OLON and its analog LHON. The optimal transfection activities of LHON/DOPE and OLON/DOPE were more than one order of magnitude greater than that of DOTAP/DOPE (Fig. 4). Although an ester bond linker has been used to decrease the toxicity of cationic lipids, the strategy of introducing an ester

ALNY-00955156









Fig. 6. Comparison of uptake of DNA/liposome complexes by CHO cells. One μg/well of fluorescein labeled pDNA was complexed with Rh-PE-labeled DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, and CTAB/DOPE at the weight ratios stated in Fig. 5. After 4.5-h transfection period, the fluorescence of fluorescein-DNA and Rh-PE was measured at different wavelength as indicated in Methods. A: incubation at 37°C. B: incubation at 4°C. Data is shown as mean±S.D. (n = 3).

Fig. 7. Release of DNA from DNA/liposome complexes by sodium dodecyl sulfate (SDS) and dextran sulfate (DS). Two μg of DNA was complexed with OLON/DOPE or DOTAP/DOPE at the + charge ratio of 1:5 and mixed with SYBR. DS or SDS was added to complexes, and the resultant mixture was vortexed and recovered fluorescence signal of SYBR was measured as stated in Methods. ♦: OLON/DOPE. ✳: DOTAP/DOPE. A: release by DS, B: release by SDS. Data is shown as mean±S.D. (n = 4).

bond in the tail backbone has not previously been reported. LHON/DOPE showed similar transfection activities to its analog OLON/DOPE, therefore, the replacement of a double bond in the tail with an ester did not decrease the plasmid transfection activity of the cationic lipid. It was worth noting that the DOTAP/DOPE had optimal transfection activity at the cationic lipid/DNA ratio of 1:1 or 2:1 (Fig. 4).

The gel analysis showed that only 48% of total DNA was complexed at the ratio of 1:1 (Fig. 3). The results indicated that the percentage of DNA complexed by cationic liposomes is not the only determinate for transfection efficiency. The physical properties of the complexes may also play important roles in transfection.

As shown in Fig. 5, liposomes composed of OLON had greater than 10 times transfection activity than its double-tailed analog DOGSHDO, whereas

ALNY-00955157

F. Tang, J.A. Hughes / Journal of Controlled Release 62 (1999) 345–358          355





Fig. 8. Toxicity assays. Cytotoxicity of liposomes and the liposome/DNA complexes in CHO cells. Liposomes only or a fixed dose of 1 µg/well of pDNA was mixed with increasing amount of cationic liposomes and used in the toxicity assay. Cell viability was calculated as percentage of survival cells as stated in Methods. A: liposomes only. B: DNA/liposome complexes. ♦: LHON/DOPE, ■: OLON/DOPE, ▲: DOTAP/DOPE. Data is shown as mean±S.D. ($n=3$).

double-tailed DOTAP had higher transfection activity than its single-tailed analog CTAB. The results support that neither the head group nor the tail group is the determinate of transfection activity of cationic lipids [2,5]. The quaternary amino head group of DOTAP is always charged and strongly hydrophilic thus may require a lipophilic double chain tail group to counterpart it. The primary amino groups of ornithine are not as hydrophilic as quaternary amino groups, so a single chain tail might be optimal.

To address a possible reason for the greater transfection activity of OLON/DOPE compared to DOGSHDO/DOPE, DOTAP/DOPE, and CTAB/DOPE, we used flow cytometry to analyze the delivery of fluorescein-DNA into cells. The application of flow cytometry methods to analyze the uptake

of DNA/liposome complexes for plasmid delivery was previously reported by Zabner et al. [17] and Tseng et al. [18]. The flow cytometry data of DNA uptake was consistent with data collected through DNA extraction methods [16]. It was not a surprise that both DOGSHDO and CTAB liposomes delivered less DNA into cells since DOGSHDO and CTAB liposomes had lower transgene expression than OLON/DOPE liposomes (Fig. 5 and 6A). However, the delivery of DNA by OLON/DOPE was not significantly different from that of DOTAP/DOPE ($p>0.05$) even though the transgene expression was different by one order of magnitude (Fig. 6A). The phenomenon of achieving the same level of transgene expression after transfecting with lower amounts of DNA was previously reported by Huang

et al [19]. According to Huang's observation, matured 3-β-[N-(N',N'-dimethylaminoethanol)carbarmoyl] cholesterol (DC-Chol)/DOPE/DNA complex delivered 10 times lower amounts of DNA to BL6 cells in the presence of serum than in the absence of serum whereas the transgene expression levels were the same. Huang rationalized that some components of serum may have played a dominant role in DNA trafficking to the nucleus from the cytoplasm. Since transfections in our experiments were carried out in serum free conditions, other factors, such as release of DNA from complexes and escape of the complexes from endosomes, could play a role. Several groups have suggested that a major barrier to cationic liposome-mediated gene transfection is the ability of the endocytosed liposome/DNA complexes to destabilize the endosome membrane and release plasmid DNA into the cytoplasm [5,17,20]. LHON and OLON have two primary amino groups in the ornithine head group. The $pK_a$ of the primary amino groups of LHON and OLON are similar to the tertiary amino group of DC-Chol since most alkaylamines have $pK_a$'s in the narrow range of 10–11, regardless of their substitution pattern [21]. Barenholz and Zuidam determined electrostatic parameters of DC-Chol/DOPE and DOTAP/DOPE and their DNA complexes [22,23]. According to their results, at pH of 7.4, DC-Chol/DOPE was only 50% charged and DOTAP/DOPE was 100% charged. These results may also be applicable to the LHON/DOPE and OLON/DOPE. After cationic liposomes deliver plasmid DNA into cells by endocytosis, the endosome pH will decrease, resulting in a portion of the uncharged primary amino groups of the ornithine heads on LHON or OLON becoming charged. The increase of charge density of complexes has two effects. First, the buffer effect will slow down the decrease of pH in the endosomes. Secondly, the increase of charge density will increase the ability of DNA/liposome complexes to destabilize the endosome membrane thus helping the complexes escape from endosomes. Since DOTAP/DOPE liposomes are 100% charged, the change of pH in cells will not have an effect on the escape of complexes from the endosomes. DNA must also be released from complexes to allow transcription [17]. The release of DNA may occur in either the endosomes [24] or the cytoplasm after the complexes escape

from the endosomes. The interaction between cationic liposome and DNA is a determinant factor. A strong interaction will decrease the release of DNA from complexes. DOTAP/DOPE delivered more DNA into cells at the weight ratio of 3/1 than at 1/1 (data not shown), whereas the transfection at 1/1 was greater (Fig. 4). With a greater fraction of cationic DOTAP in the complexes, it may be more difficult for DNA to dissociate from the complexes. According to Barenhoz, the different protonation of DC-Chol/DOPE and DOTAP/DOPE might result in a different distance between the headgroup and the phosphate group of plasmid DNA [23]. It is likely that dissociation of DNA from LHON/DOPE or OLON/DOPE requires less energy than highly charged DOTAP/DOPE thus resulting in greater amounts of release of DNA from complexes.

Cytoxicity is a major shortcoming of cationic-mediated gene transfection. A potentially biodegradable ester bond is usually used to tether the headgroup and tails to decrease the toxicity. Theoretically, the ester bond is not stable in aqueous solution. However, the chance of the ester bond being exposed to water is greatly decreased when cationic lipids are formulated as liposomes. Some liposomes with ester bonds are fairly stable and can be stored at 4°C for months [25]. The toxicity of free cationic liposomes can be partially masked by DNA [26]. After DNA is dissociated from the complexes, free cationic lipids may fuse with cell membranes thus causing membrane rupture. Single-tailed cationic lipids have been reported to be more toxic than their double-tailed counterparts [6]. Lasch et al. proposed that a single-tail detergent inserted into the bilayer membrane would result in regions of local curvature leading to membrane rupture [27]. As shown in Fig. 8, single-tailed OLON liposomes indeed had greater toxicity than those of DOTAP at high concentrations in CHO cells. However, with a potentially biodegradable ester bond in the tail, LHON had less toxicity than OLON and DOTAP (Fig. 8).

In summary, the single-tailed liposome OLON/DOPE demonstrated greater gene transfection activity than DOTAP/DOPE in CHO cells. Introduction of an ester bond into LHON decreased the toxicity of cationic lipid without sacrificing the transfection activities. OLON/DOPE liposomes achieved a great-

ALNY-00955159

er transgene expression without a greater gene delivery than DOTAP/DOPE. The results may be explained by the previous hypothesis that the escape of DNA from endosomes and release of DNA from complexes may be a major barrier of cationic lipid-mediated gene transfection [5,17,28].

## Acknowledgements

The authors thank the National Institutes of Health R29-H 1 55779 and PO1-AG10485 for financial support and the Gene Therapy Center, University of Florida. Melissa Chen's technical assistance to obtain flow cytometry data is greatly appreciated. The technical help of Siram Krishnaswami in obtaining mass spectrum of the compounds is also greatly appreciated.

## References

[1] P.L. Felgner, T.R. Gadek, M. Holm, R. Roman, H.W. Chan, M. Wenz, J.P. Northrop, G.M. Ringold, M. Danielsen, Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure, Proc. Natl. Acad. Sci. USA 84 (21) (1987) 7413–7417.

[2] X. Gao, L. Huang, Cationic liposome-mediated gene transfer, Gene Ther. 2 (10) (1995) 710–722.

[3] R.J. Lee, L. Huang, Lipidic vector systems for gene transfer, Crit. Rev. Ther. Drug Carrier Syst. 14 (2) (1997) 173–206.

[4] R.I. Mahato, Y. Takakura, M. Hashida, Nonviral vectors for in vivo gene delivery: physicochemical and pharmacokinetic considerations, Crit. Rev. Ther. Drug Carrier Syst. 14 (2) (1997) 133–172.

[5] A.P. Rolland, From genes to gene medicines: recent advances in nonviral gene delivery, Crit. Rev. Ther. Drug Carrier Syst. 15 (2) (1998) 143–198.

[6] P. Pinnaduwage, L. Schmitt, L. Huang, Use of a quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells, Biochim. Biophys. Acta 985 (1) (1989) 33–37.

[7] H. Farhood, R. Bottega, R.M. Epand, L. Huang, Effect of cationic cholesterol derivatives on gene transfer and protein kinase C activity, Biochim. Biophys. Acta 1111 (2) (1992) 239–246.

[8] R. Leventis, J.R. Silvius, Interactions of mammalian cells with lipid dispersions containing novel metabolizable cationic amphiphiles, Biochim. Biophys. Acta 1023 (1) (1990) 124–132.

[9] A.M. Aberle, F. Tablin, J. Zhu, N.J. Walker, D.C. Gruenert, M.H. Nantz, A novel tetraester construct that reduces cationic lipid-associated cytotoxicity. Implications for the onset of cytotoxicity, Biochemistry 37 (18) (1998) 6533–6540.

[10] J.H. Felgner, R. Kumar, C.N. Sridhar, C.J. Wheeler, Y.J. Tsai, R. Border, P. Ramsey, M. Martin, P.L. Felgner, Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations, J. Biol. Chem. 269 (4) (1994) 2550–2561.

[11] F. Tang, J.A. Hughes, Introduction of a disulfide bond into a cationic lipid enhances transgene expression of plasmid DNA, Biochem. Biophys. Res. Commun. 242 (1) (1998) 141–145.

[12] A. Hassner, V. Alexanian, Direct room temperature esterification of carboxylic acids, Tetrahedron Letters 46 (1978) 4475–4478.

[13] J.P. Behr, B. Demeneix, J.P. Loeffler, J. Perez-Mutul, Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA, Proc. Natl. Acad. Sci. USA 86 (18) (1989) 6982–6986.

[14] J.P. Vigneron, N. Oudrhiri, M. Fauquet, L. Vergely, J.C. Bradley, M. Basseville, P. Lehn, J.M. Lehn, Guanidinium-cholesterol cationic lipids: efficient vectors for the transfection of eukaryotic cells, Proc. Natl. Acad. Sci. USA 93 (18) (1996) 9682–9686.

[15] R. Lichtenfels, W.E. Biddison, H. Schulz, A.B. Vogt, R. Martin, CARE-LASS (calcein-release-assay), an improved fluorescence-based test system to measure cytotoxic T lymphocyte activity, J. Immunol. Methods 172 (2) (1994) 227–239.

[16] J.Y. Legendre, F.C. Szoka Jr., Delivery of plasmid DNA into mammalian cell lines using pH-sensitive liposomes: comparison with cationic liposomes, Pharm. Res. 9 (10) (1992) 1235–1242.

[17] J. Zabner, A.J. Fasbender, T. Moninger, K.A. Poellinger, M.J. Welsh, Cellular and molecular barriers to gene transfer by a cationic lipid, J. Biol. Chem. 270 (32) (1995) 18997–19007.

[18] W.C. Tseng, F.R. Haselton, T.D. Giorgio, Transfection by cationic liposomes using simultaneous single cell measurements of plasmid delivery and transgene expression, J. Biol. Chem. 272 (41) (1997) 25641–25647.

[19] J.P. Yang, L. Huang, Time-dependent maturation of cationic liposome–DNA complex for serum resistance, Gene Ther. 5 (3) (1998) 380–387.

[20] V. Escriou, C. Ciolina, A. Helbling-Leclerc, P. Wils, D. Scherman, Cationic lipid-mediated gene transfer: analysis of cellular uptake and nuclear import of plasmid DNA, Cell Biol. Toxicol. 14 (2) (1998) 95–104.

[21] J. McMurry (Ed.), Organic Chemistry, Brooks/Cole Publishing Company, California, 1988, p. 900.

[22] N.J. Zuidam, Y. Barenholz, Electrostatic parameters of cationic liposomes commonly used for gene delivery as determined by 4-heptadecyl-7-hydroxycoumarin [published erratum appears in Biochim. Biophys. Acta 1998;1372(1):151], Biochim. Biophys. Acta 1329 (2) (1997) 211–222.

[23] N.J. Zuidam, Y. Barenholz, Electrostatic and structural properties of complexes involving plasmid DNA and cationic

ALNY-00955160

358                          F. Tang, J.A. Hughes / Journal of Controlled Release 62 (1999) 345–358

lipids commonly used for gene delivery, Biochim. Biophys.
Acta 1368 (1) (1998) 115–128.

[24] Y. Xu, F.C. Szoka Jr., Mechanism of DNA release from
cationic liposome/DNA complexes used in cell transfection,
Biochemistry 35 (18) (1996) 5616–5623.

[25] D.D. Lasic, Liposomes in Gene Delivery, CRC. New York,
1997.

[26] X. Gao, L. Huang, A novel cationic liposome reagent for
efficient transfection of mammalian cells, Biochem. Biophys.
Res. Commun. 179 (1) (1991) 280–285.

[27] J. Lasch, Interaction of detergents with lipid vesicles,
Biochim. Biophys. Acta 1241 (2) (1995) 269–292.

[28] V. Escriou, C. Ciolina, F. Lacroix, G. Byk, D. Scherman, P.
Wils, Cationic lipid-mediated gene transfer: effect of serum
on cellular uptake and intracellular fate of lipopolyamine/
DNA complexes, Biochim. Biophys. Acta 1368 (2) (1998)
276–288.

ALNY-00955161

Joint Claim Construction Brief

# EXHIBIT 21

NIH Public Access
**Author Manuscript**
*In Vitro Cell Dev Biol Anim.* Author manuscript; available in PMC 2014 May 29.

Published in final edited form as:
*In Vitro Cell Dev Biol Anim.* 2011 October ; 47(9): 640–652. doi:10.1007/s11626-011-9451-2.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Optimization of gene delivery methods in *Xenopus laevis* kidney (A6) and Chinese hamster ovary (CHO) cell lines for heterologous expression of *Xenopus* inner ear genes

**Daniel Ramirez-Gordillo**, **Casilda Trujillo-Provencio**, **V. Bleu Knight**, and **Elba E. Serrano**

## Abstract

The *Xenopus* inner ear provides a useful model for studies of hearing and balance because it shares features with the mammalian inner ear, and because amphibians are capable of regenerating damaged mechanosensory hair cells. The structure and function of many proteins necessary for inner ear function have yet to be elucidated and require methods for analysis. To this end, we seek to characterize *Xenopus* inner ear genes outside of the animal model through heterologous expression in cell lines. As part of this effort, we aimed to optimize physical (electroporation), chemical (lipid-mediated; Lipofectamine™ 2000, Metafectene® Pro), and biological (viral-mediated; BacMam virus Cellular Lights™ Tubulin-RFP) gene delivery methods in amphibian (*Xenopus*; A6) cells and mammalian (Chinese hamster ovary (CHO)) cells. We successfully introduced the commercially available pEGFP-N3, pmCherry-N1, pEYFP-Tubulin, and Cellular Lights™ Tubulin-RFP fluorescent constructs to cells and evaluated their transfection or transduction efficiencies using the three gene delivery methods. In addition, we analyzed the transfection efficiency of a novel construct synthesized in our laboratory by cloning the *Xenopus* inner ear calcium-activated potassium channel β1 subunit, then subcloning the subunit into the pmCherry-N1 vector. Every gene delivery method was significantly more effective in CHO cells. Although results for the A6 cell line were not statistically significant, both cell lines illustrate a trend towards more efficient gene delivery using viral-mediated methods; however the cost of viral transduction is also much higher. Our findings demonstrate the need to improve gene delivery methods for amphibian cells and underscore the necessity for a greater understanding of amphibian cell biology.

## Keywords

Transfection; BacMam; Electroporation; Heterologous expression; *Xenopus* inner ear

## Introduction

Heterologous gene expression is a powerful method for characterizing the function of unknown genes. This technique requires the delivery of genes through methods developed in the last five decades (Butel et al. 1975; Scolnick and Bumgarner 1975). The success of any given gene delivery method can vary from organism to organism, as well as by cell and tissue type. We are interested in probing the function of genes expressed in the *Xenopus laevis* inner ear that have been identified through cDNA library construction, RACE, and microarray analysis (Varela-Ramírez et al. 1998; Serrano et al. 2001; Powers et al. 2007;

NIH-PA Author Manuscript

Sultemeier et al. 2005). Alternative systems for genetic analysis can advance such studies because of the relatively small size and extreme inaccessibility of inner ear organs (Díaz et al. 1995; Trujillo-Provencio et al. 2009). Our aim is to characterize inner ear genes through heterologous expression in cell lines. In particular, the *X. laevis* (A6) kidney cell line offers advantages as a compatible expression system for these genes because it shares a species origin with the animal from which the genes were isolated and because kidney and ear tissues share a polarized epithelial arrangement and similar drug susceptibility (Knight and Serrano 2006). However, the application of traditional gene delivery methods has not been optimized for *Xenopus* cell lines (Kay and Peng 1991).

In order to address this problem, we evaluated the capacity of physical (electroporation), chemical (cationic lipids), or biological (viral vector), methods to provide optimal gene delivery to the A6 cell line. Cationic lipids (such as Lipofectamine™ 2000 and Metafectene® Pro) all share three structural features: a positively charged head group, a hydrophobic anchor, and a linker between these. The positively charged head group interacts with the phosphate backbone of DNA to form a liposomal structure with a positive surface charge. The positive charge of the liposomal structure facilitates its interaction with the cell membrane, and the transfection complex enters the cell by the process of endocytosis (Wyatt and Giorgio 2004). In contrast, electroporation utilizes an electrical pulse in order to create transient pores in the cell membrane, allowing the foreign DNA to enter the cell (Barry 2004). However, physical gene delivery methods frequently result in damage to cells because the integrity of the cell membrane is disrupted. All cell types are susceptible to physical and chemical gene delivery, making these methods advantageous over biological delivery techniques, which tend to be more cell specific.

Recently, the unique properties of BacMam viruses have been exploited to facilitate gene delivery. This technique uses the ability of baculoviruses, which are pathogenic only to arthropods, to enter mammalian cells through clathrin¬mediated endocytosis (Long et al. 2006). BacMam viruses are baculoviruses with DNA that has been modified to include mammalian transcriptional units. The addition of mammalian expression cassettes facilitates functional protein production in mammalian cells following transduction with the insect viruses. Because gene delivery using BacMam was designed for use in mammalian cells, we compared gene delivery efficiency in *Xenopus* (A6) cells to Chinese hamster ovary (CHO) cells, which are commonly used as a universal assay system (Banerjee et al. 1993; Kim et al. 2008; Ibey et al. 2009), and have been successfully transduced with BacMam (Condreay et al. 1999).

In this study, we evaluated gene delivery methods for commercially available fluorescent proteins (pmCherry-N1, pEGFP-N3). Because of our interest in mechanotransduction, the physiological task of the inner ear, we also used fluorescent constructs of proteins involved in sensory hair cell cytoskeletal organization (pEYFP-Tubulin) and electrical activity (BK β1 pmCherry-N1; see below). Furthermore, this set of experiments describes an exploratory effort to deliver genes to *Xenopus* cells using a commercially available virus (BacMam) that contains a fluorescent tubulin construct (Cellular Lights™ Tubulin-RFP). Tubulin is of particular relevance for inner ear research because it is a crucial structural component of the stereociliary bundles found on the apical surface of mechanosensory hair cells (Shin et al.

*In Vitro Cell Dev Biol Anim*. Author manuscript; available in PMC 2014 May 29.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Ramirez-Gordillo et al.

2005). Because of our interest in the ion channels that underlie hair cell electrical activity, we prepared a fluorescent construct with a subunit of the calcium-activated potassium channel (BK, slo1, KCa1.1, maxi-K, slowpoke, KCNMA1). The interaction between the α and β subunits of the BK channel is thought to play a role in the perception of pitch by inner ear hair cells (Fettiplace and Fuchs 1999; Oberholtzer 1999; Ramanathan et al. 1999; Duncan and Fuchs 2003; Pyott et al. 2007). The BK β subunit was cloned from *X. laevis* inner ear RNA and then subcloned into the pmCherry-N1 vector. Consistent with previous reports, our results show differences in the efficacy of biological, chemical, and physical gene delivery methods and suggest that amphibian kidney cells are not as amenable to techniques that have been optimized for introducing genes to mammalian cells.

## Methods

### Cell lines and reagents

*X. laevis* A6 cells, Chinese hamster ovary (CHO-K1) cells, and fetal bovine serum were obtained from American Type Culture Collection (ATCC; Manassas, VA). Fluorescent constructs pmCherry-N1, pEGFP-N3, and pEYFP-Tub as well as the SMART™ RACE cDNA Amplification Kit were purchased from Clontech Laboratories, Inc. (Mountain View, CA). Alexa Fluor® 568 phalloidin, Alexa Fluor® 488 phalloidin, 10 mg/ml Hoechst 33342 solution, SlowFade® Antifade kit, Lipofectamine™ 2000, pCR®-XL-TOPO® vector, and Cellular Lights™ Tubulin-RFP (a BacMam virus) were obtained from Invitrogen (Eugene, OR). Newborn calf serum, bovine serum albumin, formaldehyde, Triton X-100, 0.25% trypsin-EDTA, L-glutamine, F12K (Ham's nutrient modification) media, NCTC-109 media, and phosphate-buffered saline (PBS) were purchased from Sigma-Aldrich (St. Louis, MO). Eppendorf hypoosmolar electroporation buffer, 2 mm gap width electroporation cuvettes, Falcon 4¬chambered slides, and tissue culture plasticware were obtained from VWR (West Chester, PA). QiaPrep Spin Miniprep kit was purchased from Qiagen, Inc. (Valencia, CA). Metafectene® Pro was purchased from Biontex Laboratories (Planegg, Germany). BamHI, NheI, and the Quick Ligation™ kit were purchased from New England Biolabs (Ipswich, MA).

### Organ extraction, RNA isolation, and quantification procedures

Dissection methods for isolation of inner ear tissue from juvenile *X. laevis* and the method of total RNA isolation were according to the procedures outlined in Trujillo-Provencio et al. (2009). The methods performed with *X. laevis* were in compliance with the Institutional Animal Care and Use Committee of New Mexico State University.

### Cloning of BK beta subunit into pmCherry-N1

Primers were designed against the *Xenopus tropicalis* BK channel β subunit sequence obtained from the JGI *X. tropicalis* genome assembly 4.1 sequencing project (Joint Genome Institute 1997). The forward (sequence: GTCGTAACAACTCCGCCCC) and reverse (sequence: ATCCTCCTCGCCCTTGCT) primers were produced by Eurofins MWG Operon (Huntsville, AL). Using the primers designed against the *X. tropicalis* sequence, the BK β sequence from *X. laevis* inner ear RNA was amplified using SMART™ RACE cDNA Amplification Kit RT-PCR RACE reactions. The resultant PCR product was gel isolated and

cloned initially into the pCR®-XL¬TOPO® vector (Invitrogen), following the vendor's recommendations. The BK β insert was digested from the TOPO vector with the restriction enzymes BamHI and NheI, then subcloned using a Quick Ligation™ kit (New England Biolabs) into the pmCherry-N1 vector (Clontech), which was also digested with BamHI and NheI. DNA sequencing with an ABI Prism 3100 automated sequencer verified the identity of the inner ear BK β subunit (618 base pairs; 205 amino acids) in both vectors (NCBI accession number JN679868).

## Cell lines

A6 cells (an established cell line derived in 1969 from the normal kidney of an adult *X. laevis* male) and Chinese hamster ovary cells (CHO-K1; a subclone of the original established CHO cell line derived in 1957 from an adult female *Cricetulus griseus*) were obtained from the ATCC (Manassas, VA). In accordance with recommended practices for maintenance of cell line identity, A6 and CHO cells were resuspended (passage zero), then discarded following the eighth passage or after two consecutive months in culture, whichever came first. The species origin of the A6 cell line was confirmed by amplifying genomic sequence for aldolase A, fructose-bisphosphate (Aldoa) according to established procedures (Liu et al. 2004; forward primer, TGTGCCCSGTATAAGAAGGATGG; reverse primer, CCCATCAGGGAGAATTTCAGGCTCCACAA). The amplified sequence shared a 99% identity with *X. laevis* and 91% identity with the closely related *X. tropicalis* (AGTGGCGCTCCGTGCTCAAGATCTCTGAACACACCCCTCTCACCTGGCCATCAT AGAGAATGCCAACGTATTGGCCCGTTACGCCAGCATCTGCCAACAG).

## Propagation of A6 and CHO cells

A6 and CHO cells were cultured according to the specifications of the vendor, ATCC. *X. laevis* A6 kidney cells (A6, ATCC CCL-102) were grown in poly-lysine-coated T-25 flasks in a temperature (28°C) and $CO_2$ (5%) controlled incubator. A6 cells were grown in NCTC-109 media that was supplemented with 9% $ddH_2O$, 10% fetal bovine serum, and 2 mM L-glutamine. A6 cells were subcultured every 4 to 6 d. Chinese hamster ovary cells (CHO-K1, ATCC CRL-9618) were grown in a temperature (37°C) and $CO_2$ (5%) controlled incubator. CHO cells were grown in poly-lysine coated T-75 culture flasks in complete Ham's F12K media supplemented with 10% fetal bovine serum, and subcultured every 2 to 4 d.

All media and solutions used to culture cells were purchased sterile or were sterilized by filtration through 0.2 μm membranes. Media were replenished for both cell lines every 48 h. All cells were subcultured by partial digestion in 0.25% trypsin-EDTA. Cells were regularly monitored for contamination and overall morphology using an inverted Nikon Diaphot TMD phase-contrast microscope.

## Optimization of transfection conditions

Following the manufacturer's recommendations, transfection methods with Lipofectamine™ 2000 and Metafectene® Pro were optimized by exposing cells to varied ratios of DNA to cationic lipid. Preliminary studies tested Lipofectamine™ 2000 and Metafectene® Pro reagents on both cell lines. The ratio of DNA (in micrograms) to lipid-mediated reagent (in

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

microliters) was varied from 1:1 to 1:5. Reagent incubation times between 6 and 48 h were tested on cells that were plated at densities that ranged from $3 \times 10^4$ to $4 \times 10^4$ cells/ cm$^2$. For A6 cells in every condition with Lipofectamine™ 2000, the transfection efficiency was always lower than 3.7%. In contrast, a 48-h incubation with Metafectene® Pro at a DNA/lipid ratio of 1 μg: 1 μL resulted in a slightly higher efficiency of 4.0% for A6 cells in our preliminary study. Therefore, we implemented Metafectene® Pro with these parameters for our subsequent experiments. For CHO cells transfected with Metafectene® Pro, the efficiency was lower than 1.5% in every condition. In contrast, a 24¬h incubation with Lipofectamine™ 2000 using a DNA/lipid ratio of 1 μg:5 μL for our preliminary CHO cell transfection resulted in a much higher efficiency of 17.1%. This optimization procedure led to the implementation of a 24-h incubation with Lipofectamine™ 2000 using a DNA/lipid ratio of 1 μg: 5 μL for CHO cell transfection.

**Transfection with lipid-mediated reagents**

After trypsinization, cells were titered using a hemocytometer, centrifuged, resuspended, and plated in Falcon 4-chambered culture slides at a density of $4 \times 10^4$ cells/cm$^2$. The cells were grown for 24 h prior to transfection (70–85% confluent). On the day of the transfections, the media was removed from all the chambers and 900 μL of fresh media was added to each chamber except for the autoflourescence control, which received 1 ml of fresh media. Either 5 μL of Lipofectamine™ 2000 (for CHO cells) or 1 μL Metafectene® Pro (for A6 cells) was added to 50 μL of serum-free media and incubated at room temperature for 5 min. Additionally, 1 μg of plasmid DNA from pEGFP-N3, pEYFP-Tub, pmCherry-N1, or BK β1 pmCherry-N1 was placed in separate tubes containing 50 μL serum-free media. After incubating the lipid reagents for 5 min, the DNA in media was added to the tubes containing either Lipofectamine™ 2000 or Metafectene® Pro. The lipid-DNA mixtures were incubated for 20 min at room temperature to allow formation of liposomes before adding the entire volume to the cells. Cells were incubated for 24 h (CHO) or 48 h (A6) in a temperature and CO$^2$ controlled incubator.

**Transfection with electroporation**

The Eppendorf Multiporator® was used for the electroporation of the two different cell lines. The cells were trypsinized and following the manufacturer's protocol were resuspended in media with 0.5% fetal calf serum. The resuspended cells were titered using a hemocytometer, and the total amount of cells needed for the experiment was determined. Cells were centrifuged and diluted to a density of $1 \times 10^6$ cells/mL in hypoosmolar buffer; 450 μL of the cell suspension was transferred into a microcentrifuge tube, and 4.5 μg of plasmid DNA from either pEGFP-N3, pmCherry-N1, pEYFP-Tub, or BK β1 pmCherry-N1 were added to give a final DNA concentration of 10 μg/mL. The cell suspension containing the plasmid DNA was transferred to a 2-mm gap junction electroporation cuvette.

For both cell lines, the field strength (in volts per centimeter) of the electrical pulse was varied by applying a pulse voltage of 290, 580, 900, and 1,200 V to the cells to be electroporated. After placing the cuvette in the electroporator, the time constant was set to 40 μs and cells were exposed to one pulse of the electrical field. After the application of the current, cells were allowed to recover for 10 min at room temperature then plated in Falcon

4¬chambered culture slides at a density of approximately $1.2 \times 10^5$ cells/cm$^2$. Cells in hypoosmolar solution were added to complete growth media at an approximate ratio of 1:5, then incubated for 24 h (CHO) or 48 h (A6) in a temperature and $CO_2$ controlled incubator.

**Transduction with Cellular Lights™ Tubulin-RFP, a BacMam virus**

After trypsinization, cells were titered using a hemocytometer, centrifuged, resuspended, and plated in Falcon 4-chambered culture slides at a density of $4 \times 10^4$ cells per cm$^2$. The cells were grown for 24 h prior to transduction. On the day of the transductions, following the manufacturer's protocol, the media were removed from all the chambers and 1 ml of the Cellular Lights™ Tubulin-RFP solution (2 ml of Cellular Lights™ Tubulin-RFP or null reagent combined with 3.5 ml of D-PBS without Ca2+/Mg2+) was added to each chamber except for a control to which 1 ml of D-PBS without Ca2+/Mg2+ was added. Slides were placed on a lab rotator or rocked gently for 2 h at room temperature in the dark. After 2 h, the Cellular Lights™ solutions and PBS were replaced with 1 ml of the enhancer solution. Slides were placed in the incubator for 2 h after which the enhancer solution was removed and 1 ml of fresh media was placed into each chamber. Slides were incubated for 24 h in a temperature and $CO_2$-controlled incubator prior to fixation.

**Cell labeling and fixation**

After the allotted times for transfection or transduction, the cells were removed from the incubator and all subsequent manipulations were done at room temperature. The cells were first washed with serum-free media for 2 min and then fixed with 3.7% formaldehyde in PBS for 10 min. Following this, the cells were washed twice with 1× PBS for 2 min. Cells were permeabilized for 4 min with 0.1% Triton X-100 diluted in PBS and washed twice with 1× PBS for 2 min. Cells were then labeled for 20 min with 150 nM of either Alexa Fluor® 568 phalloidin (for cells transfected with pEGFP-N3 or pEYFP-Tub) or Alexa Fluor® 488 phalloidin (for cells transfected with pmCherry-N1, BK β1 pmCherry-N1, or Cellular Lights™ Tubulin-RFP) diluted in 1× PBS with 1% bovine serum albumin in all chambers except the auto-fluorescence control which was incubated with 1% bovine serum albumin diluted in 1× PBS. Cells were washed twice with 1× PBS for 2 min each. Nuclei were stained for ten minutes with 2 μg/mL Hoechst 33342 in 1× PBS for all samples except the autofluorescence control which was incubated with 1× PBS. Cells were then washed twice with 1× PBS for 2 min each. Following the final PBS washes, samples were equilibrated with component C from the SlowFade® Antifade kit (Invitrogen) for 15 min. Component C and the plastic slide wells were removed before adding one to two drops of solution A from the SlowFade® Antifade kit to the microscope slides, which were then cover slipped and sealed with nail polish. The microscope slides were stored for 24 h at 4°C before images were acquired.

**Image acquisition, analysis, and processing**

An inverted Nikon Eclipse TE-2000-S epifluorescent microscope equipped with UV-2A, B-2E/C (FITC), G-2E/C (TRITC), and Cy5 HQ filter cubes was used to capture images from the fixed and labeled cells. The combination of filters at hand were excellent for exciting and separating emission contributions from the fluorophores used in this experiment: Hoechst 33342 (UV-2A), Alexa Fluor® 568 (G-2E/ C), Alexa Fluor® 488

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

(B-2E/C), pEGFP-N3 (B-2E/C), RFP (G-2E/C), and mCherry (Cy5 HQ). The TE-2000-S microscope also has differential interference contrast (DIC) capabilities that was used for visual analysis of cell size, morphology, and for a representation of the field of view from which epifluorescent images were captured. Using a 20× objective, images were acquired with a CoolSNAP™ HQ CCD camera (Photometrics, Tucson, AZ) attached to the microscope and the MetaVue™ Imaging System Version 6.0r5 software (Molecular Devices Corporation, Sunnyvale, CA). Images were superimposed to ensure that the fluorescent labels corresponded to cells in the field of view and to determine true transfection or transduction events. Coloring and superimposition of images was performed with either the MetaMorph® Offline Imaging System Version 6.0r5 software (Molecular Devices Corporation) or Adobe Photoshop Version CS5 (Adobe Systems Inc., San Jose, CA).

**Calculation of transfection efficiency**

Captured images were analyzed using either MetaMorph® Offline Imaging System Version 6.0r5 or Adobe Photoshop Version CS5 software to count both the number of cells expressing fluorescent proteins (transfection or transduction events) and the number of nuclei. The efficiencies were calculated by dividing the number of transfection or transduction events in the field of view by the number of nuclei in the same field of view. Nuclei and transfection events from three different areas (subsamples) of each well were measured, calculated, and averaged to determine the mean efficiency of each experiment. The experiment was repeated four to six times (n=4–6) in every condition for both cell lines (see "Results"). The mean efficiency of the gene delivery method was then calculated by averaging the means derived from replicate experimental conditions (n=4–6). A one-way ANOVA was performed for each cell line to determine statistical significance between gene delivery methods. Means are shown with Gabriel comparison intervals (Gabriel 1978). Pairs of means whose Gabriel comparison intervals do not overlap are statistically different using a significance value of 0.05. Student's t tests were performed to compare conditions across cell lines; comparisons where p <0.05 were taken to be significantly different.

# Results

## Transfection and transduction efficiency in the A6 cell line

Amphibian (A6) cells were responsive to biological (viral-mediated) and chemical (lipid-mediated) delivery of commercially available fluorescent constructs as well as our novel inner ear BK β1 pmCherry-N1 construct. Gene delivery efficiency in this cell line using Metafectene® Pro was comparable regardless of the plasmid (2.38% for pEGFP-N3, Figs. 1 and 2A–D; 2.16% for pmCherry-N1, Figs. 1 and 2E–H; 1.26% for BK β1 pmCherry-N1, Figs. 1 and 2I–L; 2.41% for pEYFP-Tub, Figs. 1 and 2M–P). In every instance, the efficiency of gene delivery using the BacMam system, Cellular Lights™ Tubulin-RFP (3.43%, Figs. 1 and 3A–D) was greater than that found while using Metafectene® Pro; however, these variations were not statistically different using a significance value of 0.05 for the Gabriel comparison interval (Gabriel 1978). Electroporation was not successful in the A6 cell line, although it was attempted four to six times with each plasmid. When A6 cells were subjected to varying voltages (290–1,200 V), the cell survival rate was high but transfection events were low to nonexistent.

NIH-PA Author Manuscript   NIH-PA Author Manuscript   NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Transfection and transduction efficiency in the CHO cell line**

Heterologous expression of every construct was achieved in mammalian CHO cells with all three methods, including physical (electroporation). Transfection efficiencies with the chemical agent Lipofectamine™ 2000 were greater for the commercially available fluorescent constructs than for our inner ear BK β1 pmCherry-N1 construct (6.24%, Figs. 4 and 5I–L). These differences were statistically significant ($p < 0.05$; Gabriel 1978) for pEYFP-Tub (21.6%, Figs. 4 and 5M–P) and pEGFP-N3 (23.39%, Figs. 4 and 5A–D) but not for pmCherry-N1 (16.39%, Figs. 4 and 5E–H).

A similar trend was observed in electroporation experiments. The gene delivery efficiencies of the solitary fluorescent proteins with electroporation (19.55% for pEGFP-N3, Figs. 4 and 6A–D; 17.96% for pmCherry-N1, Figs. 4 and 6E–H), were greater than the transfection efficiency of the BK β1 pmCherry-N1 fusion construct (13.09%, Figs. 4 and 6I–L). In contrast to results in the A6 cell line, the electroporation efficiency of the commercially available fluorescent fusion construct (10.16% for pEYFPTub, Figs. 4 and 6M–P) was less than that of the BK β1pmCherry-N1 fusion construct. However, none of these differences were statistically significant using a significance value of 0.05 for the Gabriel comparison interval (Gabriel 1978). Finally, the transduction efficiency with the BacMam virus, Cellular Lights™ Tubulin-RFP (38.49%, Figs. 3E–H and 4)was significantly greater than the efficiencies found with any other gene delivery method ($p < 0.05$; Gabriel 1978).

**Comparison between the CHO and A6 cell lines**

Lipid-mediated gene delivery was significantly more effective in CHO cells for every plasmid ($p = 0.001$, pEYFP-Tub; $p = 0.000006$, pEGFP-N3; $p = 0.00004$, pmCherry-N1; and $p = 0.0006$, BK β1 pmCherry-N1). When compared with the amphibian cells (A6), viral-mediated gene delivery using Cellular Lights™ Tubulin-RFP, a BacMam virus, was significantly more successful ($p = 0.008$) in the mammalian (CHO) cell line. Electroporation in hypoosmolar buffer appeared to affect the A6 cell line morphology (data not shown) but not CHO cells (Fig. 6); A6 cells appeared more rounded (phase bright) and were less distended than controls. Viral-mediated (Fig. 3) and lipid-mediated (Figs. 2 and 5) gene delivery methods did not appear to affect cellular morphology for either the A6 or the CHO cell line.

**Cost and exposure period versus gene delivery efficiency**

BacMam had the highest gene delivery efficiency; however, this method was the most expensive with an approximate cost of $22 per experimental chamber (Table 1). The costs of gene delivery with cationic lipid reagents and electroporation were comparable. Lipid-mediated transfection was the least expensive method for each sample ($2.20 for Lipofectamine™ 2000, $0.25 for Metafectene® Pro; Table 1). Electroporation required the greatest amount of plasmid DNA (10 μg) but exposes cells to the treatment for the least amount of time. While cells require hours to days to express the fluorescent gene of interest regardless of the gene delivery method, electroporation limits the amount of time that the cellular environment is perturbed to 40 μs. In contrast, biological (viral-mediated) and chemical (lipid¬mediated) gene delivery methods require exposure to the reagent for 4–48 h. Ancillary costs such as media and trypsin are the same for all gene delivery methods and

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Ramirez-Gordillo et al.                                                                                              Page 9

were not included in our comparison. In addition, the initial cost of the Eppendorf Multiporator® (~4,500; Institutional Pricing 2009) was not factored in to our calculations in Table 1.

## Discussion

*Xenopus* affords novel opportunities for genetic investigations of inner ear structure and function due to the availability of a sequenced genome and established methods for the facile production of transgenic animals (Chesneau et al. 2008; Hellsten et al. 2010). The ability to characterize prevalent *Xenopus* inner ear genes through heterologous expression in cell lines expands the repertoire of available methods for genetic analysis beyond the traditional and well-established *Xenopus* oöcyte expression system (Terhag et al. 2010). Procedures that facilitate *Xenopus* gene delivery in both amphibian and mammalian cell lines are desirable for greatest experimental flexibility. Because available gene delivery methods are optimized primarily for mammalian cell lines, we hypothesized that transfection of the amphibian (*Xenopus*) A6 cell line might pose challenges with regard to efficiency (Kay and Peng 1991). To this end, we compared the efficiencies of physical (electroporation), chemical (lipid-mediated), and biological (viral-mediated) methods for delivering fluorescent constructs to CHO and *X. laevis* (kidney; A6) cells. Our experimental approach implemented many commercially available reagents with properties that may vary due to lot number and changes in production procedures.

Significantly higher fluorescent protein expression was observed in CHO cells as compared with A6 cells with all three gene delivery methods and every fluorescent construct (Figs. 1 and 4). Specific properties of CHO and A6 cells could account for the difference in gene delivery efficiency between these cell lines. For example, the *X. laevis* (A6) cell line is of kidney and amphibious origin. In contrast to mammalian cells, amphibian cells are adapted to a wider range of osmotic environments and are cultured in a solution that would be highly hypotonic for a mammalian cell (Balls and Worley 1973). Furthermore, A6 cells appear capable of adapting to a range of gravitational environments. A6 cells have been shown to proliferate robustly when exposed to hypergravity conditions up to 10 g (Ichigi and Asashima 2001; Tanaka et al. 2003). In our experiments, we did not observe adverse effects on A6 cell morphology in response to electrical pulses of voltages as high as 1,200 V. Cellular properties that confer these types of adaptive characteristics to the A6 cell line also could potentially reduce the efficacy of gene delivery methods.

For example, the A6 cell membrane could have a molecular composition and structure that reduces the efficacy of gene delivery, as all methods require a direct and aggressive interaction with the plasma membrane (e.g., lipid fusion or electrically induced destabilization). Methods that perturb the membrane of A6 cells in a more forceful manner may increase transfection efficiency. However, exposure to such conditions frequently results in extensive cell death and makes apoptosis an essential factor to consider when optimizing transfection methods that severely impact cell mortality (Matsuki et al. 2008).

Differences in transfection efficiency between the two cell lines could be attributable, at least to some extent, to intrinsic growth properties and culture conditions of the A6 and

CHO lines. A6 cells are grown slightly above room temperature (28°C) and double approximately every 36 h (Ichigi and Asashima 2001). In contrast, the CHO cells used in this study are grown at a higher temperature (37°C) and double approximately every 12 h (Nakahara et al. 2002). Presumably, therefore, transcription and translation are more rapid in the CHO line, resulting in the ability to detect fluorescent proteins more rapidly. However, we attempted to account for this difference in our comparison of lipid-mediated transfection by allowing the A6 cells to grow for 48 h and by fixing CHO cells after only 24 h. Therefore, growth rate and temperature differences could partially account for the variation in transfection efficiency between the two cell lines used in this study. It is important to account for inherent differences between cell lines as they may account for discrepancies, not only in this study, but in all studies of cell lines.

The majority of the plasmids we used in this experiment were commercially available constructs. We also synthesized our own fusion construct by cloning an inner ear BK β1 ion channel subunit and then subcloning the sequence into the commercially available pmCherry-N1 vector. We successfully expressed our novel fusion construct, thereby laying the foundation for future studies of inner ear genes of interest. Although not statistically significant, we noted a trend in both cell lines regarding the expression of fusion constructs versus expression of the fluorescent protein tag alone. We observed that insertion of the inner ear BK β1 subunit into the pmCherry-N1 vector reduced the transfection efficiency in both cell lines (Figs. 1 and 4). These results suggest that cloning genes of interest into a viral vector for transduction may decrease the efficiency of gene expression when compared with the efficiency of expression of the fluorescent tag alone. The inner ear BK β1 insert is small (618 bp), but it is reasonable to assume that larger inserts would augment this trend.

Due to the limited commercial availability of BacMam Cellular Lights™ constructs, we compared the viral delivery of BacMam Cellular Lights™ Tubulin-RFP to the chemical and physical delivery of pEYFP-tubulin. The expressed proteins of these constructs are similarly sized and share amino acid homology and function (pEYFP-Tubulin, 688 amino acids; Cellular Lights™ Tubulin-RFP, 680 amino acids). As previously noted, BacMam viruses are designed for expression in mammalian cells (Long et al. 2006). Transduction of CHO cells with Cellular Lights™ Tubulin-RFP was almost twice as effective as gene delivery with any other method (Fig. 4). While BacMam is the most expensive method at $22 per experimental sample, the high transduction efficiency in mammalian (CHO) cells indicates that this system is suitable for heterologous expression studies of *Xenopus* inner ear genes. BacMam was more effective in A6 cells (3.4% transduction efficiency) than the other gene delivery methods, although this result was not statistically significant (Fig. 1).

The high gene delivery efficiency using a BacMam virus (37.49%, Fig. 4) in CHO cells offers significant advantages for experiments where co-transduction is desired. Co¬transduction studies are essential for the analysis of membrane proteins that require modulation by intracellular moieties or are comprised of several subunits that come together to form a complete protein, as with the BK channel (Orio et al. 2002). The A6 cell line would be advantageous for co-transfection studies because it shares a species origin with the inner ear genes we wish to analyze and would presumably have the species-specific cofactors necessary for protein folding. Although the BacMam virus offered a higher

NIH-PA Author Manuscript                NIH-PA Author Manuscript                NIH-PA Author Manuscript

(though not statistically significant) gene delivery efficiency in A6 cells (3.4%), the probability of a co¬transduction event is only 0.1%, or one in every thousand A6 cells as compared with approximately one in every 15 CHO cells.

*Xenopus* cell lines such as A6 offer distinct advantages for our heterologous expression research because gene expression levels can be estimated using the Affymetrix GeneChip® *X. laevis* genome arrays. However, the low probability of a co-transfection event in the A6 cell line makes mammalian (CHO) cells a better option for our heterologous expression studies, and this is consistent with longstanding practices where genes are expressed in cell lines of different species origin. For example, insect cells have been widely employed for mammalian protein production (Smith et al. 1983; Altmann et al. 1999) and plant cells offer promise for the production of therapeutic human proteins (Desai et al. 2010). Other laboratories have used alternative methods for A6 kidney cell transfection by creating stable transformants through drug selection (Faletti et al. 2002; Mies et al. 2007). However, these methods require exposure to toxic concentrations of geneticin, an aminoglycoside antibiotic that is closely related to gentamicin. Because aminoglycoside antibiotics are notably nephrotoxic (Lopez-Novoa et al. 2011), the methods necessary for stable transformation may affect the properties of the A6 kidney cell line.

Research presented here was motivated by a need to develop methods for genetic analysis of the *Xenopus* inner ear outside of the whole animal model. Our results highlight the need for improved gene delivery methods as evidenced by the array of new reagents continuously being released by manufacturers. For example, the recently developed BacMam 2.0 reagents have been designed to improve transduction efficiency through the addition of a pseudotyped capsid protein for more efficient cell entry and genetic elements (enhanced CMV promoter and Woodchuck Post-transcriptional Regulatory Element) that boost expression levels (Invitrogen 2011). Although results were statistically significant only in the CHO cell line, viral-mediated gene delivery has a tendency to be more effective than chemical or physical gene delivery methods; however the cost of viral transduction is also much higher. The successful transfection of amphibian (A6) cells offers promise for our heterologous expression studies in a cell line that shares species origin with our candidate *Xenopus* inner ear genes. However, we are intrigued by the observation that transfection efficiencies in the amphibian kidney (A6) cell line are significantly lower than in the mammalian ovary (CHO) cell line, which is notably difficult to transfect. We believe this result underscores the need for greater understanding of amphibian cell biology and cell culture, especially in light of the worldwide decline of amphibian populations and the increased prevalence of contaminants in fresh water habitats (Boyer and Grue 1995).

## Acknowledgments

We would like to acknowledge Karla Almaraz for assistance with cell culture. Funding for this research was provided by Graduate Fellowships from NSF to DRG (New Mexico AMP, HRD-0331446; IGERT, DGE0504304) and NIH grants to EES (R01DC03292 and P50GM068762).

## References

Altmann F, Staudacher E, Wilson IB, März L. Insect cells as hosts for the expression of recombinant glycoproteins. Glycoconj J. 1999; 16(2):109–123. [PubMed: 10612411]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Balls M, Worley RS. Amphibian cells in vitro: II. Effects of variations in medium osmolarity on a permanent cell line isolated from Xenopus. Exp Cell Res. 1973; 76(2):333–336. [PubMed: 4685353]

Banerjee P, Berry-Kravis E, Bonafede-Chhabra D, Dawson G. Heterologous expression of the serotonin 5-HT1A receptor in neural and non-neural cell lines. Biochem. Biophys. Res. Commun. 1993; 192:104–110. [PubMed: 8476411]

Barry PA. Efficient electroporation of mammalian cells in culture. In: Heiser W. C. (ed) Gene delivery to mammalian cells. Humana Press Inc., Totowa. 2004:207–214.

Boyer R, Grue CE. The need for water quality criteria for frogs. Environ Health Perspect. 1995; 103(4):352–357. [PubMed: 7607135]

Butel JS, Talas M, Ugur J, Melnick JL. Demonstration of infectious DNA in transformed cells. III. Correlation of detection of infectious DNA-protein complexes with persistence of virus in simian adenovirus SA7-induced tumor cells. Intervirology. 1975; 5(1–2):43–56. [PubMed: 1184347]

Chesneau A, Sachs LM, Chai N, Chen Y, Du Pasquier L, Loeber J, Pollet N, Reilly M, Weeks DL, Bronchain OJ. Transgenesis procedures in Xenopus. Biol Cell. 2008; 100(9):503–521. [PubMed: 18699776]

Condreay JP, Witherspoon SM, Clay WC, Kost TA. Transient and stable gene expression in mammalian cells transduced with a recombinant baculovirus vector. PNAS. 1999; 96:127–132. [PubMed: 9874783]

Desai PN, Shrivastava N, Padh H. Production of heterologous proteins in plants: strategies for optimal expression. Biotechnol. Adv. 2010; 28(4):427–435. [PubMed: 20152894]

Díaz ME, Varela-Ramírez A, Serrano EE. Quantity, bundle types, and distribution of hair cells in the sacculus of Xenopus laevis during development. Hear. Res. 1995; 91(1–2):33–42. [PubMed: 8647723]

Duncan RK, Fuchs PA. Variation in large-conductance, calcium-activated potassium channels from hair cells along the chicken basilar papilla. J. Physiol. 2003; 547:357–371. [PubMed: 12562934]

Faletti CJ, Perrotti N, Taylor SI, Blazer-Yost BL. sgk: an essential convergence point for peptide and steroid hormone regulation of ENaC-mediated Na+ transport. Am J Physiol Cell Physiol. 2002; 282(3):C494–C500. [PubMed: 11832334]

Fettiplace R, Fuchs PA. Mechanisms of Hair Cell Tuning. Annu. Rev. Physiol. 1999; 61:809–834. [PubMed: 10099711]

Gabriel K. R. A simple method of multiple comparison of means. J. Amer. Stat. Assoc. 1978; 73:724–729.

Hellsten U, Harland RM, Gilchrist MJ, Hendrix D, Jurka J, Kapitonov V, Ovcharenko I, Putnam NH, Shu S, Taher L, Blitz IL, Blumberg B, Dichmann DS, Dubchak I, Amaya E, Detter JC, Fletcher R, Gerhard DS, Goodstein D, Graves T, Grigoriev IV, Grimwood J, Kawashima T, Lindquist E, Lucas SM, Mead PE, Mitros T, Ogino H, Ohta Y, Poliakov AV, Pollet N, Robert J, Salamov A, Sater AK, Schmutz J, Terry A, Vize PD, Warren WC, Wells D, Wills A, Wilson RK, Zimmerman LB, Zorn AM, Grainger R, Grammer T, Khokha MK, Richardson PM, Rokhsar DS. The genome of the Western clawed frog Xenopus tropicalis. Science. 2010; 328(5978):633–636. [PubMed: 20431018]

Ibey BL, Xiao S, Schoenbach KH, Murphy MR, Pakhomov AG. Plasma membrane permeabilization by 60 and 600-ns electric pulses is determined by the absorbed dose. Bioelectromagnetics. 2009; 30:92–99. [PubMed: 18839412]

Ichigi J, Asashima M. Dome formation and tubule morphogenesis by Xenopus kidney A6 cell cultures exposed to microgravity simulated with a 3D clinostat and to hypergravity. In Vitro Cell Dev Biol-Animal. 2001; 37:31–44.

Invitrogen. CellLight® Reagents *BacMam 2.0*. 2011. http://probes.invitrogen.com/media/pis/mp10582.pdf. [1 March 2011]

Joint Genome Institute. [20 January 2009] The Regents of the University of California. 1997. http://genome.jgipsf.org/Xentr4/Xentr4.home.html.

Kay, B.; Peng, HG. Academic. San Diego: 1991. Methods in cell biology, 36, X. laevis: practical uses in cell and molecular biology..

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Kim Y, Klutz AM, Jacobson KA. Systematic investigation of polyamidoamine dendrimers surface-modified with poly(ethylene glycol) for drug delivery applications: synthesis, characterization, and evaluation of cytotoxicity. Bioconjug Chem. 2008; 19:1660–1672. [PubMed: 18610944]

Knight VB, Serrano EE. Tissue and species differences in the application of quantum dots as probes for biomolecular targets in the inner ear and kidney. IEEE Transactions in Nanobioscience. 2006; 5:251–262.

Liu MY, Lin SC, Liu H, Candal F, Vafai A. Identification and authentication of animal cell culture by polymerase chain reaction amplification and DNA sequencing. In Vitro Cell Dev Biology-Animal. 2004; 39:424–427.

Long G, Pan X, Kormelink R, Vlak JM. Functional entry of baculovirus into insect and mammalian cells is dependent on clathrin-mediated endocytosis. J. Virol. 2006; 80(17):8830–8833. [PubMed: 16912330]

Lopez-Novoa JM, Quiros Y, Vicente L, Morales AI, Lopez-Hernandez FJ. New insights into the mechanism of amino—glycoside nephrotoxicity: an integrative point of view. Kidney Int. 2011; 79(1):33–45. [PubMed: 20861826]

Matsuki N, Ishikawa T, Imai Y, Yamaguchi T. Low voltage pulses can induce apoptosis. Cancer Lett. 2008; 269(1):93–100. [PubMed: 18504072]

Mies F, Spriet C, Héliot L, Sariban-Sohraby S. Epithelial Na+ channel stimulation by n-3 fatty acids requires proximity to a membrane-bound A-kinase-anchoring protein complexed with protein kinase A and phosphodiesterase. J. Biol. Chem. 2007; 282(25):18339–18347. [PubMed: 17478424]

Nakahara T, Yaguchi H, Yoshida M, Junji M. Effects of exposure of CHO-K1 cells to a 10-T Static Magnetic Field. Radiology. 2002; 224:817–822. [PubMed: 12202720]

Oberholtzer CJ. Frequency tuning cochlear hair cells by differential splicing of BK channel transcripts. Journal Physiol. 1999; 518:653–665. [PubMed: 10420004]

Orio P, Rojas P, Ferreira G, Latorre R. New disguises for an old channel: MaxiK channel beta-subunits. News Physiol Sci. 2002; 17:156–161. [PubMed: 12136044]

Powers T, Trujillo-Provencio C, Whittaker C, Serrano EE. Gene expression profiling of Xenopus organs yields insight into the Xenopus inner ear transcriptome. ARO. Abstr. 2007; 30:741.

Pyott SJ, Meredith AL, Fodor AA, Vazquez AE, Yamoah EN, Aldrich RW. Cochlear function in mice lacking the BK channel $\alpha$, $\beta1$, or $\beta4$ subunits. J. Biol. Chem. 2007; 282:3312–3324. [PubMed: 17135251]

Ramanathan K, Michael TH, Jiang GJ, Hiel H, Fuchs PA. A molecular mechanism for electrical tuning of cochlear hair cells. Science. 1999; 283:215–217. [PubMed: 9880252]

Scolnick EM, Bumgarner SJ. Isolation of infectious xenotropic mouse type C virus by transfection of a heterologous cell with DNA from a transformed mouse cell. J. Virol. 1975; 15(5):1293–1296. [PubMed: 16789163]

Serrano EE, Trujillo-Provencio C, Sultemeier DR, Bullock WM, Quick QA. Identification of genes expressed in the Xenopus inner ear. Cell Mol Biol (Noisy-le-grand). 2001; 47(7):1229–1239. [PubMed: 11838972]

Shin JB, Adams D, Paukert M, Siba M, Sidi S, Levin M, Gillespie PG, Gründer S. Xenopus TRPN1 (NOMPC) localizes to microtubule-based cilia in epithelial cells, including inner-ear hair cells. Proc Natl Acad Sci. 2005; 102(35):12572–12577. [PubMed: 16116094]

Smith GE, Summers MD, Fraser MJ. Production of human beta interferon in insect cells infected with a baculovirus expression vector. Mol. Cell. Biol. 1983; 3(12):2156–2165. [PubMed: 6318086]

Sultemeier DR, Knight VB, Manuelito SJ, Hopkins M, Serrano EE. Heterologous and homologous expression systems for functional analysis of Xenopus inner ear genes. Assoc. Res Otolaryngol Abs. 2005:821.

Tanaka M, Asashima M, Atomi Y. Proliferation and differentiation of Xenopus A6 cells under hypergravity as revealed by time-lapse imaging. Vitro Cell Dev Biol Anim. 2003; 39(1–2):71–79.

Terhaj J, Cavara NA, Hollmann M. Cave Canalem: how endogenous ion channels may interfere with heterologous expression in Xenopus oocytes. Methods. 2010; 51(1):66–74. [PubMed: 20123125]

Trujillo-Provencio C, Powers TR, Sultemeier DR, Serrano EE. RNA isolation from Xenopus inner ear sensory endorgans for transcriptional profiling and molecular cloning. Methods Mol Biol. 2009; 493:3–20. [PubMed: 18839338]

Varela-Ramírez, A.; Trujillo-Provencio, C.; Serrano, EE. Hear. Res. Vol. 119. 1–2: 1998. Detection of transcripts for delayed rectifier potassium channels in the X. laevis inner ear.; p. 125-134.

Wyatt, SK.; Giorgio, TD. DNA delivery to cells in culture using cationic liposomes.. In: Heiser, WC., editor. Gene delivery to mammalian cells. Humana Press Inc.; Totowa: 2004. p. 83-86.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 1. Gene delivery efficiency in A6 cells**

Mean transfection or transduction efficiencies for *X. laevis* kidney (A6) cells calculated from four separate experiments, except where n=5 (asterisk). Genes (listed under each column) were delivered using either Metafectene® Pro (L) or the BacMam virus (V). Pairs of means with Gabriel comparison intervals that do not overlap are significantly different (Gabriel 1978; $p < 0.05$).

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 2. Lipid-mediated transfection in A6 cells**
Representative images of A6 cells used to calculate lipid-mediated transfection efficiencies.
Cells transfected with pEGFP-N3 (A), pmCherry-N1 (E), pmCherry-N1 BK β1(I), and
EYFP-tub (M) were counterstained with Hoechst (B, F, J, N) to calculate efficiency.
Fluorescent merges (C, G, K, O) and DIC images (D, H, L, P) show that fluorescent labels
localize to cells as predicted. Scale bar=50 μm.

Ramirez-Gordillo et al.                                                                                    Page 17

NIH-PA Author Manuscript



**Figure 3. BacMam mediated transduction in A6 and CHO cells**
Representative images of A6 and CHO cells used to calculate viral transduction efficiencies in A6 (A–D) and CHO (E–H) cells. Cells transduced with Cellular Lights™ Tubulin-RFP (A, E) were counterstained with Hoechst (B, F) to calculate efficiency. Fluorescent merges (C, G) and DIC images (D, H) show that fluorescent labels localize to cells as predicted. Scale bar=50 μm.

Ramirez-Gordillo et al.                                                                                     Page 18



**Figure 4. Gene Delivery Efficiency in CHO Cells**

Mean transfection or transduction efficiencies for CHO cells where n=4, except where n=6 (asterisk). Genes (listed under each column) were delivered using Lipofectamine™ 2000 (L), electroporation (E), or BacMam virus (V). Pairs of means with Gabriel comparison intervals that do not overlap are significantly different (Gabriel 1978; $p < 0.05$).

*In Vitro Cell Dev Biol Anim*. Author manuscript; available in PMC 2014 May 29.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 5. Lipid-mediated transfection in CHO cells**
Representative images of CHO cells used to calculate lipid-mediated transfection efficiencies. Cells transfected with pEGFP-N3 (A), pmCherry-N1 (E), pmCherry-N1 BK β1(I), and EYFP-tub (M) were counterstained with Hoechst (B, F, J, N) to calculate efficiency. Fluorescent merges (C, G, K, O) and DIC images (D, H, L, P) show that fluorescent labels localize to cells as predicted. Scale bar=50 μm.

Ramirez-Gordillo et al. Page 20



**Figure 6. Transfection with electroporation in CHO cells**
Representative images of CHO cells used to calculate transfection efficiencies for electroporation. Cells transfected with pEGFP-N3 (A), pmCherry¬N1 (E), pmCherry-N1 BK β1(I), and EYFP-tub (M) were counterstained with Hoechst (B, F,J, N) to calculate efficiency. Fluorescent merges (C, G, K, O) and DIC images (D, H, L, P) show fluorescent labels localize to cells as predicted. Scale bar=50 μm.

*In Vitro Cell Dev Biol Anim*. Author manuscript; available in PMC 2014 May 29.

Ramirez-Gordillo et al.                                                                Page 21

**Table 1**

**Gene delivery cost estimates**

The approximate costs per experimental treatment are provided for each gene delivery method. The cost estimates listed are based on 2011 institutional pricing with all applicable discounts

| Gene delivery method | Product Cost (including S & H) | Product packaging | Number of slide wells that can be prepared | Estimated cost of reagent per slide well |
|---|---|---|---|---|
| Biological (BacMam virus) | | | | |
| Chemical (Metafectene) | | 6 mL vial 1 mL vial | | |
| Chemical (Lipofectamine) | | 0.75 mL vial 50 | | |
| Physical (Electroporation) | $360 $255 $330 $165 | cuvettes | 16.5 1,000 150 50 | $22 $0.25 $2.20 $3.30 |

*In Vitro Cell Dev Biol Anim*. Author manuscript; available in PMC 2014 May 29.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Joint Claim Construction Brief

# EXHIBIT 22

Annu. Rev. Biophys. Biomol. Struct. 2000. 29:27–47
Copyright © 2000 by Annual Reviews. All rights reserved

# STRUCTURE AND FUNCTION OF LIPID-DNA COMPLEXES FOR GENE DELIVERY

## S. Chesnoy and L. Huang

*Laboratory of Drug Targeting, Department of Pharmacology,
University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania 15261;
e-mail: Leaffi＋@pitt.edu, Chesnoy＋@pitt.edu*

**Key Words**   plasmid DNA, cationic lipid, transfection, X-ray diffraction, toxicity

■ **Abstract**   Owing to the rapid development of in vivo applications for non-viral gene delivery vectors, it is necessary to have a better understanding of how the structure-activity relationships of these lipid-DNA complexes are affected by their environment. Indeed, research in gene therapy first focused on in vitro cell culture studies to determine the mechanisms involved in the delivery of DNA into the cell. New biophysical techniques such as electron microscopy and X-ray diffraction have been developed to discern the structure of the lipid-DNA complex. However, further studies have revealed discrepancies between optimal lipid-DNA formulations for in vitro transfection and for in vivo administration of these vectors. Furthermore, some immune stimulatory effects have been associated with in vivo lipid-DNA administration. This review summarizes the current state of knowledge on in vitro and in vivo lipid-DNA complex transfections. New prospects of vectors for in vivo gene transfer are also discussed.

## CONTENTS

INTRODUCTION ............................................................ 27
STRUCTURE AND PHYSICAL PROPERTIES OF CATIONIC LIPIDS ......... 28
   Hydrophobic Anchor ................................................... 28
   Linker ................................................................ 30
   Head Group ........................................................... 31
STRUCTURE OF THE LIPID-DNA COMPLEX ............................. 33
FUNCTION OF THE LIPID-DNA COMPLEX .............................. 38
   Interaction with Cells In Vitro ......................................... 38
   Interaction with Serum Components ..................................... 41
   Biodistribution and Toxicity ........................................... 42
FUTURE DIRECTIONS .................................................... 43

## INTRODUCTION

During the past 10 years, there has been keen interest in the design of novel non-viral systems for gene transfer. The first nonviral DNA vector developed was a

1056-8700/00/0610-0027$14.00                                                      27

ALNY-00946766

complex of a cationic lipid and DNA (lipoplex). A cationic lipid can be used alone or with a helper lipid, usually neutrally charged. These nonviral vectors are very promising because they are easy to mass-produce and less immunogenic than the viral vectors. However, their level of gene transfer efficiency is not as high as that of viral vectors. Some very recent findings suggest that the low efficiency of these vectors could be related to a nonspecific immunogenic response (30, 62). Moreover, these vectors are unstable in the presence of serum, which creates difficulties for in vivo application. Tremendous effort has recently been devoted to solving this problem, including the continuous synthesis of new cationic lipids and the search for new formulations that have reduced interactions with serum proteins.

New techniques have been developed to better characterize these complexes, such as X-ray diffraction and electron microscopy. The most recent X-ray diffraction analyses have revealed very interesting structures in lipid-DNA complexes. Indeed, it appears that DNA and cationic lipids form very well-organized multi-lamellar structures (25, 41, 45). The structure of lipid-DNA complexes exposed to serum still remains to be elucidated.

The biological fate of lipid-DNA complexes inside the cell involves a complex mechanism comprising several steps: binding of DNA to the cell, escape of DNA into the cytoplasm, and entry of DNA into the nucleus. The role of cationic lipids in this process has been found to be very important, and some correlations have been established between the lipid-DNA structure and its transfection efficiency in vitro (22). However, it has been reported recently that in vitro studies are not predictive of in vivo studies, which emphasizes the importance of the biological environment in the structure-activity relationship of such complexes.

It is beyond the scope of this review to summarize all of the recent findings in lipidic gene delivery. Instead, this review is a general clarification of the structure and function of the lipid-DNA complex for in vitro and in vivo gene delivery.

## STRUCTURE AND PHYSICAL PROPERTIES OF CATIONIC LIPIDS

All cationic lipids are composed of three parts: a hydrophobic anchor, a linker, and a head group (Figure 1).

### Hydrophobic Anchor

Hydrophobic anchors represent the nonpolar hydrocarbon moieties of the cationic lipids and can be grouped into three categories—single-chain hydrocarbons, double-chain hydrocarbons, and cholesterol.

***Single-Chain Hydrocarbons***   Single-chain hydrocarbons are better known as surfactants because of their ability to form micelles in solution. Their use in



**Figure 1**   Graphic example of a cationic lipid.

gene therapy has been very restricted because of their toxicity against the cells (37).

*Double-Chain Hydrocarbons*    Double-chain hydrocarbons represent the majority of cationic lipids synthesized so far (Figure 2). Oleoyl chain (C18:1) is the most frequently observed unsaturated acyl chain, whereas C14, C16, and C18 are the commonly observed saturated hydrocarbon chains. The importance of the



DOTAP (1,2-dioleoyloxypropyl)-N, N, N-trimethylammonium chloride

DDAB dimethyldioctadecylammonium bromide

DOTMA N-(2,3-dioleyloxypropyl)-N, N, N-trimethylammonium chloride

**Figure 2**   Double-chain cationic lipids.

ALNY-00946768

|          | R                                    |
|----------|--------------------------------------|
| DOTMA    | $CH_3$                               |
| DORIE    | $HO(CH_2)_2$                         |
| DORIE-HP | $HO(CH_2)_3$                         |
| DORIE-HB | $HO(CH_2)_4$                         |
| DORIE-HPe| $HO(CH_2)_5$                         |

**Figure 3**  Double-chain cationic lipids synthesized by Felgner et al (12). DOTMA: 1,2-dioleyloxypropyl-3-trimethyl ammonium bromide; DORIE: 1,2-dioleyloxypropyl-3-dimethyl-hydroxyethyl ammonium bromide; DORIE-HP: 1,2-dioleyloxypropyl-3-dimethyl-hydroxypropyl ammonium bromide; DORIE-HB: 1,2-dioleyloxypropyl-3-dimethyl-hydroxybutyl ammonium bromide; DORIE-HPe: 1,2-dioleyloxypropyl-3-dimethyl-hydroxypentyl ammonium bromide.

alkyl chain length in transfection activity in vitro was studied by Felgner et al (12), who varied the alkyl chain length in a homologous series of hydroxyethyl quaternary ammonium derivatives (Figure 3). They observed that the alkyl chain length can influence the transfection activity (C14:0 > C18:1 > C16:0 > C18:0). Usually, double-chain hydrocarbons are capable of forming liposomes by themselves, but they are often used with a helper phospholipid in cationic lipid transfection formulations.

*Cholesterol*   The hydroxyl at position 3 was used for derivatization (10, 54). Such compounds are usually mixed with double-chain amphiphiles to form stable cationic liposome formulations (Figure 4).

## Linker

The linker represents any chemical part between the hydrophobic anchor and the head group. The linker is important in ensuring optimal contact between the cationic head group and the negatively charged phosphates of the DNA. In cationic lipids containing double-chain hydrocarbons, a three-carbon skeleton of glycerol is used as the linker [e.g. N-(2,3-dioleoyloxypropyl)-N,N,N-trimethylammonium chloride (DOTMA); (1,2-dioleoyloxypropyl)-N,N,N-trimethylammonium chloride (DOTAP); etc]. For cholesterol derivatives, a spacer of ~3–6 atoms between the amino group and linker is optimal for activity (10). Furthermore, cholesterol

**Figure 4**   Cholesterol derivatives, DC-chol: 3-β-[N-(N', N'-dimethyl-ethane) carbamoyl] cholesterol.

derivatives containing nondegradable ether bonds are generally more toxic than those containing biodegradable linker bonds such as ester, amide, and carbamoyl bonds (10). Comparing the activities of DOTMA and DOTAP for in vivo gene transfer, Liu et al (31) concluded that stable ether bonds may be more beneficial than the less stable ester bonds.

## Head Group

The number of charges on the head group determines whether the cationic lipid will be monovalent or multivalent. In monovalent lipids, the head group consists of either tertiary or quaternary ammonium groups. Chemical modifications of the head group were evaluated by Felgner et al (12), who synthesized a series of 2,3-dialkyloxy quaternary ammonium compounds containing a hydroxyl moiety on the quaternary amine (Figure 3). Those compounds are more efficient in transfection compared with DOTMA, which lacks a hydroxyl group on the quaternary amine. It was suggested that the hydroxyl group could improve the compaction of DNA by several mechanisms. DNA can form hydrogen bonds with the lipid, and the hydroxyl group can enhance the membrane hydration. In their study, Felgner et al (12) varied the chain length of the hydroxyalkyl moiety, while keeping the remaining structure unchanged, and observed that the activity of lipid decreased with an increase in the hydroxyalkyl chain length. It was speculated that an increase in the number of carbon atoms in the hydroxyalkyl chain, providing more flexibility to the terminal hydroxyl group, could lead to an inefficient interaction with DNA, which is responsible for the less observed transfection activity. High levels of

ALNY-00946770

transfection were also obtained with -N-(3-aminopropyl)-N, N-dimethyl-2, 3-bis (dodecyloxy)-1-propanaminium (GAP-DLRIE) (56), which contains a primary amine appended to the quaternary ammonium group in the polar head region. This primary amine, protonated at physiological pH, increases the hydrophilic character of the lipid, which may result in optimal cationic lipid-DNA interaction and lipid-DNA packing.

To design lipids containing a head group well adapted for interactions with phosphate groups of DNA, Vigneron et al (54) synthesized divalent cationic cholesterol derivatives bis-guanidinium cholesterol (Figure 4), which are able to form hydrogen bonds with nucleic acid bases. These compounds are very efficient for transfection for a variety of mammalian cell lines.

Multivalent cationic lipids known as lipopolyamines or lipospermine were synthesized by Behr et al (2). Remy et al (42) tested a series of lipopolyamines by varying the number, nature, and location of charges on the head group. They found that increasing the charge on the molecule containing an identical backbone and spacer [lipids $(C_{18})_2 GlySper^{3+}$, $(C_{18})_2 GlyOrn^{2+}$, and $(C_{18})_2 Gly^+$] increased the efficacy of transfection (Figure 5).

Most of the structure-function relationship studies performed on cationic lipids have been realized in vitro, but very few are done in vivo. Solodin et al (47), who studied imidazolinium compounds, reported that in vitro efficiency is not predictive of in vivo efficiency. Indeed, short, saturated alkyl chain length compounds were the most effective for in vitro transfection, whereas long, unsaturated alkyl chain length compounds were the most effective in vivo.



Figure 5   Double-chain multivalent lipids.

Case 1:22-cv-00336-CFC   Document 184-4   Filed 03/06/24   Page 96 of 318 PageID #: 14539

In another study, Balasubramaniam et al (1) reported that a cationic lipid containing a hydroxyethylammonium moiety in the polar head group improved in vivo gene delivery to the lung. In contrast, cationic lipids containing a trimethylammonium moiety in the polar head group, such as DOTAP, were less effective. In another study, Song et al (49) compared double-chain amphiphilic cationic lipid with cholesterol-based cationic lipid and observed a better activity of the cationic lipids with alkyl chains for in vivo lung cell transfection.

In summary, the definition of a good cationic lipid for in vitro experiments is not necessarily the same as that of a good cationic lipid for in vivo experiments. Furthermore, the development of systemic lipid-DNA complexes requires that the DNA be efficiently compacted and that particles are small enough to undergo extravasation into target tissues. From this point of view, multivalent cationic lipids are more likely to be the most efficient in compacting DNA. However, small particles have been obtained from new formulations involving monovalent cationic lipids and phospholipids (3, 19). Synthesis of efficient cationic lipids and improvement of current formulations should help define the ideal vector for in vivo administration.

## STRUCTURE OF THE LIPID-DNA COMPLEX

Characterization of the structure of the lipid-DNA complex is gaining more interest, based on the idea that a better understanding of the molecular assembly of DNA and cationic lipids should help to establish correlations with their biological activity. Indeed, the transfection efficiency of a given lipid-DNA complex highly depends on its structural and physicochemical properties.

Electron microscopy was the first technique to visualize the structure of a lipid-DNA complex. Sternberg et al (50) used freeze-fracture electron microscopy to study cationic liposomes composed of 3-$\beta$-[N-(N',N'-dimethyl-ethane) carbamoyl] cholesterol (DC-chol) and dioleoylphosphatidylethanolamine (DOPE) mixed with plasmid DNA, and they observed several different kinds of structures, depending on incubation time of the complex and DNA concentration. At low lipid-DNA ratios and after short incubation times, semifused liposomes were observed. When the lipid-DNA ratio was increased and the incubation time prolonged, DNA appeared to be covered by a single bilayer of lipids connected to the liposomes, forming "spaghetti and meatball structures." Tubular spaghetti-like structures and spherical meatball-like aggregates were also observed for DOTMA liposome-DNA complexes. A similar study performed by Gustafsson et al (16) by cryotransmission electron microscopy on cationic liposomes composed of DOTAP or dimethyldioctadecylammonium (DDAB) and DOPE mixed with plasmid DNA revealed entrapment of DNA into aggregated multilamellar structures at low lipid-DNA ratios. When the amount of DNA was increased, free plasmid DNA was found to be associated on the surface of the complexes. In another study, Smyth Templeton et al (46) observed, through cryotransmission

ALNY-00946772



**Figure 6** Cryoelectron micrographs of liposomes and DNA-liposome complexes. DOTAP-cholesterol liposomes (5 mM) were mixed with 150 $\mu$g of DNA [reprinted with permission from Smyth Templeton N, Lasic DD, Frederik PM, Strey HH, Roberts DD, et al. 1997. Improved DNA:liposome complexes for increased systemic delivery and gene expression. *Nat. Biotechnol.* 15:647 (46)].

electron microscopy, a unique feature of the liposome-DNA complex in which DNA was internalized within liposomes composed of DOTAP and cholesterol (Figure 6).

Recent cryotransmission electron microscopy studies performed in collaboration with P Frederik (University of Limburg, Maastricht, the Netherlands) on liposome-protamine-DNA complex (lipopolyplex) revealed double-ring structures, suggesting that the protamine-DNA condensed core is surrounded by a lipid bilayer (Figure 7).

Visualization of DNA incorporated into emulsion was also studied by freeze-fracture electron microscopy, and it seems that the DNA is condensed in the oil droplets (Figure 8) by means of formation of a hydrophobic complex between the DNA and cationic lipids (17).

Recently the use of synchrotron radiation combined with optical microscopy has given new insights into the structure of the lipid-DNA complex. Small-angle X-ray

ALNY-00946773



**Figure 7** Cryoelectron micrographs of liposome-protamine-DNA complex from Song Li (Lab of Drug Targeting, University of Pittsburgh, unpublished results).

scattering experiments carried out by Radler et al (41) on liposomes composed of dioleoylphosphatidylcholine (DOPC) and DOTAP (1:1) mixed with plasmid DNA revealed that liposomes and DNA are rearranged in a multilamellar structure, with DNA intercalated between the bilayers (Figure 9). The interlayer spacing is in the range of $65.1 \pm 2$ Å and represents the lipid membrane thickness plus one monolayer of B-DNA (diameter ~20 Å), including a hydration shell. These authors demonstrated that the DNA interhelical spacing varied as a function of the total lipid-DNA ratio for isoelectric complexes, in which the number of cationic lipids equals the number of phosphate groups on the DNA. Their results showed that the interaxial distance between two helixes of DNA in the multilayers increased with lipid dilution, from being essentially closely packed at 24.5 Å to being significantly diluted at 57.1 Å. The intercalation of DNA between lipid bilayers can be explained as replacement of DNA counterions by cationic lipid. In the absence of DNA, lipidic membranes formed by the mixture of DOPC and DOTAP exhibit strong long-range interlayer electrostatic repulsions. DNA interacting with the cationic lipids effectively screens the electrostatic interactions between the lipid bilayers, resulting in the appearance of the condensed multilayers with intercalated

ALNY-00946774

Case 1:22-cv-00336-CFC   Document 184-4   Filed 03/06/24   Page 99 of 318 PageID #: 14542



**Figure 8**   Freeze-fracture electron microscopy of hydrophobized DNA incorporated into an emulsion, from Sophie Chesnoy (Lab of Drug Targeting, University of Pittsburgh, unpublished results). *Left:* Freeze-fracture electron microscopy of hydrophobized DNA incorporated into an emulsion. *Right:* Schematic representation of DNA coated by cationic lipids in an oil droplet. The oil droplet incorporating the DNA is coated by phospholipids to form the emulsion.

ALNY-00946775



**Figure 9**   Condensed multilamellar lipids incorporating DNA and hexagonal arrangement of lipids with DNA [reprinted (abstracted/excerpted) with permission from Koltover I, Salditt T, Radler JO, Safinya CR. 1998. An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery. *Science* 281:78]. Copyright © 1998 Am. Assoc. Advance. Sci. $L_\alpha^C$: lamellar phase; $H_{II}^C$: columnar inverted hexagonal phase; a: unit cell spacing; $\delta_m$: bilayer thickness; $\delta_w$: water gap; $d_{DNA}$: interaxial DNA-DNA spacing.

planar DNA rod lattices. The same conclusions were reached by Lasic et al (25), who investigated the structure of dioctadecylammonium bromide/Chol-DNA complexes.

A completely different structure was found when Koltover et al replaced DOPC in DOPC/DOTAP liposomes by DOPE (22). These authors demonstrated that, when the weight fraction of DOPE/(DOPE + DOTAP) is between 0.7 and 0.85, the internal structure of the complex undergoes a structural transition from a lamellar gel-condensed phase to a 2-dimensional columnar, inverted hexagonal structure (Figure 9). In this structure, the lipids are arranged in a hexagonal phase II structure in excess water with the water space inside the lipid micelle filled with DNA.

Formation of a lipid DNA lamellar or inverted hexagonal phase depends on the shape of the lipid molecule. For example, a mixture of DOPC and DOTAP forms lamellar structures characterized by zero natural curvature. Replacement of

ALNY-00946776

DOPC by DOPE gives rise to an inverted hexagonal phase because of the intrinsic conelike shape of DOPE.

For multivalent cationic lipids, lamellar and micellar conformations of lipid-DNA complex have been reported recently (4, 38, 39, 63).

In conclusion, it seems that the formation of a condensed lamellar gel phase is the main structural feature reported at this time on mixtures of monovalent and multivalent cationic lipids with DNA. However, when the cationic lipid is mixed with a helper lipid, other structures can be formed upon mixing with DNA, which are dependent primarily on the intrinsic shape of the helper lipid.

## FUNCTION OF THE LIPID-DNA COMPLEX

### Interaction with Cells In Vitro

Interaction of a lipid-DNA complex with cells can be divided into three steps: binding and internalization of DNA by the cells, escape of DNA into the cytoplasm, and entry of DNA into the nucleus.

*Binding of DNA to the Cell*    The cell membrane is negatively charged owing to its high content of glycoproteins and glycolipids containing negatively charged sialic acid residues that can display, depending on the function of the cell, various types of receptors and antigens. As a direct consequence of the general structure of the cell membrane, the mechanism by which a lipid-DNA complex interacts with the cell will depend primarily on the presence of a specific ligand as well as the overall charge content of the vector.

In the absence of a targeting ligand, the driving force for the binding of the lipid-DNA complex to the cell membrane is electrostatic. Heparansulfate proteoglycan molecules may be involved in the capture of a lipid-DNA complex, especially in vivo (35). The main differences in binding efficiency between various lipid-DNA systems are most likely related to their physical properties, such as size, stability, and charge density.

The charge ratio between cationic lipids and DNA is an important parameter for transfection efficiency. A lipid-DNA complex with a high charge ratio $(+/-)$, in which the number of positive charges is in excess, is more efficient in vitro than a lipid-DNA complex with a charge ratio near neutrality.

In a recent study, Ross & Hui (44) found that lipid-DNA size is a major determinant of in vitro transfection efficiency. They showed that the size of positively charged lipid-DNA complexes incubated in the presence of a polyanionic medium was significantly increased and resulted in a higher transfection efficiency in CHO cells.

Several electron microscopic studies (24, 66) of lipid-DNA complex-to-cell interactions have clearly shown that the internalization of the lipid-DNA complex occurs mainly through endocytosis. However, there is a size limit for particles

to be taken up by the cells through endocytosis. To explain why even large lipid-DNA complexes can be taken up by cells in vitro through endocytosis, Ross & Hui (44) proposed that small lipoplexes incubated in a polyanionic medium enlarged and formed granules on the surface of the cells. The granules then entered cells by membrane-directed movement. Zabner et al (64) and Van der Woude et al (53) also showed that the duration of incubation is an important parameter; they observed that more lipid-DNA complexes were taken up by an endocytic process as incubation time increased. In another study, Hui et al (21) compared the effects of phosphatidylethanolamine and phosphatidylcholine as helper lipids for gene transfer in vitro. They obtained higher transfection efficiencies with phosphatidylcholine than with phosphatidylethanolamine and attributed this effect to the fact that phosphatidylcholine-containing complexes form granules very slowly in transfection medium compared with phosphatidylethanolamine-containing complexes.

So it can be concluded that an optimal lipid-DNA formulation will be determined both by a critical ratio between cationic lipid and DNA and by the structure of the helper lipid, to provide a maximal complex-cell interaction with no toxicity.

*Escape of DNA into the Cytoplasm*   For the gene to be expressed, DNA has to be dissociated from lipids. Using microinjection, Zabner et al (64) clearly demonstrated that DNA cannot be expressed when complexed with lipids.

Zhou & Huang (66) and Friend et al (13) studied the intracellular processing of cationic lipid-DNA complexes by electron microscopy and observed that DNA is released into the cytoplasm from an early endosomal compartment, possibly by disruption of the endosomal membrane. In another study, Wattiaux et al (55) investigated, in vitro, how the endosomal membrane could be affected by cationic lipids (DOTAP). They concluded that destabilization of an endosomal membrane depends on interaction between cationic lipids and anionic molecules present in the membrane. According to Xu & Szoka (59), destabilization could be explained by a flip-flop of anionic lipids from the cytoplasmic facing monolayer of the endosomal membrane and subsequent formation of charge-neutral ion pairs with cationic lipids. Depending on the structure of the hydrophobic part of the cationic lipid, differences in the frequency of endosomal membrane disruption will occur. For example, El Ouahabi et al (9) and Balasubramaniam et al (1) observed that lipids with short alkyl chains may be more efficient in interlipid mixing than longer-chain analogs.

To facilitate disruption of the endosomal membrane, fusogenic lipid molecules such as phosphatidylethanolamine are often used as helper lipids (10, 12, 27, 64). A surprising observation is that this fusion process requires the endocytic pathway to occur and does not seem to occur directly at the plasma membrane (58). Indeed these authors demonstrated that binding to the cell surface is insufficient for lipid-DNA fusion. Furthermore, Farhood et al (10) and Legendre & Szoka (27) demonstrated that the lysosomotropic agent chloroquine inhibited the activity

ALNY-00946778

of the cationic liposome containing DOPE. However, as mentioned above, the binding to cell surface for phosphatidylethanolamine-containing complexes could be relatively inefficient owing to their rapid aggregation upon incubation in the transfection medium (21). Thus, although the endocytic pathway remains the primary mechanism for DNA transfer inside cells, spontaneous fusion between cationic liposome and plasma membrane cannot be ruled out (9).

*Entry of DNA into the Nucleus*   Entry of DNA into the nucleus after its release into the cytosol is necessary for gene expression. The precise mechanism of the nuclear delivery of the lipid-DNA complex is unknown but is believed to be an inefficient process. The aqueous channels of the nuclear pore complex allow the free diffusion of small macromolecules ($\leq 70$ kDa), but the transport of larger macromolecules requires an active process (8). Remy et al (43) formulated a virus-like particle containing lipospermine as the cationic lipid and a lipid bearing a head group of nuclear localizing signal peptide, but they did not notice any improvement in transfection. Zabner et al (64) showed that intact lipid-DNA complex microinjected into the cytoplasm of *Xenopus* oocytes has little transfection activity. Thus it can be concluded that DNA has to be freed from lipids to enter the nucleus. Even so, the efficiency of entry is very low. Another drawback to the nuclear transport of plasmid DNA is its instability in the cytoplasm. Lechardeur et al (26) demonstrated that the half-life of naked plasmid DNA after direct injection is very short (1–2 h) and could be attributed to the action of cytosolic nucleases. However, Zanta et al (65) reported that a single nuclear-localization signal peptide linked to one end of a gene is sufficient to promote up to 1000–fold–higher transfection levels compared with naked plasmid DNA lacking the single nuclear-localization signal peptide.

Several studies (11, 34) reported that a correlation exists between mitotic activity and transfection by the cationic lipid-DNA complex. The exact mechanism by which cell proliferation results in gene transfer increase has not been elucidated, yet the breakdown of the nuclear membrane during mitosis could facilitate entry of plasmid DNA into the nucleus.

To overcome the inefficient nuclear transport of plasmid DNA, a cytoplasmic expression system was developed by using a reporter gene driven by a bacteriophage T7 promoter (6, 14). Expression of this gene is dependent on codelivery of T7 RNA polymerase, which remains largely in the cytoplasm owing to the absence of a nuclear localizing signal. Rapid and transient expression of a CAT reporter gene, pT7*cat*, has been reported when codelivered with T7 RNA polymerase and a T7 RNA polymerase regeneration system (15). Recently Brisson et al (5) developed a new T7 RNA polymerase autogene for cytoplasmic expression, which induces a higher and more sustained level of reporter gene expression. This new autogene consists of the T7 RNA polymerase gene driven by both cytomegalovirus and T7 promoters. The cytomegalovirus promoter is used to drive the first round of synthesis of T7 RNA polymerase. The endogenous T7 RNA polymerase produced

from the cytomegalovirus promoter could then act on the T7 promoter of the new autogene in an autocatalytic fashion.

## Interaction with Serum Components

In comparison with viral vectors, a major problem of cationic liposomes is their relatively low transfection efficiency. One of the reasons for this drawback is that the transfection efficiency is strongly inhibited by the presence of serum. This shortcoming limits the application of a cationic liposome for systematic gene delivery in vivo.

Several studies have been carried out to determine how the physicochemical properties of cationic liposome-DNA complexes can be affected in the presence of serum. Yang & Huang (61) investigated the role of the charge ratio of DC-chol liposome to DNA in inhibition of transfection by serum. They found that the inhibitory effect of serum can be overcome by increasing the charge ratio of cationic liposome to DNA. One possible explanation is that, for a higher charge ratio, the neutralizing effect of serum is saturated by excess lipids, allowing some cationic liposome-DNA complexes to bind to the cell surface. In another study, the same authors reported that serum sensitivity of the cationic liposome-DNA complex can also be overcome by prolonging the incubation time of the complex (60). In this study, a DNA–DC-chol liposome complex was incubated for different lengths of time after mixing liposome with DNA. At the end, fetal bovine serum was added to the complex immediately before this mixture was added to murine melanoma BL6 cells. The results showed that, as the incubation time increased, the sensitivity to serum decreased, which indicates that the lipid-DNA complex had undergone a maturation process resulting in a total resistance to serum.

Usually, DOPE is used as a helper lipid in the composition of cationic liposome. Crook et al (7) included cholesterol with DOTAP liposomes instead of DOPE and obtained significant levels of in vitro transfection in serum concentrations of ≤80%. These authors suggested that the inclusion of cholesterol in the membrane could create a highly ordered crystalline state, which would increase the stability of lipid-DNA complexes when exposed to serum. Smyth Templeton et al (46) and Liu et al (31) reported good protection and effective delivery to tissue of DNA mixed with DOTAP:cholesterol liposome, after systemic administration into mice.

In a more recent study by Li et al (29), a correlation between the rate of disintegration of lipidic vectors exposed to serum and their in vivo transfection efficiency in the lung was established. Vectors containing DOPE as a helper lipid were characterized by a rapid rate of disintegration, resulting in poor retention of these vectors in the lung and poor transfection efficiency. In contrast, cholesterol-containing vectors had a slower disintegration rate and were highly efficient in transfecting lung cells in vivo.

ALNY-00946780

To increase the stabilization of cationic liposome-DNA complexes in vivo, Hong et al (20) included a small amount of polyethylene glycol phospholipid conjugate in their cationic liposome-DNA complexes to prevent their aggregation upon contact with serum.

In summary, DNA in complex with cationic liposomes has a strong tendency to form large aggregates over time and is unstable when in contact with serum. By changing the helper lipid in the composition of liposomes, increased serum stability of the vectors is obtained.

## Biodistribution and Toxicity

In all of the reported studies on intravenous administration of lipid-DNA and lipid-protamine-DNA complexes, gene expression appeared in all major organs, including heart, lung, liver, spleen, and kidney (28, 32, 33, 46, 48, 52). The lung is always the organ with the highest level of gene expression, and endothelial cells are the major cell type transfected. Intravenous administration of DNA incorporated in emulsion showed that the liver was the organ with the highest level of gene expression (17). However, only transient expression occurred, and repeated injections of cationic liposome-DNA complexes were ineffective at frequent intervals. In a very recent study, Li et al (30) suggested that inactivation in lung endothelial cells might be caused by a nonspecific immune response. Substantial amounts of interferon $\gamma$ and tumor necrosis factor $\alpha$ were induced after intravenous injection of liposome-protamine-DNA complexes, but methylation of plasmid DNA significantly decreased the level of cytokine production. Interferon $\gamma$ and tumor necrosis factor $\alpha$ have been reported as potential inhibitors of gene expression (40). In a recent review, Krieg (23) explained that most microbial-plasmid DNAs, owing to their high content of unmethylated "CpG motifs," are responsible for triggering rapid activation of B cells, monocytes, macrophages, dendritic cells, and natural killer cells. A specific sequence motif has been identified as highly stimulatory (GACGTT). In another study based on cationic lipid-DNA complexes, Yew et al (62) have shown that the CpG motifs induce immune response in a dose-dependent manner. In our laboratory, oligodeoxynucleotides were used to further elucidate the inhibitory role of CpG in lipid-mediated intravenous gene delivery (51). It has been reported that cytokine production is mainly mediated by unmethylated CpG sequences present in the oligodeoxynucleotides. Interestingly, reversal of CG to GC almost completely abolished the immunostimulatory effect. Furthermore, it appeared from this study that the nucleotides flanking CpG are very important in the induction of the immune stimulatory effect. Finally, the degree of immune stimulation was correlated with the degree of inhibition of transgene expression in the lung.

Considerable effort has been spent in reducing the cytokine production after in vivo administration of lipid-DNA complexes. The reduction of CpG-stimulatory motifs in bacterial DNA is one possible way to inhibit cytokine secretion (30, 62).

ALNY-00946781

Another possible approach is the introduction of CpG-neutralizing sequences (23). The use of immunosuppressive drugs can help to improve transgene expression (51).

## FUTURE DIRECTIONS

A promising area of research is the design of targeted lipid-DNA complexes. It is clear that the physicochemical properties of lipid-DNA complexes are very important in the design of the ideal lipidic vector. The requirements for such an ideal vector can be summarized as follows. The particles should be small enough to be taken up by organs and surface protected by polyethylene glycol, to avoid protein interaction in the serum and thus extend their circulation lifetime into the blood. Furthermore, the addition of a targeting ligand is necessary to allow specific recognition by target cells. The DNA should be condensed and protected from nuclease degradation. Finally, DNA should be sufficiently inert to the immune cells to avoid a high level of cytokine production.

Recently several new methods were used to form small and stable lipid-DNA particles. Small and negatively charged particles were obtained by Blessing et al (3), but, because of their negative charge content and their lack of a targeting ligand, these particles are not active in transfection. In another study, Wheeler et al (57) described a detergent dialysis method to form small lipid-DNA particles coated by polyethylene glycol. These particles showed variable degrees of in vitro transfection efficiency depending on the acyl chain length of the polyethylene glycol-conjugated lipid.

Besides the use of cationic lipid, polycations are extensively studied for in vitro and in vivo gene transfer. Several studies have already reported transfer and gene expression via the strategy of receptor-mediated gene transfer (18, 36), using a polycation-DNA complex, but no efficient transfection in vivo has been reported at this time with targeted lipid-DNA complexes.

## ACKNOWLEDGMENTS

We would like to thank *Nature Biotechnology* and Nancy Smyth Templeton for their permission to print the photograph showing cryoelectron micrographs of liposomes and DNA-liposome complexes. We would also like to thank *Science* and Cyrus Safinya for their permission to print the schematic representation of lamellar and hexagonal phases of lipid-DNA complexes.

The work of this laboratory is supported by the following grants: Targeted Genetics Corporation, NIH 1R001DK54225-01, NIH R01 CA 74918-01A2, NIH P01 DK44935-06A1, NIH AR 45925-01, Muscular Dystrophy of America, NIH CA 64654-05A1.

ALNY-00946782

44     CHESNOY ■ HUANG

**Visit the Annual Reviews home page at www.AnnualReviews.org**

LITERATURE CITED

1. Balasubramaniam RP, Bennett MJ, Aberle AM, Malone JG, Nantz MH, et al. 1996. Structural and functional analysis of cationic transfection lipids: the hydrophobic domain. *Gene Ther.* 3:163

2. Behr JP, Demeneix B, Loeffler JP, Mutul JP. 1989. Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA. *Proc. Natl. Acad. Sci. USA* 86:6982

3. Blessing T, Remy JS, Behr JP. 1998. Monomolecular collapse of plasmid DNA into stable virus-like particles. *Proc. Natl. Acad. Sci. USA* 95:1427

4. Boukhnikachvili T, Aguerre-Chariol O, Airiau M, Lesieur S, Ollivon M, et al. 1997. Structure of in-serum transfecting DNA-cationic lipid complexes. *FEBS Lett.* 409:188

5. Brisson M, He Y, Li S, Yang JP, Huang L. 1999. A novel T7 RNA polymerase autogene for efficient cytoplasmic expression of target genes. *Gene Ther.* 6:263

6. Chen X, Li Y, Xiong K, Kie Y, Aizicovici S, et al. 1995. A nonviral cytoplasmic gene expression system and its implications in cancer gene therapy. *Cancer Gene Ther.* 2:281

7. Crook K, Stevenson BJ, Dubouchet M, Porteous DJ. 1998. Inclusion of cholesterol in DOTAP transfection complexes increases the delivery of DNA to cells in vitro in the presence of serum. *Gene Ther.* 5:137

8. Dowty ME, Williams P, Zhang G, Hagstrom J, Wolff JA. 1995. Plasmid DNA entry into postmitotic nuclei of primary rat myotubes. *Proc. Natl. Acad. Sci. USA* 92:4572

9. El Ouahabi A, Thiry M, Pector V, Fuks R, Ruysschaert JM, et al. 1997. The role of endosome destabilizing activity in the gene transfer process mediated by cationic lipids. *FEBS Lett.* 414:187

10. Farhood H, Serbina N, Huang L. 1995. The role of dioleoyl phosphatidylethanolamine in cationic liposome mediated gene transfer. *Biochim. Biophys. Acta* 1235:289

11. Fasbender A, Zabner J, Zeiher BG, Welsh MJ. 1997. A low rate of cell proliferation and reduced DNA uptake limit cationic lipid-mediated gene transfer to primary cultures of ciliated human airway epithelia. *Gene Ther.* 4:1173

12. Felgner JH, Kumar R, Sridhar CN, Wheeler CJ, Tsai YJ, et al. 1994. Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations. *J. Biol. Chem.* 269:2550

13. Friend DS, Papahadjopoulos D, Debs RJ. 1996. Endocytosis and intracellular processing accompanying transfection mediated by cationic liposomes. *Biochim. Biophys. Acta* 1278:41

14. Gao X, Huang L. 1993. Cytoplasmic expression of a reporter gene by co-delivery of T7 RNA polymerase and T7 promoter sequence with cationic liposomes. *Nucleic Acids Res.* 68:2867

15. Gao X, Jaffurs D, Robbius PD, Huang L. 1994. A sustained, cytoplasmic transgene expression system delivered by cationic liposomes. *Biochem. Biophys. Res. Commun.* 200:1201

16. Gustafsson J, Arvidson G, Karlsson G, Almgren M. 1995. Complexes between cationic liposomes and DNA visualized by cryo-TEM. *Biochim. Biophys Acta* 1235:305

17. Hara T, Tan Y, Huang L. 1997. In vivo gene delivery to the liver using reconstituted chylomicron remnants as a novel nonviral vector. *Proc. Natl. Acad. Sci. USA* 94:14547

18. Hisayasu S, Miyauchi M, Akiyama K, Gotoh T, Satoh S, et al. 1999. In vivo targeted gene transfer into liver cells

ALNY-00946783

mediated by a novel galactosyl-D-lysine/ D-serine copolymer. *Gene Ther.* 6:689

19. Holland HEJ, Shepard L, Sullivan SM. 1996. Formation of stable cationic lipid/DNA complexes for gene transfer. *Proc. Natl. Acad. Sci. USA* 93:7305

20. Hong K, Zheng W, Baker A, Papahadjopoulos D. 1997. Stabilization of cationic liposome-plasmid DNA complexes by polyamines and poly(ethylene glycol)-phospholipid conjugates for efficient in vivo gene delivery. *FEBS Lett.* 400:233

21. Hui SW, Langner M, Zhao YL, Ross P, Hurley E, et al. 1996. The role of helper lipids in cationic liposome-mediated gene transfer. *Biophys. J.* 71:590

22. Koltover I, Salditt T, Radler JO, Safinya CR. 1998. An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery. *Science* 281:78

23. Krieg AM. 1999. Direct immunologic activities of CpG DNA and implications for gene therapy. *J. Gene Med.* 1:56

24. Labat-Moleur F, Steffan AM, Brisson C, Perron H, Feugeas O, et al. 1996. An electron microscopy study into the mechanism of gene transfer with lipopolyamines. *Gene Ther.* 3:1010

25. Lasic DD, Strey H, Stuart MCA, Podgornik R, Frederik PM. 1997. The structure of DNA-liposome complexes. *J. Am. Chem. Soc.* 119:832

26. Lechardeur D, Sohn KJ, Haardt M, Joshi PB, Monck M, et al. 1999. Metabolic instability of plasmid DNA in the cytosol: a potential barrier to gene transfer. *Gene Ther.* 6:482

27. Legendre JY, Szoka FC Jr. 1992. Delivery of plasmid DNA into mammalian cell lines using pH-sensitive liposomes: comparison with cationic liposomes. *Pharm. Res.* 9 (10):1235

28. Li S, Rizzo MA, Bhattacharya S, Huang L. 1998. Characterization of cationic lipid-protamine-DNA (LPD) complexes for intravenous gene delivery. *Gene Ther.* 5:930

29. Li S, Tseng WC, Beer Stolz D, Wu SP, Watkins SC, et al. 1999. Dynamic changes in the characteristics of cationic lipidic vectors after exposure to mouse serum: implications for intravenous lipofection. *Gene Ther.* 6:585

30. Li S, Wu SP, Whitmore M, Loeffert EJ, Wang L, et al. 1999. Effect of immune response on gene transfer to the lung via systemic administration of cationic lipidic vectors. *Am. J. Physiol.* 276:L796

31. Liu F, Qi H, Huang L, Liu D. 1997. Factors controlling the efficiency of cationic lipid-mediated transfection in vivo via intravenous administration. *Gene Ther.* 4: 517

32. Liu Y, Mounkes LC, Liggitt HD, Brown CS, Solodin L, et al. 1997. Factors influencing the efficiency of cationic liposome-mediated intravenous gene delivery. *Nat. Biotechnol.* 15:167

33. Mahato RI, Anwer K, Tagliaferri F, Meaney C, Leonard P, et al. 1998. Biodistribution and gene expression of lipid/plasmid complexes after systemic administration. *Hum. Gene Ther.* 9:2083

34. Mortimer I, Tam P, MacLachlan I, Graham RW, Saravolac EG, et al. 1999. Cationic lipid-mediated transfection of cells in culture requires mitotic activity. *Gene Ther.* 6:403

35. Mounkes LC, Zhong W, Cipres-Palacin G, Heath TD, Debs RJ. 1998. Proteoglycans mediate cationic liposome-DNA complex-based gene delivery in vitro and in vivo. *J. Biol. Chem.* 40:26164

36. Ogris M, Brunner S, Schuller S, Kircheis R, Wagner E. 1999. Pegylated DNA/transferrin-PEI complexes: reduced interaction with blood components, extended circulation in blood and potential for systemic gene delivery. *Gene Ther.* 6:595

37. Pinnaduwage P, Schmitt L, Huang L. 1989. Use of quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells. *Biochim. Biophys. Acta* 985:33

ALNY-00946784

38. Pitard B, Aguerre O, Airiau M, Lachages AM, Boukhnikachvili T, et al. 1997. Virussized self-assembling lamellar complexes between plasmid DNA and cationic micelles promote gene transfer. *Proc. Natl. Acad. Sci. USA* 94:14412

39. Pitard B, Oudrhiri N, Vigneron JP, Hauchecorne M, Aguerre O. 1999. Structural characteristics of supramolecular assemblies formed by guanidinium–cholesterol reagents for gene transfection. *Proc. Natl. Acad. Sci. USA* 96:2621

40. Qin L, Ding Y, Palmd DR, Chang E, Imperiale MJ, et al. 1997. Promoter attenuation in gene therapy: interferon-gamma and tumor necrosis factor-alpha inhibit transgene expression. *Hum. Gene Ther.* 8:2019

41. Radler JO, Koltover I, Salditt T, Safinya CR. 1997. Structure of DNA-cationic liposome complexes: DNA intercalation in multilamellar membranes in distinct interhelical packing regimes. *Science* 275:810

42. Remy JS, Sirlin C, Vierling P, Behr JP. 1994. Gene transfer with a series of lipophilic DNA-binding molecules. *Bioconjugate Chem.* 5:647

43. Remy JS, Kichler A, Mordvinov V, Schuber F, Behr JP. 1995. Targeted gene transfer into hepatoma cells with lipopolyamine-condensed DNA particles presenting galactose ligands: a stage toward artificial viruses. *Proc. Natl. Acad. Sci. USA* 92:1744

44. Ross PC, Hui SW. 1999. Lipoplex size is a major determinant of in vitro lipofection efficiency. *Gene Ther.* 6:651

45. Salditt T, Koltover I, Radler JO, Safinya CR. Two-dimensional smectic ordering of linear DNA chains in self-assembled DNA-cationic liposome mixtures. *Phys. Rev. Lett.* 79:2582

46. Smyth Templeton N, Lasid DD, Frederik PM, Strey HH, Roberts DD, et al. 1997. Improved DNA:liposome complexes for increased systemic delivery and gene expression. *Nat. Biotechnol.* 15:647

47. Solodin I, Brown CS, Bruno MS, Chow CY, Jang EH, et al. 1995. A novel series of amphiphilic imidazolinium compounds for in vitro and in vivo gene delivery. *Biochemistry* 34:13537

48. Song Y, Liu F, Chu SY, Liu DX. 1997. Characterization of cationic liposome-mediated gene transfer in vivo by intravenous administration. *Hum. Gene Ther.* 8:1585

49. Song YK, Liu F, Liu D. 1998. Enhanced gene expression in mouse lung by prolonging the retention time of intravenously injected plasmid DNA. *Gene Ther.* 5:1531

50. Sternberg B, Sorgi FL, Huang L. 1994. New structures in complex formation between DNA and cationic liposomes visualized by freeze-fracture electron microscopy. *FEBS Lett.* 356:361

51. Tan Y, Li S, Pitt BR, Huang L. 1999. The inhibitory role of CpG immunostimulatory motifs in cationic lipid vector-mediated transgene expression in vivo. *Gene Ther.* In press

52. Thierry AR, Rabinovich P, Peng B, Mahan LC, Bryant JL, et al. 1997. Characterization of liposome-mediated gene delivery: expression, stability and pharmacokinetics of plasmid DNA. *Gene Ther.* 4:226

53. Van der Woude I, Willy Visser H, Ter Beest MBA, Wagenaar A, Ruiters MHJ, et al. 1995. Parameters influencing the introduction of plasmid DNA into cells by the use of synthetic amphiphiles as a carrier system. *Biochim. Biophys. Acta* 1240:34

54. Vigneron JP, Oudrhiri N, Fauquet M, Vergely L, Bradley JC, et al. 1996. Guanidinium-cholesterol cationic lipids: efficient vectors for the transfection of eukaryotic cells. *Proc. Natl. Acad. Sci. USA* 93:9682

55. Wattiaux R, Jadot M, Warnier-Pirotte MT, Wattiaux-De Coninck S. 1997. Cationic lipids destabilize lysosomal membrane in vitro. *FEBS Lett.* 417:199

56. Wheeler CJ, Fegner PL, Tsai YJ, Marshall J, Sukhu L, et al. 1996. A novel cationic lipid greatly enhances plasmid DNA

ALNY-00946785

delivery and expression in mouse lung. *Proc. Natl. Acad. Sci. USA* 93:11454

57. Wheeler JJ, Palmer L, Ossanlou M, MacLachlan I, Graham RW, et al. 1999. Stabilized plasmid-lipid particles. construction and characterization. *Gene Ther.* 6:271

58. Wrobel I, Collins D. 1995. Fusion of cationic liposomes with mammalian cells occurs after endocytosis. *Biochim. Biophys. Acta* 1235:296

59. Xu Y, Szoka FC. 1996. Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection. *Biochemistry* 35:5616

60. Yang JP, Huang L. 1998. Time-dependent maturation of cationic liposome-DNA complex for serum resistance. *Gene Ther.* 5:380

61. Yang JP, Huang L. 1997. Overcoming the inhibitory effect of serum on lipofection by increasing the charge ratio of cationic liposome to DNA. *Gene Ther.* 4:950

62. Yew NS, Wang KX, Przybylska M, Bagley RG, Stedman M. 1999. Contribution of plasmid DNA to inflammation in the lung after administration of cationic lipid:DNA complexes. *Hum. Gene Ther.* 10:223

63. Yoshikawa Y, Emi N, Kanbe T, Yoshikawa K, Saito H. 1996. Folding and aggregation of DNA chains induced by complexation with lipospermine. formation of a nucleosome-like structure and network assembly. *FEBS Lett.* 396:71

64. Zabner J, Fasbender AJ, Moninger T, Poellinger KA, Welsh MJ. 1995. Cellular and molecular barriers to gene transfer by a cationic lipid. *J. Biol. Chem.* 270:18997

65. Zanta MA, Belguise-Valladier P, Behr JP. 1999. Gene delivery: a single nuclear localization signal peptide is sufficient to carry DNA to the cell nucleus. *Proc. Natl. Acad. Sci. USA* 96:91

66. Zhou X, Huang L. 1994. DNA transfection mediated by cationic liposomes containing lipopolylysine: characterization and mechanism of action. *Biochim. Biophys. Acta* 1189:195

67. Zhu N, Liggitt D, Liu Y, Debs R. 1993. Systemic gene expression after intravenous delivery DNA delivery into adult mice. *Science* 261:209

ALNY-00946786

Joint Claim Construction Brief

# EXHIBIT 23

DOI: 10.1002/anie.201203263

### siRNA Delivery

# Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo**

*Muthusamy Jayaraman,\* Steven M. Ansell, Barbara L. Mui, Ying K. Tam, Jianxin Chen, Xinyao Du, David Butler, Laxman Eltepu, Shigeo Matsuda, Jayaprakash K. Narayanannair, Kallanthottathil G. Rajeev, Ismail M. Hafez, Akin Akinc, Martin A. Maier, Mark A. Tracy, Pieter R. Cullis, Thomas D. Madden, Muthiah Manoharan, and Michael J. Hope\**

RNA interference (RNAi) is a ubiquitous and highly effective biological mechanism to control gene expression. Over the last few years it has been established that synthetic double-stranded, small interfering RNA (siRNA) molecules can be applied as therapeutics that potently harness RNAi in humans and animal models, by demonstrating silencing of target mRNA transcripts in rodents and non-human primates (NHP).[1] Because of their high molecular weight and polyanionic nature, synthetic siRNAs fail to cross biological membranes by passive diffusion and therefore, generally require transmembrane drug delivery technologies to access the cytoplasm of target cells.[2,3] Once in the cytoplasm, however, siRNAs readily load into the RNA-induced silencing complex (RISC) and direct sequence-specific cleavage of target mRNA. The resulting reduction in expression of protein, for example, can be profound and durable, lasting several weeks after administration of a single dose.[4] This new class of therapeutics, with its unique mechanism of action and ability to specifically inhibit previously "undruggable" disease-causing proteins, has prompted research into intracellular delivery technologies suitable for parenteral administration.

Lipid nanoparticles (LNPs) containing ionizable amino lipids that self-assemble into approximately 100 nm particles when mixed with polyanionic oligonucleotides, represent the

[*] Dr. S. M. Ansell, Dr. B. L. Mui, Dr. Y. K. Tam, Dr. J. Chen, Dr. X. Du, Dr. T. D. Madden, Dr. M. J. Hope
AlCana Technologies, Vancouver, BC (Canada)
E-mail: mhope@alcanatech.com
Homepage: http://www.alnylam.com

Dr. M. Jayaraman, Dr. D. Butler, Dr. L. Eltepu, Dr. S. Matsuda, Dr. J. K. Narayanannair, Dr. K. G. Rajeev, Dr. A. Akinc, Dr. M. A. Maier, Dr. M. A. Tracy, Dr. M. Manoharan
Alnylam Pharmaceuticals, Cambridge, MA (USA)
E-mail: mjayaraman@alnylam.com

Dr. I. M. Hafez, Dr. P. R. Cullis
Department of Biochemistry and Molecular Biology, University of British Columbia, Vancouver, BC (Canada)

[**] This work was supported in part by the Canadian Institutes for Health Research (CIHR) through U/f grant FRN 59836. We would like to thank John Maraganore for helpful comments.

Supporting information for this article (experimental details) is available on the WWW under http://dx.doi.org/10.1002/anie.201203263.

Re-use of this article is permitted in accordance with the Terms and Conditions set out at http://angewandte.org/open.

most advanced delivery platforms for systemic administration of RNAi therapeutics. Substantial progress has been made in recent years to maximize efficacy and to achieve a favorable therapeutic index for human applications.[1,4] The ionizable amino lipid plays a dual role in the drug delivery process. First, through electrostatic interaction with polyanionic nucleic acids, it promotes the self-assembly of formulation components into macromolecular nanoparticles encapsulating the siRNA. Second, following endocytosis of LNPs by target cells, it enables siRNA to escape the endosomal compartment and access the cell cytoplasm. In a recently published analysis of the structure–activity relationship of cationic lipid molecules we noted that permanently charged quaternary amine moieties in the hydrophilic head group region were consistently less effective in RNAi-mediated gene knockdown in vivo as compared to ionizable lipids.[5]

Herein, we report on a detailed study aimed at further investigating the role of the amine head group in the delivery of siRNA in vivo. Through systematic structural modifications to the hydrophilic head group we have modulated the apparent acid dissociation constant ($pK_a$) of the ionizable amino lipids present in the LNPs and investigated the relationship between the $pK_a$ value and activity, that is, the ability of the LNPs to deliver functionally active siRNAs into hepatocytes for eliciting gene silencing in vivo.

Amino lipid 2,2-dilinoleyl-4-dimethylaminoethyl-[1,3]-dioxolane (DLin-KC2-DMA, **1**) has been identified as a highly potent cationic lipid (Figure 1, Table 1)[4] when incorporated into LNPs encapsulating siRNA to target murine clotting factor VII (FVII) mRNA.[6] The hydrophobic dilinoleyl chain is known to be optimal for activity,[5,7] hence this unsaturated alkyl chain configuration was maintained in all the lipids investigated herein and structural modifications were added to the head group region of the molecule. The formulations were prepared by a preformed vesicle method.



***Figure 1.*** 2,2-dilinoleyl-4-dimethylaminoethyl-[1,3] dioxolane (DLin-KC2-DMA, **1**). No difference in activity between enantiomers (**4**, **5**) or the racemic mixture was observed (Table 1).

ALNY-00954963

*Angewandte*
Communications

as described in the Supporting Information (page 38), with the following lipid composition: amino lipid, distearoylphosphatidylcholine (DSPC), cholesterol and (R)-2,3-bis(octadecyloxy)propyl-1-(methoxy poly(ethylene glycol)2000)propylcarbamate (PEG-lipid) in the molar ratio 40/10/40/10, respectively, and a FVII siRNA/total lipid ratio of approximately 0.05 (w/w).[8] To ensure a narrow particle size distribution in the range of 70–90 nm and a low polydispersity index of $0.11 \pm 0.04$ ($n = 56$), the particles were extruded up to three times through 80 nm membranes prior to adding the siRNA.[8] Amino lipid $pK_a$ values were determined for each LNP by measuring the fluorescence of 2-(p-toluidino)-6-napthalene sulfonic acid (TNS) during titration from pH 3 to 10 in increments of 0.5 pH units (Supporting Information page 40).[9–10] The anionic TNS molecule fluoresces when associated with the surface of positively charged membranes, but is not fluorescent when free in solution, and this property has been used extensively to probe positive charge at membrane surfaces.[9–10]

From the resulting fluorescence titration curve a pH value, at which the charge on the LNP is 50% of maximum ($pK_a$), can be calculated using curve-fit analysis (Figure 2). Impor-



*Figure 2.* Determination of $pK_a$ by in situ TNS fluorescence titration. The four amino lipids shown as examples illustrating the full $pK_a$ range evaluated. Sigmoidal best-fit analyses were applied with $pK_a$ defined as the pH at half-maximal fluorescence intensity. A) **14**, $pK_a = 4.17$; B) **52**, $pK_a = 5.73$; C) **19**, $pK_a = 6.95$; D) **48**, $pK_a = 8.12$ (see Supporting Information page 40 for details).

tantly, this method enables a $pK_a$ determination of amino lipids in situ, which accounts for potential influences of membrane structure and neighboring lipids on the dissociation properties of the amino group. Similar $pK_a$ values were obtained for select formulations using zeta potential measurements over the same pH titration range, but TNS was found to be the more sensitive method (data not shown).

The hydrophilic head-group region of **1** was extensively modified, producing 53 novel amino lipids with $pK_a$ values ranging from 4.17 to 8.12 (Table 1; see the Supporting Information for full experimental details on lipid synthesis). Lipids **1**, **3**, and **53** have been reported earlier and were used as references in this study.[3,7] The structural modifications introduced were sufficient to affect the $pK_a$ value without significantly altering the molecular dimensions of the hydro-

philic region. This is important because having a small head group is a characteristic that enables amino lipids to adopt inverted, non-bilayer structures, which are hypothesized to be responsible for destabilizing the endosomal membrane, resulting in efficient release of siRNA into the cytoplasm of target cells.[5,11]

A plot of $pK_a$ value versus $ED_{50}$ (median effective dose for FVII gene silencing in female C57BL/6 mice by i.v. administration) for all 56 amino lipids tested reveals a strong correlation between the in vivo activity and the acid dissociation constant of the amine, with a $pK_a$ optimum seen between 6.2 and 6.5, on either side of which LNP potency rapidly decreases (Figure 3). On the other hand, significant



*Figure 3.* Plot of in vivo hepatic gene silencing activity vs. $pK_a$ in mice. The 56 amino lipids were formulated in LNPs and subjected to an $ED_{50}$ analysis (described in Supporting Information, page 39) and plotted against their $pK_a$. For 15 lipids the $ED_{50}$ dose was not achieved; these are indicated by the open diamonds representing the highest dose tested for that lipid. For the remaining lipids (closed diamonds), a polynomial best-fit curve highlights the most active compounds, which exhibit an optimal $pK_a$ between 6.2 and 6.5. Each data point is derived from a four-dose response curve with groups of $n = 4$ mice per dose.

potency differences were found for lipids with similar $pK_a$ values. These results indicate that an optimal $pK_a$ value is a necessary but not sufficient requirement for good in vivo activity and other structural features, such as the nature of the linker between the head group and the lipid tails, can also contribute substantially to the in vivo activity.

To further investigate the $pK_a$–activity relationship, a selected group of lipids were studied in more detail. These novel lipids were designed around the structure of dilinoleylmethyl-4-dimethylaminobutyrate (**16**, $ED_{50} = 0.03$ mg kg$^{-1}$, $pK_a = 6.44$) also referred to as DLin-MC3-DMA (Figure 4), one of the most active cationic lipids from the group of 56 lipids. In the first group of lipids (**31**, **30**, **38**, and **37**), the distance between ester and amine is maintained at three methylene units and the substitution on the N-atom altered to create a $pK_a$ range between 5.44 and 7.62.

In the second group (**14**, **15**, **17**, and **18**), the dimethylamino moiety is maintained but the distance between the

ALNY-00954964

**Table 1:** Structures of the 56 amino lipids tested for gene silencing activity in vivo. ED$_{50}$ is for FVII gene silencing in mice (mg siRNA kg$^{-1}$) and the pK$_a$ of the lipid was measured in situ. Lipids 1, 3, and 53 were reported earlier and used as references in this study.[5,7]

| ID | Novel Lipid | ED$_{50}$ | pK$_a$ | ID | Novel Lipid | ED$_{50}$ | pK$_a$ | ID | Novel Lipid | ED$_{50}$ | pK$_a$ |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | | 0.10 | 6.68 | 2 | | 0.10 | 5.97 | 3 | | 0.25 | 5.94 |
| 4 | | 0.10 | 6.65 | 5 | | 0.10 | 6.79 | 6 | | 0.30 | 6.42 |
| 7 | | 0.15 | 6.43 | 8 | | >2 | 7.29 | 9 | | 2.50 | 6.98 |
| 10 | | 0.25 | 6.73 | 11 | | 2.5 | 5.65 | 12 | | 1.5 | 5.60 |
| 13 | | 0.30 | 6.85 | 14 | | >5 | 4.17 | 15 | | 0.60 | 5.64 |
| 16 | | 0.03 | 6.44 | 17 | | 0.15 | 6.93 | 18 | | 0.65 | 7.16 |
| 19 | | 0.70 | 6.95 | 20 | | >1 | 6.78 | 21 | | >1 | 8.77 |
| 22 | | 0.30 | 6.53 | 23 | | >5 | 4.95 | 24 | | 1.5 | 6.66 |
| 25 | | 0.50 | 6.60 | 26 | | 0.55 | 6.65 | 27 | | >5 | 7.73 |
| 28 | | 0.15 | 6.60 | 29 | | 1.4 | 7.03 | 30 | | 0.30 | 6.17 |
| 31 | | 4.5 | 5.44 | 32 | | >5 | 7.88 | 33 | | >3 | 7.25 |
| 34 | | 4.0 | 7.61 | 35 | | 0.47 | 6.49 | 36 | | 0.12 | 6.52 |
| 37 | | >5 | 7.62 | 38 | | >1 | 7.31 | 39 | | 0.14 | 6.62 |
| 40 | | >5 | 9.02 | 41 | | >5 | 8.11 | 42 | | >5 | 7.23 |
| 43 | | 0.10 | 6.08 | 44 | | 2.1 | 7.21 | 45 | | >5 | 7.07 |
| 46 | | >5 | 5.50 | 47 | | 0.03 | 6.21 | 48 | | >5 | 8.12 |
| 49 | | >5 | 7.57 | 50 | | 0.60 | 6.87 | 51 | | 2.6 | 5.49 |
| 52 | | 0.25 | 5.73 | 53 | | 1 | 6.38 | 54 | | 0.25 | 6.63 |
| 55 | | >1 | 7.27 | 56 | | 0.41 | 6.91 | | R = | | |
| | | | | | | | | | R' = | | |

ALNY-00954965

**Angewandte**
Communications



*Figure 4.* (6Z,9Z,28Z,31Z)-Heptatriaconta-6,9,28,31-tetraen-19-yl 4-(dimethylamino)butanoate (**16**, Table 1).

ester and the amine is varied from one to five methylene units to generate lipids with $pK_a$ values ranging from 4.17 to 7.16. The plot of $ED_{50}$ as a function of $pK_a$ value shows that the highest potency is achieved at a $pK_a$ of 6.44 for the siRNA LNP formulation containing lipid **16** (Figure 5, blue line).



*Figure 5.* Plot of hepatic gene silencing activity in mice, $pK_a$ and calculated protonated/unprotonated amino lipid (% mole fractions) for the set of novel lipids between $pK_a$ 4 and 8.5. Each FVII $ED_{50}$ data point (blue) is derived from a four-dose response ($n=4$ mice per dose level). Open diamonds represent lipids for which the $ED_{50}$ was not achieved and are shown at the highest dose tested. The mole% of each amino lipid estimated to carry a positive charge in blood, assuming pH 7.4, is shown in red and the mole% amino lipid estimated to be uncharged in acidified endosomes at pH 5.5 is shown in green.

Activity substantially decreases as the $pK_a$ value shifts to either the acidic or basic side, underlining the importance of the ionization behavior of LNPs in the functional delivery of siRNA to hepatocytes in mice.

The surprisingly sharp $pK_a$ value dependence of LNP activity provides more insight into the complex in vivo mechanism for this highly potent class of LNPs for siRNA delivery. In brief, it has been proposed that intravenous administration of LNPs with low to zero surface charge will minimize nonspecific binding of LNPs to tissues and proteins thus increasing the likelihood of particles reaching hepatocytes.[5] In addition, we recently demonstrated that uptake of ionizable LNPs by hepatocytes in vitro and in vivo is mediated by apolipoprotein E (ApoE),[12] which is also known to preferentially associate with neutral membrane surfaces.[13]

On the other hand, LNPs must acquire sufficient positive surface charge following endocytosis to promote an electrostatic interaction with the negative surface of the endosome lumen. The resulting close proximity of LNP and membrane allows lipid mixing to occur, leading to the formation of ion pairs between the exogenous amphipathic amine and endogenous anionic membrane lipids.[11,14] The ion pairs prefer to

adopt inverted, non-bilayer configurations that disrupt the integrity of the endosome membrane and the siRNA is subsequently released into the cytoplasm.[5] The $ED_{50}$–$pK_a$ profile may, therefore, represent a balance between two opposing delivery requirements, namely minimum charge at pH 7.4 to maximize hepatocyte uptake by ApoE-mediated endocytosis and maximum positive charge in the acidified lumen of endosomes to promote membrane disruption.

If potency differences of structurally similar lipids are predominantly a function of $pK_a$ value, we hypothesized that the activity of LNPs containing two or more cationic lipids should reflect the average $pK_a$ of the particle and not the average activity measured for the individual amino lipids. To test this, LNP formulations encapsulating FVII siRNA were prepared in which the 40 mole% amino lipid component consisted of different ratios of lipids **15**, **16**, and **17** thus producing LNPs with average surface $pK_a$ values that increased incrementally from 5.64 (**15**) to 6.93 (**17**). The measured $pK_a$ value for mixed lipid LNPs was shown to be the same (within experimental error) as that calculated from the mole ratio of the mixed amino lipids (Supporting Information, page 41). Each LNP was administered at the same dose (0.1 mg kg$^{-1}$ siRNA) and the concentration of murine plasma FVII protein was determined 24 h later and expressed as a percentage of that measured in a saline-treated control (Figure 6).



*Figure 6.* Lipid mixing supports $pK_a$ value as the dominant factor in determining in vivo hepatic gene-silencing activity for a given set of amino lipids. Mixtures of amino lipids **15**, **16**, and **17** were made to incrementally shift the average surface $pK_a$ value of the resulting LNP between 5.64 and 6.93. Numbers in parenthesis indicate the amount of each lipid in the mixture to make up the 40 mole% amino lipid component of the LNP. Bars represent group mean ($n=4$) ± s.d.

As the average $pK_a$ value increases from 5.64 (**15**) or decreases from 6.93 (**17**) by mixing with **16**, LNP activity increases. We did not identify a mixture with greater activity than **16** alone, but importantly, LNPs containing an equimolar mixture of **15** ($ED_{50}=0.6$) and **17** ($ED_{50}=0.15$), lipids that individually are 29- and 5-fold less potent than **16**, respectively, showed an average apparent $pK_a$ value similar to **16** and equivalent activity. These data further confirm that for amino lipids of similar structure, in vivo hepatic gene silencing is driven by $pK_a$ rather than specific head group structure or linker length (the distance between the ester and the amine). We have subsequently shown this to be true for

ALNY-00954966

mixtures of other cationic lipids with different head group structures (data not shown).

The pH-dependent surface charge for each LNP in the blood or endosomal compartment can be calculated from their $pK_a$, using the Henderson–Hasselbach equation, assuming blood pH 7.4 and acidified endosome pH 5.5.[15] The amount of fully or partially charged LNPs carrying positive charge for each chosen lipid (**14–18**, **30**, **31**, **37**, and **38**) is expressed as a fraction of charged amino lipids plotted red in Figure 5 along with the fraction of amino lipids that would be uncharged at pH 5.5 in the endosome, plotted green. This demonstrates that the optimal $pK_a$ value for in vivo hepatic gene silencing coincides with the $pK_a$ giving rise to LNPs that exhibit minimum surface charge in the blood at pH 7.4 and maximum charge in acidified endosomes at pH 5.5. It should be noted, however, that the $pK_a$-value trend found for this class of ionizable lipids with apoE-dependent hepatic delivery may not apply to other cationic and potentially ApoE-independent delivery systems.[6,13]

To identify potent and safe siRNA delivery systems for clinical development, it is important that the potency in mice translates to non-human primates. For the following experiments LNPs containing the highly potent amino lipid **16** were used, in which the molar ratio of the four lipid components **16**, DSPC, cholesterol and PEG-lipid (50/10/38.5/1.5) had been further optimized to enhance in vivo activity. In the murine FVII model, an $ED_{50}$ of 0.005 mg kg⁻¹ siRNA was achieved in the optimized composition, which represented a sixfold improvement relative to the 40/10/40/10 molar ratio composition (Figure 7, inset). The same lipid composition was administered to cynomolgus monkeys but with an encapsulated siRNA targeting hepatic transthyretin (TTR), a gene of therapeutic interest in the treatment of familial amyloidotic

polyneuropathy.[16] Animals received a 15 min intravenous infusion at siRNA doses of 0.03, 0.1, or 0.3 mg kg⁻¹ and from the dose response curve an $ED_{50}$ less than 0.03 mg kg⁻¹ was obtained (Figure 7).

In conclusion, we have identified the lipid $pK_a$ value as an important molecular characteristic of amino lipids, which determines their ability to mediate potent hepatic gene silencing in vivo. Combined with our current understanding of the optimal hydrocarbon chain length, lipid-chain unsaturation and linker chemistry for these molecules, the tight correlation between activity and ionization behavior, with a sharp $pK_a$ optimum between 6.2–6.5, serves as a guide for the design of LNPs for efficient delivery of therapeutic siRNAs. In fact, a LNP formulation based on DLin-MC3-DMA (**16**), one of the most potent lipids identified in this work, is currently being utilized in a clinical trial for treating hypercholesterolemia; the target is PCSK9 and the data (not shown) indicate decreases in LDL-C after a single low dose.[17,18]

Received: April 27, 2012
Published online: July 10, 2012

**Keywords:** drug delivery · gene silencing · ionizable amino lipids · liposomes · siRNA

[1] A. De Fougerolles, H. P. Vornlocher, J. Maraganore, J. Lieberman, *Nat. Rev. Drug Discovery* **2007**, *6*, 443–453.

[2] S. Akhtar, I. F. Benter, *J. Clin. Invest.* **2007**, *117*, 3623–3632.

[3] K. A. Whitehead, R. Langer, D. G. Anderson, *Nat. Rev. Drug Discovery* **2009**, *8*, 129–138.

[4] T. S. Zimmermann, et al., *Nature* **2006**, *441*, 111–114.

[5] S. C. Semple, et al., *Nat. Biotechnol.* **2010**, *28*, 172–176.

[6] A. Akinc, M. Goldberg, J. Qin, J. R. Dorkin, C. Gamba-Vitalo, M. Maier, K. N. Jayaprakash, M. Jayaraman, K. G. Rajeev, M. Manoharan, V. Kotelianksy, I. Rohl, E. S. Leshchiner, R. Langer, *Mol. Ther.* **2009**, *17*, 872–879.

[7] J. Heyes, L. Palmer, K. Bremner, I. MacLachlan, *J. Controlled Release* **2005**, *107*, 276–287.

[8] A. L. Bailey, P. R. Cullis. *Biochemistry* **1994**, *33*, 12573–12580.

[9] S. J. Eastman, M. J. Hope, P. R. Cullis. *Biochemistry* **1991**, *30*, 1740–1745.

[10] J. Zhang, H. Fan, D. A. Levorse, L. S. Crocker, *Langmuir* **2011**, *27*, 1907–1914.

[11] I. M. Hafez, N. Maurer, P. R. Cullis. *Gene Ther.* **2001**, *8*, 1188–1196.

[12] A. Akinc, et al., *Mol. Ther.* **2010**, *18*, 1357–1364.

[13] X. Yan, F. Kuipers, L. M. Havekes, R. Havinga, B. Dontje, K. Poelstra, G. L. Scherphof, J. A. Kamps, *Biochem. Biophys. Res. Commun.* **2005**, *328*, 57–62.

[14] O. Zelphati, F. C. Szoka Jr., *J. Liposome Res.* **1997**, *7*, 31–49.

[15] N. Demaurex, *News Physiol. Sci.* **2002**, *17*, 1–5.

[16] T. Kurosawa, S. Igarashi, M. Nishizawa, O. Onodera, *Biochem. Biophys. Res. Commun.* **2005**, *337*, 1012–1018.

[17] Trial to Evaluate Safety and Tolerability of ALN-PCS02 in Subjects With Elevated LDL-Cholesterol (LDL-C), (Registry of Federally and Privately Supported Clinical Trials, U.S. National Institutes of Health, **2011**).

[18] A. Simon, Phase I Safety, Pharmacokinetic and Pharmacodynamic Results for ALN-PCS, Preliminary Study Results. (Alnylam Pharmaceuticals, Inc. **2012**).



**Figure 7.** Efficacy of siRNA-LNP containing amino lipid **16** in mice and non-human primates. An optimized formulation composition containing 50 mole% of **16** was employed in this study (see text and Supporting Information page 41 for details). Inset: residual FVII activity in mouse serum relative to a saline control group with a median effective siRNA dose ($ED_{50}$) of about 0.005 mg kg⁻¹, data points represent group mean ($n = 5$) ± s.d. Cynomolgus monkeys were administered siRNA targeting the TTR gene at doses of 0.03, 0.1 and 0.3 mg kg⁻¹ (bar graph). Data represent group mean ($n = 3$) ± s.d., expressed as TTR mRNA relative to GAPDH mRNA levels determined in liver samples, with the $ED_{50}$ estimated to be < 0.03 mg kg⁻¹.

ALNY-00954967

Joint Claim Construction Brief

# EXHIBIT 24

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF DELAWARE

 3    ALNYLAM PHARMACEUTICALS,      )
      INC.,
 4                                  )
                 Plaintiff,         )
 5                                  )   C.A. No. 22-0336-CFC
        v.                          )
 6                                  )
      PFIZER INC., PHARMACIA &      )
 7    UPJOHN CO. LLC, BIONTECH SE   )
      AND BIONTECH MANUFACTURING    )
 8    GMBH,                         )
                                    )
 9               Defendants.        )
                                    )
10

11

12                    Thursday, January 4, 2023
                            8:30 a.m.
13                        Markman Hearing

14

15                        844 King Street
                        Wilmington, Delaware
16

17    BEFORE: THE HONORABLE COLM F. CONNOLLY
       United States District Court Judge
18

19

20    APPEARANCES:

21

                     MCDERMOTT WILL & EMERY LLP
22                   BY: ETHAN HALLER TOWNSEND, ESQ.
                     BY: WILLIAM G. GAEDE, III, ESQ.
23                   BY: SARAH CHAPIN COLUMBIA, ESQ.
                     BY: SARAH J. FISCHER, ESQ.
24
                     For the plaintiff
25
```

*Kros — Examination*

1    schools have drug delivery departments?

2    **A.**    Oh, for sure.

3    **Q.**    For sure?

4    **A.**    Yeah.

5    **Q.**    Okay.  Does "head group" have a plain and ordinary

6    meaning in the field of drug delivery?

7    **A.**    Yes, it does.

8    **Q.**    And what is it?

9    **A.**    It's the portion of the molecule that is less

10   hydrophobic or you can also call it hydrophilic.  And the

11   role is to interact with water because everything in

12   biology in humans happens in water, so it's about

13   interaction with water molecules.

14   **Q.**    Can you identify for me any treatise that sets forth

15   that definition?

16   **A.**    What do you mean by this question?

17   **Q.**    That I could go to the book in the field of drug

18   delivery and find that definition of head group?

19   **A.**    Everyone in the field of drug delivery knows that

20   the function of a head group in lipids is to interact

21   with water, yes.  You can find it in many books.

22   **Q.**    But you gave me a very specific definition of head

23   group.

24   **A.**    Yep.

25   **Q.**    Can you cite for me any treatise that I could go to

*Kros – Examination*

1    and it would say:  A head group, is the definition that

2    you have provided?

3    **A.**    It's in the patents.

4    **Q.**    Can you cite anything other than the patent that

5    defines head group, using the words that you use to

6    define head group?

7    **A.**    I would say that it's common knowledge that that's

8    the function of the head group.

9    **Q.**    I get that.  You have been very adamant about that.

10   I understand that.

11   **A.**    Yep.

12   **Q.**    But I'm asking you:  Can you point me to a book that

13   I could go to in the field of drug delivery that would

14   provide a definition of head group that you have provided

15   me?

16   **A.**    Come to think of it, one of the books that you could

17   use is Biochemistry by Lehninger, which is a

18   undergraduate textbook on biochemistry.

19         And there you can find a whole chapter on what

20   lipids are, how they are structured, what is their

21   function in biology, and how do they interact.  And there

22   you will find information on how these lipids organize

23   when dispersed in water and what's then the role of the

24   head group.

25   **Q.**    So you understand what I'm trying to gather, though,

*Kros — Examination*

1 let me be very precise, is something -- I'm looking for a

2 definition.  I'm not looking for a book from which I

3 could infer or gather what a head group is.

4   I'm trying to find a book, for instance, a book for

5 a first-year college student, that would tell me if I

6 just looked it up in one sentence, I could determine what

7 a head group is.  Do you know of any book like that in

8 your field?

9 **A.** Yeah.  *Biochemistry* first comes to mind.

10 **Q.** Okay.  All right.  Is it cited in your report?

11 **A.** It's -- I would have to look at it.

12 **Q.** Okay.  Thank you very much.

13 **A.** Okay.

14     **THE COURT:**  Let's bring in the other expert.

15     You may step down.

16     **MS. COLUMBIA:**  Your Honor, may I ask one quick

17 question or no?

18     **THE COURT:**  Well, okay.  Hold on.  Sorry.

19 Let's just hold off for just one second.

20     Sure.

21        EXAMINATION

22

23 **BY MS. COLUMBIA:**

24 **Q.** Dr. Kros.

25 **A.** Yeah.

*Whitehead — Examination*

1  publishing yet because their entry has been fairly

2  recent.  I wouldn't be surprised if there are hundreds

3  now that have gotten into the area.

4      But it's tricky.  I mean, like I said, there are

5  nuances to -- these lipid nanoparticles are the most

6  difficult thing that I've had to understand in my career,

7  and I'm still learning.

8  **Q.**   So in your career, what did you do -- what would you

9  have called yourself before you first started to study

10  lipid nanoparticles?  What did you call yourself at that

11  point?

12  **A.**   Broadly, I still do, a drug delivery scientist.

13  **Q.**   Okay.  And drug delivery, are there chairs of drug

14  delivery or professors of drug delivery?

15  **A.**   No.

16  **Q.**   That also is going to fall within a broader field?

17  **A.**   Yes.

18  **Q.**   Are there treatises that are published in the drug

19  delivery field?

20  **A.**   I do not know what the word "treatise" means.

21  **Q.**   All right.  Literature.  Is there literature

22  published in the drug delivery field?  In other words,

23  not in the broader science or nature.  I'm talking about

24  in a field of drug delivery.

25  **A.**   Sure.  There are -- there are many.

*Whitehead — Examination*

1          The question is, what journals do they appear in.

2    So, for example, there's a journal called the Journal of

3    Controlled Release.  "Controlled release" is a very old

4    term for -- it's the earliest kind of drug delivery.

5    It's evolved over the years.  This journal contains

6    articles on, you know, almost exclusively on what I will

7    call drug delivery.  That, I would say, is the most

8    well-cited, highest profile journal that is exclusively

9    about drug delivery.

10   **Q.**   Can you name any other journals that are exclusively

11   about drug delivery?

12   **A.**   Sure.  There's one called -- the abbreviation is

13   called DTTR.  They're exclusively about drug delivery.

14          There are nanomedicine journals that cover, you

15   know, other aspects of therapeutic, so not just drug

16   delivery.  You know, for example, I've published in

17   pharmaceutical research, so that's kind of within this

18   broader field of pharmaceutical sciences.  And not

19   everything in there would pertain necessarily to drug

20   delivery.

21          So in this field, I think the highest profile

22   journals that people tend to publish in have to do with

23   nanoparticles in the title.  Nanoparticles include

24   inorganic things, things for electronics.  So the kind of

25   higher impact you get, or what I prefer to call "higher

*Whitehead – Examination*

1    profile," the more generalized the journals become.

2    **Q.**   Right.   And then how about dictionaries?   Are there

3    are any dictionaries that you can think, off the top of

4    your head, in the field of drug delivery?

5    **A.**   There are some textbooks, but not that I'm aware of,

6    dictionaries.

7    **Q.**   You want to name a few textbooks for me?

8    **A.**   Well, I was looking at one the other day.   I'm sorry

9    that I don't remember the name off the top of my head.

10   It's now out of print.

11       I don't -- you know, to be honest, Judge, I don't

12   look at lot at textbooks.

13   **Q.**   Right.

14   **A.**   I look at the primary literature.   So I'm sure that

15   there are some that are recent out there.   There are

16   always for-profit publishers that are after academics to

17   write -- it's usually book chapters.   It's usually not a

18   single person writing the whole textbook.   I generally

19   avoid those.

20   **Q.**   So are there first-year college courses in drug

21   delivery to your knowledge?

22   **A.**   Definitely not.

23   **Q.**   When would you first, if you were a student in the

24   United States, study drug delivery?   What part of your

25   career?   Undergrad?   Graduate?   When?

 1            **MR. KLEIN:**  Mr. Green, can you please put up

 2    Slide 2.

 3    **BY MR. KLEIN:**

 4    **Q.**    Dr. Kros, on the screen are representative claims

 5    from the '933 and the '979 patents, correct?

 6    **A.**    Yes.

 7    **Q.**    And, of course, the disputed claim term here is

 8    "head group."  Right?

 9    **A.**    That is correct.

10    **Q.**    And I believe you said on direct that the head group

11    of lots of lipids are less hydrophobic than the tails,

12    correct?

13    **A.**    In order to have a functional lipid, that the head

14    group has to be less hydrophobic or more hydrophilic, if

15    you will, than the hydrophobic chains, because otherwise

16    it's not a lipid that can act as a lipid.

17    **Q.**    Right.  And that applies to all kinds of lipids,

18    correct?

19    **A.**    Yes.

20    **Q.**    Okay.  And you understand the claimed head group

21    refers solely to a specific type of lipid, a cationic

22    lipid, right?

23    **A.**    Yes.

24    **Q.**    And so we're here today to discuss the head group of

25    just one type of lipid, a cationic lipid, correct?

*Kros – Cross*

1    **A.**    Yes.

2    **Q.**    And your construction broadly covers a trait that's

3    common to many types of lipids, right?

4    **A.**    That is correct, yeah.

5    **Q.**    And your construction isn't focused on the head

6    group of a cationic lipid in particular, correct?

7    **A.**    Yes.

8    **Q.**    Let's go to Slide 4.

9         I don't think there's any dispute here.  You

10   understand the Court construed the term "cationic lipid"

11   in the claims, right?

12   **A.**    That's correct.

13   **Q.**    And according to the construction, the lipid must be

14   positively charged or protonated at physiological pH,

15   right?

16   **A.**    Yes.

17   **Q.**    And as I believe you discussed in your declaration,

18   "protonated at physiological pH" refers to the lipid

19   becoming positively charged when in the blood, which has

20   a pH of 7.4, correct?

21   **A.**    Yes.

22         **THE COURT:**  Can you stop for a second,

23   Mr. Klein.

24         Go ahead.

25

*Kros – Cross*

1    BY MR. KLEIN:

2    **Q.**   The bottom line is a cationic lipid must have a

3    positive charge.   No dispute about that, correct?

4    **A.**   Otherwise, it's not cationic.

5    **Q.**   Right.   Now, the patents --

6              **MR. KLEIN:**   You can take that down.

7    BY MR. KLEIN:

8    **Q.**   The patents discuss three cationic lipid regions.

9    We've got the head group, the central moiety, and the

10   tails, the hydrophobic tails, correct?

11   **A.**   Yes.

12   **Q.**   The tails are not positively charged.   I think you

13   said that, correct?

14   **A.**   That is correct.

15   **Q.**   And the meaning of the central moiety is clear from

16   the specification, right?

17   **A.**   It's linking the head group to the hydrophobic

18   tails.

19   **Q.**   Exactly.   The central moiety simply connects the

20   head group to the tails, correct?

21   **A.**   That is correct.

22   **Q.**   And that's why the art sometimes refers to a central

23   moiety as a linker, correct?

24   **A.**   That is correct, yes.

25   **Q.**   And so, yeah, the central moiety is linking the head

*Kros – Cross*

1           Then you get your RNA forming a lipid nanoparticle.

2    Location doesn't matter in that respect.  And it can be

3    in the head group or it can be in central moiety, as

4    defined in the patents.

5    **Q.**   Your construction doesn't distinguish between the

6    head group of a cationic lipid and the head group of a

7    naturally occurring lipid, correct?

8    **A.**   These patents are only about synthetic lipids, not

9    about natural occurring lipids.

10   **Q.**   Right.  But your consideration of being less

11   hydrophobic than the tails applies equally to cationic

12   lipids as it does not naturally occurring lipids,

13   correct?

14   **A.**   That is correct.

15   **Q.**   Right.  So your construction of a cationic lipid

16   head group is the same way you would construe a naturally

17   occurring lipid head group, correct?

18   **A.**   No.  Because when I say that something is less

19   hydrophobic or more hydrophilic, it means it likes to

20   interact with water.  But the way it interacts with water

21   really depends on the functional groups in your head

22   group.  And OH interacts differently with water than, for

23   instance, a phosphate group.

24   **Q.**   But your --

25   **A.**   They are different functional molecules that

*Kros – Cross*

1    **A.**    If it's a nitrogen, then that's the case, yes.

2    **Q.**    And the entire primary group, as that term is used

3    in the patents, is less hydrophobic than the tails,

4    right?

5    **A.**    Yes.  And also the patents teach me that somewhere

6    in the primary group, I need to have the positive charge,

7    but it doesn't tell me whether it is in the head group or

8    in central moiety.  I can choose, and RNA doesn't care.

9    **Q.**    So your construction of being less hydrophobic than

10   the tails is really defining the primary group.  It's not

11   distinguishing the head group from the central moiety,

12   correct?

13   **A.**    The primary group should be less hydrophobic than

14   the hydrophobic tails.  Where we put a charge, it doesn't

15   matter.

16   **Q.**    All right.  And so the core dispute here is whether,

17   as of 2011, the head group of the cationic lipid had a

18   positive charge.  That's the core dispute, right?

19   **A.**    Yes.

20   **Q.**    And your construction doesn't resolve that dispute,

21   right?

22   **A.**    Well, it does because it tells me that I can choose

23   to have it either in the head group or in the central

24   moiety.  It's up to me as a chemist to choose where do I

25   like to place the charge.

*Kros – Cross*

1      I can have them in the head group.  I can have them

2   in the central moiety.  I can have them in both.  But

3   somewhere in the molecule, I need to have a positive

4   charge.

5   **Q.**   And so --

6   **A.**   RNA doesn't care.

7   **Q.**   Sorry.

8   **A.**   Sorry.

9   **Q.**   Okay.  In your view by 2011, the positive charge

10  could be in the central moiety instead of in the head

11  group.  That's your position, right?

12  **A.**   That example that is shown from the Langer/Anderson

13  Lab from 2006.

14  **Q.**   Okay.  And we'll get to that later.  But your view

15  is that the patents-in-suit make this point very clear,

16  right?

17  **A.**   Yes.

18  **Q.**   And so your testimony is the patents-in-suit make it

19  very clear that the protonatable group can be in the

20  central moiety instead of in the head group, right?

21  **A.**   Like I said, it can be in the central moiety.  It

22  does not need to be in the head group, but it can be in

23  the head group, or it can be in the both.

24  **Q.**   But your view is that the patents, themselves, make

25  that point very clear, right?

*Kros – Cross*

1   **A.**   Yes.

2   **Q.**   Okay.  Let's take a look at the patent.

3   **A.**   Uh-huh.

4   **Q.**   And go to Slide 18.  This is from Column 16 -- and

5   by the way, Doctor, you can look at the patent itself.

6   You have a copy of the patent yourself.  But I tried my

7   best to put the relevant portion on the screen to keep it

8   simple.

9   **A.**   Okay.

10              **MS. COLUMBIA:**  You said Column 16?

11              **MR. KLEIN:**  Correct.  It's Column 16, Lines 53

12   to 60.

13   **BY MR. KLEIN:**

14   **Q.**   You remember discussing this during your direct?

15   **A.**   Yes.

16   **Q.**   And Column 16 explains that the central moiety binds

17   the head group to the tails, correct?

18   **A.**   That's correct.

19   **Q.**   And Column 16 says, "Representative central moieties

20   can include a central nitrogen."

21        You noted that, right?

22   **A.**   Correct.

23   **Q.**   Column 16 doesn't say the protonatable group can be

24   in the central moiety instead of in the head group,

25   right?

*Kros – Cross*

1    **A.**   No.   But a chemist, or a POSA in this case, would

2    know that if you have a nitrogen which is linked to three

3    different groups or two hydrophobic chains via a covalent

4    bond to a carbon, and then a covalent bond towards the

5    head group, you have a tertiary amine, and then you know

6    that it's protonatable at physiological pH.

7    **Q.**   All right.  Let's go to Slide 19, and here are

8    snapshots from Column 16 through 18.

9    **A.**   Uh-huh.

10   **Q.**   The specification describes after the paragraph we

11   just discussed, some representative primary groups,

12   right?

13   **A.**   Yep.

14   **Q.**   And I put red boxes around two of those examples.

15        Do you see that?

16   **A.**   I see that.

17   **Q.**   And these are the sole primary group examples with a

18   nitrogen in the central moiety, right?

19   **A.**   Yes, that's correct.

20   **Q.**   And the nitrogen is depicted in the green circles.

21   Do you see that?   It's the nitrogen in the central

22   moiety?

23   **A.**   I see that.

24   **Q.**   And as shown in the green circles, the nitrogen is

25   binding the head group to the tails, right?

*Kros – Cross*

1    **A.**   That is correct.

2    **Q.**   And the head groups in both examples are

3    protonatable, right?

4    **A.**   That is correct.

5    **Q.**   And those are the nitrogens in the yellow circles,

6    right?

7    **A.**   Uh-huh.

8    **Q.**   And so the nitrogen central moieties in these

9    examples are bound to protonatable head groups, right?

10   **A.**   In these two examples, yes.

11   **Q.**   And both of these examples are consistent with

12   defendants' construction that -- because the head group

13   is pronated, right?  Or protonatable?

14   **A.**   In this case if you look at the top figure, both

15   nitrogens, so the one in yellow and in green are

16   protonatable.  If you look at the figure in the red box

17   the drawing, only the yellow nitrogen is protonatable at

18   physiological pH.

19   **Q.**   Okay.  But both of the red-boxed examples are

20   consistent with defendants' construction.  You agree with

21   that, right?

22   **A.**   In this case, we have the central moiety that can

23   also be protonatable, and if I read the patent, then I

24   can see that the head group, optionally, that's in

25   Claim 18, optionally, can contain an amine.  It does not

*Kros – Cross*

1   **A.**   Yes.

2   **Q.**   And to be clear, this sentence is saying, "the amine

3   will have the desired pKa," correct?

4   **A.**   Yes.

5   **Q.**   The head group obviously has an amine if it has an

6   amine with a desired pKa, right?

7   **A.**   It says that an amine has a desired pKa; it doesn't

8   say that a head group has a desired pKa.

9   **Q.**   Okay.  But the pKa is referring to the amine, right?

10   **A.**   In this particular example, yes.

11   **Q.**   Okay.  And the pKa determines the pH at which the

12   amine is protonated, right?

13   **A.**   Yes.

14   **Q.**   And the inventors are explaining that a desired pKa

15   for an amine is an important feature of the head group,

16   right?

17   **A.**   Yes.

18   **Q.**   Let's -- after this paragraph, let's go to Kros 25.

19   It's the immediately following paragraph, okay.  This is

20   32, Column 65 to 33, Column 11.  There is a paragraph

21   that talks about central moieties, right?

22   **A.**   Just a moment, please.  Yes.

23   **Q.**   And this discussion -- this Paragraph 32, 65 to 33,

24   11 -- never mentions a desired pKa for a central moiety,

25   correct?

*Kros – Cross*

1    **A.**    No.   There is no mentioning of the word "pKa" in

2    this text.

3    **Q.**    In fact, the specification, as a whole, only

4    discusses a desired pKa in relation to the head group,

5    right?

6    **A.**    Then I can refer to Column 395 in the '933 patent,

7    because there it talks about the pKa of the lipids, not

8    of the head group.

9    **Q.**    Okay.   But the specification never talks about the

10   pKa of a nitrogen in a central moiety, correct?

11   **A.**    That is correct.

12   **Q.**    Let's go back to Column 32, Slide 26.   All right.

13   Now, the next sentence says, "The pKa."

14        Do you see that?

15   **A.**    Yes.

16   **Q.**    There is no question that the phrase "the pKa" is

17   referring to the desired pKa of an amine, right?

18   **A.**    Right.

19   **Q.**    Okay.   And so this sentence, the next sentence is

20   saying the pKa or the desired pKa of the amine can be

21   influenced by the structure on the lipid, right?

22   **A.**    Which is correct.

23   **Q.**    And particularly the nature of the head group,

24   right?

25   **A.**    Uh-huh.

*Kros – Cross*

1   **Q.**   And then it talks about the presence, absence, and

2   location of the functional groups, right?

3   **A.**   Yes.

4   **Q.**   And these are functional groups that can influence

5   the pKa of the amine in a head group, right?

6   **A.**   That is correct.

7   **Q.**   All right.  And in -- according to Column 32,

8   functional groups that can influence the pKa of the amine

9   can include hydrophilic groups, right?

10   **A.**   Uh-huh.

11   **Q.**   And there are two examples:  Hydroxyl and methoxy,

12   correct?

13   **A.**   That is correct.

14   **Q.**   And hydroxyl and methoxy are the two examples you

15   provided of groups that are not protonatable at

16   physiological pH, right?

17   **A.**   That is correct.

18   **Q.**   But Column 32 is not describing a head group with

19   just a hydroxyl or just a methoxy, correct?

20   **A.**   The text that I read in front of me tells me that it

21   can have an amine, but it also can have other functional

22   groups.  It doesn't say that it has to have an amine in

23   the head group.

24   **Q.**   But what Column 32 is saying here is that you can

25   add a hydroxyl or a methoxy to the amine in the head

*Kros − Cross*

1    They're words.  And, you know, they're English words.

2    And they use English grammar, and we're supposed to read

3    the patent.

4            So you can keep going.  I just don't know how

5    much time you've got left.  But just remember, I'm ending

6    it at 1:00.

7            **MR. KLEIN:**  Right.

8            **THE COURT:**  And so you have to figure out,

9    your expert still has to go, how much time you want to

10   spend on cross and then what you want to spend on it.  I

11   cannot go beyond 1:00, okay?

12           **MR. KLEIN:**  Got it.

13           **MR. GAEDE:**  And then I assume we would have

14   the opportunity to do cross today, too, of their expert.

15           **THE COURT:**  Exactly.

16           So you've got to leave them time.  You have to

17   leave them time to do cross, you know, or we are coming

18   back, I guess.  Yeah, especially, you know.

19           **MR. KLEIN:**  Thank you.

20           **THE COURT:**  Okay.  Thanks.

21      (Whereupon, the discussion at sidebar concludes.)

22   BY MR. KLEIN:

23   **Q.**  Just to wrap this up real quickly.  The

24   specification has no example of a head group with just a

25   hydroxyl group, correct?

*Kros – Cross*

1    **A.**   That's correct, but I, as a scientist, look at text

2    and figures combined.

3    **Q.**   The specification has no example of a head group

4    with just a methoxy group either, correct?

5    **A.**   That is correct, but I also said I read the

6    possibilities that are given to me in the description of

7    the patent and in the claims.

8            **THE COURT:**   All right.  Can I just -- so the

9    patent lawyers in this country and the courts, we all use

10   the word "specification," ironically, very inconsistently

11   because we're supposed to be construing things.

12           But the statute in the code defines the

13   specification as, basically, the entire patent, including

14   the claims.  And it includes not just the text, but it

15   includes the pictures.

16           So can you do me a favor and so when you

17   separate text or you suggest something like "the

18   specification," I'm not sure whether you mean it includes

19   the figures, whether it includes the drawings, whether it

20   includes the claims, but the specification includes

21   everything.

22           **THE WITNESS:**   Okay.

23           **THE COURT:**   Okay?

24           **THE WITNESS:**   Good.

25           **THE COURT:**   So, you know, you just said -- the

*Kros — Cross*

1    **THE COURT:**  This sentence from your

2    declaration is wrong?

3            **THE WITNESS:**  Yes.

4            **THE COURT:**  Okay.  All right.

5    **BY MR. KLEIN:**

6    **Q.**   Let's go to Kros 33.

7            This is from your declaration, Page 49.  You see

8    that?

9    **A.**   Yep.

10   **Q.**   Okay.  Pyridine, imidazole, and guanidinium all have

11   a nitrogen atom, correct?

12   **A.**   That is correct.

13   **Q.**   Pyridine -- now, pyridine is protonatable, correct?

14   **A.**   Sorry.  Can you repeat that.

15   **Q.**   Pyridine is protonatable, correct?

16   **A.**   Yes, but it's not protonatable at physiological pH

17   when it's part of a lipid that's incorporated in an LNP,

18   and that's what matters.

19   **Q.**   But you agree that pyridine is protonatable, right?

20   **A.**   At some pH.

21   **Q.**   Right.  Same with imidazole, right?

22   **A.**   Yes.  At some pH.

23   **Q.**   And guanidinium is protonatable as well.  Hopefully,

24   I said that right.

25   **A.**   At some pH, yeah.

*Kros – Cross*

1    **A.**   No.  There's no example in the specifications, but

2    the text tells me that it can be.

3    **Q.**   Right.  But there's no structure or figure anywhere

4    in the patent of a zwitterionic head group, correct?

5    **A.**   Other than in this text, no.

6    **Q.**   A zwitterionic head group contains a group that is

7    protonatable or positively charged, right?

8    **A.**   Zwitterion, depends on which zwitterion you are

9    talking about.

10   **Q.**   Well, a zwitterionic head group has a positive

11   charge, right?

12   **A.**   Which is balanced out by an equal number of negative

13   charges.  So if you have one positive charge, then you

14   will have next to it one -- sorry.

15        If you have one positive charge, then you have one

16   negative charge.  That's the reason that a zwitterionic

17   lipid, like a phosphate lipid you find in nature, are

18   unable to condense RNA to form lipid nanoparticles.  We

19   need a cationic lipid, not a zwitterionic lipid.

20   **Q.**   So a zwitterionic lipid is not a cationic lipid; is

21   that --

22   **A.**   Yes.

23        The definition of a cationic lipid is that you have

24   total positive charge.  Zwitterionic means that, yes, you

25   will have charges, but you have an equal number of

*Kros — Cross*

1    positive and negative charges.

2         So the sum of these charges is, by definition, zero.

3    The molecule that is zero, you do not call cationic in

4    chemistry.

5    Q.   All right.  Let's go to Kros 38, the last sentence,

6    "Other head groups are suitable as well."

7         Do you see that?

8    A.   Yes.

9    Q.   The patent never says an uncharged head group is

10   suitable for the claimed cationic lipids, correct?

11   A.   It does not say so.

12   Q.   Now, Defendants cited academic literature before the

13   December 2011 priority date, right?

14   A.   Uh-huh.

15   Q.   And you cited no prior art literature disclosing a

16   cationic lipid with an uncharged head group, correct?

17   A.   The examples that was shown from the Langer group is

18   an example from prior art that has a head group that is

19   not charged -- not protonatable at physiological pH, but

20   it is a cationic lipid because it has a nitrogen in the

21   central atom.

22   Q.   And you're referring to the patent application from

23   the Langer Group, right?

24   A.   Yes.  And the molecules that are discussed in there

25   are published in 2008 in Nature Biotech paper.

*Kros – Cross*

1    **Q.**   And Tang was published in a peer-reviewed journal,

2    correct?

3    **A.**   Correct.

4    **Q.**   And it's the Journal of Controlled Release, right?

5    **A.**   Yes.

6    **Q.**   And that's a prestigious journal for drug delivery?

7    **A.**   That's a fine journal.

8    **Q.**   And Tang says, "All cationic lipid molecules contain

9    three functional domains and one of those domains is a

10   positive charged head group," correct?

11   **A.**   That's what's written in there.

12   **Q.**   So Tang says, "All cationic lipid molecules contain

13   a positively charged head group."  Correct?

14   **A.**   What is described in this paper from Tang is a very

15   specific subset of cationic lipids; therefore, you cannot

16   use it to generalize it to all cationic lipids.

17   **Q.**   This -- and you have the document there if you need

18   to look at it, but this portion of the article comes from

19   the introduction, right?

20   **A.**   Which line is it?

21   **Q.**   Page 346, I think.

22           Well, it comes from the introduction, correct?

23   **A.**   From the introduction.

24   **Q.**   Yes.  And -- well, I don't need to quibble with you

25   about that.  Okay?  All right.

*Kros – Cross*

1    cationic lipid with an uncharged head group.  That's not

2    what they were claiming, right?

3    **A.**   But that's what I found.

4    **Q.**   All right.  Now, a POSA in 2011 would not have

5    looked to a mere patent application to assess the plain

6    meaning of a cationic lipid head group, right?

7    **A.**   The data that's described in this patent was later

8    published in --

9    **Q.**   Well, Doctor, you're talking about references that

10   are not in the record.  So --

11   **A.**   No, I'm just explaining how -- what's the usual

12   procedure.  Write your first patent, molecules, then you

13   publish.

14   **Q.**   Okay.  But I asked you, A skilled artisan would not

15   look to a mere patent application to find a definition of

16   "head group" for a cationic lipid, correct?

17   **A.**   I read patents of my competitors.  Yes, I do.

18   **Q.**   Okay.  You do.  But when the judge asked you earlier

19   today about sources for definitions, you didn't list

20   patent applications, right?

21   **A.**   No.

22   **Q.**   All right.

23        And Alnylam provided you with this patent

24   application, correct?

25   **A.**   Yes.

*Kros – ReDirect*

1        **MR. KLEIN:**  Okay.

2        **THE COURT:**  I told them that.  It's not fair.

3   Don't worry about it.

4        **MR. KLEIN:**  Okay.  All right.

5        **THE COURT:**  You can't draft patents later on

6   to benefit your claim construction.  It's not fair.

7   **BY MR. KLEIN:**

8   **Q.**   Alnylam's patent claims from the 2020s shed no light

9   on how a POSA, back in 2011, would understand the term

10  "head group of a cationic lipid," correct?

11  **A.**   All I can see from the patents is I can have -- I

12  need a positive charge in my primary group of my -- in

13  order to obtain a cationic lipid.

14       **MR. KLEIN:**  No further questions, Your Honor.

15       **THE COURT:**  All right.

16       Any redirect?

17       **MS. COLUMBIA:**  Yep.

18                 REDIRECT EXAMINATION

19  **BY MS. COLUMBIA:**

20  **Q.**   Just a couple of things, Dr. Kros.

21       Who are Dr. Langer and Dr. Anderson in your field?

22  **A.**   They are one of the lead -- one of leading groups in

23  the world on making systems to deliver drugs into

24  patients.

25  **Q.**   And as a scientist in the field, is that something

*Whitehead — Direct*

1    think about the head group, we think of it as the

2    business end of one of those molecules.  And so it

3    certainly has particular, you know, properties, but it

4    also has functions which are critical.

5              MR. JOHNSON:  May we have Slide 8, please.

6    BY MR. JOHNSON:

7    Q.   And can you explain to the Court the significance of

8    the call out on Slide 8?

9    A.   Yes.  So these -- these next two slides illustrate

10   the two different functions that I believe are most

11   important for that head group.

12        So the first is that this cationic head group is

13   able to form a particle with -- in this case, they state

14   DNA, but really, any kind of nucleic acid, including RNA.

15   So it's able to catalyze the formation of these

16   particles, which occur through a process called nano

17   precipitation.  But, essentially, these negatively

18   charged nucleic acids begin interacting electrostatically

19   with the cationic head group.

20        Traditionally, that cation in the head group is as

21   close as possible -- that's what we understood at the

22   time -- as close as possible to the end of the head group

23   to really maximize that interaction between the two, and

24   then the rest of the particle will form as a result of

25   that initial electrostatic interaction.

*Whitehead — Direct*

1    **Q.**   You were here when Dr. Kros testified with his

2    counsel.  I know there was some outside of your presence,

3    correct?

4    **A.**   Yes.

5    **Q.**   And do you recall Dr. Kros made some statement

6    like -- I can't remember exactly what it is, but the RNA

7    doesn't care where the positive charge is?  Do you recall

8    that?

9    **A.**   I do.

10   **Q.**   Do you think that is consistent with the way the

11   person of ordinary skill in the art understood the head

12   group of a cationic lipid in 2011?

13   **A.**   No.  And this is something that has developed over

14   time.  I suppose that's the beauty of scientific

15   research.

16       So at that time, you know, as I mentioned, that

17   positive charge was almost always, as far as possible,

18   towards the end of the head group because if you put

19   it -- if you put it in what we're calling here the

20   central moiety, folks thought that it's not going to be

21   able to -- like the lipid, like the head group would

22   almost have to bend backwards a little bit to kind of

23   thrust, for lack of a better word, to reveal that

24   positive -- that positive group in order to maximize

25   interactions.  And so it was a matter of steric

1    hindrance.

2        Of course -- you know, of course we were ultimately

3    wrong, and we see now that we can have something in the

4    central moiety that has the same function.  But at that

5    time, it was not considered possible.  Somebody would not

6    have done that.

7    **Q.**  You mentioned two functions.

8        **MR. JOHNSON:**  Can we have the second slide,

9    Slide 9.

10   **BY MR. JOHNSON:**

11   **Q.**  And this is a little bit more complicated, so if you

12   could, perhaps walk the Court through -- through what

13   this slide represents.

14   **A.**  Sure.  So in addition to the formation of the

15   particle, we then, of course, needed to accomplish the

16   actual delivery.

17       And so this is an image that describes various

18   barriers that these particles need to overcome.  If you

19   inject them into the blood stream, they have to move out

20   of the blood stream.  And when they enter the cell, they

21   do so through this process called endocytosis, in which

22   the cell membrane reaches up and around the particle,

23   brings it inside the cell into this walled-off

24   compartment that you can see the dashes there.  It's

25   called an endosome.  And that endosome is kind of like

*Whitehead – Direct*

1    **A.**    Yes.

2    **Q.**    Okay.  And you've looked at articles from 1999 in

3    the Journal of Controlled Release, the Huang article from

4    2000, this article in 2012.  What does that, combined,

5    tell you about how a POSA would have understood the art?

6    **A.**    It tells me that the understanding would have been

7    consistent over time.  That -- the understanding that we

8    would have a positive charge, whether it be permanent or

9    protonatable in that head group over that whole period of

10   time.

11   **Q.**    You've heard discussion -- you heard Dr. Kros

12   testify about the W0380 published patent application.

13   **A.**    Yes.

14   **Q.**    Correct?

15        Does that change your opinion about how a person of

16   ordinary skill in the art would have understood the term

17   in 2011?

18   **A.**    Not at all.  It was a patent application.  It listed

19   many, many examples within it.  And there were a few,

20   such as the one that Dr. Kros put up.  But we have to

21   keep in mind that's not a peer-reviewed article.  It's --

22   it needs to be taken in the context of thousands of

23   published articles in this field that do have the -- what

24   a POSA would define as the plain and ordinary meaning.

25        There's no way that that single patent application

*Whitehead – Direct*

1    is going to change a POSA's understanding.  In fact, we

2    can look back now and nobody would point to that patent

3    application as saying, Oh, this is the start, you know,

4    this is where people really came to understand that that

5    positive group could be in what we're calling the central

6    moiety.

7    **Q.**   When was the first time you appreciated that?

8    **A.**   Around 2015, 2016.  I can't give you the exact date,

9    but that's around the time when there started to be more

10   publications, particularly from Moderna, for example.

11   They might have been the first to begin showing some of

12   these cationic lipids that have the positive charge only

13   within that linker or central moiety.

14   **Q.**   What was your reaction to that?

15   **A.**   I liked it.  It was different.  Yeah.  I was -- you

16   know, I mentioned before that in 2011, we wanted it to be

17   towards the end, and so I was surprised.

18   **Q.**   Turning quickly to the intrinsic evidence.

19          **MR. JOHNSON:**  And, Your Honor, given time, I

20   will try to bounce through this as quickly as I could.

21          Can we have Slide 13, please -- 14.  I'll skip

22   ahead.

23   **BY MR. JOHNSON:**

24   **Q.**   Dr. Whitehead, can you describe what's depicted on

25   Slide 14 for the Court.

*Whitehead – Direct*

1      **MR. JOHNSON:**  And maybe the next slide,

2   please.

3   **BY MR. JOHNSON:**

4   **Q.**   What does this sentence mean to you, Dr. Whitehead?

5   **A.**   So this sentence basically tells us that the head

6   group can include an amine.  The -- whoever drafted this

7   used amine in a slightly unique way here, as we can see

8   later in the paragraph, but it can include an amine.  For

9   example, one that has that desired pKa, which kind of

10  gets back to what I was talking about, important for the

11  delivery process.

12  **Q.**   Do you read the "can" as a "must" in this sentence?

13  **A.**   So I understand there's some debate about the

14  permissiveness of this word "can."

15       And when I read this paragraph in its entirety, it's

16  clear to me that can does not mean anything out there in

17  the whole world in terms of chemical structures.  It

18  means that we can look at all these different examples

19  that are given, these different options within the

20  paragraph, and that it needs to be in this context of a

21  protonatable nitrogen.  Which is what all these examples

22  have.

23       **MR. JOHNSON:**  Let's -- if we can have Slide 18

24  and the next sentence.

25

*Whitehead – Direct*

1   **BY MR. JOHNSON:**

2   **Q.**   There was some talk about this with Dr. Kros that

3   you were here for.

4        What does the pKa in this sentence refer to?

5   **A.**   So the pKa in this sentence is referring back to

6   this desired pKa in the previous sentence.

7   **Q.**   Okay.  Maybe could you just explain for the Court

8   your understanding of what this sentence actually means?

9   **A.**   Sure.  So, basically, when you have a nitrogen

10  group, it is going to have its own pKa by itself.  And

11  that may or may not be a desired pKa in terms of what we

12  need for the delivery process.

13       And so this long sentence here is basically saying

14  that we can manipulate the pKa of a nitrogen atom by

15  adding these different elements, these anionic groups

16  or -- goes onto say hydroxyls or methoxys.  So all of

17  them will affect the pKa of an amine.  It is not saying

18  that you could have those by themselves in a head group.

19  **Q.**   And you heard Dr. Kros testify that, in his opinion,

20  this meant that you could have a hydroxyl or a methoxy

21  alone in the head group with nothing else.

22       Do you think that's a proper interpretation of this

23  scientifically or grammatically?

24  **A.**   I don't think so.  I mean, I have to assume that

25  whoever drafted this wasn't really, you know, interested

*Whitehead − Direct*

1    in non sequiturs.  We've got the pKa, and then just

2    before it we have the desired pKa.  We are talking about

3    the pKa of a nitrogen-containing group here.

4    **Q.**   And what is a purpose of those additional functional

5    groups that are described in the last four lines of that

6    sentence?

7    **A.**   What is at purpose of them?

8    **Q.**   Yes.

9    **A.**   In this case, they can modulate the pKa of the

10   nitrogen-containing group.

11   **Q.**   Okay.  And Slide 19, the next sentence.  I don't

12   think there is any real controversy, but if you could

13   just explain this sentence to the Court.

14   **A.**   Sure.  So here is a list of some of the protonatable

15   nitrogen-containing groups that can be used in a head

16   group.  So, you know, cationic amine here, my

17   interpretation is it means a permanent cation.  So a

18   quaternary amine, and then we have primary, secondary,

19   tertiary, and then you have -- you know, you can have one

20   of those.  You can have multiple of these primary,

21   secondary, et cetera, in a single head group.

22   **Q.**   Does this suggest to you that you can have a head

23   group without an amine?

24   **A.**   No.

25           **MR. JOHNSON:**  Slide 20, please.

*Whitehead – Direct*

1    **THE WITNESS:**  I would like actually like to

2    clarify.  Not without a nitrogen-containing group.

3    BY MR. JOHNSON:

4    **Q.**   Okay.  The next sentence here that's been talked

5    about, can you explain to the Court your understanding,

6    as a POSA, of this sentence?

7    **A.**   Sure.  So this is another example of groups that we

8    can incorporate that are protonatable.  These are

9    different functional groups.  So they have names that you

10   can give them other than "amine."  But they all contain a

11   nitrogen, and they are all protonatable.

12   **Q.**   Okay.  Anything in the sentence suggest a head group

13   that doesn't contain a protonatable group?

14   **A.**   No.

15   **Q.**   Our favorite sentence, 21, please, zwitterionic?

16   **A.**   Yes.

17   **Q.**   What does this mean to you, doctor?

18   **A.**   So a zwitterionic head group is going to contain

19   both a positively charged group and a negatively charged

20   group.  In any event, it is protonatable.  It contains a

21   protonatable amine.

22   **Q.**   And is a zwitterionic head group, in your opinion,

23   consistent with your construction?

24   **A.**   Yes.

25   **Q.**   Let's move on.  Finally, the last sentence.  What

*Whitehead – Direct*

1  does the last sentence mean to you?

2  **A.**   So we are talking about things that are suitable,

3  and we are looking here at things, therefore, that are

4  protonatable.  We want something that is going to

5  facilitate the MRNA delivery process within a cationic

6  lipid.

7  **Q.**   And does the patent provide -- what other types of

8  head groups, in your mind, would be suitable based on the

9  disclosure of the spec?

10  **A.**   So there are some others that are given in the

11  figures of the specification.  You will notice in the

12  sentence -- or it's the third-to-last sentence.  They

13  call out, you know, imidazole, pyridine, et cetera.  So

14  there are certainly other, you know, functional molecules

15  that might have other names that contain one of those

16  protonatable nitrogens.

17          **MR. JOHNSON:**  Can we have slide 23.

18  **BY MR. JOHNSON:**

19  **Q.**   Just briefly, what's depicted here?

20  **A.**   So here we have some cyclic amines that have

21  protonatable nitrogens.

22  **Q.**   And do these -- how do these relate to the last

23  sentence of Paragraph 32, if at all?

24  **A.**   They are -- they contain the positively charged or

25  protonatable nitrogen elements.  And, you know, they are

1    suitable in this case.  They are within the

2    specifications.

3    **Q.**   Okay.  Is there anything in Paragraph 32 to suggest

4    to you that the POSA would understand that the patent

5    teaches using a head group without a protonatable group?

6    **A.**   No.  Every single example there is a protonatable

7    nitrogen in the head group, nothing that suggests that

8    you would have an uncharged head group.

9    **Q.**   Let's move ahead.  There was also talk of disclosure

10   at Column 16.

11             **MR. JOHNSON:**  May I have Slide 24, please.

12   **BY MR. JOHNSON:**

13   **Q.**   And this is an excerpt from Slide -- from the patent

14   at Column 16.

15        Do you recall Dr. Kros discussing this paragraph,

16   Dr. Whitehead?

17   **A.**   Yes.

18   **Q.**   And what is the significance of disclosure to you?

19   **A.**   Yes.  So here we have this term "primary group,"

20   which the patent has defined as being part of a head

21   group -- excuse me.  Being made up of a head group and

22   the central moiety.

23        And it tells us that we need to have a protonatable

24   group within that primary group, and the head group is

25   going to be that protonatable group because we have

*Whitehead — Direct*

1    support, both in the rest of the specification that

2    that's true, and it is also what a POSA would have

3    understood, that the head group of a cationic lipid has a

4    protonatable element.

5    **Q.**    When else have we seen the patent discuss pKa?

6    **A.**    In Paragraph 32.

7    **Q.**    And that was in connection with what portion of the

8    lipid?

9    **A.**    The head group.

10    **Q.**    Have you ever -- have you, in your review of the

11    patent, ever seen the patent talk about the pKa of the

12    central moiety?

13    **A.**    No, it doesn't.

14    **Q.**    And does the -- the next sentence goes on to talk

15    about the central moiety, correct?

16    **A.**    Yes.

17    **Q.**    And does it describe anything to you about the

18    function of the central moiety?

19    **A.**    No.    Just that it links the tails with the -- with

20    the head group.

21    **Q.**    Besides this linking function, does the patent

22    ascribe any other functionality to the central moiety?

23    **A.**    No.

24    **Q.**    And there's multiple groups listed as representative

25    central moieties, correct?

*Whitehead — Direct*

1    **A.**    Yes.

2    **Q.**    Are -- is there any commonality to the structure or

3    function of those different type of groups that would

4    allow -- that would give you some indication of how they

5    are used?

6    **A.**    Not that I'm aware of.

7    **Q.**    And, Dr. Whitehead, you mentioned earlier in your

8    view Alnylam's proposed construction is incorrect.

9         Can you explain why that is?

10   **A.**    It's incorrect because it's incomplete.   It

11   describes the head group of any lipid, but we're not

12   talking about any lipids here.   We're talking about

13   cationic lipids for RNA delivery.   And cationic lipids, a

14   POSA would have understood in 2011 that a cationic lipid

15   for RNA delivery carries a positive charge or is

16   protonatable.

17   **Q.**    In your mind, to a POSA, is there a difference in

18   definition between "head group" as it's used generally

19   for all lipids, as opposed to how it's used in the

20   context of cationic lipids, the focus of this?

21   **A.**    Absolutely.   I mean, there's a reason why we put an

22   adjective in front of "lipid."   It's a cationic lipid.

23   That says positive charge.

24   **Q.**    And as of 2011, where would a POSA have understood

25   that positive charge would have been?

*Whitehead — Cross*

1    nanoparticle will form, the RNA will be compacted,

2    correct?

3    **A.**   We know that now.  But a POSA would not have

4    expected that in 2011.

5    **Q.**   Now, could we just finish up the issue on the

6    hydrophobic/hydrophilic.  Could we please go to the

7    drawing and the description that you put in your article

8    in 2009.  It's at Page 135.

9        And here, what you depicted is cationic lipids and

10   neutral lipids, correct?

11   **A.**   Yes.

12   **Q.**   And on the outside, consistent with their

13   amphiphilic nature because they are in water, the head

14   group region as compared to the tails is less

15   hydrophobic, correct?

16   **A.**   The head group region compared to the tails is less

17   hydrophobic.

18   **Q.**   Okay.  And that's all the property that you ascribe

19   or show here in your depiction of your review article

20   that was also reviewed by two of the most prominent

21   scientists in this area, Dr. Langer and Dr. Anderson,

22   correct?

23   **A.**   I also have that they are cationic lipids.

24   **Q.**   Correct.

25   **A.**   Yes.

*Whitehead – Cross*

1    going to be protonated for carrying the nucleic acids, it

2    makes reference to that they typically have a hydrophobic

3    half and hydrophilic half, correct?

4    **A.**   It says that.

5    **Q.**   And then it also says that -- in the middle there,

6    that "The inventive lipids are particularly useful in

7    delivering negatively charged agents given the tertiary

8    amine available for protonation, thus, forming a positive

9    charge," correct?

10   **A.**   It does say that.

11   **Q.**   Okay.  And so they can be used, then, which are

12   described in this patent "for the delivery of DNA, RNA,

13   or other polynucleotides to a subject or to a cell,"

14   correct?

15   **A.**   Yes, those are the words.

16   **Q.**   And Dr. Langer and Dr. Anderson aren't just persons

17   of ordinary skill in the art.  They are really leaders in

18   this field, correct?

19   **A.**   They are, yes.

20   **Q.**   All right.

21        In fact, Dr. Langer, I believe, founded Moderna?

22   **A.**   He is involved.

23   **Q.**   He's also involved in Alnylam?

24   **A.**   Yes.  Not a cofounder, but, yes.

25   **Q.**   Yeah.  And so he's really recognized as one of

Joint Claim Construction Brief

# EXHIBIT 25

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF DELAWARE

 3   ALNYLAM PHARMACEUTICALS,        )
     INC.,                           )
 4                                   )
                Plaintiff,           )
 5                                   )   C.A. No. 22-cv-335-CFC
        v.                           )
 6                                   )
     MODERNA, INC., MODERNATX,       )
 7   INC., and MODERNA US, INC.,     )
                                     )
 8              Defendants.          )
                                     )
 9

10

11                       Wednesday, August 9, 2023
                               9:05 a.m.
12                          Markman Hearing

13

14                          844 King Street
                          Wilmington, Delaware
15

16    BEFORE: THE HONORABLE COLM F. CONNOLLY
      United States District Court Judge
17

18

19    APPEARANCES:

20
                  MCDERMOTT WILL & EMERY LLP
21                BY:  ETHAN HALLER TOWNSEND, ESQ.
                  BY:  WILLIAM G. GAEDE, III, ESQ.
22                BY:  SARAH CHAPIN COLUMBIA, ESQ.
                  BY:  SARAH J. FISCHER, ESQ.
23                BY:  IAN B. BROOKS, ESQ.

24                       Counsel for the Plaintiff

25
```

1    520 columns of the patent.

2              It's something that the attorneys created, and

3    it's the only example, it's the only cationic lipid

4    Alnylam's ever pointed to that's actually within the

5    scope of the claims.

6              But yes, "amino acid" does read out some, but

7    "amino" would not read out any.

8              **THE COURT:**  It's just the acid.

9              **MR. JOHNSON:**  It's just the acid.  Yes, Your

10   Honor.

11             **THE COURT:**  Anything else you want to say?

12             **MR. JOHNSON:**  No, Your Honor.

13             **THE COURT:**  All right.  I will hear from the

14   other side.

15             Are there any examples in the patent

16   embodiments that don't have a protonatable head group?

17             **MS. COLUMBIA:**  Don't have a protonatable head

18   group?

19             **THE COURT:**  Protonatable head group, yes.

20             **MS. COLUMBIA:**  There are no structures,

21   drawings, Your Honor, that don't have a protonatable head

22   group.  All of the drawn-out structures have a

23   protonatable head group.

24             I think there may be three or so that are

25   permanently charged, have what's called a quaternary

1    nitrogen.  But I think we can put those to one side.  But

2    we don't dispute that the drawn structures in the patent

3    have a protonatable -- the protonatable group is the head

4    group.

5              THE COURT:  In other words, every head group

6    is either positively charged or protonatable in every

7    embodiment; is that right?

8              MS. COLUMBIA:  In the drawn structures, yes.

9              THE COURT:  You keep saying "drawn."

10             MS. COLUMBIA:  Right.

11             THE COURT:  Do you want to point me to an

12   embodiment --

13             MS. COLUMBIA:  Because the written description

14   includes not just the drawn structures, but the words,

15   the description in the patent --

16             THE COURT:  Right.  But the description of an

17   embodiment, can you show me where in the patent there is

18   one?

19             MS. COLUMBIA:  No, Your Honor.  The

20   description, though, of what types of things can be head

21   groups, which is in Column 32 beginning at Line -- let me

22   just take a look at my patent.  I think it's Line 46,

23   Your Honor, is broader and does teach that the head group

24   can be something that is not an amine.

25             It's Column 32, beginning at Line 45.

1          And, Mr. Brooks, could you assist me by going

2    to slide -- be ready to go to Slide 31.

3          **THE COURT:**  Okay.  I'm there.

4          **MS. COLUMBIA:**  So, Your Honor, I don't know if

5    the slides are helpful or not.  This paragraph, which

6    stretches from Line 45 to Line 64 in Column 32 --

7          **THE COURT:**  Right.  I'm looking at it.

8          **MS. COLUMBIA:**  -- is a description of

9    embodiments and what the head group can include.  And at

10   Line 48, it says the head group can include an amine.

11         **THE COURT:**  Right.  You are calling that an

12   embodiment?

13         **MS. COLUMBIA:**  No, Your Honor.

14         **THE COURT:**  Okay.

15         **MS. COLUMBIA:**  I'm not.

16         **THE COURT:**  Show me an embodiment in this

17   paragraph.

18         **MS. COLUMBIA:**  I apologize, Your Honor.  I

19   thought I had answered your question about a specific

20   embodiment.

21         No, there is not a written description of a

22   specific embodiment, but there is written description of

23   what types --

24         **THE COURT:**  What could possibly occur.

25         **MS. COLUMBIA:**  Exactly.

1          **THE COURT:**  Yeah.  I get that.

2          **MS. COLUMBIA:**  Okay.

3          **THE COURT:**  I just think, to be fair, right,

4    an embodiment is -- that's not what we call an

5    embodiment.  An embodiment is an actual example, right,

6    set forth in the patent.

7          **MS. COLUMBIA:**  I hundred percent agree, Your

8    Honor.  And I apologize.  I thought I had answered you

9    directly when you said:  Is there a written description

10   of an embodiment with -- where the head group is not

11   protonatable?  The answer is no.

12         **THE COURT:**  Right.  And I think to be fair,

13   right, what you're pointing me to is portions of the

14   written description that allow for the possibility of --

15         **MS. COLUMBIA:**  Correct.

16         **THE COURT:**  -- of a head group that's a

17   cationic amine, right?  And that can include a primary,

18   secondary, or tertiary amine; is that right?

19         **MS. COLUMBIA:**  Yes, Your Honor.

20         And equally importantly, when you go down to

21   Line 60, it distinguishes and says the head group can

22   also include a functional group that is less strongly

23   basic than an amine; i.e., not an amine.

24         **THE COURT:**  Right.

25         **MS. COLUMBIA:**  And lists some examples and

Joint Claim Construction Brief

# EXHIBIT 26

# NIH Public Access
## Author Manuscript

*Vaccine*. Author manuscript; available in PMC 2007 September 19.

Published in final edited form as:
*Vaccine*. 1999 December 10; 18(9-10): 765–777.

NIH-PA Author Manuscript

# DNA and RNA-based vaccines: principles, progress and prospects

**Wolfgang W. Leitner**, **Han Ying**, and **Nicholas P. Restifo**[*]
*National Cancer Institute, National Institutes of Health, Building 10, Bethesda, MD 20892-1502, USA*

## Abstract

DNA vaccines were introduced less than a decade ago but have already been applied to a wide range of infectious and malignant diseases. Here we review the current understanding of the mechanisms underlying the activities of these new vaccines. We focus on recent strategies designed to enhance their function including the use of immunostimulatory (CpG) sequences, dendritic cells (DC), co-stimulatory molecules and cytokine- and chemokine-adjuvants. Although genetic vaccines have been significantly improved, they may not be sufficiently immunogenic for the therapeutic vaccination of patients with infectious diseases or cancer in clinical trials. One promising approach aimed at dramatically increasing the immunogenicity of genetic vaccines involves making them 'self-replicating'. This can be accomplished by using a gene encoding RNA replicase, a polyprotein derived from alphaviruses, such as Sindbis virus. Replicase-containing RNA vectors are significantly more immunogenic than conventional plasmids, immunizing mice at doses as low as 0.1 µg of nucleic acid injected once intramuscularly. Cells transfected with 'self-replicating' vectors briefly produce large amounts of antigen before undergoing apoptotic death. This death is a likely result of requisite double-stranded (ds) RNA intermediates, which also have been shown to super-activate DC. Thus, the enhanced immunogenicity of 'self-replicating' genetic vaccines may be a result of the production of pro-inflammatory dsRNA, which mimics an RNA-virus infection of host cells.

## Keywords

Genetic vaccines; Dendritic cells; Replicase

## 1. Why use genetic vaccines?

DNA vaccination has become the fastest growing field in vaccine technology following reports at the beginning of the 90's that plasmid DNA induces an immune response to the plasmid-encoded antigen [1,2]. This unexpectedly successful new method is considered by some to be one of the most important discoveries in the history of vaccinology [3,4]. However, DNA vaccination in many cases is hampered by poor efficacy. Thus, as discussed later, various strategies are being developed to improve immune responses induced by genetic vaccines.

In contrast to vaccines that employ recombinant bacteria or viruses, genetic vaccines consist only of DNA (as plasmids) or RNA (as mRNA), which is taken up by cells and translated into protein. In case of gene-gun delivery, plasmid DNA is precipitated on to an inert particle (generally gold beads) and forced into the cells with a helium blast. Transfected cells then express the antigen encoded on the plasmid resulting in an immune response. Like live or attenuated viruses, DNA vaccines effectively engage both MHC-I and MHC-II pathways

[*] Corresponding author. Tel.: +1-301-496-6357; fax: +1-301-496-0011. *E-mail addresses:* wolfgang_leitner@nih.gov (W.W. Leitner), restifo@nih.gov (N.P. Restifo)

allowing for the induction of CD8$^+$ and CD4$^+$ T cells (reviewed in [5]) whereas antigen present in soluble form, such as recombinant protein, generally induces only antibody responses.

Because genetic vaccines are relatively inexpensive and easy to manufacture and use, their immunogenicity and efficacy have been analyzed in a large number of systems and results from preclinical studies have supported human clinical trials [6,7]. Studies have rapidly moved from small laboratory animals to primates and clinical trials are currently being conducted for diseases such as cancer [8], HIV-infection [9], or malaria [10,11]. DNA vaccine studies for disease-models have intensively been reviewed elsewhere [12-15]. The focus of this review will be on experimental strategies aimed at improving genetic vaccines and in particular on those capable of self-replication.

## 2. A variety of factors determine the success of genetic vaccination

The quick acceptance of genetic vaccines in experimental settings is due to the many advantages this strategy has over traditional vaccines. However, the efficacy of genetic vaccines in many systems has not proven to be satisfactory, leading some to conclude that genetic vaccines are not a viable alternative to conventional vaccines and will never replace them (reviewed in [16]). Some studies, however, purport that DNA vaccines are more efficacious than some established vaccines based on recombinant proteins [17], recombinant viruses [18], or both [19]. Indeed, DNA vaccines can circumvent many of the problems associated with recombinant protein-based vaccines, such as high costs of production, difficulties in purification, incorrect folding of antigen and poor induction of CD8$^+$ T cells. DNA also has clear advantages over recombinant viruses, which are plagued with the problems of pre-existing immunity, risk of insertion-muta-genesis, loss of attenuation or spread of inadvertent infection [8,20]. Perhaps, the primary goal of genetic vaccines should not be to replace well established conventional vaccines with a good track record, instead the focus should be on diseases for which conventional vaccine approaches are ineffective.

Genetic vaccines can be delivered into the host by several routes and methods. Needle-injection into muscle tissue and into the skin is the most commonly used method [1,21,22]. Also the spleen and a variety of mucosal surfaces [23-25] including those of the nose [26] and gut [27] have been targeted. Scale-up from small rodents to larger animals and humans may not be an obstacle: A given DNA-dose may effectively induce an immune response regardless of body size [28,29]. Despite the large number of genetic vaccine-studies conducted so far, many of the results are difficult to compare and inconsistent. A number of factors determine the magnitude and type of immune response induced by plasmid DNA (summarized in Table 1).

Genetic vaccines may mimic some aspects of the natural infection of host-cells. However, microorganisms contain surface-molecules such as LPS and a variety of soluble factors that function as adjuvants, alerting the immune system to 'danger' by inducing inflammation. The potency of genetic vaccines may be significantly enhanced by mimicking these signals with synthetic adjuvants such as QS21 [26] or monophosphoryl lipid A (MPL) [30,31]. However, DNA plasmids without adjuvant are able to induce remarkably strong immune responses to the encoded antigen. In part, this may be due to immunostimulatory sequences within the DNA itself [32,33].

## 3. Myocytes likely play a secondary role in successful vaccination

Because myocytes are able to take up some of the plasmid injected into the muscle the mechanism of intramuscular immunization seemed very straightforward (Fig. 1). Some reported that this uptake was enhanced when muscle fibrils were recovering from tissue damage induced by the injection of bupivacaine [34] or cardiotoxin [35,36], although such pre-treatment may not be beneficial for all systems [16]. However, muscle is not considered an

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Leitner et al. Page 3

immunologically relevant tissue as myocytes lack the characteristics of antigen-presenting cells (APC) such as MHC-II expression, costimulatory molecules or marked cytokine-secretion. Even the co-expression of costimulatory molecules or cytokines like GM-CSF or IL-12 is insufficient to turn non-hematopoetic cells into efficient APC [37]. Successful antigen presentation to naive T cells in vivo by 'non-professional' APC like fibroblasts may be restricted to some viral antigens that are immunogenic enough to overcome costimulatory requirements [38]. The insignificant role of muscle cells in intramuscular DNA-immunization is further supported by a study, in which the surgical removal of the injected muscle within 10 min of injection of DNA-plasmid did not affect the magnitude or longevity of the antibody response to the encoded antigen [39]. Thus, it seems unlikely that muscle tissue is the immune activating component. Indeed, there is little or no local inflammatory infiltrate at the DNA injection-site, especially after the acute effects of the vaccination have disappeared [40].

Two possible scenarios could explain the mechanism of immune-priming by intramuscularly injected genetic vaccines (Fig. 1). First, myocytes are the antigen-factories that supply professional APCs with antigen for the induction of an immune response in the form of full-length protein or peptides [41,42]. Alternatively, resident APCs may be transfected directly and the antigen that is expressed by transfected myocytes is an irrelevant side-product. In either case, the antigen-expressing bone marrow-derived APCs then migrate to lymph nodes where they activate the T and B lymphocytes. Transfected myocytes may also serve as plasmid-depots for continued APC-transfection. Because myocytes expressing the antigen are subject to CTL-lysis [43], plasmid released from these myocytes may be picked up by monocytes migrating through the muscle.

## 4. Bone marrow derived APC are required for the induction of an immune response after DNA-vaccination

The crucial role of bone marrow-derived APC (BM-APC) has been well established by using BM-reconstituted chimeras [42,44-46]. The migration of plasmid-carrying macrophages from the injected muscle to lymph nodes has been observed. Minute amounts of the immunizing plasmid have been demonstrated in regional lymph nodes and the spleen [47]. In the case of gene gun delivery, only a small number of transfected dendritic cells (DC) can be found in local lymph nodes after the immunization leading some to question whether these few cells are sufficient to induce an immune response [48]. Alternative explanations such as antigen-transfer to DC or antigen-presentation by non-hematopoetic cells are not consistent with data from experiments in which the transfected cells were selectively depleted in vitro, severely impairing the ability of the remaining non-transfected APCs from immunized animals to induce T cells [48]. The crucial role of DC is also supported by the observation that subcutaneous DNA-injection is very inefficient since this tissue lacks Langerhans cells [49].

The role of DC is not unique to DNA-based vaccines. In case of recombinant vaccinia viruses, the strongest immune response is not induced by the construct with a promoter that showed the highest in vitro expression but the construct using a promoter that was active in DC [50]. Likewise, the function of DNA immunogens should be optimized in DC.

## 5. Intramuscular and intradermal genetic vaccination may employ different mechanisms in inducing immune responses

In contrast to muscle, skin has important immunological functions as it represents the 'first line of defence' of the immune system. Throughout the epidermis, specialized DC form a 3-dimensional network to assure tight immune-surveillance of the skin. Infections agents stimulate DC to pick up antigen and after migrating to the local lymph nodes initiate an immune response [51,52]. The main methods of plasmid-DNA delivery to the skin, by needle injection

or by gene-gun, differ in several respects. While needle injection requires relatively large amounts of plasmid (similar to the 50–100 μg dose used in intramuscular immunization), the amount of plasmid required for gene-gun immunization has been titrated down to a few nanogram [53,54]. As in myocyte-transfection after intramuscular immunization, plasmid can be actively taken up by skin cells [55] but only few cells are transfected after intradermal injection [22].

When delivered by gene-gun, the plasmid solubilizes when the plasmid-coated gold bullet penetrates the cells in the skin. Thus, plasmid is directly deposited into cells transfecting up to 20% of the cells in the target-area [56]. Tissue stress resulting from the blast may contribute to the activation of DC. Indeed, the total number of DC in the skin-draining lymphoid tissue increases enormously after gene-gun immunization, although the majority of these cells do not carry the plasmid. Such massive DC-immigration into lymph nodes could be induced simply with plasmidfree gold bullets demonstrating the 'adjuvant effect' of gene-gun immunization [48]. In case of gene gun immunization, an antibody-response to the plasmidencoded antigen has been reported not to occur if the target area is excised within 24 h. There is little or no effect when the excision occurs later [39,57]. This time period may coincide with the time it takes an activated DC to migrate from the skin to the lymph nodes. In contrast to these findings, the removal of the gene-gun immunized mouse-ear immediately after immunization does not abrogate the immune response (Johnston SA, personal communication) most likely because some plasmid can rapidly leave the tissue after it is delivered directly into the bloodstream, possibly transfecting cells in blood vessels close to the surface of the skin.

Larger amounts of plasmid delivered by needle-injection together with increased quantities of immunostimulatory DNA sequences may steer the immune system towards a Th1-type response [58-60]. Indeed, the intramuscular injection of relatively small amounts of plasmid elicits Th2-type responses that are characterized by IgG1 [61]. The small amounts of immunostimulatory DNA delivered with the gene gun may not be sufficient to mediate a Th1-type response allowing Th2-type responses to emerge (reviewed in [61]). It is important to note that needle immunization with large amounts of DNA does not always induce Th1-type responses and gene gun immunization does not always yield a Th2-response [62,63]. By modifying the immunization-regimen, we have shown that either IgG1 or mixed IgG1/IgG2-responses can be induced by gene-gun immunization [63]. Furthermore, a gene gun-induced Th2-type response can be switched to a Th1-type response by co-delivering the genes for IL-2, -7 or -12 [64] (Fig. 2).

# 6. Enhancing the efficacy of genetic vaccines

A large number of approaches have been used in an attempt to improve the often poor efficacy of DNA vaccines. Because the efficacy of DNA vaccines in many systems has not been satisfactory, the most simple and unexpectedly effective strategy is increasing the intervals between immunizations and, thereby, the 'rest-period' of the immune system [63,65]. In addition, many elements of the plasmid can be optimized for use of the vector as a DNA vaccine [66]. Based on the idea that more antigen is better, most DNA vaccines use strong viral promoters and are geared towards maximum expression. Other sequences that can be optimized in a plasmid include introns, enhancers and poly-adenylation signals [67-69].

## 6.1. Antigens can be modified to make them better immunogens

To improve the immunogenicity of an antigen encoded by a genetic vaccine, functional sequences like the intracellular domain or the trans-membrane sequence can be eliminated [70]. Antigens can be targeted to the Class-I or Class-II processing pathways with the addition of sequences designed to direct intracellular trafficking. Finally, immunodominant epitopes from antigens can be expressed as minigenes, or they can be buried within unrelated, but highly

NIH-PA Author Manuscript

immunogenic core-sequences [71]. This may be especially useful in cases where 'full-length' proteins are not suitable as vaccine candidates, because they are toxic for the host [61] or immunosuppressive [72]. Antigenic proteins can be maximally truncated, leaving only defined epitopes for B or T cells. Antigens consisting of CD8$^+$ T cell-epitopes alone are sufficient to induce CTLs as shown with an ova-epitope in vaccinia [73] and this approach has also successfully been used for CD4$^+$-T cell epitopes [55]. To overcome MHC-restriction of individual epitopes or to induce a broader range of effector-cells, it is possible to deliver multiple contiguous minimal epitopes in form of a 'polytope'. This approach has successfully been used for vaccinia as a carrier [74] as well as for an analogue DNA-construct [75]. To improve MHC-I-loading, endoplasmic reticulum (ER) insertion signal sequences can be attached to minigenes. These sequences can facilitate the targeting of the antigen to the ER, where MHC-I molecules are complexed with antigen. This approach was pioneered in the vaccinia system [76] and also works for peptide-immunization [77]. An adenovirus leader-sequences has successfully been used to target DNA vaccine encoded CD8$^+$ T cell epitopes to the ER [71].

Helper epitopes, such as the hepatitis B core-antigen, can activate B cells and elicit strong T cells responses adding significantly to DNA-based vaccines against hepatitis [78,79]. In another example, a short sequence of a malaria antigen encoding a known helper-epitope (*P. berghei* CSP57-70) with a nested and previously unidentified H2-K$^d$ CD8$^+$ T cell epitope (PbCSP58-67) was engineered into a DNA plasmid together with the hepatitis core antigen-sequence. When this plasmid was delivered as a DNA vaccine by gene gun, we were able to induce the highest level of protection seen with any PbCSP-DNA vaccine tested (Lyon JA, Leitner WW, unpublished observation).

## 6.2. Exogenous cytokines can enhance or direct the immune response

Cytokines can significantly improve vaccine-induced immune responses, accelerating and augmenting it as well as directing it, for example, towards a Th1- or Th2-type response [80, 81]. In the case of cancer, adjuvant cytokines are especially important, because tumor-associated-antigens are generally of poor immunogenicity. Irvine et al. demonstrated that gene gun delivery of a model antigen was protective by itself, but was only therapeutic when co-delivered with IL-2, IL-6, IL-7 or especially IL-12 [82]. Other useful cytokine adjuvants include GM-CSF, a cytokine thought to recruit and mature dendritic cells [83]. Besides using exogenous factors, cytokines [84] as well as chemokines [85,86] encoded on plasmid DNA or as cDNA have been used to study, modulate or enhance a DNA vaccine induced immune response. One study shows the conversion of a non-immunogenic antigen into a DNA vaccine by fusing it to the genes for chemokines [87].

## 6.3. DNA-encoded costimulatory molecules can enhance APC-functions

To develop a T cell response, APCs have to deliver two signals to the T cell: one signal is from the MHC/peptide complex to the T cell receptor, the second is from a costimulatory molecule, of which B7 is perhaps the most important and best characterized. In the absence of costimulation, T cells may become anergic preventing self-reactive cells from producing auto-reactivity. B7.1 and B7.2 are expressed on professional APC and on a variety of other tissues after exposure to inflammatory cytokines [88]. Transfection of tumor cells with either isoform has successfully been used to overcome the poor immunogenicity of tumor cells [89-91]. Both molecules bind CD28, the constitutively expressed T cell ligand, as well as CTLA-4, an inducible ligand expressed upon T cell activation. There is an ongoing controversy over how these two B7-molecules differ functionally. Blockade of B7.1 has been shown to abrogate primary and secondary antibody responses, while B7.2 blockade suppressed only primary responses [92]. The differential expression of B7.1 and B7.2 on APC could result in differences in the T helper cell phenotype [93]. Alternatively, some investigators challenge the role of B7

NIH-PA Author Manuscript

as a costimulatory molecule altogether and describe B7.1 and B7.2 as 'late' triggers of IL-2 production and T cell survival that are not involved in the initial T cells stimulation [94,95].

The use of B7 for DNA-immunization has shed some light on the differential roles of the two isoforms. Interestingly, co-immunization with the B7.2-gene yielded better results in some studies while B7.1 codelivery had little beneficial effect [37,96]. We, however, observed that co-delivery of B7.1 with a malaria antigen (*Pb*-CSP) by gene gun significantly increased the protective effect of a low-expressing plasmid, but not of a high expresser plasmid (Lyon JA, Leitner WW, unpublished observations). The enhanced efficacy was strongly dependent on the immunization interval and, surprisingly, repeated B7.1 co-immunization was suppressive when used with longer intervals. Importantly, enhanced immune responses are observed in some studies only when the two genes are encoded on the same plasmid, suggesting that the antigen-specific and costimulatory signals must emanate from the same cell [84].

## 6.4. Bacterial DNA-sequences called immunostimulatory sequences can be potent adjuvants

Non-methylated, palindromic DNA-sequences containing CpG-oligodinucleotides (CpG-ODN) can activate an 'innate' immune response by activating monocytes, NK cells, dendritic cells and B-cells in an antigen-independent manner (immunostimulatory DNA sequences, ISS). Indeed, methylation of the CpG-ODN reportedly abrogates the immunogenicity of the DNA vaccine [97]. Thus, the use of large amounts of plasmid for immunization may not only overcome the low transfection efficiency in vivo, but may also serve as an adjuvant, driving a Th1-type response (reviewed elsewhere [98]). Immunostimulatory DNA sequences may activate skin-derived DC in vitro and in vivo [99]. Because resting DC are weak APCs, this activation may be critical for successful plasmid-vaccination [100,101]. CpG-ODN have been reported by one group to be as effective an adjuvant as Complete Freund's Adjuvant and to be without significant toxicity [33]. In the case of DNA vaccines they can either be co-administered with plasmid-DNA in the form of oligonucleotides or the number of ISS on the plasmid-backbone can be increased. Limited information is available so far about the species-specificity and restrictions of the DNA-sequences outside the central CpG-ODN [97]. Nevertheless, the study of the immunostimulatory properties of DNA may be an important area of research because of the limited number of adjuvants for use in humans (reviewed in [102]).

## 6.5. Heterologous prime-boost-regimens can enhance the efficacy of genetic vaccines

The delivery of the same antigen multiple times using carriers with little or no immunogenic crossreactivity (heterologous prime-boost-regimen) provides several advantages over the repeated delivery of an antigen with the same carrier (homologous boosting). The repeated use of any given recombinant virus-based vaccine may be impaired by anamnestic responses to the carrier itself [8]. Including DNA in these regimens may also shift the response towards Th1, even when a Th2-type response was initiated with recombinant protein [103]. Heterologous boosting yielded full protection in the *P.berghei* malaria model when plasmid immunization was followed by administration of recombinant vaccinia virus. Homologous boosting was weak or ineffective in this model [104,105]. Similarly, Irvine et al, reported greatly improved immune responses and tumor treatment when delivering a model tumor antigen by gene gun, cowpox or fowlpox in a heterologous prime-boost-regimen [106].

The order of carriers used in a heterologous primeboost-regimen may be important. Going from the antigenically simpler vector in the priming, to the antigenically more complex (and potentially more powerful) vector in the boosting may help the immunotherapist to focus the immune response. For example, priming with DNA-priming and boosting with recombinant vaccinia virus was the only effective regimen in some studies [104,105]. This might be due to viral products that are immunosuppressive such as soluble, secreted cytokine receptor homologues, the expression of which could interfere with immune priming, especially to weak

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

antigens [107-110]. Furthermore, epitopes derived from viral vectors can be immunodominant over weak antigens. Such interference might have less impact on a secondary response that had been primed with a DNA vaccine. Finally, in humans, pre-existing immunity to some viral vectors might add another level of complexity to the outcome of heterologous prime-boost strategies.

## 7. Self-replicating genetic vaccines have some clear advantages over conventional vectors

'Self-replicating' genetic vaccines are designed to overcome the poor efficacy of some current DNA-based and RNA-based genetic vaccines. The idea and the elements for this new generation of vaccines come from members of the Alphavirus genus, which includes Sindbis virus, Semliki Forest virus (SFV) and Venezuelan equine encephalitis (VEE) virus. These RNA viruses contain a single copy of positive-stranded RNA encapsidated by a protein/lipid envelope. The viral RNA encodes its own RNA replicase, an autoproteolytic polyprotein that cleaves itself into four non-structural protein components (nsP1-4) [111,112]. Upon infecting a cell, the viral RNA first translates the replicase complex, which in turn drives its own RNA replication. The replicase complex then synthesizes a genomic negative-strand (anti-sense RNA), which is used as a template for the synthesis of the genomic positive-stand RNA as well as a subgenomic RNA encoding the structural viral proteins (Fig. 3). The genes for structural proteins can be replaced with the gene for the antigen of interest to construct powerful replicase-based vaccines [113].

Theoretically up to 200,000 copies of RNA can be produced in a single cell within 4 h and expression of the encoded antigen can be as much as 25% of total cell protein [114]. The alphavirus replicase functions in a broad range of host cells (mammalian, avian, reptilian, amphibian and insect cells) [115]. Replication takes place in the cytoplasm of the host cell and, therefore, is independent of the host's replication system. All the above features, i.e. high level expression, broad host range and cytoplasmic replication, are useful features in genetic vaccine development.

To facilitate vaccine production, genomic alphavirus RNA alone can be used as a vaccine vehicle. The in vitro transcribed self-replicating RNA contains sequences coding for the SFV replicase and a model antigen. A single intramuscular injection of a self-replicating RNA elicited antigen-specific antibody and CD8$^+$ T cell responses and was shown to be significantly more effective than non-replicating RNA [115,116]. DNA-based vaccines can also be constructed by inserting a strong promoter like the human CMV immediate promoter/enhancer element to initiate the transcription of the full length 'genomic' RNA in the nucleus [112, 117-119]. Replicase-based DNA vaccines may be significantly more immunogenic and efficacious than conventional DNA-plasmid vaccines when low doses of the vaccine are given. Indeed, nanogram amounts of replicase-based vaccine can induce antigen-specific antibody and CD8$^+$ T cell responses [118-120] (and Leitner WW et al., in preparation).

## 8. Mechanisms that could account for the high efficacy of self-replicating genetic vaccines

A major rationale for putting antigen-coding genes under the control of the alphaviral RNA replicase was to enhance antigen expression and presentation. Unexpectedly, the level of antigen expression of replicase-based constructs in vitro was not necessarily higher than that obtained with conventional DNA or RNA-vectors [118,120] (and Leitner WW et al., manuscript in preparation). The discordance between antigen expression level and the increase in immunogenicity suggests that other mechanisms are involved such as those illustrated in Fig. 4. A fundamental difference between replicase-based DNA vaccines and conventional

DNA vaccines is the virus-like RNA-replication inside transfected host. Transfection of host cells with replicase-based genetic vaccines could trigger a series of 'danger signals'[121].

Replicase-based DNA or RNA induce apoptotic death of the host cell in vitro just as alphaviral infection induces apoptosis in host cells [116,122]. These apoptotic cells may be picked up by dendritic cells for presentation to the immune system [123]. Transfection with self-replicating genetic vaccines may also cause the production of heat shock proteins in transfected or bystander cells [124]. The activity of the viral replicase may provide a powerful adjuvant-effect because of the requisite production of double stranded RNA (dsRNA) intermediates (Fig. 5). dsRNA itself is a potent inducer of the interferons and virus-derived dsRNA can function as a strong adjuvant for cellular and humoral immune responses [125]. Several molecules are known to bind to and can be activated by dsRNA. The best characterized are $2'-5'$ oligoadeny-late (2-5A) synthetase and protein kinase-RNA activated (PKR). The 2-5A system contributes to the antiviral effect of the interferons through the synthesis of 2-5A and its activation of RNAse, which degrades both viral and cellular RNA. PKR-expression both induces and is induced by the interferons. PKR is then activated by dsRNA to phosphorylate its substrates, including eIF2. This results in the inhibition of translation, further diminishing viral replication. The cellular death observed in response to dsRNA is likely to be mediated by both the 2-5A system-induced RNAse as well as some substrates of PKR [126,127]. INF-γ potentiates the apoptotic effects of dsRNA [128].

The mediators involved in the apoptosis of virally infected cells are subject to viral and cellular inhibitors, like vaccinia E3L [127], HIV-1 Tat protein [129] or the cellular P85IPK [130]. Inhibitors encoded by viruses allow efficient viral replication despite the host cells defense mechanisms. Although apoptosis of cells transfected with self-replicating genetic vaccines might contribute to their enhanced immunogenicity, their efficacy might be limited by the rapid death of host cells due to the absence of vaccine encoded apoptosis-inhibitors that delay the apoptotic death. The manipulation of apoptosis is likely to be a rich area of exploration for vaccinologists.

## 9. Conclusion

Ideally, a vaccine should be: safe, highly immunogenic, non-integrating, easy to manipulate, genetically stable and inexpensive to produce. In addition to these features, a therapeutic vaccine must not be compromised by pre-existing immunity of the patient against the vaccine vehicle. While 'conventional' DNA vaccines are frequently hampered by low efficacy, replicase-based vaccines may significantly improve efficacy. 'self-replicating' genetic vaccines may be effective in the fight against diseases that have so far successfully resisted conventional vaccination strategies using recombinant proteins, viruses or bacteria.

## References

1. Wolff JA, Malone RW, Williams P, et al. Direct gene transfer into mouse muscle in vivo. Science 1990;247:1465–8. [PubMed: 1690918]

2. Tang DC, DeVit M, Johnston SA. Genetic immunization is a simple method for eliciting an immune response. Nature 1992;356:152–4. [PubMed: 1545867]

3. Mor G. Plasmid DNA: a new era in vaccinology. Biochem Pharmacol 1998;55:1151–3. [PubMed: 9719468]

4. Whalen RG. DNA vaccines, cyberspace and self-help programs. Intervirology 1996;39:120–5. [PubMed: 8957678]

5. Wang B, Godillot AP, Madaio MP, Weiner DB, Williams WV. Vaccination against pathogenic cells by DNA inoculation. Curr Top Microbiol Immunol 1998;226:21–35. [PubMed: 9479833]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

6. Mor G, Singla M, Steinberg AD, Hoffman SL, Okuda K, Klinman DM. Do DNA vaccines induce autoimmune disease? Hum Gene Ther 1997;8:293–300. [PubMed: 9048196]

7. Nichols WW, Ledwith BJ, Manam SV, Troilo PJ. Potential DNA vaccine integration into host cell genome. Ann NY Acad Sci 1995;772:30–9. [PubMed: 8546411]

8. Restifo N, Rosenberg S. The development of recombinant and synthetic cancer vaccines. Curr Opin Oncol 1999;11:50–7. [PubMed: 9914879]

9. Calarota S, Bratt G, Nordlund S, et al. Cellular cytotoxic response induced by DNA vaccination in HIV-1-infected patients. Lancet 1998;351:1320–5. [PubMed: 9643795]

10. Hoffman SL, Doolan DL, Sedegah M, et al. Strategy for development of a pre-erythrocytic Plasmodium falciparum DNA vaccine for human use. Vaccine 1997;15:842–5. [PubMed: 9234529]

11. Wang R, Doolan DL, Le T, et al. Induction of antigen-specific cytotoxic T lymphocytes in humans by a malaria DNA vaccine. Science 1998;282:476–80. [PubMed: 9774275]

12. Wahren B. Gene vaccines. Immunotech 1996;2:77–83.

13. Robinson HL. Nucleic acid vaccines: an overview. Vaccine 1997;15:785–7. [PubMed: 9234513]

14. Mahvi DM, Burkholder JK, Turner J, et al. Particle-mediated gene transfer of granulocyte-macrophage colony-stimulating factor cDNA to tumor cells: implications for a clinically relevant tumor vaccine. Hum Gene Ther 1996;7:1535–43. [PubMed: 8864754]

15. Montgomery DL, Ulmer JB, Donnelly JJ, Liu MA. DNA vaccines. Pharmacol Therapeut 1997;74:195–205.

16. Manickan E, Karem KL, Rouse BT. DNA vaccines — a modern gimmick or a boon to vaccinology? Crit Rev Immunol 1997;17:139–54. [PubMed: 9094450]

17. Davis HL, Demeneix BA, Quantin B, Coulombe J, Whalen RG. Plasmid DNA is superior to viral vectors for direct gene transfer into adult mouse skeletal muscle. Hum Gene Ther 1993;4:733–40. [PubMed: 8186288]

18. Hurpin C, Rotarioa C, Bisceglia H, Chevalier M, Tartaglia J, Erdile L. The mode of presentation and route of administration are critical for the induction of immune responses to p53 and antitumor immunity. Vaccine 1998;16:208–15. [PubMed: 9607032]

19. Schirmbeck R, Bohm W, Reimann J. DNA vaccination primes MHC class I-restricted, simian virus 40 large tumor antigen-specific CTL in H-2d mice that reject syngeneic tumors. J Immunol 1996;157:3550–8. [PubMed: 8871655]

20. Rosenberg SA, Zhai Y, Yang JC, et al. Immunizing patients with metastatic melanoma using recombinant adenoviruses encoding MART-1 or gp100 melanoma antigens. J Natl Cancer Inst 1999;90:1894–900. [PubMed: 9862627]

21. Jiao S, Williams P, Berg RK, et al. Direct gene transfer into nonhuman primate myofibers in vivo. Hum Gene Ther 1992;3:21–33. [PubMed: 1532913]

22. Raz E, Carson DA, Parker SE, et al. Intradermal gene immunization: the possible role of DNA uptake in the induction of cellular immunity to viruses. Proc Natl Acad Sci USA 1994;91:9519–23. [PubMed: 7937799]

23. Chen SC, Jones DH, Fynan EF, et al. Protective immunity induced by oral immunization with a rotavirus DNA vaccine encapsulated in microparticles. J Virol 1998;72:5757–61. [PubMed: 9621034]

24. Etchart N, Buckland R, Liu MA, Wild TF, Kaiserlian D. Class I-restricted CTL induction by mucosal immunization with naked DNA encoding measles virus haemagglutinin. J Gen Virol 1997;78:1577–80. [PubMed: 9225032]

25. Wang B, Dang K, Agadjanyan MG, et al. Mucosal immunization with a DNA vaccine induces immune responses against HIV-1 at a mucosal site. Vaccine 1997;15:821–5. [PubMed: 9234524]

26. Sasaki S, Sumino K, Hamajima K, et al. Induction of systemic and mucosal immune responses to human immunodeficiency virus type 1 by a DNA vaccine formulated with QS-21 saponin adjuvant via intramuscular and intranasal routes. J Virol 1998;72:4931–9. [PubMed: 9573261]

27. Jones DH, Clegg JC, Farrar GH. Oral delivery of micro-encapsulated DNA vaccines. Developments in Biological Standardization 1998;92:149–55. [PubMed: 9554269]

28. Cox GJ, Zamb TJ, Babiuk LA. Bovine herpesvirus 1: immune responses in mice and cattle injected with plasmid DNA. J Virol 1993;67:5664–7. [PubMed: 8350420]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

29. Davis HL, McCluskie MJ, Gerin JL, Purcell RH. DNA vaccine for hepatitis B: evidence for immunogenicity in chimpanzees and comparison with other vaccines. Proc Natl Acad Sci USA 1996;93:7213–8. [PubMed: 8692971]

30. Sasaki S, Tsuji T, Hamajima K, et al. Monophosphoryl lipid A enhances both humoral and cell-mediated immune responses to DNA vaccination against human immunodeficiency virus type 1. Infect Immun 1997;65:3520–8. [PubMed: 9284115]

31. Ray NB, Ewalt LC, Lodmell DL. Nanogram quantities of plasmid DNA encoding the rabies virus glycoprotein protect mice against lethal rabies virus infection. Arch Virol 1997;142:1011–9. [PubMed: 9191865]

32. Krieg AM, Yi AK, Matson S, et al. CpG motifs in bacterial DNA trigger direct B-cell activation. Nature 1995;374:546–9. [PubMed: 7700380]

33. Weiner GJ, Liu HM, Wooldridge JE, Dahle CE, Krieg AM. Immunostimulatory oligodeoxynucleotides containing the CpG motif are effective as immune adjuvants in tumor antigen immunization. Proc Natl Acad Sci USA 1997;94:10833–7. [PubMed: 9380720]

34. Davis HL, Michel ML, Whalen RG. Use of plasmid DNA for direct gene transfer and immunization. Ann NY Acad Sci 1995;772:21–9. [PubMed: 8546395]

35. Davis HL, Whalen RG, Demeneix BA. Direct gene transfer into skeletal muscle in vivo: factors a3ecting eficiency of transfer and stability of expression. Hum Gene Ther 1993;4:151–9. [PubMed: 8494924]

36. Le Borgne S, Mancini M, Le Grand R, et al. In vivo induction of specific cytotoxic T lymphocytes in mice and rhesus macaques immunized with DNA vector encoding an HIV epitope fused with hepatitis B surface antigen. Virology 1998;240:304– 15. [PubMed: 9454704]

37. Iwasaki A, Stiernholm BJ, Chan AK, Berinstein NL, Barber BH. Enhanced CTL responses mediated by plasmid DNA immunogens encoding costimulatory molecules and cytokines. J Immunol 1997;158:4591–601. [PubMed: 9144471]

38. Sprent J. Antigen-presenting cells. Professionals and amateurs. Curr Biol 1995;5:1095–7. [PubMed: 8548275]

39. Torres CA, Iwasaki A, Barber BH, Robinson HL. Differential dependence on target site tissue for gene gun and intramuscular DNA immunizations. J Immunol 1997;158:4529–32. [PubMed: 9144463]

40. Levitsky HI. Accessories for naked DNA vaccines. Nat Biotech 1997;15:619–20.

41. Spier, RE. International meeting on the nucleic acid vaccines for the prevention of infectious disease and regulating nucleic acid (DNA) vaccines. Vaccine; Natcher Conference Center NIH; Bethesda, MD. 5-8 February, 1996; 1996. p. 1285-8.

42. Fu TM, Ulmer JB, Caulfield MJ, et al. Priming of cytotoxic T lymphocytes by DNA vaccines: requirement for professional antigen presenting cells and evidence for antigen transfer from myocytes. Mol Med 1997;3:362–71. [PubMed: 9234241]

43. Davis HL, Millan CL, Watkins SC. Immune-mediated destruction of transfected muscle fibers after direct gene transfer with antigen-expressing plasmid DNA. Gene Ther 1997;4:181–8. [PubMed: 9135731]

44. Doe B, Selby M, Barnett S, Baenziger J, Walker C. Induction of cytotoxic T lymphocytes by intramuscular immunization with plasmid DNA is facilitated by bone marrow-derived cells. Proc Natl Acad Sci USA 1996;93:8578–83. [PubMed: 8710913]

45. Corr M, Lee DJ, Carson DA, Tighe H. Gene vaccination with naked plasmid DNA: mechanism of CTL priming. J Exp Med 1996;184:1555–60. [PubMed: 8879229]

46. Iwasaki A, Torres CA, Ohashi PS, Robinson HL, Barber BH. The dominant role of bone marrow-derived cells in CTL induction following plasmid DNA immunization at different sites. J Immunol 1997;159:11–4. [PubMed: 9200432]

47. Chattergoon MA, Robinson TM, Boyer JD, Weiner DB. Specific immune induction following DNA-based immunization through in vivo transfection and activation of macrophages/antigen-presenting cells. J Immunol 1998;160:5707–18. [PubMed: 9637479]

48. Porgador A, Irvine KR, Iwasaki A, Barber BH, Restifo NP, Germain RN. Predominant role for directly transfected dendritic cells in antigen presentation to CD8+ T cells after gene gun immunization. J Exp Med 1998;188:1075–82. [PubMed: 9743526]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

49. Condon C, Watkins SC, Celluzzi CM, Thompson K, Falo LD Jr. DNA-based immunization by in vivo transfection of dendritic cells. Nat Med 1996;2:1122–8. [PubMed: 8837611]

50. Bronte V, Carroll MW, Goletz TJ, et al. Antigen expression by dendritic cells correlates with the therapeutic effectiveness of a model recombinant poxvirus tumor vaccine. Proc Natl Acad Sci USA 1997;94:3183–8. [PubMed: 9096367]

51. Udey MC. Cadherins and Langerhans cell immunobiology. Clin Exp Immunol 1997;107:6–8. [PubMed: 9020928]

52. Bos JD. The skin as an organ of immunity. Clin Exp Immunol 1997;107:3–5. [PubMed: 9020927]

53. Degano P, Sarphie DF, Bangham CR. Intradermal DNA immunization of mice against influenza A virus using the novel PowderJect system. Vaccine 1998;16:394–8. [PubMed: 9607061]

54. Pertmer TM, Eisenbraun MD, McCabe D, Prayaga SK, Fuller DH, Haynes JR. Gene gun-based nucleic acid immunization: elicitation of humoral and cytotoxic T lymphocyte responses following epidermal delivery of nanogram quantities of DNA. Vaccine 1995;13:1427–30. [PubMed: 8578820]

55. Casares S, Inaba K, Brumeanu TD, Steinman RM, Bona CA. Antigen presentation by dendritic cells after immunization with DNA encoding a major histocompatibility complex class II-restricted viral epitope. J Exp Med 1997;186:1481–6. [PubMed: 9348305]

56. Williams RS, Johnston SA, Riedy M, DeVit MJ, McElligott SG, Sanford JC. Introduction of foreign genes into tissues of living mice by DNA-coated microprojectiles. Proc Natl Acad Sci USA 1991;88:2726–30. [PubMed: 2011582]

57. Klinman DM, Sechler JM, Conover J, Gu M, Rosenberg AS. Contribution of cells at the site of DNA vaccination to the generation of antigen-specific immunity and memory. J Immunol 1998;160:2388–92. [PubMed: 9498781]

58. Krieg AM, Yi AK, Schorr J, Davis HL. The role of CpG dinucleotides in DNA vaccines. Trends Microbiol 1998;6:23–7. [PubMed: 9481820]

59. Chu RS, Targoni OS, Krieg AM, Lehmann PV, Harding CV. CpG oligodeoxynucleotides act as adjuvants that switch on T helper 1 (Th1) immunity. J Exp Med 1997;186:1623–31. [PubMed: 9362523]

60. Roman M, Martin-Orozco E, Goodman JS, et al. Immunostimulatory DNA sequences function as T helper-1-promoting adjuvants. Nat Med 1997;3:849–54. [PubMed: 9256274]

61. Barry MA, Johnston SA. Biological features of genetic immunization. Vaccine 1997;15:788–91. [PubMed: 9234514]

62. Feltquate DM, Heaney S, Webster RG, Robinson HL. Different T helper cell types and antibody isotypes generated by saline and gene gun DNA immunization. J Immunol 1997;158:2278–84. [PubMed: 9036975]

63. Leitner WW, Seguin MC, Ballou WR, et al. Immune responses induced by intramuscular or gene gun injection of protective deoxyribonucleic acid vaccines that express the circumsporozoite protein from Plasmodium berghei malaria parasites. J Immunol 1997;159:6112–9. [PubMed: 9550412]

64. Prayaga SK, Ford MJ, Haynes JR. Manipulation of HIV-1 gp120-specific immune responses elicited via gene gun-based DNA immunization. Vaccine 1997;15:1349–52. [PubMed: 9302743]

65. Fuller DH, Corb MM, Barnett S, Steimer K, Haynes JR. Enhancement of immunodeficiency virus-specific immune responses in DNA-immunized rhesus macaques. Vaccine 1997;15:924–6. [PubMed: 9234549]

66. Norman JA, Hobart P, Manthorpe M, Felgner P, Wheeler C. Development of improved vectors for DNA-based immunization and other gene therapy applications. Vaccine 1997;15:801–3. [PubMed: 9234518]

67. Bohm W, Kuhrober A, Paier T, Mertens T, Reimann J, Schirmbeck R. DNA vector constructs that prime hepatitis B surface antigen-specific cytotoxic T lymphocyte and antibody responses in mice after intramuscular injection. J Immunol Methods 1996;193:29–40. [PubMed: 8690928]

68. Danko I, Williams P, Herweijer H, et al. High expression of naked plasmid DNA in muscles of young rodents. Hum Mol Genet 1997;6:1435–43. [PubMed: 9285779]

69. Montgomery DL, Shiver JW, Leander KR, et al. Heterologous and homologous protection against influenza A by DNA vaccination: optimization of DNA vectors. DNA Cell Biol 1993;12:777–83. [PubMed: 8216848]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

70. Chen Y, Hu D, Eling DJ, Robbins J, Kipps TJ. DNA vaccines encoding full-length or truncated Neu induce protective immunity against Neu-expressing mammary tumors. Cancer Res 1998;58:1965–71. [PubMed: 9581840]

71. Ciernik IF, Berzofsky JA, Carbone DP. Induction of cytotoxic T lymphocytes and antitumor immunity with DNA vaccines expressing single T cell epitopes. J Immunol 1996;156:2369–75. [PubMed: 8786293]

72. Levy JA. Pathogenesis of human immunodeficiency virus infection. Microbiol Rev 1993;57:183–289. [PubMed: 8464405]

73. McCabe BJ, Irvine KR, Nishimura MI, et al. Minimal determinant expressed by a recombinant vaccinia virus elicits therapeutic antitumor cytolytic T lymphocyte responses. Cancer Res 1995;55:1741–7. [PubMed: 7536130]

74. Thomson SA, Elliott SL, Sherritt MA, et al. Recombinant polyepitope vaccines for the delivery of multiple CD8 cytotoxic T cell epitopes. J Immunol 1996;157:822–6. [PubMed: 8752934]

75. Thomson SA, Sherritt MA, Medveczky J, et al. Delivery of multiple CD8 cytotoxic T cell epitopes by DNA vaccination. J Immunol 1998;160:1717–23. [PubMed: 9469429]

76. Restifo NP, Bacik I, Irvine KR, et al. Antigen processing in vivo and the elicitation of primary CTL responses. J Immunol 1995;154:4414–22. [PubMed: 7722298]

77. Minev BR, McFarland BJ, Spiess PJ, Rosenberg SA, Restifo NP. Insertion signal sequence fused to minimal peptides elicits specific CD8+ T-cell responses and prolongs survival of thymoma-bearing mice. Cancer Res 1994;54:4155–61. [PubMed: 7518351]

78. Kuhrober A, Wild J, Pudollek HP, Chisari FV, Reimann J. DNA vaccination with plasmids encoding the intracellular (HBcAg) or secreted (HBeAg) form of the core protein of hepatitis B virus primes T cell responses to two overlapping Kb- and Kd-restricted epitopes. Int Immunol 1997;9:1203–12. [PubMed: 9263018]

79. Wild J, Gruner B, Metzger K, et al. Polyvalent vaccination against hepatitis B surface and core antigen using a dicistronic expression plasmid. Vaccine 1998;16:353–60. [PubMed: 9607055]

80. Maecker HT, Umetsu DT, DeKruyff RH, Levy S. DNA vaccination with cytokine fusion constructs biases the immune response to ovalbumin. Vaccine 1997;15:1687–96. [PubMed: 9364701]

81. Chow YH, Chiang BL, Lee YL, et al. Development of Th1 and Th2 populations and the nature of immune responses to hepatitis B virus DNA vaccines can be modulated by codelivery of various cytokine genes. J Immunol 1998;160:1320–9. [PubMed: 9570550]

82. Irvine KR, Rao JB, Rosenberg SA, Restifo NP. Cytokine enhancement of DNA immunization leads to effective treatment of established pulmonary metastases. J Immunol 1996;156:238–45. [PubMed: 8598468]

83. Mellstedt H, Fagerberg J, Frodin JE, et al. Augmentation of the immune response with granulocyte-macrophage colony-stimulating factor and other hematopoietic growth factors [In Process Citation]. Curr Opin Hematol 1999;6:169–75. [PubMed: 10226738]

84. Conry RM, Widera G, LoBuglio AF, et al. Selected strategies to augment polynucleotide immunization. Gene Ther 1996;3:67–74. [PubMed: 8929913]

85. Lu Y, Xin KQ, Hamajima K, et al. Macrophage inflammatory protein-1alpha (MIP-1alpha) expression plasmid enhances DNA vaccine-induced immune response against HIV-1. Clin Exp Immunol 1999;115:335–41. [PubMed: 9933462]

86. Kim JJ, Nottingham LK, Sin JI, et al. CD8 positive T cells influence antigen-specific immune responses through the expression of chemokines. J Clin Invest 1998;102:1112–24. [PubMed: 9739045]

87. Biragyn A, Tani K, Grimm MC, Weeks S, Kwak LW. Genetic fusion of chemokines to a self tumor antigen induces protective, T-cell dependent antitumor immunity. Nat Biotechnol 1999;17:253–8. [PubMed: 10096292]

88. Pechhold K, Patterson NB, Craighead N, Lee KP, June CH, Harlan DM. Inflammatory cytokines IFN-gamma plus TNF-alpha induce regulated expression of CD80 (B7-1) but not CD86 (B7-2) on murine fibroblasts. J Immunol 1997;158:4921–9. [PubMed: 9144510]

89. Townsend SE, Su FW, Atherton JM, Allison JP. Specificity and longevity of antitumor immune responses induced by B7-transfected tumors. Cancer Res 1994;54:6477–83. [PubMed: 7527298]

NIH-PA Author Manuscript

90. Chamberlain RS, Carroll MW, Bronte V, et al. Costimulation enhances the active immunotherapy effect of recombinant anticancer vaccines. Cancer Res 1996;56:2832–6. [PubMed: 8665522]

91. Lee CT, Ciernik IF, Wu S, et al. Increased immunogenicity of tumors bearing mutant p53 and P1A epitopes after transduction of B7-1 via recombinant adenovirus. Cancer Gene Ther 1996;3:238–44. [PubMed: 8853548]

92. Horspool JH, Perrin PJ, Woodcock JB, et al. Nucleic acid vaccine-induced immune responses require CD28 costimulation and are regulated by CTLA4. J Immunol 1998;160:2706–14. [PubMed: 9510170]

93. Lanier LL, O'Fallon S, Somoza C, et al. CD80 (B7) and CD86 (B70) provide similar costimulatory signals for T cell proliferation, cytokine production, and generation of CTL. J Immunol 1995;154:97–105. [PubMed: 7527824]

94. Zhang YQ, van Neerven RJ, Van Gool SW, Coorevits L, de Boer M, Ceuppens JL. B7-CD28 interaction is a late acting co-stimulatory signal for human T cell responses. Int Immunol 1997;9:1095–102. [PubMed: 9263006]

95. Sperling AI, Auger JA, Ehst BD, Rulifson IC, Thompson CB, Bluestone JA. CD28/B7 interactions deliver a unique signal to naive T cells that regulates cell survival but not early proliferation. J Immunol 1996;157:3909–17. [PubMed: 8892622]

96. Kim JJ, Bagarazzi ML, Trivedi N, et al. Engineering of in vivo immune responses to DNA immunization via codelivery of costimulatory molecule genes. Nat Biotech 1997;15:641–6.

97. Lipford GB, Sparwasser T, Bauer M, et al. Immunostimulatory DNA: sequence-dependent production of potentially harmful or useful cytokines. Eur J Immunol 1997;27:3420–6. [PubMed: 9464831]

98. Krieg AM. Lymphocyte activation by CpG dinucleotide motifs in prokaryotic DNA. Trends Microbiol 1996;4:73–6. [PubMed: 8820571]

99. Sato Y, Roman M, Tighe H, et al. Immunostimulatory DNA sequences necessary for effective intradermal gene immunization. Science 1996;273:352–4. [PubMed: 8662521]

100. Witmer-Pack MD, Olivier W, Valinsky J, Schuler G, Steinman RM. Granulocyte/macrophage colony-stimulating factor is essential for the viability and function of cultured murine epidermal Langerhans cells. J Exp Med 1987;166:1484–98. [PubMed: 2445589]

101. Heufler C, Koch F, Schuler G. Granulocyte/macrophage colony-stimulating factor and interleukin 1 mediate the maturation of murine epidermal Langerhans cells into potent immunostimulatory dendritic cells. J Exp Med 1988;167:700–5. [PubMed: 3279156]

102. Leclerc C, Ronco J. New approaches in vaccine development. Immunol Today 1998;19:300–2. [PubMed: 9666601]

103. Li X, Sambhara S, Li CX, et al. Protection against respiratory syncytial virus infection by DNA immunization. J Exp Med 1998;188:681–8. [PubMed: 9705950]

104. Schneider J, Gilbert SC, Blanchard TJ, et al. Enhanced immunogenicity for CD8+ T cell induction and complete protective efficacy of malaria DNA vaccination by boosting with modified vaccinia virus Ankara. Nat Med 1998;4:397–402. [PubMed: 9546783]

105. Sedegah M, Jones TR, Kaur M, et al. Boosting with recombinant vaccinia increases immunogenicity and protective efficacy of malaria DNA vaccine. Proc Natl Acad Sci USA 1998;95:7648–53. [PubMed: 9636204]

106. Irvine KR, Chamberlain RS, Shulman EP, Surman DR, Rosenberg SA, Restifo NP. Enhancing efficacy of recombinant anticancer vaccines with prime/boost regimens that use two different vectors. J Natl Cancer I 1997;89:1595–601.

107. Bell AF, Burns JB, Fujinami RS. Measles virus infection of human T cells modulates cytokine generation and IL-2 receptor alpha chain expression. Virology 1997;232:241–7. [PubMed: 9191837]

108. Borrow P, Evans CF, Oldstone MB. Virus-induced immuno-suppression: immune system-mediated destruction of virus-infected dendritic cells results in generalized immune suppression. J Virol 1995;69:1059–70. [PubMed: 7815484]

109. Levitskaya J, Sharipo A, Leonchiks A, Ciechanover A, Masucci MG. Inhibition of ubiquitin/proteasome-dependent protein degradation by the Gly-Ala repeat domain of the Epstein-Barr virus nuclear antigen 1. Proc Natl Acad Sci USA 1997;94:12616–21. [PubMed: 9356498]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

110. Levitskaya J, Coram M, Levitsky V, et al. Inhibition of antigen processing by the internal repeat region of the Epstein-Barr virus nuclear antigen-1. Nature 1995;375:685–8. [PubMed: 7540727]

111. Berglund P, Tubulekas I, Liljestrom P. Alphaviruses as vectors for gene delivery. Trends Biotechnol 1996;14:130–4. [PubMed: 8936434]

112. Tubulekas I, Berglund P, Fleeton M, Liljestrom P. Alphavirus expression vectors and their use as recombinant vaccines: a minireview. Gene 1997;190:191–5. [PubMed: 9185866]

113. Caley IJ, Betts MR, Irlbeck DM, et al. Humoral, mucosal, and cellular immunity in response to a human immunodeficiency virus type 1 immunogen expressed by a Venezuelan equine encephalitis virus vaccine vector. J Virol 1997;71:3031– 8. [PubMed: 9060663]

114. Rolls MM, Webster P, Balba NH, Rose JK. Novel infectious particles generated by expression of the vesicular stomatitis virus glycoprotein from a self-replicating RNA. Cell 1994;79:497–506. [PubMed: 7954815]

115. Zhou X, Berglund P, Rhodes G, Parker SE, Jondal M, Liljestrom P. Self-replicating Semliki Forest virus RNA as recombinant vaccine. Vaccine 1994;12:1510–4. [PubMed: 7879415]

116. Ying H, Zaks T, Wang RF, et al. Cancer therapy using a self-replicating RNA vaccine. Nat Med 1999;5(7):823–7. [PubMed: 10395329]

117. Herweijer H, Latendresse JS, Williams P, et al. A plasmid-based self-amplifying Sindbis virus vector. Hum Gene Ther 1995;6:1161–7. [PubMed: 8527474]

118. Dubensky TW Jr, Driver DA, Polo JM, et al. Sindbis virus DNA-based expression vectors: utility for in vitro and in vivo gene transfer. J Virol 1996;70:508–19. [PubMed: 8523564]

119. Hariharan MJ, Driver DA, Townsend K, et al. DNA immunization against herpes simplex virus: enhanced efficacy using a Sindbis virus-based vector. J Virol 1998;72:950–8. [PubMed: 9444987]

120. Berglund P, Smerdou C, Fleeton MN, Tubulekas I, Liljestrom P. Enhancing immune responses using suicidal DNA vaccines. Nat Biotech 1998;16:562–5.

121. Matzinger P. An innate sense of danger. Semin Immunol 1998;10:399–415. [PubMed: 9840976]

122. Glasgow GM, McGee MM, Sheahan BJ, Atkins GJ. Death mechanisms in cultured cells infected by Semliki Forest virus. J Gen Virol 1997;78:1559–63. [PubMed: 9225029]

123. Albert ML, Sauter B, Bhardwaj N. Dendritic cells acquire antigen from apoptotic cells and induce class I-restricted CTLs. Nature 1998;392:86–9. [PubMed: 9510252]

124. Chelbi-Alix MK, Sripati CE. Ability of insulin and dsRNA to induce interferon system and Hsp 70 in fibroblast and epithelial cells in relation to their effects on cell growth. Exp Cell Res 1994;213:383–90. [PubMed: 7519564]

125. Wright CL, Alder-Moore JP. The adjuvant effects of mycoviral dsRNA and polyinosinic:polycytidylic acid on the murine immune response. Biochem Biophys Res Commun 1985;131:949–55. [PubMed: 2413852]

126. Castelli JC, Hassel BA, Wood KA, et al. A study of the interferon antiviral mechanism: apoptosis activation by the 2-5A system. J Exp Med 1997;186:967–72. [PubMed: 9294150]

127. Rivas C, Gil J, Melkova Z, Esteban M, Diaz-Guerra M. Vaccinia virus E3L protein is an inhibitor of the interferon (ifn)-induced 2-5A synthetase enzyme. Virology 1998;243:406–14. [PubMed: 9568039]

128. Tanaka N, Sato M, Lamphier MS, et al. Type I interferons are essential mediators of apoptotic death in virally infected cells. Genes Cells 1998;3:29–37. [PubMed: 9581980]

129. Brand SR, Kobayashi R, Mathews MB. The Tat protein of human immunodeficiency virus type 1 is a substrate and inhibitor of the interferon-induced, virally activated protein kinase, PKR. J Biol Chem 1997;272:8388–95. [PubMed: 9079663]

130. Tan SL, Gale MJ Jr, Katze MG. Double-stranded RNA-independent dimerization of interferon-induced protein kinase PKR and inhibition of dimerization by the cellular P58IPK inhibitor. Mol Cell Biol 1998;18:2431–43. [PubMed: 9566864]

131. Ulmer JB, Sadoff JC, Liu MA. DNA vaccines. Curr Opin Immunol 1996;8:531–6. [PubMed: 8794021]

132. Leclerc C, Deriaud E, Rojas M, Whalen RG. The preferential induction of a Th1 immune response by DNA-based immunization is mediated by the immunostimulatory effect of plasmid DNA. Cell Immunol 1997;179:97–106. [PubMed: 9268493]

133. Tighe H, Corr M, Roman M, Raz E. Gene vaccination: plasmid DNA is more than just a blueprint. Immunol Today 1998;19:89–97. [PubMed: 9509764]

134. Ulmer JB, Deck RR, DeWitt CM, Friedman A, Donnelly JJ, Liu MA. Protective immunity by intramuscular injection of low doses of influenza virus DNA vaccines. Vaccine 1994;12:1541–4. [PubMed: 7879422]

135. Deck RR, DeWitt CM, Donnelly JJ, Liu MA, Ulmer JB. Characterization of humoral immune responses induced by an influenza hemagglutinin DNA vaccine. Vaccine 1997;15:71–8. [PubMed: 9041669]

136. Yokoyama M, Hassett DE, Zhang J, Whitton JL. DNA immunization can stimulate florid local inflammation, and the antiviral immunity induced varies depending on injection site. Vaccine 1997;15:553–60. [PubMed: 9160524]

137. Davis HL, Mancini M, Michel ML, Whalen RG. DNA-mediated immunization to hepatitis B surface antigen: longevity of primary response and effect of boost. Vaccine 1996;14:910–5. [PubMed: 8843634]

138. Olsen CW, McGregor MW, Dybdahl-Sissoko N, et al. Immunogenicity and efficacy of baculovirus-expressed and DNA-based equine influenza virus hemagglutinin vaccines in mice. Vaccine 1997;15:1149–56. [PubMed: 9269061]

139. Gramzinski RA, Millan CL, Obaldia N, Hoffman SL, Davis HL. Immune response to a hepatitis B DNA vaccine in Aotus monkeys: a comparison of vaccine formulation, route, and method of administration. Mol Med 1998;4:109–18. [PubMed: 9508788]

140. Choi AH, Knowlton DR, McNeal MM, Ward RL. Particle bombardment-mediated DNA vaccination with rotavirus VP6 induces high levels of serum rotavirus IgG but fails to protect mice against challenge. Virology 1997;232:129–38. [PubMed: 9185596]

141. Lu S, Santoro JC, Fuller DH, Haynes JR, Robinson HL. Use of DNAs expressing HIV-1 Env and noninfectious HIV-1 particles to raise antibody responses in mice. Virology 1995;209:147–54. [PubMed: 7747464]

142. Pertmer TM, Roberts TR, Haynes JR. Influenza virus nucleoprotein-specific immunoglobulin G subclass and cytokine responses elicited by DNA vaccination are dependent on the route of vector DNA delivery. J Virol 1996;70:6119–25. [PubMed: 8709236]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Leitner et al.



**Fig 1. Transfection of host cells with plasmid DNA**
Plasmid (O) is actively or passively taken up by host cells. Antigen (v) produced by transfected myocytes can be taken up by bone marrow (BM)-derived APCs. Alternatively, BM-APC can be transfected directly. Antigen-bearing APC then can process and present peptides complexed with MHC-molecules to the immune system after migrating to lymphoid tissue.



**Fig 2. 'Super-activation' of APC after vaccination with genetic vaccines**
APC are initially stimulated in the injected tissue by either needle or gene-gun delivery of plasmid. Immunostimulatory sequences (ISS) stimulate host APCs, T cells and NK cells. APC interact with T cells through both TCR/MHC and CD40/CD40L, triggering the upregulation of B7 expression on the APC. ISS also polyclonally stimulate B-cells and induce the release of IL-6 and IL-12, further promoting a Th1 response.



**Fig 3. Self-replicating genetic vaccines**

The first product of the self-replicating RNA is a four-subunit-replicase which uses the (+) strand RNA as a template to make (−) strand RNA and more copies of full length (+) strand 'genomic' RNA and (+) strand 'subgenomic' mRNA for the encoded antigen. Due to the high number of RNA-copies, the main product of the transfected cells becomes the encoded antigen. The host cell eventually undergoes apoptosis.

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript



**Fig 4. Potential factors contributing to the high immunogenicity of self-replicating genetic vaccines**
(Starting in the upper centre and moving clockwise): Accumulation of antigen in the transfected
cell can result in highly efficient MHC-I-loading. A number of 'danger signals' may be
generated such as interferon production and interferon release from infected cells resulting
from the presence of dsRNA. Interferon may also be produced by bystander cells in response
to dsRNA released from dead and lysed transfected cells. Heat shock proteins (HSP) have also
been shown to be produced in response to the presence of dsRNA in the cells. Ingestion of
antigen-loaded apoptotic cells by APCs can also result in the elicitation of powerful immune
responses. Finally, the local release of large amounts of antigen at the site of injection by
transfected cells may be fed into resident APC.

NIH-PA Author Manuscript   NIH-PA Author Manuscript   NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Fig 5. dsRNA might be a central element in the immunogenicity of replicase-based genetic vaccines**
dsRNA is produced in cells infected with RNA-viruses, but is also expected to be an intermediate in the replicase-mediated duplication of mRNA after delivery of 'self-replicating' genetic vaccines. dsRNA is a potent inducer of interferon, which in turn induces the expression of PKR and 2-5A synthetase. These enzymes are activated by dsRNA and mediate at least some of the cellular effects associated with viral infection, including apoptotic cell death, aimed at preventing viral spread. The 'danger signals' resulting from the activation of these two enzymes could account for the increased immunogenicity of replicase-based genetic vaccines, providing an adjuvant-effect.

Leitner et al.                                                                                          Page 21

**Table 1**

Factors determining the immunogenicity of genetic vaccines

| Factors affecting the immunogenicity of genetic vaccines | [[Comments and conclusions]] | [[References]] |
|---|---|---|
| Structure of the plasmid backbone | Presence of immunostimulatory sequences, introns, poly-A-sequence | [60,67,69,98,99,131-133] |
| Amount of plasmid delivered | [[More is better]] | [28,61,134-136] |
| Expression levels of the antigen | More antigen correlates with stronger response, but not necessarily linearly | [61,63] |
| [[Immunization schedule]] | Increasing interval between immunizations can strongly enhance the response | [63,137,138] |
| [[Route of immunization]] | Intramuscular, intradermal (needle), epidermal (gene gun), mucosal | [61,63,136,139,140] |
| [[Target-tissue]] | Including what muscle is injected or what section of the skin | [39,136] |
| [[Number of immunizations]] | DNA-induced immune response can effectively be boosted with DNA | [63,141,142] |
| Presence or absence of introns in front of the gene | [[Introns increase efficacy]] | [61,103] |
| Strain of the particular species | Different mouse strains show qualitative and quantitative differences in DNA-induced immune responses | [61] (and Leitner WW, Lyon JA, unpublished) |
| [[Age of animals]] | Stronger response the younger the mice | [61,68] |
| Toxicity of the antigen for transfected host cell | High expression undesirable for toxic antigens | [61] |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Joint Claim Construction Brief

# EXHIBIT 27

The Wayback Machine - https://web.archive.org/web/20111204151653/http://www.cdc.gov:80/vaccines/vac-gen/imz-basics.htm



| CDC Home | About CDC | Press Room | A-Z Index | Contact Us | | CDC en Español |

**CDC** Department of Health and Human Services
**Centers for Disease Control and Prevention**

Search: [_____] 

## Vaccines & Immunizations

Vaccines Home > Basics and Common Questions > Immunization: The Basics

**Vaccine-Related Topics**
> Immunization Schedules
> Recommendations and Guidelines
> Vaccines & Preventable Diseases
> Basics and Common Questions
  > Immunization: Why is it Important?
  > Immunization: The Basics
  > Common Questions
> Vaccination Records
> Vaccine Safety and Adverse Events
> For Travelers
> For Specific Groups of People
> Campaign Materials

**Additional Resources**
> Publications
> News and Media Resources
> Calendars and Events
> Education and Training
> Programs and Tools
> Statistics and Surveillance
> Partners' & Related Sites
> About NCIRD

**Contact CDC**
For immunization information, call the CDC-INFO Contact Center at:

English and Spanish
(800) CDC-INFO
(800) 232-4636
**TTY:** (888) 232-6348

**Contact info:**
Vaccines Questions
Vaccines Webmaster

**Basics and Common Questions:**

## Immunization: The Basics

**On this page:**
Definition of Terms
Links to Basic Immunization Information
Related Information and Materials

Unless we can "stop the leak" (eliminate the disease), it is important to keep immunizing. Even if there are only a few cases of disease today, if we take away the protection given by vaccination, more and more people will be infected and will spread disease to others. Soon we will undo the progress we have made over the years.

On this page, you'll review the basic definitions of terms. And, then go to information that explains why we immunize, what would happen if we stopped vaccinating, see what diseases are prevented by vaccinating, and get answers to common questions.

### Definition of Terms

Let's start by defining basic terms:

**Immunization:** The process by which a person or animal becomes protected against a disease. This term is often used interchangeably with vaccination or inoculation.

**Vaccination:** Injection of a killed or weakened infectious organism in order to prevent the disease.

**Vaccine:** A product that produces immunity therefore protecting the body from the disease. Vaccines are administered through needle injections, by mouth and by aerosol.

### Links to Basic Immunization Information

- **Why immunize?**
  Why immunize our children? Sometimes we are confused by the messages in the media. First we are assured that, thanks to vaccines, some diseases are almost gone from the U.S. But we are also warned to immunize our children, ourselves as adults, and the elderly.

- Brief overview of adult and childhood vaccine-preventable diseases and vaccines
  In our mobile society, over a million people each day people travel to and from other countries, where many vaccine-preventable diseases remain relatively common. Without vaccines, epidemics of many *preventable* diseases could return, resulting in increased - and unnecessary - illness, disability, and death among children and adults.

- **10 things a parent should know about immunizations**
  Lists the top 10 things such as how many doses your child needs, diseases vaccines prevent, side effects, etc.

- **How immunity works: types of immunity**
  See and learn how those that are vaccinated help protect those that are not or cannot be vaccinated.

- **Common questions**

- **What would happen if we stopped vaccinations?**
  In the US, vaccination programs have eliminated or significantly reduced many vaccine-preventable diseases. However, these diseases still exist and can once again become common—and deadly—if vaccination coverage does not continue at high levels.

☐ Email this page
🖨 Printer-friendly version

? Help
📖 Glossary / Acronyms
✛ Site Map

**Quick Links**
> For Parents: What You Need to Know
> Immunization & Vaccination

**Related Pages**
> Vaccines: The Basics
> Vaccines: A Safe Choice

- Life-cycle of immunizations
  See how if enough people stop getting immunized, disease will start to rise again, and there will be outbreaks. The chart tracks the evolution of a single disease, from a time when there was no vaccine to when the disease is eradicated.

  **See also**: Vaccines: The Basics

## Related Information and Materials

- The Parents' Guide to Childhood Immunizations
  68-page booklet introducing parents to all childhood diseases and the vaccines that can protect children from them

- A Parent's Guide to Kids' Vaccines 
  FDA guide explaining to parents the risks and benefits of common kids' vaccines

- The Vaccines for Children Program
  The Vaccines for Children (VFC) Program offers vaccines at no cost for eligible children through VFC-enrolled doctors. Find out if your child qualifies. Vaccinating on time means healthier children, families and communities.

  ⬆ TOP

---

⬅ Basics and Common Questions main page

---

This symbol means you are leaving the CDC.gov Web site. For more information, please see CDC's Exit Notification and Disclaimer policy.

**File Formats:** All viewers, players, and plug-ins used on this site can be downloaded from the file formats page. (For example: Adobe Acrobat Reader for pdf files, Windows Media Player for audio and video files, PowerPoint Viewer for presentation slides, etc.)

This page last modified on February 24, 2011
Content last reviewed on February 24, 2011
Content Source: National Center for Immunization and Respiratory Diseases

CDC Home | Policies and Regulations | Disclaimer | e-Government | FOIA | Contact Us

SAFER·HEALTHIER·PEOPLE™
Centers for Disease Control and Prevention 1600 Clifton Rd, Atlanta, GA 30333, U.S.A
Public Inquiries: 1-800-CDC-INFO (232-4636); 1-888-232-6348 (TTY)

USA.gov
Government Made Easy

Department of Health and Human Services

https://web.archive.org/web/20111204151653/https://www.cdc.gov/vaccines/vac-gen/imz-basics.htm[11/9/2023 10:56:17 AM]

Joint Claim Construction Brief

# EXHIBIT 28

# Chambers
# Dictionary of
# Science and Technology

*General Editor*
John Lackie

# Chambers



REF 503 CHA

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent
Edinburgh
EH7 4AY

This edition first published by Chambers Harrap Publishers Ltd 2007

© Chambers Harrap Publishers Ltd 2007

Previous edition published in 1999. Previously published in 1995 as *Larousse Dictionary of Science and Technology*. First published as *Chambers's Technical Dictionary* in 1940 by W&R Chambers Ltd (revised 1958, 1971, 1974 and 1984).

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher.

A CIP catalogue record for this book is available from the British Library.

ISBN-13: 978 0550 100719

Text design by Ken Wilson
Typeset by Macmillan India Ltd
Printed in Italy by LegoPrint S.p.A

# V

**V** (*Aero*) Subscripted symbol used in aircraft documentation. V₁: abbrev for *critical speed*. V_lo: see LIFT-OFF. V_ne: abbrev for the maximum permissible *indicated airspeed*: a safety limitation (the subscript means *never exceed*) because of strength or handling considerations. The symbol is used mainly in operational instructions. V_no: *normal operating speed*, usually of an airliner or other civil aircraft; this term is used mainly in flight operation documents and may be quoted in *EAS, IAS* or *TAS*. V_r: abbrev for *rotation speed*.

**V** (*Chem*) Symbol for VANADIUM.

**V** (*Phys*) Symbol for VOLT.

**V** (*Phys*) Symbol for: (1) ELECTROMOTIVE FORCE; (2) POTENTIAL; (3) POTENTIAL DIFFERENCE; (4) volume.

**V_max** (*BioSci*) The maximum initial velocity of an enzyme-catalysed reaction, ie at saturating substrate levels.

**v** (*Phys*) Symbol for: (1) VELOCITY; (2) specific volume of a gas.

**v-** (*Chem*) See VICINAL.

**vacancy** (*Phys*) Site unoccupied by an atom or ion in a crystal lattice.

**vaccinal** (*Med*) Of, pertaining to or caused by vaccine or vaccination.

**vaccination** (*Med*) Immunization against an infectious disease by exposure to the appropriate VACCINE.

**vaccine** (*BioSci, Med*) Therapeutic material, treated to lose its virulence and containing antigens derived from one or more pathogenic organisms. On administration to humans or other animals, the antigens will stimulate active immunity and protect against infection with these or related organisms.

**vaccine** (*ICT*) SOFTWARE that is used to detect, eradicate and repair the effects of computer VIRUSES.

**vaccinia** (*BioSci*) Synonym for the virus used in vaccine procedures to produce immunity to smallpox, probably derived originally from cowpox virus. Genes for other viral antigens have been introduced into vaccinia virus by recombinant DNA techniques for use in immunization against those viruses.

**vaccinial** (*Med*) Of, pertaining to, or caused by, VACCINIA.

**vacuolar membrane** (*BioSci*) The membrane surrounding an intracellular VESICLE.

**vacuole** (*BioSci*) A cavity, containing sap and separated from the cytoplasm by a membrane, the tonoplast.

**vacuum** (*Phys*) Literally, a space totally devoid of any matter. In practice this is impossible, but is approached in interstellar regions. On Earth, the best vacuums produced have a pressure of about 10⁻⁸ N m⁻². Used loosely for any pressure lower than atmospheric, eg in train braking systems and 'vacuum' cleaners.

**vacuum activity** (*Psych*) Behaviour manifested in the apparent absence of the external stimuli that normally elicit the activity, presumably because of internal factors governing the motivation to perform the behaviour.

**vacuum arc furnace** (*Chem*) One in which a small specimen is heated by a high-voltage arc in an inert gas, eg argon, at low pressure.

**vacuum arc melting** (*Eng*) Using a consumable electrode to melt an ingot with the arc *in vacuo*, the reduced pressure causing the metal to outgas.

**vacuum augmenter** (*Eng*) An AIR EJECTOR placed in a steam condenser to produce a higher degree of vacuum than is obtainable by the use of an air pump alone.

**vacuum bag moulding** (*Eng*) See BAG MOULDING.

**vacuum brake** (*Eng*) A brake system used on railway trains and goods vehicles, in which a vacuum, maintained in reservoirs by exhausters, and under the control of the driver, simultaneously operates all brake cylinders. See CONTINUOUS BRAKE.

**vacuum concrete** (*CivEng*) Concrete enclosed in specially prepared shuttering which incorporates fine filters and air ducts. After pouring, strong suction is applied to the ducts by means of pumps and the excess water is extracted. This enables the shuttering to be removed and reused much sooner than by traditional methods.

**vacuum cooking** (*FoodSci*) Using the reduction of boiling point of water in a partial vacuum to boil it off without adversely affecting flavour. Commonly used for boiling jams and the production of sauces.

**vacuum crystallization** (*Chem*) Crystallization of a solution in vacuum at a temperature lower than its bp at ordinary pressure; used in sugar refineries to separate sugar from syrups.

**vacuum distillation** (*Chem*) Distillation under reduced pressure. As a reduction of pressure effects a lowering of the boiling point, many thermolabile substances can be distilled.

**vacuum evaporation** (*Phys, Space*) The net loss of molecules from a surface in space or in near-vacuum conditions. Under normal conditions, there is an equilibrium of molecular exchange at the surface of a solid body – molecules leaving the surface and others captured by it.

**vacuum filtration** (*ChemEng*) A process of filtration where a partial vacuum is applied to increase the rate of filtration by increasing the pressure gradient across the filter.

**vacuum forming** (*Eng*) A method of thermoforming thermoplastic polymers, where shaping is effected by a vacuum applied through holes in a female tool. The normal process for making polymethyl methacrylate domestic baths.

**vacuum furnace** (*Eng*) One in which material, either solid or liquid, may be outgassed by heating *in vacuo*. See VACUUM ARC MELTING.

**vacuum impregnation** (*ElecEng*) The process of treating armature and transformer windings by applying moisture-resisting varnish to the insulation, under vacuum, thereby ensuring that the varnish penetrates the pores of the insulating material when normal atmospheric conditions are restored.

**vacuum induction melting** (*Eng*) Using induction to melt metal *in vacuo* preparatory to casting.

**vacuum melting** (*Eng*) See VACUUM INDUCTION MELTING.

**vacuum oven** (*ElecEng*) An oven for heating armature and transformer windings under vacuum, so as to drive off all moisture from the insulation prior to impregnation.

**vacuum packing** (*FoodSci*) Using a plastic barrier packaging material to exclude air, particularly oxygen. Such packed products, usually stored and sold under refrigeration, have an extended shelf life because spoilage due to oxidation and bacterial growth is inhibited.

Joint Claim Construction Brief

# EXHIBIT 29

# A Dictionary of

# Science

## SIXTH EDITION

LIBRARY
GRANT MacEWAN
UNIVERSITY



OXFORD
UNIVERSITY PRESS

# OXFORD

UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in
Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Market House Books Ltd, 1984, 1991, 1996, 1999, 2005, 2010

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First published 1984 as *Concise Science Dictionary*
Second edition 1991
Third edition 1996
Fourth edition 1999
Fifth edition 2005
Sixth edition 2010

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain by
Clays Ltd, St Ives plc

ISBN 978–0–19–956146–9

10 9 8 7 6 5 4



**vacancy** *See* CRYSTAL DEFECT.

**vaccination** *See* IMMUNIZATION.

**vaccine** A liquid preparation of treated disease-producing microorganisms or their products used to stimulate an *immune response in the body and so confer resistance to the disease (*see* IMMUNIZATION). Vaccines are administered orally or by injection (**inoculation**). They take the form of dead viruses or bacteria that can still act as antigens, live but weakened microorganisms (*see* ATTENUATION), specially treated *toxins, or antigenic extracts of the microorganism.

**vacuole** A space within the cytoplasm of a living *cell that is filled with air, water or other liquid, sap, or food particles. In plant cells there is usually one large vacuole bounded by a single-layered membrane (**tonoplast** or **vacuole membrane**); animal cells usually have several small vacuoles. *See also* CONTRACTILE VACUOLE.

**vacuum** A space in which there is a low pressure of gas, i.e. relatively few atoms or molecules. A **perfect vacuum** would contain no atoms or molecules, but this is unobtainable as all the materials that surround such a space have a finite *vapour pressure. In a **soft (or low) vacuum** the pressure is reduced to about $10^{-2}$ pascal, whereas a **hard (or high)** vacuum has a pressure of $10^{-2}$–$10^{-7}$ pascal. Below $10^{-7}$ pascal is known as an **ultrahigh vacuum (UHV)**. *See also* VACUUM PUMP.

**vacuum distillation** Distillation under reduced pressure. The depression in the boiling point of the substance distilled means that the temperature is lower, which may prevent the substance from decomposing.

**vacuum pump** A pump used to reduce the gas pressure in a container. The normal laboratory rotary oil-seal pump can maintain a pressure of $10^{-1}$ Pa. For pressures down to $10^{-7}$ Pa a *diffusion pump is required. *Ion pumps can achieve a pressure of $10^{-9}$ Pa and a *cryogenic pump combined with a diffusion pump can reach $10^{-13}$ Pa.

**vacuum state** The ground state in a relativistic *quantum field theory. A vacuum state does not mean a state of nothing. Because one is dealing with *quantum mechanics, the vacuum state has a *zero-point energy, which gives rise to **vacuum fluctuations**. The existence of vacuum fluctuations has observable consequences in *quantum electrodynamics.

**vacuum tube** *See* THERMIONIC VALVE.

**vagina** The tube leading from the uterus to the outside. Sperm are deposited in the vagina during copulation and the fully developed fetus is born through it. In a number of mammals the vagina may be sealed when the animal is not sexually receptive and only open during oestrus. Its lining produces mucus, which prevents friction and the entry of infective organisms.

**vagus nerve** The tenth *cranial nerve: a paired nerve that supplies branches to many major internal organs. It carries motor nerve fibres to the heart, lungs, and viscera and sensory fibres from the viscera.

**valence** *See* VALENCY.

**valence band** *See* ENERGY BANDS.

**valence bond theory** A theory of the electronic structure of molecules and solids in which the quantum state of the system corresponds to a mixture of molecular structures involving chemical bonds formed by pairs of electrons. Valence bond theory is a complementary starting point to *molecular orbital theory for understanding the electronic structure of molecules and solids.

**valence electron** An electron in one of the outer shells of an atom that takes part in forming chemical bonds.

**valency (valence)** The combining power of an atom or radical, equal to the number of hydrogen atoms that the atom could combine with or displace in a chemical compound (hydrogen has a valency of 1). It is equal to the ionic charge in ionic compounds; for example, in $Na_2S$, sodium has a valency of 1 ($Na^+$) and sulphur a valency of 2

Joint Claim Construction Brief

# EXHIBIT 30

# BLACK'S
# MEDICAL
# DICTIONARY
## 42ND EDITION

Edited by
### Dr Harvey Marcovitch

A & C BLACK • LONDON



42nd edition published 2010

1 3 5 7 9 10 8 6 4 2

A & C Black Publishers Ltd
36 Soho Square
London W1D 3HB
www.acblack.com

978 0 7136 8902 0

Copyright © A & C Black Publishers Ltd

A CIP catalogue record for this book is available from the British Library

All rights reserved. No part of this publication may be reproduced in any form
or by any means – graphic, electronic or mechanical, including photocopying,
recording, taping or information storage and retrieval systems – without the
prior permission in writing of the publishers.

In its earlier editions Black's Medical Dictionary was edited by:

J. D. Comrie, MD – first to seventeenth editions, 1906 – 1942
H. A. Clegg, FRCP – eighteenth edition, 1944
W. A. R. Thomson, MD – nineteenth to thirty-fourth editions, 1948 – 1984
C. W. H. Havard, FRCP – thirty-fifth and thirty-sixth editions, 1987 and 1990
G. Macpherson, MB, BS – thirty-seventh to fortieth editions, 1992 – 2002

This book is produced using paper that is made from wood grown in managed,
sustainable forests. It is natural, renewable and recyclable. The logging and
manufacturing processes confirm to the environmental regulations of the country
of origin.

Typeset in Adobe Garamond by RefineCatch Limited, Bungay, Suffolk
Printed in the UK by CPI William Clowes Beccles NR34 7TL



## Vaccination

Named from vacca, Latin for cow, vaccination means inoculation with the material of cowpox, performed to afford protection to the inoculated person against an attack of SMALLPOX, or to reduce seriousness of, and averting a fatal result from, any such attack. The term is often used, inaccurately, to refer to IMMUNISATION.

## Vaccine

The name applied generally to dead – or attenuated (that is, 'weakened') living – infectious material introduced into the body, with the object of increasing its power to resist the disease. (See also IMMUNITY.)

Healthy people are inoculated with vaccine as a protection against a particular disease; this provokes their immune system to produce ANTIBODIES, which will confer immunity against a subsequent attack of the disease. (See IMMUNISATION for programme of immunisation during childhood.)

**Anthrax vaccine** was introduced in 1882 for the protection of sheep and cattle against this disease. A safe and effective vaccine for use in human beings is available if needed. (See ANTHRAX.)

**BCG vaccine** is used to provide protection against TUBERCULOSIS. (See also separate entry on BCG VACCINE.)

**Cholera vaccine** was introduced in India in about 1894. It does not offer a high degree of protection so is not available in the UK. (See CHOLERA.)

**Diphtheria vaccine** is available in several forms. It is usually given to infants in their early months combined with tetanus, pertussis, polio and haemophilus vaccine. (See DIPHTHERIA.) A booster dose at school age does not include haemophilus. Diphtheria, tetanus and polio vaccine is given to travellers to areas where these disease are still a risk.

**Haemophilus vaccine (HiB)** This vaccine was introduced in the UK in 1994 to deal with the annual incidence of about 1,500 cases and 100 deaths from haemophilus MENINGITIS, SEPTICAEMIA and EPIGLOTTITIS, mostly in pre-school children. It has been remarkably successful when given as part of the primary vaccination programme in infancy, reducing the incidence of those diseases by over 95 per cent. A few cases still occur, either due to other subgroups of the organism for which the vaccine is not designed, or because of inadequate immune response by the child.

**Hay fever vaccine** is a vaccine prepared from the pollen of various grasses. It is used in gradually increasing doses for prevention of HAY FEVER in those susceptible to this condition.

**Human Papillomavirus vaccine** Two vaccines are available which protect against certain strains of the virus, responsible for cervical cancer and other premalignant cervical lesions. In the UK one of the vaccines is part of the recommended schedule for girls, given as three doses starting at age 12–13. (See HUMAN PAPILLOMAVIRUS IMMUNISATION.)

**Influenza vaccine** This has to be prepared anew each year as the strains of INFLUENZA virus causing EPIDEMIC illness in winter differ from year to year. In Britain it is customarily provided by a GENERAL PRACTITIONER (GP) for patients at greater risk because of age or pre-existing respiratory or other chronic illness.

**Measles, mumps and rubella (MMR) vaccines** is given in combination early in the second year of life. A booster dose may prove necessary later. (See also separate entry for each disease, and for MMR VACCINE.)

**Meningococcal C vaccine** Used in the UK from 1998, this has dramatically reduced the incidence of meningitis and septicaemia due to this organism. Used as part of the primary programme in early infancy, it does not protect against other types of meningococci.

**Pertussis (whooping-cough) vaccine** is prepared from *Bordetella pertussis*, and is usually given combined with diphtheria, tetanus, polio and haemophilus vaccine in what is known as triple vaccine. (See also WHOOPING-COUGH.)

**Plague vaccine** may protect for about 2–20 months. Two injections are given at an interval of four weeks. A reinforcing dose should be given annually to anyone exposed to PLAGUE.

**Poliomyelitis vaccine** gives a high degree of protection against the disease. This is given

in the form of inactivated SALK VACCINE combined with diphtheria, pertussis and tetanus to infants. Also available is live, attenuated SABIN VACCINE which is taken by mouth – a few drops on a lump of sugar – and is reserved for use during epidemics.

**Rabies vaccine** was introduced by Pasteur in 1885 for administration, during the long incubation period, to people bitten by a rabid dog, to prevent the disease from developing. (See RABIES.)

**Rotavirus vaccine** This is licensed for use in infants over 6 months to protect against gastroenteritis caused by rotavirus. It is not part of the routine programme, largely because the disease is not usually severe in developed countries so the benefits may be insufficient to justify its use.

**Rubella vaccine**, usually given with mumps and measles vaccine in one dose – called MMR VACCINE, see also above – now provides protection against RUBELLA (German measles). It also provides immunity for adolescent girls who have not had the disease in childhood and so ensures that they will not acquire the disease during any subsequent pregnancy – thus reducing the number of congenitally abnormal children whose abnormality is the result of their being infected with rubella via their mothers before they were born.

**Smallpox vaccine** was the first introduced. As a result of the World Health Organisation's successful smallpox eradication campaign – it declared the disease eradicated in 1980 – there is now no medical justification for smallpox vaccination. However, a stock is held for laboratory workers at risk because of working with the virus.

**Tetanus vaccine** is given in two forms: (1) combined with diphtheria, pertussis (whooping-cough), polio and haemophilus vaccine for the routine immunisation of children (see above); (2) by itself to adults who have not been immunised in childhood and who are particularly exposed to the risk of TETANUS, such as soldiers and agricultural workers.

**Tick-borne Encephalitis Vaccine** This is recommended for those walking or camping in warm forested areas of Central and Eastern Europe and Scandinavia, particularly between April and October.

**Typhoid vaccine** This vaccine is active against *S. typhi*. Two doses are given at an interval of 4–6 weeks, and give protection for 1–3 years (see ENTERIC FEVER).

**Varicella vaccine** This vaccine, used to protect against varicella (CHICKENPOX) is used in a number of countries including the United States and Japan. It has not been introduced into the UK standard vaccination programme for children, largely because of concerns that use in infancy would result in an upsurge in cases in adult life, when the disease may be more severe. It is recommended, however, for health workers in close contact with a patient with varicella and is also licensed for use in children over aged 1 who are contacts.

**Yellow fever vaccine** is prepared from chick embryos injected with the living, attenuated strain (17D) of pantropic virus. Only one injection is required, and immunity persists for many years. Re-inoculation, however, is desirable every ten years. (See YELLOW FEVER.)

## Vaccinia
Another term for cowpox, a disease in which vesicles form on the udders and teats of cows, due to the same virus as is responsible for SMALLPOX in humans. It is also the term used to describe the reaction to smallpox VACCINATION.

## Vacuole
A space inside the cytoplasm of CELLS. It is formed by a folding-in of the cellular membrane when the cell ingests material from the outside – for example, when white blood cells attack BACTERIA.

## Vacuum Extractor
The idea of a suction cup being applied to the emerging head of the baby to assist in delivery was first considered by Younge in 1706, but it was not until 1954 that the modern (ventouse) vacuum extractor was introduced. The value of the ventouse as against FORCEPS has been disputed in different clinics, the former being less popular in the UK. Indications are similar to those for the use of obstetric forceps. Even if the OCCIPUT is not in the anterior position, the extractor may still be applied; many obstetricians would choose forceps or perform manual rotation of the fetus in such cases.

In cases of prolongation of the first stage of labour, the ventouse may be used to accelerate

Joint Claim Construction Brief

# EXHIBIT 31

## PERSPECTIVES

50. Hathcock, K. S. *et al.* Haploinsufficiency of mTR results in defects in telomere elongation. *Proc. Natl Acad. Sci. USA* **99**, 3591–3596 (2002).

51. Bodnar, A. G. *et al.* Extension of life-span by introduction of telomerase into normal human cells. *Science* **279**, 349–352 (1998).

52. Liu, K., Hodes, R. J. & Weng, N. P. Telomerase activation in human lymphocytes does not require increase in telomere reverse transcriptase (hTERT) protein, but is associated with hTERT phosphorylation and nuclear translocation. *J. Immunol.* **166**, 4826–4830 (2001).

53. Wolthers, K. C. *et al.* T-cell telomere length in HIV-1 infection: no evidence for increased CD4+ T-cell turnover. *Science* **274**, 1543–1547 (1996).

54. Palmer, L. D. *et al.* Telomere length, telomerase activity and replicative potential in HIV infection: differences in telomere length in CD4+ and CD8+ T cells from HIV-discordant monozygotic twins. *J. Exp. Med.* **185**, 1381–1386 (1997).

55. Hemann, M. T., Strong, M. A., Hao, L. Y. & Greider, C. W. The shortest telomere, not average telomere length, is critical for cell viability and chromosome stability. *Cell* **107**, 67–77 (2001).

56. Steinert, S., Shay, J. W. & Wright, W. E. Transient expression of human telomerase extends the life span of normal human fibroblasts. *Biochem. Biophys. Res. Commun.* **14**, 1095–1098 (2000).

57. Bryan, T. M., Englezou, A., Dalla-Pozza, L., Dunham, M. A. & Reddel, R. R. Evidence for an alternative mechanism for maintaining telomere length in human tumors and tumor-derived cell lines. *Nature Med.* **3**, 1271–1274 (1997).

58. Griffith, J. D. *et al.* Mammalian telomeres end in a large duplex loop. *Cell* **97**, 503–514 (1999).

59. De Lange, T. Protection of mammalian telomeres. *Oncogene* **21**, 532–540 (2002).

60. Van Steensel, B. & de Lange, T. Control of telomere length by the human telomeric protein TRF1. *Nature* **385**, 740–743 (1997).

61. Karlseder, J., Broccoli, D., Dai, Y., Hardy, S. & de Lange, T. p53- and ATM-dependent apoptosis induced by telomeres lacking TRF2. *Science* **283**, 1321–1325 (1999).

62. Baumann, P. & Cech, T. R. Pot1, the putative telomere end-binding protein in fission yeast and humans. *Science* **292**, 1171–1175 (2001).

63. Hsu, H. L., Gilley, D., Blackburn, E. H. & Chen, D. J. Ku is associated with the telomere in mammals. *Proc. Natl Acad. Sci. USA* **96**, 12454–12458 (1999).

64. Zhu, X. D., Kuster, B., Mann, M., Petrini, J. H. & de Lange, T. Cell-cycle-regulated association of RAD50/MRE11/NBS1 with TRF2 and human telomeres. *Nature Genet.* **25**, 347–352 (2000).

65. Zijlmans, J. M. *et al.* Telomeres in the mouse have large inter-chromosomal variations in the number of T2AG3 repeats. *Proc. Natl Acad. Sci. USA* **94**, 7423–7428 (1998).

66. Rufer, N., Dragowska, W., Thornbury, G., Roosnek, E. & Lansdorp, P. M. Telomere length dynamics in human lymphocyte subpopulations measured by flow cytometry. *Nature Biotechnol.* **16**, 743–747 (1999).

67. von Zglinicki, T. Role of oxidative stress in telomere length regulation and replicative senescence. *Ann. NY Acad. Sci.* **908**, 99–110 (2000).

### Online links

**DATABASES**
**The following terms in this article are linked online to:**
Entrez: http://www.ncbi.nlm.nih.gov/Entrez/
EBV | HIV-1
LocusLink: http://www.ncbi.nlm.nih.gov/LocusLink/
CD3 | CD28 | dyskerin | Ku | MRE11 | *mTR* | NBS | POT1 | RAD50 | TERT | TR | TRF1 | TRF2
OMIM: http://www.ncbi.nlm.nih.gov/Omim/
autosomal-dominant DKC | X-linked DKC
**Access to this interactive links box is free online.**

---

OPINION

# Antibodies, viruses and vaccines

*Dennis R. Burton*

Neutralizing antibodies are crucial for vaccine-mediated protection against viral diseases. They probably act, in most cases, by blunting the infection, which is then resolved by cellular immunity. The protective effects of neutralizing antibodies can be achieved not only by neutralization of free virus particles, but also by several activities directed against infected cells. In certain instances, non-neutralizing antibodies contribute to protection. Several viruses, such as HIV, have evolved mechanisms to evade neutralizing-antibody responses, and these viruses present special challenges for vaccine design that are now being tackled.

Vaccines have been enormously effective in preventing human diseases caused by viruses. For example, it is estimated that up to 300 million people died from smallpox in the first three quarters of the twentieth century, whereas no one has died from the disease since 1978 owing to an eradication programme based on mass vaccination[1]. However, despite their efficacy, we do not have a clear understanding of how vaccines work. T cells and antibodies are central to protection, and immunological memory in some form is required, but there are many uncertainties and controversies. For example, the relative importance of cell-mediated and antibody responses in resisting viral infection is hotly debated. Opinions range from the view that antibodies are required primarily to control bacterial, rather than viral, infection and are dispensable for the control of some viral infections[2] to the view that antibodies are the only identified agent of successful vaccine protection[3,4] (R. M. Zinkernagel, personal communication). Nowhere have the uncertainties been felt more than in the HIV-1 vaccine field, in which efforts were focused initially on antibody responses elicited by subunit protein (SUBUNIT VACCINES)[5], but were later switched to T-cell responses elicited by a range of viral proteins[6–9].

How important are antibodies for vaccine-mediated protection? How do they operate? In this article, I approach these problems by considering the antiviral activity of antibodies at increasing levels of complexity. First, I review our current knowledge of the activities of antibodies *in vitro*. Second, I consider the activities of antibodies *in vivo*, as determined by passive-transfer studies, and relate them to the *in vitro* activities. Third, I discuss antibody activity in the complex context of vaccination. In addition, I consider some of the problems in eliciting protective antibodies, together with some potential solutions.

### Antiviral activities of antibodies *in vitro*

In principle, antibodies can act against both free virus and infected cells, as shown in FIG. 1. Probably the most marked antiviral activity of antibody and the activity that is most important for antibody-mediated protection *in vivo* is the neutralization of free virus particles. Neutralization has been defined as "the loss of infectivity which ensues when antibody molecule(s) bind to a virus particle, and usually occurs without the involvement of any other agency. As such this is an unusual activity of antibody paralleled only by the inhibition of toxins and enzymes"[10]. The mechanisms of neutralization have been debated over the years. Prominent hypotheses have been that viruses are neutralized extracellularly by the binding of one or a few antibody molecules; that conformational changes in envelope or capsid molecules are crucial; or that viral inactivation by antibody can occur after entry to infected cells by, for example, blocking virus uncoating[10]. We have argued recently[11] in favour of a simple occupancy model, essentially as proposed initially by Macfarlane Burnet in 1937 (REF. 12). According to this model, neutralization occurs when a fairly large proportion of available sites on the virion are occupied by antibody, which leads to the inhibition of virus attachment to host cells or interference with the entry (fusion) process. The relatively large size of the antibody molecule, approximately similar to that of a typical viral envelope spike, is proposed to be crucial. A marked linear relationship between the surface area of a virus and the number of antibody molecules that are required to bind to the virus for neutralization supports this proposal. An important prediction of the 'occupancy' or 'coating' model is that the neutralizing efficacy of an antibody should be related to its affinity for antigen on the virion surface. So, a vaccine should aim to elicit antibodies of the highest affinity for virion surface antigen. It should be realized, however, that there remains considerable disagreement in the area and, furthermore, that different mechanisms might operate for different viruses under different conditions.

© 2002 Nature Publishing Group



**Figure 1 | The antiviral activities of antibodies. a |** Activities against free virus (an enveloped virus is shown). Neutralizing antibodies probably act primarily by binding to the envelope protein (Env) at the surface of the virus and blocking infection (neutralization). They can also trigger effector systems that can lead to viral clearance, as discussed in the text. **b |** Activities against infected cells. These activities can be mediated by both neutralizing and non-neutralizing antibodies. Neutralizing antibodies bind to the same proteins on infected cells as on free virus. Non-neutralizing antibodies bind to viral proteins that are expressed on infected cells but not, to a significant degree, on free virus particles. Examples include altered forms of Env protein and certain non-structural (NS) proteins, such as NS1 of dengue virus. The binding of neutralizing and/or non-neutralizing antibodies to infected cells can lead to clearance of such cells or the inhibiton of virus propagation as shown. Modified from REF. 11.

Antibody Fc-mediated effector systems can affect antibody activity against free virus particles in several ways[13]. First, the activation of complement by antibodies that are bound to virus particles and the deposition of complement components on the virion surface can enhance neutralization. The occupancy model proposes that this is due to an increased coating of molecules on the virion, which prevents productive binding of the virion to the target cell. Second, complement activation can lead directly to virolysis. Third, Fc and complement receptors can bind antibody- and/or complement-coated virions, which leads to phagocytosis followed by inactivation of the virion in an intracellular compartment of the phagocyte. This process has been described *in vitro* for the picornavirus foot-and-mouth disease virus (FMDV)[14]. In FIG. 1, an enveloped virus that has functional spikes is shown to bind neutralizing antibodies exclusively. However, if antigen is present at a relatively low density on the surface of a virion, it could, in principle, bind antibody without resulting in neutralization. Such non-neutralizing antibody could, nevertheless, trigger complement-dependent virolysis or phagocytosis.

The binding of antibody to infected cells, as well as to free virus particles, can mediate several antiviral activities (FIG. 1). Fc-mediated effector systems can lead to cell lysis or clearance by antibody-dependent cellular cytotoxicity (ADCC) or complement-dependent cytotoxicity (CDC). The inhibition of viral replication inside cells by the binding of antibodies to viral molecules that are expressed at the membrane of the cells, presumably through signalling mechanisms, has also been described, particularly for viral infection of neurons[15,16]. Antibodies can inhibit the release of viruses from infected cells[17] and the cell–cell transmission of viruses[18,19]. There is some evidence that antibody is less effective against infected cells than against free virions. For example, it has been reported that higher concentrations of neutralizing antibody are required to inhibit cell–cell transmission than to inhibit infection by free virions[18,20]. Similarly, a higher concentration of antibody has been shown to be associated with effective CDC and

ADCC than with neutralization[21]. Neutralizing antibodies tend to be effective against infected cells because they bind to envelope molecules that are presented on infected cells as well as virions. However, non-neutralizing antibodies might also be effective against infected cells by binding to molecules that are expressed on infected cells, but not virions — for example, the NS1 protein of Dengue virus[22].

Polymeric immunoglobulin A and IgM can mediate the intracellular neutralization of viruses. These antibodies are actively transported across the mucosal epithelium after binding to the polymeric immunoglobulin receptor (PIGR) and might, during transport, come into contact with and neutralize transcytosing with viruses[23–27].

Finally, antibody can enhance viral infection *in vitro* under certain conditions, generally in the presence of subneutralizing concentrations of neutralizing antibodies. Enhancement is mediated by Fc receptors in some cases, such as Dengue virus[28–30], but not in other cases, for which enhancement is observed with antibody Fab fragments[31,32]. The occupancy model of neutralization that is described above explains the enhancement of infection as an effect that occurs at low occupancy of virion sites in the presence of permissive cells — for example, those bearing Fc receptors. As the concentration of antibody increases, coating of the virus increases, which eventually results in neutralization. Evidence for the importance of antibody-mediated enhancement *in vivo* is very sparse, even for the often-quoted example of infection with Dengue virus[33].

**Antiviral activities of antibodies *in vivo***
The classical approach to determining the protective activities of antibodies *in vivo* is to transfer passively immune sera or monoclonal antibodies to a naive animal, challenge with virus and observe the outcome. This approach has shown consistently — for many different viruses, animal models and challenge routes — a good correlation between the protection that is achieved *in vivo* and antibody or serum neutralizing activity as measured *in vitro*[11]. It should be realized that this does not necessarily mean that neutralization is the mechanism of protective activity. Neutralizing antibodies, as noted above, are likely to be those that bind most effectively to free virions and to virus-infected cells (at least for many enveloped viruses), so that, in principle at least, any of the mechanisms of antiviral activity that are shown in FIG. 1 could operate in protection.

Generally speaking, protection is achieved when the neutralizing antibody titre in the serum of the animal at the time of virus

© 2002 Nature Publishing Group

## PERSPECTIVES

challenge is relatively high, usually of the approximate order of 1 in 100 for a 90% titre. In other words, the serum of the animal can be diluted 100-fold and 90% neutralization still be achieved *in vitro* (with higher dilutions for lower titres). This indicates that considerable apparent over-capacity with regard to neutralization is required to achieve protection. In some instances, protection can be described as sterile, in that there is no evidence of viral replication after challenge. Serum neutralizing-antibody titres (80%) of 1 in 380 or greater provide sterile protection in the lungs of cotton rats challenged with respiratory syncytial virus (RSV)[34], and titres of 1 in 400 (90%) and 1 in 38 (99%) provide sterile protection against challenge of macaques with chimaeric simian immunodeficiency virus (SIV)/HIV (SHIV)[35,36]. In other instances — such as challenge with lymphocytic choriomeningitis virus (LCMV) in a mouse model[37] and with Ebola virus in a guinea-pig model[38] — high titres of neutralizing antibody do not provide sterile protection, but do prevent disease. In most instances, however, it has not been established whether protection is sterile.

There are several possible explanations for the apparent over-capacity of neutralization activity that is required for protection in many animal studies. If one assumes that neutralization is the dominant protective mechanism, then for some viruses, animal models or challenge routes, it might be necessary for protection that antibody 'mops up' essentially every virus particle, which would

### Glossary

AGAMMAGLOBULINAEMIC
A person who has an inherited disorder that is characterized by very low levels of immunoglobulins.

DNA-SHUFFLED ENVELOPE LIBRARIES
Libraries of envelope molecules that are produced by *in vitro* homologous recombination of random fragments of envelope genes generated from pools of parental envelope genes.

HUMANIZED ANTIBODY
An antibody in which protein engineering is used to reduce the amount of 'foreign' protein sequence by swapping rodent antibody constant regions and the variable-domain framework regions with sequences that are found in human antibodies.

ORIGINAL ANTIGENIC SIN
A phenomenon in which the antibody response is elicited in an individual after secondary viral infection reacts more strongly to the viral variant that originally infected the individual. Can be shown for closely related antigens of non-viral origin.

SUBUNIT VACCINES
Vaccines that contain only a small part of the pathogen, such as the protein that forms the coat surrounding the nucleic acid of a virus. Usually produced by genetic engineering.

require an excess of antibody. By the same assumption, the protective activity might occur in a tissue site that has a lower antibody concentration than that of serum, which would also lead to an apparent over-capacity. Alternatively, protection might require an additional activity of neutralizing antibody that is distinct from neutralization. For example, activity against infected cells, as well as (or in some cases instead of) activity against free virions, might be required to provide protection. This would be consistent with observations that the antibody concentrations that are required for activity against infected cells — for example, by blocking cell–cell transmission — are typically considerably higher than those that are required for the neutralization of free virus particles.

Animal models provide direct evidence that mechanisms other than neutralization can be important for protection by neutralizing antibodies. In some cases, protection is found to be as effective with F(ab)$_2$ fragments — which lack the Fc domain and, therefore, are unable to trigger effector functions — as with the corresponding whole IgG molecule. However, in other cases, F(ab)$_2$ fragments that are as effective as whole IgG molecules at neutralization *in vitro* are ineffective at protection *in vivo*. For yellow fever virus[39], it has been shown that neutralizing mouse IgG1 antibodies (which are poor activators of effector functions) are ineffective at protection, whereas IgG2a molecules (which are good activators) of the same specificity are effective. In many examples in mouse models, protection requires the Fc part of IgG, but is independent of complement. This implies that, in these cases, protection by neutralizing antibodies probably requires activity against infected cells and involves ADCC or phagocytosis.

There are many examples of protective activity shown by non-neutralizing antibodies in passive-transfer studies in animal models. This activity seems to be directed against infected cells and, generally, it seems to be somewhat less potent than the activity of neutralizing antibodies. For example, several cases have been reported in which neutralizing antibodies are protective against higher challenge doses or more-pathogenic viruses than are non-neutralizing antibodies. In many cases, protection mediated by non-neutralizing antibodies is shown to depend crucially on the Fc part of the antibody molecule and to occur in complement-deficient mice, which indicates that ADCC (or phagocytosis) might be crucial for clearing antibody-complexed infected cells. Protection mediated by non-neutralizing antibodies is restricted mostly to protection against enveloped viruses.

The passive transfer of antibodies to humans has been shown to provide protection against disease caused by several viruses, including hepatitis B, hepatitis A, measles, polio and RSV[40]. Indeed, a neutralizing anti-RSV monoclonal HUMANIZED ANTIBODY is in clinical use to protect at-risk infants[41]. In many of these cases, it is unlikely that the titres of passively transferred neutralizing antibodies reach the levels that are necessary for sterile protection (although this has not been studied widely). Rather, it would seem that neutralizing antibody sufficiently blunts the infection to allow the development of other protective mechanisms — presumably, CD8+ T cells, active antibody responses and innate immunity (see below). The protection of young infants by maternal neutralizing antibodies probably falls into this category. Maternal antibodies "attenuate infection during the initial months of life, thereby creating optimal conditions for the natural immunization of the child as a result of infection"[3]. In some cases — for example, infection with rabies virus — the passive transfer of antibody has been shown to protect against disease after exposure, when some degree of infection is established. However, once infection is fully established, then reports of the beneficial effects of passive antibody transfer are rare.

Many important human viral pathogens gain entry to the host through mucosal surfaces. Passive-transfer studies show that antibodies that are present in the mucosal compartments at the time of exposure can protect against viral challenge[26,42]. Both mucosal secretory IgA (sIgA) and systemic IgG have been shown to be effective. Remarkably, non-neutralizing IgA can protect against rotavirus challenge in mice by an intracellular neutralization mechanism[43].

### The antiviral activity of T cells
Passive-transfer experiments are useful to elucidate the protective activities of antibodies. However, they might not truly mimic most vaccine situations, because both the cellular immune response and a secondary B-cell response are absent. Before considering the role of antibodies in vaccine protection, it is worth briefly reviewing the antiviral activity of T cells. CD8+ T cells can act against viruses through the specific recognition by their T-cell receptors (TCRs) of viral peptides bound to MHC class I molecules on the surface of the infected cells. The antiviral activity is manifested in target-cell killing, the induction of apoptosis in target cells and the release of antiviral cytokines that can clear viral infection from target cells[2]. Abundant evidence

© 2002 Nature Publishing Group



**Figure 2 | Viral evasion of antibody responses.** The diagrams are based on features that have been described for HIV-1, but many of these features are also shown by other enveloped viruses. **a** | The virion. Neutralizing antibody (*) binds to native envelope spikes, shown here as a homotrimer of heterodimers formed by the transmembrane protein (TM) and the surface glycoprotein (SU). Some envelopes — for example, of HIV-1 and Ebola virus — can shed SU, which might serve as a 'decoy' if antibody responses to shed SU have a reduced affinity for SU on the envelope spike. So, by the mechanism of ORIGINAL ANTIGENIC SIN[82–85], immunization with antigen 1 (here, shed SU) can establish a population of memory B cells such that subsequent challenge with related antigen 2 (here, SU in the envelope spike) stimulates a response of high affinity for antigen 1, but more moderate affinity for antigen 2. Complement-regulatory molecules, such as CD46, that are incorporated in the membranes of some enveloped viruses can inhibit virolysis. Partially disassembled or misfolded envelope spikes can be potent immunogens. If the antibodies that are elicited have a reduced affinity for correctly folded envelope spikes then, as for shed SU, these molecules could act as decoys to generate a suboptimal response to native envelope spikes. However, virion binding of these non-neutralizing antibodies could also, in principle, facilitate complement-mediated virolysis and phagocytosis. **b** | Infected cells. Similar envelope molecules to those that have been described for the virion are shown. In addition, infected cells can release misfolded or incompletely assembled envelope complexes that might function as decoys. **c** | Surface glycoprotein. An immunodominant, but variable, loop favours the induction of strain-specific rather than strain-cross-neutralizing antibodies, as for HIV-1 and influenza virus. Carbohydrate chains and oligomer formation conceal large parts of the protein surface, which reduces antigenicity and immunogenicity. A recessed receptor site might also reduce antigenicity and immunogenicity.

indicates the power of specific CD8[+] T-cell responses in controlling viral infection[2,44–48]. The activity of specific CD8[+] T cells is probably related to the functional avidity of their TCR for the particular peptide–MHC complex[49,50]. Specific antiviral CD4[+] T cells[46,51] can also have direct antiviral activity. However, their most important role seems to be providing help to CD8[+] T cells and B cells[52].

CD8[+] T cells, CD4[+] T cells and B cells have non-overlapping functions, and a series of studies has provided an elegant demonstration that resistance to Friend murine leukaemia virus (FMLV) in mice requires all of these functions[53]. Most convincingly, the adoptive transfer of immune spleen cells to naive animals shows that complete protection is only achieved when CD8[+] T cells, CD4[+] T cells and B cells are transferred[54,55]. Any combination of two cell types is insufficient to provide protective immunity.

**Antibodies in vaccine protection**
The level of neutralizing antibody that is induced correlates with the degree of protection against disease for several viral vaccines[2]. This does not necessarily mean that neutralizing antibodies are the agent of protection. In principle, they could simply be 'markers' of exposure to viral antigens as are, for example, antibodies to internal viral proteins. However, the protective activities that are described in passive-transfer studies indicate that neutralizing antibodies are unlikely simply to be markers and are more likely to be actively involved in resisting infection. But, vaccine-induced, antiviral, serum neutralizing-antibody titres might not reach the levels that have been described in passive-transfer studies to provide sterile protection in animal models. Such levels are even less likely to be maintained for many years after vaccination. Therefore, it is unlikely that neutralizing antibodies that are present in the serum of a vaccinated individual at the time of virus challenge are solely responsible for protection. One would predict that some virus-infected cells will escape elimination by antibody. How, then, is this infection likely to be contained?

*CD8[+] T, memory B and plasma cells.* The obvious candidate is viral-specific CD8[+] T cells, and there is ample evidence for the ability of these cells to control viral replication, as described above. Virus-specific CD8[+] effector T cells could already be present at challenge, be recruited from the vaccine-induced CD8[+] T-cell memory pool or be induced *de novo*. Another possibility is that increased antibody concentration (as a result of the stimulation of memory B cells by viral antigen) contributes to protection. So far, we have focused on pre-existing antibody as the most powerful first line of defence against viral challenge. This antibody can be maintained at relatively high levels for many years, probably produced by long-lived plasma cells[56,57], although this is not universally accepted[58]. In a sense, the most crucial part of antibody 'memory' might be equated with the long life of these plasma cells. However, the second antibody memory component, memory B cells, might also be crucial for vaccine-mediated protection in some cases. Equally, the contact of memory B cells with viral antigen might be important to boost plasma-cell numbers and serum-antibody concentrations for the next encounter with the virus. The blunting, rather than ablation, of infection will facilitate this boost by increasing the amount of antigen that is available. Finally, other mechanisms, particularly innate immunity, might contribute to containing infection.

© 2002 Nature Publishing Group

### PERSPECTIVES



Figure 3 | **Reverse vaccinology.** Classical vaccine antigens, such as attenuated or killed virus preparations or subunit proteins, might fail to elicit significant protective antibody responses. If, however, monoclonal antibodies that are shown to mediate protection can be isolated from cases of natural infection (or immunization, for example of transgenic mice that express human antibodies), then these antibodies might allow the generation of immunogens that, when introduced as vaccines, elicit closely related protective antibodies. EBV, Epstein–Barr virus.

The relative importance of these mechanisms in most cases of vaccine-mediated protection is not known.

**Protection and antibody-mediated blunting.** From the antibody standpoint, I suggest that vaccine-mediated protection can be characterized according to the degree of blunting of infection by neutralizing antibody. The most complete blunting of infection corresponds to sterile immunity, which might be achieved in certain cases. For many vaccines, and especially as neutralizing-antibody titres decrease with time after vaccination, the blunting of infection is likely to be incomplete and other mechanisms of antiviral action must come into play. Non-replicating vaccines — such as killed poliovirus, hepatitis B, hepatitis A, rabies and influenza vaccines — elicit neutralizing antibody, but weak CD8$^+$ T-cell responses. Therefore, the control of residual infection is probably achieved by CD8$^+$ T cells that are induced *de novo* or antibody from activated memory B cells, or perhaps by innate immunity. For replicating vaccines — such as those against measles, mumps, rubella and varicella zoster viruses — the blunting of infection by neutralizing antibodies is also likely to be important, because the passive

transfer of immunoglobulins seems to offer protection against disease[59–63]. These vaccines will also generate memory CD8$^+$ T cells by contact with viral peptide. One might speculate that as the ability to blunt an infection declines after vaccination, the ability to recruit effectors (CD8$^+$ T cells and antibodies) rapidly from the memory compartment will become more important. Blunting will tend to be inefficient at mucosal surfaces, where the levels of vaccine-induced antibodies decline much more rapidly than in the serum[36]. A further point to note about replicating vaccines is that they might induce an antibody response to non-structural proteins that are expressed on infected cells, but not on virions. This might be crucial; for example, protection against tick-borne encephalitis virus (TBEV) has been correlated with such an antibody response[64].

For some viruses, blunting by neutralizing antibody alone, short of sterile protection, might always be insufficient. The studies on FMLV that are described above indicate that a vaccine that is unable to mobilize CD8$^+$ and CD4$^+$ effector T cells rapidly would be unable to prevent the establishment of a persistent infection of this virus.

*Are antibodies necessary for protection?* Is antibody-mediated blunting of infection truly indispensable for vaccine-induced antiviral protection? The observation that some individuals who have antibody deficiencies do not suffer from an increased incidence of certain viral diseases or increased disease severity indicates that this might not be the case. For infection with measles virus, it is reported that AGAMMAGLOBULINAEMIC children have a normal disease course and are subsequently immune to infection[65]. However, we have recently challenged the view that patients who are fully antibody deficient have been satisfactorily studied[66]. Patients who were diagnosed with antibody deficiency were treated from relatively early times with immunoglobulin-replacement therapy and, as this therapy improved, viral diseases diminished. Furthermore, a vaccine should seek to protect a wide spectrum of different individuals who are exposed to the virus in different circumstances, but the experiments in agammaglobulinaemic individuals have only been carried out on a relatively small scale. Nevertheless, although the situation in humans is debatable, it is clear from studies in several animal models that vaccines that induce only CD8$^+$ T cells, and no virus-specific antibodies, can protect against subsequent challenge with a viral pathogen. This was first shown more than a decade ago in the LCMV model[67], and it has been confirmed in other models, such as influenza virus[68] and RSV[69]. A cytotoxic T lymphocyte (CTL) peptide-based vaccine did initially protect four out of eight sheep against challenge with bovine leukaemia virus (BLV)[70], but on long-term follow-up, all but one of the animals seroconverted and progressed to disease[71] (A. Suhrbier, personal communication). Vaccines that elicit only a CTL response have been shown to mediate protection against disease after SHIV challenge[72], but not, so far, against SIV challenge[73]. Overall, therefore, vaccines that elicit only CD8$^+$ T-cell responses can confer sufficient immunity to offer some protection against subsequent challenge in some cases. However, in many cases, the recipients of these 'CTL vaccines' develop marked symptoms before recovery, which is consistent with the idea that CD8$^+$ T cells cannot prevent infection, but instead limit viral replication and dissemination (J. L. Whitton, personal communication). So, a vaccine formulation that induces only CD8$^+$ T-cell immunity is unlikely to provide the high degree of protection across a large population that we have come to associate with the term 'vaccine'.

© 2002 Nature Publishing Group

---

Box 1 | **Understanding antibody-mediated vaccine protection**

· How often is sterile protection achieved?
· How important is B-cell memory compared with pre-existing antibody in resisting infection?
· How important are effector functions in antibody-mediated protective activity?
· How important are antibody activities against infected cells compared with activities against free virus?
· How important are activities mediated by non-neutralizing antibodies?
· How important are co-operativity and synergism in antibody mixtures?
· How important are mucosal antibodies?

---

### Eliciting protective antibodies

The ease with which neutralizing antibodies can be elicited varies widely. It has been argued convincingly that repetitive viral surface antigens elicit the most potent antibody responses to virions[74,75]. For example, the densely packed, highly organized glycoprotein of vesicular stomatitis virus (VSV-G) induces a strong neutralizing antibody response that is independent of T-cell help. By contrast, when the soluble form of VSV-G is used as an immunogen, it fails to induce a neutralizing response. Therefore, a native form of VSV (an attenuated or killed virus) should make a good vaccine from an antibody perspective. Poliovirus is similar to VSV in that it induces a potent neutralizing antibody response. For such viruses, there is, presumably, no evolutionary pressure against a strong neutralizing antibody response. This would be the case, for example, for a virus that is transmitted from an infected to an uninfected individual before the development of a neutralizing antibody response that could interfere with transmission. Similarly, to avoid evolutionary pressure from the neutralizing antibody response, the virus should not depend on being able to re-infect the same individual to prosper. For some viruses that have relatively rigid and organized surfaces, such as influenza virus, it is argued[74] that there is an evolutionary pressure against a neutralizing response and that this leads to the selection of serotypes (viral variants) that escape binding by neutralizing antibodies. For this strategy to be effective, the neutralizing antibody response must be focused on an immunodominant epitope of the virion surface that can tolerate mutations without substantially affecting virion function. Structurally, this is generally achieved by surface loop regions that are highly accessible, immunogenic and potentially variable (FIG. 2). In this case, vaccination often requires a new immunogen for each serotype that is described.

Many viruses — for example, paramyxoviruses, poxviruses and herpesviruses — have less organized, more 'fluid' surfaces, and it is proposed that this is a strategy to avoid antibody responses[74]. Such viruses have often evolved many other features to avoid functional antibody responses. FIGURE 2 illustrates the targets for functional and non-functional antibodies on virions, infected cells and a typical envelope spike structure. The envelope spikes of some viruses have developed several features to minimize immunogenicity. One of these features is the burial of monomer protein surface in the oligomeric arrangement that forms the spike structure. It seems that, for some viruses (notably HIV-1), high titres of antibodies are found that are specific for the monomeric forms of envelope proteins, but that titres against oligomeric proteins are low. As oligomer binding is associated with neutralizing activity, this indicates that there are low neutralizing antibody titres[76–78]. Monomeric envelope proteins might be produced as 'viral debris'[78–80]. A corollary of these observations is that monomeric envelope proteins might be poor vaccine candidates in some cases.

For viruses such as HIV-1 that have evolved many mechanisms to avoid neutralizing-antibody responses — particularly those that neutralize many different isolates — classical vaccination strategies, such as the use of attenuated or killed viruses, might be ineffective. If an envelope protein has been selected to minimize neutralizing-antibody responses, then simply mimicking the envelope might not be a useful vaccine approach[81]. For HIV-1, although cross-neutralizing antibody responses are weak, they do exist, and a panel of neutralizing human monoclonal antibodies has been isolated. We suggest that one route to a vaccine might be to produce immunogens based on an exploration of the interaction of these antibodies with envelope proteins. This technique is known as 'reverse vaccinology' (FIG. 3), because the central concept is to generate vaccines from antibodies, rather than the usual task of generating antibodies from a vaccine. Practically, the immunogens might be designed from our knowledge of complexes of antibody and envelope protein or, alternatively, by antibody-mediated selection of molecules from, for example, peptide libraries or DNA-SHUFFLED ENVELOPE LIBRARIES.

### Concluding remarks

Viruses are an enormously heterogeneous group of pathogens, and individual human exposures and immune responses vary widely, so that generalizations with respect to immune protection are to be treated with great caution. Nevertheless, it is probable that most exposures of naive individuals to many, but by no means all, viruses are resolved successfully without long-term adverse effects. Typically, resolution does not require the action of neutralizing antibody, because such antibody often appears after symptoms have abated. Cellular and innate immunity are probably crucial to the resolution of infection. However, on re-exposure of the individual, neutralizing antibodies can act very rapidly to blunt infection, so that it can be contained by cellular and innate immunity without symptoms of disease. Vaccination is probably successful in some cases quite simply because it provides this antibody-mediated blunting effect. However, for some individuals, exposure conditions or viruses, antibody-mediated blunting is insufficient and, then, the best hope for containment lies in the additional rapid deployment of specific CD8[+] T cells. If HIV-1 is ever to be controlled by vaccination, it will probably require a vaccine that leads to efficient antibody-mediated blunting and a rapid, potent CD8[+] T-cell response.

Given the importance of antibodies for vaccine protection, it is surprising how little we understand about how antibodies fulfil this function in humans. The term 'neutralizing antibodies' might lull us into a belief, which has not been shown formally, that these antibodies operate *in vivo* solely by the mechanism(s) of neutralization that have been observed *in vitro*. As I have discussed, neutralizing antibodies can operate by several mechanisms. BOX 1 summarizes some of the questions that need to be answered about vaccine-induced antibodies. Many of these questions probably need to be answered separately for each individual virus that is studied. Answering these questions will facilitate a more rational approach to vaccine design and will lead ultimately to more-effective vaccines.

*Dennis R. Burton is at the Departments of Immunology and Molecular Biology, The Scripps Research Institute, 10550 North Torrey Pines Road, La Jolla, California 92037, USA. e-mail: burton@scripps.edu*

doi:10.1038/nri891

© 2002 Nature Publishing Group

# PERSPECTIVES

1. Oldstone, M. B. A. *Viruses, Plagues and History* (Oxford University Press, New York, 1998).
2. Whitton, J. L. & Oldstone, M. B. A. in *Fields Virology* (eds Knipe, D. M. & Howley, P. M.) 285–320 (Lippincott Williams, Philadelphia, 2001).
3. Zinkernagel, R. M. Maternal antibodies, childhood infections and autoimmune diseases. *N. Engl. J. Med.* **345**, 1331–1335 (2001).
4. Zinkernagel, R. M. *et al.* Neutralizing antiviral antibody responses. *Adv. Immunol.* **79**, 1–53 (2001).
5. Koff, W. C. & Fauci, A. S. Human trials of AIDS vaccines: current status and future directions. *AIDS* **3**, S125–S129 (1989).
6. Cohen, J. AIDS research. Merck reemerges with a bold AIDS vaccine effort. *Science* **292**, 24–25 (2001).
7. McMichael, A. & Hanke, T. The quest for an AIDS vaccine: is the CD8+ T-cell approach feasible? *Nature Rev. Immunol.* **2**, 283–291 (2002).
8. Robinson, H. L. New hope for an AIDS vaccine. *Nature Rev. Immunol.* **2**, 239–250 (2002).
9. Letvin, N. L., Barouch, D. H. & Montefiori, D. C. Prospects for vaccine protection against HIV-1 infection and AIDS. *Annu. Rev. Immunol.* **20**, 73–99 (2002).
10. Dimmock, N. J. Update on the neutralization of animal viruses. *Rev. Med. Virol.* **5**, 165–179 (1995).
11. Parren, P. W. H. I. and Burton, D. R. The anti-viral activity of antibodies in vitro and in vivo. *Adv. Immunol.* **77**, 195–262 (2001).
12. Burnet, F. M., Keogh, E. V. & Lush, D. The immunological reactions of the filterable viruses. *Austral. J. Exp. Biol. Med. Sci.* **15**, 231–368 (1937).
13. Spear, G. T., Hart, M., Olinger, G. G., Hashemi, F. B. & Saifuddin, M. The role of the complement system in virus infections. *Curr. Top. Microbiol. Immunol.* **260**, 229–245 (2001).
14. McCullough, K. C., Parkinson, D. & Crowther, J. R. Opsonization-enhanced phagocytosis of foot-and-mouth disease virus. *Immunology* **65**, 187–191 (1988).
15. Fujinami, R. S. & Oldstone, M. B. Antiviral antibody reacting on the plasma membrane alters measles virus expression inside the cell. *Nature* **279**, 529–530 (1979).
16. Levine, B. *et al.* Antibody-mediated clearance of alphavirus infection from neurons. *Science* **254**, 856–860 (1991).
17. Gerhard, W. The role of the antibody response in influenza virus infection. *Curr. Top. Microbiol. Immunol.* **260**, 171–190 (2001).
18. Pantaleo, G. *et al.* Effect of anti-V3 antibodies on cell-free and cell-to-cell human immunodeficiency virus transmission. *Eur. J. Immunol.* **25**, 226–231 (1995).
19. Burioni, R., Williamson, R. A., Sanna, P. P., Bloom, F. E. & Burton, D. R. Recombinant human Fab to glycoprotein D neutralizes infectivity and prevents cell-to-cell transmission of herpes simplex viruses 1 and 2 in vitro. *Proc. Natl Acad. Sci. USA* **91**, 355–359 (1994).
20. Hooks, J. J., Burns, W., Hayashi, K., Geis, S. & Notkins, A. L. Viral spread in the presence of neutralization antibody: mechanisms of persistence in foamy virus infection. *Infect. Immun.* **14**, 1172–1178 (1976).
21. Hezareh, M., Hessell, A. J., Jensen, R., van de Winkel, J. G. J. & Parren, P. W. H. I. Effector function activities of a panel of mutants of a broadly neutralizing antibody against human immunodeficiency virus type 1. *J. Virol.* **75**, 12161–12168 (2001).
22. Henchal, E. A., Henchal, L. S. & Schlesinger, J. J. Synergistic interactions of anti-NS1 monoclonal antibodies protect passively immunized mice from lethal challenge with dengue 2 virus. *J. Gen. Virol.* **69**, 2101–2107 (1988).
23. Manzanec, M. B., Lamm, M. E., Lyn, D., Porter, A. & Bedrud, J. G. Comparison of IgA versus IgG monoclonal antibodies for passive immunization of the murine respiratory tract. *Virus. Res.* **23**, 1–12 (1992).
24. Fujioka, H. *et al.* Immunocytochemical colocalization of specific immunoglobulin A with sendai virus protein in infected polarized epithelium. *J. Exp. Med.* **188**, 1223–1229 (1998).
25. Manzanec, M. B., Coudret, C. L. & Fletcher, D. R. Intracellular neutralization of influenza virus by immunoglobulin A anti-hemagglutinin monoclonal antibodies. *J. Virol.* **69**, 1339–1343 (1995).
26. Kato, H., Kato, R., Fujihashi, K. & McGhee, J. R. Role of mucosal antibodies in virus infections. *Curr. Top. Microbiol. Immunol.* **260**, 201–228 (2001).
27. Bomsel, M. *et al.* Intracellular neutralization of HIV transcytosis across tight epithelial barriers by anti-HIV envelope protein dIgA or IgM. *Immunity* **9**, 277–287 (1998).
28. Hawkes, R. A. & Lafferty, K. J. The enhancement of virus infectivity by antibody. *Virology* **33**, 250–261 (1967).
29. Halstead, S. B. Immune enhancement of viral infection. *Prog. Allergy* **31**, 301–364 (1982).
30. Morens, D. M., Halstead, S. B. & Marchette, N. J. Profiles of antibody-dependent enhancement of dengue virus type 2 infection. *Microb. Pathog.* **3**, 231–237 (1987).
31. Sullivan, N., Sun, Y., Li, J., Hofmann, W. & Sodroski, J. Replicative function and neutralization sensitivity of envelope glycoproteins from primary and T-cell-line-passaged human immunodeficiency virus type 1 isolates. *J. Virol.* **69**, 4413–4422 (1995).
32. Sullivan, N. J. Antibody-mediated enhancement of viral disease. *Curr. Top. Microbiol. Immunol.* **260**, 145–169 (2001).
33. Kliks, S. C., Nimmanitya, S., Nisalak, A. & Burke, D. S. Evidence that maternal dengue antibodies are important in the development of dengue hemorrhagic fever in infants. *Am. J. Trop. Med. Hyg.* **38**, 411–419 (1988).
34. Prince, G. A., Horswood, R. L. & Chanock, R. M. Quantitative aspects of passive immunity to respiratory syncytial virus infection in infant cotton rats. *J. Virol.* **55**, 517–520 (1985).
35. Parren, P. W. H. I. *et al.* Antibody protects macaques against vaginal challenge with a pathogenic R5 simian/human immunodeficiency virus at serum levels giving complete neutralization in vitro. *J. Virol.* **75**, 8340–8347 (2001).
36. Nishimura, Y. *et al.* Determination of a statistically valid neutralization titer in plasma that confers protection against simian–human immunodeficiency virus challenge following passive transfer of high-titered neutralizing antibodies. *J. Virol.* **76**, 2123–2130 (2002).
37. Wright, K. E. & Buchmeier, M. J. Antiviral antibodies attenuate T-cell-mediated immunopathology following acute lymphocytic choriomeningitis virus infection. *J. Virol.* **65**, 3001–3006 (1991).
38. Parren, P. W. H. I., Geisbert, T. W., Maruyama, T., Jahrling, P. B. & Burton, D. R. Pre- and postexposure prophylaxis of ebola virus infection in an animal model by passive transfer of a neutralizing human antibody. *J. Virol.* **76**, 6408–6412 (2002).
39. Schlesinger, J. J. & Chapman, S. Neutralizing F(ab')2 fragments of protective monoclonal antibodies to yellow fever virus (YF) envelope protein fails to protect mice against lethal YF encephalitis. *J. Gen. Virol.* **76**, 217–220 (1995).
40. Chanock, R. M., Crowe, J. E. Jr, Murphy, B. R. & Burton, D. R. Human monoclonal antibody Fab fragments cloned from combinatorial libraries: potential usefulness in prevention and/or treatment of major human viral diseases. *Infect. Agents Dis.* **2**, 118–131 (1993).
41. The IMpact-RSV Study Group. Palivizumab, a humanized respiratory syncytial virus monoclonal antibody, reduces hospitalization from respiratory syncytial virus infection in high-risk infants. *Pediatrics* **102**, 531–537 (1998).
42. Ogra, P. L., Faden, H. & Welliver, R. C. Vaccination strategies for mucosal immune responses. *Clin. Microbiol. Rev.* **14**, 430–445 (2001).
43. Burns, J. W., Siadat-Pajouh, M., Krishnaney, A. A. & Greenberg, H. G. Protective effect of rotavirus VP6-specific IgA monoclonal antibodies that lack neutralizing activity. *Science* **272**, 104–107 (1996).
44. Jin, X. *et al.* Dramatic rise in plasma viremia after CD8+ T-cell depletion in simian immunodeficiency virus-infected macaques. *J. Exp. Med.* **189**, 991–998 (1999).
45. Schmitz, J. E. *et al.* Control of viremia in simian immunodeficiency virus infection by CD8+ lymphocytes. *Science* **283**, 857–860 (1999).
46. Kaech, S. M., Wherry, E. J. & Ahmed, R. Effector and memory T-cell differentiation: implications for vaccine development. *Nature Rev. Immunol.* **2**, 251–262 (2002).
47. McMichael, A. J. & Rowland-Jones, S. L. Cellular immune responses to HIV. *Nature* **410**, 980–987 (2001).
48. Barouch, D. H. & Letvin, N. L. CD8+ cytotoxic T-lymphocyte responses to lentiviruses and herpesviruses. *Curr. Opin. Immunol.* **13**, 479–482 (2001).
49. Alexander-Miller, M. A., Leggatt, G. R. & Berzofsky, J. A. Selective expansion of high- or low-avidity cytotoxic T lymphocytes and efficacy for adoptive immunotherapy. *Proc. Natl Acad. Sci. USA* **93**, 4102–4107 (1996).
50. Slifka, M. K. & Whitton, J. L. Functional avidity maturation of CD8+ T cells without selection of higher affinity TCR. *Nature Immunol.* **2**, 711–717 (2001).
51. Picker, L. J. & Maino, V. C. The CD4+ T-cell response to HIV-1. *Curr. Opin. Immunol.* **12**, 381–386 (2000).
52. Kalams, S. A. & Walker, B. D. The critical need for CD4 help in maintaining effective cytotoxic T-lymphocyte responses. *J. Exp. Med.* **188**, 2199–2204 (1998).
53. Hasenkrug, K. J. & Chesebro, B. Immunity to retroviral infection: the Friend virus model. *Proc. Natl Acad. Sci. USA* **94**, 7811–7816 (1997).
54. Dittmer, U., Brooks, D. M. & Hasenkrug, K. J. Requirement for multiple lymphocyte subsets in protection by a live-attenuated vaccine against retroviral infection. *Nature Med.* **5**, 189–193 (1999).
55. Dittmer, U. & Hasenkrug, K. J. Different immunological requirements for protection against acute versus persistent friend retrovirus infections. *Virology* **272**, 177–182 (2000).
56. Slifka, M. K. & Ahmed, R. Long-term humoral immunity against viruses: revisiting the issue of plasma-cell longevity. *Trends Microbiol.* **4**, 394–400 (1996).
57. Slifka, M. K. & Ahmed, R. Long-lived plasma cells: a mechanism for maintaining persistent antibody production. *Curr. Opin. Immunol.* **10**, 252–258 (1998).
58. Ochsenbein, A. F. *et al.* Protective long-term antibody memory by antigen-driven and T-help-dependent differentiation of long-lived memory B cells to short-lived plasma cells independent of secondary lymphoid organs. *Proc. Natl Acad. Sci. USA* **97**, 13263–13268 (2000).
59. Janeway, C. A. Use of concentrated human serum γ-globulin in the prevention and attenuation of measles. *NY Acad. Med.* **21**, 202 (1945).
60. Krugman, S. The clinical use of γ-globulin. *N. Engl. J. Med.* **269**, 195–201 (1963).
61. Copelovici, Y., Strulovici, D., Cristea, A. L., Tudor, V. & Armasu, V. Data on the efficiency of specific antimumps immunoglobulins in the prevention of mumps and of its complications. *Virologie* **30**, 171–177 (1979).
62. Martin du Pan, R., Koechli, B. & Douath, A. Protection of nonimmune volunteers against rubella by intravenous administration of normal human γ-globulin. *J. Infect. Dis.* **126**, 341–344 (1972).
63. Balfour, H. H. Jr *et al.* Prevention or modification of varicella using zoster-immune plasma. *Am. J. Dis. Child.* **131**, 693–696 (1977).
64. Kreil, T. R., Maier, E., Fraiss, S. & Eibl, M. M. Neutralizing antibodies protect against lethal flavivirus challenge but allow for the development of active humoral immunity to a nonstructural virus protein. *J. Virol.* **72**, 3076–3081 (1998).
65. Good, R. A. & Zak, S. Z. Disturbance in γ-globulin synthesis as 'experiments of nature'. *Pediatrics* **18**, 109–149 (1956).
66. Sanna, P. P. & Burton, D. R. Role of antibodies in controlling viral disease: lessons from experiments of nature and gene knockouts. *J. Virol.* **74**, 9813–9817 (2000).
67. Klavinskis, L. S., Whitton, J. L. & Oldstone, M. B. A. in *Vaccines 89: Modern Approaches to New Vaccines Including Prevention of AIDS* (eds Brown, F., Chanock, R., Ginsberg, H. & Lerner, R.) 485–489 (Cold Spring Harbor Laboratory Press, 1989).
68. Ulmer, J. B. *et al.* Heterologous protection against influenza by injection of DNA encoding a viral protein. *Science* **259**, 1745–1749 (1993).
69. Kulkarni, A. B. *et al.* Cytotoxic T cells specific for a single peptide on the M2 protein of respiratory syncytial virus are the sole mediators of resistance induced by immunization with M2 encoded by a recombinant vaccinia virus. *J. Virol.* **69**, 1261–1264 (1995).
70. Hislop, A. D. *et al.* Vaccine-induced cytotoxic T lymphocytes protect against retroviral challenge. *Nature Med.* **4**, 1193–1196 (1998).
71. Mateo, L., Gardner, J. & Suhrbier, A. Delayed emergence of bovine leukemia virus after vaccination with a protective cytotoxic T-cell-based vaccine. *AIDS Res. Hum. Retroviruses* **17**, 1447–1453 (2001).
72. Shiver, J. W. *et al.* Replication-incompetent adenoviral vaccine vector elicits effective anti-immunodeficiency-virus immunity. *Nature* **415**, 331–335 (2002).
73. Allen, T. M. *et al.* Tat-vaccinated macaques do not control simian immunodeficiency virus SIVmac239 replication. *J. Virol.* **76**, 4108–4112 (2002).
74. Bachmann, M. F. & Zinkernagel, R. M. The influence of virus structure on antibody responses and virus serotype formation. *Immunol. Today* **17**, 553–558 (1996).
75. Bachmann, M. F. & Zinkernagel, R. M. Neutralizing antiviral B-cell responses. *Annu. Rev. Immunol.* **15**, 235–270 (1997).
76. Roben, P. *et al.* Recognition properties of a panel of human recombinant Fab fragments to the CD4 binding site of gp120 that show differing abilities to neutralize human immunodeficiency virus type 1. *J. Virol.* **68**, 4821–4828 (1994).

© 2002 Nature Publishing Group



PERSPECTIVES

77. Sattentau, Q. J. & Moore, J. P. Human immunodeficiency virus type 1 neutralization is determined by epitope exposure on the gp120 oligomer. *J. Exp. Med.* **182**, 185–196 (1995).

78. Sakurai, H. *et al.* Human antibody responses to mature and immature forms of viral envelope in respiratory syncytial virus infection: significance for subunit vaccines. *J. Virol.* **73**, 2956–2962 (1999).

79. Moore, J. P. & Ho, D. D. HIV-1 neutralization: the consequences of viral adaptation to growth on transformed T cells. *AIDS* **9**, S117–S136 (1995).

80. Parren, P. W. H. I., Sattentau, Q. J. & Burton, D. R. HIV-1 antibody — debris or virion? *Nature Med.* **3**, 366–367 (1997).

81. Burton, D. R. & Parren, P. W. H. I. Vaccines and the induction of functional antibodies: time to look beyond the molecules of natural infection? *Nature Med.* **6**, 123–125 (2000).

82. Francis, T. Jr. Influenza: the newe acquayantance. *Ann. Int. Med.* **39**, 203–221 (1953).

83. Davenport, F. M. & Hennessy, A. V. Predetermination by infection and by vaccination of antibody response to influenza virus vaccines. *J. Exp. Med.* **106**, 835–850 (1957).

84. Fazekas de St. Groth, S. & Webster, R. G. Disquisitions on original antigenic sin. I. Evidence in man. *J. Exp. Med.* **124**, 331–345 (1966).

85. East, I. J., Todd, P. E. & Leach, S. J. Original antigenic sin: experiments with a defined antigen. *Mol. Immunol.* **17**, 1539–1544 (1980).

Acknowledgements

I would like to thank K. Hasenkrug, P. Parren, P. Poignard, D. Watkins, L. Whitton, R. Zinkernagel and M. Zwick for critical reading of the manuscript, and many colleagues at the Scripps Research Institute for enlightening discussions. I thank the National Institutes of Health and the International AIDS Vaccine Initiative for financial support.

## Online links

**DATABASES**
**The following terms in this article are linked online to:**
Entrez: http://www.ncbi.nlm.nih.gov/Entrez/
BLV | Dengue virus | Ebola virus | EBV | FMDV | FMLV | hepatitis A | hepatitis B | HIV-1 | measles | mumps | polio | rabies virus | RSV | rubella | SHIV | SIV | TBEV | varicella zoster | vesicular stomatitis virus | yellow fever virus
LocusLink: http://www.ncbi.nlm.nih.gov/LocusLink/
CD46 | PIGR
**Access to this interactive links box is free online.**

© 2002 Nature Publishing Group

View publication stats

Joint Claim Construction Brief

# EXHIBIT 32

Section 1: General aspects of vaccination

# 2

# Vaccine immunology

Claire-Anne Siegrist

## Introduction

To generate vaccine-mediated protection is a complex challenge. Currently available vaccines have largely been developed empirically, with little or no understanding on how they activate the immune system. Their early protective efficacy is primarily conferred by the induction of antigen-specific antibodies (Box 2–1). However, there is more to antibody-mediated pro-tection than the peak of vaccine-induced antibody titers. The quality of such antibody responses, e.g., their avidity, has been identified as a determining factor of efficacy. In addition, long-term protection requires the persistence of vaccine antibodies and/or the generation of immune memory cells capable of rapid and effective reactivation upon subsequent microbial exposure. The determinants of immune memory induction, as well as the relative contribution of persisting antibodies and of immune memory to protection against specific diseases, are thus essential parameters of long-term vaccine efficacy. The predominant role of B cells in the efficacy of current vaccines should not shadow the importance of T cell responses: T cells are essential to the induction of high-affinity antibodies and immune memory, and novel vaccine targets have been identified against which T cells are likely to be the prime effectors.

New methods have emerged allowing us to assess a growing number of vaccine-associated immune parameters, including in humans. This development raises new questions relative to the optimal markers to assess and their correlation with vaccine-induced protection. The identification of immune correlates—or at least surrogates—of vaccine efficacy is a major asset for the development of new vaccines or the optimization of immunization strategies using available vaccines. Thus, their determination generates a considerable amount of interest at all levels, from the immunologist working at the bench to the physician wishing to optimize a vaccine schedule for a specific patient. The tailoring of vaccine strategies for specific vulnerable populations, being the very young, the elderly or the immunosuppressed, is also largely relying on a better understanding of what supports or limits vaccine efficacy under special circumstances.

Last, the exponential development of new vaccines raises many questions that are not limited to the targeted diseases and the potential impacts of their prevention, but address the specific and non-specific impacts of such vaccines on the immune system, and thus on health in general. These immune-related concerns have largely spread into the population and questions related to the immunological safety of vaccines, i.e., to their capacity of triggering non-antigen specific responses possibly leading to conditions such as allergy, autoimmunity or even premature death are being raised. The objective of this chapter is to extract from the complex and rapidly evolving field of immunology the main concepts that are useful to better address these important questions.

## How do vaccines mediate protection?

Disease control or elimination requires the induction of protective immunity in a sufficient proportion of the population. This is best achieved by immunization programs capable of inducing long-term protection, a hallmark of adaptative immunity that contrasts to the brisk but short-lasting innate immune responses. Long-term immunity is conferred by the maintenance of antigen-specific immune effectors and/or by the induction of immune memory cells that may be sufficiently efficient and rapidly reactivated into immune effectors in case of pathogen exposure.

Vaccine-induced immune effectors (Table 2–1) are essentially antibodies—produced by B lymphocytes—and capable of binding specifically to a toxin or a pathogen.[1] Other potential effectors are cytotoxic CD8[+] T lymphocytes* (CTL) that may limit the spread of infectious agents by recognizing and killing infected cells or secreting specific antiviral cytokines. The generation and maintenance of both B and CD8[+] T cell responses is supported by growth factors and signals provided by CD4[+] T helper (Th) lymphocytes, which are commonly subdivided into T helper 1 (Th1) and T helper 2 (Th2) subtypes* (Table 2–1). These effectors are controlled by regulatory T cells (Treg) that are involved in maintaining immune tolerance.[2] Most antigens and vaccines trigger both B and T cell responses, such that there is no rationale in opposing antibody production ('humoral immunity') and T cell responses ('cellular immunity'). In addition, CD4[+] T cells are required for most antibody responses, while antibodies exert significant influences on T cell responses to intracellular pathogens.[3]

## Which are the main effectors of vaccine responses?

The nature of the vaccine exerts a direct influence on the type of immune effectors that are predominantly elicited and mediate protective efficacy (Table 2–2).

Capsular polysaccharides (PS) elicit B cell responses in what is classically reported as a T-independent manner*,[4,5] although increasing evidence supports a role for CD4[+] T cells in such

**Box 2–1** Main Immunological Definitions

**Adjuvant:**
Agents which increase the stimulation of the immune system by enhancing antigen presentation (depot formulation, delivery systems) and/or by providing co-stimulation signals (immunomodulators). Aluminium salts are most often used in today's vaccines.

**Affinity, avidity:**
The antibody affinity refers to the tendency of an antibody to bind to a specific epitope at the surface of an antigen, i.e., to the strength of the interaction. The avidity is the sum of the epitope-specific affinities for a given antigen. It directly relates to its function.

**Affinity maturation:**
Processes through which antigen-specific B cells undergo somatic hypermutation and affinity-based selection, resulting into B cells that produce antibodies with increased affinity over germ-line antibodies.

**Antibodies:**
Proteins of the immunoglobulin family, present on the surface of B lymphocytes, secreted in response to stimulation, that neutralize antigens by binding specifically to their surface.

**Antigen presenting cells:**
Cells that capture antigens by endo- or phagocytosis, process them into small peptides, display them at their surface through MHC molecules and provide co-stimulation signals that act synergistically to activate antigen-specific T cells. Antigen presenting cells include B cells, macrophages and dendritic cells, although only dendritic cells are capable of activating naïve T cells.

**B lymphocytes:**
Cells that originate in the bone marrow, mature in secondary lymphoid tissues, become activated in the spleen/nodes when their surface immunoglobulins bind to an antigen and differentiate either in antibody secreting cells (plasma cells) or in memory B cells.

**Carrier protein:**
A protein that is used as a template to which polysaccharide moieties are chemically conjugated to generate glycoconjugate vaccines. It is currently considered that carrier proteins provide antigenic epitopes for recognition by $CD4^+$ helper T cells, in particular follicular helper T cells.

**$CD4^+$ T helper 1 lymphocytes:**
$CD4^+$ T cells that upon activation differentiate into cells that mainly secrete IL-2, IFN-$\gamma$ and TNF-$\beta$, exerting direct antimicrobial functions (viruses) and essentially providing support to cytotoxic T cells and macrophages.

**$CD4^+$ T helper 2 lymphocytes:**
$CD4^+$ T cells that upon activation differentiate into cells that mainly secrete IL-4, IL-6, IL-6, IL-10, IL-13, exerting direct antimicrobial functions (parasites) and essentially providing support to B lymphocytes.

**Central memory T cells:**
Memory T cells trafficking through the lymph nodes, ready to proliferate and generate a high number of effector cells in response to specific microbial peptides.

**Chemokines:**
Small secreted proteins that function as chemoattractants, recruiting cells that express the corresponding chemokine receptors at their surface and thus migrate towards higher concentrations of chemokines.

**Costimulatory molecules:**
Molecules that become expressed at the surface of antigen presenting cells upon activation and deliver stimulatory signals to other cells, namely T and B cells.

**Dendritic cells:**
Cells that constantly sample the surroundings for pathogens such as viruses and bacteria, detect dangers and initiate immune responses. Immature patrolling DCs have a high endocytic activity and low T cell activation potential. Contact with a pathogen induces maturation and the expression of certain cell-surface molecules, greatly enhancing their ability to activate T cells.

**Effector memory T cells:**
Memory T cells patrolling through the body to detect specific microbial peptides and capable of an immediate cytotoxic function in case of recognition.

**Extrafollicular reaction:**
B cell differentiation pathways that occur outside of germinal centers, in response to protein or polysaccharide antigens. Rapid, it generates B cells that are short-lived (days) and produce low-affinity antibodies, without inducing immune memory.

**Follicular dendritic cells:**
Stromal cells in spleen and nodes that upon activation express chemokines (notably CXCL13) attracting activated antigen-specific B and T cells, and thus nucleate the germinal center reaction. FDCs provide anti-apoptotic signals to GC B cells and support their differentiation into plasma cells or memory B cells.

**Follicular helper T lymphocytes:**
$CD4^+$ T cells that upon activation migrate towards follicular dendritic cells and provide a most critical help to germinal center B cells, influencing isotype switching, affinity maturation and differentiation.

**Germinal centers:**
Dynamic structure that develop in spleen/nodes in response to an antigenic stimulation and dissolves after a few weeks. GCs contain a monoclonal population of antigen-specific B cells that proliferate and differentiate through the support provided by follicular dendritic cells and helper T cells. Immunoglobulin class switch recombination, affinity maturation, B cell selection and differentiation into plasma cells or memory B cells essentially occur in GCs.

**Isotype switching:**
Switch of immunoglobulin expression and production from IgM to IgG, IgA or IgE, occurring during B cell differentiation through DNA recombination.

**Marginal zone:**
The marginal zone is the area between the red pulp and the white pulp of the spleen. Its major role is to trap particulate antigens from the circulation and present it to lymphocytes.

**Regulatory T cells:**
T cells that upon activation differentiate into cells that express specific cytokines (IL-10, TGF-$\beta$/surface markers) and act to suppress the activation of the immune system through various mechanisms, maintaining immune homeostasis and tolerance to self antigens.

**Somatic hypermutation:**
Process that introduces random mutation in the variable region of the B cell receptor (i.e., immunoglobulin) locus at an extremely high rate, during B cell proliferation. This mechanism occurs through the influence of the activation-induced cytidine deaminase (AID) enzyme and generates antibody diversification.

**T lymphocytes:**
Cells that originate in the thymus, mature in the periphery, become activated in the spleen/nodes if 1) their T cell receptor bind to an antigen presented by an MHC molecule and 2) they receive additional costimulation signals driving them to acquire killing (mainly $CD8^+$ T cells) or supporting (mainly $CD4^+$ T cells) functions.

**T-independent B cell responses:**
Differentiation pathway of B cells, mainly elicited by polysaccharides, that takes place in the marginal zone and extrafollicular areas of spleen/nodes. Its hallmarks are to be rapid (days) but to elicit the transient (months) production of antibodies of low affinity, without inducing immune memory.

**T-dependent B cell responses:**
Differentiation pathway of B cells elicited by protein antigens that recruits T and B cells into germinal centers of spleen/nodes. Its hallmarks are to be slow (weeks) but to elicit long-lasting (years) production of antibodies of high affinity, and immune memory.

**Toll-like receptors:**
Family of 10 receptors (TLR1 to TLR10) present at the surface of many immune cells, which recognize pathogens through conserved microbial patterns and activate innate immunity when detecting danger.

**Table 2–1** Effector Mechanisms Triggered by Vaccines

- Antibodies prevent or reduce infections by extra- and intracellular agents and clear extracellular pathogens through :
  ○ binding to the enzymatic active sites of toxins or preventing their diffusion
  ○ neutralizing viral replication, e.g. preventing viral binding and entry into cells
  ○ promoting opsonophagocytosis of extracellular bacteria, i.e. enhancing clearance by macrophages and neutrophils
  ○ activating the complement cascade

- $CD8^+$ T cells do not prevent but reduce, control and clear intracellular pathogens by:
  ○ directly killing infected cells (release of perforin, granzyme, etc.)
  ○ indirectly killing infected cells through antimicrobial cytokine release

- $CD4^+$ T cells do not prevent but participate to the reduction, control and clearance of extra- and intracellular pathogens by :
  ○ producing IFN-γ, TNF-α/-β, IL-2 and IL-3 and supporting activation and differentiation of B cells, $CD8^+$T cells and macrophages (Th1 cells)
  ○ producing IL-4, IL-5, IL-13, IL-6 and IL-10 and supporting B cell activation and differentiatio n (Th2 cells)

**Table 2–2** Correlates of Vaccine-Induced Immunity

| Vaccines | Vaccine type | Serum IgG | Mucosal IgG | Mucosal IgA | T cells |
|---|---|---|---|---|---|
| Diphtheria toxoid | toxoid | ++ | (+) | | |
| Hepatitis A | killed | ++ | | | |
| Hepatitis B (HbsAg) | protein | ++ | | | |
| Hib PS | PS | ++ | (+) | | |
| Hib glycoconjugates | PS-protein | ++ | ++ | | |
| Influenza | killed, subunit | ++ | (+) | | |
| Influenza intranasal | live attenuated | ++ | + | + | + ($CD8^+$) |
| Measles | live attenuated | ++ | | | + ($CD8^+$) |
| Meningococcal PS | PS | ++ | (+) | | |
| Meningococcal conjugates | PS-protein | ++ | ++ | | |
| Mumps | live attenuated | ++ | | | |
| Papillomavirus | VLPs | ++ | ++ | | |
| Pertussis, whole cell | killed | ++ | | | |
| Pertussis, acellular | protein | ++ | | | +?($CD4^+$) |
| Pneumococcal PS | PS | ++ | (+) | | |
| Pneumococcal conjugates | PS-protein | ++ | ++ | | |
| Polio Sabin | live attenuated | ++ | ++ | ++ | |
| Polio Salk | killed | ++ | + | | |
| Rabies | killed | ++ | | | |
| Rotavirus | live attenuated | | | ++ | |
| Rubella | live attenuated | ++ | | | |
| Tetanus toxoid | toxoid | ++ | | | |
| Tuberculosis (BCG) | live mycob | | | | ++($CD4^+$) |
| Typhoid PS | PS | + | (+) | | |
| Varicella | live attenuated | ++ | | | +?($CD4^+$) |
| Yellow Fever | live attenuated | ++ | | | |

PS : polysaccharide
VLP : virus-like-particle
Note : this table may not be exhaustive and only includes currently licensed vaccines.

responses.[6–8] The conjugation of bacterial PS to a protein carrier (e.g., glycoconjugate vaccines) provides foreign peptide antigens that are presented to the immune system and thus recruits antigen-specific $CD4^+$ Th cells in what is referred to as T-dependent antibody responses*.[9,10] A hallmark of T-dependent responses, which are also elicited by toxoid, protein, inactivated

or live attenuated viral vaccines (Table 2–2), is to induce both higher-affinity antibodies and immune memory. In addition, live attenuated vaccines usually generate $CD8^+$ cytotoxic T cells. The use of live vaccines/vectors or of specific novel delivery systems (e.g. DNA vaccines) appears necessary for the induction of strong $CD8^+$ T cell responses. Most current vaccines mediate

their protective efficacy through the induction of vaccine-specific antibodies, whereas BCG-induced T cells produce cytokines that contribute to macrophage activation and control of *M. tuberculosis*.[11]

The induction of antigen-specific immune effectors (and/or of immune memory cells) by an immunization process does not imply that these antibodies, cells or cytokines represent surrogates—or even correlates—of vaccine efficacy. This requires the formal demonstration that vaccine-mediated protection is dependent—in a vaccinated individual—upon the presence of a given marker such as an antibody titer or a number of antigen-specific cells above a given threshold. Antigen-specific antibodies have been formally demonstrated as conferring vaccine-induced protection against many diseases[12] (Table 2–2). Passive protection may result from the physiological transfer of maternal antibodies (e.g., tetanus) or the passive administration of immunoglobulins or vaccine-induced hyperimmune serum (e.g., measles, hepatitis, varicella, etc.). Such antibodies may neutralize toxins in the periphery, at their site of production in an infected wound (tetanus) or throat (diphtheria). They may reduce binding or adhesion to susceptible cells/receptors and thus prevent viral replication (e.g., polio) or bacterial colonization (glycoconjugate vaccines against encapsulated bacteria) if present at sufficiently high titers on mucosal surfaces.[13] The neutralization of pathogens at mucosal surfaces is mainly achieved by the transudation of vaccine-induced serum IgG antibodies. It requires serum IgG antibody concentrations to be of sufficient affinity and abundance to result in 'protective' antibody titers in saliva or mucosal secretions. As a rule, such responses are not elicited by PS bacterial vaccines but achieved by glycoconjugate vaccines, which therefore prevent nasopharyngeal colonization in addition to invasive diseases.

Under most circumstances, immunization does not elicit sufficiently high and sustained antibody titers on mucosal surfaces to prevent local infection. It is only after having infected mucosal surfaces that pathogens encounter vaccine-induced IgG serum antibodies that neutralize viruses, opsonize bacteria, activate the complement cascade (Table 2–1) and limit their multiplication and spread, preventing tissue damage and thus clinical disease. That vaccines fail to induce sterilizing immunity is thus not an obstacle to successful disease control, although it represents a significant challenge for the development of specific vaccines such as against HIV-1.[14]

Current vaccines mostly mediate protection through the induction of highly specific IgG serum antibodies (Table 2–2). Under certain circumstances, however, passive antibody-mediated immunity is inefficient (tuberculosis). BCG is the only currently used human vaccine for which there is conclusive evidence that T cells are the main effectors.[11] However, there is indirect evidence that vaccine-induced T cells contribute to the protection conferred by other vaccines. CD4+ T cells seem to support the persistence of protection against clinical pertussis in children primed in infancy, after vaccine-induced antibodies have waned.[15–18] Another example is that of measles immunization in 6-month-old infants. These infants fail to raise antibody responses because of immune immaturity and/or the residual presence of inhibitory maternal antibodies, but generate significant IFN-γ producing CD4+ T cells.[19–21] These children remain susceptible to measles infection, but are protected against severe disease and death, presumably because of the viral clearance capacity of their vaccine-induced T cell effectors. Thus, prevention of infection may only be achieved by vaccine-induced antibodies, whereas disease attenuation and protection against complications may be supported by T cells even in the absence of specific antibodies. The understanding of vaccine immunology thus requires appraising how B and T cell responses are elicited, supported, maintained and/or reactivated by vaccine antigens.

# From innate to adaptative immunity activation: the first steps after immunization

The induction of antigen-specific B and T cell responses requires their activation by specific antigen presenting cells (APC), essentially dendritic cells (DC) that must be recruited into the reaction. Immature DCs patrol throughout the body. When exposed to pathogens, they undergo a brisk maturation, modulate specific surface receptors and migrate towards secondary lymph nodes, where the induction of T and B cell responses occurs. The central role for mature DCs in the induction of vaccine responses reflects their unique capacity to provide both antigen-specific and costimulation signals to T cells, these 'danger signals' being required to activate naïve T cells.[22] The very first requirement to elicit vaccine responses is thus to provide sufficient danger signals through vaccine antigens and/or adjuvants* (Fig. 2–1), to trigger an inflammatory reaction that is mediated by cells of the innate immune system.[23]

DCs, monocytes and neutrophils express a set of receptors directed against evolutionarily conserved pathogen patterns that are not contained in self-antigens and thus readily identified as 'danger.' Through these receptors, among which Toll-like receptors* play an essential role (Table 2–3),[24] these host cells sense the potential danger when they encounter a pathogen and become activated (Fig. 2–2). They modulate the expression of their surface molecules and produce proinflammatory cytokines and chemokines.[25] This results into the extravasation and attraction of monocytes, granulocytes and natural killer cells, and generates an inflammatory microenvironment (Fig. 2–1) in which monocytes differentiate into macrophages and immature dendritic cells become activated.[26] This activation modifies the expression of homing receptors at their surface and triggers DC migration towards the draining lymph nodes (Fig. 2–2). In the absence of danger signals, DCs remain immature : upon contact with naïve T cells, T cells do not differentiate into immune effectors but into regulatory CD4+ T cells which maintain immune tolerance.[2]

Live viral vaccines efficiently trigger the activation of the innate immune system, presumably through pathogen-associated signals (such as viral RNA) allowing their recognition by pattern recognition receptors (Table 2–3). Following injection, viral particles rapidly disseminate throughout the vascular network and reach their target tissues. This pattern is very similar to that occurring after a natural infection, including the initial mucosal replication stage for vaccines administered through the nasal/oral routes. Following the administration of a live viral vaccine and its dissemination, dendritic cells are thus activated at multiple sites, migrate towards the corresponding draining lymph nodes and launch multiple foci of T and B cell activation. This provides a first explanation to the generally higher immunogenicity of live versus non-live vaccines (Table 2–4). Another consequence of this early diffusion pattern is that the site and route of injection of live viral vaccines are of minor importance: for example, the immunogenicity and reactogenicity of measles vaccine is similar following intramuscular or subcutaneous injection.[27] Live bacterial vaccines, such as BCG, multiply both at the site of injection, where they generate the induction of a prolonged inflammatory reaction, and at distance—with preponderance for local draining lymph nodes.

Non-live vaccines, whether containing proteins, polysaccharides, glycoconjugates or inactivated microorganisms (Table 2–2), may still contain pathogen recognition patterns capable of initiating innate responses.[28] In the absence of microbial replication, however, vaccine-induced activation remains more limited, both in time and space. Non-live vaccines essentially activate innate responses at their site of injection



**Figure 2–1  Initiation of a vaccine response.**

Following injection (1), the pathogen-associated patterns contained in vaccine antigens attract dendritic cells, monocytes and neutrophils that patrol throughout the body (2). If vaccine antigens/adjuvants elicit sufficient 'danger signals,' this activates monocytes and dendritic cells (3) which changes their surface receptors and induces their migration along lymphatic vessels (4), to the draining lymph nodes (5) where the activation of T and B lymphocytes will take place.

**Table 2–3** Recognition of Vaccine Determinants by Pattern Recognition Receptors

| Receptors | Ligands | Demonstrated ligands in vaccine antigens |
|---|---|---|
| TLR1 | Certain bacterial lipoproteins | |
| TLR2 | Peptidoglycan, lipoproteins, glycolipids, lipopolysaccharide | BCG, Hib-OMP, pneumococcal PS |
| TLR3 | Viral double-stranded RNA | BCG, pneumococcal PS, HPV-VLPs |
| TLR4 | Bacterial lipopolysaccharides | |
| TLR5 | | |
| TLR6 | Bacterial flagellins | |
| TLR7 | Lipotechoic acid, lipopeptides | Yellow-fever, live attenuated influenza, whole cell influenza |
| TLR8 | Single-stranded RNA | |
| TLR9 | | Yellow-fever |
| TLR10 | Single-stranded RNA | Yellow-fever |
| NOD1, NOD2 | CpG olignucleotides Unknown Peptidoglycans | Pneumococcal PS |

(Fig. 2–1). Their site and route of administration are thus more important. The high number of DCs in the derma allows a marked reduction (e.g., 10-fold) of the antigen dose in intradermal immunization, an advantage that is applied to the prevention of rabies in many countries. It however generally results in lower vaccine antibody responses[29], which might be associated to the preferential induction of Th1 responses by skin DCs. Patrolling DCs are also numerous in the well-vascularized muscles, which is the preferred route of injection for most vaccines. They are fewer in adipose tissues, such that subcutaneous injections may be less effective than intramuscular injections under conditions of limited immunogenicity, such as for adult immunization against hepatitis B.[30]

Despite many efforts, immunization through the mucosal route is currently limited to a few live vaccines. The extreme difficulty in producing non-live mucosal vaccines reflects the need to overcome a large number of physical, immunological and chemical barriers, which requires the use of strong adjuvants.[31] This is not trivial, as unfortunately illustrated by the association of a novel adjuvanted inactivated intranasal influenza vaccine with Bell's palsy.[32]

Following their activation, DCs migrate towards the local draining lymph nodes, e.g., towards the axillary and the inguinal area following deltoid and quadriceps injection, respectively. That primary immune responses to non-live vaccines are essentially focal and unilateral is likely to contribute to the fact that the simultaneous administration of several distinct vaccines may take place without immune interference if vaccines are administered at sites draining into distinct lymph node areas. Most non-live vaccines require their formulation with specific



**Figure 2–2 Extrafollicular and germinal center responses to protein antigens.** In response to a protein antigen reaching lymph nodes or spleen, B cells capable of binding to this antigen with their surface immunoglobulins (1) undergo a brisk activation. In an extrafollicular reaction (2), B cells rapidly differentiate in plasma cells (3) that produce low-affinity antibodies (of the IgM +/− IgG/IgA isotypes) that appear at low levels in the serum within a few days after immunization (4). Antigen-specific helper T cells (5) that have been activated by antigen-bearing dendritic cells trigger some antigen-specific B cells to migrate towards follicular dendritic cells (FDCs) (6), initiating the germinal center (GC) reaction. In GCs, B cells receive additional signals from follicular T cells (Tfh) and undergo massive clonal proliferation, switch from IgM towards IgG, IgA or IgE, undergo affinity maturation (7) and differentiate into plasma cells secreting large amounts of antigen-specific antibodies (8). At the end of the GC reaction, a few plasma cells exit nodes/spleen and migrate to survival niches mostly located in the bone marrow, where they survive through signals provided by supporting stromal cells (9).

**Table 2–4** Determinants of Primary Vaccine Antibody Responses in Healthy Individuals

| Determinants | Mechanisms (presumed) |
|---|---|
| **Vaccine type** | |
| Live vs inactivated | Higher intensity of innate responses, higher antigen content following replication and more prolonged antigen persistence generally result into higher Ab responses to live than inactivated vaccines. |
| Protein vs polysaccharide | Recruitment of T cell help and induction of GCs results into higher Ab responses to protein or glycoconjugate than to PS vaccines. |
| Adjuvants | Modulation of antigen delivery and persistence (depot or slow-release formulations) or enhancement of Th responses (immunomodulator) may support or limit Ab responses. |
| **Antigen nature** | |
| Polysaccharide antigens | Failure to induce GCs limit immunogenicity. |
| Protein antigens | Inclusion of epitopes readily recognized by B cells (B cell repertoire), inclusion of epitopes readily recognized by follicular helper T cells, elicitation of efficient follicular T cell help and the capacity of antigen to associate/persist in association to FDCs result into higher Ab responses. |
| Antigen dose | As a rule, higher Ag doses increase the availability of Ag for B / T cell binding and activation, as well as for association with FDCs. |
| **Vaccine schedule** | |
| Interval between doses | A 3 week minimal interval between primary doses avoids competition between successive waves of primary responses. |
| Genetic determinants | The capacity of Ag epitopes to associate to a large panel of MHC molecules increases the likelihood of responses in the population. MHC restriction may limit T cell responses. Gene polymorphisms in molecules critical for B and T cell activation/differentiation are likely to affect Ab responses. |
| Environmental factors | Mostly yet identified. |
| Age at immunization | Early life immune immaturity or age-associated immune senescence. |

adjuvants to include danger signals and trigger a sufficient activation of the innate system. These adjuvants may be divided into two categories: delivery systems that prolong the antigen deposit at site of injection, recruiting more DCs into the reaction, and immune modulators that provide additional differentiation and activation signals to monocytes and DCs.[26] Although progress is being made, none of the adjuvants currently in use trigger the degree of innate immune activation that is elicited by live vaccines, whose immune potency far exceed that of non-live vaccines.

# Vaccine antibody responses

## How are primary antibody responses elicited?

B cells are activated in the lymph nodes that have been reached by vaccine antigens, upon diffusion and/or in association to migrating DCs. Protein antigens activate both B and T cells, which results in the induction a highly efficient B cell differentiation pathway through specific structures (germinal centers, GCs) in which antigen-specific B cells proliferate and differentiate into antibody-secreting plasma cells or memory B cells. Polysaccharide antigens that fail to activate T cells into the response do not trigger GCs, such that they elicit weaker and shorter antibody responses, and no immune memory.

### T-dependent responses to protein antigens

#### The extrafollicular reaction

Naïve B cells generated in the bone marrow circulate until they encounter a protein antigen to which their specific surface IgM receptor may bind. Antigen binding initiates B cell activation and triggers the upregulation of CCR7, a chemokine receptor that drives antigen-specific B cells towards the outer T cell zone of secondary lymphoid tissues.[33] At this location, vaccine antigen-specific B cells are exposed to recently (<24 h) activated DCs and T cells that have up-regulated specific surface molecules and thus provide B cell activating signals. This T cell help rapidly drives B cell differentiation into Ig secreting plasma cells that produce low-affinity germline antibodies, in what is called the extrafollicular reaction (Figs 2–2 and 2–3).[34]

Immunoglobulin class-switch recombination from IgM towards IgG, IgA or IgE occurs during this differentiation of B cells, through the upregulation of the activation-induced deaminase (AID) enzyme. Both CD4[+] Th1 and Th2 cells exert essential helper functions during the extrafollicular differentiation pathway, and the engagement of their CD40L molecules with CD40 on B cells may skew class-switch recombination into particular Ig classes and subclasses. In rodents, IFN-γ producing Th1 T cells promote a switch towards IgG2a, whereas Th2 cells essentially support the generation of IgG1 and IgE (via IL-4) and IgG2b and IgG3 (via TGF-β).[35] The situation is less clear-cut in humans, where IgG1 antibodies frequently predominate regardless of the polarization of T cell help. The extrafollicular reaction is rapid, and IgM and low-level IgG antibodies appear in the blood a few days after primary immunization (Figs 2–2 and 2–3). These antibodies are of germline affinity, as there is no hypermutation/selection process during the extrafollicular reaction. This extrafollicular reaction is short-lived, as most cells die from apoptosis within a few days. Consequently, it probably plays a minor role in vaccine efficacy.

#### The germinal center reaction

Antigen-specific B cells that receive sufficient help from antigen-specific T cells proliferate in specialized structures called germinal centers (GCs) in which they differentiate into plasma cells. The induction of GCs is initiated as a few antigen-specific activated B cells up-regulate their expression of CXCR5 and migrate towards B cell follicles, being attracted there by CXCL13-expressing follicular dendritic cells (FDCs). FDCs play an essential role in B cell responses: they attract antigen-specific B and T cells and capture/retain antigen for extended periods. B cells that are attracted by Ag-bearing FDCs become the founders of GCs (Fig. 2–2). Receiving additional activation and survivals signals from both FDCs and follicular T cells, they undergo massive clonal proliferation—such that each GC is constituted by the progeny of a single antigen-specific B cell. This intense proliferation is associated to two major events: Ig class-switch recombination from IgM towards IgG, IgA or IgE, and maturation of the affinity of B cells for their specific antigen.



**Figure 2–3** **Correlation of antibody titers to the various phases of the vaccine response.** The initial antigen exposure elicits an extrafollicular response (1) that results in the rapid appearance of low IgG antibody titers. As B cells proliferate in germinal centers and differentiate into plasma cells, IgG antibody titers increase up to a peak value (2) usually reached 4 weeks after immunization. The short life span of these plasma cells results in a rapid decline of antibody titers (3), which eventually return to baseline levels (4). In secondary immune responses, booster exposure to antigen reactivates immune memory and results in a rapid (<7 days) increase (5) of IgG antibody titer. Short-lived plasma cells maintain peak Ab levels (6) during a few weeks—after which serum antibody titers decline initially with the same rapid kinetics as following primary immunization. Long-lived plasma cells that have reached survival niches in the bone marrow continue to produce antigen-specific antibodies, which then decline with slower kinetics. Note: this generic pattern may not apply to live vaccines triggering long-term IgG antibodies for extended periods of time.

This results into the higher production of antibodies of a higher antigen binding capacity (Fig. 2–3).

The maturation of B cell affinity results from an extensive somatic hypermutation process within the variable-region segments of immunoglobulin genes. In most B cells, this stochastic process results inadvertently into a decline of the affinity of B cell Ig for antigen. In a small minority of B cells, however, the introduction of mutations in their Ig genes increases the affinity of their surface IgG for antigen. This enables these B cells to efficiently compete for binding to the small amounts of vaccine antigens that are associated to the surface of FDCs (Fig. 2–2). B cells process these vaccine antigens into small peptides that they display at their surface through MHC class II molecules. MHC-peptides complexes thus become available for binding by a specific subset of CD4⁺ T cells, follicular helper T cells (Tfh).[36] These Tfh, which express CXCR5, have migrated towards CXCL13-expressing FDCs. Differing from Th1 and Th2 cells by their chemokine receptors, transcription factors, surface markers and interleukins,[36] they are uniquely equipped to provide a most efficient B cell help through a series of costimulation molecules, including CD40L, ICOS, the IL-10 B cell growth factor and IL-21.[36] The cellular interactions between antigen-specific GC B cells, antigen-bearing FDCs and antigen-specific Tfh cells (Fig. 2–2) result in the proliferation, survival and selection of B cells that have the highest possible antigen-specific affinity. They also provide the signals required for the subsequent differentiation of GC B cells either towards plasma cells secreting large amounts of specific antibodies or towards memory B cells.

The development of this GC reaction requires a couple of weeks, such that hypermutated IgG antibodies to protein vaccine antigens first appear in the blood 10–14 days after priming (Fig. 2–3).[37] Feedback mechanisms terminate GC reactions within 3–6 weeks, a period during which a large number of antigen-specific plasma cells will have been generated. It is the magnitude of GC responses, i.e., the quality of DC, B cell, Tfh cell and FDC interactions, which controls the intensity of B cell differentiation into plasma cells, and thus the peak of IgG vaccine antibodies reached within 4–6 weeks after primary immunization (Fig. 2–3).

### T-independent responses to polysaccharide antigens

Bacterial (*S. pneumoniae, N. meningitidis, H. influenzae, S. typhi*) polysaccharide antigens released from the injection site essentially reach the marginal zone of the spleen/nodes through the blood, an area that is equipped by macrophages exhibiting a unique set of scavenger receptors. There, PS bind to marginal zone B cells and their repetitive structure cross-links the Ig receptors at the B cell surface.[34] This activates marginal zone B cells in extrafollicular foci (Fig. 2–4).[34] During the week following immunization, B cells differentiate into plasma cells, undergo some degree of isotype switching from IgM to IgG/IgA and—in rodents—rapidly produce essentially non-mutated, low-affinity, germline antibodies. Thus, PS vaccines are generally known as triggering T-independent responses characterized by the induction of moderate titers of low-affinity antibodies, and the absence of immune memory.

In humans, PS immunization does generate the production of intermediate-affinity IgG antibodies bearing some somatic mutations in their variable regions.[38,39] The production of mutated antibodies is not expected during a T-independent immune response, as somatic mutations essentially take place in germinal centers (GC). One hypothesis is that PS immunization activates 'memory' B cells that have been previously primed by cross-reacting PS bacterial antigens somehow linked to protein moieties—and thus eliciting GC responses.[40] An alternative possibility is that the IgM⁺, IgD⁺, CD27⁺ 'memory' B cells that appear in the blood in response to PS immunization may be re-circulating splenic marginal zone B cells.[41] These cells would diversify their Ig receptor to a certain extent in the absence of cognate T-B interaction.[41] This hypothesis is concordant with the fact that bacterial PS vaccines are poorly immunogenic in young children, i.e., prior to the maturation of the spleen marginal zone.[42,43]

After their differentiation in the extrafollicular pathway, PS-specific plasma cells move towards the red pulp of the spleen (Fig. 2–4) where they persist for some time, prior to their death by apoptosis and the waning of corresponding antibody responses after a few months. As PS antigens do not induce GCs, bona fide memory B cells are not elicited. Consequently, subsequent re-exposure to the same PS results into a repeat primary response that follows the same kinetics in previously vaccinated as in naïve individuals.[44] Revaccination with certain bacterial PS—of which group C *N. meningitidis* is a prototype—may even induce lower antibody responses than the first immunization, a phenomenon referred to as hyporesponsiveness and whose molecular and cellular bases are not yet fully understood.[45,46]

### Which are the determinants of primary vaccine antibody responses?

Numerous determinants modulate the intensity of vaccine-induced GCs—and thus of peak antibody responses (Table 2–5). The main determinants are the nature of the vaccine antigen



Spleen/lymph nodes

Blood

PS

1

B

2

3

IgM⁺

IgG⁺
IgA⁺

4

IgM

5

IgG⁺
IgA⁺

**Figure 2–4  Extrafollicular B cell responses to polysaccharide antigens.** B cells use their specific Ig surface receptors (1) to bind to the repetitive structures of polysaccharides reaching the marginal zone of spleen/nodes. In the absence of antigen-specific T cell help, B cells are activated, proliferate (2) and differentiate in plasma cells (3) without undergoing affinity maturation in germinal centers. These plasma cells migrate towards the red pulp of the spleen (4) where they survive for a few weeks / months, secreting low levels of low affinity IgM, IgG or IgA antibodies (5).

**Table 2–5** Determinants of the Duration of Vaccine Antibody Responses in Healthy Individuals

| Determinants | Mechanisms (presumed) |
| --- | --- |
| **Vaccine type** | |
| Live vs inactivated | Live vaccines generally induce more sustained Ab responses, presumably through Ag persistence within the host. |
| Polysaccharide antigens | Failure to generate GCs limits the induction of memory responses and of high-affinity long-live plasma cells. |
| **Vaccine schedule** | |
| Interval between primary doses | A minimal interval of 3 weeks between primary doses allows development of successive waves of Ag-specific primary responses without interference. |
| Interval before boosting | A minimal interval of 4 months between priming and boosting allows affinity maturation of memory B cells, and thus higher secondary responses. |
| Age at immunization | Early life immune immaturity and age-associated immunosenescence limit the induction/persistence of long-live plasma cells |
| Environmental factors | ? |

and its intrinsic immunogenicity. As an example, tetanus toxoid is intrinsically a stronger immunogen than diphtheria toxoid, which becomes apparent when immunocompetence is more limited, such as in preterm infants.[47] Whether this reflects a higher capacity of tetanus toxoid to provide antigenic epitopes that may be bound by naïve B cells, to generate cognate T cell help for B cells, and/or to associate to FDCs is unknown.

The drastically distinct outcomes of immunization with plain bacterial PS or with protein-conjugated glycoconjugates highlight the differences between the extrafollicular and the GC reactions. It is only when capsular PS are conjugated to a protein carrier driving effective Th differentiation that PS-specific B cells are driven towards GC responses, receive optimal cognate help from carrier-specific Tfh cells and differentiate into higher-affinity antibody producing cells, longer-lived plasma cells and/or memory B cells. Protein antigens exhibit markedly distinct carrier properties—regardless of their capacity to induce B and Th cell reactions.[48] That these differences may reflect differences in Tfh induction is an interesting hypothesis which is supported by the enhanced immunogenicity of a synthetic polyepitope carrier containing optimal Th epitopes.[49] The limited number of potent carrier proteins implies that an increasing number of conjugate vaccines rely on the same molecules (e.g., CRM$_{197}$, tetanus or diphtheria toxoids), with the risk of limiting anti-PS responses to individual conjugate vaccines (carrier-mediated epitope suppression).[50] This phenomenon may be abrogated by replacing full-length proteins by peptides lacking B-cell epitopes,[51] suggesting that carrier-mediated epitope suppression essentially reflects the competition of carrier- and PS-specific B cells for activation/differentiation signals and factors.

Another determinant of the magnitude of primary vaccine antibody responses (Table 2–5) is the use of an optimal dose of vaccine antigen, which may only be experimentally determined. As a rule, higher doses of non-live antigens—up to a certain threshold—elicit higher primary antibody responses. This may be particularly useful when immunocompetence is limited, e.g., for hepatitis B immunization of dialysis patients.[52,53] Remarkably, a limiting dose of vaccine antigen may restrict primary antibody responses but increase B cell competition for FDC-associated antigens, and thus result into a more stringent selection of higher affinity GC B cells and into stronger secondary responses (see below). Little is yet known on factors which support or limit the affinity maturation process. Interestingly, carrier proteins[54] and adjuvants may modulate the affinity maturation process, as recently observed following the addition

of CpG oligonucleotides to an alum-adsorbed hepatitis B vaccine.[55]

The nature of the vaccine directly influences the activation of innate immunity and thus vaccine responses.[26] The strongest antibody responses are generally elicited by live vaccines that better activate innate reactions and thus better support the induction of adaptative immune effectors. Non-live vaccines frequently require formulation in adjuvants, of which aluminum salts are particularly potent enhancers of antibody responses, and thus included in a majority of currently available vaccines. This is likely to reflect their formation of a deposit from which antigen is slowly de-absorbed and released, extending the duration of B and T cell activation, as well as the preferential induction of IL-4 by aluminum-exposed macrophages.[56]

Genetic determinants directly influence the vaccine antibody responses of healthy individuals, as exemplified by twin studies.[57-61] Apart from MHC restriction, few genetic determinants of vaccine antibody responses have yet been identified.[58] Immune competence obviously affects vaccine antibody responses, which are limited at the two extremes of life (see below), by acute or chronic diseases, by acute or chronic stress and by a variety of factors affecting innate and/or B and T cell immunity.

Very few non-live vaccines induce high and sustained antibody responses after a single vaccine dose, even in healthy young adults. Primary immunization schedules therefore usually include at least two vaccine doses, optimally repeated at a minimal interval of 3–4 weeks to generate successive waves of B cell and GC responses. These priming doses may occasionally be combined into a single 'double' dose, such as for hepatitis A or B immunization.[62,63] In any case, however, vaccine antibodies elicited by primary immunization with non-live vaccines eventually wane (Fig. 2–3).

## What controls the persistence of vaccine antibody responses?

Antigen-specific plasma cells elicited in spleen/nodes after immunization only have a short life span, such that vaccine antibodies rapidly decline during the first few weeks and months after immunization. A fraction of plasma cells that differentiated into GCs however acquire the capacity to migrate towards long-term survival niches mostly located within the bone marrow (BM), from where they may produce vaccine antibodies during extended periods.[64]

Some GC-induced plasma cells are attracted toward the BM compartment by specific BM stromal cells that provide the

signals required for their long-term survival.[65] In such BM niches, plasma cell survival and antibody production may persist for years. Whether the persistence of vaccine-induced plasma cells reflects the long-term persistence of the plasma cells that were initially generated, or the maintenance of a BM reservoir of plasma cells through homeostatic mechanisms, is yet undefined.[66] Regardless of the exact mechanisms supporting BM plasma cell survival, the duration of antibody responses is proportional to the number of long-lived plasma cells generated by immunization: in absence of subsequent antigen exposure, antibody persistence may be reliably predicted by the antibody titers that are reached 6–12 months after immunization, i.e. after the end of the short-term plasma cell response (Fig. 2–3). This is illustrated by the accuracy of mathematical models predicting the kinetics of anti-HBsAg[67] or anti-hepatitis A[68] antibodies.

A few determinants of the persistence of vaccine antibody responses (Table 2–5) have been identified.[66] The nature of the vaccine plays a crucial role: only live attenuated viral vaccines induce antibody responses that persist for several decades, if not life-long, in absence of subsequent antigen exposure and reactivation of immune memory. This could reflect the *in vivo* persistence of viral antigens that continuously trigger B cell responses, although other mechanisms may be at play. In contrast, the shortest antibody responses are elicited by PS antigens, which fail to trigger GC responses and thus do not elicit high-affinity plasma cells capable of reaching the BM survival niches. Vaccine schedules also control antibody magnitude and persistence. Closely spaced (1–2 weeks) primary vaccine doses may be administered when a rapid induction of protection is desirable, e.g., prior to travel. However, this raises less persisting responses than when the same number of vaccine doses are given at longer (1–2 months) intervals,[69,70] reflecting the generation of fewer post-GC B cells capable of long-term survival and thus requiring later boosting.

Age at immunization also modulates vaccine antibody persistence, which is shorter at the two extremes of life (see below). Certain disease conditions may also limit the persistence of vaccine antibody responses because of an enhanced catabolism (malaria) or the loss of antibodies in the urinary or digestive tracts. An interesting recent observation is that human immunization with tetanus toxoid results in a transient release of resident BM plasma cells into the blood,[71] suggesting the existence of a competition for BM survival niches between newly induced and BM resident plasma cells. The identification of the mechanisms that support or limit the persistence of vaccine antibody responses represents a major challenge for vaccinologists, as resources are lacking for most immunization programs throughout the world to include the booster doses otherwise required to maintain vaccine efficacy.

Which are the hallmarks of B cell memory responses?

Memory B cells are generated during primary responses to T-dependent vaccines. They do not produce antibodies, i.e., do not protect, unless re-exposure to antigen drives their differentiation into antibody producing plasma cells. This reactivation is a rapid process, such that booster responses are characterized by the rapid increase to higher titers of antibodies that have a higher affinity for antigen than antibodies generated during primary responses (Table 2–6).

With the possible exception of responses to live viral vaccines, vaccine antibody responses are deemed to wane and eventually decline below protective thresholds, unless repeat antigen exposure reactivates immune memory. Memory B cells are generated in response to T-dependent antigens, during the GC reaction, in parallel to plasma cells (Fig. 2–5). At their exit of GCs, memory B cells acquire migration properties towards extrafollicular areas of the spleen and nodes.[72] This migration occurs through the blood, in which post-immunization memory B cells are transiently present on their way towards lymphoid organs.

It is essential to understand that memory B cells do not produce antibodies—i.e., they do not protect. Their participation to vaccine efficacy requires an antigen-driven proliferation and differentiation process.[72] This reactivation may occur in response to endemic or frequent pathogens, to colonizing or cross-reacting microorganisms ('natural boosters'), or to booster immunization. The antigen-driven activation of memory B cells results in their rapid proliferation and differentiation into plasma cells that produce very large amounts of higher-affinity antibodies.[72] As the affinity of surface Ig from memory B cells is increased, their requirements for reactivation are lower

### Table 2–6 Hallmarks of Memory B cell Responses

| |
|---|
| Are only generated during T-dependent responses inducing GC responses. |
| Memory B cells are resting cells that do not produce antibodies. |
| Memory B cells undergo affinity maturation during several (4–6) months. |
| Memory B cells rapidly (days) differentiate into antibody-secreting plasma cells upon re-exposure to antigen. |
| Memory B cells differentiate into PCs that produce high(er) affinity antibodies than primary plasma cells. |



Spleen/lymph nodes     Blood

**Figure 2–5 Generation of B cell memory responses.** Memory B cells are generated in response to T-dependent antigens (1), during the GC reaction (2), in parallel to plasma cells. At their exit of GCs, these B cells do not differentiate into antibody-secreting plasma cells but in memory B cells (3) that transiently migrate through the blood (4) towards the extrafollicular areas of spleen and nodes (5). They persist there as resting cells until re-exposed to their specific antigens (6). Upon secondary antigen exposure, memory B cells readily proliferate and differentiate into plasma cells (7) secreting large amounts of high-affinity antibodies that may be detected in the serum (8) within a few days after boosting.

than for naïve B cells: memory B cells may thus be recalled by lower amounts of antigen and without $CD4^+$ T cell help. Antigen-specific memory cells generated by primary immunization are much more numerous (and better fit) than naïve B cells initially capable of antigen recognition. Thus, a first hallmark of memory responses (Table 2–6) is to generate significantly higher antibody levels than primary immunization. Should this not be the case, the effective generation of memory B cells should be questioned.[72]

The reactivation, proliferation and differentiation of memory B cells occur without requiring the induction and development of GC responses. This process is thus much more rapidly completed than that of primary responses. A window of 4–7 days after *Haemophilus influenzae b* PS immunization was reported as sufficient for high levels of PS-specific vaccine antibodies to appear in the blood of previously primed infants.[73] The rapidity with which antigen-specific antibodies appear in the serum is thus another hallmark of secondary responses (Table 2–6). Slower kinetics suggests that memory B cell induction, persistence and/or reactivation may have been suboptimal.

Another hallmark of memory B cells is to display and secrete antibodies with a markedly higher affinity than those produced by primary plasma cells, as a result of somatic hypermutation and selection.[72] The affinity maturation process which is initiated within the GCs extends during several months after the end of the GC reaction. Consequently, vaccine antibodies with higher than baseline avidity (defined as the sum of epitope-specific affinities) for antigen are only induced when sufficient time has elapsed after priming.[62,74,75] A 'classical' prime-boost immunization schedule is thus to allow 4–6 months to elapse between priming and booster doses, hence the generic '0–1–6 months' schedule. Secondary antigen exposure (Table 2–6) thus results in the production of higher affinity antibodies than primary responses.[76] To note, this may not be the case when 'natural' priming, e.g., through cross-reactive bacteria, has taken place prior to immunization.

### Which are the determinants of B cell memory responses?

The factors that drive the differentiation of antigen-specific GC B cells towards either plasma cells or memory B cells are yet poorly understood.[64] In response to protein antigens, both cell populations are generated in the same GCs, and their differentiation pathway only differs late in the GC reaction. As a rule, factors enhancing plasma cell differentiation and primary antibody responses therefore also support the induction of memory B cells (Table 2–7). Post-booster antibody titers are therefore higher in individuals with stronger primary responses. As an example, higher post-booster anti-HBsAg responses are observed in individuals with high (e.g. = 100 UI/l) rather than intermediate (10–99 UI/l) anti-HBsAg post-primary responses.[77,78] This is likely to reflect the induction of a larger pool of antigen-specific memory B cells. An interesting question is whether this may confer specific advantages in terms of protection: the protective threshold of serum antibodies could be reached more rapidly upon the reactivation of a larger number of memory B cells.

The dose of antigen is an important determinant of memory B cell responses (Table 2–7). At priming, higher antigen doses generally favor the induction of plasma cells, whereas lower doses may preferentially drive the induction of immune memory.[79] Thus, a lower antigen content may be preferred if the rapid induction of protection is not required. Closely spaced primary vaccine doses may also be beneficial for early post-primary antibody responses but not for post-booster antibody responses, as illustrated with meningococcal group C glycoconjugates.[80] As a rule, accelerated schedules in which a 4–6 months window is not included between priming and boosting result into significantly lower booster responses[62] (Table 2–7). At time of boosting, a higher antigen content raises stronger booster responses, presumably by recruiting more memory B cells into the response. This is illustrated by higher antibody responses of children primed with a glycoconjugate vaccine and boosted with PS (20–50 μg of PS) than glycoconjugate (1–3 μg of PS) vaccines.[81,82]

Residual titers of vaccine antibodies present at time of boosting directly influence vaccine antibody responses. As a rule, secondary responses to live attenuated viral vaccines are minimal, as pre-existing antibodies mostly neutralize the vaccine load prior to its in vivo replication. Consequently, even multiple doses of live attenuated vaccines remain without undesirable effects. Responses to non-live vaccines are also negatively influenced by residual vaccine antibody titers. This may reflect the formation of antigen-antibody complexes which reduce the load of antigen available for B cell binding and/or antibody-mediated negative feedback mechanisms acting directly on B cells. Consequently, individuals with residual antibodies to a given antigen may only show a limited increase of their antibody responses—such that vaccine responses are better described by the proportion of individuals above a given threshold than by those showing a 2- or 4-fold increase of their antibody titers.

The persistence of memory B cells is of utmost importance for long-term vaccine efficacy. Antigen persistence (Table 2–7) contributes to the duration of immune memory,[83] probably by extending the period during which antigen remains available for memory B cell induction and reactivation. This is likely to contribute to the extended (indefinite?) memory to live attenuated vaccines, recently exemplified by repeat administration of smallpox vaccines decades after priming.[84]

**Table 2–7** Determinants of Secondary B cell Responses

| Determinants | Mechanisms (presumed) |
|---|---|
| Post-primary antibody titers | As plasma cells and memory responses are generated in parallel in GCs, higher post-primary Ab titers reflect stronger GC reactions and generally predict higher secondary responses. |
| Residual antibodies at boosting | Neutralization of live viral vaccines; negative feedback mechanisms on non-live vaccines. |
| Lower antigen dose at priming | A limited quantity of antigen may induce B cell differentiation away from PCs, towards memory B cells (?). |
| Longer intervals before boosting | A minimal interval of 4–6 months is required for optimal affinity maturation of memory B cells. |
| Higher antigen dose at boosting | A higher availability of antigen may drive higher numbers of memory B cells into differentiation. |
| **Antigen availability** | |
| Exogenous exposure | Exposure to exogenous antigens may reactivate or favor the persistence of memory B cells. |
| In vivo persistence | Antigen persistence may reactivate or favor the persistence of memory B cells. |

Fortunately, memory B cells survive for prolonged periods (e.g., several decades) even in the absence of re-exposure to antigen.[85] It has been suggested that memory B cells undergo a certain degree of homeostatic polyclonal activation.[86] Although this does not appear sufficient to maintain antibody responses, i.e., to drive their differentiation to Ig secreting cells, it may contribute to their persistence.

The demonstration of the persistence of memory B cells long after vaccine antibodies have eventually disappeared, and of their brisk reactivation upon antigen exposure, has direct consequences for immunization programs. First, it implies that an immunization schedule should never be started 'all over again'—but continued where interrupted, regardless of the duration of the interruption. Consequently, regular booster doses are not required to maintain immune memory during low-risk periods, which has direct implications for travellers who may simply need a single booster dose prior to departure. Second, it implies that certain immunization schedules may not need to include booster doses, should exposure provide regular natural boosters. Importantly, however, successful immunization programs may eventually reduce opportunities for natural boosters and consequently modify booster requirements. This issue will doubtlessly be an area of intense investigation in the next decades. Last, the long-term persistence of immune memory implies that booster vaccine doses may not be needed in situations where the reactivation of immune memory by offending pathogens is sufficiently rapid and effective to interrupt microbial invasion.

### Immune memory and vaccine-induced protection: a race between reactivation and microbial invasion?

All existing vaccines, with the exception of T-independent PS, induce immune memory. Nevertheless, vaccine efficacy may be short-term, as illustrated following immunization against group C meningococcus.[87] Demonstration of priming—or 'boostability'—is therefore not a surrogate marker for long-term vaccine efficacy. This requires identifying the determinants that contribute—or limit—the persistence of vaccine efficacy.

It is generally considered that protection by toxoid-based vaccines requires the presence of antitoxin antibodies at time of toxin exposure. This is supported by the observation that despite the occurrence of many adult cases of diphtheria during a large outbreak in the former Soviet Union, a single vaccine dose raised strong antibody responses to this relatively poor immunogen. This confirmed that most patients had been immunized in childhood and had lost vaccine antibodies over time, but had persistent immune memory.[88] This immune memory was however not sufficient to protect against diphtheria, a disease characterized by a short incubation period (1–5 days). The same requirement for protective antibodies at time of exposure is frequently applied to protection against tetanus. However, tetanus does not seem to occur in previously immunized (i.e., 3 doses as adults) individuals. Whether this reflects a longer incubation time or the frequent administration of a booster dose at time of wound is unknown.

Persisting immune memory is not sufficient to protect against acute hepatitis B after the waning of vaccine-induced antibodies. When anti-HBsAg antibodies reach titers <10 IU/L, acute viral infection occurs, reflected by the appearance of anti-HBc antibodies.[89–91] However, progression to chronic liver disease has not been reported in fully immunized vaccine responders. This suggests that viral replication and re-exposure to HBsAg efficiently drives vaccine-induced memory cells into effector cells prior to the end of the viral incubation period (4–12 weeks). This process requires a sufficient number of HBsAg-specific memory B cells to be elicited, to persist and to be capable of reactivation even several decades after infant priming. Analyses of secondary responses elicited late after priming demonstrate that earlier and stronger booster responses are achieved when post-primary anti-HBsAg antibodies had reached higher titers.[77,78] This suggests the induction and long-term persistence of a higher number of memory B cells, such that protective neutralizing antibody thresholds are reached faster. Whether this confers an advantage in the race against chronic hepatitis is open to investigation. Another essential unresolved issue is whether the size of the pool of memory B cells elicited by primary immunization influences their long-term persistence, particularly in absence of antigen exposure, e.g., in low-endemicity countries. It also remains to be defined whether T cell memory responses contribute to the maintenance of vaccine-induced protection after waning of anti-HBsAg antibodies.

Glycoconjugate vaccines against encapsulated bacteria illustrate the importance of immune memory for vaccine efficacy, as well as some of its limitations. Glycoconjugate priming elicits a bona fide GC reaction, with the induction of high-affinity memory B cells that can be rapidly (4–7 days) recalled upon PS immunization.[73] Efficient priming, i.e., induction of immune memory, is readily demonstrated in children primed in infancy.[92,93] However, immune memory is also evidenced in children with Hib vaccine failure,[94] indicating that their reservoir of memory B cells failed to protect them against invasive disease. The discrepancy between the existence of memory B cells and the lack of protection may again reflect the race against microbial invasion: the time required for production of sufficient levels of circulating antibodies could be too long to interrupt bacterial invasion. Notably, secondary vaccine failures have been relatively rare, and primarily observed in countries using an early accelerated infant schedule without a booster dose,[95] the use of DTPa/Hib vaccines with lower Hib immunogenicity resulting in additional risks.[96] Thus, these priming conditions are not optimal for sustained individual protection: it is tempting to conclude that they may not elicit a sufficiently large pool of memory B cells for a sufficiently rapid interruption of bacterial invasion. Similarly, glycoconjugate vaccines against group C meningococcal disease proved much more efficacious during the first year after infant priming than during the following 3 years.[87] Thus, infant immunization fails to induce sustained protection against group C meningococcus, despite the demonstration of the induction and persistence of immune memory.[97] The requirement for boosters to confer long-term vaccine protection is also well illustrated for pertussis, where boosters are required to extend protection beyond childhood.[98] The prompt reactivation of immune memory is also not sufficient to control viral replication in the digestive tract: fecal excretion patterns were similar in subjects who were seronegative at time of oral challenge with poliovirus vaccine, whether or not they raised prompt anamnestic serum antibody responses attesting to the persistence of immune memory.[99]

Live attenuated viral vaccines (measles, rubella) are considered as the prototype inducers of life-long immunity. This derives in part from the induction of sustained antibody responses, which however tend to slowly decline in the absence of recurrent exposure[100] and might eventually result in a growing proportion of seronegative vaccinated young adults, including women of childbearing age. Whether the reactivation of immune memory will be sufficient to curtail the replication process and confer protection against measles, rubella or varicella or whether adult booster doses may become needed after microbial control are essential questions.

These questions, which are central to sustained vaccine efficacy, are usually unresolved at time of registration of a new vaccine. As an example, the relative contribution of vaccine antibodies and of immune memory to the duration of vaccine-induced protection against human papillomaviruses may currently not be predicted. Altogether, one may thus expect questions related to the nature (size, type, responsiveness) of the pool of memory cells elicited by various immunization

schedules and the relative contribution of long-term antibodies and immune memory to protection to be at the core of many vaccine studies in the next decade.

## T cell vaccine responses

How do vaccines induce CD4+ and CD8+ T cell responses?

T cell vaccine responses are elicited in parallel to B cell responses (Table 2–1), through interactions with activated DCs. With the exception of PS, all vaccines induce CD4+ T cells, e.g., Th1 and/or Th2 cells that essentially support the differentiation of B cells (Th2) or of CD8+ T cells (Th1). Live vaccines also elicit CD8+ T cells capable of killing infected cells. The induction of both CD4+ and CD8+ T cells is essentially controlled by the nature of the initial inflammatory reaction, i.e., by vaccine adjuvants.

Vaccine antigens are taken up by immature dendritic cells (DCs) activated by the local inflammation, which provides the signals required for their migration to draining lymph nodes (Fig. 2–1). During this migration, DCs mature and their surface expression of molecules changes.[101] Simultaneously, antigens are processed into small fragments and displayed at the cell surface in the grooves of MHC (HLA in humans) molecules. As a rule, MHC class I molecules present peptides from antigens that are produced within infected cells, whereas phagocytosed antigens are displayed on MHC class II molecules.[102–104] Thus, mature DCs reaching the T cell zone of lymph nodes display MHC-peptide complexes and high levels of costimulation molecules at their surface.[105] CD4+ T cells recognize antigenic peptides displayed by class II MHC molecules, whereas CD8+ T cells bind to class I MHC-peptide complexes (Fig. 2–6).[106] Their recognition is restricted to short peptides (8–11 [CD8+] or 10–18 [CD4+] amino acids) displayed on specific MHC class I or II molecules, respectively. Antigen-specific T cell receptors may only bind to specific MHC molecules (e.g., HLA A2), which differ among individuals and populations. Consequently, T cell responses are highly variable within a population. These T cell epitopes may be generated from any region of the vaccine antigens, whether the peptide sequence is located within or at the surface of the protein. This is in contrast to B cell recognition, which is essentially limited to conformational determinants constituted by amino acids at the antigen surface. This MHC-peptide signal (signal 1) is not sufficient for T cell activation,

which remain anergic or become tolerized in absence of co-stimulation (signal 2). This ensures that only naïve T cells binding to the surface of activated DCs, i.e., DCs that have sensed 'danger signals' through their Toll-like receptors and responded by a modulation of their surface or secreted molecules, receive the costimulation signals required for their activation.[105]

Activated CD4+ T cells essentially exert supportive functions for DCs—to which they provide signals (CD40L, etc.) resulting in further activation, for B cells (Fig. 2–2) and for CD8+ cytotoxic T cells (Fig. 2–6 and Table 2–8). They are elicited by each vaccine type, with the exception of unconjugated PS, and the demonstration of post-immunization CD4+ T cell responses does not imply a direct role in vaccine efficacy. CD4+ T cell activation by DCs triggers their differentiation along two distinct and mutually exclusive differentiation pathways.[105] Th1-type CD4+ T cells essentially produce IFN-γ and TNF-α, participating to the elimination of intracellular pathogens both directly (cytokine responses) and indirectly via their support to macrophage activation and CD8+ T cells differentiation (Fig. 2–6).[107] Th2-type CD4+ T cells essentially produce IL-4, IL-5 and IL-13 which are directly implicated in the defense against extracellular pathogens such as helminths.[108] Both Th1 and Th2 cells support B cell activation and differentiation during extrafollicular responses, whereas follicular (Tfh) CD4+ helper T cells provide help to GC B cells (Fig. 2–3).[36] In experimental animal models, numerous factors influence the preferential differentiation of CD4+ T cells towards the Th1 or Th2 pathways.[109] These determinants include the dose of antigen, lower vaccine doses being classically associated with preferential Th1 responses, and the route of administration, which targets distinct populations of DC. However, the main determinant of CD4+ T cell differentiation is the extent and type of DC activation by the innate system.[105] Consequently, specific adjuvants may preferentially skew CD4+ responses towards Th1 or Th2 responses, requiring their careful selection.

CD8+ T cell responses are essentially (although not exclusively, as a result of cross-presentation) elicited by vaccines that introduce antigens within the cell cytosol, ensuring their access to MHC class I molecules.[110] The induction of strong CD8+ T cell responses is thus currently limited to infectious, live attenuated viral or bacterial vaccines. However, novel delivery systems



**Figure 2–6 Generation of T cell effector responses.** Antigens are phagocytosed by DCs (1), processed into small peptides and displayed at the cell surface in the groove of MHC class I and/or class II molecules (2). CD4+ T cells with the appropriate MHC-peptide specificity are activated, provide activation signals to DC (3) and differentiate in effector cells (4) that produce preferentially Th1 or Th2 cytokines. Th1 CD4+ T cells support (5) CD8+ T cell differentiation, which is in contrast inhibited (6) by Th2-like cytokines. CD8+ T cells recognize MHC class I-peptide complexes (7) and differentiate into cytotoxic effector cells (8) capable of killing infected cells (8) or pathogens.

**Table 2–8** T cell Responses to Vaccines

| Type | Mechanisms (presumed) | Function |
|---|---|---|
| **CD4+ helper T cells** | | |
| Th1 | IFN-γ production | Extrafollicular B cell help |
| Th1 | Cell contact, IFN-γ | Activation of CD8+ T cells |
| Th1/Th2 | Cell contact, CD40L | DC activation |
| Th2 | IL-4, IL-5, IL-13 | Extrafollicular B cell help |
| Th2 | Cell contact, IL-4 | Suppression of CD8+ T cells |
| **CD4+ follicular helper T cells** | | |
| Th1 | IFN-γ | Germinal center B cell help |
| Th2 | IL-4, IL-5, IL-13 | Germinal center B cell help |
| **CD4+ regulatory T cells** | | |
| CD4+CD25+ Treg | Cell contact, IL-2 inhibition | Suppression of CD4+/CD8+ IFN-γ responses. |
| Type 1 Treg | IL-10, TGF-β | Suppression of CD4+ Th1/Th2 responses |
| CD8+ T cells | IFN-γ, TNF-α | Killing of infected cells |
| Effector memory T cells | Th1/Th2 cytokines, perforin Rapid secondary effector responses in periphery | |
| Central memory T cells | IL-2, IL-10, CD40L | Delayed activation/proliferation in lymph nodes |

**Table 2–9** Determinants of Memory T cell Responses

| Main factors | Determinants |
|---|---|
| Frequency of memory T cells | Magnitude of T cell expansion (initial antigen load, antigen persistence) |
| Phenotype of memory T cells | |
| Effector memory | Induction favoured by prolonged antigen persistence |
| Central memory | Induction favoured by rapid antigen clearance |
| Persistence of memory T cells | Supported by IL-15 ,IL-7 |

such as live-vectored vaccines or DNA vaccines are now in human trials.[111] As CD8+ T cells are unique in their ability to kill cells that are chronically infected, novel vaccine targets such as HIV, HCV or malaria require their induction.

In addition to CD4+ Th, follicular (Tfh) and possibly CD8+ T cells, vaccine may also elicit regulatory T cells (Tregs), of which CD4+CD25+ Treg cells and type 1 regulatory T (Tr1) cells are the best characterized (Table 2–8). These regulatory T cells are elicited in an antigen-specific manner. CD4+CD25+ Treg cells potently suppress the proliferation and IFN-γ production by both CD4+ and CD8+ T cells, probably by direct cell-to-cell contacts and inhibition of IL-2 production.[2] Tr1 cells produce high levels of IL-10 and TGF-β, which mediate their suppressive function in both Th1- (e.g., autoimmune diseases) and Th2- (e.g., allergic responses) mediated pathologies. These regulatory T cells are induced by DCs that capture antigen in the absence of danger signals and thus remain immature during their migration to lymph nodes. In the absence of signal 2, naïve T cells do not differentiate into effector but into regulatory T cells. These Tregs play essential roles in preventing autoimmune diseases as well as allergic responses. By suppressing immune responses against self or non-self antigens, they may also limit the efficacy of vaccines when danger signals are not sufficient to elicit immunity, e.g., in chronic infections or cancer. This was

recently formally demonstrated in humans by the enhancement of anti-cancer vaccine responses following Tregs depletion.[112] Numerous studies are thus currently ongoing to define the determinants of Tregs differentiation, which could lead to novel immunization strategies.

### Which are the determinants of vaccine-induced T cell memory?

Effector T cell responses are short-lived, and most (>90%) effector T cells die of apoptosis within a few days. Thus, immune memory is essential to T cell vaccine efficacy. It is dependent upon three main parameters: the frequency of antigen-specific memory T cells, their phenotype and their persistence[111] (Table 2–9). Memory T cells may persist life-long even in the absence of antigen exposure.

The frequency of memory T cells reflects the magnitude of the initial T cell expansion—and that of its subsequent contraction during which few surviving cells differentiate towards memory T cells. The main determinant of the expansion phase is the amount of antigen present during priming.[113] This is a major limitation for non-replicating vaccines, which fail to reach sufficient antigen content and typically require adjuvantation and/or booster doses. The contraction phase occurs soon after antigen is cleared—which occurs faster for

non-replicating vaccines. Current efforts are thus oriented towards the optimization of the primary expansion phase through booster administration. As vaccine-induced immunity limits the subsequent take of a live vaccine by inducing its rapid neutralization, one attractive approach is the use of distinct vaccines for priming and boosting.[114–116]

The phenotype of memory T cells is also of importance. Two types of memory T cells have been identified (Table 2–8), based on their phenotype and function.[117] Effector memory cells (Tem) traffic through non lymphoid organs, where they monitor tissues for the presence of specific microbial peptides.[118] They have a high cytotoxic potential that enables them with immediate action upon pathogen recognition. In contrast, central memory T cells (Tcm) preferentially traffic through lymph nodes and bone marrow, do not exhibit much cytotoxic capacity, but have a high proliferative potential. Their role is to recognize antigens transported by activated DCs into lymph nodes and to rapidly undergo massive proliferation, generating a delayed but very large wave of effector cells.[118] Antigen persistence essentially controls the proportion of Tcm and Tem memory cells (Table 2–9): Tcm cells predominate when antigen is rapidly cleared, whereas Tem cells become preponderant when antigen persists, such as in chronic infections.[111] This is also a challenge for novel non-replicating vaccines that should induce and maintain sufficient Tem cells for immediate clearance in infected tissues. The long-term persistence of memory T cells is well established. Through homeostatic proliferation supported by specific cytokines such as IL-15 and IL-7, memory T cells may persist lifelong even in absence of antigen exposure.[119] Recent studies of the persistence of vaccinia-induced immune memory have confirmed that this applies to humans.[120–122]

## How specific are vaccine immune responses?

The specificity of vaccine responses is at the center of many debates. Ideally, one would wish vaccine-induced responses to be both sufficiently broad to extend protection to non-vaccine strains (e.g., for influenza, rotavirus, *S. pneumoniae* or human papillomavirus vaccines) and sufficiently restricted not to elicit cross-reactions to allergens or self-antigens, or other undesirable non-specific effects. The specificity of vaccine responses has received added interest as a number of studies reported either positive or negative non-specific effects of vaccinations in low income countries.[123,124]

As B cells recognize conformational epitopes constituted by distant amino acids, they may bind to antigenic peptides with very distinct sequences: it has been estimated that roughly 5% of monoclonal antibodies made against 15 different kinds of viruses cross-reacted with human proteins.[125] That any viral infection is not followed by the induction or flare of an autoimmune disease highlights the importance for regulatory mechanisms to suppress responses directed against self-antigens. Indeed, the specificity of antibody responses is well controlled. Although polyclonal stimulation was suggested as capable of activating memory B cells of distinct specificities,[86] which could contribute to their homeostasis, this non-specific activation was not associated to antibody responses. Similarly, the administration of hepatitis B vaccine with CpG oligonucleotides, i.e., a potent DC activating adjuvant, did not drive pre-existing tetanus-specific B cells into antibody-producing plasma cells.[55] Vaccination with tetanus toxoid was found to expand both specific and bystander memory T-cells, but did not modulate antibody responses to unrelated antigens such that antibody production remained vaccine-specific.[126] Altogether, this indicates that the induction of cross-reactive antibody responses is extremely limited, which may be of importance to prevent undesirable reactions but limits the efficacy of vaccine-induced antibody responses to very few non-vaccine serotypes.[127]

T cells need to recognize only a few amino acids of antigenic peptides displayed by MHC molecules, which offers a much greater potential for cross-reactivity. It has been estimated that each T lymphocyte could potentially bind to millions of different peptides.[125] In addition, memory T cells readily respond to homeostatic cytokines, such that bystander memory T cells of distinct antigen-specificity may be transiently activated and expand during a flu-like illness or an immunization process.[126,128] Despite the likelihood of cross-reactive responses to infectious agents or vaccines and the relative ease with which auto-reactive lymphocytes may be elicited, vaccine-induced exacerbations of autoimmune diseases remain extremely rare, which probably reflects the efficacy of regulatory mechanisms limiting their intensity, scope and duration.[2,129]

The induction of cross-protective T cell-mediated responses has been repeatedly observed in murine experimental models, which suggested that wide spectrum viral vaccines could be based on T cell responses.[130] Convincing examples of heterologous protective immunity in humans are much more limited: neonatal BCG protects against leprosy[131] and individuals vaccinated against smallpox appear protected against monkeypox.[132] In contrast, the sharing of several T cell determinants is not sufficient for a single oral polio vaccine strain to confer cross-protection. It is thus tempting to conclude that heterologous protective immunity essentially comes at play for T-cell rather than for antibody-mediated protective responses. Accordingly, the heterosubtypic immunity conferred by live attenuated influenza vaccines[133,134] could be mediated by T cells and/or by mucosal IgA antibodies.

Non-specific effects of vaccines are occasionally associated to the fear of immune overload and subsequent enhanced vulnerability to infections, a theory which is not supported by any evidence.[135,136] Similarly, a series of observational studies linking morbidity and mortality patterns to vaccination in several low-income populations, particularly in West Africa, has generated some debate.[123,124] However, they have essentially failed to convince due to the difficulty in comparing essentially non-comparable populations, vaccinated individuals being different in many ways from those not vaccinated.

## Vaccine responses at the extremes of age

### The challenges of neonatal and early life immunization

According to WHO estimates, 2.5 to 3 million infants are born healthy but succumb to acute infections between the age of 1 and 12 months. These early deaths are caused by a limited number of pathogens, such that the availability of a few additional vaccines that would be immunogenic soon after birth would make a huge difference on this disease burden. Although antigen-specific B and T cell responses may already be elicited in utero, early life responses markedly differ from those elicited in mature hosts. These differences do not merely reflect the antigen naïvety of the immune system, but a true immaturity of B cells, T cells and of the microenvironment in which they differentiate.

Early life immune responses are characterized by age-dependent limitations of the magnitude of responses to all vaccines (Table 2–10). Antibody responses to most PS antigens are not elicited during the first 2 years of life, which is likely to reflect numerous factors including the slow maturation of the spleen marginal zone,[43,137] limited expression of CD21 on B cells and limited availability of the complement factors.[138] Although this may be circumvented in part by the use of glycoconjugate vaccines, even the most potent glycoconjugate vaccines elicit markedly lower primary IgG responses in young infants.[139]

Early life antibody responses are directly determined by both the prenatal (e.g., gestational age[140]) and the post-natal age at time of immunization.[138] Accelerated infant vaccine schedules in which 3 vaccine doses are given at a 1 month interval (2, 3, 4 or

**Table 2–10** Limitations of Vaccine Responses at the Extremes of Life (Mechanisms Presumed)

| In early life | |
|---|---|
| Limited magnitude of Ab responses to PS | Immaturity of marginal zone, low CD21 expression on B cells, limited availability of complement |
| Limited magnitude of Ab responses to proteins | Limited GC responses (? delayed FDC development). Inhibitory influence of maternal antibodies |
| Short persistence of Ab responses to proteins | Limited establishment of BM plasma cell pool (? survival niches ?) |
| Shorter duration of immune memory (?) | Limited GC responses (? magnitude of initial memory B cell pool) |
| Limited IFN-$\gamma$ responses | Suboptimal APC/T cell interaction (IL-12, IFN-$\alpha$) |
| Limited CD8+ T cell responses ? | Insufficient evidence |
| Influence of maternal antibodies | Inhibition of B cell but not T cell responses |
| **In aged individuals** | |
| Limited magnitude of Ab responses to PS | Low reservoir of IgM$^+$ memory B cells. Weaker differentiation into PC |
| Limited magnitude of Ab responses to proteins | Limited GC responses: suboptimal CD4$^+$ helper responses, suboptimal B cell activation, ? limited FDC network development). Changes in B/T cell repertoire |
| Limited quality (affinity, isotype) of antibodies | Limited GC responses<br>Changes in B/T cell repertoire |
| Short persistence of Ab responses to proteins | Limited PC survival ? |
| Limited induction of CD4$^+$/CD8$^+$ responses | Decline in naïve T cell reservoir (accumulation of effector memory and CD8$^+$ T cell clones) |
| Limited persistence of CD4$^+$ responses | Limited induction of new effector memory T cells (IL-2, IL-7) |

3, 4, 5 months) result into lower responses than schedules in which more time elapses between doses (2, 4, 6 months), or between the priming and boosting dose (3, 5, 12 months). However, the magnitude of infant antibody responses to multiple dose schedules reflects both the time interval between doses, with longer intervals eliciting stronger responses, and the age at which the last vaccine dose is administered. That post-natal immune maturation is required for stronger antibody responses is thus best demonstrated by comparing antibody responses to single dose vaccines given to immune-naïve infants of various ages.[20,141] These studies may be confounded by the persistence of maternal antibodies, which negatively influence infant antibody responses in epitope-specific and titer-specific dependent manners.[142] Thus, multivariate analyses on a large number of infants are required to identify the main determinants of vaccine antibody responses. The induction of strong antibody responses to a single vaccine dose that would be given soon after birth unfortunately currently remains an elusive goal, and adult-like responses may eventually be only elicited in older infants.

Factors that limit the magnitude of early life antibody responses are difficult to study in human infants. Studies in which human infant vaccines were administered at various stages of the postnatal maturation of infant mice indicated that the same limitations of antibody responses affect early life human and murine responses.[138] These neonatal immunization models demonstrated that limitations of antibody responses in early life result from the limited and delayed induction of GC in which Ag-specific B cells proliferate and differentiate. This was shown to essentially reflect the delayed development of FDCs required to nucleate and support GC reactions.[143] This would explain the stepwise increase of antibody responses elicited in older infants, although direct evidence is difficult to collect and thus still limited[137] in human infants.

Importantly, neonatal immune immaturity allows the induction of immune memory, and neonatal priming may have been used to initiate vaccine responses against hepatitis B or poliomyelitis. Whether neonatal priming would similarly enhance responses to subsequent infant doses of pertussis or pneumococcal vaccines is currently under study. Although immune priming may be elicited at birth, memory responses elicited in early life could nevertheless quantitatively differ from those elicited later. This would indeed be expected: the limited magnitude of GC reactions, reflected by lower antibody responses elicited in the first year of life, is likely to be associated to the induction of a lower number of memory B cells. Whether this affects the persistence of immune memory has important implications, especially for infant immunization programs such as hepatitis B that are intended to protect throughout adult life. The duration of such responses (e.g., the boostability of hepatitis B vaccine antibody responses primed in infancy) extends for at least one decade. Whether it persists throughout a second decade is likely to be the focus of numerous studies in the next future.

Antibody responses elicited before 12 months of age rapidly wane and antibody titers soon return close to baseline levels,[97,144] which may be associated with a resurgence of vulnerability to infection.[87] This short duration of infant responses reflects the limited survival of antigen-specific plasma cells. This hypothesis was recently confirmed in infant mice,[143] in which early life bone-marrow stromal cells fail to provide sufficient survival signals to plasma cells reaching bone-marrow niches.[145] Whether this similarly limits the induction of long-lived plasma cells in human infants is unknown, but short-lived antibody responses are a hallmark of early life immunization with most—although not all (e.g., hepatitis B)—vaccines.

Isotype switching and somatic hypermutation, i.e., the affinity maturation of vaccine induced B cells, are already functional in the first year of life,[75,146–148] including in preterm infants.[140] Few studies have yet compared the affinity maturation process of vaccine responses in infants and adults, which seems to be similar (our own unpublished observations). However, several months are required for affinity maturation of vaccine antibody responses even in adults,[55] such that high-affinity responses are not observed in very young infants.

Neonatal and infant T cell responses may also differ from those elicited later in life, in particular in the induction of lower IFN-γ responses.[138] As examples, IFN-γ responses to oral polio vaccine are significantly lower in infants than in adults,[149] hepatitis B vaccine induces lower primary IFN-γ responses and higher secondary Th2 responses in early life than adults[150] and tetanus-specific IFN-γ CD4⁺ T cell responses progressively increase with age.[151] However, vaccines are not equal in their capacity to elicit IFN-γ T cell responses in infants, and adult-like neonatal responses are notoriously elicited by BCG.[152] A limited capacity of neonatal DC to respond to various Toll-like receptor ligands by IL-12 and IFN-α production[153,154] suggests that adult-like CD4⁺ Th1 responses are only elicited by vaccine formulations (i.e., adjuvants or delivery systems) capable of inducing a sufficiently strong DC activation to circumvent the neonatal limitations. Whether neonatal CD4⁺ T cells have higher intrinsic requirement for antigen-specific activation and how immune immaturity affects human neonatal CD8⁺ T cell vaccine responses requires further investigations. Such studies will be especially important for the development of novel T-cell based vaccines.

Importantly, the induction of early life B and T cell vaccine responses takes place in an environment that may be influenced by the presence of antibodies of maternal origin. IgG antibodies are actively transferred through the placenta, via the FcRn receptor, from the maternal to the fetal circulation.[155] Upon immunization, maternal antibodies bind to their specific epitopes at the antigen surface, competing with infant B cells and thus limiting B cell activation, proliferation and differentiation. The inhibitory influence of maternal antibodies on infant B cell responses affects all vaccine types, although its influence is more marked for live attenuated viral vaccines that may be neutralized by even minute amounts of passive antibodies.[156] This inhibition is epitope-specific, such that infant responses to non-immunodominant maternal epitopes may still be elicited.[157] Consequently, maternal antibodies to carrier proteins (i.e., to tetanus toxoid) mediate a specific inhibitory influence on infant responses to TT, but not to the HIB polysaccharide moiety.[158,159]

The inhibitory influence of maternal antibodies is antibody titer dependent, or rather reflects the ratio of maternal antibodies to vaccine antigen.[55] This was elegantly demonstrated in a study where Israeli infants were immunized with hepatitis A vaccine at 2, 4 and 6 months and bled immediately before each vaccine dose and at 7 months of age.[160] The first vaccine dose only induced detectable infant responses in those immunized in the absence of detectable maternal antibodies. The second vaccine dose induced detectable infant responses in those primed in the presence of maternal antibodies <1999 mIU/mL, and the third dose in those primed in the presence of maternal antibodies <3999 mIU/mL. Infant responses were only elicited when maternal antibodies reached a threshold of 300–400 mIU/mL.[160] The maternal antibody titer at which infant responses may be elicited can only be defined experimentally by comparing antibody responses in infants stratified according to maternal antibody titers at time of priming.

The extent and duration of the inhibitory influence of maternal antibodies therefore increase with gestational age,[140] e.g., with the amount of transferred immunoglobulins, and declines with post-natal age, as maternal antibodies wane.[55] Increasing the dose of vaccine antigen may also be sufficient to circumvent the inhibitory influence of maternal antibodies, as illustrated for hepatitis A[161] or measles[162] vaccines.

Although maternal antibodies interfere with the induction of infant antibody responses, they may allow a certain degree of priming, i.e., of induction of memory B cells. This likely reflects the fact that limited amounts of unmasked vaccine antigens may be sufficient for priming of memory B cells but not for full-blown GC activation, although direct evidence is lacking.

Importantly, however, antibodies of maternal origin do not exert their inhibitory influence on infant T cell responses, which remain largely unaffected or even enhanced.[19,163,164] This is best explained by the fate of maternal antibodies-vaccine antigen complexes: immune complexes are taken up by macrophages and dendritic cells, dissociate into their acidic phagolysosome compartment and are processed into small peptides. These peptides are displayed at the surface of antigen-presenting cells, thus available for binding by CD4⁺ and CD8⁺ T cells.

Thus, the challenges for a further improvement of early life immunization strategies are to identify vaccine formulations and strategies capable of inducing after 1–2 early doses the strong primary antibody responses required for defense against certain early life pathogens. To elicit prolonged vaccine efficacy, such formulations/strategies will have to overcome the inhibitory influence of maternal antibodies for sufficient priming to occur, and to elicit more long-lived plasma cells despite the limitations of the early life bone marrow compartment. T-cell based infant vaccines will have to meet the challenge of bypassing the factors that limit the induction of Th1 early life responses. Importantly, these immunological objectives should be reached by formulations/strategies demonstrated as safe in immunologically immature hosts, adding to the challenges.

## Age-associated changes in vaccine responses

Innate and adaptative antibody and T cell-mediated cellular immune responses decline with age, which increases the frequency and severity of infections and reduces the protective effects of vaccinations. Aging affects the magnitude and the persistence of antibody responses to protein vaccines,[165,166] as reflected by lower serum antibodies to influenza,[167,168] tetanus or TBE vaccines.[169] It also affects responses to pneumococcal PS vaccines, although differences in methodological issues have yielded contradictory results.[170] In contrast to infants whose antibody responses are quantitatively limited but appear qualitatively similar as those of mature individuals, limitations of antibody responses in the elderly are also associated to qualitative changes that affect antibody specificity, isotype and affinity (Table 2–10).[171,172]

The age-associated limitations of antibody responses result from the influence of a large number of underlying events.[166,173] Responses to T-independent PS vaccines are directly conditioned by a decline in the reservoir of IgM⁺ memory B cells that are present at reduced numbers, differentiate less efficiently into antibody producing cells and thus limit the IgM responses to PS of aged individuals.[174] Antibody responses relying on the induction of germinal centers are also limited in senior subjects. This limitation of GCs limits B cell proliferation and differentiation, limiting the magnitude of antibody responses. It also restricts hypersomatic mutations in Ig genes, such that antibodies are of weaker affinities/functional capacities than those generated in younger individuals.[172] Last, limitations of GCs prevent efficient Ig class switching, resulting into age-associated differences in IgG1 and IgG2 subclass antibodies, e.g., to pneumococcal PS.[175] Numerous factors contribute to limit the induction of GCs in elderly persons, including factors that are intrinsic to B cells[176] and which affect other cell types. As an example, studies in aged mice have convincingly demonstrated the existence of age-related changes in FDCs, whose molecular interactions with B cells are critical for the induction and maintenance of GCs.[177,178] The limited ability of aged subjects to generate high affinity antibody responses also reflects changes in their antibody repertoire, as a result of differences in both B and CD4⁺ T cell response capacity.[178,179]

Age-associated changes in T cell responses are reflected by a progressive decline in naïve T cells, reflecting declining thymic output. This is associated to a marked accumulation of large CD8⁺ clones presumably resulting from prior infections. These

large T cell clones, e.g., elicited in response to cytomegalovirus (CMV) have reached a state of replicative senescence and homeostatic mechanisms negatively influence the size of the naïve and effector memory T cell subsets.[166] In response to influenza immunization healthy elderly mount CD4+ responses initially similar to those of young adults, but which fail to maintain or expand such that T cell responses assessed 3 months after immunization are markedly lower than in younger adults.[180] This does not reflect a functional impairment of CD4+ T memory cells[181] but a shift of the T cell pool from naïve to memory effector CD4+ T cells. The failure to maintain CD4+ responses reflects a lower induction of new effector memory T cells, in relation to lower IL-7 levels.[180,181] Other studies indicated that frail elderly subjects mount blunted and delayed Th1 responses to influenza vaccination, which correlated positively with their reduced total and IgG1 Ab response.[182] Limitations also affect the expansion of infection driven influenza-specific CD8+ T cells.[182] Strategies to enhance vaccine-induced protection in aging individuals thus include the development of vaccine formulations capable of a stronger induction of specific B and T cell responses, for example through the selection of specific adjuvants. Nevertheless, changes in the repertoire may prove difficult to circumvent and limitations of effector memory responses and of GC responses may continue to require the more frequent administration of certain vaccine boosters (e.g., against tetanus or TBE[182]) to compensate for the brevity of B and T cell vaccine-induced responses in elderly individuals.

## References

1. Cooper NR, Nemerow GR. The role of antibody and complement in the control of viral infections. J Invest Dermatol 83:121s–127s, 1984.
2. Bacchetta R, Gregori S, Roncarolo MG. CD4+ regulatory T cells: mechanisms of induction and effector function. Autoimmun Rev 4:491–496, 2005.
3. Igietseme JU, Eko FO, He Q, et al. Antibody regulation of Tcell immunity: implications for vaccine strategies against intracellular pathogens. Expert Rev Vaccines 3:23–34, 2004.
4. Weintraub A. Immunology of bacterial polysaccharide antigens. Carbohydr Res 338:2539–2547, 2003.
5. Lee CJ, Lee LH, Lu CS, et al. Bacterial polysaccharides as vaccines–immunity and chemical characterization. Adv Exp Med Biol 491:453–471, 2001.
6. Jeurissen A, Billiau AD, Moens L, et al. CD4+ T lymphocytes expressing CD40 ligand help the IgM antibody response to soluble pneumococcal polysaccharides via an intermediate cell type. J Immunol 176:529–536, 2006.
7. Malley R, Trzcinski K, Srivastava A, et al. CD4+ T cells mediate antibody-independent acquired immunity to pneumococcal colonization. Proc Natl Acad Sci U S A 102:4848–4853, 2005.
8. Kobrynski LJ, Sousa AO, Nahmias AJ, et al. Cutting edge: antibody production to pneumococcal polysaccharides requires CD1 molecules and CD8+ T cells. J Immunol 174:1787–1790, 2005.
9. Lindberg AA. Polyosides (encapsulated bacteria). C R Acad Sci III 322:925–932, 1999.
10. Lockhart S. Conjugate vaccines. Expert Rev Vaccines 2:633–648, 2003.
11. Hanekom WA. The Immune Response to BCG Vaccination of Newborns. Ann N Y Acad Sci 1062:69–78, 2005.
12. Casadevall A. The methodology for determining the efficacy of antibody-mediated immunity. J Immunol Methods 291:1–10, 2004.
13. Zhang Q, Finn A. Mucosal immunology of vaccines against pathogenic nasopharyngeal bacteria. J Clin Pathol 57:1015–1021, 2004.
14. Mosier DE. HIV-1 envelope evolution and vaccine efficacy. Curr Drug Targets Infect Disord 5:171–177, 2005.
15. Giuliano M, Mastrantonio P, Giammanco A, et al. Antibody responses and persistence in the two years after immunization with two acellular vaccines and one whole-cell vaccine against pertussis. J Pediatr 132:983–988, 1998.
16. Salmaso S, Mastrantonio P, Tozzi AE, et al. Sustained efficacy during the first 6 years of life of 3-component acellular pertussis vaccines administered in infancy: the Italian experience. Pediatrics 108:E81, 2001.
17. Ausiello CM, Lande R, Urbani F, et al. Cell-mediated immunity and antibody responses to Bordetella pertussis antigens in children with a history of pertussis infection and in recipients of an acellular pertussis vaccine. J Infect Dis 181:1989–1995, 2000.
18. Ausiello CM, Lande R, Urbani F, et al. Cell-mediated immune responses in four-year-old children after primary immunization with acellular pertussis vaccines. Infect Immun 67:4064–4071, 1999.
19. Gans HA, Maldonado Y, Yasukawa LL, et al. IL-12, IFN-gamma, and T cell proliferation to measles in immunized infants. J Immunol 162:5569–5575, 1999.
20. Gans HA, Arvin AM, Galinus J, et al. Deficiency of the humoral immune response to measles vaccine in infants immunized at age 6 months. Jama 280:527–532, 1998.
21. Gans HA, Yasukawa LL, Alderson A, et al. Humoral and cell-mediated immune responses to an early 2-dose measles vaccination regimen in the United States. J Infect Dis 190:83–90, 2004.
22. Palucka AK, Laupeze B, Aspord C, et al. Immunotherapy via dendritic cells. Adv Exp Med Biol 560:105–114, 2005.
23. Hoebe K, Janssen E, Beutler B. The interface between innate and adaptive immunity. Nat Immunol 5:971–974, 2004.
24. Barton GM, Medzhitov R. Toll-like receptors and their ligands. Curr Top Microbiol Immunol 270:81–92, 2002.
25. Iwasaki A, Medzhitov R. Toll-like receptor control of the adaptive immune responses. Nat Immunol 5:987–995, 2004.
26. Pashine A, Valiante NM, Ulmer JB. Targeting the innate immune response with improved vaccine adjuvants. Nat Med 11:S63–S68, 2005.
27. Comparative trial of live attenuated measles vaccine in Hong Kong by intramuscular and intradermal injection. Bull World Health Organ 36:375–384, 1967.
28. van Duin D, Medzhitov R, Shaw AC. Triggering TLR signaling in vaccination. Trends Immunol 27:49–55, 2006.
29. Chen W, Gluud C. Vaccines for preventing hepatitis B in health-care workers. Cochrane Database Syst Rev:CD000100, 2005.
30. de Lalla F, Rinaldi E, Santoro D, et al. Immune response to hepatitis B vaccine given at different injection sites and by different routes: a controlled randomized study. Eur J Epidemiol 4:256–258, 1988.
31. Lavelle EC. Generation of improved mucosal vaccines by induction of innate immunity. Cell Mol Life Sci 62:2750–2770, 2005.
32. Mutsch M, Zhou W, Rhodes P, et al. Use of the inactivated intranasal influenza vaccine and the risk of Bell's palsy in Switzerland. N Engl J Med 350:896–903, 2004.
33. Reif K, Ekland EH, Ohl L, et al. Balanced responsiveness to chemoattractants from adjacent zones determines B-cell position. Nature 416:94–99, 2002.
34. MacLennan IC, Toellner KM, Cunningham AF, et al. Extrafollicular antibody responses. Immunol Rev 194:8–18, 2003.
35. Deenick EK, Hasbold J, Hodgkin PD. Decision criteria for resolving isotype switching conflicts by B cells. Eur J Immunol 35:2949–2955, 2005.
36. Vinuesa CG, Tangye SG, Moser B, et al. Follicular B helper T cells in antibody responses and autoimmunity. Nat Rev Immunol 5:853–865, 2005.
37. Flehmig B, Staedele H, Xueref C, et al. Early appearance of neutralizing antibodies after vaccination with an inactivated hepatitis A vaccine. J Infect 35:37–40, 1997.
38. Lucas AH, Reason DC. Polysaccharide vaccines as probes of antibody repertoires in man. Immunol Rev 171:89–104, 1999.
39. Zhou J, Lottenbach KR, Barenkamp SJ, et al. Somatic hypermutation and diverse immunoglobulin gene usage in the human antibody response to the capsular polysaccharide of Streptococcus pneumoniae Type 6B. Infect Immun 72:3505–3514, 2004.
40. Vinuesa CG, Sze DM, Cook MC, et al. Recirculating and germinal center B cells differentiate into cells responsive to polysaccharide antigens. Eur J Immunol 33:297–305, 2003.
41. Weller S, Reynaud CA, Weill JC. Vaccination against encapsulated bacteria in humans: paradoxes. Trends Immunol 26:85–89, 2005.
42. Zandvoort A, Timens W. The dual function of the splenic marginal zone: essential for initiation of anti-TI-2 responses but also vital in the general first-line defense against blood-borne antigens. Clin Exp Immunol 130:4–11, 2002.
43. Timens W, Boes A, Rozeboom-Uiterwijk T, et al. Immaturity of the human splenic marginal zone in infancy. Possible contribution to the deficient infant immune response. J Immunol 143:3200–3206, 1989.
44. Southern J, Deane S, Ashton L, et al. Effects of prior polysaccharide vaccination on magnitude, duration, and quality of immune responses to and safety profile of a meningococcal serogroup C tetanus toxoid conjugate vaccination in adults. Clin Diagn Lab Immunol 11:1100–1104, 2004.
45. Granoff DM, Gupta RK, Belshe RB, et al. Induction of immunologic refractoriness in adults by meningococcal C polysaccharide vaccination. J Infect Dis 178:870–874, 1998.
46. Richmond P, Kaczmarski E, Borrow R, et al. Meningococcal C polysaccharide vaccine induces immunologic hyporesponsiveness in adults that is overcome by meningococcal C conjugate vaccine. J Infect Dis 181:761–764, 2000.
47. Faldella G, Alessandroni R, Magini GM, et al. The preterm infant's antibody response to a combined diphtheria, tetanus, acellular pertussis and hepatitis B vaccine. Vaccine 16:1646–1649, 1998.
48. Lindberg AA. Glycoprotein conjugate vaccines. Vaccine 17Suppl 2:S28–S36, 1999.
49. Baraldo K, Mori E, Bartoloni A, et al. Combined conjugate vaccines: enhanced immunogenicity with the N19 polyepitope as a carrier protein. Infect Immun 73:5835–5841, 2005.
50. Insel RA. Potential alterations in immunogenicity by combining or simultaneously administering vaccine components. Ann N Y Acad Sci 754:35–47, 1995.
51. Bixler GS, Jr., Eby R, Dermody KM, et al. Synthetic peptide representing a T-cell epitope of CRM197 substitutes as carrier molecule in a Haemophilus influenzae type B (Hib) conjugate vaccine. Adv Exp Med Biol 251:175–180, 1989.
52. Benhamou E, Courouce AM, Jungers P, et al. Hepatitis B vaccine: randomized trial of

immunogenicity in hemodialysis patients. Clin Nephrol 21:143–147, 1984.

53. Centers for Disease Control and Prevention. Recommendations for preventing transmission of infections among chronic hemodialysis patients. Recommendations and Reports 50:51–43, 2001.

54. Anttila M, Eskola J, Ahman H, et al. Differences in the avidity of antibodies evoked by four different pneumococcal conjugate vaccines in early childhood. Vaccine 17:1970–1977, 1999.

55. Siegrist CA, Pihlgren M, Tougne C, et al. Co-administration of CpG oligonucleotides enhances the late affinity maturation process of human anti-hepatitis B vaccine response. Vaccine 23:615–622, 2004.

56. Rimaniol AC, Gras G, Verdier F, et al. Aluminum hydroxide adjuvant induces macrophage differentiation towards a specialized antigen-presenting cell type. Vaccine 22:3127–3135, 2004.

57. Newport MJ, Goetghebuer T, Weiss HA, et al. Genetic regulation of immune responses to vaccines in early life. Genes Immun 5:122–129, 2004.

58. Hohler T, Reuss E, Freitag CM, et al. A functional polymorphism in the IL-10 promoter influences the response after vaccination with HBsAg and hepatitis A. Hepatology 42:72–76, 2005.

59. Hohler T, Reuss E, Evers N, et al. Differential genetic determination of immune responsiveness to hepatitis B surface antigen and to hepatitis A virus: a vaccination study in twins. Lancet 360:991–995, 2002.

60. Tan PL, Jacobson RM, Poland GA, et al. Twin studies of immunogenicity–determining the genetic contribution to vaccine failure. Vaccine 19:2434–2439, 2001.

61. Konradsen HB, Henrichsen J, Wachmann H, et al. The influence of genetic factors on the immune response as judged by pneumococcal vaccination of mono- and dizygotic Caucasian twins. Clin Exp Immunol 92:532–536, 1993.

62. Cassidy WM, Watson B, Ioli VA, et al. A randomized trial of alternative two- and three-dose hepatitis B vaccination regimens in adolescents: antibody responses, safety, and immunologic memory. Pediatrics 107:626–631, 2001.

63. Van Der Wielen M, Van Damme P, Collard F. A two dose schedule for combined hepatitis A and hepatitis B vaccination in children ages one to eleven years. Pediatr Infect Dis J 19:848–853, 2000.

64. Shapiro-Shelef M, Calame K. Regulation of plasma-cell development. Nat Rev Immunol 5:230–242, 2005.

65. Minges Wols HA, Underhill GH, Kansas GS, et al. The role of bone marrow-derived stromal cells in the maintenance of plasma cell longevity. J Immunol 169:4213–4221, 2002.

66. Manz RA, Hauser AE, Hiepe F, et al. Maintenance of serum antibody levels. Annu Rev Immunol 23:367–386, 2005.

67. Honorati MC, Palareti A, Dolzani P, et al. A mathematical model predicting anti-hepatitis B virus surface antigen (HBs) decay after vaccination against hepatitis B. Clin Exp Immunol 116:121–126, 1999.

68. Van Herck K, Beutels P, Van Damme P, et al. Mathematical models for assessment of long-term persistence of antibodies after vaccination with two inactivated hepatitis A vaccines. J Med Virol 60:1–7, 2000.

69. Bock HL, Loscher T, Scheiermann N, et al. Accelerated Schedule for Hepatitis B Immunization. J Travel Med 2:213–217, 1995.

70. Nothdurft HD, Dietrich M, Zuckerman JN, et al. A new accelerated vaccination schedule for rapid protection against hepatitis A and B. Vaccine 20:1157–1162, 2002.

71. Odendahl M, Mei H, Hoyer BF, et al. Generation of migratory antigen-specific plasma blasts and mobilization of resident plasma cells in a secondary immune response. Blood 105:1614–1621, 2005.

72. McHeyzer-Williams LJ, McHeyzer-Williams MG. Antigen-specific memory B cell development. Annu Rev Immunol 23:487–513, 2005.

73. Pichichero ME, Voloshen T, Passador S. Kinetics of booster responses to Haemophilus influenzae type b conjugate after combined diphtheria-tetanus-acellular pertussis-Haemophilus influenzae type b vaccination in infants. Pediatr Infect Dis J 18:1106–1108, 1999.

74. Brown SE, Howard CR, Zuckerman AJ, et al. Affinity of antibody responses in man to hepatitis B vaccine determined with synthetic peptides. Lancet 2:184–187, 1984.

75. Ekstrom N, Ahman H, Verho J, et al. Kinetics and avidity of antibodies evoked by heptavalent pneumococcal conjugate vaccines PncCRM and PncOMPC in the Finnish Otitis Media Vaccine Trial. Infect Immun 73:369–377, 2005.

76. Goldblatt D, Vaz AR, Miller E. Antibody avidity as a surrogate marker of successful priming by Haemophilus influenzae type b conjugate vaccines following infant immunization. J Infect Dis 177:1112–1115, 1998.

77. Zanetti AR, Mariano A, Romano L, et al. Long-term immunogenicity of hepatitis B vaccination and policy for booster: an Italian multicentre study. Lancet 366:1379–1384, 2005.

78. Duval B, Gilca V, Boulianne N, et al. Comparative long term immunogenicity of two recombinant hepatitis B vaccines and the effect of a booster dose given after five years in a low endemicity country. Pediatr Infect Dis J 24:213–218, 2005.

79. Ahman H, Kayhty H, Vuorela A, et al. Dose dependency of antibody response in infants and children to pneumococcal polysaccharides conjugated to tetanus toxoid. Vaccine 17:2726–2732, 1999.

80. Borrow R, Goldblatt D, Finn A, et al. Immunogenicity of, and immunologic memory to, a reduced primary schedule of meningococcal C-tetanus toxoid conjugate vaccine in infants in the United kingdom. Infect Immun 71:5549–5555, 2003.

81. Blum MD, Dagan R, Mendelman PM, et al. A comparison of multiple regimens of pneumococcal polysaccharide-meningococcal outer membrane protein complex conjugate vaccine and pneumococcal polysaccharide vaccine in toddlers. Vaccine 18:2359–2367, 2000.

82. Huebner RE, Mbelle N, Forrest B, et al. Long-term antibody levels and booster responses in South African children immunized with nonavalent pneumococcal conjugate vaccine. Vaccine 22:2696–2700, 2004.

83. Gray D, Skarvall H. B-cell memory is short-lived in the absence of antigen. Nature 336:70–73, 1988.

84. Crotty S, Felgner P, Davies H, et al. Cutting edge: long-term B cell memory in humans after smallpox vaccination. J Immunol 171:4969–4973, 2003.

85. Maruyama M, Lam KP, Rajewsky K. Memory B-cell persistence is independent of persisting immunizing antigen. Nature 407:636–642, 2000.

86. Bernasconi NL, Traggiai E, Lanzavecchia A. Maintenance of serological memory by polyclonal activation of human memory B cells. Science 298:2199–2202, 2002.

87. Trotter CL, Andrews NJ, Kaczmarski EB, et al. Effectiveness of meningococcal serogroup C conjugate vaccine 4 years after introduction. Lancet 364:365–367, 2004.

88. Golaz A, Hardy IR, Glushkevich TG, et al. Evaluation of a single dose of diphtheria-tetanus toxoids among adults in Odessa, Ukraine, 1995: immunogenicity and adverse reactions. J Infect Dis 181Suppl 1:S203–S207, 2000.

89. Young BW, Lee SS, Lim WL, et al. The long-term efficacy of plasma-derived hepatitis B vaccine in babies born to carrier mothers. J Viral Hepat 10:23–30, 2003.

90. Lin YC, Chang MH, Ni YH, et al. Long-term immunogenicity and efficacy of universal hepatitis B virus vaccination in Taiwan. J Infect Dis 187:134–138, 2003.

91. Whittle HC, Maine N, Pilkington J, et al. Long-term efficacy of continuing hepatitis B vaccination in infancy in two Gambian villages. Lancet 345:1089–1092, 1995.

92. Makela PH, Kayhty H, Leino T, et al. Long-term persistence of immunity after immunisation with Haemophilus influenzae type b conjugate vaccine. Vaccine 22:287–292, 2003.

93. Weinberg GA, Einhorn MS, Lenoir AA, et al. Immunologic priming to capsular polysaccharide in infants immunized with Haemophilus influenzae type b polysaccharide-Neisseria meningitidis outer membrane protein conjugate vaccine. J Pediatr 111:22–27, 1987.

94. McVernon J, Johnson PD, Pollard AJ, et al. Immunologic memory in Haemophilus influenzae

type b conjugate vaccine failure. Arch Dis Child 88:379–383, 2003.

95. Ramsay ME, McVernon J, Andrews NJ, et al. Estimating Haemophilus influenzae type b vaccine effectiveness in England and Wales by use of the screening method. J Infect Dis 188:481–485, 2003.

96. McVernon J, Andrews N, Slack MP, et al. Risk of vaccine failure after Haemophilus influenzae type b (Hib) combination vaccines with acellular pertussis. Lancet 361:1521–1523, 2003.

97. Richmond P, Borrow R, Miller E, et al. Meningococcal serogroup C conjugate vaccine is immunogenic in infancy and primes for memory. J Infect Dis 179:1569–1572, 1999.

98. Lee GM, Lebaron C, Murphy TV, et al. Pertussis in adolescents and adults: should we vaccinate? Pediatrics 115:1675–1684, 2005.

99. Abbink F, Buisman AM, Doornbos G, et al. Poliovirus-specific memory immunity in seronegative elderly people does not protect against virus excretion. J Infect Dis 191:990–999, 2005.

100. Davidkin I, Peltola H, Leinikki P, et al. Duration of rubella immunity induced by two-dose measles, mumps and rubella (MMR) vaccination. A 15-year follow-up in Finland. Vaccine 18:3106–3112, 2000.

101. Randolph GJ, Angeli V, Swartz MA. Dendritic-cell trafficking to lymph nodes through lymphatic vessels. Nat Rev Immunol 5:617–628, 2005.

102. Groothuis TA, Griekspoor AC, Neijssen JJ, et al. MHC class I alleles and their expression of the antigen-processing machinery. Immunol Rev 207:60–76, 2005.

103. Shastri N, Cardinaud S, Schwab SR, et al. All the peptides that fit: the beginning, the middle, and the end of the MHC class I antigen-processing pathway. Immunol Rev 207:31–41, 2005.

104. Jutras I, Desjardins M. Phagocytosis: at the crossroads of innate and adaptive immunity. Annu Rev Cell Dev Biol 21:511–527, 2005.

105. Kapsenberg ML. Dendritic-cell control of pathogen-driven T-cell polarization. Nat Rev Immunol 3:984–993, 2003.

106. Krogsgaard M, Davis MM. How T cells 'see' antigen. Nat Immunol 6:239–245, 2005.

107. O'Garra A, Robinson D. Development and function of T helper 1 cells. Adv Immunol 83:133–162, 2004.

108. Stetson DB, Voehringer D, Grogan JL, et al. Th2 cells: orchestrating barrier immunity. Adv Immunol 83:163–189, 2004.

109. Swain SL. CD4 T cell development and cytokine polarization: an overview. J Leukoc Biol 57:795–798, 1995.

110. Yewdell JW, Haeryfar SM. Understanding presentation of viral antigens to CD8+ T cells in vivo: the key to rational vaccine design. Annu Rev Immunol 23:651–682, 2005.

111. Robinson HL, Amara RR. T cell vaccines for microbial infections. Nat Med 11:S25–S32, 2005.

112. Dannull J, Su Z, Rizzieri D, et al. Enhancement of vaccine-mediated antitumor immunity in cancer patients after depletion of regulatory T cells. J Clin Invest 115:3623–3633, 2005.

113. Wherry EJ, Puorro KA, Porgador A, et al. The induction of virus-specific CTL as a function of increasing epitope expression: responses rise steadily until excessively high levels of epitope are attained. J Immunol 163:3735–3745, 1999.

114. McShane H, Hill A. Prime-boost immunisation strategies for tuberculosis. Microbes Infect 7:962–967, 2005.

115. Dunachie SJ, Hill AV. Prime-boost strategies for malaria vaccine development. J Exp Biol 206:3771–3779, 2003.

116. Malkevitch NV, Robert-Guroff M. A call for replicating vector prime-protein boost strategies in HIV vaccine design. Expert Rev Vaccines 3: S105–S117, 2004.

117. Lanzavecchia A, Sallusto F. Understanding the generation and function of memory T cell subsets. Curr Opin Immunol 17:326–332, 2005.

118. Huehn J, Siegmund K, Hamann A. Migration rules: functional properties of naive and effector/memory-like regulatory T cell subsets. Curr Top Microbiol Immunol 293:89–114, 2005.

119. Marsden VS, Kappler JW, Marrack PC. Homeostasis of the memory T cell pool. Int Arch Allergy Immunol 139:63–74, 2006.

120. Combadiere B, Boissonnas A, Carcelain G, et al. Distinct time effects of vaccination on long-term proliferative and IFN-gamma-producing T cell memory to smallpox in humans. J Exp Med 199:1585–1593, 2004.

121. Kennedy JS, Frey SE, Yan L, et al. Induction of human T cell-mediated immune responses after primary and secondary smallpox vaccination. J Infect Dis 190:1286–1294, 2004.

122. Hammarlund E, Lewis MW, Hansen SG, et al. Duration of antiviral immunity after smallpox vaccination. Nat Med 9:1131–1137, 2003.

123. Fine PE. Non-specific 'non-effects' of vaccination. BMJ 329:1297–1298, 2004.

124. Shann F. Heterologous immunity and the nonspecific effects of vaccines: a major medical advance? Pediatr Infect Dis J 23:555–558, 2004.

125. Oldstone MB. Molecular mimicry and immune-mediated diseases. Faseb J 12:1255–1265, 1998.

126. Di Genova G, Roddick J, McNicholl F, et al. Vaccination of human subjects expands both specific and bystander memory T-cells, but antibody production remains vaccine-specific. Blood 107:2806–2813, 2006.

127. Huang SS, Platt R, Rifas-Shiman SL, et al. Post-PCV7 changes in colonizing pneumococcal serotypes in 16 Massachusetts communities, 2001 and 2004. Pediatrics 116:e408–e413, 2005.

128. Mayer S, Laramee M, Mackensen A, et al. Analysis of the immune response against tetanus toxoid: enumeration of specific T helper cells by the Elispot assay. Immunobiology 205:282–289, 2002.

129. Wraith DC, Goldman M, Lambert PH. Vaccination and autoimmune disease: what is the evidence? Lancet 362:1659–1666, 2003.

130. Vieira GF, Chies JA. Immunodominant viral peptides as determinants of cross-reactivity in the immune system–Can we develop wide spectrum viral vaccines? Med Hypotheses 65:873–879, 2005.

131. Cunha SS, Rodrigues LC, Pedrosa V, et al. Neonatal BCG protection against leprosy: a study in Manaus, Brazilian Amazon. Lepr Rev 75:357–366, 2004.

132. Hammarlund E, Lewis MW, Carter SV, et al. Multiple diagnostic techniques identify previously vaccinated individuals with protective immunity against monkeypox. Nat Med 11:1005–1011, 2005.

133. Gaglani MJ, Piedra PA, Herschler GB, et al. Direct and total effectiveness of the intranasal, live-attenuated, trivalent cold-adapted influenza virus vaccine against the 2000–2001 influenza A(H1N1) and B epidemic in healthy children. Arch Pediatr Adolesc Med 158:65–73, 2004.

134. Belshe RB, Gruber WC, Mendelman PM, et al. Correlates of immune protection induced by live, attenuated, cold-adapted, trivalent, intranasal influenza virus vaccine. J Infect Dis 181:1133–1137, 2000.

135. Hviid A, Wohlfahrt J, Stellfeld M, et al. Childhood vaccination and nontargeted infectious disease hospitalization. Jama 294:699–705, 2005.

136. Offit PA, Quarles J, Gerber MA, et al. Addressing parents' concerns: do multiple vaccines overwhelm or weaken the infant's immune system? Pediatrics 109:124–129, 2002.

137. Kruschinski C, Zidan M, Debertin AS, et al. Age-dependent development of the splenic marginal zone in human infants is associated with different causes of death. Hum Pathol 35:113–121, 2004.

138. Siegrist CA. Neonatal and early life vaccinology. Vaccine 19:3331–3346, 2001.

139. Einhorn MS, Weinberg GA, Anderson EL, et al. Immunogenicity in infants of Haemophilus influenzae type B polysaccharide in a conjugate vaccine with Neisseria meningitidis outer-membrane protein. Lancet 2:299–302, 1986.

140. Slack MH, Schapira D, Thwaites RJ, et al. Responses to a fourth dose of Haemophilus influenzae type B conjugate vaccine in early life. Arch Dis Child Fetal Neonatal Ed 89:F269–F271, 2004.

141. Vazquez M, LaRussa PS, Gershon AA, et al. Effectiveness over time of varicella vaccine. Jama 291:851–855, 2004.

142. Siegrist CA. Mechanisms by which maternal antibodies influence infant vaccine responses: review of hypotheses and definition of main determinants. Vaccine 21:3406–3412, 2003.

143. Pihlgren M, Tougne C, Bozzotti P, et al. Unresponsiveness to lymphoid-mediated signals at the neonatal follicular dendritic cell precursor level contributes to delayed germinal center induction and limitations of neonatal antibody responses to T-dependent antigens. J Immunol 170:2824–2832, 2003.

144. Tiru M, Hallander HO, Gustafsson L, et al. Diphtheria antitoxin response to DTP vaccines used in Swedish pertussis vaccine trials, persistence and projection for timing of booster. Vaccine 18:2295–2306, 2000.

145. Pihlgren M, Friedli M, Tougne C, et al. Reduced ability of neonatal and early-life bone marrow stromal cells to support plasmablast survival. J Immunol 176:165–172, 2006.

146. Longworth E, Borrow R, Goldblatt D, et al. Avidity maturation following vaccination with a meningococcal recombinant hexavalent PorA OMV vaccine in UK infants. Vaccine 20:2592–2596, 2002.

147. Pichichero ME, Voloshen T, Zajac D, et al. Avidity maturation of antibody to Haemophilus influenzae type b (Hib) after immunization with diphtheria-tetanus-acellular pertussis-hib-hepatitis B combined vaccine in infants. J Infect Dis 180:1390–1393, 1999.

148. Goldblatt D, Richmond P, Millard E, et al. The induction of immunologic memory after vaccination with Haemophilus influenzae type b conjugate and acellular pertussis-containing diphtheria, tetanus, and pertussis vaccine combination. J Infect Dis 180:538–541, 1999.

149. Vekemans J, Ota MO, Wang EC, et al. T cell responses to vaccines in infants: defective IFNgamma production after oral polio vaccination. Clin Exp Immunol 127:495–498, 2002.

150. Ota MO, Vekemans J, Schlegel-Haueter SE, et al. Hepatitis B immunisation induces higher antibody and memory Th2 responses in new-borns than in adults. Vaccine 22:511–519, 2004.

151. Rowe J, Macaubas C, Monger T, et al. Heterogeneity in diphtheria-tetanus-acellular pertussis vaccine-specific cellular immunity during infancy: relationship to variations in the kinetics of postnatal maturation of systemic th1 function. J Infect Dis 184:80–88, 2001.

152. Vekemans J, Amedei A, Ota MO, et al. Neonatal bacillus Calmette–Guérin vaccination induces adult-like IFN-gamma production by CD4+ T lymphocytes. Eur J Immunol 31:1531–1535, 2001.

153. Goriely S, Vincart B, Stordeur P, et al. Deficient IL-12(p35) gene expression by dendritic cells derived from neonatal monocytes. J Immunol 166:2141–2146, 2001.

154. De Wit D, Olislagers V, Goriely S, et al. Blood plasmacytoid dendritic cell responses to CpG oligodeoxynucleotides are impaired in human newborns. Blood 103:1030–1032, 2004.

155. Simister NE. Placental transport of immunoglobulin G. Vaccine 21:3365–3369, 2003.

156. Albrecht P, Ennis FA, Saltzman EJ, et al. Persistence of maternal antibody in infants beyond 12 months: mechanism of measles vaccine failure. J Pediatr 91:715–718, 1977.

157. Jelonek MT, Maskrey JL, Steimer KS, et al. Maternal monoclonal antibody to the V3 loop alters specificity of the response to a human immunodeficiency virus vaccine. J Infect Dis 174:866–869, 1996.

158. Kurikka S, Olander RM, Eskola J, et al. Passively acquired anti-tetanus and anti-Haemophilus influenzae type b antibodies and the response to Haemophilus influenzae type b-tetanus toxoid conjugate vaccine in infancy. Pediatr Infect Dis J 15:530–535, 1996.

159. Nohynek H, Gustafsson L, Capeding MR, et al. Effect of transplacentally acquired tetanus antibodies on the antibody responses to Haemophilus influenzae type b-tetanus toxoid conjugate and tetanus toxoid vaccines in Filipino infants. Pediatr Infect Dis J 18:25–30, 1999.

160. Dagan R, Amir J, Mijalovsky A, et al. Immunization against hepatitis A in the first year of life: priming despite the presence of maternal antibody. Pediatr Infect Dis J 19:1045–1052, 2000.

161. Dagan R, Ashkenazi S, Amir J, et al. High-dose inactivated Hepatitis A vaccine (HD-HAV-VAC) in infants: comparison of response in the presence versus absence of maternally-derived antibodies (MatAb). Proceedings of the 38th Annual ICAAC, 1998. San Diego, California.

162. Cutts FT, Nyandu B, Markowitz LE, et al. Immunogenicity of high-titre AIK-C or Edmonston-Zagreb vaccines in 3.5-month-old infants, and of medium- or high-titre Edmonston-Zagreb vaccine in 6-month-old infants, in Kinshasa, Zaire. Vaccine 12:1311–1316, 1994.

163. Pabst HF, Spady DW, Carson MM, et al. Cell-mediated and antibody immune responses to AIK-C and Connaught monovalent measles vaccine given to 6 month old infants. Vaccine 17:1910–1918, 1999.

164. Rowe J, Poolman JT, Macaubas C, et al. Enhancement of vaccine-specific cellular immunity in infants by passively acquired maternal antibody. Vaccine 22:3986–3992, 2004.

165. LeMaoult J, Delassus S, Dyall R, et al. Clonal expansions of B lymphocytes in old mice. J Immunol 159:3866–3874, 1997.

166. Frasca D, Riley RL, Blomberg BB. Humoral immune response and B-cell functions including immunoglobulin class switch are downregulated in aged mice and humans. Semin Immunol 17:378–384, 2005.

167. Murasko DM, Bernstein ED, Gardner EM, et al. Role of humoral and cell-mediated immunity in protection from influenza disease after immunization of healthy elderly. Exp Gerontol 37:427–439, 2002.

168. Gardner EM, Bernstein ED, Dran S, et al. Characterization of antibody responses to annual influenza vaccination over four years in a healthy elderly population. Vaccine 19:4610–4617, 2001.

169. Hainz U, Jenewein B, Asch E, et al. Insufficient protection for healthy elderly adults by tetanus and TBE vaccines. Vaccine 23:3232–3235, 2005.

170. Artz AS, Ershler WB, Longo DL. Pneumococcal vaccination and revaccination of older adults. Clin Microbiol Rev 16:308–318, 2003.

171. Weksler ME. Changes in the B-cell repertoire with age. Vaccine 18:1624–1628, 2000.

172. Romero-Steiner S, Musher DM, Cetron MS, et al. Reduction in functional antibody activity against Streptococcus pneumoniae in vaccinated elderly individuals highly correlates with decreased IgG antibody avidity. Clin Infect Dis 29:281–288, 1999.

173. Linton PJ, Dorshkind K. Age-related changes in lymphocyte development and function. Nat Immunol 5:133–139, 2004.

174. Shi Y, Yamazaki T, Okubo Y, et al. Regulation of aged humoral immune defense against pneumococcal bacteria by IgM memory B cell. J Immunol 175:3262–3267, 2005.

175. Lottenbach KR, Mink CM, Barenkamp SJ, et al. Age-associated differences in immunoglobulin G1 (IgG1) and IgG2 subclass antibodies to pneumococcal polysaccharides following vaccination. Infect Immun 67:4935–4938, 1999.

176. Burns EA, Lum LG, Seigneuret MC, et al. Decreased specific antibody synthesis in old adults: decreased potency of antigen-specific B cells with aging. Mech Ageing Dev 53:229–241, 1990.

177. Aydar Y, Balogh P, Tew JG, et al. Follicular dendritic cells in aging, a 'bottle-neck' in the humoral immune response. Ageing Res Rev 3:15–29, 2004.

178. Zheng B, Han S, Takahashi Y, et al. Immunosenescence and germinal center reaction. Immunol Rev 160:63–77, 1997.

179. Song H, Price PW, Cerny J. Age-related changes in antibody repertoire: contribution from T cells. Immunol Rev 160:55–62, 1997.

180. Kang I, Hong MS, Nolasco H, et al. Age-associated change in the frequency of memory CD4+ T cells impairs long term CD4+ T cell responses to influenza vaccine. J Immunol 173:673–681, 2004.

181. Kovaiou RD, Weiskirchner I, Keller M, et al. Age-related differences in phenotype and function of CD4+ T cells are due to a phenotypic shift from naive to memory effector CD4+ T cells. Int Immunol 17:1359–1366, 2005.

182. Deng Y, Jing Y, Campbell AE, et al. Age-related impaired type 1 T cell responses to influenza: reduced activation ex vivo, decreased expansion in CTL culture in vitro, and blunted response to influenza vaccination in vivo in the elderly. J Immunol 172:3437–3446, 2004.

Joint Claim Construction Brief

# EXHIBIT 33

Español | Other Languages

[Vaccines & Immunizations]



## Vaccines & Immunizations

Vaccines & Immunizations Home

# Glossary

## A

**Acellular vaccine:** Listen ◉ [MP3]
A vaccine containing partial cellular material as opposed to complete cells.

**Acquired Immune Deficiency Syndrome (AIDS):** A medical condition where the immune system cannot function properly and protect the body from disease. As a result, the body cannot defend itself against infections (like pneumonia). AIDS is caused by the Human Immunodeficiency Virus (HIV). This virus is spread through direct contact with the blood and body fluids of an infected individual. High risk activities include unprotected sexual intercourse and intravenous drug use (sharing needles). There is no cure for AIDS; however, research efforts to develop a vaccine are ongoing.

**Active immunity:** The production of antibodies against a specific disease by the immune system. Active immunity can be acquired in two ways, either by contracting the disease or through vaccination. Active immunity is usually long-lasting, but individuals may remain susceptible to variants of the etiologic agent or to milder presentation of the disease.

**Acute:** Listen ◉ [MP3]
Short-term, intense (as in a health effect).

**Adjuvant:** Listen ◉ [MP3]
A vaccine component distinct from the antigen that enhances the immune response to the antigen.

**Adverse event:** An undesirable medical condition that occurs following vaccination, which might be associated to the vaccine or its components, or which might be pure coincidence.

**Advisory Committee on Immunization Practices (ACIP):** A group of medical and public health experts who develop recommendations on the use of vaccines in the U.S. civilian population. The recommendations stand as public health guidance for the safe use of vaccines and related biological products.

**Allergy:** A condition in which the body has an exaggerated response to a substance such as a food or drug. Also known as hypersensitivity.

**Anaphylaxis:** Listen ◉ [MP3]
An immediate and severe allergic reaction to a substance such as a food or drug. Symptoms of anaphylaxis include breathing difficulties, loss of consciousness, and a drop in blood pressure. This condition can be fatal and requires immediate medical attention.

**Anthrax:** Listen ◉ [MP3]
An acute infectious disease caused by the spore-forming bacterium *Bacillus anthracis*. Anthrax most commonly occurs in hoofed mammals but can infect humans.

**Antibiotic:** Listen ◉ [MP3]
A substance that fights bacteria.

**Antibody:** Listen ◉ [MP3]
A protein found in the blood, produced in response to foreign substances (e.g., bacteria or viruses) invading the body. Antibodies protect the body from disease by binding to invading organisms and destroying them.

**Antigens:** Listen ◉ [MP3]
Foreign substances (e.g., bacteria or viruses) in the body that are capable of causing disease. The presence of antigens in the body triggers an immune response, usually the production of antibodies.

**Antitoxin:** Listen ◉ [MP3]
A solution of antibodies against a toxin. Antitoxin can be derived from either human (e.g., tetanus immune globulin) or animal (usually equine) sources (e.g., diphtheria and botulism antitoxin). Antitoxins are used to confer passive immunity and for treatment.

**Antiviral:** Literally "against-virus" — a medicine capable of destroying or weakening a virus.

**Arthralgia:** Listen ◉ [MP3]
Joint pain.

**Arthritis:** A medical condition characterized by inflammation of the joints, which causes pain and difficulty moving.

**Association:** The degree to which the occurrence of two variables or events is linked. Association describes a situation where the likelihood of one event occurring is related to the presence of another event or variable. However, an association between two variables does not necessarily imply a cause-and-effect relationship. The term association and relationship are often used interchangeably. See causal and temporal association.

**Asthma:** A chronic medical condition in which the bronchial tubes (in the lungs) become easily irritated. This irritation leads to constriction of the airways, which results in wheezing, coughing, difficulty breathing and production of thick mucus. The cause of asthma is not yet known, but environmental triggers, drugs, food allergies, exercise, infection, and stress all have been implicated.

**Asymptomatic infection:** Listen ◉ [MP3]
The presence of an infection without symptoms. Also known as inapparent or subclinical infection.

**Attenuated vaccine:** Listen ◉ [MP3]
A vaccine in which a live virus is weakened (attenuated) through chemical or physical processes in order to produce an immune response without the severe effects of the disease. Attenuated vaccines currently licensed in the United States include measles, mumps, rubella, varicella, rotavirus, yellow fever, smallpox, and some formulations of influenza and typhoid vaccines.

**Autism spectrum disorder (ASD):** A developmental disability that can cause significant social, communication, and behavioral challenges. ASD is usually diagnosed between 18 and 30 months of age. At this time, the cause of autism is not known although many experts believe it to be a genetically based disorder that occurs before birth.

# B

**B cells:** Small white blood cells that help the body defend itself against infection. B cells are produced in bone marrow and can develop into plasma cells which produce antibodies. Also known as B lymphocytes.

**Bacteria:** Tiny one-celled organisms present throughout the environment that require a microscope to be seen. While not all bacteria are harmful, some cause disease. Examples of bacterial disease include diphtheria, pertussis, tetanus, respiratory tract infections caused by *Haemophilus influenzae* and pneumococcus.

**Bias:** Flaws or undesired effects in the collection, analysis, or interpretation of research data that lead to incorrect or inaccurate conclusions.

**Biological plausibility:** A causal association (or relationship between two factors) consistent with existing medical knowledge.

**Bone marrow:** Soft tissue located within bones that produces all blood cells, including the ones that fight infection.

**Booster shots:** Additional doses of a vaccine needed periodically to "boost" the immune system and "reactivate" a immune response already developed by an individual. For example, a tetanus and diphtheria (Td) vaccine booster is recommended for adults every ten years.

**Brachial neuritis:** Listen ◉ [MP3]
Inflammation of nerves in the arm causing muscle weakness and pain.

**Breakthrough infection:** Development of a disease despite a person's having been vaccinated.

# C

**Causal association:** Listen ◉ [MP3]
A relation in which the presence or absence of a variable (e.g. smoking) is responsible for an increase or decrease in another variable (e.g. cancer). A change in exposure leads to a change in the outcome of interest.

**Chickenpox:** See Varicella.

**Chronic health condition:** A health-related state (e.g., cancer, asthma) that lasts for a long period of time.

**Combination vaccine:** A product containing components that can be divided equally into independently available routine vaccines.

**Communicable:** That which can be transmitted from one person or animal to another, infectious.

**COVID-19:** A disease caused by the SARS-CoV-2 virus. Symptoms can include fever or chills, cough, shortness of breath, difficulty breathing, fatigue, new loss of taste or smell, and more.

**Crohn's Disease:** Listen ◉ [MP3]
A chronic medical condition characterized by inflammation of the bowel. Symptoms include abdominal pain, diarrhea, fever, loss of appetite, and weight loss. The cause of Crohn's disease is not yet known, but genetic, dietary, and infectious factors may play a part.

**Community immunity:** A situation in which a sufficient proportion of a population is immune to an infectious disease (through vaccination and/or prior illness) to make its spread from person to person unlikely. Even individuals not vaccinated (such as newborns and those with chronic illnesses) are offered some protection because the disease has little opportunity to spread within the community. Also known as herd immunity.

**Conjugate vaccine:** Listen ◉ [MP3]
A vaccine in which two compounds (usually a protein and polysaccharide) are joined to each other to increase the vaccine's effectiveness.

**Conjunctivitis:** Listen ◉ [MP3]
Inflammation of the mucous membranes surrounding the eye causing the area to become red and irritated. The membranes may be irritated because of exposure to heat, cold, or chemicals. This condition is also caused by viruses, bacteria, or allergies.

**Contraindication:** Listen ◉ [MP3]
A condition in a recipient that increases their risk for a serious adverse reaction.

**Convulsion:** See Seizure.

**Crib or Cot Death:** See Sudden Infant Death Syndrome (SIDS).

# D

**Deltoid:** Listen ◉ [MP3]

A muscle in the upper arm where shots are usually given.

**Demyelinating disorders:** Listen ◉ [MP3]A medical condition in which the myelin sheath is damaged. The myelin sheath surrounds nerves and facilitates the transmission of impulses to the brain. Damage to the myelin sheath results in muscle weakness, poor coordination, and possible paralysis. Examples of demyelinating disorders include Multiple Sclerosis (MS), optic neuritis, transverse neuritis, and Guillain-Barre Syndrome (GBS).

**Diabetes:** A chronic health condition in which the body is unable to produce insulin or the insulin itself does not properly break down sugar (glucose) in the blood. Symptoms include hunger, thirst, excessive urination, dehydration, and weight loss. The treatment of diabetes may require daily insulin injections or oral medications to increase insulin production or activity in the body. Complications can include heart disease, stroke, neuropathy, poor circulation leading to loss of limbs, hearing impairment, vision problems, and death.

**Diphtheria:** Listen ◉ [MP3]

A potentially fatal bacterial disease of the respiratory tract marked by the formation of a membrane around the tonsils, especially in the throat.

**Disease:** Sickness, illness or loss of health.

# E

**Efficacy rate:** Listen ◉ [MP3]

A measure used to describe how effective a vaccine is at preventing disease.

**Encephalitis:** Listen ◉ [MP3]

Inflammation of the brain. Encephalitis can result in permanent brain damage or death.

**Encephalopathy:** Listen ◉ [MP3]

A general term describing brain dysfunction. Examples include encephalitis, meningitis, seizures, and the effects of head trauma.

**Epidemic:** Listen ◉ [MP3]

The occurrence of disease within a specific geographical area or population in excess of what is normally expected.

**Endemic:** Listen ◉ [MP3]

Present in a given area, though usually at low or baseline levels.

**Erythema Multiforme:** Listen ◉ [MP3]

A medical condition characterized by inflammation of the skin or mucous membranes (including the mouth, throat, and eyes). Erythema Multiforme has been reported following several infections. Symptoms persist anywhere from 2 days to 4 weeks and include skin lesions, blisters, itching, fatigue, joint pain, and fever.

**Etiology:** Listen ◉ [MP3]

The cause of.

**Exposure:** Contact with infectious agents such as bacteria or viruses in a manner that promotes transmission and increases the likelihood of disease.

## F

**Febrile:** Listen ◉ [MP3]
Relating to fever; feverish.

## G

**Guillain-Barre Syndrome (GBS):** Listen ◉ [MP3]
A rare neurological disease characterized by loss of reflexes and temporary paralysis. Symptoms include weakness, numbness, tingling, and increased sensitivity that spreads over the body. Muscle paralysis starts in the feet and legs, then moves upwards to the arms and hands. Paralysis can affect the respiratory muscles and cause breathing difficulties. Symptoms usually appear over the course of one day and may continue to progress for 3–4 days and up to 3–4 weeks. Recovery begins within 2–4 weeks after the progression stops. While most patients recover, approximately 15%–20% experience persistent symptoms. GBS is fatal in 5% of cases.

## H

*Haemophilus influenzae* type b (Hib): Listen ◉ [MP3]
A bacterium that can cause severe respiratory infections (including pneumonia), otitis, and diseases such as meningitis.

**Hepatitis A:** An acute viral disease of the liver transmitted through contaminated food or water.

**Hepatitis B:** A viral liver disease transmitted by infected blood or blood products, or through unprotected sex with someone who is infected.

**Hepatitis C:** A viral liver disease caused by the Hepatitis C virus (HCV), which is found in the blood of persons who have the disease. HCV is spread by contact with the blood and body fluids of an infected person.

**Hepatitis D:** A viral liver diseases caused by a virus that needs the hepatitis B virus to exist. Hepatitis D virus (HDV) is found in the blood of persons infected with the virus.

**Hepatitis E:** A viral liver disease transmitted in much the same way as hepatitis A virus. Generally, it is more severe for pregnant women.

**Herd immunity:** See Community immunity.

**Herpes Zoster:** A disease characterized by painful skin lesions that occur mainly on the trunk (back and stomach) of the body but can also develop on the face and in the mouth. Complications include headache, vomiting, fever, and meningitis. Recovery can take up to 5 weeks. Herpes Zoster is caused by the same virus responsible for chickenpox. Most people are exposed to this virus during childhood. After the primary infection (chickenpox), the virus becomes dormant, or inactivated. In some people the virus reactivates years, or even decades, later and causes herpes zoster. Also known as the shingles.

**Hives:** The eruption of red marks on the skin that are usually accompanied by itching. This condition can be caused by an allergy (e.g., to a food or drug), stress, infection, or physical agents such as heat or cold. Also known as uticaria.

**Hypersensitivity:** Listen ◉ [MP3]
A condition in which the body has an exaggerated response to a substance such as a food or drug. Also known as allergy.

**Hyposensitivity:** Listen ◉ [MP3]
A condition in which the body has a weakened or delayed reaction to a substance.

I

**Immunoglobulin:** Listen ⊙ [MP3]
A protein found in the blood that fights infection. Also known as gamma globulin.

**Immune system:** The complex system in the body responsible for fighting disease. Its primary function is to identify foreign substances in the body (bacteria, viruses, fungi, or parasites) and develop a defense against them. This defense is known as the immune response. It involves production of protein molecules called antibodies to eliminate foreign organisms from the body.

**Immunity:** Protection against a disease. There are two types of immunity, passive and active. Immunity is indicated by the presence of antibodies or other components in the blood and can usually be determined with a laboratory test. See active and passive immunity.

**Immunization:** Listen ⊙ [MP3]
The process of being made immune or resistant to an infectious disease, typically by the administration of a vaccine. It implies that a vaccine will trigger an immune response.

**Immunosupression:** Listen ⊙ [MP3]
A condition in which the immune system is unable to protect the body from disease. This condition can be caused by diseases such as HIV infection or cancer or by certain drugs, such as steroids or those used in chemotherapy. Individuals whose immune systems are compromised should not receive live, attenuated vaccines.

**Inactivated vaccine:** Listen ⊙ [MP3]
A vaccine made from viruses and bacteria that have been killed through physical or chemical processes, or contain parts proteins of the infectious agents. These killed organisms cannot cause disease.

**Inapparent infection:** The presence of infection without symptoms. Also known as subclinical or asymptomatic infection.

**Incidence:** The ratio of new disease cases per population at risk reported over a given period.

**Incubation period:** The time from contact with an infectious agent (e.g., bacteria or viruses) to onset of disease (start of clinical manifestations).

**Infectious:** Capable of spreading from one person to another or from one living being to another, communicable.

**Inflammation:** Living organism response, including redness, swelling, heat and pain, resulting from injury, usually infectious, to tissue (parts of the body underneath the skin).

**Inflammatory Bowel Disease (IBD):** A general term for a constellation of symptoms associated with inflammation of the bowel. Examples include colitis and Crohn's disease. Symptoms include abdominal pain, diarrhea, fever, loss of appetite, and weight loss.

**Influenza:** A contagious with epidemic potential viral disease characterized by fever, prostration, muscular aches and pains, and inflammation of the respiratory tract.

**Intussusception:** Listen ⊙ [MP3]
A type of bowel blockage that happens when one portion of the bowel slides into the adjacent one, much like the pieces of a telescope; it is treated in a hospital and may require surgery.

**Investigational vaccine:** A vaccine that has been approved by the Food and Drug Administration (FDA) for use in clinical trials on humans. However, because investigational vaccines are still in testing and under evaluation, they are not licensed for use in the general public.

# J

**Jaundice:** Listen ◉ [MP3]

Yellowing of the skin and eyes. This condition is often a symptom of hepatitis infection or hemolysis.

# L

**Lesion:** Listen ◉ [MP3]

An abnormal change in the structure of an organ due to injury or disease.

**Live vaccine:** A vaccine in which live virus is weakened (attenuated) through chemical or physical processes in order to produce an immune response without causing the severe effects of the disease. Live vaccines currently licensed in the United States include measles, mumps, rubella, varicella, rotavirus, yellow fever, smallpox, and some formulations of influenza, shingles, and typhoid vaccines. Also known as an attenuated vaccine.

**Lupus:** A disease characterized by inflammation of the connective tissue that supports and connects all parts of the body. Chronic swelling of the connective tissue causes damage to the skin, joints, kidneys, nervous system, and mucous membranes. The disease begins with fever, joint pain, and fatigue. Additional symptoms continue to develop over the years, including nausea, fatigue, weight loss, arthritis, headaches, and epilepsy. Problems with heart, lung, and kidney function may also result. This condition is diagnosed most frequently in young women but occurs in children as well.

**Lymphocytes:** Listen ◉ [MP3]

Small white blood cells that help the body defend itself against infection.

# M

**Macrophage:** Listen ◉ [MP3]

A large white cell that helps the body defend itself against disease by surrounding and destroying foreign organisms such as (viruses and bacteria).

**Macular:** Listen ◉ [MP3]

Non-raised skin lesions, normally red-colored.

**Measles:** A contagious viral disease marked by the eruption of red circular spots on the skin. Also known as rubeola.

**Memory cell:** A group of cells that help the body defend itself against disease by remembering prior exposure to specific organisms such as viruses and bacteria. Consequently, these cells are able to respond quickly when these organisms repeatedly threaten the body.

**Meningitis:** Listen ◉ [MP3]

Inflammation of the membrane covering the brain and spinal cord that can result in death.

**Meningoencephalitis:** Listen ◉ [MP3]

["men in joe en sef uh LIGHT iss"] — Inflammation of the brain and meninges (membranes) that involves both the encephalon (area inside the skull) and the spinal cord.

**Microbes:** Listen ◉ [MP3]

Tiny organisms (including viruses and bacteria) that can be seen only with a microscope.

**mRNA vaccine:**

A vaccine that uses mRNA to teach our cells how to make a protein—or even just a piece of a protein—that produces an immune response to a disease.

**Mucosal membranes:** Listen ◉ [MP3]

The soft, wet tissue that lines body openings, specifically the mouth, nose, rectum, and vagina.

**Multiple Sclerosis (MS):** Listen ◉ [MP3]

A disease of the central nervous system characterized by the destruction of the myelin sheath surrounding neurons, resulting in the formation of "plaques." MS is a progressive and usually fluctuating disease with exacerbations (patients feeling worse) and remissions (patients feeling better) over many decades. In most patients, remissions eventually do not reach baseline levels and permanent disability and sometimes death occurs. The cause of MS is unknown. The most widely held hypothesis is that MS occurs in patients with a genetic susceptibility and that some environmental factors "trigger" exacerbations. MS is three times more common in women than men, with diagnosis usually made as young adults. See demyelinating disorders.

**Mumps:** Acute contagious viral illness marked by swelling, especially of the parotid glands.

# N

**Neuritis:** Listen ◉ [MP3]
Inflammation of the nerves.

**Neuropathy:** Listen ◉ [MP3]
A general term for any dysfunction in the peripheral nervous system. Symptoms include pain, muscle weakness, numbness, loss of coordination, and paralysis. This condition may result in permanent disability.

# O

**Optic neuritis:** Listen ◉ [MP3]
A medical condition in which vision deteriorates rapidly over hours or days. One or both eyes may be affected. Optic neuritis results from the damage to the optic nerves, though the cause is unknown in most cases. Patients may regain their vision or be left with permanent impairment. See demyelinating disorders.

**Orchitis:** Listen ◉ [MP3]
Inflammation of the testicles, a complication of mumps infection occurring in males who are beyond puberty. Symptoms begin 7–10 days after onset of mumps and include inflammation of the testicles, headache, nausea, vomiting, pain, and fever. Most patients recover, but sterility occurs in rare cases.

**Otitis Media:** Listen ◉ [MP3]
A viral or bacterial infection that leads to inflammation of the middle ear. This condition usually occurs along with an upper respiratory infection. Symptoms include earache, high fever, nausea, vomiting, and diarrhea. In addition, hearing loss, facial paralysis, and meningitis can result.

**Outbreak:** The occurrence of cases of disease in excess of what would normally be expected in a defined community, geographical area, and/or season, but below epidemic numbers.

# P

**Pandemic:** A worldwide epidemic such as AIDS, pH1N1, or SARS-CoV2.

**Papular:** Listen ◉ [MP3]
Marked by small elevations of the skin.

**Passive immunity:** Protection against disease through antibodies produced by another human being or animal. Passive immunity is effective, but protection is generally limited and diminishes over time (usually a few weeks or months). For example, maternal antibodies are passed to the infant prior to birth and protect the baby for the first 4–6 months of life.

**Pathogens:** Organisms (such as bacteria, viruses, parasites and fungi) that cause disease in human beings.

**Pertussis:** Listen ◉ [MP3]

Bacterial infectious disease marked by a convulsive spasmodic cough, sometimes followed by a crowing intake of breath. Also known as whooping cough.

**Petechiae:** Listen ◉ [MP3]

["pe TEEK ee ay"] — A tiny reddish or purplish spot on the skin or mucous membrane, commonly part of infectious diseases such as typhoid fever.

**Placebo:** A substance or treatment that has no effect on living beings, usually used as a comparison to vaccine or medicine in clinical trials.

**Pneumonia:** Listen ◉ [MP3]

Inflammation of the lungs characterized by fever, chills, muscle stiffness, chest pain, cough, shortness of breath, rapid heart rate, and difficulty breathing.

**Poliomyelitis:** Listen ◉ [MP3]

An acute infectious viral disease characterized by fever, paralysis, and atrophy of skeletal muscles. Also known as polio.

**Polysaccharide vaccines:** Listen ◉ [MP3]

Vaccines composed of long chains of sugar molecules that resemble the surface of certain types of bacteria. Polysaccharide vaccines are available for pneumococcal disease.

**Potency:** A measure of strength.

**Precaution:** A condition in a recipient that might increase their risk for a serious adverse reaction, might cause diagnostic confusion, or might compromise the vaccine's ability to produce immunity.

**Prevalence:** The ratio of cases of a condition or diseases (new and existing) within a population.

**Prodromal:** Listen ◉ [MP3]

An early symptom indicating the onset of an attack or a disease.

# Q

**Quarantine:** A way to prevent the spread of disease by isolating a person or animal who has not been diagnosed with a communicable disease but who was exposed or is likely to have been exposed to that disease.

# R

**Recombinant:** Listen ◉ [MP3]

Of or resulting from new combinations of genetic material or cells; the genetic material produced when segments of DNA from different sources are joined to produce recombinant DNA.

**Reye Syndrome:** Listen ◉ [MP3]

Encephalopathy (general brain disorder) in children following an acute illness such as influenza or chickenpox. Symptoms include vomiting, agitation, and lethargy. This condition is often associated with the use of certain medicines (e.g., aspirin) and may result in coma or death.

**Residual Seizure Disorder (RSD):** See seizures.

**Risk:** The likelihood that an individual will experience a certain event.

**Rotavirus:** Listen ◉ [MP3]
A category of viruses that cause diarrhea in children.

**Rubella:** (German measles) Viral infection (describe the main symptoms) but as damaging to the fetus when it occurs early in pregnancy.

**Rubeola:** Listen ◉ [MP3]
See Measles.

# S

**Seroconversion:** Listen ◉ [MP3]
Development of antibodies in the blood of an individual who previously did not have detectable antibodies.

**Serology:** Listen ◉ [MP3]
Measurement of antibodies and other immunological properties present in blood serum.

**Serosurvey:** Listen ◉ [MP3]
A study measuring the proportion of persons in a community that have antibodies (due to vaccination or previous exposure) to a given agent.

**Seizure:** The sudden onset of a jerking (localized or generalized) or staring spell. Seizures following a vaccination can be caused by fever. Also known as convulsions.

**Severe Combined immune Deficiency (SCID):** A group of rare, life-threatening disorders caused by at least 15 different single gene defects that result in profound deficiencies in T- and B- lymphocyte function.

**Shingles:** See herpes zoster.

**Side effect:** Undesirable reaction resulting from a vaccine or medicine.

**Smallpox:** An acute, highly infectious, often fatal disease caused by a poxvirus and characterized by high fever and aches with subsequent widespread eruption of pimples that blister, produce pus, and form pockmarks. Also known as variola.

**Strain:** A specific version of an organism. Many agents causing diseases, including HIV/AIDS and hepatitis, have multiple strains.

**Subclinical infection:** The presence of infection without symptoms. Also known as inapparent or asymptomatic infection.

**Sudden Infant Death Syndrome (SIDS):** The sudden and unexpected death of a healthy infant younger than 1 year of age. A diagnosis of SIDS is made when an autopsy cannot determine another cause of death. The cause of SIDS is unknown. Also known as crib death or cot death.

**Susceptible:** A living being that at risk of contracting a disease.

# T

**Temporal association:** Two or more events that occur around the same time whether causally related or not, chance occurrences.

**Teratogenic:** Listen ◉ [MP3]
Of, relating to, or causing developmental malformations in a fetus or unborn baby.

**Tetanus:** Listen ◉ [MP3]

Toxin-producing bacterial disease marked by strong muscle spasms.

**Thimerosal:** Listen ◉ [MP3]

A mercury-containing preservative used in some vaccines and other products since the 1930s. There is no convincing evidence of harm caused by the low concentrations of thimerosal in vaccines, except for minor reactions like redness and swelling at the injection site. However, in July 1999, the Public Health Service agencies, the American Academy of Pediatrics, and vaccine manufacturers agreed that thimerosal should be reduced or eliminated in vaccines as a precautionary measure. Today, except for some flu vaccines, all routinely recommended childhood vaccines manufactured for the U.S. market contain either no thimerosal or only trace amounts. Thimerosal-free influenza vaccines are available.

**Typhoid Fever:** Typhoid fever is a life-threating illness caused by the bacterium *Salmonella* Typhi. Persons with typhoid fever carry the bacteria in their bloodstream and intestinal tract.

**Titer:** Listen ◉ [MP3]

The detection of antibodies in blood through a laboratory test, the concentration of antibodies detected in such a test.

**Transverse Myelitis:** Listen ◉ [MP3]

Sudden-onset inflammation of the spinal cord. Symptoms include general back pain followed by weakness in the feet and legs that moves upward. There is no cure, and many patients are left with permanent disabilities or paralysis. Transverse Myelitis is a demyelinating disorder that may be associated with Multiple Sclerosis (MS). See demyelinating disorders.

# U

**Urticaria:** Listen ◉ [MP3]

The eruption of red marks on the skin that are usually accompanied by itching. This condition can be caused by an allergy (e.g., to a food or drug), stress, infection, or physical agents such as heat or cold. Also known as hives.

# V

**Vaccination:** Listen ◉ [MP3]

The physical act of administering any vaccine.

**Vaccinia:** Listen ◉ [MP3]

A virus related to the smallpox and cowpox viruses, which is used in smallpox vaccine.

**Vaccine:** Listen ◉ [MP3] A suspension of live (usually attenuated) or inactivated microorganisms (e.g., bacteria or viruses), fractions of the agent, or genetic material of the administered to induce immunity and prevent infectious diseases and their sequelae. Some vaccines contain highly defined antigens (e.g., the polysaccharide of Haemophilus influenzae type b or the surface antigen of hepatitis B); others have antigens that are complex or incompletely defined (e.g. *Bordetella pertussis* antigens or live attenuated viruses).

**Vaccine Adverse Event Reporting System (VAERS)** ⧉ : A national program managed by the CDC and the US Food and Drug Administration (FDA) to monitor the safety of all vaccines licensed in the United States. VAERS is a system for collecting and reviewing reports of adverse events that occur after vaccination.

**Vaccine Safety Datalink Project (VSD):** A collaboration between CDC and eight large Health Management Organizations (HMOs) to continually evaluate vaccine safety and increase knowledge of vaccine adverse events. Medical records of more than 6 million people are monitored for potential adverse events following vaccination, which supports vaccine safety studies and enables timely investigations.

**Varicella:** Listen ◉ [MP3] An acute contagious disease characterized by papular and vesicular lesions. Also known as chickenpox.

**Variola:** Listen ◉ [MP3]
See smallpox.

**Vesicular:** Listen ◉ [MP3]
Characterized by small fluid-containing elevations of the skin (blisters).

**Viral vector vaccine:**
A vaccine that uses a modified, harmless fraction of a different virus (a vector virus) associated with an antigen that can induce production of important instructions that are delivered to the body's cells.

**Viremia:** Listen ◉ [MP3]
The presence of a virus in the blood.

**Virulence:** Listen ◉ [MP3]
The relative capacity of a pathogen to overcome body defenses and elicit symptoms.

**Virus:** A tiny organism that multiplies within cells and causes diseases such as chickenpox, measles, mumps, rubella, and hepatitis. Viruses are not affected by antibiotics, the drugs used to kill bacteria.

# W

**Waning immunity:** The loss of protective antibodies over time.

**Whooping Cough:** See Pertussis.

| Related Pages |
| --- |
| Acronyms & Abbreviations |
| Sortable U.S. Vaccine Names |
| Abbreviations used on immunization records |

Return to Terms main page

Last Reviewed: December 1, 2022

Joint Claim Construction Brief

# EXHIBIT 34

PTO/AIA/15 (10-17)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **UTILITY PATENT APPLICATION TRANSMITTAL** *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Attorney Docket No. | 135399.03526 |
|---|---|---|
| | First Named Inventor | Martin Maier |
| | Title | BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS |
| | Priority Mail Express® Label No. | |

| **APPLICATION ELEMENTS** | **ADDRESS TO:** | **Commissioner for Patents** |
|---|---|---|
| *See MEPP chapter 600 concerning utility patent application contents.* | | P.O. Box 1450 Alexandria, VA 22313-1450 |

**ACCOMPANYING APPLICATION PAPERS**

1. [X] **Fee Transmittal Form** (PTO/SB/17 or equivalent)

2. **Applicant asserts small entity status.** See 37 CFR 1.27

3. **Applicant certifies micro entity status.** See 37 CFR 1.29 Applicant must attach form PTO/SB/15A or B or equivalent.

4. [X] **Specification** [Total Pages __214__] Both the claims and abstract must start on a new page. (See MPEP § 608.01(a) for information on the preferred arrangement)

5. **Drawing(s)** (35 U.S.C. 113) [Total Sheets ____]

6. **Inventor's Oath or Declaration** [Total Pages __5__] (including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))

   a. [ ] Newly executed (original or copy)

   b. [X] A copy from a prior application (37 CFR 1.63(d))

7. [X] **Application Data Sheet** * See note below. See 37 CFR 1.76 (PTO/AIA/14 or equivalent)

8. **CD-ROM or CD-R** in duplicate, large table, or Computer Program (Appendix)

   [ ] Landscape Table on CD

9. **Nucleotide and/or Amino Acid Sequence Submission** (if applicable, items a. – c. are required)

   a. [X] Computer Readable Form (CRF)

   b. [ ] Specification Sequence Listing on:

      i. [ ] CD-ROM or CD-R (2 copies); or

      ii. [ ] Paper

   c. [ ] Statements verifying identity of above copies

10. [ ] **Assignment Papers** (cover sheet & document(s))

   Name of Assignee

   _____

11. [ ] **37 CFR 3.73(c) Statement** (when there is an assignee)   [X] **Power of Attorney**

12. [ ] **English Translation Document** (if applicable)

13. [X] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)

   [ ] Copies of citations attached

14. [X] **Preliminary Amendment**

15. [ ] **Return Receipt Postcard** (MPEP § 503) (Should be specifically itemized)

16. [ ] **Certified Copy of Priority Document(s)** (if foreign priority is claimed)

17. [ ] **Nonpublication Request** Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.

18. [X] **Other:** Track 1 Request

*****Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS). (2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

**19. CORRESPONDENCE ADDRESS**

| [X] The address associated with Customer Number: | 13920 | **OR** | [ ] Correspondence address below |
|---|---|---|---|

| Name | Jay P. Lessler BLANK ROME LLP |
|---|---|
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | | Telephone | | Email | |

| Signature | /Jay P. Lessler/ | Date | February 14, 2022 |
|---|---|---|---|
| Name (Print/Type) | Jay P. Lessler | Registration No. (Attorney/Agent) | 41,151 |

Docket No.: 135399.03526
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Martin Maier et al.

Application No.: Not Yet Assigned                Confirmation No.: Not Yet Assigned

Filed: Concurrently Herewith                     Art Unit: Not Yet Assigned

For:  BIODEGRADABLE LIPIDS FOR THE              Examiner: Not Yet Assigned
      DELIVERY OF ACTIVE AGENTS

## PRELIMINARY AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

### INTRODUCTORY COMMENTS

Prior to examination on the merits, please amend the above-identified U.S. patent application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

**Remarks** begin on page 6 of this paper.

135399.03520/128198987v.1

Docket No.: 135399.03526

## AMENDMENTS TO THE SPECIFICATION

Please replace the first paragraph on page 1 of the specification with the following paragraph:

This application is a continuation of U.S. Patent Application No. 17/302,311, filed April 29, 2021, which is a continuation of 16/520,183, filed July 23, 2019, now U.S. Patent No. 11,071,784, which is a continuation of U.S. Patent Application No. 14/677,801, filed April 2, 2015, now U.S. Patent No. 10,369,226, which is a continuation of U.S. Patent Application No. 13/708,383, filed December 7, 2012, now U.S. Patent No. 9,061,063, which claims the benefit of U.S. Provisional Application No. 61/568,133, filed December 7, 2011, and U.S. Provisional Application No. 61/623,274, filed April 12, 2012, each of which is hereby incorporated by reference.

Please insert the sequence listing submitted herewith in computer readable form at the end of the specification.

135399.03520/128198987v.1

Docket No.: 135399.03526

## AMENDMENTS TO THE CLAIMS

1-19.   (Canceled)

20.   (New)  A pharmaceutical composition comprising a lipid particle and a pharmaceutically acceptable diluent, wherein the lipid particle comprises:

        (i)   a nucleic acid;

        (ii)   35-65 mol% of a lipid compound;

        (iii)   3-12 mol% of distearoylphosphatidylcholine (DSPC);

        (iv)   15-45 mol% of cholesterol; and

        (v)   0.5-10 mol% of 1-(monomethoxy-polyethylene glycol)-2,3-dimyristoyl glycerol (PEG-DMG) having an average molecular weight of 2,000 Da, wherein

the lipid compound comprises a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently has the formula $-R^{12}-M^1-R^{13}$, wherein $R^{12}$ is a $C_4$-$C_{14}$ alkyl group, $M^1$ is a biodegradable group, and $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group;

in each hydrophobic tail, the biodegradable group is separated from a terminus of the hydrophobic tail by from 8 to 12 carbon atoms; and

in at least one hydrophobic tail, $R^{13}$ is branched, where the branching occurs at the α-position relative to the biodegradable group, and where the total carbon atom content of the at least one tail is 21 to 26.

3

Docket No.: 135399.03526

21.     (New)  The pharmaceutical composition of claim 20, wherein the nucleic acid comprises RNA.

22.     (New)  The pharmaceutical composition of claim 20, further comprising sodium acetate.

23.     (New)  The pharmaceutical composition of claim 20, wherein the pharmaceutical composition is a vaccine.

24.     (New)  The pharmaceutical composition of claim 20, wherein the lipid particle comprises 45-65 mol% of the lipid compound, 5-10 mol% of DSPC, 25-40 mol% of cholesterol, and 0.5-5 mol% of the PEG-DMG having an average molecular weight of 2,000 Da.

25.     (New)  The pharmaceutical composition of claim 20, wherein the lipid particle comprises about 50 mol% of the lipid compound, about 10 mol% of DSPC, about 38.5 mol% cholesterol, and about 1.5 mol% of the PEG-DMG having an average molecular weight of 2,000 Da.

26.     (New)  The pharmaceutical composition of claim 20, wherein the biodegradable group is an ester.

27.     (New)  The pharmaceutical composition of claim 20, wherein the head group comprises an aliphatic group and a hydroxyl group.

28.     (New)  The pharmaceutical composition of claim 20, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

29.     (New)  The pharmaceutical composition of claim 20, wherein the hydrophobic tails have different chemical formulas.

30.     (New)  The pharmaceutical composition of claim 20, wherein, in each hydrophobic tail, $R^{12}$ is a saturated, straight-chain $C_5$-$C_{10}$ alkyl group.

4

Docket No.: 135399.03526

31.    (New)  The pharmaceutical composition of claim 20, wherein, in each hydrophobic tail, $R^{12}$ is n-hexyl.

32.    (New)  The pharmaceutical composition of claim 20, wherein, in each hydrophobic tail, $R^{13}$ is branched.

33.    (New)  The pharmaceutical composition of claim 26, wherein the ester group in each hydrophobic tail is $-C(O)O-$.

34.    (New)  The pharmaceutical composition of claim 20, wherein at least one hydrophobic tail has the formula:



where $R^{13}$ is a branched $C_{13}$-$C_{17}$ alkyl where the branching occurs at the α-position relative to the -$C(O)O-$ group, and the total carbon length of the tail from the first carbon after the central moiety to a terminus of the tail is at most 20.

35.    (New)  A method for delivering a nucleic acid, comprising administering to a subject the pharmaceutical composition of claim 20.

5

Docket No.: 135399.03526

## **REMARKS**

The specification has been amended to include the priority information for this application. The specification has also been amended to include the sequence listings submitted herewith in a text file in computer readable form. The sequence listings in the text file are identical to those in the specification and do not include any new matter. Pursuant to the Legal Framework for EFS-Web, no additional copies of the sequence listings are being submitted. Claims 1-19 have been canceled without prejudice. Claims 20-35 have been added. Support for these claim amendments is found at, for example, pages 2, 20, 26-28, 34, 37, 39, 46-47, 116, 119, 121, 122, 124, 125, and 202 of the specification and the original claims. No new matter has been added. Claims 20-35 are pending.

Favorable action is earnestly solicited.

Dated: February 14, 2022

Respectfully submitted,

By       /Jay P. Lessler/
Jay P. Lessler
    Registration No.: 41,151
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
Attorney for Applicant

6

Joint Claim Construction Brief

# EXHIBIT 35

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>PFIZER, INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, and BIONTECH MANUFACTURING GMBH,<br><br>       Defendants. | Civil Action No. 22-cv-336-CFC (CONSOLIDATED) |

## **SECOND DECLARATION OF JEFFREY V. RAVETCH, M.D., PH.D.**

## <u>TABLE OF CONTENTS</u>

I.     Background And Scope of My Assignment.................................................... 1

II.    Analysis Of the Disputed Claim Term "Vaccine" In Response to the Curiel
Declaration.................................................................................................... 2

    A.     Defendants' Proposed Construction is Ambiguous and
    Would Engender Confusion ........................................................... 2

    B.     Alnylam's Proposed Construction Captures the Concept
    of a Vaccine................................................................................... 9

DM_US 203743452-10.089371.0029

I, Jeffrey V. Ravetch, declare as follows:

## I.  Background And Scope of My Assignment

1.  Except where stated otherwise, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct.  If called as a witness, I could and would competently testify to these statements.

2.  I am presently the Theresa and Eugene M. Lang Chair, Professor and Head of the Laboratory of Molecular Genetics and Immunology at The Rockefeller University.

3.  My qualifications and background are presented in my December 13, 2023, Declaration in support of Alnylam Pharmaceutical, Inc.'s ("Alnylam") claim construction position ("First Declaration") and are incorporated herein.

4.  I submit this second declaration on behalf of Alnylam to provide my expert opinions in addition to those stated in my First Declaration.  In particular, I have considered and responded to the opinions set forth in Dr. David T. Curiel's ("Dr. Curiel") January 24, 2024, Declaration In Support of Defendants' Claim Construction ("Curiel Decl.") and to certain statements in Defendants' Answering Position.

5.  Dr. Curiel has offered an opinion on the meaning of the claim term "vaccine" in U.S. Patent Nos. 11,590,229 (the "'229 Patent") (Ex. 1) and 11,612,657 (the "'657 Patent") (Ex. 2).

DM_US 203743452-10.089371.0029

## II.     Analysis Of the Disputed Claim Term "Vaccine" In Response to the Curiel Declaration

6.      I stated in my First Declaration that the claim term "vaccine" found in claims 27 and 28 of the '229 Patent and claim 6 of the '657 Patent is a common term that needs no further construction.[1]  It has an ordinary and customary meaning that is consistent with Alnylam's proposed construction of "a preparation that is used to stimulate the body's immune response against disease." After reviewing Dr. Curiel's declaration and Defendants' Answering Position, my opinions have not changed.

### A.     Defendants' Proposed Construction is Ambiguous and Would Engender Confusion

7.      Dr. Curiel states that "the POSA would have understood that the meaning of "vaccine" must include the concept that a vaccine provides immune protection from a disease."  Curiel Decl., ¶ 14.  I am unclear what Dr. Curiel means by "immune protection" as he does not clearly define how he is using that terminology.  I reserve the right to respond to Dr. Curiel's explanation of what he means by "immune protection" to the extent he provides one with Defendants' Sur-Reply Position.

8.      To the extent Dr. Curiel contends that a vaccine always provides protection from disease or immunity, I disagree.  *See* Curiel Decl., ¶ 18

---

[1] I reserve the right to provide additional opinions in response to Defendants' Sur-Reply Position and any expert declaration Defendants serve in conjunction with that briefing.

("Defendants' construction expressly requires producing 'immunity' thereby 'protecting' the body from disease."). This is because: "No vaccine is 100% effective. Most routine childhood vaccines are effective for 85% to 95% of recipients. For reasons related to the individual, some will not develop immunity." https://web.archive.org/web/20111029203105/http://www.cdc.gov//vaccines/vac-gen/6mishome.htm   (the same 2011 CDC website referenced in Ex. 27 by Dr. Curiel that he relies upon) (emphasis added) (Ex. 36).   That long understood fact that vaccines do not provide 100% protection against disease in 100% of individuals, or that they ameliorate symptoms of a disease in some (but not all) individuals does not mean that they are not vaccines within the understanding of scientists working in the field, which has a long and rich history extending back to the late 1700s when Dr. Jenner developed the first vaccine against small pox.

9.      For example, flu vaccines available in 2011 were known to be not 100% effective.  See example,

- Ohmit et al. (2014) "Influenza Vaccine Effectiveness in the 2011-2012 Season: Protection Against Each Circulating Virus and the Effect of Prior Vaccination on Estimates," *Clinical Infectious Diseases*, 58(3): 319-27 (Abstract "Overall adjusted vaccine effectiveness was **47%** (95% confidence level [CI], 36-56) in preventing medically attended influenza; vaccine effectiveness was **65%** (95% CI, 44–79) against type A (H1N1) pdm09 but only **39%** (95% CI, 23–52) against type A (H3N2). Estimates of vaccine effectiveness against both type B lineages were similar (overall, **58%;** 95% CI, 35–73).") (emphasis added) (Ex. 39)

3

- Ferdinands et al. (2014) "Effectiveness of influenza Vaccine Against Life-threatening RT-PCR-confirmed Influenza Illness in US Children, 2010–2012," *Journal of Infectious Diseases*, 210:674-83 (Abstract "children who were fully vaccinated were **74%** (95% CI, 19% to 91%) or **82%** (95% CI, 23% to 96%) less likely to be admitted to a PICU for influenza compared to PICU controls or community controls, respectively") (emphasis added) (Ex. 40)

- Goodwin et al. (2006) "Antibody response to influenza vaccination in the elderly: A quantitative review," *Vaccine* 24, 1159-1169 (Abstract "The CDC estimates **70–90%** clinical vaccine efficacy in young adults and these estimates suggest a corresponding clinical efficacy in the elderly of **17–53%** depending on circulating viruses") (emphasis added) (Ex. 41)

10.    As the above shows, vaccines are "a preparation that is used to stimulate the body's immune response against disease."

11.    The CDC changed its definition of vaccine to the current articulation Alnylam has adopted in its proposed construction to avoid the exact confusion Defendants' proposed construction of "vaccine" would cause, *i.e.*, that vaccine always provide protection or immunity, *i.e.* are 100% effective at preventing the disease.

> The CDC told the AP in a statement that it made the language shifts to add detail and increase transparency. "While there have been slight changes in wording over time to the definition of 'vaccine' on CDC's website, those haven't impacted the overall definition," the statement said, noting that the ***previous definition "could be interpreted to mean that vaccines were 100% effective, which has never been the case for any vaccine***."

4

https://www.king5.com/article/news/verify/coronavirus-verify/cdc-changed-vaccine-definition-more-transparent/536-03ce7891-2604-4090-b548-b1618d286834 (emphasis added) (Ex. 42). *See also* https://apnews.com/article/fact-checking-976069264061.  (Ex. 37).

12.     Dr. Curiel states "a composition that only stimulates an immune response without conferring any immunity or protection against a disease would not have been considered a 'vaccine.'"  Curiel Decl., ¶ 14.  I note that Dr. Curiel states "stimulates an immune response" and does not specify that the immune response must be "against a disease." Consistent with Alnylam's proposed construction (and consistent with the CDC), a preparation that does not stimulate an immune response *against a disease* would not be considered a vaccine.  A vaccine stimulates an immune response *against a disease*, not any immune response, but may not protect all vaccine recipients.  Ex. 10 (Comirnaty package insert: "COMIRNATY may *not protect all vaccine recipients*") (emphasis added).  It can help protect a human or animal against a particular disease by stimulating an immune response to that disease.

13.     Dr. Curiel states that "an investigational drug product that does not confer immune protection would not be approved as a vaccine by the FDA or any similar regulatory body in other countries."  Curiel Decl., ¶ 14.  If Dr. Curiel's definition of vaccine requires complete (or sterilizing) immunity, then I disagree.  The FDA approves as vaccines products that are not 100% effective.  Even the COVID vaccine is not 100% effective.  *See e.g.,* https://covid.cdc.gov/covid-data-

tracker/#vaccine-effectiveness (effectiveness "25.8% against infection among adults <60 days after 2nd vaccine booster dose") (Ex. 43). To the extent Dr. Curiel is incorporating a need for approval by the FDA or some other regulatory body before a product can be construed as a vaccine, I disagree. *Id*. A preparation would be considered a vaccine by a person of ordinary skill in the art without obtaining approval of the vaccine preparation from the FDA or a regulatory agency.

14.    Alnylam's proposed construction tracks the CDC's current definition of vaccine "[a] preparation that is used to stimulate the body's immune response against disease" (Ex. 16), as I explained in my First Declaration, and avoids any confusion about the definition of a vaccine inherent in Defendants' proposed construction, as confirmed by the CDC when it modified its definition.

15.    Alnylam's proposed construction tracks a POSA's understanding of a vaccine in 2011. Taber's Cyclopedic Medical Dictionary from 2001 defines vaccine as "any suspension containing antigenic molecules derived from a microorganism, ***given to stimulate an immune response to an infectious disease***." Ex. 44 (emphasis added).

16.    Dr. Curiel states that "[t]he POSA in 2011 would have considered the CDC's definition at the time as representative of the plain and ordinary meaning of the term 'vaccine.'" Curiel Decl., ¶15. I disagree. The CDC's definition of "vaccine" as of 2011 may be misunderstood as "complete immunity" and "full protection"

which as the CDC stated, "could be interpreted to mean that vaccines were 100% effective" which is incorrect.  Exs. 37, 42.  A POSA in 2011 would have known that a vaccine certainly does not always induce complete immunity or provide full protection against the disease in all individuals and therefore would not consider a definition that could be misinterpreted as representative of a plain and ordinary meaning.  *See supra* ¶ 9 discussing studies discussing the ineffectiveness of flu vaccine in the 2011-2012 period.  A preparation that stimulates an immune response against a disease may only reduce the severity of the disease in some individuals and POSA would still understand the preparation to be a vaccine against the disease.

17.    Dr. Curiel also cites dictionary definitions as support for his interpretation.  Curiel Decl., ¶ 16.  But those definitions have the same shortcomings: they too may suggest a requirement for complete immunity and/or full protection. *Id*. (Chambers: "***will*** stimulate active immunity and protect against infection"; Dictionary of Science "so ***confer resistance***"; Blacks "***will*** confer immunity against a subsequent attack of the disease") (emphasis added). In contrast, a more accurate definition is provided in Taber's Cyclopedic Medical Dictionary from 2001 which defines vaccine as "any suspension containing antigenic molecules derived from a microorganism, ***given to stimulate an immune response to an infectious disease***." Ex. 44.

7

18.    Dr. Curiel states that "the POSA would routinely discuss vaccines in the context of the immune protection that vaccines confer in peer-reviewed scientific publications."  Curiel Decl., ¶ 17.  The statement Dr. Curiel cites supports that it is the immune response against the disease that is key for a vaccine.  For example, Dr. Curiel cites the statement "[n]eutralizing antibodies are crucial for vaccine-mediation protection against viral diseases" from Burton 2002.  Ex. 31 at 708.  Neutralizing antibodies are elicited to a variable degree in vaccine recipients as part of an immune response against the viral disease. And the cited statement provides that adequate levels of the neutralizing antibodies are "crucial" for vaccine-mediated protection. Alnylam's proposed construction for vaccine "stimulates immune response against the disease" captures this concept.

19.    Similarly, the Seigrist 2008 publication cited by Dr. Curiel also provides that antibodies specific to the disease are produced during the immune response and confer protection.  Ex. 32 at 17 (vaccines' "protective efficacy is primarily conferred by the induction of antigen-specific antibodies.").  Antigen-specific antibodies refers to antibodies that are specific to the pathogen causing the disease, *i.e.*, the immune response against the disease elicited by the vaccine. Alnylam's proposed construction for vaccine "stimulates immune response against the disease" captures this concept.

DM_US 203743452-10.089371.0029

20.    As discussed above, Defendants' proposed construction is incomplete
and ambiguous and could be misinterpreted.  Vaccines do not always confer full
protection or complete immunity and, accordingly, a construction that suggests such
could mislead a jury, contrary to Dr. Curiel's statements. Curiel Decl., ¶ 19.  That
Defendants' construction, derived from the 2011 CDC definition, would cause
confusion is shown by CDC's own statement acknowledging the confusion that its
2011 definition could cause. *See supra*, ¶ 11.  In other words, CDC makes clear by
its 2020 changes and comments to the 2011 definition that its 2011 definition should
not be misinterpreted in a manner that Defendants may be so doing.

### B.    Alnylam's Proposed Construction Captures the Concept of a Vaccine

21.    Dr. Curiel agrees that a vaccine stimulates the body's immune response,
but states that "stimulating the body's immune response does not necessarily result
in immune protection."  Curiel Decl., ¶ 21.  However, Alnylam's definition of a
vaccine is a preparation "used to stimulate the body's immune response ***against
disease***," not any immune response.  Dr. Curiel's statement, "[f]or example, antigens
from a pathogen will typically stimulate some level of an immune response against
that pathogen when introduced into the body, but this is not necessarily sufficient
for immune protection against the pathogen," *id.*, appears to suggest both qualitative
and quantitative aspects of the immune response are required to reach an undefined
level of immune protection.  Dr. Curiel does not explain or provide documentary

9

support for what level or type of immune response would meet his definition to achieve immune protection.  Again, the implication of his statements is that a vaccine provides complete protection against a disease in all individuals, a condition that is never achieved.

22.     Dr. Curiel admits that the descriptions of Comirnaty mention "immune response" and that he expects such mentions in the descriptions because Comirnaty or other vaccines "stimulat[e] one or more of the body's immune responses against the disease." Curiel Decl., ¶ 22.  Dr. Curiel, further, states that "Comirnaty provides immunity and protection against COVID-19."   However, the mRNA vaccines against COVID do not provide sterilizing immunity but reduced the frequency of hospitalization and disease severity in some individuals.   *See e.g.,* https://covid.cdc.gov/covid-data-tracker/#vaccine-effectiveness (Ex. 43).

23.     Dr. Curiel states, "[a]s someone who works with vaccines, the important takeaway from this sentence [that "[t]he vaccine elicits an immune response to the S antigen, which protects against COVID-19"] is not that the Comirnaty vaccine elicits an immune response, but that the immune response it elicits actually provides protection against COVID-19." Curiel Decl., , ¶¶ 22-23 (quoting Comirnaty Package Insert, Ex. 10 at 20).    In other words, the vaccine elicits an immune response against the disease, COVD-19, consistent with Alnylam's proposed construction for vaccine.  Further, the same Comirnaty package

10

insert also acknowledges that "COMIRNATY may **not protect all vaccine recipients**," underscoring that Defendants' proposed construction may lead to confusion, as the CDC acknowledged. Ex. 10, at Section 5.5 ("Limitation of Effectiveness") (emphasis added).

24.     Dr. Curiel points to certain statements in the Pfizer press release and concludes that "the press release is focused on the actual protection from disease that Comirnaty provides." Curiel Decl., ¶ 23.   Yet, the gist of the press release is about the vaccine eliciting "higher immune response" "against Omicron BA.4/BA.5 sublineages" further supporting Alnylam's position that a vaccine elicits an immune response against the disease. The press release is entitled "Pfizer and BioNTech Announce Updated Clinical Data for Omicron BA.4/BA.5-Adapted Bivalent Booster Demonstrating **Substantially Higher Immune Response** in Adults Compared to the Original COVID-19 Vaccine". Ex. 14 (emphasis added). When the word "protect" or "protection" is used in the press release, they are equivocal: "**may** induce a higher level of protection," "vaccine works as **conceptually planned** in providing stronger protection . . ." and "the **vaccine may not protect** everyone." *Id*.   Likewise, the word "immunity" is used in a prophetic statement "[o]ur **goal** is to **provide broader immunity** against COVID-19." *Id*.

25.     Dr. Curiel also admits that "'immune response data' was used as a proxy for efficacy in this small study," but states that the study relied upon "previous

11

large-scale clinical trials [that] had already confirmed that the immune response stimulated by Comirnaty results in immune protection." Curiel Decl., ¶ 24. From this statement it is clear that complete protection against disease is not a necessary requirement for a vaccine (see para 23 above). Notably, Dr. Curiel's statement "testing for immune response is much simpler than testing for clinical end points of protection" indicates that testing for immune response against a disease is proper. *See id.*, ¶ 25 ("it was acceptable and much simpler to examine immune response as a proxy for immune protection.").

26.    Dr. Curiel identifies sentences in the references I cite that, in fact, support that immune response against the disease is the key attribute for a vaccine. *See* Curiel Decl., ¶ 25. For example, Muller 2021 (Ex. 11) concludes that immune response against the disease is low and suggests using earlier or increased vaccination to get better immune response to ensure long-lasting immunity and protection. A POSA would understand that the response to the vaccine was incomplete and additional measures would be required to elicit stronger long-lasting immunity and protection. The focus is on improving the frequencies of neutralizing antibodies, *i.e.,* an example of immune response against the disease.

> Our data showed differences between the antibody responses raised after the first and second BNT162b2 vaccination, in particular **lower frequencies of neutralizing antibodies** in the elderly group. This suggests that this population needs to be closely monitored ***and may require earlier revaccination and/or an increased vaccine dose*** to ensure stronger long-lasting immunity and protection against infection.

12

Ex. 11, at 2065. Likewise, "the purpose of" the study in Fernandez-Lozaro 2022 "was to evaluate antibody responses and kinetics," *i.e.*, immune response against the disease. Ex. 12, at 1. Similarly, the goal of the Miele 2021 study was "[t]o better characterize the effect of vaccination on the immune response in SOTRs." Ex. 13 at 2919 (emphasis added). The study concluded based on the immune response results that the vaccine was not as effective. *Id.* at 2920. Likewise, the objective of the Di Chiara 2023 study was "to assess the early and long-term immune response to the mRNA vaccine in children with or without previous SARS-CoV-2 infection" and concluded that "mRNA vaccinations triggered a higher production of specific SARS-CoV-2 antibodies . . . [which] provide insights into boosting pre-existing immunity." Ex. 15 at 1-2. The title of these publications also indicates that each of these publications studied the immune response against the disease to evaluate a vaccine, supporting Alnylam's construction for a vaccine. Ex. 11 (title: "Age-dependent ***Immune Response to the Biontech/Pfizer BNT162b2 Coronavirus Disease*** 2019 Vaccination"); Ex. 12 (title: "Effectiveness of ***Comirnaty® Vaccine and Correlates of Immunogenicity*** and Adverse Reactions: A Single-Center Prospective Case Series Study"); Ex. 13 (title: "Impaired anti-SARS- CoV-2 humoral and cellular ***immune response induced by Pfizer-BioNTech BNT162b2 mRNA vaccine*** in solid organ transplanted patients"); Ex. 15 (title: "Stronger and durable ***SARS-CoV-2 immune response to mRNA vaccines*** in 5–11 years old

13

children with prior COVID-19") (emphasis added). I further note that Dr. Curiel does not identify any exhibits that provide otherwise.

27.    I disagree with Dr. Curiel that the CDC's definition as of 2011 accurately reflects how a POSA would have understood the word "vaccine." Curiel Decl., ¶ 26.  As discussed above, a POSA in 2011 would understand that a vaccine would not provide 100% protection or immunity and Defendants' proposed construction is ambiguous on this issue.

28.    Finally, I note that Dr. Curiel does not provide any opinion on whether siRNA can be a part of a vaccine, although Defendants seem to contend that a composition including siRNA would not work as a vaccine. Joint Claim Construction Brief, at 49-50.   I disagree.  siRNA can be a part of a vaccine.  *See e.g.*, Akita et al. (2010), *Journal of Controlled Release* 143(2010) 311-317 (entitled "***Nanoparticles*** for *ex vivo* ***siRNA delivery*** to dendritic cells ***for cancer vaccines***: Programmed endosomal escape and dissociation" stating "One of the highly potential applications for the clinical use of ***siRNA*** is cancer ***vaccination***") (emphasis added) (Ex. 45); Ichim et al. (2006), *Journal of Translational Medicine* 2006, 4:2 (entitled "A novel method of modifying immune responses by ***vaccination with lipiodol-siRNA mixtures***") (emphasis added) (Ex. 46); Peng et al. (2005), *Hum. Gen. Ther.* 16(5):584-593 (entitled "***Vaccination with*** Dendritic Cells Transfected with BAK and BAX ***siRNA*** Enhances Antigen-Specific Immune Responses by

14

Prolonging Dendritic Cell Life") (emphasis added) (Ex. 47); Song et al. (2006), *PLoS Med.* 3(1): e11 (entitled "An alternative and Effective HIV ***Vaccination Approach*** Based on Inhibition of Antigen Presentation Attenuators in Dendritic Cells" and "used ***small interfering RNA (siRNA)*** to inhibit suppressor of cytokine signaling . . . and investigated the effect of this silencing . . . to induce anti-HIV-1 immunity") (emphasis added) (Ex. 48).  Post-priority date publications also show that siRNA in lipid particles can be used as vaccines.  Hildebrand et al. (2019), *Frontiers in Immunology*, 10:1279 at 1 ("we investigated a new strategy to strengthen ***vaccine*** adjuvant in order to increase immunity against infectious diseases" using "liposome-packed ***siRNA***") (emphasis added) (Ex. 49); Zheng et al. (2020), *Nature Communications* 11:1985 at 1 (entitled "A ***vaccine***-based nanosystem for initiating innate immunity and improving tumor immunotherapy" using "***siRNA*** for Cd274 into the commercial human papillomavirus (HPV) L1 (HPV16 L1) protein.") (emphasis added) (Ex. 50);   Yang et al. (2022), *Thorac Cancer*, 2022; 13:2941-2950, at 2941 (entitled "Construction of PEI-EGFR-PD-L1-***siRNA*** dual functional ***nano-vaccine*** and therapeutic efficacy evaluation for lung cancer" and concluded "[o]ur ***constructed lipid nanoparticles of*** tumor targeted therapy gene ***siRNA*** combination had the ability to target cells in vitro and downregulate the expression of PD-L1, realizing the tumor-specific expression of immune-stimulating cytokines, ***which is a*** highly efficient and ***safe targeted therapy***

15

*nano-vaccine*.") (emphasis added) (Ex. 51); Liu et al. (2023), *Biomater. Sci.*, 2023, 11, 6619-6634 (entitled "Dual-responsive PEG–lipid polyester **nanoparticles for siRNA and vaccine delivery** elicit anti-cancer immune responses by modulating tumor microenvironment") (emphasis added) (Ex. 52).

29.     The Leitner et al. (Ex. 26) publication cited by Defendants is a review article published in 1999, over a decade before the 2011 priority date of the patent, focused on DNA vaccines and viral self-replicating RNA as delivery systems for vaccines. In the 8-page review, citing 142 references, there is no discussion or reference to either mRNA or siRNA vaccine apart from the single sentence cited by the Defendants. As cited above, as of the 2011 priority date of the patent, siRNA was well known as a component of vaccines. Nothing in the 1999 publication cited by the Defendants indicates that siRNA cannot be used in a vaccine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____         02/13/24
                                         _____
     Jeffrey V. Ravetch, M.D., Ph.D.         Date

16

Joint Claim Construction Brief

# EXHIBIT 36

The Wayback Machine - https://web.archive.org/web/20111029203105/http://www.cdc.gov//vaccines/vac-ge...

# Vaccines & Immunizations

**Basics and Common Questions:**

## Some Common Misconceptions
**about vaccination and how to respond to them**

A great deal of information about vaccinations is available to parents. This is good, because parents should have access to any information that will help them make informed decisions about vaccination. However, information is sometimes published that is inaccurate or can be misleading when taken out of context.



**On this page:**

**Introduction** (#intro)
**DTP Vaccine and SIDS** (#dtpsids)
**Risk from Disease vs. Risk from Vaccines** (#risk)
**Additional Reference** (#additional)

Following are six misconceptions that appear in literature about vaccination, along with explanations of **why** they are misconceptions.

**Diseases had already begun to disappear before vaccines were introduced, because of better hygiene and sanitation** (#Diseaseshadalready) .
**The majority of people who get a disease have been vaccinated.** (#Themajorityofpeople)
**There are "hot lots" of vaccine that have been associated with more adverse events and deaths than others** (#Therearehot) .
**Vaccines cause many harmful side effects, illnesses, and even death** (#Vaccinescause) .
**Vaccine-preventable diseases have been virtually eliminated from the United States** (#Vaccinepreventable) .
**Giving a child multiple vaccinations for different diseases at the same time increases the risk of harmful side effects and can overload the immune system** (#Givingachildmultiple) .

## Introduction

A practitioner giving vaccinations will encounter patients and parents who have reservations about getting vaccinations for themselves or their children. There can be many reasons for fear of or opposition to vaccination. Some people have religious or philosophic objections. Some see mandatory vaccination as interference by the government into what they believe should be a personal choice. Others are concerned about the safety or efficacy of vaccines, or may believe that vaccine-preventable diseases do not pose a serious health risk.

A provider has a responsibility to listen to and to try to understand a patient's or parent's concerns, fears, and beliefs about vaccination and to take them into consideration when offering vaccines. These efforts will not only help to strengthen the bond of trust between provider and patient but will also help each provider decide which, if any, perspectives might be most effective in encouraging patients to accept vaccination.

Six common misconceptions about vaccination that are often cited by concerned parents as reasons to question the wisdom of vaccinating their children. If providers can respond with accurate vaccination and immunization information and reassure parents on these specific issues, parents will be better able to discern inaccuracies they receive from other sources. The goal is be sure patients and parents have accurate information with which to make an informed decision.

**MISCONCEPTION #1 - Diseases had already begun to disappear before vaccines were introduced, because of better hygiene and sanitation.**

Statements like this are very common in anti-vaccine literature, the intent apparently being to suggest that vaccines are not needed. Improved socioeconomic conditions have undoubtedly had an indirect impact on disease. Better nutrition, not to mention the development of antibiotics and other treatments, have increased

survival rates among the sick; less crowded living conditions have reduced disease transmission; and lower birth rates have decreased the number of susceptible household contacts. But looking at the actual incidence of disease over the years can leave little doubt of the significant *direct* impact vaccines have had, even in modern times. Here, for example, is a graph showing the reported incidence of measles from 1950 to the present.



There were periodic peaks and valleys throughout the years, but the real, permanent drop in case of measles in the U.S. coincided with the licensure and wide use of measles vaccine beginning in 1963. Graphs for most other vaccine-preventable diseases show a similar pattern. Are we expected to believe that better sanitation caused incidence of each disease to drop, just at the time a vaccine for that disease was introduced?

*The incidence rate of hepatitis B has not dropped so dramatically yet because the infants we began vaccinating in 1991 will not be at high risk for the disease until they are at least teenagers. We therefore expect about a 15 year lag between the start of universal infant vaccination and a significant drop in disease incidence.

Hib vaccine is another good example, because Hib disease was prevalent until just a few years ago, when conjugate vaccines that can be used for infants were finally developed. (The polysaccharide vaccine previously available could not be used for infants, in whom most cases of the disease were occurring.) Since sanitation is not better now than it was in 1990, it is hard to attribute the virtual disappearance of Haemophilus influenzae disease in children in recent years (from an estimated 20,000 cases a year to 1,419 cases in 1993, and dropping) to anything other than the vaccine.

Varicella can also be used to illustrate the point, since modern sanitation has obviously not prevented nearly 4 million cases each year in the United States. If diseases were disappearing, we should expect varicella to be disappearing along with the rest of them. But nearly all children in the United States get the disease today, just as they did 20 years ago or 80 years ago. Based on experience with the varicella vaccine in studies before licensure, we can expect the incidence of varicella to drop significantly now that a vaccine has been licensed for the United States. Active surveillance in a number of countries and cities demonstrate a 76-86% decrease in varicella cases from 1995-2001.

Finally, we can look at the experiences of several developed countries after they let their immunization levels drop. Three countries - Great Britain, Sweden, and Japan - cut back the use of pertussis vaccine because of fear about the vaccine. The effect was dramatic and immediate. In Great Britain, a drop in pertussis vaccination in 1974 was followed by an epidemic of more than 100,000 cases of pertussis and 36 deaths by 1978. In Japan, around the same time, a drop in vaccination rates from 70% to 20%-40% led to a jump in pertussis from 393 cases and no deaths in 1974 to 13,000 cases and 41 deaths in 1979. In Sweden, the annual incidence rate of pertussis per 100,000 children 0-6 years of age increased from 700 cases in 1981 to 3,200 in 1985. It seems clear from these experiences that not only would diseases not be disappearing without vaccines, but if we were to stop vaccinating, they would come back.

Of more immediate interest is the major epidemic of diphtheria which occurred in the former Soviet Union from 1989 to 1994, where low primary immunization rates for children and the lack of booster vaccinations for adults have resulted in an increase from 839 cases in 1989 to nearly 50,000 cases and 1,700 deaths in 1994. There have already been at least 20 imported cases in Europe and two cases in U.S. citizens working in the former Soviet Union.

 TOP (#top)

**MISCONCEPTION #2. The majority of people who get disease have been vaccinated.**

This is another argument frequently found in anti-vaccine literature - the implication being that this proves vaccines are not effective. In fact it is true that in an outbreak those who have been vaccinated often

outnumber those who have not - even with vaccines such as measles, which we know to be about 98% effective when used as recommended.

This is explained by two factors. No vaccine is 100% effective. Most routine childhood vaccines are effective for 85% to 95% of recipients. For reasons related to the individual, some will not develop immunity. The second fact is that in a country such as the United States the people who have been vaccinated vastly outnumber those who have not. Here's a hypothetical example of how these two factors work together.

In a high school of 1,000 students, none has ever had measles. All but 5 of the students have had two doses of measles vaccine, and so are fully immunized. The entire student body is exposed to measles, and every susceptible student becomes infected. The 5 unvaccinated students will be infected, of course. But of the 995 who **have** been vaccinated, we would expect several not to respond to the vaccine. The efficacy rate for two doses of measles vaccine can be higher than 99%. In this class, 7 students do not respond, and they, too, become infected. Therefore 7 of 12, or about 58%, of the cases occur in students who have been fully vaccinated.

As you can see, this doesn't prove the vaccine didn't work - only that most of the children in the class had been vaccinated, so those who were vaccinated and did not respond outnumbered those who had not been vaccinated. Looking at it another way, 100% of the children who had not been vaccinated got measles, compared with less than 1% of those who had been vaccinated. Measles vaccine protected most of the class; if nobody in the class had been vaccinated, there would probably have been 1,000 cases of measles.

⬆ TOP (#top)

**MISCONCEPTION #3. There are "hot lots" of vaccine that have been associated with more adverse events and deaths than others. Parents should find the numbers of these lots and not allow their children to receive vaccines from them.**

This misconception got considerable publicity recently when vaccine safety was the subject of a television news program. First of all, the concept of a "hot lot" of vaccine as it is used in this context is wrong. It is based on the presumption that the more reports to VAERS** a vaccine lot is associated with, the more dangerous the vaccine in that lot; and that by consulting a list of the number of reports per lot, a parent can identify vaccine lots to avoid.

**This is misleading for two reasons:**

A report made to VAERS does not mean that the vaccine, or other vaccines from the same group or lot caused the event. VAERS is a national system for reporting health problems that happen around the same time of the vaccination. Only some of the reported health conditions are side effects related to vaccines. A certain number of VAERS reports of serious illnesses or death do occur by chance alone among persons who have been recently vaccinated.
VAERS reports have many limitations since they often lack important information, such as laboratory results, used to establish a true association with the vaccine. For all serious and other clinically significant events (life-threatening events, hospitalization, permanent disability, death), follow-up with the health care provider and/or the parent or vaccinated individual is conducted in an attempt to collect supplemental information on the reports. Because of the limitations of this type of reporting system, causality is difficult to determine. Regardless of the cause, VAERS is interested in hearing about any health concerns that happen around the time of vaccination. In summary, scientists are not able to identify a problem with a vaccine lot based on VAERS reports alone without scientific analysis of other factors and data.

Vaccine lots are not the same. The sizes of vaccine lots might vary from several hundred thousand doses to several million, and some are in distribution much longer than others. Naturally a larger lot or one that is in distribution longer will be associated with more adverse events, simply by chance. Also, more coincidental deaths are associated with vaccines given in infancy than later in childhood, since the background death rates for children are highest during the first year of life. So knowing that lot A has been associated with x number of adverse events while lot B has been associated with y number would not necessarily say anything about the relative safety of the two lots, even if the vaccine *did* cause the events.

Reviewing published lists of "hot lots" will not help parents identify the best or worst vaccines for their children. If the number and type of VAERS reports for a particular vaccine lot suggested that it was associated with more serious adverse events or deaths than are expected by chance, the Food and Drug Administration (FDA) has the legal authority to immediately recall that lot. To date, no vaccine lot in the modern era has been found to be unsafe on the basis of VAERS reports.

All vaccine manufacturing facilities and vaccine products are licensed by the FDA. In addition, every vaccine lot is safety-tested by the manufacturer. The results of these tests are reviewed by FDA, who may repeat some of these tests as an additional protective measure. FDA also inspects vaccine-manufacturing facilities regularly to ensure adherence to manufacturing procedures and product-testing regulations, and reviews the weekly VAERS reports for each lot searching for unusual patterns. FDA would recall a lot of vaccine at the first sign of problems. There is no benefit to either the FDA or the manufacturer in allowing unsafe vaccine to remain on the market. The American public would not tolerate vaccines if they did not have to conform to the most

rigorous safety standards. The mere fact is that a vaccine lot still in distribution says that the FDA considers it safe.

 TOP (#top)

**MISCONCEPTION #4. Vaccines cause many harmful side effects, illnesses, and even death - not to mention possible long-term effects we don't even know about.**

Vaccines are actually very safe, despite implications to the contrary in many anti-vaccine publications (which sometimes contain the number of reports received by VAERS, and allow the reader to infer that all of them represent genuine vaccine side-effects). Most vaccine adverse events are minor and temporary, such as a sore arm or mild fever. These can often be controlled by taking acetaminophen before or after vaccination. More serious adverse events occur rarely (on the order of one per thousands to one per millions of doses), and some are so rare that risk cannot be accurately assessed. As for vaccines causing death, again so few deaths can plausibly be attributed to vaccines that it is hard to assess the risk statistically. Of all deaths reported to VAERS between 1990 and 1992, only one is believed to be even possibly associated with a vaccine. Each death reported to VAERS is thoroughly examined to ensure that it is not related to a new vaccine-related problem, but little or no evidence suggests that vaccines have contributed to any of the reported deaths. The Institute of Medicine in its 1994 report states that the risk of death from vaccines is "extraordinarily low."

TOP (#top)

## DTaP Vaccine and SIDS

One myth that won't seem to go away is that DTaP vaccine causes sudden infant death syndrome (SIDS). This belief came about because a moderate proportion of children who die of SIDS have recently been vaccinated with DTaP; and on the surface, this seems to point toward a causal connection. But this logic is faulty; you might as well say that eating bread causes car crashes, since most drivers who crash their cars had probably eaten bread within the past 24 hours.

If you consider that most SIDS deaths occur during the age range when 3 shots of DTaP are given, you would expect DTaP shots to precede a fair number of SIDS deaths simply by chance. In fact, when a number of well-controlled studies were conducted during the 1980s, the investigators found, nearly unanimously, that the number of SIDS deaths temporally associated with DTP vaccination was within the range expected to occur by chance. In other words, the SIDS deaths would have occurred even if no vaccinations had been given. In several of the studies, children who had recently gotten a DTaP shot were **less** likely to get SIDS. The Institute of Medicine reported that "all controlled studies that have compared immunized versus nonimmunized children have found either no association . . . or a decreased risk . . . of SIDS among immunized children" and concluded that "the evidence does not indicate a causal relation between [DTaP] vaccine and SIDS."

TOP (#top)

## Risk from Disease versus Risk from Vaccines

### Measles and Rubella vs. MMR Vaccine

Even one serious adverse event in a million doses of vaccine cannot be justified if there is no benefit from the vaccination. If there were no vaccines, there would be many more cases of disease, and along with the more disease, there would be serious sequelae and more deaths. But looking at risk alone is not enough - you must always look at both risks and benefits. Comparing the risk from disease with the risk from the vaccines can give us an idea of the benefits we get from vaccinating our children.

**DISEASE**
**Measles**
Pneumonia: 6 in 100
Encephalitis: 1 in 1,000
Death: 2 in 1,000

**Rubella**
Congenital Rubella Syndrome: 1 in 4 (if woman becomes infected early in pregnancy)

**VACCINES**
**MMR**
Encephalitis or severe allergic reaction:
1 in 1,000,000

### Diphtheria, Tetanus, and Pertussis vs. DTap Vaccine

**DISEASE**

**Diphtheria**
Death: 1 in 20

**Tetanus**
Death: 2 in 10

**Pertussis**
Pneumonia: 1 in 8
Encephalitis: 1 in 20
Death: 1 in 1,500

**VACCINES**

**DTaP**
Continuous crying, then full recovery: 1 in 1000
Convulsions or shock, then full recovery: 1 in 14,000
Acute encephalopathy: 0-10.5 in 1,000,000
Death: None proven

The fact is that a child is far more likely to be seriously injured by one of these diseases than by any vaccine. While **any** serious injury or death caused by vaccines is too many, it is also clear that the benefits of vaccination greatly outweigh the slight risk, and that many, many more injuries and deaths would occur without vaccinations. In fact, to have a medical intervention as effective as vaccination in preventing disease and not use it would be unconscionable.

Research is underway by the U.S. Public Health Service to better understand which vaccine adverse events are truly caused by vaccines and how to reduce even further the already low risk of serious vaccine-related injury.

⬆TOP (#top)

**MISCONCEPTION #5. Vaccine-preventable diseases have been virtually eliminated from the United States, so there is no need for my child to be vaccinated.**

It's true that vaccination has enabled us to reduce most vaccine-preventable diseases to very low levels in the United States. However, some of them are still quite prevalent - even epidemic - in other parts of the world. Travelers can unknowingly bring these diseases into the United States, and if we were not protected by vaccinations these diseases could quickly spread throughout the population, causing epidemics here. At the same time, the relatively few cases we currently have in the U.S. could very quickly become tens or hundreds of thousands of cases without the protection we get from vaccines.

We should still be vaccinated, then, for two reasons. The first is to protect ourselves. Even if we think our chances of getting any of these diseases are small, the diseases still exist and can still infect anyone who is not protected. Travelers are especially vulnerable. A few years ago a 63 year old U.S. traveler to Haiti caught diphtheria and died -he had never been vaccinated. In 2005 and 2006, outbreaks of measles and mumps occurred in several states within the U.S. The measles outbreak began in a group of travelers (who had not been vaccinated) upon their return from a trip to Romania where they had been exposed to measles.

The second reason to get vaccinated is to protect those around us. A small number of persons cannot be vaccinated for medical reasons such as a severe allergy to vaccine components, and a small percentage simply do not respond to vaccines. These persons are susceptible to disease, and their **only** hope of protection is that people around them have been successfully vaccinated and cannot pass disease along to them. A successful vaccination program, like a successful society, depends on the cooperation of every individual to ensure the good for all. We would think it irresponsible of a driver to ignore all traffic regulations on the presumption that other drivers will watch out for him or her. In the same way, we shouldn't rely on people around us to stop the spread of disease if we ourselves can be vaccinated. We must all do what we can.

⬆TOP (#top)

**MISCONCEPTION #6. Giving a child multiple vaccinations for different diseases at the same time increases the risk of harmful side effects and can overload the immune system.**

Children are exposed to many foreign antigens every day. Eating food introduces new bacteria into the body, and numerous bacteria live in the mouth and nose, exposing the immune system to still more antigens. An upper respiratory viral infection exposes a child to 4 - 10 antigens, and a case of "strep throat" to 25 - 50. According to *Adverse Events Associated with Childhood Vaccines*, a 1994 report from the Institute of Medicine, "In the face of these normal events, it seems unlikely that the number of separate antigens contained in childhood vaccines . . . would represent an appreciable added burden on the immune system that would be immunosuppressive." And, indeed, available scientific data show that simultaneous vaccination with multiple vaccines has no adverse effect on the normal childhood immune system.

A number of studies have been conducted to examine the effects of giving various combinations of vaccines simultaneously. In fact, neither the Advisory Committee on Immunization Practices (ACIP) nor the American Academy of Pediatrics (AAP) would recommend the simultaneous administration of any vaccines until such studies showed the combinations to be both safe and effective. These studies have shown that the recommended vaccines are as effective in combination as they are individually, and that such combinations carry no greater risk for adverse side effects. Consequently, both the ACIP and AAP recommend simultaneous administration of all routine childhood vaccines when appropriate.

There are two practical factors in favor of giving a child several vaccinations during the same visit. First, we want to immunize children as early as possible to give them protection during the vulnerable early months of their lives. Second, giving several vaccinations at the same time will mean fewer office visits for vaccinations, which saves parents both time and money and may be less traumatic for the child.

## Additional Resources

**More Misconceptions about Vaccines**
(https://web.archive.org/web/20111029203105/http://www.historyofvaccines.org/content/articles/misconceptions-about-vaccines)
Source: History of Vaccines

## Additional Reference

**Vaccines**, 5th Edition
By Stanley A. Plotkin, MD and Walter A. Orenstein, MD
Approx. 1748 pages, Copyright 2008
**http://www.us.elsevierhealth.com/product.jsp?isbn=9781416036111**
(https://web.archive.org/web/20111029203105/http://www.us.elsevierhealth.com/product.jsp?isbn=9781416036111)

 TOP (#top)

---

**Basics and Common Questions main page** (default.htm)

---

This symbol means you are leaving the CDC.gov Web site. For more information, please see CDC's **Exit Notification and Disclaimer** (https://web.archive.org/web/20111029203105/http://www.cdc.gov/Other/disclaimer.html) policy.

---

**File Formats:** All viewers, players, and plug-ins used on this site can be downloaded from the **file formats page** (http://www.cdc.gov/web/20111029203105/http://www.cdc.gov/other/plugins/) . (For example: Adobe Acrobat Reader for pdf files, Windows Media Player for audio and video files, PowerPoint Viewer for presentation slides, etc.)

This page last modified on February 18, 2011
Content last reviewed on May 24, 2007
Content Source: National Center for Immunization and Respiratory Diseases

Joint Claim Construction Brief

# EXHIBIT 37

# Experts say changes to CDC's vaccination definition are normal

**BY SOPHIA TULP**
Published 10:47 AM PST, February 9, 2022

CLAIM: The Centers for Disease Control and Prevention has changed its definition of vaccination because COVID-19 vaccines are ineffective.

AP'S ASSESSMENT: Missing context. The CDC has altered the language in the definition of vaccination on its website, including after the development of COVID-19 vaccines, but the

ADVERTISEMENT

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.   DONATE

Israel-Hamas war      Election 2024      Toyota recall      Imran Khan      Olympic skater disqualified                    ●

Massie shared an image containing three definitions for the word "vaccination" with his 326,000 followers on Sunday. One was labeled "pre-2015" and described vaccination as: "Injection of a killed or weakened infectious organism in order to prevent disease." Another was dated 2015-2021 and said: "The act of introducing a vaccine into the body to produce immunity to a specific disease." The third was from September 2021, calling vaccination: "The act of introducing a vaccine into the body to produce protection from a specific disease."

Massie added the caption: "The vaccine that redefined vaccination," and in a follow-up tweet stated that he made the image by compiling definitions from the CDC's website, "using

wayback machine to find copies of their old websites."

The claim has previously spread online from other sources, with the false suggestion that the definition changes prove the vaccines don't work.

The AP was able to verify through web archives that the language on a CDC page titled "Immunization Basics," has changed in these ways over time. But this does not mean that the agency altered it because of problems with the coronavirus vaccines.

The CDC told the AP in a statement that it made the language shifts to add detail and increase transparency.

"While there have been slight changes in wording over time to the definition of 'vaccine' on CDC's website, those haven't impacted the overall definition," the statement said, noting that the previous definition "could be interpreted to mean that vaccines were 100% effective, which has never been the case for any vaccine."

Dr. John P. Moore, a professor of microbiology and immunology at the Weill Cornell School of Medicine, said Massie's remarks amounted to "disinformation" and were based on "semantics not science."

"I have no problem with the CDC's language tweaks," Moore wrote in an email to the AP. "They are informative, not sinister."

Moore explained that the vaccines protect against disease, not against infections. He said that while the strength of the antibody response can decrease "over a multi-month period," leading to reduced protection against infection, the vaccines are still effective overall because they continue to protect against severe disease and death. This is true for the omicron variant as well, he said.

Dr. Ryan Langlois, a microbiology and immunology professor at the University of Minnesota, says the CDC's changes "make total sense," and add nuance following emerging vaccine developments such as mRNA technology.

"We've repurposed this word, vaccination, from 200 plus years ago," said Langlois, who teaches a course on the history of vaccination. "It's always difficult when a word is so entrenched but the technology is changing. I think it's very, very clear that one of the things the CDC is trying to do is to try to update the definition with the updating technology."

Langlois said the changes also help to make the definition more accurate. He said the word "immunity" can be misleading with any vaccine, as "it's incredibly rare that that immunity is perfect."

"Their first definition had protection, and ultimately that's what a vaccine is supposed to do," he explained. "Then their second definition used the word 'to generate immunity' which is how the protection is derived. But immunity can be a misleading term, because people think if they're immune it's all or none. Immunity is not that simple and I think that's what they tried to do with their third definition. They went back to this protection idea because that's really what vaccines do."

———

This is part of AP's effort to address widely shared misinformation, including work with outside companies and organizations to add factual context to misleading content that is circulating online. Learn more about fact-checking at AP.

Joint Claim Construction Brief

# EXHIBIT 38

2/12/24, 6:23 PM
Vaccine Glossary of Terms | CDC

Español | Other Languages

Vaccines & Immunizations



## Vaccines & Immunizations

Vaccines & Immunizations Home

# Glossary

## A

**Acellular vaccine:** Listen ◉ [MP3]
A vaccine containing partial cellular material as opposed to complete cells.

**Acquired Immune Deficiency Syndrome (AIDS):** A medical condition where the immune system cannot function properly and protect the body from disease. As a result, the body cannot defend itself against infections (like pneumonia). AIDS is caused by the Human Immunodeficiency Virus (HIV). This virus is spread through direct contact with the blood and body fluids of an infected human. High risk activities include unprotected sexual intercourse and intravenous drug use (sharing needles). There is no cure for AIDS; however, research efforts to develop a vaccine are ongoing.

**Active immunity:** The production of antibodies against a specific disease by the immune system. Active immunity can be acquired in two ways, either by contracting the disease or through vaccination. Active immunity is usually long-lasting, but individuals may remain susceptible to variants of the etiologic agent or to milder presentation of the disease.

**Acute:** Listen ◉ [MP3]
Short-term, intense (as in a health effect).

**Adjuvant:** Listen ◉ [MP3]
A vaccine component distinct from the antigen that enhances the immune response to the antigen.

**Adverse event:** An undesirable medical condition that occurs following vaccination, which might be associated to the vaccine or its components, or which might be pure coincidence.

**Advisory Committee on Immunization Practices (ACIP):** A group of medical and public health experts who develop recommendations on the use of vaccines in the U.S. civilian population. The recommendations stand as public health guidance for the safe use of vaccines and related biological products.

**Allergy:** A condition in which the body has an exaggerated response to a substance such as a food or drug. Also known as hypersensitivity.

**Anaphylaxis:** Listen ◉ [MP3]
An immediate and severe allergic reaction to a substance such as a food or drug. Symptoms of anaphylaxis include breathing difficulties, loss of consciousness, and a drop in blood pressure. This condition can be fatal and requires immediate medical attention.

**Anthrax:** Listen ◉ [MP3]
An acute infectious disease caused by the spore-forming bacterium *Bacillus anthracis*. Anthrax most commonly occurs in hoofed mammals but can infect humans.

**Antibiotic:** Listen ◉ [MP3]
A substance that fights bacteria.

**Antibody:** Listen  ◉ [MP3]
A protein found in the blood, produced in response to foreign substances (e.g., bacteria or viruses) invading the body. Antibodies protect the body from disease by binding to invading organisms and destroying them.

**Antigens:** Listen  ◉ [MP3]
Foreign substances (e.g., bacteria or viruses) in the body that are capable of causing disease. The presence of antigens in the body triggers an immune response, usually the production of antibodies.

**Antitoxin:** Listen  ◉ [MP3]
A solution of antibodies against a toxin. Antitoxin can be derived from either human (e.g., tetanus immune globulin) or animal (usually equine) sources (e.g., diphtheria and botulism antitoxin). Antitoxins are used to confer passive immunity and for treatment.

**Antiviral:** Literally "against-virus" — a medicine capable of destroying or weakening a virus.

**Arthralgia:** Listen  ◉ [MP3]
Joint pain.

**Arthritis:** A medical condition characterized by inflammation of the joints, which causes pain and difficulty moving.

**Association:** The degree to which the occurrence of two variables or events is linked. Association describes a situation where the likelihood of one event occurring is related to the presence of another event or variable. However, an association between two variables does not necessarily imply a cause-and-effect relationship. The term association and relationship are often used interchangeably. See causal and temporal association.

**Asthma:** A chronic medical condition in which the bronchial tubes (in the lungs) become easily irritated. This irritation leads to constriction of the airways, which results in wheezing, coughing, difficulty breathing and production of thick mucus. The cause of asthma is not yet known, but environmental triggers, drugs, food allergies, exercise, infection, and stress all have been implicated.

**Asymptomatic infection:** Listen  ◉ [MP3]
The presence of an infection without symptoms. Also known as inapparent or subclinical infection.

**Attenuated vaccine:** Listen  ◉ [MP3]
A vaccine in which a live virus is weakened (attenuated) through chemical or physical processes in order to produce an immune response without the severe effects of the disease. Attenuated vaccines currently licensed in the United States include measles, mumps, rubella, varicella, rotavirus, yellow fever, smallpox, and some formulations of influenza and typhoid vaccines.

**Autism spectrum disorder (ASD):** A developmental disability that can cause significant social, communication, and behavioral challenges. ASD is usually diagnosed between 18 and 30 months of age. At this time, the cause of autism is not known although many experts believe it to be a genetically based disorder that occurs before birth.


# B

**B cells:** Small white blood cells that help the body defend itself against infection. B cells are produced in bone marrow and can develop into plasma cells which produce antibodies. Also known as B lymphocytes.

**Bacteria:** Tiny one-celled organisms present throughout the environment that require a microscope to be seen. While not all bacteria are harmful, some cause disease. Examples of bacterial disease include diphtheria, pertussis, tetanus, respiratory tract infections caused by *Haemophilus influenzae* and pneumococcus.

**Bias:** Flaws or undesired effects in the collection, analysis, or interpretation of research data that lead to incorrect or inaccurate conclusions.

**Biological plausibility:** A causal association (or relationship between two factors) consistent with existing medical knowledge.

**Bone marrow:** Soft tissue located within bones that produces all blood cells, including the ones that fight infection.

**Booster shots:** Additional doses of a vaccine needed periodically to "boost" the immune system and "reactivate" a immune response already developed by an individual. For example, a tetanus and diphtheria (Td) vaccine booster is recommended for adults every ten years.

**Brachial neuritis:** Listen  ◉ [MP3]
Inflammation of nerves in the arm causing muscle weakness and pain.

**Breakthrough infection:** Development of a disease despite a person's having been vaccinated.

# C

**Causal association:** Listen  ◉ [MP3]
A relation in which the presence or absence of a variable (e.g. smoking) is responsible for an increase or decrease in another variable (e.g. cancer). A change in exposure leads to a change in the outcome of interest.

**Chickenpox:** See Varicella.

**Chronic health condition:** A health-related state (e.g., cancer, asthma) that lasts for a long period of time.

**Combination vaccine:** A product containing components that can be divided equally into independently available routine vaccines.

**Communicable:** That which can be transmitted from one person or animal to another, infectious.

**COVID-19:** A disease caused by the SARS-CoV-2 virus. Symptoms can include fever or chills, cough, shortness of breath, difficulty breathing, fatigue, new loss of taste or smell, and more.

**Crohn's Disease:** Listen  ◉ [MP3]
A chronic medical condition characterized by inflammation of the bowel. Symptoms include abdominal pain, diarrhea, fever, loss of appetite, and weight loss. The cause of Crohn's disease is not yet known, but genetic, dietary, and infectious factors may play a part.

**Community immunity:** A situation in which a sufficient proportion of a population is immune to an infectious disease (through vaccination and/or prior illness) to make its spread from person to person unlikely. Even individuals not vaccinated (such as newborns and those with chronic illnesses) are offered some protection because the disease has little opportunity to spread within the community. Also known as herd immunity.

**Conjugate vaccine:** Listen  ◉ [MP3]
A vaccine in which two compounds (usually a protein and polysaccharide) are joined to each other to increase the vaccine's effectiveness.

**Conjunctivitis:** Listen  ◉ [MP3]
Inflammation of the mucous membranes surrounding the eye causing the area to become red and irritated. The membranes may be irritated because of exposure to heat, cold, or chemicals. This condition is also caused by viruses, bacteria, or allergies.

**Contraindication:** Listen  ◉ [MP3]
A condition in a recipient that increases their risk for a serious adverse reaction.

**Convulsion:** See Seizure.

**Crib or Cot Death:** See Sudden Infant Death Syndrome (SIDS).

# D

**Deltoid:** Listen ⏵ [MP3]
A muscle in the upper arm where shots are usually given.

**Demyelinating disorders:** Listen ⏵ [MP3]A medical condition in which the myelin sheath is damaged. The myelin sheath surrounds nerves and facilitates the transmission of impulses to the brain. Damage to the myelin sheath results in muscle weakness, poor coordination, and possible paralysis. Examples of demyelinating disorders include Multiple Sclerosis (MS), optic neuritis, transverse neuritis, and Guillain-Barre Syndrome (GBS).

**Diabetes:** A chronic health condition in which the body is unable to produce insulin or the insulin itself does not properly break down sugar (glucose) in the blood. Symptoms include hunger, thirst, excessive urination, dehydration, and weight loss. The treatment of diabetes may require daily insulin injections or oral medications to increase insulin production or activity in the body. Complications can include heart disease, stroke, neuropathy, poor circulation leading to loss of limbs, hearing impairment, vision problems, and death.

**Diphtheria:** Listen ⏵ [MP3]
A potentially fatal bacterial disease of the respiratory tract marked by the formation of a membrane around the tonsils, especially in the throat.

**Disease:** Sickness, illness or loss of health.

# E

**Efficacy rate:** Listen ⏵ [MP3]
A measure used to describe how effective a vaccine is at preventing disease.

**Encephalitis:** Listen ⏵ [MP3]
Inflammation of the brain. Encephalitis can result in permanent brain damage or death.

**Encephalopathy:** Listen ⏵ [MP3]
A general term describing brain dysfunction. Examples include encephalitis, meningitis, seizures, and the effects of head trauma.

**Epidemic:** Listen ⏵ [MP3]
The occurrence of disease within a specific geographical area or population in excess of what is normally expected.

**Endemic:** Listen ⏵ [MP3]
Present in a given area, though usually at low or baseline levels.

**Erythema Multiforme:** Listen ⏵ [MP3]
A medical condition characterized by inflammation of the skin or mucous membranes (including the mouth, throat, and eyes). Erythema Multiforme has been reported following several infections. Symptoms persist anywhere from 2 days to 4 weeks and include skin lesions, blisters, itching, fatigue, joint pain, and fever.

**Etiology:** Listen ⏵ [MP3]
The cause of.

**Exposure:** Contact with infectious agents such as bacteria or viruses in a manner that promotes transmission and increases the likelihood of disease.

## F

**Febrile:** Listen ◉ [MP3]
Relating to fever; feverish.

## G

**Guillain-Barre Syndrome (GBS):** Listen ◉ [MP3]
A rare neurological disease characterized by loss of reflexes and temporary paralysis. Symptoms include weakness, numbness, tingling, and increased sensitivity that spreads over the body. Muscle paralysis starts in the feet and legs, then moves upwards to the arms and hands. Paralysis can affect the respiratory muscles and cause breathing difficulties. Symptoms usually appear over the course of one day and may continue to progress for 3–4 days and up to 3–4 weeks. Recovery begins within 2–4 weeks after the progression stops. While most patients recover, approximately 15%–20% experience persistent symptoms. GBS is fatal in 5% of cases.

## H

*Haemophilus influenzae* type b (Hib): Listen ◉ [MP3]
A bacterium that can cause severe respiratory infections (including pneumonia), otitis, and diseases such as meningitis.

**Hepatitis A:** An acute viral disease of the liver transmitted through contaminated food or water.

**Hepatitis B:** A viral liver disease transmitted by infected blood or blood products, or through unprotected sex with someone who is infected.

**Hepatitis C:** A viral liver disease caused by the Hepatitis C virus (HCV), which is found in the blood of persons who have the disease. HCV is spread by contact with the blood and body fluids of an infected person.

**Hepatitis D:** A viral liver diseases caused by a virus that needs the hepatitis B virus to exist. Hepatitis D virus (HDV) is found in the blood of persons infected with the virus.

**Hepatitis E:** A viral liver disease transmitted in much the same way as hepatitis A virus. Generally, it is more severe for pregnant women.

**Herd immunity:** See Community immunity.

**Herpes Zoster:** A disease characterized by painful skin lesions that occur mainly on the trunk (back and stomach) of the body but can also develop on the face and in the mouth. Complications include headache, vomiting, fever, and meningitis. Recovery can take up to 5 weeks. Herpes Zoster is caused by the same virus responsible for chickenpox. Most people are exposed to this virus during childhood. After the primary infection (chickenpox), the virus becomes dormant, or inactivated. In some people the virus reactivates years, or even decades, later and causes herpes zoster. Also known as the shingles.

**Hives:** The eruption of red marks on the skin that are usually accompanied by itching. This condition can be caused by an allergy (e.g., to a food or drug), stress, infection, or physical agents such as heat or cold. Also known as uticaria.

**Hypersensitivity:** Listen ◉ [MP3]
A condition in which the body has an exaggerated response to a substance such as a food or drug. Also known as allergy.

**Hyposensitivity:** Listen ◉ [MP3]
A condition in which the body has a weakened or delayed reaction to a substance.

I

**Immunoglobulin:** Listen ⊙ [MP3]
A protein found in the blood that fights infection. Also known as gamma globulin.

**Immune system:** The complex system in the body responsible for fighting disease. Its primary function is to identify foreign substances in the body (bacteria, viruses, fungi, or parasites) and develop a defense against them. This defense is known as the immune response. It involves production of protein molecules called antibodies to eliminate foreign organisms from the body.

**Immunity:** Protection against a disease. There are two types of immunity, passive and active. Immunity is indicated by the presence of antibodies or other components in the blood and can usually be determined with a laboratory test. See active and passive immunity.

**Immunization:** Listen ⊙ [MP3]
The process of being made immune or resistant to an infectious disease, typically by the administration of a vaccine. It implies that a vaccine will trigger an immune response.

**Immunosupression:** Listen ⊙ [MP3]
A condition in which the immune system is unable to protect the body from disease. This condition can be caused by diseases such as HIV infection or cancer or by certain drugs, such as steroids or those used in chemotherapy. Individuals whose immune systems are compromised should not receive live, attenuated vaccines.

**Inactivated vaccine:** Listen ⊙ [MP3]
A vaccine made from viruses and bacteria that have been killed through physical or chemical processes, or contain parts proteins of the infectious agents. These killed organisms cannot cause disease.

**Inapparent infection:** The presence of infection without symptoms. Also known as subclinical or asymptomatic infection.

**Incidence:** The ratio of new disease cases per population at risk reported over a given period.

**Incubation period:** The time from contact with an infectious agent (e.g., bacteria or viruses) to onset of disease (start of clinical manifestations).

**Infectious:** Capable of spreading from one person to another or from one living being to another, communicable.

**Inflammation:** Living organism response, including redness, swelling, heat and pain, resulting from injury, usually infectious, to tissue (parts of the body underneath the skin).

**Inflammatory Bowel Disease (IBD):** A general term for a constellation of symptoms associated with inflammation of the bowel. Examples include colitis and Crohn's disease. Symptoms include abdominal pain, diarrhea, fever, loss of appetite, and weight loss.

Influenza: A contagious with epidemic potential viral disease characterized by fever, prostration, muscular aches and pains, and inflammation of the respiratory tract.

**Intussusception:** Listen ⊙ [MP3]
A type of bowel blockage that happens when one portion of the bowel slides into the adjacent one, much like the pieces of a telescope; it is treated in a hospital and may require surgery.

**Investigational vaccine:** A vaccine that has been approved by the Food and Drug Administration (FDA) for use in clinical trials on humans. However, because investigational vaccines are still in testing and under evaluation, they are not licensed for use in the general public.

2/12/24, 6:23 PM                                                    Vaccine Glossary of Terms | CDC

## J

**Jaundice:** Listen ◉ [MP3]
Yellowing of the skin and eyes. This condition is often a symptom of hepatitis infection or hemolysis.

## L

**Lesion:** Listen ◉ [MP3]
An abnormal change in the structure of an organ due to injury or disease.

**Live vaccine:** A vaccine in which live virus is weakened (attenuated) through chemical or physical processes in order to produce an immune response without causing the severe effects of the disease. Live vaccines currently licensed in the United States include measles, mumps, rubella, varicella, rotavirus, yellow fever, smallpox, and some formulations of influenza, shingles, and typhoid vaccines. Also known as an attenuated vaccine.

**Lupus:** A disease characterized by inflammation of the connective tissue that supports and connects all parts of the body. Chronic swelling of the connective tissue causes damage to the skin, joints, kidneys, nervous system, and mucous membranes. The disease begins with fever, joint pain, and fatigue. Additional symptoms continue to develop over the years, including nausea, fatigue, weight loss, arthritis, headaches, and epilepsy. Problems with heart, lung, and kidney function may also result. This condition is diagnosed most frequently in young women but occurs in children as well.

**Lymphocytes:** Listen ◉ [MP3]
Small white blood cells that help the body defend itself against infection.

## M

**Macrophage:** Listen ◉ [MP3]
A large white cell that helps the body defend itself against disease by surrounding and destroying foreign organisms such as (viruses and bacteria).

**Macular:** Listen ◉ [MP3]
Non-raised skin lesions, normally red-colored.

**Measles:** A contagious viral disease marked by the eruption of red circular spots on the skin. Also known as rubeola.

**Memory cell:** A group of cells that help the body defend itself against disease by remembering prior exposure to specific organisms such as viruses and bacteria. Consequently, these cells are able to respond quickly when these organisms repeatedly threaten the body.

**Meningitis:** Listen ◉ [MP3]
Inflammation of the membrane covering the brain and spinal cord that can result in death.

**Meningoencephalitis:** Listen ◉ [MP3]
["men in joe en sef uh LIGHT iss"] — Inflammation of the brain and meninges (membranes) that involves both the encephalon (area inside the skull) and the spinal cord.

**Microbes:** Listen ◉ [MP3]
Tiny organisms (including viruses and bacteria) that can be seen only with a microscope.

**mRNA vaccine:**
A vaccine that uses mRNA to teach our cells how to make a protein—or even just a piece of a protein—that produces an immune response to a disease.

**Mucosal membranes:** Listen ⊙ [MP3]

The soft, wet tissue that lines body openings, specifically the mouth, nose, rectum, and vagina.

**Multiple Sclerosis (MS):** Listen ⊙ [MP3]

A disease of the central nervous system characterized by the destruction of the myelin sheath surrounding neurons, resulting in the formation of "plaques." MS is a progressive and usually fluctuating disease with exacerbations (patients feeling worse) and remissions (patients feeling better) over many decades. In most patients, remissions eventually do not reach baseline levels and permanent disability and sometimes death occurs. The cause of MS is unknown. The most widely held hypothesis is that MS occurs in patients with a genetic susceptibility and that some environmental factors "trigger" exacerbations. MS is three times more common in women than men, with diagnosis usually made as young adults. See demyelinating disorders.

**Mumps:** Acute contagious viral illness marked by swelling, especially of the parotid glands.

# N

**Neuritis:** Listen ⊙ [MP3]

Inflammation of the nerves.

**Neuropathy:** Listen ⊙ [MP3]

A general term for any dysfunction in the peripheral nervous system. Symptoms include pain, muscle weakness, numbness, loss of coordination, and paralysis. This condition may result in permanent disability.

# O

**Optic neuritis:** Listen ⊙ [MP3]

A medical condition in which vision deteriorates rapidly over hours or days. One or both eyes may be affected. Optic neuritis results from the damage to the optic nerves, though the cause is unknown in most cases. Patients may regain their vision or be left with permanent impairment. See demyelinating disorders.

**Orchitis:** Listen ⊙ [MP3]

Inflammation of the testicles, a complication of mumps infection occurring in males who are beyond puberty. Symptoms begin 7–10 days after onset of mumps and include inflammation of the testicles, headache, nausea, vomiting, pain, and fever. Most patients recover, but sterility occurs in rare cases.

**Otitis Media:** Listen ⊙ [MP3]

A viral or bacterial infection that leads to inflammation of the middle ear. This condition usually occurs along with an upper respiratory infection. Symptoms include earache, high fever, nausea, vomiting, and diarrhea. In addition, hearing loss, facial paralysis, and meningitis can result.

**Outbreak:** The occurrence of cases of disease in excess of what would normally be expected in a defined community, geographical area, and/or season, but below epidemic numbers.

# P

**Pandemic:** A worldwide epidemic such as AIDS, pH1N1, or SARS-CoV2.

**Papular:** Listen ⊙ [MP3]

Marked by small elevations of the skin.

**Passive immunity:** Protection against disease through antibodies produced by another human being or animal. Passive immunity is effective, but protection is generally limited and diminishes over time (usually a few weeks or months). For example, maternal antibodies are passed to the infant prior to birth and protect the baby for the first 4–6 months of life.

**Pathogens:** Organisms (such as bacteria, viruses, parasites and fungi) that cause disease in human beings.

**Pertussis:** Listen ◉ [MP3]

Bacterial infectious disease marked by a convulsive spasmodic cough, sometimes followed by a crowing intake of breath. Also known as whooping cough.

**Petechiae:** Listen ◉ [MP3]

["pe TEEK ee ay"] — A tiny reddish or purplish spot on the skin or mucous membrane, commonly part of infectious diseases such as typhoid fever.

**Placebo:** A substance or treatment that has no effect on living beings, usually used as a comparison to vaccine or medicine in clinical trials.

**Pneumonia:** Listen ◉ [MP3]

Inflammation of the lungs characterized by fever, chills, muscle stiffness, chest pain, cough, shortness of breath, rapid heart rate, and difficulty breathing.

**Poliomyelitis:** Listen ◉ [MP3]

An acute infectious viral disease characterized by fever, paralysis, and atrophy of skeletal muscles. Also known as polio.

**Polysaccharide vaccines:** Listen ◉ [MP3]

Vaccines composed of long chains of sugar molecules that resemble the surface of certain types of bacteria. Polysaccharide vaccines are available for pneumococcal disease.

**Potency:** A measure of strength.

**Precaution:** A condition in a recipient that might increase their risk for a serious adverse reaction, might cause diagnostic confusion, or might compromise the vaccine's ability to produce immunity.

**Prevalence:** The ratio of cases of a condition or diseases (new and existing) within a population.

**Prodromal:** Listen ◉ [MP3]

An early symptom indicating the onset of an attack or a disease.

# Q

**Quarantine:** A way to prevent the spread of disease by isolating a person or animal who has not been diagnosed with a communicable disease but who was exposed or is likely to have been exposed to that disease.

# R

**Recombinant:** Listen ◉ [MP3]

Of or resulting from new combinations of genetic material or cells; the genetic material produced when segments of DNA from different sources are joined to produce recombinant DNA.

**Reye Syndrome:** Listen ◉ [MP3]

Encephalopathy (general brain disorder) in children following an acute illness such as influenza or chickenpox. Symptoms include vomiting, agitation, and lethargy. This condition is often associated with the use of certain medicines (e.g., aspirin) and may result in coma or death.

**Residual Seizure Disorder (RSD):** See seizures.

**Risk:** The likelihood that an individual will experience a certain event.

**Rotavirus:** Listen ⊙ [MP3]
A category of viruses that cause diarrhea in children.

**Rubella:** (German measles) Viral infection (describe the main symptoms) but as damaging to the fetus when it occurs early in pregnancy.

**Rubeola:** Listen ⊙ [MP3]
See Measles.

# S

**Seroconversion:** Listen ⊙ [MP3]
Development of antibodies in the blood of an individual who previously did not have detectable antibodies.

**Serology:** Listen ⊙ [MP3]
Measurement of antibodies and other immunological properties present in blood serum.

**Serosurvey:** Listen ⊙ [MP3]
A study measuring the proportion of persons in a community that have antibodies (due to vaccination or previous exposure) to a given agent.

**Seizure:** The sudden onset of a jerking (localized or generalized) or staring spell. Seizures following a vaccination can be caused by fever. Also known as convulsions.

**Severe Combined immune Deficiency (SCID):** A group of rare, life-threatening disorders caused by at least 15 different single gene defects that result in profound deficiencies in T- and B- lymphocyte function.

**Shingles:** See herpes zoster.

**Side effect:** Undesirable reaction resulting from a vaccine or medicine.

**Smallpox:** An acute, highly infectious, often fatal disease caused by a poxvirus and characterized by high fever and aches with subsequent widespread eruption of pimples that blister, produce pus, and form pockmarks. Also known as variola.

**Strain:** A specific version of an organism. Many agents causing diseases, including HIV/AIDS and hepatitis, have multiple strains.

**Subclinical infection:** The presence of infection without symptoms. Also known as inapparent or asymptomatic infection.

**Sudden Infant Death Syndrome (SIDS):** The sudden and unexpected death of a healthy infant younger than 1 year of age. A diagnosis of SIDS is made when an autopsy cannot determine another cause of death. The cause of SIDS is unknown. Also known as crib death or cot death.

**Susceptible:** A living being that at risk of contracting a disease.

# T

**Temporal association:** Two or more events that occur around the same time whether causally related or not, chance occurrences.

**Teratogenic:** Listen ⊙ [MP3]
Of, relating to, or causing developmental malformations in a fetus or unborn baby.

**Tetanus:** Listen ◉ [MP3]

Toxin-producing bacterial disease marked by strong muscle spasms.

**Thimerosal:** Listen ◉ [MP3]

A mercury-containing preservative used in some vaccines and other products since the 1930s. There is no convincing evidence of harm caused by the low concentrations of thimerosal in vaccines, except for minor reactions like redness and swelling at the injection site. However, in July 1999, the Public Health Service agencies, the American Academy of Pediatrics, and vaccine manufacturers agreed that thimerosal should be reduced or eliminated in vaccines as a precautionary measure. Today, except for some flu vaccines, all routinely recommended childhood vaccines manufactured for the U.S. market contain either no thimerosal or only trace amounts. Thimerosal-free influenza vaccines are available.

**Typhoid Fever:** Typhoid fever is a life-threatening illness caused by the bacterium *Salmonella* Typhi. Persons with typhoid fever carry the bacteria in their bloodstream and intestinal tract.

**Titer:** Listen ◉ [MP3]

The detection of antibodies in blood through a laboratory test, the concentration of antibodies detected in such a test.

**Transverse Myelitis:** Listen ◉ [MP3]

Sudden-onset inflammation of the spinal cord. Symptoms include general back pain followed by weakness in the feet and legs that moves upward. There is no cure, and many patients are left with permanent disabilities or paralysis. Transverse Myelitis is a demyelinating disorder that may be associated with Multiple Sclerosis (MS). See demyelinating disorders.

# U

**Urticaria:** Listen ◉ [MP3]

The eruption of red marks on the skin that are usually accompanied by itching. This condition can be caused by an allergy (e.g., to a food or drug), stress, infection, or physical agents such as heat or cold. Also known as hives.

# V

**Vaccination:** Listen ◉ [MP3]

The physical act of administering any vaccine.

**Vaccinia:** Listen ◉ [MP3]

A virus related to the smallpox and cowpox viruses, which is used in smallpox vaccine.

**Vaccine:** Listen ◉ [MP3] A suspension of live (usually attenuated) or inactivated microorganisms (e.g., bacteria or viruses), fractions of the agent, or genetic material of the administered to induce immunity and prevent infectious diseases and their sequelae. Some vaccines contain highly defined antigens (e.g., the polysaccharide of Haemophilus influenzae type b or the surface antigen of hepatitis B); others have antigens that are complex or incompletely defined (e.g. *Bordetella pertussis* antigens or live attenuated viruses).

**Vaccine Adverse Event Reporting System (VAERS)** ↗ **:** A national program managed by the CDC and the US Food and Drug Administration (FDA) to monitor the safety of all vaccines licensed in the United States. VAERS is a system for collecting and reviewing reports of adverse events that occur after vaccination.

**Vaccine Safety Datalink Project (VSD):** A collaboration between CDC and eight large Health Management Organizations (HMOs) to continually evaluate vaccine safety and increase knowledge of vaccine adverse events. Medical records of more than 6 million people are monitored for potential adverse events following vaccination, which supports vaccine safety studies and enables timely investigations.

**Varicella:** Listen ◉ [MP3] An acute contagious disease characterized by papular and vesicular lesions. Also known as chickenpox.

**Variola:** Listen ⊙ [MP3]
See smallpox.

**Vesicular:** Listen ⊙ [MP3]
Characterized by small fluid-containing elevations of the skin (blisters).

**Viral vector vaccine:**
A vaccine that uses a modified, harmless fraction of a different virus (a vector virus) associated with an antigen that can induce production of important instructions that are delivered to the body's cells.

**Viremia:** Listen ⊙ [MP3]
The presence of a virus in the blood.

**Virulence:** Listen ⊙ [MP3]
The relative capacity of a pathogen to overcome body defenses and elicit symptoms.

**Virus:** A tiny organism that multiplies within cells and causes diseases such as chickenpox, measles, mumps, rubella, and hepatitis. Viruses are not affected by antibiotics, the drugs used to kill bacteria.

# W

**Waning immunity:** The loss of protective antibodies over time.

**Whooping Cough:** See Pertussis.

| Related Pages |
| --- |
| Acronyms & Abbreviations |
| Sortable U.S. Vaccine Names |
| Abbreviations used on immunization records |

Return to Terms main page

Last Reviewed: December 1, 2022

Joint Claim Construction Brief

# EXHIBIT 39

MAJOR ARTICLE

# Influenza Vaccine Effectiveness in the 2011–2012 Season: Protection Against Each Circulating Virus and the Effect of Prior Vaccination on Estimates

**Suzanne E. Ohmit,[1] Mark G. Thompson,[2] Joshua G. Petrie,[1] Swathi N. Thaker,[2] Michael L. Jackson,[3] Edward A. Belongia,[4] Richard K. Zimmerman,[5] Manjusha Gaglani,[7,8] Lois Lamerato,[9] Sarah M. Spencer,[2] Lisa Jackson,[3] Jennifer K. Meece,[4] Mary Patricia Nowalk,[5] Juhee Song,[7,8] Marcus Zervos,[9] Po-Yung Cheng,[2] Charles R. Rinaldo,[6] Lydia Clipper,[7] David K. Shay,[2] Pedro Piedra,[10] and Arnold S. Monto[1]**

[1]Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor; [2]Influenza Division, Centers for Disease Control and Prevention, Atlanta, Georgia; [3]Group Health Research Institute, Seattle, Washington; [4]Marshfield Clinic Research Foundation, Marshfield, Wisconsin; [5]Department of Family Medicine, and [6]Department of Pathology, University of Pittsburgh, Pennsylvania; [7]Scott and White Healthcare; and [8]Texas A&M Health Science Center College of Medicine, Temple, Texas; [9]Henry Ford Health System, Detroit, Michigan; [10]Baylor College of Medicine, Houston, Texas

(See the editorial commentary by Neuzil and Victor on pages 328–9.)

*Background.*  Each year, the US Influenza Vaccine Effectiveness Network examines the effectiveness of influenza vaccines in preventing medically attended acute respiratory illnesses caused by influenza.

*Methods.*  Patients with acute respiratory illnesses of ≤7 days' duration were enrolled at ambulatory care facilities in 5 communities. Specimens were collected and tested for influenza by real-time reverse-transcriptase polymerase chain reaction. Receipt of influenza vaccine was defined based on documented evidence of vaccination in medical records or immunization registries. Vaccine effectiveness was estimated in adjusted logistic regression models by comparing the vaccination coverage in those who tested positive for influenza with those who tested negative.

*Results.*  The 2011–2012 season was mild and peaked late, with circulation of both type A viruses and both lineages of type B. Overall adjusted vaccine effectiveness was 47% (95% confidence interval [CI], 36–56) in preventing medically attended influenza; vaccine effectiveness was 65% (95% CI, 44–79) against type A (H1N1) pdm09 but only 39% (95% CI, 23–52) against type A (H3N2). Estimates of vaccine effectiveness against both type B lineages were similar (overall, 58%; 95% CI, 35–73). An apparent negative effect of prior year vaccination on current year effectiveness estimates was noted, particularly for A (H3N2) outcomes.

*Conclusions.*  Vaccine effectiveness in the 2011–2012 season was modest overall, with lower effectiveness against the predominant A (H3N2) virus. This may be related to antigenic drift, but past history of vaccination might also play a role.

*Keywords.*  influenza; medically attended influenza; vaccine effectiveness; ambulatory care.

Influenza vaccines are unique in requiring regular changes in composition to match the antigenic drift of

Received 11 July 2013; accepted 16 August 2013; electronically published 13 November 2013.

Correspondence: Suzanne E. Ohmit, DrPH, University of Michigan School of Public Health, 1415 Washington Heights, Ann Arbor MI 48109 (sohmit@umich.edu).

**Clinical Infectious Diseases   2014;58(3):319–27**
© The Author 2013. Published by Oxford University Press on behalf of the Infectious Diseases Society of America. All rights reserved. For Permissions, please e-mail: journals.permissions@oup.com.
DOI: 10.1093/cid/cit736

the circulating virus strains [1]. They currently are recommended annually in the United States for all persons aged ≥6 months [2] and are composed of 3 strains representing influenza A (H3N2), A (H1N1), and B viruses, some of which may be new in a particular year and some of which may not. Because 2 distinct lineages of type B circulate, strains from both will soon be incorporated into what will then be a quadrivalent vaccine [3]. There is ample evidence that influenza vaccine effectiveness (VE) varies not only by virus type (subtype) but also from year to year [4]. A number of

explanations for these variations have been suggested, including antigenic match between vaccine and circulating strains, the age and health status of vaccine recipients, and the time between vaccine receipt and occurrence of the seasonal outbreak.

To monitor variation in VE, many countries have begun to conduct annual evaluations [5–9]. Various observational methods have been used, but most involve laboratory confirmation of illnesses as influenza and documentation of influenza vaccine receipt. Since the 2008–2009 influenza season, multiple centers in the United States have collaborated annually to estimate VE through the Influenza Vaccine Effectiveness (Flu VE) Network. This network examines the effectiveness of influenza vaccines in preventing medically attended acute respiratory illnesses caused by influenza. The network has quantified vaccine protection during seasonal outbreaks and has also demonstrated the effectiveness of the H1N1 pandemic vaccine once it became available in 2009 [5, 6].

We report here estimates of effectiveness of the 2011–2012 influenza vaccines, with special reference to protection against each circulating influenza virus and the effect of prior vaccination on estimates [10]. The influenza season was mild overall and peaked nationally in March 2012 with circulation of type A (H3N2) and A (H1N1) pdm09 viruses, plus type B viruses from both lineages [11].

## METHODS

### Subject Enrollment

We enrolled adults and children seeking care for acute respiratory illnesses at ambulatory care facilities, including urgent care clinics, affiliated with the Group Health Cooperative, Seattle, Washington; the Marshfield Clinic Research Foundation, Marshfield, Wisconsin; the University of Michigan School of Public Health partnered with the University of Michigan, Ann Arbor, and Henry Ford, Detroit, Health Systems, Michigan; the University of Pittsburgh Schools of Health Sciences partnered with the University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania; and Scott & White Healthcare, Texas A&M Health Science Center College of Medicine, Temple, Texas; these 5 centers comprised the US Flu VE Network. Enrollment of patients began after circulation of laboratory-confirmed influenza was identified through local surveillance at each network center.

Trained study staff reviewed clinic appointment schedules for chief complaints of interest (eg, cough, flu, asthma exacerbation) to identify patients with acute respiratory illnesses. These potentially eligible patients (or parents/guardians of minors) were approached and screened for study eligibility by brief interview. Patients with acute respiratory illness were eligible for enrollment if they were aged ≥6 months on 1 September 2011 and thus eligible for influenza vaccination and if their illness was characterized by cough and or fever/feverishness of ≤7 days' duration. Eligible patients provided informed consent for study participation, and consented subjects completed an enrollment interview and had throat swab and nasal swab specimens (or nasal swab only in patients aged ≤2 years) collected and combined for influenza identification.

Patient demographic characteristics (age, sex, race/ethnicity), illness onset date, symptoms present, subjective assessments of general [12] and current health status [13], and self-reported influenza vaccination status were ascertained by interview. Subjects were defined as high risk if they had medical record documentation during the year before enrollment of health conditions that increased their risk of influenza complications [2]. Influenza vaccination status for the 2011–2012 season was based on documented evidence of vaccine receipt from medical records or immunization registries. The 2011–2012 influenza vaccines contained the following virus strains: A/California/07/09 (H1N1pdm09), A/Perth/16/09 (H3N2), and B/Brisbane/60/08 (Victoria lineage) [14]. The study was reviewed and approved by the institutional review boards at participating network centers.

### Laboratory Methods

Respiratory specimens collected from enrolled patients were tested for influenza virus identification at network laboratories by means of real-time reverse-transcriptase polymerase chain reaction (RT-PCR). The RT-PCR primers, probes, and testing protocol were developed and provided by the Centers for Disease Control and Protection Influenza Division and designed for universal detection of influenza A and B viruses, subtype identification of influenza A viruses, and lineage determination of influenza B viruses. Testing proficiency panels administered by the Centers for Disease Control and Prevention were successfully completed by all participating laboratories.

### Estimation of Influenza VE

Influenza case patients were defined as persons with medically attended acute respiratory illnesses that were confirmed by RT-PCR as influenza; persons with similar illnesses that were negative by RT-PCR for influenza were termed control patients. This approach is termed a test-negative design and is described as analogous to an indirect cohort study [15]. Subjects were considered vaccinated if they had documented evidence of receipt of at least 1 dose of influenza vaccine for the current season at least 14 days before illness onset. Characteristics of case and control patients and vaccinated and unvaccinated patients were examined and compared by $\chi^2$ tests. Differences in self-rated current health assessment scores (scale 1 [worst] to 100 [best]) were examined using the nonparametric Kruskal–Wallis test. VE was estimated by comparing the vaccination coverage in those who tested positive for influenza with those

who tested negative and calculated as $100 \times (1 - \text{odds ratio})$ in logistic regression models [15, 16]. Both unadjusted and adjusted effectiveness estimates were calculated; variables were included in adjusted models based on consideration of standard potential confounders [5, 6] or statistically significant covariables. Adjusted models included values for network center, patient demographic characteristics (age, sex, race/ethnicity), high-risk health status, self-rated health status, number of days between illness onset and specimen collection, and calendar time. Patient age was modeled as age in months using linear tail-restricted cubic spline functions with multiple knots. Calendar time was modeled as a series of dichotomous variables representing 2-week intervals of illness onset dates. Stratified effectiveness estimates were calculated by age category, by influenza virus type, A subtype and B lineage, and for children aged 2–17 years, by inactivated or live-attenuated vaccine type. Potential effect modification by prior season (2010–2011) vaccination status [10] was examined in logistic regression models with main effect and interaction terms for current and prior season vaccination status as covariables. Further post hoc analyses estimated current season (2011–2012) VE stratified by prior season (2010–2011) vaccination status, plus VE for each combination of current and prior season vaccine exposure (ie, current only, both current and prior, prior only) with those subjects unvaccinated in both seasons as the reference group. Statistical analyses were conducted using SAS version 9.3 statistical software. $P < .05$ or a positive lower bound of the confidence interval for VE was considered to indicate statistical significance.

## RESULTS

We enrolled 4852 patients with medically attended acute respiratory illnesses beginning in early January 2012; enrollment of case patients peaked in early March and continued into early May. Eighty-one (1.7%) enrolled subjects were excluded from analysis because their illness onset dates were >7 days before enrollment or they had missing data on key variables. These exclusions resulted in an analysis set of 4771 subjects, including 681 (14.3%) influenza-positive case patients and 4090 influenza-negative control patients; 440 (64.6%) influenza case patients were identified as having influenza A (H3N2), 110 (16.2%) as having influenza A (H1N1)pdm09, and 131 (19.2%) as having influenza type B.

Case and control patients did not significantly differ by sex, age, or race/ethnicity categories but did vary by influenza vaccination status, with case patients significantly less likely to have documented evidence of vaccine receipt (31.3% vs 48.5%; $P < .001$; Table 1). Case patients were less likely than control patients to have high-risk health conditions and were more likely to self-rate their general health status as excellent or very good;

however, current illnesses were self-rated as more severe by case patients.

Vaccination coverage was highest in younger children and older adults (Table 2). Vaccinated subjects were more likely than the unvaccinated to have high-risk health conditions, to self-rate their general health status as fair or poor, and to be white (not Hispanic) compared with black or Hispanic. Eighty-one percent of vaccinated subjects had received the inactivated vaccine, and 8% had received the live-attenuated vaccine; for 11% of vaccinated subjects, vaccine type was unknown. Among case patients and controlling for interval between illness onset and enrollment, vaccinated and unvaccinated subjects self-rated the severity of their current illness similarly (51.4 vs 49.7; $P = .34$).

Overall adjusted VE was estimated as 47% (95% confidence interval [CI], 36–56) in preventing medically attended influenza (Table 3). In sensitivity analyses that considered only those subjects enrolled <5 days since illness onset, VE was nearly identical (46%; 95% CI, 33–57). Estimates stratified by age category indicated the highest point estimates were seen in children aged 9–17 years (58%; 95% CI, 27–76) and the lowest were seen in adults aged 18–49 years (44%; 95% CI, 21–60) and adults aged ≥65 years (43%; 95% CI, −18 to 72). Children aged <9 years are recommended to receive 2 doses of vaccine in the current season or 1 dose in each of the current and last seasons to be considered fully immunized [14]; the VE point estimate in fully immunized young children was substantially higher (51%; 95% CI, 27–68) than in partially immunized children (18%; 95% CI, −48 to 55). Also presented in Table 3 are estimates of effectiveness in children aged 2–17 years by whether the vaccine was inactivated or live-attenuated; 82% of live-attenuated vaccine doses used were administered to children. Effectiveness estimates were similar by vaccine type for older (aged 9–17 years) children; however, in young children, the point estimate was higher for recipients of the live-attenuated vaccine.

Adjusted VE was estimated as 65% (95% CI, 44–79) against influenza A (H1N1) pdm09 but only 39% (95% CI, 23–52) against influenza A (H3N2) (Table 4). Age-stratified effectiveness estimates against A (H3N2) among adults were similar (33%–42%) but with CIs with negative lower bounds (Supplementary Table 1). Adjusted VE was estimated as 58% (95% CI, 35–73) against influenza type B. Of note, the point estimate was lower against the B lineage (B/Brisbane/60/08 [Victoria lineage]) included in the vaccine than against the nonvaccine Yamagata lineage. Influenza type B cases were equally likely to be from the Victoria or Yamagata lineages, and both lineages infected subjects in all age categories (data not shown).

In initial VE analyses, a statistically significant interaction ($P = .007$) between current (2011–2012) and prior (2010–2011) season vaccination status was demonstrated. Based on this

**Table 1.   Descriptive Characteristics of Enrolled Patients With Medically Attended Acute Respiratory Illnesses by Case/Control Status**

| Characteristics | Influenza-Positive Cases | | Influenza-Negative Controls | | P Value |
|---|---|---|---|---|---|
| | n = 681 | Column % | n = 4090 | Column % | |
| Study community | | | | | <.001 |
| Seattle, WA | 223 | 32.7 | 1059 | 25.9 | |
| Southeast, MI | 196 | 28.8 | 961 | 23.5 | |
| Marshfield, WI | 166 | 24.4 | 774 | 18.9 | |
| Temple, TX | 47 | 6.9 | 709 | 17.3 | |
| Pittsburgh, PA | 49 | 7.2 | 587 | 14.4 | |
| Sex | | | | | .07 |
| Female | 314 | 46.1 | 2040 | 49.9 | |
| Male | 367 | 53.9 | 2050 | 50.1 | |
| Age categories | | | | | .22 |
| 6 mo – 8 y | 190 | 27.9 | 1300 | 31.8 | |
| 9–17 y | 111 | 16.3 | 555 | 13.6 | |
| 18–49 y | 231 | 33.9 | 1318 | 32.2 | |
| 50–64 y | 96 | 14.1 | 586 | 14.3 | |
| ≥65 y | 53 | 7.8 | 331 | 8.1 | |
| Race | | | | | .42 |
| White (not Hispanic) | 483 | 70.9 | 2867 | 70.1 | |
| Black | 86 | 12.6 | 416 | 10.2 | |
| Hispanic | 45 | 6.6 | 380 | 9.3 | |
| Other | 67 | 9.8 | 427 | 10.4 | |
| Influenza vaccination status | | | | | <.001 |
| Vaccinated[a] | 213 | 31.3 | 1983 | 48.5 | |
| Unvaccinated | 468 | 68.7 | 2107 | 51.5 | |
| High-risk health status | | | | | .02 |
| Yes[b] | 144 | 21.1 | 1038 | 25.4 | |
| No | 537 | 78.9 | 3052 | 74.6 | |
| Reported general health status | | | | | <.001 |
| Excellent | 254 | 37.3 | 1347 | 32.9 | |
| Very good | 270 | 39.6 | 1430 | 35.0 | |
| Good | 117 | 17.2 | 970 | 23.7 | |
| Fair/poor | 40 | 5.9 | 343 | 8.4 | |
| Illness onset to enrollment | | | | | <.001 |
| <3 d | 282 | 41.4 | 1295 | 31.7 | |
| 3–4 d | 271 | 39.8 | 1636 | 40.0 | |
| 5–7 d | 128 | 18.8 | 1159 | 28.3 | |
| Current health assessment | | | | | |
| | Mean | SE | Mean | SE | <.001 |
| Scale 1 (worst) – 100 (best) | 49.9 | 0.82 | 58.7 | 0.33 | |

[a] Medical record and/or immunization registry documentation of receipt of at least 1 dose of 2011–2012 influenza vaccine ≥14 days before illness onset.

[b] Presence of ≥1 medical record–documented high-risk codes in prior year, as defined by Advisory Committee on Immunization Practices guidance for conditions that increase risk for complications from influenza.

evidence of effect modification, we also estimated VE stratified by prior season (2010–2011) vaccination status. Young children (aged <9 years) were excluded from this evaluation because of their specific recommendation for repeated vaccination [14]; the interaction in the subset of patients aged ≥9 years remained statistically significant (P = .03). Among those

vaccinated in the prior season (2010–2011), the adjusted effectiveness of vaccination in the current season (2011–2012) was estimated as 33% (95% CI, −1 to 56). In contrast, among those not vaccinated in the prior season, the adjusted effectiveness of vaccination in the current season was 56% (95% CI, 37–69).

**Table 2.  Descriptive Characteristics of Enrolled Patients With Medically Attended Acute Respiratory Illnesses by Influenza Vaccination Status**

| Characteristics | Vaccinated[a] | | Unvaccinated | | |
| --- | --- | --- | --- | --- | --- |
| | n = 2196 | Row % | n = 2575 | Row % | P Value |
| Study community | | | | | <.001 |
| Seattle, WA | 630 | 49.1 | 652 | 50.9 | |
| Southeast, MI | 440 | 38.0 | 717 | 62.0 | |
| Marshfield, WI | 511 | 54.4 | 429 | 45.6 | |
| Temple, TX | 321 | 42.5 | 435 | 57.5 | |
| Pittsburgh, PA | 294 | 46.2 | 342 | 53.8 | |
| Sex | | | | | .43 |
| Female | 1097 | 46.6 | 1,257 | 53.4 | |
| Male | 1099 | 45.5 | 1,318 | 54.5 | |
| Age categories | | | | | <.001 |
| 6 mo – 8 y[b] | 789 | 53.0 | 701 | 47.0 | |
| 9–17 y | 230 | 34.5 | 436 | 65.5 | |
| 18–49 y | 550 | 35.5 | 999 | 64.5 | |
| 50–64 y | 341 | 50.0 | 341 | 50.0 | |
| ≥65 y | 286 | 74.5 | 98 | 25.5 | |
| Race | | | | | <.001 |
| White (not Hispanic) | 1612 | 48.1 | 1738 | 51.9 | |
| Black | 167 | 33.3 | 335 | 66.7 | |
| Hispanic | 179 | 42.1 | 246 | 57.9 | |
| Other | 238 | 48.2 | 256 | 51.8 | |
| High-risk health status | | | | | <.001 |
| Yes[c] | 710 | 60.1 | 472 | 39.9 | |
| No | 1486 | 41.4 | 2103 | 58.6 | |
| General health status | | | | | <.001 |
| Excellent | 704 | 44.0 | 897 | 56.0 | |
| Very good | 748 | 44.0 | 952 | 56.0 | |
| Good | 524 | 48.2 | 563 | 51.8 | |
| Fair/Poor | 220 | 57.4 | 163 | 42.6 | |
| Illness onset to enrollment | | | | | .003 |
| <3 d | 676 | 42.9 | 901 | 57.1 | |
| 3–4 d | 886 | 46.5 | 1021 | 53.5 | |
| 5–7 d | 634 | 49.3 | 653 | 50.7 | |
| Influenza test result | | | | | <.001 |
| Negative | 1983 | 48.5 | 2107 | 51.5 | |
| Positive | 213 | 31.3 | 468 | 68.7 | |
| Influenza A | 178 | 32.4 | 372 | 67.6 | |
| Influenza B | 35 | 26.7 | 96 | 73.3 | |

[a] Medical record and/or immunization registry documentation of receipt of at least 1 dose of 2011–2012 influenza vaccine ≥14 days before illness onset.

[b] Partially or fully immunized.

[c] Presence of ≥1 medical record–documented high-risk codes in prior year, as defined by Advisory Committee on Immunization Practices guidance for conditions that increase risk for complications from influenza.

We also calculated VE for each category of vaccine exposure (ie, current only, both current and prior, prior only) with those subjects unvaccinated in both seasons as the reference group. Results, presented in Table 5, indicate statistically significant protection with current season vaccine receipt whether or not vaccine was received the prior season; however, the point estimate was slightly higher for those vaccinated in the current season only. Low and nonsignificant residual protection was demonstrated for those subjects vaccinated in just the prior season. Alternative models were also generated for just influenza A (H3N2) outcomes (Supplementary Table 2); results here indicated larger differences in effectiveness point estimates based on prior season vaccination status, with no significant protection demonstrated for subjects vaccinated in the prior season.

As indicated previously, we required medical record/registry documentation of vaccination for an individual to be considered vaccinated. Influenza vaccines are now frequently administered outside of usual sites of healthcare delivery, and documentation of these vaccination events can be challenging. As a result, some vaccinated individuals could be misclassified as unvaccinated. In sensitivity analyses, 2 alternative means of representing vaccination status were considered. Both incorporated self-reported status and increased the proportion of subjects considered vaccinated. VE estimates using either approach were very similar to estimates based on medical record/registry–documented status (Table 6).

## DISCUSSION

Population-wide assessments of VE have become more critical now given expanding recommendations for annual vaccination [2, 17]. For practical reasons, the studies that have evolved have been observational and mainly involve prevention of medically attended illnesses but with laboratory confirmation of influenza by RT-PCR. The test-negative design is frequently used in these observational studies to control for differences in healthcare-seeking behavior between vaccinated and unvaccinated persons [15]; these studies may still be affected by bias and uncontrolled confounding [15, 16, 18]. Many of the studies carried out in the United States and internationally have estimated overall VE as <60%, with variation based on virus type (subtype) [5–9]. There are methodological reasons that suggest that lower estimates would be expected in observational studies compared with those seen in clinical trials with random assignment [15, 16, 18]. Examining and explaining patterns and detecting changes in year-to-year estimates are the major reasons to carry out annual assessments, with the goals of quantifying

**Table 3.   Percentage Vaccinated by Influenza Case/Control Status, Plus Unadjusted and Adjusted Vaccine Effectiveness Estimates by Age Group and Vaccine Type**

| Age Group | Influenza-Positive Cases | | Influenza-Negative Controls | | Unadjusted | | Adjusted[a] | |
|---|---|---|---|---|---|---|---|---|
| | No. Vaccinated[b]/Total | % Vaccinated | No. Vaccinated[b]/Total | % Vaccinated | VE % | (95% CI) | VE % | (95% CI) |
| Any seasonal vaccine | | | | | | | | |
| All ages | 213/681 | 31.3 | 1983/4090 | 48.5 | 52 | (43 to 59) | 47 | (36 to 56) |
| 6 mo – 8 y[c] | 65/190 | 34.2 | 724/1300 | 55.7 | 59 | (43 to 70) | 45 | (20 to 62) |
| 9–17 y | 26/111 | 23.4 | 204/555 | 36.8 | 47 | (16 to 67) | 58 | (27 to 76) |
| 18–49 y | 58/231 | 25.1 | 492/1318 | 37.3 | 44 | (23 to 59) | 44 | (21 to 60) |
| 50–64 y | 32/96 | 33.3 | 309/586 | 52.7 | 55 | (29 to 72) | 54 | (23 to 72) |
| ≥65 y | 32/53 | 60.4 | 254/331 | 76.7 | 54 | (15 to 75) | 43 | (−18 to 72) |
| Inactivated vaccine | | | | | | | | |
| 2–8 y[c] | 38/158 | 24.1 | 302/787 | 38.4 | 49 | (25 to 66) | 40 | (6 to 62) |
| 9–17 y | 20/105 | 19.0 | 139/483 | 28.8 | 42 | (2 to 66) | 61 | (28 to 79) |
| Live-attenuated vaccine | | | | | | | | |
| 2–8 y[c] | 9/121 | 7.4 | 87/537 | 16.2 | 58 | (15 to 80) | 61 | (16 to 82) |
| 9–17 y | 5/88 | 5.7 | 39/368 | 10.6 | 49 | (−33 to 81) | 60 | (−15 to 86) |

Vaccine effectiveness was estimated by comparing the vaccination coverage in influenza positive cases and influenza negative controls and calculated as 100 × (1 − odds ratio) in logistic regression models.

Abbreviations: CI, confidence interval; VE, vaccine effectiveness.

[a] Models were adjusted for network center, subject age in months, sex, race/ethnicity categories, presence of high-risk health conditions, self-rated health status, time (days) between illness onset and specimen collection, and calendar time.

[b] Subjects were considered vaccinated if they had documented medical record or immunization registry evidence of receipt of at least 1 dose of influenza vaccine for the current season ≥14 days before illness onset.

[c] Partially or fully immunized.

the value of the US vaccine program, determining the effect of virus drift on protection, and identifying other factors that might affect VE.

In 2010–2011, a season also characterized by circulation of A(H3N2), A(H1N1) and type B viruses, the US Flu VE network's overall VE estimate was 60% (95% CI, 53–66) against all

**Table 4.   Unadjusted and Adjusted Vaccine Effectiveness, Overall and by Influenza Type, A Subtype and B Lineage**

| Influenza type;[b] A subtype; B lineage[c] | Influenza-Positive Cases | | Influenza-Negative Controls | | Unadjusted | | Adjusted[a] | |
|---|---|---|---|---|---|---|---|---|
| | No. Vaccinated[d]/Total | % Vaccinated | No. Vaccinated[d]/Total | % Vaccinated | VE % | (95% CI) | VE % | (95% CI) |
| All Influenza A and B | 213/681 | 31.3 | 1983/4090 | 48.5 | 52 | (43–59) | 47 | (36–56) |
| Influenza A | 178/550 | 32.4 | 1983/4090 | 48.5 | 49 | (39–58) | 44 | (31–55) |
| A H3N2 | 155/440 | 35.2 | 1983/4090 | 48.5 | 42 | (29–53) | 39 | (23–52) |
| A H1N1 | 23/110 | 20.9 | 1983/4090 | 48.5 | 72 | (55–82) | 65 | (44–79) |
| Influenza B | 35/131 | 26.7 | 1983/4090 | 48.5 | 61 | (43–74) | 58 | (35–73) |
| Victoria | 16/64 | 25.0 | 1983/4090 | 48.5 | 65 | (37–80) | 52 | (8–75) |
| Yamagata | 18/64 | 28.1 | 1983/4090 | 48.5 | 58 | (28–76) | 66 | (38–81) |

Vaccine effectiveness was estimated by comparing the vaccination coverage in influenza positive cases and influenza negative controls and calculated as 100 × (1 − odds ratio) in logistic regression models.

Abbreviations: CI, confidence interval; VE, vaccine effectiveness.

[a] Models were adjusted for network center, subject age in months, sex, race/ethnicity categories, presence of high-risk health conditions, self-rated health status, time (days) between illness onset and specimen collection, and calendar time.

[b] In separate sensitivity analyses, network centers that contributed <10 cases to a specific subtype/lineage were excluded; vaccine effectiveness estimates were identical or nearly identical to those presented here.

[c] Only 128 (98%) influenza B cases had lineage determined.

[d] Subjects were considered vaccinated if they had documented medical record or immunization registry evidence of receipt of at least 1 dose of influenza vaccine for the current season ≥14 days before illness onset.

**Table 5.   Unadjusted and Adjusted Vaccine Effectiveness, Stratified by Combinations of Prior (2010–2011) and Current (2011–2012) Influenza Vaccination Status Among Patients Aged ≥9 Years**

| | Influenza-Positive Cases | | Influenza-Negative Controls | | Unadjusted | | Adjusted[a] | |
|---|---|---|---|---|---|---|---|---|
| | No. Cases/ Row Total | Row % | No. Controls/ Row Total | Row % | VE % | (95% CI) | VE % | (95% CI) |
| Vaccinated current 2011–2012[b] only | 42/512 | 8.2 | 470/512 | 91.8 | 61 | (45 to 72) | 56 | (37 to 69) |
| Vaccinated current 2011–2012[b] and prior 2010–2011[c] | 106/895 | 11.8 | 789/895 | 88.2 | 41 | (26 to 54) | 45 | (27 to 58) |
| Vaccinated prior 2010–2011[c] only | 45/277 | 16.3 | 232/277 | 83.8 | 15 | (−19 to 40) | 18 | (−20 to 43) |
| Not vaccinated either 2010–2011 or 2011–2012 | 298/1597 | 18.7 | 1299/1597 | 81.3 | Reference | | Reference | |

Vaccine effectiveness (100 × [1 − odds ratio]) was estimated by calculating the ratio of the odds of a specific vaccine exposure (current only, both current and prior, and prior only) among influenza positive cases to the odds of that vaccine exposure among influenza negative controls, relative to those unvaccinated in both years, in logistic regression models. The P value for the interaction of prior (2010–2011) and current (2011–2012) season vaccination status for patients aged ≥9 years was .03.

Abbreviations: CI, confidence interval; VE, vaccine effectiveness

[a] Models were adjusted for network center, subject age in months, sex, race/ethnicity categories, presence of high-risk health conditions, self-rated health status, time (days) between illness onset and specimen collection, and calendar time.

[b] Subjects were considered vaccinated in 2011–2012 if they had documented medical record or immunization registry evidence of receipt of at least 1 dose of influenza vaccine for the current (2011–2012) season ≥14 days before illness onset.

[c] Subjects were considered vaccinated in 2010–2011 if they had documented medical record or immunization registry evidence of receipt of at least 1 dose of influenza vaccine for the 2010–2011 season.

types combined and 54% (95% CI, 42%–64%) against A (H3N2) [6]. Estimates in 2010–2011 from a similar network in Canada were lower overall and against A (H3N2) (37%, 95% CI, 17–52; 39%, 95% CI, 14–57, respectively) [9]. Circulating viruses in the 2010–2011 season were considered antigenically similar to strains included in the 2010–2011 vaccines, although some genetic variation among circulating A (H3N2) strains was observed [9, 19]. Because of the antigenic similarities, identical strains were selected for the 2011–2012 vaccine [14, 19]. In this study, we estimated adjusted VE of only 47% (95% CI, 35–55) overall for the 2011–2012 season and only 39% (95% CI, 23–52) against A (H3N2), the predominant circulating virus, with

**Table 6.   Percentage Vaccinated by Influenza Case/Control Status With Unadjusted and Adjusted Vaccine Effectiveness Estimates Using 3 Different Definitions of Influenza Vaccination Status**

| Any Seasonal Vaccine and All Ages | Influenza Positive (Cases) | | Influenza Negative (Controls) | | Unadjusted | | Adjusted[a] | |
|---|---|---|---|---|---|---|---|---|
| | No. Vaccinated/Total | % Vaccinated | No. Vaccinated/Total | % Vaccinated | VE % | (95% CI) | VE % | (95% CI) |
| Vaccination status determined by: | | | | | | | | |
| Medical record/registry documentation[b] | 213/681 | 31.3 | 1983/4090 | 48.5 | 52 | (43–59) | 47 | (36–56) |
| Medical record/registry documentation and/or self-reported[c] | 226/681 | 33.2 | 2076/4090 | 50.8 | 52 | (43–59) | 48 | (37–57) |
| Self-reported only[d] | 251/657 | 38.2 | 2231/3929 | 56.8 | 53 | (44–60) | 49 | (39–58) |

Vaccine effectiveness was estimated by comparing the vaccination coverage in influenza positive cases and influenza negative controls and calculated as 100 × (1 − odds ratio) in logistic regression models.

Abbreviations: CI, confidence interval; VE, vaccine effectiveness.

[a] Models were adjusted for network center, subject age in months, sex, race categories, presence of high-risk health conditions, self-rated health status, time (days) between illness onset and specimen collection, and calendar time.

[b] Subjects were considered vaccinated if they had documented medical record or immunization registry evidence of receipt of at least 1 dose of influenza vaccine for the current season ≥14 days before illness onset.

[c] Subjects were considered vaccinated if they had documented medical record or immunization registry evidence and/or self-reported evidence of receipt (with date and location noted) of at least 1 dose of influenza vaccine for the current season ≥14 days before illness onset.

[d] Subjects were considered vaccinated if they self-reported receipt of at least 1 dose of influenza vaccine for the current season ≥14 days before illness onset (those with unknown self-report vaccination status were excluded).

the lowest estimates among adults. There was some degree of antigenic drift in the circulating A (H3N2) viruses reflected in the subsequent decision to update the A (H3N2) vaccine component for the 2012–2013 season [20]; this could account for some of the difference in estimates.

Another possible explanation for the lower than expected VE relates to the effect of prior year vaccination on current year effectiveness estimates. Here some of the apparent negative effect of prior vaccination may be due to residual protection; however, the effect is still seen when considering those unvaccinated in both years as the comparison group, particularly for A (H3N2). It is currently only possible to speculate on the reasons for this finding, which was also observed in the 2010–2011 season in a prospectively followed, highly vaccinated, household cohort of children and younger adults [10]. Although attenuated immunologic responses have been demonstrated with repeated vaccination [21–23], corresponding reductions in VE have not been consistently seen [24, 25]. It is important to determine if this phenomenon is real and a continuing issue, and if so, its basis, including how the antigenic relatedness between vaccine and circulating strains and between vaccine strains selected from year to year may contribute [26].

Two different lineages of type B virus have been circulating globally for many years [27]. They are distinct antigenically, and there is evidence, especially in very young children, that vaccination or infection with 1 lineage produces little antibody to the other [28, 29]. Inability to predict which type B virus will circulate in a particular year, as well as mixed outbreaks, has resulted in development of an, as yet unreleased, quadrivalent vaccine containing both B lineages [3]. In the 2011–2012 season, the vaccine contained a B/Victoria lineage virus only, but both B/Victoria and B/Yamagata strains circulated; both lineages infected subjects in all age categories. It was somewhat surprising that VE was similar against both lineages, suggesting that, at least during this single season, a quadrivalent vaccine may not have offered substantial protective benefit over the trivalent vaccine. Protection may also depend on the strains that had circulated recently because protection produced by past infection may be greater than that produced by vaccination [30].

VE studies are designed to be conducted annually, based on the recognition that year-to-year variation in VE does occur. Such studies are intended in part to determine the relation of effectiveness to the strains selected for the vaccine because such selection must consider many factors including antigenic and molecular analyses [1, 19]. In 2011–2012, a year of modest influenza activity, there was reduced VE against type A (H3N2). Although there was drift in the A (H3N2) viruses, we also demonstrated an apparent negative effect of repeated annual vaccination on effectiveness. Clearly, this phenomenon needs to be examined in other years when different strains are part of the vaccine, and, if present, a mechanism needs to be identified.

We are at the threshold of introduction of a variety of new influenza vaccines, and studies intended for licensure will give only partial information on effectiveness. It is reassuring to know that annual VE studies will give us the ability to assess how well they work in large population groups of varying age and in comparison with one another. This will allow appropriate response because annual vaccination is a cornerstone of influenza prevention.

## Supplementary Data

Supplementary materials are available at *Clinical Infectious Diseases* online (http://cid.oxfordjournals.org). Supplementary materials consist of data provided by the author that are published to benefit the reader. The posted materials are not copyedited. The contents of all supplementary data are the sole responsibility of the authors. Questions or messages regarding errors should be addressed to the author.

## Notes

*Disclaimer.* The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention.

*Financial support.* This work was supported by the Centers for Disease Control and Prevention through cooperative agreements with the University of Michigan (U01 IP000474), Group Health Research Institute (U01 IP000466), Marshfield Clinic Research Foundation (U01 IP000471), University of Pittsburgh (U01 IP000467), and Scott and White Healthcare (U01 IP000473).

*Potential conflicts of interest.* S. E. O. reports research grant support from Sanofi. A. S. M. reports research grant support from Sanofi and consulting fees from Novartis and GSK. P. P. reports research grant support from Medimmune and consulting fees from Novartis and Medimmune. R. K. Z. reports research grant support from Medimmune, Sanofi, and Merck and consulting fees from Medimmune. M. G. reports research support from Medimmune, Novartis, Sanofi, and GSK and consulting fees from BioCryst. E. A. B. reports research grant support from Medimmune. L. J. reports research grant support from Inviragen, Pfizer, Novartis, and Sanofi and travel support from Pfizer. M. P. N. reports research grant support from Medimmune and Merck and consulting fees from Medimmune. M. Z. reports research grant support from Pfizer and Cubist and consulting fees from Optimer and Sunovian. All other authors report no potential conflicts.

All authors have submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Conflicts that the editors consider relevant to the content of the manuscript have been disclosed.

## References

1. Russell CA, Jones TC, Barr IG, et al. Influenza vaccine strain selection and recent studies on the global migration of seasonal influenza viruses. Vaccine **2008**; 26:D31–4.
2. Centers for Disease Control and Prevention. Prevention and control of influenza with vaccines. Recommendations of the Advisory Committee on Immunization Practices (ACIP), 2010. MMWR Morbid Mortal Wkly Rep **2010**; 59.
3. Food and Drug Administration. FDA approves first quadrivalent vaccine to prevent seasonal influenza. Available at: www.fda.gov/News Events/Newsroom/PressAnnouncements/ucm294057.htm. Accessed 5 March 2013.
4. Osterholm MT, Kelley NS, Sommer A, Belongia E. Efficacy and effectiveness of influenza vaccines: a systematic review and meta-analysis. Lancet Infect Dis **2012**; 12:36–44.

5. Griffin MR, Monto AS, Belongia EA, et al. Effectiveness of non-adjuvanted pandemic influenza A vaccines for preventing pandemic influenza acute respiratory illness visits in 4 U.S. communities. PLoS One **2011**; 6:e23085.

6. Treanor J, Talbot HK, Ohmit SE, et al. Effectiveness of seasonal influenza vaccines in the United States during a season with circulation of all three vaccine strains. Clin Infect Dis **2012**; 55:951–9.

7. Kissling E, Valenciano M, Cohen JM, et al. I-MOVE multi-centre case control study 2010–11: overall and stratified estimates of influenza vaccine effectiveness in Europe. PLoS One **2011**; 6:e27622.

8. Fielding JE, Grant KA, Tran T, Kelly HA. Moderate influenza vaccine effectiveness in Victoria, Australia, 2011. Euro Surveillance **2012**; 17:11.

9. Skowronski DM, Janjua NZ, De Serres G, et al. A sentinel platform to evaluate influenza vaccine effectiveness and new variant circulation, Canada 2010–2011 season. Clin Infect Dis **2012**; 55:333–42.

10. Ohmit SE, Petrie JG, Malosh RE, et al. Influenza vaccine effectiveness in the community and the household. Clin Infect Dis **2013**; 56:1363–9.

11. CDC Flu View 2011–2012. Available at: www.cdc.gov/flu/weekly/weekly archives2011-2012/weekly39.htm. Accessed 5 March 2013.

12. Singh-Manoux A, Martikainen P, Ferrie J, Zins M, Marmot M, Goldberg M. What does self rated health measure? Results from the British Whitehall II and French Gazel cohort studies. J Epidemiol Community Health **2006**; 60:364–72.

13. Van Hoek AJ, Underwood A, Jit M, Miller E, Edmunds WJ. The impact of pandemic influenza H1N1 on health-related quality of life: a prospective population-based study. PLoS One **2011**; 6:e17030.

14. Centers for Disease Control and Prevention. Prevention and control of influenza with vaccines. Recommendations of the Advisory Committee on Immunization Practices (ACIP), 2011. MMWR Morbid Mortal Wkly Rep **2011**; 60:1128–32.

15. Jackson ML, Nelson JC. The test-negative design for estimating influenza vaccine effectiveness. Vaccine **2013**; 19:2165–8.

16. Orenstein EW, de Serres G, Haber MJ, et al. Methodological issues regarding the use of three observational study designs to assess influenza vaccine effectiveness. Int J Epidemiol **2007**; 36:623–31.

17. European Commission. Proposal for a Council recommendation on seasonal influenza vaccination. Available at: http://ec.europa.eu/health/ph_threats/com/influenza/docs/seasonflu_rec2009_en.pdf. Accessed 25 March 2013.

18. Ferdinands JM, Shay DK. Magnitude of potential biases in a simulated case-control study of the effectiveness of influenza vaccination. Clin Infect Dis **2012**; 54:25–32.

19. World Health Organization. Recommended composition of influenza virus vaccines for use in the 2011–2012 northern hemisphere influenza season. Wkly Epidemiol Rec **2011**; 86:81–91.

20. Centers for Disease Control and Prevention. Prevention and control of influenza with vaccines. Recommendations of the Advisory Committee on Immunization Practices (ACIP) – United States, 2012–13 influenza season. MMWR Morbid Mortal Wkly Rep **2012**; 61:613–8.

21. Beyer WEP, Palache AM, Sprenger MJW, et al. Effects of repeated annual influenza vaccination on vaccine sero-response in young and elderly adults. Vaccine **1996**; 14:1331–9.

22. Sasaki S, He XS, Holmes TH, et al. Influence of prior influenza vaccination on antibody and B-cell responses. PLoS One **2008**; 3:e2975.

23. Huijskens E, Rossen J, Mulder P, et al. Immunogenicity, boostability and sustainability of the immune response after vaccination against influenza A virus (H1N1) 2009 in a healthy population. Clin Vaccine Immunol **2011**; 18:1401–5.

24. Beyer WE, de Bruijn IA, Palache AM, Westendorp RG, Osterhaus AD. Protection against influenza after annually repeated vaccination; a meta-analysis of serologic and field studies. Arch Intern Med **1999**; 159:182–8.

25. Keitel WA, Cate TR, Couch RB, Huggins LL, Hess KR. Efficacy of repeated annual immunization with inactivated influenza virus vaccines over a five year period. Vaccine **1997**; 15:1114–22.

26. Smith DJ, Forrest S, Ackley DH, Perelson AS. Variable efficacy of repeated annual influenza vaccination. Proc Natl Acad Sci **1999**; 96:14001–6.

27. McCullers JA, Saito T, Iverson AR. Multiple genotypes of influenza B virus circulated between 1979 and 2003. J Virol **2004**; 78:12817–28.

28. Belshe RB, Coelingh K, Ambrose CS, Woo JC, Wu X. Efficacy of live attenuated influenza vaccine in children against influenza B viruses by lineage and antigenic similarity. Vaccine **2010**; 28:2149–56.

29. Walter EB, Neuzil KM, Zhu Y, et al. Influenza vaccine immunogenicity in 6- to 23-month old children: are identical antigens necessary for priming? Pediatrics **2006**; 118:e570–8.

30. Ohmit SE, Petrie JG, Cross RT, Johnson E, Monto AS. Influenza hemagglutination-inhibition antibody titer as a correlated of vaccine-induced protection. J Infect Dis **2011**; 204:1879–85.

Joint Claim Construction Brief

# EXHIBIT 40

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

**MAJOR ARTICLE**

# Effectiveness of Influenza Vaccine Against Life-threatening RT-PCR-confirmed Influenza Illness in US Children, 2010–2012

Jill M. Ferdinands,[1,2] Lauren E. W. Olsho,[3] Anna A. Agan,[4] Niranjan Bhat,[5] Ryan M. Sullivan,[4] Mark Hall,[6] Peter M. Mourani,[7] Mark Thompson,[1] and Adrienne G. Randolph[4] on behalf of the Pediatric Acute Lung Injury and Sepsis Investigators (PALISI) Network

[1]Influenza Division, US Centers for Disease Control and Prevention, and [2]Battelle Memorial Institute, Atlanta, Georgia; [3]Abt Associates, Inc., Cambridge, and [4]Department of Anesthesia, Perioperative and Pain Medicine (Critical Care), Boston Children's Hospital, Massachusetts; [5]Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland; [6]Division of Critical Care Medicine, Nationwide Children's Hospital, Columbus, Ohio and [7]Section of Critical Care Medicine, Department of Pediatrics, University of Colorado School of Medicine and Children's Hospital Colorado, Aurora

(See the editorial commentary by Peters and Poehling on pages 671–3.)

**Background.** No studies have examined the effectiveness of influenza vaccine against intensive care unit (ICU) admission associated with influenza virus infection among children.

**Methods.** In 2010–2011 and 2011–2012, children aged 6 months to 17 years admitted to 21 US pediatric intensive care units (PICUs) with acute severe respiratory illness and testing positive for influenza were enrolled as cases; children who tested negative were PICU controls. Community controls were children without an influenza-related hospitalization, matched to cases by comorbidities and geographic region. Vaccine effectiveness was estimated with logistic regression models.

**Results.** We analyzed data from 44 cases, 172 PICU controls, and 93 community controls. Eighteen percent of cases, 31% of PICU controls, and 51% of community controls were fully vaccinated. Compared to unvaccinated children, children who were fully vaccinated were 74% (95% CI, 19% to 91%) or 82% (95% CI, 23% to 96%) less likely to be admitted to a PICU for influenza compared to PICU controls or community controls, respectively. Receipt of 1 dose of vaccine among children for whom 2 doses were recommended was not protective.

**Conclusions.** During the 2010–2011 and 2011–2012 US influenza seasons, influenza vaccination was associated with a three-quarters reduction in the risk of life-threatening influenza illness in children.

**Keywords.** case-control studies; child; influenza vaccines; intensive care; respiratory failure; influenza infection.

One to 7 per 10 000 US children under the age of 18 years are hospitalized with laboratory-confirmed influenza each year [1–6]. Although most of these children require only standard care, 4%–24% of children hospitalized with influenza-related illness are admitted to an intensive care unit (ICU) for life-threatening complications [1, 2, 4, 7–9]. Fifty to 60% of these children have preexisting chronic medical conditions [10, 11].

Vaccination is the primary influenza prevention strategy. Many studies have shown effectiveness of influenza vaccine against laboratory-confirmed symptomatic and medically attended outpatient influenza illness among children [12–27], although estimates of vaccine effectiveness (VE) vary by study and season, and fewer data are available on effectiveness of inactivated vaccine in children aged 6–23 months [28]. Hadler et al observed an 82% reduction in influenza hospitalization among children aged 3–9 years, but no reduction in influenza hospitalization among children <3 years old from a single dose of monovalent H1N1pdm influenza vaccine during the 2009 pandemic

Received 14 November 2013; accepted 13 February 2014; electronically published 26 March 2014.

Previous presentation: This study and its findings reported herein were presented at the Infectious Diseases Society of America annual meeting on 3 October 2013.

Correspondence: Jill M. Ferdinands, PhD, US Centers for Disease Control and Prevention, 1600 Clifton Rd NE, MS A-20, Atlanta, GA 30333 (jferdinands@cdc.gov).

**The Journal of Infectious Diseases 2014;210:674–83**

Published by Oxford University Press on behalf of the Infectious Diseases Society of America 2014. This work is written by (a) US Government employee(s) and is in the public domain in the US.

DOI: 10.1093/infdis/jiu185

[29]. No studies to our knowledge have examined the protection conferred by influenza vaccine against ICU admission or death from influenza infection among children.

Since 2008, when the US Advisory Committee on Immunization Practices (ACIP) recommended that all children aged ≥6 months receive influenza vaccine annually [30], assessments of influenza VE in US children have relied upon observational studies, typically using a case-control design. These studies are at substantial risk for confounding because characteristics such as age, underlying health status, and geographic location can affect both the likelihood of vaccination and the risk of developing disease. The aim of this study was to estimate the effect of influenza vaccine in preventing life-threatening influenza illness in children using methods designed to minimize this potential confounding.

## METHODS

We enrolled children aged 6 months through 17 years during the 2010–2011 and 2011–2012 influenza seasons from 21 US pediatric intensive care units (PICUs) participating in the Pediatric Acute Lung Injury and Sepsis Investigators (PALISI) Network [31]. Children admitted with acute severe respiratory illness of ≤7 days duration who tested positive for influenza by real-time reverse-transcription polymerase chain reaction (RT-PCR) were classified as cases; admitted children who tested negative for influenza were classified as PICU controls [32, 33]. A secondary group of community controls was created from a matched sample of children who resided in the same geographic area and had not experienced an influenza-associated hospitalization between September of the study year and the matched case's PICU admission date. The study was approved by institutional review boards at Abt Associates, Inc (Cambridge, MA), the Centers for Disease Control and Prevention (CDC), and each participating site.

### Influenza Surveillance and Season Definition

Active recruitment began at each site when ≥1 PICU patient with laboratory-confirmed influenza infection was admitted and there was evidence of widespread and increasing local influenza activity from state or local laboratories. Study enrollment ceased when local influenza activity had declined and the proportion of study specimens testing positive for influenza at the reference laboratory fell below 15%. Initiation of enrollment ranged from week 2 to week 10 in 2011 (mean, week 7) and from week 1 to week 13 in 2012 (mean, week 8). Outside active recruitment periods, only patients testing positive for influenza from routine clinical testing were approached for enrollment.

### Enrollment of Cases and PICU Controls

During active recruitment, patients admitted for intensive care were screened using criteria in Table 1. Children admitted to the ICU for <24 hours (during the week) or <48 hours (on weekends) were not enrolled. Patients with rare respiratory conditions for whom it would be difficult to find a matched community control were excluded.

After consent was obtained, the parent/guardian provided the patient's influenza vaccination history, demographic characteristics, and date of illness onset. Samples were collected for influenza testing with flocked nasopharyngeal swabs (Copan Diagnostics, Murietta, CA) using a standardized technique. Endotracheal and nasopharyngeal aspirates (using the N-Pak Syringe Aspiration Kit; M-Pro, Annandale, MN) were collected from intubated and nonintubated patients, respectively. Hospital course, laboratory results, and outcomes were obtained from manual medical record abstraction.

Respiratory samples were placed in viral transport medium, frozen at −80°C, and shipped on dry ice to the reference laboratory. Specimens were tested for influenza virus using RT-PCR performed by the Marshfield Clinic Research Foundation (Marshfield, WI) using primers, probes, and reagents supplied by CDC and methods described elsewhere [34]. RT-PCR results were not used for clinical decisions.

### Enrollment of Community Controls

Our goal in selecting community controls was to identify children similar to cases in terms of influenza exposure risk and underlying risk for developing influenza-related critical illness. To approximate exposure risk, community controls were matched by geographic region and enrolled as possible within 30 days of enrollment of the matched case.

Matching by underlying risk for developing severe influenza was based on the presence of chronic medical conditions (classified into three influenza risk categories as described in the Supplement) and five age categories: infant (180–364 days), toddler (1 year to <3 years), preschool (3–5 years), school age child (6–12 years), and adolescent (13–17 years). Potential control subjects were drawn from the population of children who received inpatient or outpatient care at facilities affiliated with each site during the preceding two years. Letters were sent to families with study information and an opportunity to opt out of the pool of candidate controls. After identification of a case, 8 potential controls from the case's corresponding age and influenza risk categories were randomly selected and sequentially contacted by telephone until 2 controls were enrolled. At 5 sites, modified community control recruitment methods were used as described in the Supplement. A structured interview assessed demographic, medical, and influenza vaccination information from consented parents/guardians.

### Influenza Vaccination Status

We classified children as fully or partially vaccinated based on contemporaneous ACIP recommendations. For 2010–2011, the number of doses required to be fully vaccinated was

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

**Table 1.   Study Inclusion and Exclusion Criteria**

| Inclusion Criteria | Exclusion Criteria |
|---|---|
| **ICU Enrollees** | |
| 1. Age 6 mo through 17 y | 1. Inability to consent parent/guardian and collect respiratory specimen for RT-PCR testing within 7 d of illness onset |
| 2. Residence within site's geographic catchment area | 2. In ICU for <24 h, or if admitted on the weekend, patient was discharged from ICU before Monday morning |
| 3. Admission to an ICU with the capability to provide mechanical ventilator support | 3. Nosocomial-acquired infection as determined at the study site by infection control group |
| 4. Symptomatic for acute severe viral infection by at least one of the following: | 4. Neuromuscular disease requiring chronic mechanical ventilator support through a mask or tracheostomy for neuromuscular weakness |
| • Lower respiratory tract infection as evidenced by any of the following: hypoxia, hypercarbia, infiltrates on chest radiograph, respiratory failure, respiratory insufficiency or severe distress, tachypnea, or retractions | 5. Chronic mechanical ventilator support through a tracheostomy for chronic respiratory failure |
| • Shock requiring vasoactive agents (dopamine, dobutamine, epinephrine, norepinephrine, phenylephrine) and receiving antibiotics due to clinical suspicion of infection | 6. End-stage lung disease being evaluated or awaiting lung transplant |
| • Central nervous system dysfunction (altered mental status or clinical suspicion of meningitis, encephalitis, or encephalopathy) plus fever (temperature ≥38°C) and cough or sore throat | 7. Evidence of current pregnancy from clinical management or other documentation |
| • Acute increase in respiratory support, including any of the following: | |
| ○ Continuous intravenous (IV) or inhaled beta-agonist therapy for severe bronchospasm | |
| ○ Mechanical ventilator support via a mask, endotracheal tube or tracheostomy tube | |
| ○ High-flow nasal cannula oxygen support | |
| 5. Parent or legal guardian able and willing to provide permission | |
| 6. Parent or legal guardian can complete interview and consent process in English or Spanish | |
| **Community Controls** | |
| 1. Age 6 mo through 17 y | 1. Overnight hospital stay or hospital admission for confirmed or probable influenza between 1 September 2010 (year 1) or 1 September 2011 (year 2) and admission date for the reference case |
| 2. Reside within site's geographic catchment area | 2. Underlying medical condition requiring chronic mechanical ventilator support |
| 3. Parent or legal guardian able and willing to provide permission | 3. End-stage lung disease being evaluated for or awaiting lung transplant |
| 4. Parent or legal guardian can complete interview and consent process in English or Spanish | 4. Pregnancy (parent-reported) |
| 5. Received medical services at the PALISI site or an affiliated clinic within past 24 mo | 5. Child is in custody of the State |

Abbreviations: ICU, intensive care unit; PALISI, pediatric acute lung injury and sepsis investigators; RT-PCR, reverse-transcription polymerase chain reaction.

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

determined by the algorithm in Supplementary Figure 1 [35]. For 2011–2012, a child ≥9 years old was considered fully vaccinated if the child received 1 dose of vaccine >14 days prior to onset. A child <9 years old was considered fully vaccinated if the child (a) received 2 doses ≥28 days apart and >14 days prior to onset or (b) received at least 1 dose >14 days prior to onset and ≥1 dose of seasonal vaccine in the previous season [36]. A child who received 2 doses <28 days apart with at least 1 dose >14 days prior to onset was considered partially vaccinated. Vaccination status in community controls was ascertained in relation to the matched case's date of illness onset. We contacted each vaccine provider that had administered influenza vaccine to the child to obtain and manually review medical records for vaccine verification. Vaccination status was also obtained by manual review of state/local immunization registries. Due to incomplete access to medical records for community controls, parental report of vaccination was used for the comparison of cases to community controls. Although an alternative would have been to limit community controls to those with verified vaccine status, those controls differed from controls without verified vaccine status, and using this subset would tend to bias VE upwards.

**Statistical Analysis**

Cases were compared with PICU controls using an unconditional logistic regression model. Cases were compared with community controls using conditional logistic regression with strata defined by matched cases and controls. Models included as few covariates as possible to preserve statistical power while controlling confounding. A variable whose exclusion resulted in ≥10% change in adjusted VE was considered a confounder. If several similar variables were available, the most parsimonious variable that maintained control of confounding was used.

The regression model used to compare cases to PICU controls included the natural log of age in months, gender, time of illness onset (pre-, peak, or post-peak influenza period), reported contact with a person with suspected or confirmed influenza, history of moderate to severe respiratory disorders (excluding mild asthma), history of cardiac disorders, illness severity on admission (PRISM Score [37]), days between illness onset and influenza testing, and a dichotomous variable indicating if enrollment occurred outside active recruitment. We adjusted for geographic area by including site as a random effect. Peak influenza period was defined as ranging from the 25th to 75th percentiles of case onset date. Pre- and post-influenza periods were defined as earlier than the 25th or later than the 75th percentile of case onset date, respectively. The Pediatric Risk of Mortality III (PRISM III) is a validated pediatric physiology score used to describe patient illness severity in the first 24 hours of admission to an intensive care unit and is calculated using the most abnormal values from 17 physiologic variables.

The conditional logistic regression analysis used to compare cases to community controls was matched by age, influenza risk category, and geographic area. Covariates included gender, race, and presence of ≥3 chronic health conditions. Although we aimed for consistency between the PICU and community control analyses, the models differed because the control groups differed. Unlike PICU controls, community controls were much less likely than cases to have multiple underlying conditions, and it was necessary to control for multiplicity of conditions in that model. Race was not a confounder in the PICU analysis and was eliminated from that model. Season was not a significant confounder in either analysis. VE was calculated as (1 minus the adjusted odds ratio) × 100%. Analyses were conducted in SAS v9.3 (Cary, NC, USA).

## RESULTS

Over 8000 PICU admissions from 21 participating PICUs (Figure 1) were screened for eligibility. Of 428 eligible patients, 223 (52%) were enrolled. Of these, 7 observations were excluded: 6 due to unverified vaccine status and 1 due to indeterminate RT-PCR results, leaving 216 observations. Of these, 44 were influenza-positive cases and 172 were influenza-negative controls. Of eligible PICU patients not enrolled, 84% did not enroll because of refusal by the parent/guardian, child or physician, and 16% for other reasons. Of 5261 individuals identified as potential community controls, 232 (4%) chose to opt out of the pool of candidate controls after receiving introductory letters. Of 310 candidate community controls matched to a case and successfully contacted, 63 were ineligible, 144 had parents/guardians who refused to participate or withdrew before interview completion, and 103 (33%) were enrolled. We excluded 8 community controls with unknown vaccination status and 2 community controls without matched cases, leaving 44 cases, 172 PICU controls, and 93 community controls in the final analyses.

The median age of cases and PICU controls was 4.3 and 3.0 years, respectively ($P = .07$). Compared with PICU controls, cases were more likely to be male ($P = .03$; Table 2). Fifty-five percent of cases and 69% of PICU controls had at least 1 underlying chronic medical condition, with respiratory and neuromuscular disorders the most common. PICU controls were more likely than cases to have moderate or severe respiratory conditions ($P = .02$) and disorders involving an aspiration risk ($P = .04$). PICU controls were less likely than cases to have chronic cardiac conditions ($P = .03$).

Compared with cases, community controls were less likely to be white ($P = .04$). Despite matching by influenza risk category,

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024



**Figure 1.**  Map of participating pediatric intensive care units.

**Table 2.   Characteristics of the Pediatric Intensive Care Unit (PICU) Influenza Positive Cases, PICU Influenza Negative Controls, and Community Controls**

| | PICU Cases (n = 44) | PICU Controls (n = 172) | Community Controls (n = 93) |
|---|---|---|---|
| Female, N (%) | 14 (32) | 87 (51)** | 40 (43) |
| Age, median (IQR), mo | 51 (33–92) | 36 (15–79)* | 54 (22–113) |
| Age group, N (%) | | | |
| 6 to <24 mo | 10 (23) | 65 (38) | 25 (27) |
| 24 to <60 mo | 14 (32) | 49 (28) | 25 (27) |
| 5 to <9 yr | 11 (25) | 27 (16) | 17 (18) |
| ≥9 yr | 9 (20) | 31 (18) | 26 (28) |
| Hispanic ethnicity, N (%) | 9 (20) | 53 (31) | 26 (28) |
| White race, N (%) | 31 (70) | 119 (69) | 50 (54)** |
| Season, N (%) | | | |
| 2010–2011 | 30 (68) | 87 (51)** | 71 (76) |
| 2011–2012 | 14 (32) | 85 (49) | 22 (23) |
| Preexisting risk for complications of influenza infection, N (%)[a] | | | |
| Low to average risk | 20 (45) | 58 (34) | 43 (46) |
| Moderate risk | 9 (20) | 26 (15) | 17 (18) |
| High risk | 15 (34) | 88 (51) | 33 (35) |
| Chronic underlying health conditions, N (%) | | | |
| Any respiratory | 17 (39) | 93 (54)* | 27 (29) |
| Any asthma | 12 (27) | 58 (34) | 16 (17) |
| Mild asthma only | 5 (11) | 15 (9) | 4 (4) |
| Moderate or severe respiratory | 10 (23) | 71 (41)** | 21 (23) |
| Cardiac | 6 (14) | 8 (5)** | 7 (8) |
| Neuromuscular | 16 (36) | 60 (35) | 8 (9)*** |
| Metabolic/genetic | 6 (16) | 23 (13) | 4 (4)** |
| Renal | 1 (2) | 1 (1) | 2 (2) |
| Immunologic | 0 (0) | 4 (2) | 5 (5) |
| Diabetes | 0 (0) | 3 (2) | 4 (4) |
| Aspiration risk | 4 (9) | 39 (23)** | NA |
| ≥2 conditions | 13 (30) | 61 (35) | 11 (12)*** |
| ≥3 conditions | 8 (20) | 37 (22) | 3 (3)*** |
| Influenza vaccination status by parental report, N (%) | | | |
| Full | 11 (25) | 79 (46)** | 47 (51)** |
| Partial | 12 (28) | 24 (14) | 15 (16) |
| None | 20 (45) | 61 (35) | 31 (33) |
| Don't know/missing | 1 (2) | 8 (5) | 0 (0) |
| Verified influenza vaccination status, N (%) | | | |
| Full | 8 (18) | 54 (31) | NA |
| Partial | 6 (14) | 28 (16) | NA |
| None | 30 (68) | 90 (52) | NA |

Abbreviations: IQR, interquartile range; SE, standard error.

*$P < .10$, **$P < .05$, ***$P < .01$ for test of difference between cases and controls using chi-square test of heterogeneity for R × 2 contingency table for categorical variables or ANOVA $F$ test for continuous variables, transformed as needed; Fisher's exact test was used for comparisons with cell counts <5.

[a] As defined by the authors' risk categorization scheme described in Supplementary Section 1.

community controls were less likely than cases to have neuromuscular ($P < .001$) or metabolic/genetic disorders ($P = .02$) and far less likely to have more than 1 underlying chronic condition (12% vs 30%, $P = .005$). Median duration between case and matched community control enrollment was 21 days (range, 0–146 days).

Regarding overall vaccination coverage among study enrollees, 62 (29%) of PICU enrollees and 47 (51%) of community controls were fully vaccinated. Rates of full vaccination among study enrollees with ≥1 chronic condition known to elevate risk of serious influenza complications were 37% and 61% for PICU enrollees and community controls, respectively. Among the 34 PICU enrollees categorized as partially vaccinated, 29 (85%) received 1 of 2 recommended doses of vaccine and 5 (15%) received 2 doses <28 days apart.

Parents of PICU enrollees reported greater levels of full vaccination than were verified: 27% of cases and 32% of PICU controls with parental report of full vaccination did not have evidence of full vaccination in medical records or state immunization registries. Due to incomplete access to medical records for community controls, the analogous rates among community controls are unknown.

A summary of clinical course and outcomes is shown in Table 3. A noninfluenza pathogen was identified in 61% of PICU controls; 76 PICU enrollees had RT-PCR-confirmed respiratory syncytial virus (RSV) infection. Compared with cases, cases had greater illness severity on admission (PRISM scores) and greater frequency of acute lung injury, respiratory failure requiring invasive mechanical ventilator support, septic shock requiring vasopressors, use of most rescue therapies, and mortality (9.1% of cases vs 1.9% of PICU controls, $P = .03$).

### Circulating and Vaccine Influenza Strains

In both study years, the Northern Hemisphere influenza vaccine included A/California/7/2009(H1N1)-like virus, A/Perth/16/2009(H3N2)-like virus, and B/Brisbane/60/2008-like virus strains [38]. In 2010–2011, circulating influenza strains were antigenically similar to vaccine strains [39]; in 2011–2012, there was minor antigenic drift in circulating A(H3N2) viruses [40]. Of our cases, 72% and 28% had influenza A and B infection, respectively. Of influenza A infections, approximately half were influenza A(H3N2), consistent with national patterns.

### Vaccine Effectiveness

In the comparison of cases to PICU controls, estimated adjusted effectiveness of full influenza vaccination was 74% (95% CI, 19% to 91%) in preventing PICU admission for RT-PCR-confirmed influenza illness (Table 4). We found no protective benefit from partial vaccination (VE = −6% [95% CI, −243% to 67%]). We observed no interaction between vaccination status and age, although statistical power to find an interaction was limited. Comparing cases to community controls, we found an

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

**Table 3.   Pediatric Intensive Care Unit (PICU) Course and Clinical Outcomes of Influenza Cases and PICU Controls**

| | PICU Cases (n = 44) | PICU Controls (n = 172) | P Value[a] |
|---|---|---|---|
| Reported contact with a person with suspected or confirmed influenza, N (%) | 22 (50) | 50 (29) | .01 |
| Days from symptom onset to enrollment, mean (SE) | 4.3 (0.25) | 3.7 (0.13) | .04 |
| Admission illness severity (PRISM III), mean (med) | 17.2 (15) | 14.7 (15) | .02 |
| Noninfluenza bacterial or viral pathogenic organism identified in first 72 h | 16 (36.4) | 106 (61.6) | .004 |
| Severe complications, N (%) | | | |
|   Pneumothorax, effusion, or requiring a chest tube | 13 (29.5) | 24 (14) | .02 |
|   Severe bronchospasm | 6 (13.6) | 40 (23.3) | .22 |
|   Acute Lung Injury/ARDS | 10 (22.7) | 10 (5.8) | .002 |
|   Shock requiring vasopressors[b] | 10 (22.7) | 13 (7.6) | .01 |
| Treatments, N (%) | | | |
|   Received any antiviral agents | 39 (88.6) | 42 (24.4) | <.001 |
|   Received anti-influenza antiviral agents[c] | 39 (88.6) | 39 (22.7) | <.001 |
|   Mechanical ventilator support | 32 (72.7) | 115 (66.9) | .59 |
|     Noninvasive mechanical ventilator support only | 6 (18.8) | 49 (42.6) | .01 |
|     Invasive mechanical ventilator support | 26 (81.3) | 66 (57.4) | .01 |
|       High frequency ventilation | 3 (11.5) | 3 (4.5) | .36 |
|   Steroids for any reason | 32 (72.7) | 101 (58.7) | .12 |
|     Stress dose (hypotension/adrenal suppression) | 4 (12.5) | 6 (5.9) | .25 |
|     Daily for pulmonary inflammation | 21 (65.6) | 83 (82.2) | .08 |
|   Rescue therapies, N (%) | | | |
|     Nitric oxide | 5 (11.4) | 2 (1.2) | .004 |
|     Endotracheal surfactant | 2 (4.5) | 1 (0.6) | .11 |
|     Dialysis or hemofiltration | 3 (6.8) | 1 (0.6) | .03 |
|     Extracorporeal membrane oxygenation (ECMO) | 3 (6.8) | 1 (0.6) | .03 |
| Discharge disposition, N (%) | | | |
|   Died | 4 (9.1) | 3 (1.7) | .03 |
|   Survived | 40 (90.9) | 169 (98.3) | |
|     Discharged to home | 37 (92.5) | 159 (94.1) | |
|     Transferred to other acute care facility | 0 (0) | 5 (3) | |
|     Transferred to rehab/chronic care facility | 2 (5) | 4 (2.4) | |
|     Hospitalized at the end of data collection | 1 (2.5) | 1 (0.6) | |

[a] Fisher exact test (2-sided).

[b] 22.7% of cases and 6.4% of PICU controls received vasoactive infusions on admission day.

[c] 97.4% of cases and 100% of PICU controls who received anti- influenza antiviral agents received oseltamivir (Tamiflu).

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

estimated adjusted vaccine effectiveness for full vaccination (compared to none) of 82% (95% CI, 23% to 96%) and no benefit from partial vaccination (VE = −79% [95% CI, −541% to 50%]) (Table 5).

### Sensitivity Analyses

For the comparison of cases to PICU controls, we explored various health-related variables to control for underlying health conditions; results were similar to those above. In a model that did not adjust for any underlying health conditions, VE was 69% (95% CI, 12% to 89%). In a model that excluded the 5 subjects enrolled outside the period of active recruitment, VE for full vaccination was 76% (95% CI, 20% to 92%).

For the comparison of cases to community controls, when restricting the case-control pairs to those in which controls were enrolled within 45 days after the case, adjusted VE was 88% (95% CI, 12% to 98%). Community controls were much less likely than cases to have multiple underlying conditions. In a model that did not adjust for multiple chronic conditions, adjusted VE for full vaccination was 62% despite matching controls to cases on influenza risk category (Supplementary Table 3).

We examined effectiveness of influenza vaccine against RSV infection as an indicator of potential bias in our VE estimates. We observed no significant association between full (OR=1.4; 95% CI, .61 to 3.20, P = .42) or partial (OR= 1.33, 95% CI, .52 to 3.42; P = .55) influenza vaccination and RSV infection.

**Table 4.    Regression Model Results and Vaccine Effectiveness Based on Comparison of Cases and PICU Controls (n = 44 Cases, 172 PICU Controls)**

| | Odds Ratio (95% CI) | P Value | Vaccine Effectiveness (95% CI) |
|---|---|---|---|
| Full vaccination | 0.26 (.09 to .81) | .02 | 74% (19% to 91%) |
| Partial vaccination | 1.06 (.33 to 3.43) | .93 | −6% (−243 to 67%) |
| No vaccination | Ref | | |
| Female | 0.31 (.13 to .75) | .01 | |
| Log of age (mo) | 1.76 (1.13 to 2.74) | .01 | |
| History of moderate to severe chronic respiratory disorder | 0.25 (.09 to .70) | .01 | |
| History of cardiac disorder | 8.64 (1.72 to 43.5) | .01 | |
| Pre-influenza peak | 0.79 (.26 to 2.42) | .68 | |
| Peak influenza period | Ref | | |
| Post-influenza peak | 0.69 (.24 to 11.4) | .50 | |
| Enrollment outside active recruitment period | 3.09 (.32 to 30.3) | .33 | |
| Days between onset and RT-PCR influenza testing | 1.37 (1.07 to 1.77) | .01 | |
| PRISM score (severity of illness at PICU admission) | 1.08 (1.01 to 1.15) | .02 | |
| Contact with a person with confirmed or suspected influenza | 4.48 (1.76 to 11.4) | .002 | |

Season and race were not independent predictors of influenza positivity or confounders of the relationship between vaccination and influenza positivity and therefore were eliminated from the final model. Vaccination status was confirmed by medical record or immunization registry for cases and PICU controls.

Abbreviations: CI, confidence interval; PICU, pediatric intensive care unit; Ref, reference group; RT-PCR, reverse-transcription polymerase chain reaction.

## DISCUSSION

We assessed the effectiveness of influenza vaccination during the 2010–2011 and 2011–2012 US influenza seasons using a case-control study with 2 control groups. This study found that influenza vaccination was associated with a three-quarters reduction in the risk of life-threatening influenza illness in children. Our study also showed low influenza vaccine coverage; although 34% of children admitted to the PICU in our study had underlying conditions known to increase the risk of serious influenza complications, only 37% of these children (18% of cases and 39% of PICU controls) were fully vaccinated against influenza.

To our knowledge, this study is the first to specifically estimate VE against life-threatening outcomes of influenza infection in children. Two previous studies in children have assessed VE against seasonal influenza hospitalization or emergency department visits: In a 2005–2006 test-negative case-control study, Staat et al [16] reported VE of 67% (95% CI, −48% to 92%) against hospitalization with laboratory-confirmed influenza among US children aged 6 to 59 months. Using a similar design, Kelly et al [26] reported VE of 51% (95% CI, −21% to 80%) against laboratory-confirmed influenza-associated emergency department visits among Australian children in 2008. In addition, Castilla et al [41] recently reported VE of 89% against severe influenza illness in a study that included 125 children and 566 adults hospitalized with RT-PCR-confirmed influenza; however, they did not present a VE estimate for the pediatric subsample. Our observed VE is similar to that

**Table 5.    Regression Model Results and Vaccine Effectiveness Based on Comparison of Cases and Community Controls (n = 44 Cases, 93 Community Controls)**

| | Odds Ratio (95% CI) | P Value | Vaccine Effectiveness (95% CI) |
|---|---|---|---|
| Full vaccination | 0.18 (.04 to .77) | .02 | 82% (23% to 96%) |
| Partial vaccination | 1.79 (.50 to 6.41) | .37 | −79% (−541% to 50%) |
| No vaccination | Ref | | |
| Female | 0.33 (.12 to .90) | .03 | |
| White race | 4.27 (1.22 to 15.0) | .02 | |
| ≥3 chronic health conditions | 24.6 (3.81 to 158.7) | .0008 | |

From a conditional logistic regression model with cases and controls matched by age group, geographic area, and influenza risk category. Vaccination status was based on parental report for both cases and controls.

Abbreviations: CI, confidence interval; Ref, reference group.

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

observed against influenza-associated hospitalization in US children aged 3 to 9 years during the 2009 influenza pandemic [29] , and our finding that partial influenza vaccination was not protective is consistent with many studies of influenza VE in children [14–18].

Children with underlying health conditions are both more likely to be vaccinated and more likely to have severe complications of influenza. Unless adequately controlled for, this 'unhealthy vaccinee' bias tends to falsely lower VE. We confronted this problem by using two sets of controls: PICU controls, who presumably are more similar to cases regarding unmeasured potential confounders that increase the likelihood of ICU admission given a severe lower respiratory tract infection, and community controls matched to cases based on underlying risk of influenza-related illness. Although the comparison of cases to community controls was designed to reduce confounding by matching on risk of severe illness, the large difference in our VE estimates after controlling for the presence of multiple underlying health conditions (62% before controlling for this factor compared to 82% after controlling for this factor) suggests that there remained residual confounding by health status. Cases were more similar to PICU controls than to community controls in terms of the prevalence of multiple underlying conditions, and confounding of the VE estimate by the presence of underlying conditions was less pronounced in the comparison of cases and PICU controls (69% and 74% before and after controlling for this factor, respectively). Future studies of influenza VE in this population should consider additional methods, such as the use of propensity score matching, to control for confounding by health status.

Although parental report is a simple and widely used method for ascertaining immunization status, it is susceptible to social-desirability and recall biases [42], perhaps particularly when subjects are recruited in an ICU setting. In our study, parents of cases and PICU controls reported greater levels of full vaccination than were subsequently verified, similar to patterns reported in the literature [43, 44]. A strength of our study was the use of detailed medical record review and interrogation of immunization registries to confirm vaccination status for cases and PICU controls. Our comparison of cases to community controls, however, relied upon parental report. Misclassification of vaccination status based on parental report may bias our VE estimate downward. If parental over-report of vaccination was more pronounced among cases than community controls, this, too, would cause our VE estimate to be biased downward.

Our study began during a period of heightened awareness of influenza vaccination, 1 year following the 2009 influenza pandemic, and 2 years following the expansion of the ACIP recommendations to include annual vaccination for all children aged ≥6 months. Nevertheless, less than a third of cases and PICU controls were fully vaccinated, even though almost half of these had at least one high-risk condition. Among the cases

and PICU controls with at least 1 high-risk condition, only 37% were fully vaccinated (similar to prior reports [35]). It is essential to investigate care patterns and missed opportunities for vaccination in children such as these.

Our study has several limitations. We enrolled a relatively small number of cases despite conducting enrollment at 21 PICUs. This was due in part to the rarity of life-threatening influenza among children in general and an unusually mild influenza season in the second year of the study. Thus, we could not stratify our analysis by season, age, vaccine type, or influenza flu type/subtype. We did not perform antigenic characterization of influenza viruses recovered from study participants to evaluate match of strain with the vaccine. However, national testing performed by the CDC showed that circulating influenza strains were similar to vaccine strains. Overall, 52% of eligible PICU patients enrolled in our study. Although this rate is lower than anticipated, it is similar to that achieved in other hospital-based observational studies in which invasive biologic specimens are required [45]. There may have been differences between patients who enrolled compared with those who did not; however, among PICU controls with high-risk conditions, we observed an influenza vaccination rate (37%) similar to that reported previously in a nationally representative sample (33%–36%; [35]). Finally, for our analysis using community controls, we relied on parental report of vaccination status due to insufficient return of authorizations for vaccine verification and evidence of differential returns by vaccine status, which can bias estimates of VE.

## CONCLUSIONS

In this study, influenza vaccination was associated with about a three-quarters reduction in risk of influenza-related critical illness in children. Vaccine coverage was low, even among children with comorbid conditions that increase the risk of severe influenza complications. Our results highlight the value of increasing the use of influenza vaccines among children.

### Supplementary Data

Supplementary materials are available at *The Journal of Infectious Diseases* online (http://jid.oxfordjournals.org/). Supplementary materials consist of data provided by the author that are published to benefit the reader. The posted materials are not copyedited. The contents of all supplementary data are the sole responsibility of the authors. Questions or messages regarding errors should be addressed to the author.

### Notes

*Acknowledgments.*

*Abt Associates:*   Bethany Bradshaw, Beth Brennan, Teresa Doksum, Rebecca Fink, Leigh Mathias, Scott Royal, Deborah Klein Walker, Rachael Wendlandt.

*Centers for Disease Control:*   Alicia Fry, David Shay.

*Marshfield Clinic Research Foundation:*   Lynn Ivacic, Jennifer Meece, Elisha Stefanski, Mary Vandermause.

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024

*EMSI:* Mandy Burns, Dawn Garcia, Lisa Taylor.

*Abt SRBI:* Ken Gaalswyk, Mary Mack, Jamie Munjack.

*Pediatric Acute Lung Injury and Sepsis Investigators (PALISI) PICFlu Members Participating:* Arkansas Children's Hospital, Little Rock, AR (Ronald C. Sanders, MD, Glenda Hefley, RN, MNsc); Children's Hospital of Los Angeles, Los Angeles, CA (Barry Markovitz, MD, Jeff Terry, MBA, Rica Sharon P. Morzov, RN, BSN, CPN, Karen Waters, RN, BSN); Children's Hospital and Research Center, Oakland, CA (Heidi Flori, MD, Julie Simon, RN); Children's Hospital of Orange County, Orange, CA (Nick Anas, MD, Adam Schwarz, MD, Chisom Onwunyi, RN, BSN, MPH, CCRP, Stephanie Osborne, RN, CCRC, Tiffany Patterson, BS, CRC, Ofelia Vargas-Shiraishi, BS, CCRC); Children's Hospital Colorado, Aurora, CO (Peter Mourani, MD, Valeri Batara Aymami, RN, MSN-CNS, Susana Burr, CRC, Stephanie Huston, BS, RPSGT, CRC, Emily Jewett, Danielle Loyola, RN, BSN, MBA); Yale-New Haven Children's Hospital, New Haven, CT (John S. Giuliano Jr, MD, Chi Ngo, Elyor Vidal); Holtz Children's Hospital, Miami, FL (Gwenn McLaughlin, MD); Children's Healthcare of Atlanta at Egleston, Atlanta, GA (Matthew Paden, MD, Rich Toney, RN, Chee-Chee Manghram, Stephanie Meisner, RN, BSN, CCRP, Cheryl L. Stone, RN); Kosair Children's Hospital, Louisville, KY (Vicki Montgomery, MD, FCCM, Janice Sullivan, MD, Tracy Evans, RN, Kara Richardson, RN); Boston Children's Hospital, Boston, MA (Adrienne Randolph, MD, MSc, Anna Agan, BA, Ellen Smith, BS, Ryan M. Sullivan, RN, BSN, CCRN); Johns Hopkins Children's Center, Baltimore, MD (Melania Bembea, MD, MPH, Elizabeth White, RN, CCRP); St. Louis Children's Hospital, St. Louis, MO (Allan Doctor, MD, Mary Hartman, MD, Bert Hicks, RN, Rachel Jacobs, BA); Duke University Children's Hospital, Durham, NC (Ira Cheifetz, MD, Kyle Rehder, MD, Samantha Tate); Children's Hospital of Nebraska, Omaha, NE (Edward Truemper, MD, Machelle Zink, RN, BSN, MEd, CCRC); Maria Fareri Children's Hospital at Westchester Medical Center, Valhalla, NY (Simon Li, MD, Aalok R. Singh, MD, Yuliya Anikanova, MD); Nationwide Children's Hospital, Columbus, OH (Mark W. Hall, MD, Lisa Steele, RN, BSN, CCRN); Penn State Children's Hospital, Hershey, PA (Neal Thomas, MD, Jill Raymond, RN, MSN, Debra Spear, RN); Children's Hospital of Philadelphia, Philadelphia, PA (Julie Fitzgerald, MD, Mark Helfaer, MD, Scott Weiss, MD, Mary Ann Diliberto, RN, Ruth Lathe, Brooke B. Park, RN, BSN, Martha Sisko, RN, BSN, CCRC); Dell Children's Medical Center of Central Texas, Austin, TX (Renee Higgerson, MD, LeeAnn Christie, RN); Texas Children's Hospital, Houston, TX (Laura L. Loftis, MD, Nancy Jaimon, RN, MSN-Ed, Ursula Kyle, MS); Children's Hospital of Wisconsin, Milwaukee, WI (Rainer Gedeit, MD, Briana E. Horn, Kate Luther, MPH, Kathy Murkowski, RRT, CCRC).

*Financial support.* This work was supported by funding from the US Centers for Disease Control and Prevention to Abt Associates, Inc, Cambridge, MA (contract 200-2010-F33396). The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the Centers for Disease Control and Prevention.

*Potential conflicts of interest.* J. F. has received travel support from Sanofi for an unrelated project. All other authors report no potential conflicts.

All authors have submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Conflicts that the editors consider relevant to the content of the manuscript have been disclosed.

## References

1. Ampofo K, Gesteland PH, Bender J, et al. Epidemiology, complications, and cost of hospitalization in children with laboratory-confirmed influenza infection. Pediatrics **2006**; 118:2409–17.

2. Coffin SE, Zaoutis TE, Rosenquist AB, et al. Incidence, complications, and risk factors for prolonged stay in children hospitalized with community-acquired influenza. Pediatrics **2007**; 119:740–8.

3. Dawood FS, Fiore A, Kamimoto L, et al. Burden of seasonal influenza hospitalization in children, United States, 2003 to 2008. J Pediatr **2010**; 157:808–14.

4. Schrag SJ, Shay DK, Gershman K, et al. Multistate surveillance for laboratory-confirmed, influenza-associated hospitalizations in children: 2003–2004. Pediatr Infect Dis J **2006**; 25:395–400.

5. Izurieta HS, Thompson WW, Kramarz P, et al. Influenza and the rates of hospitalization for respiratory disease among infants and young children. N Engl J Med **2000**; 342:232–9.

6. Neuzil KM, Mellen BG, Wright PF, Mitchel EF Jr, Griffin MR. The effect of influenza on hospitalizations, outpatient visits, and courses of antibiotics in children. N Engl J Med **2000**; 342:225–31.

7. Poehling KA, Edwards KM, Weinberg GA, et al. The underrecognized burden of influenza in young children. N Engl J Med **2006**; 355:31–40.

8. Iwane MK CS, Szilagyi PG, Edwards KM, et al. Disparities between black and white children in hospitalizations associated with acute respiratory illness and laboratory-confirmed influenza and respiratory syncytial virus in 3 US counties—2002–2009. Am J Epidemiol **2013**; 177:656–65.

9. Morgan CI, Hobson MJ, Seger B, Rice MA, Staat MA, Wheeler DS. 2009 pandemic influenza A (H1N1) in critically ill children in Cincinnati, Ohio. Ped Crit Care Med **2012**; 13:e140–4.

10. Randolph AG, Vaughn F, Sullivan R, et al. Critically ill children during the 2009–2010 influenza pandemic in the United States. Pediatrics **2011**; 128:e1450–8.

11. Bhat N, Wright JG, Broder KR, et al. Influenza-associated deaths among children in the United States, 2003–2004. N Engl J Med **2005**; 353: 2559–67.

12. Hoberman A, Greenberg DP, Paradise JL, et al. Effectiveness of inactivated influenza vaccine in preventing acute otitis media in young children: a randomized controlled trial. JAMA **2003**; 290:1608–16.

13. Heinonen S, Silvennoinen H, Lehtinen P, Vainionpaa R, Ziegler T, Heikkinen T. Effectiveness of inactivated influenza vaccine in children aged 9 months to 3 years: an observational cohort study. Lancet Infect Dis **2011**; 11:23–9.

14. Shuler CM, Iwamoto M, Bridges CB, et al. Vaccine effectiveness against medically attended, laboratory-confirmed influenza among children aged 6 to 59 months, 2003–2004. Pediatrics **2007**; 119:e587–95.

15. Eisenberg KW, Szilagyi PG, Fairbrother G, et al. Vaccine effectiveness against laboratory-confirmed influenza in children 6 to 59 months of age during the 2003–2004 and 2004–2005 influenza seasons. Pediatrics **2008**; 122:911–9.

16. Staat MA, Griffin MR, Donauer S, et al. Vaccine effectiveness for laboratory-confirmed influenza in children 6–59 months of age, 2005–2007. Vaccine **2011**; 29:9005–11.

17. Allison MA, Daley MF, Crane LA, et al. Influenza vaccine effectiveness in healthy 6- to 21-month-old children during the 2003–2004 season. J Pediatr **2006**; 149:755–62.

18. Ritzwoller DP, Bridges CB, Shetterly S, Yamasaki K, Kolczak M, France EK. Effectiveness of the 2003–2004 influenza vaccine among children 6 months to 8 years of age, with 1 vs 2 doses. Pediatrics **2005**; 116:153–9.

19. Cochran LW BS, Klein NP, Dekker C, Lewis E, Reingold AL. Vaccine effectiveness against laboratory-confirmed influenza in infants: A matched case control study. Human Vaccines **2010**; 6:729–35.

20. Tam JS, Capeding MR, Lum LC, et al. Efficacy and safety of a live attenuated, cold-adapted influenza vaccine, trivalent against culture-confirmed influenza in young children in Asia. Pediatr Infect Dis J **2007**; 26:619–28.

21. Lum LC, Borja-Tabora CF, Breiman RF, et al. Influenza vaccine concurrently administered with a combinations measles, mumps, rubella vaccine to young children. Vaccine **2010**; 28:1566–74.

22. Vesikari T, Knuf M, Wutzler P, et al. Oil-in-water emulsion adjuvant with influenza vaccine in young children. N Engl J Med **2011**; 365:1406–16.

23. Treanor JJ, Talbot HK, Ohmit SE, et al. Effectiveness of seasonal influenza vaccines in the United States during a season with circulation of all three vaccine strains. Clin Infect Dis **2012**; 55:951–9.

24. Kissling E, Valenciano M, Cohen JM, et al. I-MOVE multi-centre case control study 2010–11: overall and stratified estimates of influenza vaccine effectiveness in Europe. PloS One **2011**; 6:e27622.

25. Janjua NZ, Skowronski DM, De Serres G, et al. Estimates of influenza vaccine effectiveness for 2007–2008 from Canada's sentinel surveillance system: cross-protection against major and minor variants. J Infect Dis **2012**; 205:1858–68.

26. Kelly H, Jacoby P, Dixon GA, et al. Vaccine effectiveness against laboratory-confirmed influenza in healthy young children: a case-control study. Pediatr Infect Dis J 2011; 30:107–11.

27. Skowronski DM, Janjua NZ, De Serres G, et al. A sentinel platform to evaluate influenza vaccine effectiveness and new variant circulation, Canada 2010–2011 season. Clin Infect Dis 2012; 55:332–42.

28. Osterholm MT, Kelley NS, Sommer A, Belongia EA. Efficacy and effectiveness of influenza vaccines: a systematic review and meta-analysis. Lancet Infect Dis 2012; 12:36–44.

29. Hadler JL, Baker TN, Papadouka V, et al. Effectiveness of 1 dose of 2009 influenza A (H1N1) vaccine at preventing hospitalization with pandemic H1N1 influenza in children aged 7 months-9 years. J Infect Dis 2012; 206:49–55.

30. Fiore AE, Shay DK, Broder K, et al. Prevention and control of influenza: recommendations of the Advisory Committee on Immunization Practices (ACIP), 2008. Morb Mortal Wkly Rep 2008; 57:1–60.

31. PALISI Network. A Pediatric Critical Care Clinical Research Network. www.palisi.org. Accessed 11 May 2013.

32. Foppa IM, Haber M, Ferdinands JM, Shay DK. The case test-negative design for studies of the effectiveness of seasonal influenza vaccine. Vaccine 2013; 31:3104–9.

33. Jackson ML, Nelson JC. The test-negative design for estimating influenza vaccine effectiveness. Vaccine 2013; 31:2165–8.

34. Belongia EA, Irving SA, Waring SC, et al. Clinical characteristics and 30-day outcomes for influenza A 2009 (H1N1), 2008–2009 (H1N1), and 2007–2008 (H3N2) infections. JAMA 2010; 304:1091–8.

35. Fiore AE, Uyeki TM, Broder K, et al. Prevention and control of influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices (ACIP), 2010. Morb Mortal Wkly Rep 2010; 59:1–62.

36. Centers for Disease Control and Prevention. Prevention and control of influenza with vaccines: recommendations of the advisory committee on immunization practices (ACIP), 2011. Morb Mortal Wkly Rep 2011; 60:1128–32.

37. Pollack MM, Patel KM, Ruttimann UE. PRISM III: an updated pediatric risk of mortality score. Crit Care Med 1996; 24:743–52.

38. Centers for Disease Control and Prevention. Update: influenza activity—United States, 2010–11 season, and composition of the 2011–12 influenza vaccine. Morb Mortal Wkly Rep 2011; 60:705–12.

39. Centers for Disease Control and Prevention. FluView 2010–2011. www.cdc.gov/flu/weekly/weeklyarchives2010-2011/10-11summary.htm. Accessed 11 February 2013.

40. Centers for Disease Control and Prevention. FluView 2011–2012. www.cdc.gov/flu/weekly/weeklyarchives2011-2012/weekly39.htm. Accessed 11 May 2013.

41. Castilla J, Godoy P, Dominguez A, et al. Influenza vaccine effectiveness in preventing outpatient, inpatient, and severe cases of laboratory-confirmed influenza. Clin Infect Dis 2013; 57:167–75.

42. Barsky AJ. Forgetting, fabricating, and telescoping: the instability of the medical history. Arch Intern Med 2002; 162:981–4.

43. Brown C, Clayton-Boswell H, Chaves SS, et al. Validity of parental report of influenza vaccination in young children seeking medical care. Vaccine 2011; 29:9488–92.

44. Weddle G, Jackson MA. Vaccine eligibility in hospitalized children: spotlight on a unique healthcare opportunity. J Ped Health Care 2014; 28:148–54.

45. Talbot HK, Zhu Y, Chen Q, Williams JV, Thompson MG, Griffin MR. Effectiveness of influenza vaccine for preventing laboratory-confirmed influenza hospitalizations in adults, 2011–2012 influenza season. Clin Infect Dis 2013; 56:1774–7.

Downloaded from https://academic.oup.com/jid/article/210/5/674/2908613 by guest on 02 February 2024