Joint Claim Construction Brief

# EXHIBIT 41



Available online at www.sciencedirect.com



Vaccine 24 (2006) 1159–1169



www.elsevier.com/locate/vaccine

# Antibody response to influenza vaccination in the elderly: A quantitative review

Katherine Goodwin[a], Cécile Viboud[b], Lone Simonsen[a,*]

[a] National Institutes of Allergy and Infectious Diseases, Office of Global Affairs, 6610 Rockledge Drive, Room 2033, Bethesda, MD 20818, USA
[b] Fogarty International Center, National Institutes of Health, Bethesda, MD, USA

Received 2 June 2005; received in revised form 17 August 2005; accepted 26 August 2005
Available online 19 September 2005

## Abstract

We performed a quantitative review of 31 vaccine antibody response studies conducted from 1986 to 2002 and compared antibody responses to influenza vaccine in groups of elderly versus younger adults. We did a weighted analysis of the probability of vaccine response (measured as seroconversion and seroprotection) for each vaccine component (H1, H3 and B antigens). Using a multiple regression model, we adjusted for factors that might affect the vaccine response. The adjusted odds-ratio (OR) of responses in elderly versus young adults ranged from 0.24 to 0.59 in terms of seroconversion and seroprotection to all three antigens. The CDC estimates of 70–90% clinical vaccine efficacy in young adults and these estimates suggest a corresponding clinical efficacy in the elderly of 17–53% depending on circulating viruses. We conclude that the antibody response in the elderly is considerably lower than in younger adults. This highlights the need for more immunogenic vaccine formulations for the elderly.
© 2005 Elsevier Ltd. All rights reserved.

Keywords: Influenza vaccine; Antibodies; Aging/immunology; Review

## 1. Introduction

Influenza is an increasingly common cause of hospitalization and death in the elderly [1]. In recent severe, influenza A/H3N2-dominated seasons, there were as many as 60,000 influenza-related deaths among persons over 65 years of age, and the majority of these were among persons aged 75 and older [2]. The current public health strategy for influenza is to reduce severe outcomes such as hospitalizations and deaths, by recommending annual vaccination for people at elevated risk for such outcomes, including all persons over the age of 65 [3]. Observational studies suggest that influenza vaccination is associated with enormous reductions in all winter mortality among the elderly [4] but such studies may be subject to self-selection bias and overestimation of vaccine benefits [2]. However, because immune responses in the elderly are known to be less vigorous than in younger adults, there has long been concern about whether the vaccine offers sufficient protection in this age group [5,6].

In 1989, Beyer et al. published a review of studies that compared antibody responses to influenza vaccination in the elderly to those of younger adults [7]. Of the 30 independent studies reviewed, the authors found that 10 reported a better immune response in the young, 4 reported a better response in the elderly, and 16 did not find a significant difference between the two groups. The authors concluded that several important factors, such as serious illnesses among study participants, use of medications that inhibit immune responses, previous influenza vaccination, and the presence of high pre-vaccination antibody titres, could not be controlled for in their review. They suggested that future studies exclude subjects for whom these factors exist. Since the 1989 review, several published studies have investigated the effects of these confounding factors.

Abbreviations: Ab, antibodies; GMT, geometric mean titre; HI, heamagglutinin inhibition; OR, odds-ratio; CDC, Centers for Disease Control and Prevention; WHO, World Health Organization
* Corresponding author. Tel.: +1 301 402 8487; fax: +1 301 480 2954.
E-mail address: lsimonsen@niaid.nih.gov (L. Simonsen).

0264-410X/$ – see front matter © 2005 Elsevier Ltd. All rights reserved.
doi:10.1016/j.vaccine.2005.08.105

*K. Goodwin et al. / Vaccine 24 (2006) 1159–1169*

Table 1
Description of adjustment factors suspected to affect vaccine antibody response and considered in multivariate analyses

| Adjustment factors | Definition | Analysis |
|---|---|---|
| Living situation | *Community living*: elderly live independently in the community | Dichotomous; omitting 'mixed' residence |
| | *Institutional living*: elderly live in an institution and are dependent on care | |
| | *Mixed living*: elderly live in either an institution or in the community | |
| SENIEUR Protocol | *SENIEUR Protocol*: excluded subjects based on SENIEUR protocol or those with chronic diseases | Dichotomous |
| | *Non-SENIEUR Protocol*: applied other, less stringent health criteria, such as those without immune disease and concurrent illness | |
| Previous vaccination | Proportion of subjects previously vaccinated in the group, continuous variable ranging from 0 and 100% | Dichotomous; *Previously vaccinated*: >50% of subject previously vaccinated; *Previously unvaccinated*: <50% of subjects previously vaccinated |
| New strain year | *New*: strain was a novel vaccine component that study year, which had not been used in previous years | Dichotomous |
| | *Old*: strain had been component in the previous years' vaccine | |
| Vaccine type | *Split*: split-virus vaccine | Trichotomous |
| | *Sub-u*: sub-unit or sub-virosomal vaccine | |
| | *Whole*: whole-virus vaccine | |
| Dosage | Continuous variable 10–50 μg for each vaccine component H1, H3, and B | Dichotomous; *Regular dose*: ≤15 μg; *High Dose*: >15 μg |
| High pre-titre | Continuous variables; values from seroprotection data measured before vaccination, ranging from: *H1N1*: 0–82% *H3N2*: 0–94% *B*: 0–93.7% | Dichotomous; *H1N1* High Pre-titre: % subjects seroprotected pre-vaccination > 25% Low Pre-titre: % subjects seroprotected pre-vaccination < 25% *H3N2 and B* High Pre-titre: % subjects seroprotected pre-vaccination > 30% Low Pre-titre: % subjects seroprotected pre-vaccination < 30% |

We conducted a quantitative review of these more recent papers. In particular, we compared the vaccine responses in the elderly to those of control groups of younger adults. Additionally, we compared responses in the younger elderly to the very elderly to further gain insights into the impact of age and vaccine response. We controlled for every factor for which we could obtain data that may have had an impact on vaccine response, including living situation (institutionalized or community living), medical history, vaccine-specific factors such as antigen dose and route of administration, as well as all those suggested in the 1989 review (Tables 1 and 2).

## 2. Materials and methods

### 2.1. Source of literature

Published papers from 1989 onwards that evaluated the antibody response to the influenza vaccine in the elderly were identified through a MEDLINE search using the terms "influenza", "vaccine", "vaccination", "elderly", "antibody response" and "humoral response". We used Pubmed's Related Article feature and reviewed bibliographies of relevant studies to identify additional articles. Only studies available through Pubmed and published in English were considered. We used several inclusion criteria based on the study design and vaccine response measurements as detailed below.

### 2.2. Measurements of immune response

Haemagglutinin inhibition (HI) IgG antibody titre is the most established correlate with vaccine protectiveness [8,9]. We studied three standard measures of vaccine response:

1. Seroconversion—the percentage of subjects with a 4-fold increase in antibody titres.
2. Seroprotection—the percentage of subjects with HI antibody titres ≥ 1:40 post-vaccination.
3. Geometric mean titre (GMT) of HI antibody achieved post-vaccination.

K. Goodwin et al. / Vaccine 24 (2006) 1159–1169                                                                 1161

Table 2
Characteristics of immunization studies conducted in the elderly population since 1986 ($N = 48$)

| Study design | | | | Elderly demographics | | | | | Adjustment factors | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Author[a] | Study Year[b] | Co[c] | Young control group under 65 years | No. of subjects | Age range | Mean age | Vaccine type[d] | Vaccine dosage (μg)[e] | SENIEUR Protocol[f] | Vaccination status prior to study[g] | Living situation[h] | New strain year[i] |
| Gross [15] | 1986 | US | | 27 | 65–96 | – | Split | 15 | – | 0%** | M | H3, B |
| Gross [15] | 1986 | US | | 113 | 65–96 | – | Split | 15 | – | 100%** | M | H3, B |
| Palache [12] | 1988 | NL/IL | Y | 67 | 68–99 | – | Sub-unit | 10 | | – | I | H3, B |
| Palache [12] | 1988 | NL/IL | Y | 64 | 68–99 | – | Sub-unit | 20 | | – | I | H3, B |
| Zei [16] | 1989 | IT | Y | 24 | 60–77 | 70 | Split | 10 | – | 82%* | C | H3, B |
| Zei [16] | 1989 | IT | Y | 60 | 61–83 | 68 | Sub-unit | 10 | – | 77%* | C | H3, B |
| Chernsky [17] | 1990 | CA | | 90 | >65 | 73.7 | Whole | 15 | – | 88%** | C | H3 |
| de Bruijn [18] | 1990 | NL | Y | 57 | – | 80 | Whole | 15 | Y | 0%* | C | H3 |
| McElhaney [19] | 1990 | CA | Y | 13 | 65–84 | 71 | Whole | 15 | | – | C | H3 |
| Remarque [20] | 1990 | NL | Y | 55 | 71–84 | 79 | Whole | 15 | Y | 0%* | C | H3 |
| de Bruijn [18] | 1991 | NL | Y | 55 | – | 79 | Sub-unit | 15 | Y | 0%* | C | H3, B |
| Glathe [21] | 1991 | DE | Y | 58 | – | 80 | Split | 15 | – | 95%* | I | H3 |
| Glathe [21] | 1991 | DE | Y | 70 | – | 79 | Split | 15 | – | 30%* | C | H3 |
| Gross [22] | 1991 | US | | 30 | – | 75 | – | 50 | | 100%** | C | H3, B |
| Gross [22] | 1991 | US | | 11 | – | 85 | – | 50 | | 100%** | I | H3, B |
| Lina [23] | 1991 | FR | Y | 54 | 65–93 | 79.3 | Split | 15 | | 100%** | C | H3 |
| McElhaney [19] | 1991 | CA | Y | 26 | 62–85 | 72 | Split | 15 | | 42%* | C | H3, B |
| Powers [24] | 1991 | US | Y | 17 | 65–92 | 79 | Sub-unit | 15 | | 58.8%* | C | H3 |
| de Brujin [18] | 1992 | NL | Y | 26 | – | 78 | Sub-unit | 15 | Y | 0%* | C | None |
| Minutello [25] | 1992 | IT | | 46 | 65–90 | 73.4 | Sub-unit | 15 | | 72%* | C | None |
| Bernstein [26] | 1993 | US | | 233 | 65–97 | 80.7 | Sub-unit | 15 | | 97%* | C | H3 |
| De Donato [27] | 1993 | IT | | 98 | 64–87 | 73 | Sub-unit | 15 | | 86%** | C | H3 |
| Gardner [28] | 1993 | US | | 92 | 67–91 | 79.1 | Sub-unit | 15 | | – | C | H3 |
| Lina [23] | 1993 | FR | | 119 | 62–99 | 85.9 | Split | 15 | | 84.9%** | C | H3 |
| Gardner [29] | 1994 | US | Y | 61 | 70–95 | 81 | Sub-unit | 15 | | 100%* | C | H3 |
| Murasko [5] | 1994 | US | Y | 270 | 67–95 | 80.2 | Sub-unit | 15 | | 97%* | C | H3 |
| VanHoecke [30] | 1994 | SK/HU | | 457 | 65–100 | 79.9 | Split | 15 | | – | I | None |
| Iorio [31] | 1995 | IT | | 51 | 60–84 | 73 | Sub-unit | 15 | | 100%* | C | None |
| Iorio [31] | 1995 | IT | | 80 | 63–100 | 80 | Sub-unit | 15 | | 100%* | I | None |
| Lina [23] | 1995 | FR | Y | 55 | 60–85 | 68 | Sub-unit | 15 | | 89%** | C | H3, B |
| Murasko [5] | 1995 | US | Y | 258 | 67–95 | 78.8 | Sub-unit | 15 | | 97%* | C | H3, B |
| Bridges [32] | 1996 | US | | 86 | – | 82.5 | – | 15 | – | 72%* | I | H3 |
| Murasko [5] | 1996 | US | Y | 214 | 67–95 | 80.1 | Sub-unit | – | | 97%* | C | H3 |
| Muszkat [33] | 1997 | IL | | 62 | – | 68 | Split | 15 | | 74%* | C | H1 |
| Muszkat [33] | 1997 | IL | | 114 | – | 81.5 | Split | 15 | | 98%* | I | H1 |
| Baldo [34] | 1998 | IT | | 93 | 65–100 | – | Split | 15 | | 81.7%** | I | H3, B |
| Baldo [34] | 1998 | IT | | 93 | 65–100 | – | Split | 15 | | 88.2%** | I | H3, B |
| Muszkat [35] | 1998 | IL | | 22 | 60–82 | 76.5 | Split | 20 | | 100%* | I | H1, H3 |
| Pregliasco [36] | 1998 | IT | | 33 | 65–106 | – | Whole | 15 | | – | I | H1, H3 |
| Pregliasco [36] | 1998 | IT | | 37 | 65–106 | – | Sub-unit | 15 | | – | I | H1, H3 |
| Squarcione [37] | 1998 | IT | | 591 | >65 | 73.3 | Split | 15 | | – | C | H1, H3 |
| Stepanova [38] | 1998 | SE | Y | 11 | 58–93 | – | Sub-unit | 15 | – | 0%** | C | H1, H3 |
| Brydak [39] | 1999 | PO | Y | 45 | 62–93 | 77.4 | Split | 15 | – | – | I | None |
| Belshe [40] | 2001 | US | Y | 50 | 65–91 | 69.8 | – | 15 | | – | C | B |
| Frech [41] | 2002 | CH | Y | 55 | >60 | – | – | 15 | | – | C | None |
| Hara [42] | 2002 | JP | Y | 153 | 66–104 | 84.4 | Split | 30 | | 100%** | I | None |
| Ruf [43] | 2002 | DE | | 273 | >60 | 68.1 | Split | 15 | | 0%* | I | None |
| Ruf [43] | 2002 | DE | | 272 | >60 | 67.4 | Sub-unit | 15 | | 0%* | I | None |

(–) not available, Y = Yes, blank cell = No.

[a] First author and reference number.

[b] October or November of the study year.

[c] Country where the study took place according to International Organization for Standardization abbreviations.

[d] Spilt: split-virus vaccine; Sub-u: sub-unit or sub-virosomal vaccine; Whole: whole-virus vaccine.

[e] Dosage of each vaccine component, H1, H3, and B.

[f] Y: excluded subjects based on SENIEUR protocol; else used less stringent health criteria for inclusion and exclusion in the study.

[g] *Percent of elderly having received influenza vaccination in the previous year; **percent of elderly having ever received influenza vaccination.

[h] Community living elderly; I: institutionalized elderly; M: mixed, both institutionalized and community living elderly.

[i] H1, H3, or B: strain was a novel vaccine component that study year; none: all strains had been components in the previous years' vaccine.

*K. Goodwin et al. / Vaccine 24 (2006) 1159–1169*

Only papers reporting either seroconversion, seroprotection, or GMT results for all three of the currently circulating influenza (sub)types (A/H1N1, A/H3N2, and B) were included in our review. If a paper presented data on two influenza B strains, only the strain named first, usually labeled B1, was included. When serological results were only shown in figures, we carefully read numerical values from the graphs.

Although the time to peak serum antibody response to influenza vaccine is not clearly defined, some publications report the peak occurs between 2 and 6 weeks after vaccination [10,11]. All papers measured antibody responses at the time of vaccination (pre-titer) and again 2–8 weeks post-vaccination (post-titer).

### 2.3. Primary factor of interest: age of study participants

We selected all papers that reported data on groups of subjects with a mean age of 65 and over. From these papers, information on younger control groups was included in our database whenever available. The presence of young control groups, however, was not a requirement for studies to be included in this review.

### 2.4. Adjustment factors

Table 1 describes all the adjustment factors included in our analysis.

#### 2.4.1. Type, dose and number of shots of inactivated vaccine

We only included data from groups of persons that had received a single, intramuscular dose of inactivated influenza vaccine in our analysis. Inactivated vaccines come in several forms (split, whole, and sub-unit) all of which were included in our review. Researchers have proposed that increasing the dosage of the influenza vaccine would increase the antibody response [12]. Most studies used the recommended trivalent influenza vaccine dosage (15 μg of each of the H1N1, H3N2, and B antigens), but we also included studies with dosages ranging from 10 to 50 μg in order to assess the effect of vaccine dosage.

#### 2.4.2. Health status of the study participants

Papers that specifically studied groups of elderly subjects with severe underlying conditions (e.g. where all subjects had spinal cord injuries or were on dialysis) were not included. Most studies included in this review did not apply rigorous health inclusion standards; however, some studies applied the "SENIEUR Protocol" [13], which patients with any chronic underlying illness, abnormal laboratory tests, or medication use are eliminated from the study.

#### 2.4.3. Previous vaccination

Studies of groups of subjects were included regardless of mean pre-vaccination antibody titers and vaccination histories.

#### 2.4.4. Living situation

We included all studies without regard to whether the elderly subjects were living independently in the community, in institutions dependent on care, or in a mixture of settings.

#### 2.4.5. New vaccine component

During the 16-year period covered by this review (1986–2002) the WHO changed the recommended vaccine component for H3N2 approximately 12 times [14]; by contrast, H1N1 and B viruses have slower evolution rates, and the vaccine components were only changed 5 and 9 times, respectively, during the same time period [14]. Because use of a vaccine featuring a novel antigen might affect the antibody response, we identified the presence or absence of a novel vaccine component in each study.

### 2.5. Statistical analysis

From the papers selected for this review, we recorded as best as we could summary information on the outcomes, age, and adjustment factors listed above (Tables 1 and 2). We constructed a database with separate entries of antibody results for each group of elderly and control group of younger adults. When a study presented subgroup analyses based on various adjustment factors, for example, comparing the antibody response to split virus versus whole virus vaccine, we entered each independent group observation separately. We further refer to these entries as "sub-studies" throughout the paper.

Our main analysis compared responses in the elderly to those in younger adults. As a secondary analysis, we also compared responses in the younger elderly to the very elderly. All factors listed in Table 1 were considered in both univariate and multivariate analysis and we separately studied how these factors affected responses in the elderly.

All statistical analyses were carried out with SAS version 8.02, SAS Institute Inc., Cary, NC, USA.

#### 2.5.1. Univariate analyses

We first conducted univariate analyses based on sub-studies weighted by the number of study participants in each group. We compared vaccine response in terms of seroconversion, seroprotection, and GMT, in the elderly versus younger adults (<58 years old). We then compared the vaccine response in the younger elderly and very elderly based on the mean age of the sub-studies. The 'younger elderly' group was classified as sub-studies in which the mean age of subjects was between 65 and 75 years, and the 'very elderly' were classified as sub-studies in which the mean age of subjects was over the age of 75. We also compared the vaccine response for each individual adjustment factor related to the vaccine and study participants (vaccine: vaccine type, vaccine dosage, new vaccine component; participants: living situation, health status, vaccination prior to study; see Tables 1 and 2).

We used chi-square tests to compare seroconversion and seroprotection (binary outcomes) in each age category

(young adults and elderly or young elderly and very elderly), by weighting the outcome of each sub-study by the number of participants. By contrast, GMT was given in the original papers as a mean estimate for each sub-study and confidence intervals were rarely available. Therefore, we could not calculate a summary estimate for GMTs that would truly reflect the variability of this measure in the population. To compare this outcome between young and elderly persons, we used *T*-tests based on the logarithm of the mean GMT in the sub-study, with no weighting.

### 2.5.2. Multivariate analysis

We built logistic regression models to explain the weighted antibody vaccine response using seroconversion or seroprotection as the outcome. We built separate models for each combination of these two outcomes and three antigens (H1N1, H3N2 and B) for both age comparisons—young versus elderly and younger elderly versus very elderly.

Using a stepwise regression modeling approach, we entered age as a covariate, along with all adjustment factors, including those suggested in the 1989 review [7] (health status, vaccination prior to study, high pre-vaccination titres) as well living situation, mean age, antigen dose, type of vaccine (sub-unit or split), and novelty of vaccine antigen. The *P*-value for entry in the model was set at 0.20 and the *P*-value for removing factors was 0.05.

Since we did not have confidence intervals for GMT and GMT values are widely distributed, we did not pursue multivariate models with this outcome.

## 3. Results

### 3.1. Study population and demographics

From our search of the literature published in 1989 or later we retrieved 31 papers that fit our criteria. These 31 studies were conducted from 1986 to 2002 in North America, Japan, Israel, and nine European countries. Several were split into independent sub-studies based on the year of the study, pre-vaccination prevalence, living situation, vaccine type, and

dosage. In total, 48 independent sub-studies could be identified (Table 2). The studies varied in size from 11 to 591 elderly subjects and from 10 to 222 younger control subjects. Across all studies, the "young" age groups were comprised of individuals aged 17–59. The "elderly" age groups were comprised of individuals aged 58–104 years, with a mean age ranging from 68 to 86 years. The majority of elderly subjects had been previously vaccinated, although eight studies specifically selected for individuals that had not been previously vaccinated. Elderly subjects were recruited from either the community (61% of sub-studies) or from institutions (36%), usually nursing homes. Only two sub-studies (3%) recruited a mixed population of community-dwelling and institutionalized elderly.

### 3.2. Vaccine response in the elderly versus younger adults

#### 3.2.1. Unadjusted responses (univariate regression analysis)

Prior to vaccination, the elderly and the young had similar antibody titres measured as GMT for all three antigens (Table 3). However, a larger proportion of the elderly were seroprotected before vaccination, although these differences were not always statistically significant.

In univariate analysis, age had a significant impact on the response to vaccination as measured by seroconversion, seroprotection and GMT for each of the three vaccine antigens (Table 4). For all three antigens, seroconversion and seroprotection rates were significantly higher in the young. In terms of seroconversion, age group differences were larger for H1N1 and B antigens than for H3N2 antigens, but the differences between the two age groups were similar in terms of seroprotection for all three antigens. Similarly, the post-vaccination GMT levels were also always higher in the younger adults.

To ensure that there was not an underlying bias in the studies without young controls, whereby the elderly in these studies had abnormally low antibody responses, we performed a univariate analysis that only included studies with young control groups. In this sensitivity analysis we found that the

Table 3
Pre-vaccination serological measures in the young and elderly across all studies, by influenza sub-type

| Vaccine component | Age group | Seroprotection (percentage of subjects with Ab titers > 40) | | | GMT | | |
|---|---|---|---|---|---|---|---|
| | | No. of subjects | % Positive | Unadjusted OR (95% CI) | No. of subjects | GMT | *P*-value |
| H1N1 | Young | 1124 | 28 | Ref | 814 | 24 | |
| | Elderly | 3516 | 33 | 1.3[*] (1.1–1.5) | 3911 | 18 | 0.75 |
| H3N2 | Young | 1124 | 31 | Ref | 814 | 32 | |
| | Elderly | 3516 | 32 | 1.1 (0.9–1.2) | 3911 | 25 | 0.53 |
| B | Young | 1124 | 25 | Ref | 814 | 31 | |
| | Elderly | 3516 | 40 | 2.0[**] (1.7–2.3) | 3911 | 24 | 0.72 |

Ab: antibody; CI: confidence interval; Ref: reference.
  [*] *P*-value between 0.05 and 0.001.
  [**] *P*-value < 0.001.

Table 4
Post-vaccine response (unadjusted) in young vs. elderly across all studies, by influenza sub-type

| Vaccine component | Age group | Seroconversion (percentage of subjects with 4-fold Ab increase) | | | Seroprotection (percentage of subjects with Ab titres > 40) | | | GMT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | No. of subjects | % Positive | Unadjusted OR (95% CI) | No. of subjects | % Positive | Unadjusted OR (95% CI) | No. of subjects | GMT | P-value |
| H1N1 | Young | 913 | 60 | Ref | 1151 | 83 | Ref | 814 | 140 | |
| | Elderly | 4492 | 42 | 0.48** (0.41–0.55) | 4643 | 69 | 0.47** (0.40–0.55) | 3997 | 83 | 0.02* |
| H3N2 | Young | 913 | 62 | Ref | 1151 | 84 | Ref | 814 | 162 | |
| | Elderly | 4492 | 51 | 0.63** (0.55–0.73) | 4643 | 74 | 0.53** (0.45–0.63) | 3406 | 126 | 0.26 |
| B | Young | 913 | 58 | Ref | 1151 | 78 | Ref | 814 | 234 | |
| | Elderly | 4492 | 35 | 0.38** (0.33–0.44) | 4643 | 67 | 0.58** (0.50–0.67) | 3406 | 100 | 0.03* |

Ab: antibody; CI: confidence interval; Ref: reference.
* P-value between 0.05 and 0.001.
** P-value < 0.001.

antibody response in the elderly was substantially reduced when the studies without young controls were excluded.

### 3.2.2. Adjusted responses (multivariate regression analysis)

The models given by the stepwise regression procedure differed somewhat for each of the six different combinations of three antigens and two outcomes (seroconversion and seroprotection) studied (Fig. 1). However, in all cases a remarkably robust effect was obtained when comparing the adjusted responses of the elderly to those of younger adults, which was the primary factor of interest. For sero-





Fig. 1. Comparison of influenza vaccine adjusted and unadjusted weighted responses in the elderly vs. young adults, measured as unadjusted and adjusted odds-ratio, by outcome and vaccine component. An odds-ratio below 1 indicates that the vaccine response is better in young adults than in the elderly. Adjusted odds-ratios (OR) for age derived from individual multiple regression models that controlled for other demographic and vaccine-specific factors that also affecting the outcome. The bars indicate the OR point estimate and the ranges the 95% confidence limits.

protection, this adjustment reduced the odds-ratios (OR) for H1 and B antigens from around 0.5 to around 0.25, and 0.35, respectively, suggesting that the younger adults had a 3–4-fold better response to the vaccine than the elderly for these antigens. For H3 antigen, the adjustment slightly lowered the odds-ratio from 0.53 to 0.48, suggesting that the younger adults responded about twice as well to the vaccine as did the elderly for this antigen. Overall, for all three antigens and both outcomes studied, the adjusted antibody response to the vaccine was 2–4-fold higher among the younger adults than the elderly.

Three other factors—previous vaccination, high pre-vaccination titre, and institutional residence—also consistently influenced the antibody response and remained in most models. Previous vaccination was associated with significantly lower rates of seroprotection for H3 and B antigens (OR: 0.76 and 0.24, respectively), while high pre-vaccination titre was associated with consistently higher seroprotection rates for all three antigens (OR: 2.25–8.74). Institutional residence had the most consistent impact on the antibody response in all models with significantly higher response rates both in terms of seroconversion and seroprotection (OR: 1.56–3.69) for all three antigens. Indeed, the antibody response in groups of institutionalized elderly was quite similar to that of younger adults in the primary multivariate analysis. As an example, for the H3 antigen, the young had a 62% seroconversion rate and 84% seroprotection rate, while the institutionalized elderly had a 65% seroconversion rate and 80% seroprotection rate for the same antigen.

### 3.3. Vaccine response comparisons within the elderly groups

#### 3.3.1. Unadjusted responses

In a univariate analyses comparing the antibody response in the 'younger elderly' <75 years of age and the 'very elderly' ≥75, the 'very elderly' had a significantly lower responses in terms of seroconversion and seroprotection for H1, H3, and B antigens, with the exception of seroprotection for the B antigen (Table 5).

K. Goodwin et al. / Vaccine 24 (2006) 1159–1169

Table 5
Post-vaccine response (unadjusted) in elderly less than 75 years vs. elderly over 75 years across all studies, by influenza sub-type

| Vaccine component | Age group | Seroconversion (% of subjects with 4-fold Ab increase) | | | Seroprotection (% of subjects with Ab titres > 40) | | |
|---|---|---|---|---|---|---|---|
| | | Subject No. | % Positive | Unadjusted OR (95% CI) | Subject No. | % Positive | Unadjusted OR (95% CI) |
| H1N1 | <75 | 1945 | 55.1 | Ref | 1883 | 74.8 | Ref |
| | >75 | 2492 | 31.7 | 0.38** (0.34–0.43) | 2706 | 65.4 | 0.63** (0.58–0.70) |
| H3N2 | <75 | 1945 | 57.9 | Ref | 1883 | 82.7 | Ref |
| | >75 | 2492 | 46.4 | 0.63** (0.56–0.71) | 2706 | 68.1 | 0.45** (0.40–0.50) |
| B | <75 | 1945 | 41.4 | Ref | 1883 | 62.3 | Ref |
| | >75 | 2492 | 29.2 | 0.58** (0.51–0.66) | 2706 | 70.8 | 1.47** (1.34–1.60) |

Ab: antibody; CI: confidence interval; Ref: reference.
** $P$-value < 0.001.

Results for all factors related to elderly study participants and vaccine response are shown in Fig. 2. The antibody response to vaccine did not vary significantly by vaccine type (split, sub-unit, or whole) for any of the six combinations of outcomes (seroconversion or seroprotection) and antigens (H1N1, H3N2, and B) ($P > 0.05$). There is no indication that increasing the dosage of antigen increases the response to the vaccine in the elderly, but the data were scarce as only three sub-studies identified had used a substantially elevated dosage (Table 2). High pre-vaccination titre was associated with a reduced seroconversion rate and an increased seroprotection rate. Previous vaccination was also associated with reduced seroconversion, but had a less substantial impact on seroprotection. Notably, institutionalized



Fig. 2. (■) yes; (□) no. Comparing elderly seroconversion and seroprotection rates (unadjusted, weighted) for each factor suspected to affect Ab vaccine response, by six combinations of antigen and outcome studied. *$P$ < 0.05; **$P$ < 0.001.

elderly responded remarkably better to the vaccine than did community-dwelling elderly for all antigens and both outcomes measured (OR; seroconversion: 2.14–4.50; seroprotection: 1.55–3.44) and consistently affected the OR for age in the model.

### 3.3.2. Adjusted responses (multivariate regression analysis)

In a multiple regression model, we found that the very elderly had a reduced antibody response to all three antigens when measuring seroconversion (OR: 0.32–0.61) and to H1N1 and H3N2 when measuring seroprotection (OR: 0.62 and 0.42, respectively) compared to the younger elderly. However, the antibody response to B as measured by seroprotection was significantly higher in the very elderly.

## 4. Discussion

The approach to influenza control typically aims at reducing severe influenza-related outcomes largely by vaccination of the elderly, who are at highest risk for influenza-related deaths. However, there is considerable evidence that immune responses to vaccination decline substantially with age [44,45]. Thus, it is not entirely clear how effective vaccination of the elderly against influenza is in terms of reducing severe influenza outcomes. Unfortunately, only one randomized placebo-controlled trial has been published in the past three decades [46]. Although this study measured 57% efficacy among people over 60 years, an age stratification suggested a far lower vaccine efficacy estimate for those over 70 years, but the study was not powered to demonstrate declining efficacy with age (only 10% of study participants were over 70). In the near absence of "gold standard" placebo-controlled trials, evidence for the benefits of influenza vaccination in the elderly has to be derived from other types of studies—including cohort studies, excess mortality studies and studies of antibody (Ab) vaccine response. Data from these varying types of studies, however, have produced conflicting results, ranging from astounding mortality benefits measured in cohort studies of 50% reduction in all winter deaths [4], to marginal mortality benefits [2,47].

We undertook a quantitative review of vaccine antibody response studies published from 1989 onwards (including studies conducted during 1986–2002). We report that the elderly ≥65 have a significantly reduced antibody response to vaccination compared with younger adults. After adjusting for covariate and host factors, vaccine response in the elderly (seroprotection and seroconversion) was approximately 1/4 as rigorous for H1 and B antigens and about 1/2 as rigorous for H3 antigens, compared to the Ab response in younger adults. In randomized placebo-controlled clinical trials of healthy adults, the influenza vaccine was 70–90% effective in preventing serologically confirmed influenza illness [3,48]. Taking this estimate as a gold standard, our estimated OR corresponds to a projected clinical vaccine efficacy in the elderly of about 17–53% efficacy for all three antigens.

It is important to emphasize that this projected efficacy cannot be compared to effectiveness measures from observational studies in the elderly, which predict a 50% efficacy [4], as these studies measure highly non-specific outcomes, such as reductions in all-cause mortality. Because most influenza-related severe outcomes occurs during A/H3N2-dominated seasons [1,2], the result for the H3 component is of most relevance to the objectives of influenza control. For both seroconversion and seroprotection, the elderly had a significantly reduced response to the H3 antigen compared to the young (adjusted OR = 0.58 and 0.48, respectively).

We tested the robustness of these odds-ratio estimates by trying various multiple regression modeling approaches and testing the effect of multiple factors in the models (see Table 1). While the number of factors selected in the models for various outcomes and antigens differed, the odds-ratio estimate for the age component remained remarkably stable. Three other factors, namely previous vaccination, high pre-titres, and living situation, also influenced the antibody response significantly. Because there was likely considerable covariation between previous vaccination status and pre-titres, it was not possible to tease out this relationship further in the context of this review. Also, the model suggested that institutionalized elderly responded far better compared to the community-dwelling elderly, in some cases as well as the younger adults. At least one other study has commented on this phenomenon, suggesting that the elderly living in institutions are better taken care of and, as a result, possibly enjoy better immune status [31]. This review, which analyzes only group data, cannot resolve this interesting possibility. However, we believe we have clearly shown that these factors cannot alone explain the decreased antibody response in the elderly as some have hypothesized [7]. Our estimated OR for age remained stable, even when all these variables were taken out of the models. We believe this consistently robust effect of age suggests that immune senescence is playing an important role in response to the influenza vaccine.

The question of effect of dosing could not be studied with precision in our analysis, since only 5 of the 31 studies included in this review had groups receiving dosages different than the standard 15 μg. Our finding that dose did not remain in our model could probably reflect that only in one smaller study group had received a significantly higher dose (Table 2). However, one reviewed study that examined the dose–response effect found little or no benefits of increasing doses [12].

Unlike the 1989 review by Beyer et al. [7], our quantitative review weighted the contributions of individual studies by size of the groups studied. And unlike these authors, our analysis and multiple regression adjustment procedure uncovered a robust result of reduced vaccine response in the elderly. We conclude that the mixed findings by the authors of the 1989 review may in part be explained by the lack of detail presented

K. Goodwin et al. / Vaccine 24 (2006) 1159–1169                                    1167

in the studies it reviewed at the time, which made it difficult to characterize and control for factors that affected antibody response. Furthermore, three of the four studies in the Beyer review that found a better immune response among the elderly were conducted under unique circumstances. In one case the elderly were compared to a group of younger adults with cystic fibrosis [49]. Two other studies involved elderly populations that had been primed for a particular vaccine antigen earlier in life (A/H3N2 in 1968 and A/H1N1 in 1977) whereas the younger group had not [50,51]. Adjusting for such a priming effect was not an issue for our review, because during our study period 1986–2002 there were no living elderly that have been primed to a particular strain for which the young are not. Thus, we believe the results from our review are more representative for the contemporary influenza vaccine response in the elderly.

As a caveat, we note that our analysis was done at the group level, not individual records. In our multiple regression models, we weighted the studies and generated and analyzed summary values for age and adjustment factors for each sub-study. This may have led to some loss of precision, although the potential for misclassification bias seems low. Most importantly, we do not expect bias due to misclassification of age, because age was a selection criterion in the papers we reviewed. Also, our OR measurements may not be a perfect measure of relative risk and may exaggerate somewhat the projected low vaccine efficacy estimate for the elderly. Some statistical power was lost because six studies only reported seroconversion or seroprotection data, not both. Additionally, some studies did not use the traditional definitions for seroconversion (4-fold increase in HI antibody titres) and seroprotection (post-vaccination HI antibody titre ≥40); but when these studies were taken out of the analyses, the elderly responded slightly less vigorously than when these studies were included.

Since as many as 70% of all influenza-related deaths currently occur among persons over the age of 75 in the US [2], we had initially planned to also study the antibody response to influenza vaccination with increasing age among the elderly. We were surprised to find that only 3 of the 31 studies presented results for age breakdowns of the elderly participants. To study quantitatively the effect of age on the vaccine response based on the published literature, we categorized the elderly study groups into those with a mean age above or below 75, as a best proxy for age. In univariate and multivariate analysis, there was a significantly lower response in those over 75 years of age, suggesting that Ab response declined significantly with age among the elderly. However, since our analysis could only be based on group mean age, we could not further quantify the impact of increasing age within the elderly age group. Therefore, in order to better characterize the likely age-dependence of vaccine response, we propose that future studies report vaccine response in the elderly by 5 or 10 year increments. Table 6 presents a complete list of suggestions to authors of future vaccine Ab response studies.

Table 6
Study design recommendations for future vaccine Ab response studies

| Age sub-sets | Report data in 5–10 year age groups in people over 65 years |
|---|---|
| Pre-vaccination | Report data on subjects that had been vaccinated in the previous year |
| Serological data | Report pre- and post-vaccination serological data for all three main measurements, seroconversion, seroprotection, and GMT |
| Residence | Report data on residence, whether in an institution or independently in the community |
| Selection criteria | Select a study group that represents a realistic population of the elderly |

As antibody response is but one of several components of the immune response, in order to fully gauge vaccine efficacy in the elderly one should take into account changes not only the adaptive immune system's antibody response but also age-related changes in the cellular response and the activation of the innate immune system. Although the underlying mechanism of T-cell responses to influenza infection is not fully understood they are clearly important. Several recent studies have reported an age-related decline in the function of a variety of T-cell sub-sets [5,52–54]. Due to concerns about reduced vaccine response with age, several European countries are already using an adjuvanted influenza vaccine specifically designed for use in the very elderly [25].

In the absence of further controlled clinical trials, and given the unresolved disagreement between cohort studies and excess mortality studies [2], evidence from immunological studies and elucidation of the phenomena of immune senescence are critical for our understanding of the likely clinical response to influenza vaccine in the elderly. At best, such studies should consider both antibody and cellular immunity to the influenza vaccine. Until such a comprehensive understanding is achieved, we believe our finding in this review supports the need for further research into the phenomenon of immune senescence, with the hope that such insights will eventually lead to more immunogenic vaccine formulations.

### Acknowledgement

The authors would like to thank Mr. Robert Taylor for his assistance in editing this manuscript.

### References

[1] Thompson WW, Shay DK, Weintraub E, Brammer L, Cox N, Anderson LJ, et al. Mortality associated with influenza and respiratory syncytial virus in the United States. JAMA 2003;289:179–86.

[2] Simonsen L, Reichert TA, Viboud C, Blackwelder WC, Taylor RJ, Miller MA. Impact of influenza vaccination on seasonal mortality in the US elderly population. Arch Intern Med 2005;165(3):265–72.

[3] Centers for Disease Control and Prevention. Prevention and control of influenza. Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Morb Mortal Wkly Rep

2004;53(RR-06)1–40 (available: http://www.cdc.gov/mmwr/preview/mmwrhtml/rr5306a1.htm).

[4] Vu T, Farish S, Jenkins M, Kelly H. A meta-analysis of effectiveness of influenza vaccine in persons aged 65 years and over living in the community. Vaccine 2002;20:1831–6.

[5] Murasko DM, Bernstein ED, Gardner EM, Gross P, Munk G, Dran S, et al. Role of humoral and cell-mediated immunity in protection from influenza disease after immunization of healthy elderly. Exp Gerontol 2002;37(2–3):427–39.

[6] Goronzy JJ, Fulbright JW, Crowson CS, Poland GA, O'Fallon WM, Weyand CM. Value of immunological markers in predicting responsiveness to influenza vaccination in elderly individuals. J Virol 2001;75:12182–7.

[7] Beyer WE, Palache AM, Baljet M, Masurel N. Antibody induction by influenza vaccines in the elderly: a review of the literature. Vaccine 1989;7(5):385–94 [Review].

[8] Hobson D, Curry RL, Beare AS, Ward-Gardner A. The role of serum haemagglutination-inhibiting antibody in protection against challenge infection with influenza A2 and B viruses. J Hyg (Lond) 1972;70(4):767–77.

[9] Potter CW, Oxford JS. Determinants of immunity to influenza infection in man. Br Med Bull 1979;35(1):69–75 [Review].

[10] Gross PA, Russo C, Dran S, Cataruozolo P, Munk G, Lancey SC. Time to earliest peak serum antibody response to influenza vaccine in the elderly. Clin Diagn Lab Immunol 1997;4(4):491–2.

[11] Rastogi S, Gross PA, Bonelli J, Dran S, Levandowski RA, Russo C, et al. Time to peak serum antibody response to influenza vaccine. Clin Diagn Lab Immunol 1995;2(1):120–1.

[12] Palache AM, Beyer WE, Sprenger MJ, Masurel N, de Jonge S, Vardy A, et al. Antibody response after influenza immunization with various vaccine doses: a double-blind, placebo-controlled, multi-centre, dose–response study in elderly nursing-home residents and young volunteers. Vaccine 1993;11(1):3–9.

[13] Ligthart GJ, Corberand JX, Fournier C, Galanaud P, Hijmans W, Kennes B, et al. Admission criteria for immunogerontological studies in man: the SENIEUR protocol. Mech Ageing Dev 1984;28(1):47–55.

[14] WHO report on global surveillance and response. 2000 WHO/CDS/CSR/ISR/2000.1 available: http://www.who.int/emc-documents/surveillance/docs/whocdscsrisr2001.html/Tableofcontents/about.htm#Copyright.

[15] Gross PA, Quinnan Jr GV, Weksler ME, Setia U, Douglas Jr RG. Relation of chronic disease and immune response to influenza vaccine in the elderly. Vaccine 1989;7(4):303–8.

[16] Zei T, Neri M, Iorio AM. Immunogenicity of trivalent subunit and split influenza vaccines (1989–90 winter season) in volunteers of different groups of age. Vaccine 1991;9(9):613–7.

[17] Chernesky M, O'neill D, Pickard L, Castriciano S, Kraftcheck D, Sellors J, et al. Immunogenicity and adverse reactions of influenza vaccination in elderly patients given acetaminophen or placebo. Clin Diagn Virol 1993;1(2):129–36.

[18] de Bruijn IA, Remarque EJ, Beyer WE, le Cessie S, Masurel N, Lightart GJ. Annually repeated influenza vaccination improves humoral responses to several influenza virus strains in healthy elderly. Vaccine 1997;15(12–13):1323–9.

[19] McElhaney JE, Meneilly GS, Lechelt KE, Beattie BL, Bleackley RC. Antibody response to whole-virus and split-virus influenza vaccines in successful ageing. Vaccine 1993;11(10):1055–60.

[20] Remarque EJ, de Bruijn IA, Boersma WJ, Masurel N, Ligthart GJ. Altered antibody response to influenza H1N1 vaccine in healthy elderly people as determined by HI, ELISA, and neutralization assay. J Med Virol 1998;55(1):82–7.

[21] Glathe H, Bigl S, Grosche A. Comparison of humoral immune responses to trivalent influenza split vaccine in young, middle-aged and elderly people. Vaccine 1993;11(7):702–5.

[22] Gross PA, Levandowski RA, Russo C, Weksler M, Bonelli J, Dran S, et al. Vaccine immune response and side effects with the use of acetaminophen with influenza vaccine. Clin Diagn Lab Immunol 1994;1(2):134–8.

[23] Lina B, Fletcher MA, Valette M, Saliou P, Aymard M. A TritonX-100-split virion influenza vaccine is safe and fulfills the committee for proprietary medicinal products (CPMP) recommendations for the European Community for Immunogenicity, in Children, Adults and the Elderly. Biologicals 2000;28(2):95–103.

[24] Powers DC, Belshe RB. Effect of age on cytotoxic T lymphocyte memory as well as serum and local antibody responses elicited by inactivated influenza virus vaccine. J Infect Dis 1993;167(3):584–92.

[25] Minutello M, Senatore F, Cecchinelli G, Bianchi M, Andreani T, Podda A, et al. Safety and immunogenicity of an inactivated subunit influenza virus vaccine combined with MF59 adjuvant emulsion in elderly subjects, immunized for three consecutive influenza seasons. Vaccine 1999;17(2):99–104.

[26] Bernstein E, Kaye D, Abrutyn E, Gross P, Dorfman M, Murasko DM. Immune response to influenza vaccination in a large healthy elderly population. Vaccine 1999;17(1):82–94.

[27] De Donato S, Granoff D, Minutello M, Lecchi G, Faccini M, Agnello M, et al. Safety and immunogenicity of MF59-adjuvanted influenza vaccine in the elderly. Vaccine 1999;17(23–24):3094–101.

[28] Gardner EM, Bernstein ED, Dran S, Munk G, Gross P, Abrutyn E, et al. Characterization of antibody responses to annual influenza vaccination over four years in a healthy elderly population. Vaccine 2001;19(32):4610–7.

[29] Gardner EM, Bernstein ED, Popoff KA, Abrutyn E, Gross P, Murasko DM. Immune response to influenza vaccine in healthy elderly: lack of association with plasma beta-carotene, retinol, alpha-tocopherol, or zinc. Mech Ageing Dev 2000;117(1–3):29–45.

[30] Van Hoecke C, Prikazsky V, Uto I, Menschikowski C. Immunogenicity of an inactivated split influenza vaccine in institutionalized elderly patients. Gerontology 1996;42(4):190–8.

[31] Iorio AM, Alatri A, Camilloni B, Neri M, Baglio G, Donatelli I. Antibody response to 1995–1996 influenza vaccine in institutionalized and non-institutionalized elderly women. Gerontology 1999;45(1):31–8.

[32] Buxton Bridges C, Fukuda K, Holman RC, De Guzman AM, Hodder RA, Gomolin IH, et al. Decreased antibody response among nursing home residents who received recalled influenza vaccine and results of revaccination. Vaccine 2000;18(11–12):1103–9.

[33] Muszkat M, Friedman G, Dannenberg HD, Greenbaum E, Lipo M, Heymann Y, et al. Response to influenza vaccination in community and in nursing home residing elderly: relation to clinical factors. Exp Gerontol 2003;38(10):1199–203.

[34] Baldo V, Menegon T, Bonello C, Floreani A, Trivello R, Collaborative Group. Comparison of three different influenza vaccines in institutionalised elderly. Vaccine 2001;19(25–26):3472–5.

[35] Muszkat M, Greenbaum E, Ben-Yehuda A, Oster M, Yeu'l E, Heimann S, et al. Local and systemic immune response in nursing-home elderly following intranasal or intramuscular immunization with inactivated influenza vaccine. Vaccine 2003;21(11–12):1180–6.

[36] Pregliasco F, Mensi C, Serpilli W, Speccher L, Masella P, Belloni A. Immunogenicity and safety of three commercial influenza vaccines in institutionalized elderly. Aging (Milano) 2001;13(1):38–43.

[37] Squarcione S, Sgricia S, Biasio LR, Perinetti E. Comparison of the reactogenicity and immunogenicity of a split and a subunit-adjuvanted influenza vaccine in elderly subjects. Vaccine 2003;21(11–12):1268–74.

[38] Stepanova L, Naykhin A, Kolmskog C, Jonson G, Barantceva I, Bichurina M, et al. The humoral response to live and inactivated influenza vaccines administered alone and in combination to young adults and elderly. J Clin Virol 2002;24(3):193–201.

[39] Brydak LB, Machala M, Mysliwska J, Mysliwski A, Trzonkowski P. Immune response to influenza vaccination in an elderly population. J Clin Immunol 2003;23(3):214–22.

[40] Belshe RB, Newman FK, Cannon J, Duane C, Treanor J, Treanor J, et al. Serum antibody responses after intradermal vaccination against influenza. N Engl J Med 2004;351(22):2286–94.

[41] Frech SA, Kenney RT, Spyr CA, Lazar H, Viret JF, Herzog C, et al. Improved immune responses to influenza vaccination in the elderly using an immunostimulant patch. Vaccine 2005;23(7):946–50.

[42] Hara M, Tanaka K, Hirota Y. Immune response to influenza vaccine in healthy adults and the elderly: association with nutritional status. Vaccine 2005;23(12):1457–63.

[43] Ruf BR, Colberg K, Frick M, Preusche A. Open randomized study to compare the immunogenicity and reactogenicity of an influenza split vaccine with an MF59-adjuvanted subunit vaccine and a virosome-based subunit vaccine in elderly. Infection 2004;32(4):191–8.

[44] Wick G, Grubeck-Loebenstein B. Primary and secondary alterations of immune reactivity in the elderly: impact of dietary factors and disease. Immunol Rev 1997;160:171–84 [Review].

[45] Weksler ME, Szabo P. The effect of age on the B-cell repertoire. J Clin Immunol 2000;20(4):240–9 [Review].

[46] Govaert TME, Thijs CTMCN, Masurel N, Sprenger MJW, Dinant GJ, Knottnerus JA. The efficacy of influenza vaccination in elderly individuals. JAMA 1994;272:1661–5.

[47] Mangtani P, Cumberland P, Hodgson CR, Roberts JA, Cutts FT, Hall AJ. A cohort study of the effectiveness of influenza vaccine in older people, performed using the United Kingdom general practice research database. J Infect Dis 2004;190(1):1–10.

[48] Demicheli V, Rivetti D, Deeks JJ, Jefferson TO. Vaccines for preventing influenza in healthy adults. The Cochrane Database of Systematic Reviews 2004;(3). doi: 10.1002/14651858.CD001269.pub2. [Art. No.: CD001269.pub2.].

[49] Gross PA, Weksler ME, Quinnan Jr GV, Douglas Jr RG, Gaerlan PF, Denning CR. Immunization of elderly people with two doses of influenza vaccine. J Clin Microbiol 1987;25(9):1763–5.

[50] Cromwell HA, Brandon FB, McLean Jr IW, Sadusk Jr JF. Influenza immunization. A new vaccine. JAMA 1969;210(8):1438–42.

[51] Hannoun C, Barme M, Serie C, Beck H, Aquino J, Thibon M. Antibody response to anti-A/New Jersey/76 vaccines. Dev Biol Stand 1977;39:249–52.

[52] Deng Y, Jing Y, Campbell AE, Gravenstein S. Age-related impaired type 1 T cell responses to influenza: reduced activation ex vivo, decreased expansion in CTL culture in vitro, and blunted response to influenza vaccination in vivo in the elderly. J Immunol 2004;172(6):3437–46.

[53] Kang I, Hong MS, Nolasco H, Park SH, Dan JM, Choi JY, et al. Age-associated change in the frequency of memory CD4+ T cells impairs long term CD4+ T cell responses to influenza vaccine. J Immunol 2004;173:673–81.

[54] Saurwein-Teissl M, Lung TL, Marx F, Gschosser C, Asch E, Blasko I, et al. Lack of antibody production following immunization in old age: association with CD8(+)CD28(−) T cell clonal expansions and an imbalance in the production of Th1 and Th2 cytokines. J Immunol 2002;168(11):5893–9.

Joint Claim Construction Brief

# EXHIBIT 42

**CORONAVIRUS**

# Yes, the CDC changed its definition of vaccine to be 'more transparent'

A spokesperson for the CDC said the previous definition could be interpreted to mean vaccines are 100% effective. This has never been the case for any vaccine.



_Sponsored By_ **The Center for Climate...**

**Demand oil companies stop playing us.**

While Californians work to make an honest living, oil company profits continue to soar. Demand accountability.

Learn More

Author: **Megan Loe**
Published: **7:18 AM PST February 4, 2022**
Updated: **3:28 PM PST February 7, 2022**



As we learn more about the virus that causes COVID-19, public health agencies, including the Centers for Disease Control and Prevention (CDC), have continually updated their guidance to align with scientific developments.

Posts on social media have highlighted an alleged change to the CDC's definition of vaccine, with some claiming this update took place because the COVID-19 vaccines are ineffective. Several viewers, including Mike, also emailed VERIFY with questions about the CDC changing its vaccine definition.

**THE QUESTION**

Did the Centers for Disease Control and Prevention (CDC) change its definition of vaccine?

**THE SOURCES**

- Centers for Disease Control and Prevention (CDC)
- Wayback Machine, a digital archive tool
- Merriam-Webster

**THE ANSWER**



Yes, the CDC changed its definition of vaccine from "a product that stimulates a person's immune system to produce immunity to a specific disease, protecting the person from that disease" to "a preparation that is used to stimulate the body's immune response against diseases." The public health agency also changed its definition of "vaccination."

**WHAT WE FOUND**



An archived CDC web page from May 2018 shows that the agency's previous definition of vaccine was "a product that stimulates a person's immune system to produce immunity to a specific disease, protecting the person from that disease."

The current definition on a CDC web page last updated in September 2021 reads: "A preparation that is used to stimulate the body's immune response against diseases."

The latest CDC definition is absent the word "immunity" and just focuses on the stimulation of the body's immune response.

The CDC also changed its wording for the definition of "vaccination" from "the act of introducing a vaccine into the body to produce immunity to a specific disease" in 2018 to "the act of introducing a vaccine into the body to produce protection from a specific disease." The key differences here are, again, the absence of the word "immunity" in the latest definition and the change to "protection" instead.

A spokesperson for the CDC told VERIFY in an emailed statement that "while there have been slight changes in wording over time to the definition of 'vaccine' on the CDC's website, those haven't impacted the overall definition."

"The previous definition...could be interpreted to mean that vaccines were 100% effective, which has never been the case for any vaccine, so the current definition is more transparent," the spokesperson wrote in part.

The World Health Organization (WHO) also says on its website that COVID-19 vaccines, in particular, do not provide full (100%) protection, so "breakthrough infections" – where people get the virus even though they are fully vaccinated – will happen.

"It's also important to note that the modifications to the definition of 'vaccine' don't change the fact that vaccines and the act of vaccination has prevented millions of illnesses and saved countless lives," the CDC spokesperson added.

Merriam-Webster, which publishes dictionaries in the United States, said "the use of a vaccine that triggers an immune response in an entirely new way" during the COVID-19 pandemic required the company to revise and expand its definition of the word in May 2021. The company's change was similar to the CDC's update.

On its website, Merriam-Webster wrote that the definition of vaccine formerly read "a preparation of killed microorganisms, living attenuated organisms, or living fully virulent organisms that is administered to produce or artificially increase immunity to a particular disease." It was replaced with the following:

1: a preparation that is administered (as by injection) to stimulate the body's immune response against a specific infectious agent or disease: such as

a: an antigenic preparation of a typically inactivated or attenuated (see ATTENUATED sense 2) pathogenic agent (such as a bacterium or virus) or one of its components or products (such as a protein or toxin)

b: a preparation of genetic material (such as a strand of synthesized messenger RNA) that is used by the cells of the body to produce an antigenic substance (such as a fragment of virus spike protein)

The Pfizer and Moderna COVID-19 vaccines, which have both received approval from the U.S. Food and Drug Administration (FDA), are the first messenger RNA (mRNA) shots released to the general public. Many vaccines put a weakened or inactivated germ into the body to trigger an immune response, but that's not the case with mRNA vaccines, according to the CDC.

These vaccines instead use mRNA created in a laboratory to teach cells how to make a protein, or even a piece of a protein, to trigger an immune response. The immune response then produces antibodies, which protect against infection if the virus enters the body.

While mRNA vaccines are new to the public, researchers have been studying them for decades for viruses such as flu, Zika and rabies, the CDC says. Future mRNA vaccine technology may allow for one vaccine to provide protection against multiple diseases, according to the public health agency.

Medical professionals and public health agencies, including the CDC, say vaccines have been effective against severe disease, hospitalizations and death from COVID-19 during the pandemic. The WHO says "it is very rare for someone vaccinated to experience severe illness or die."

*More from VERIFY: Yes, Spikevax and the Moderna COVID-19 vaccine are the same*



Spikevax has the same formulation as the Moderna COVID-19 vaccine

The **VERIFY** team works to separate fact from fiction so that you can understand what is true and false. Please consider subscribing to our daily newsletter, text alerts and our YouTube channel. You can also follow us on Snapchat, Instagram, Facebook and TikTok. **Learn More »**

**Follow Us**

**Want something VERIFIED?**
Text: 202-410-8808

### Cow Warmies

Warmies® Plush are fully microwavable to provide hours of soothing warmth and comfort. Plush The weighted Cow stuffed animal is scented with real dried French lavender for a positive sensory experien…

Warmies | Sponsored

**Shop now**

### Bobcat Warmies

Warmies® Plush are fully microwavable to provide hours of soothing warmth and comfort. Plush Bobcat Warmies is scented with real dried French lavender and perfectly weighted for a positive sensory …

Warmies | Sponsored

**Shop now**

### People Over 50 Are Playing This Game To Stay Relaxed (Try)

Discover why players love Taonga for years. Engage in tropical farming and adventures. (Play Now)

Taonga: The Island Farm | Sponsored

**Play Now**

### Amazon Hates When You Do This, But They Can't Stop You (It's Genius)

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

Coupon Code Finder | Sponsored

### Cardiologist: Too Much Belly Fat? Do This Before Bed

Healthy-Guru. | Sponsored

### This Orthopedist-Recommended Barefoot Shoe is Conquering America, One Foot at a Time

Barefoot Vitality | Sponsored

### Travis Kelce, coach Andy Reid explain what Kelce was yelling during sideline confrontation

KING

### Who was with Taylor Swift at the Super Bowl?

KING

**LOADING NEXT ARTICLE...**

Joint Claim Construction Brief

# EXHIBIT 43



**CDC** Centers for Disease
Control and Prevention

# COVID Data Tracker

Maps, charts, and data provided by CDC, updates Mondays and Fridays by 8 p.m. ET

COVID-19 Home ⟩

Collapse  —

**United States at a Glance**

**United States**
At a Glance

Trend in % Emergency Department Visits **-10.8% in most recent week**

Trend in % Test Positivity **-0.6% in most recent week**

Trend in Hospital Admissions **-10% in most recent week**

**Total Hospitalizations**

6,793,622

Trend in % COVID-19 Deaths **-6.1% in most recent week**

**Total Deaths**

1,176,639

---

Data Tracker Home

# COVID-19 Vaccine Effectiveness Update

**Note:** Vaccine effectiveness estimates are not expected to change from month to month unless circulating variants
significantly change. However, as more time has passed since COVID-19 vaccines have been introduced in the United
States, scientists evaluate vaccine effectiveness relative to time since the most recent vaccine the person received to
inform future recommendations.

This page highlights the most current and relevant CDC-authored vaccine effectiveness studies and will be updated with
data, as well as key findings from the studies by age group. This page may also include a spotlight on one of the studies
explain more detail and context.

Trends

Maps

Hospitalizations

Deaths

Release Date: **August 31, 2023**
**Includes COVID-19 vaccine effectiveness studies published through August 18, 2023**

⟨

Emergency Department Visits

Vaccination Distribution & Coverage

Vaccine Effectiveness

Variants & Genomic Surveillance

Traveler-Based Genomic Surveillance

Wastewater Surveillance

Post-COVID Conditions

Health Equity

Pediatric

Pregnancy

Seroprevalence

Other COVID-19 Data

# What You Need to Know

Staying up to date on COVID-19 vaccination helps protect against hospitalization, critical illness, and death in all age groups. CDC recommends everyone stay up to date with COVID-19 vaccines for their age group.

Find clinical and professional resources for COVID-19 vaccines.

CDC works with partners to study COVID-19 vaccine effectiveness using several data collection platforms and study designs. Vaccine effectiveness studies vary based on the outcome (such as infection, emergency room visits, hospitalization, or death), population, and study design.

Results of these evaluations are published in CDC's MMWR or other scientific journals. CDC's COVID-19 Vaccine Effectiveness Update summarizes these studies to provide a snapshot of how well COVID-19 vaccines are working in different populations and against currently circulating variants.

- Learn about how CDC monitors how well COVID-19 vaccines are working
- Learn about vaccine effectiveness research and monitoring systems

**On This Page:**

Updates on Vaccine Effectiveness

Effectiveness Estimates

# Updates on COVID-19 Vaccine Effectiveness

CDC studies published from April 2023–August 2023 on COVID-19 vaccine effectiveness found the following:

## Effectiveness in Adults

- Effectiveness of Monovalent mRNA COVID-19 Vaccination in Preventing COVID-19–Associated Invasive Mechanical Ventilation and Death Among Immunocompetent Adults During the Omicron Variant Period - IVY Network, 19 U.S. States, February 1, 2022–January 31, 2023 MMWR/ April 28, 2023 / 72(17); 463–468
  - Original monovalent (ancestral SARS-CoV-2 strain) mRNA vaccination was 76% effective in preventing COVID-19–associated invasive mechanical ventilation and death up to 6 months after the last dose and remained 56% effective at 1–2 years.
  - Original mRNA COVID-19 vaccines provided substantial, durable protection against COVID-19–associated invasive mechanical ventilation and death. All adults should remain up to date with recommended COVID-19 vaccination prevent critical outcomes of COVID-19.
- Estimates of Bivalent mRNA Vaccine Durability in Preventing COVID-19–Associated Hospitalization and Critical Illness Among Adults with and Without Immunocompromising Conditions - VISION Network, September 2022–April 2023 MMWR / May 26, 2023 / 72(21); 579–588

Communications Resources

COVID-19 Home

- ○ Among adults aged ≥18 years without immunocompromising conditions, bivalent (ancestral and BA.4/BA.5 strain vaccine effectiveness (VE) against COVID-19–associated hospitalization declined from 62% at 7–59 days postvaccination to 24% at 120–179 days compared with VE among unvaccinated adults. Among immunocompromi adults, lower bivalent booster VE was observed. However, bivalent booster VE was sustained against critical COV 19-associated outcomes, including intensive care unit admission or death.
  - ○ Adults should stay up to date with recommended COVID-19 vaccines. Optional additional bivalent vaccine doses available for older adults and persons with immunocompromising conditions.
- • [Effectiveness of Up-to-Date COVID-19 Vaccination in Preventing SARS-CoV-2 Infection Among Nursing Home Resident United States, November 20, 2022–January 8, 2023 MMWR / June 23, 2023 / 72(25): 690–693](#)
  - ○ Among nursing home residents who were up to date with COVID-19 vaccination (most had received a bivalent vaccine), vaccine effectiveness against SARS-CoV-2 infection was 31.2%.
  - ○ Staying up to date with COVID-19 vaccination recommendations and, if eligible, getting an additional bivalent do: provides additional protection against SARS-CoV-2 infection. Nursing home residents would benefit from the protection offered by staying up to date with recommended COVID-19 vaccinations.

## Effectiveness in Children

- • [Effectiveness of Monovalent and Bivalent mRNA Vaccines in Preventing COVID-19–Associated Emergency Departmen Urgent Care Encounters Among Children Aged 6 Months–5 Years — VISION Network, United States, July 2022–June 2(](#)
  - ○ Using data from the VISION network, CDC evaluated the vaccine effectiveness against COVID-19-associated emergency department and urgent care visits by the length of time since the last dose was received during July 4 2022–May 2023 among children ages 6 months to 4 years (Pfizer-BioNTech) and 6 months to 5 years (Moderna).
  - ○ Both the original (monovalent) mRNA COVID-19 vaccine series and the bivalent vaccine provide protection against COVID-19-associated emergency department and urgent care visits in children ages 6 months to 4 years (Pfizer-BioNTech) and 6 months to 5 years (Moderna). All children should stay up to date with recommended COVID-19 vaccines, including starting the vaccination series as soon as they're eligible.
  - ○ Children continue to be impacted by COVID-19. As of June 2023, there were more than 2 million COVID-19 cases, more than 20,000 hospitalizations, and more than 400 deaths in U.S. children aged 6 months to 4 years. All child aged 6 months and older should stay up to date with recommended COVID-19 vaccines, including starting the va series as soon as they're eligible and completing it within the recommended time for the best protection.

Read all of CDC's COVID-19 vaccine effectiveness studies that have been published in MMWR: [Reports by Topic | MMWR (cdc.gov)](#)

# Vaccine Effectiveness (VE) Estimates

The publications in the table are organized by date of publication, with the most recent first. Studies that included more than one outcome multiple age groups are listed more than once and the table can be sorted by these variables.

| Outcome | Age Group |
| --- | --- |

- ● All outcomes
- ○ SARS-CoV-2 infection
- ○ Multisystem inflammatory syndrome
- ○ Critical illness
- ○ Emergency department/urgent care visits
- ○ Hospitalization
- ○ Invasive mechanical ventilation (IMV) or death

- ● All age groups
- ○ Adults
- ○ Adolescents
- ○ Children
- ○ Infants

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal author |
|---|---|---|---|---|---|---|---|
| Emergency department/urgent care visits | **23%** among children aged 6 months-5 years ≥14 days after 1st dose of original monovalent Moderna, Omicron period **29%** among children aged 6 months-5 years ≥14 days after 2nd dose of original monovalent Moderna, Omicron period | Children | Original monovalent mRNA, Moderna | 8 states | July 4, 2022 –June 17, 2023 | VISION | 8/18/23 MM Link-Gelles, |
| Emergency department/urgent care visits | **17%** among children aged 6 months-4 years ≥14 days to 1 month after 1st dose of original monovalent Pfizer, Omicron period **37%** among children aged 6 months-4 years ≥14 days after 2nd dose of original monovalent Pfizer, Omicron period **43%** among children aged 6 months-4 years ≥14 days after 3rd dose of original monovalent Pfizer, Omicron period | Children | Original monovalent mRNA, Pfizer | 8 states | July 4, 2022 –June 17, 2023 | VISION | 8/18/23 MM Link-Gelles, |
| Emergency department/urgent care visits | **80%** ≥14 days after ≥1 bivalent dose among children aged 6 months-5 years who received at least a primary series irrespective of | Children | Bivalent mRNA | 8 states | December 24, 2022 – June 17, 2023 | VISION | 8/18/23 MM Link-Gelles, |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal, author |
|---|---|---|---|---|---|---|---|
| | manufacturer, Omicron period | | | | | | |
| SARS-CoV-2 infection | **31.2%** among nursing home residents who were up to date with COVID-19 vaccination, Omicron period | Nursing home residents | Bivalent booster, mRNA | U.S. skilled nursing facilities | Nov. 20, 2022 – Jan. 8, 2023 | NHSN | 6/23/23 MM Wong, E |
| Hospitalization | **62%** during the first 7–59 days after the bivalent dose among immunocompetent adults, Omicron period **24%** at 120–179 days after the bivalent dose among immunocompetent adults, Omicron period **28%** during the first 7–59 days after the bivalent dose among immunocompromised adults, Omicron period **13%** at 120–179 days after the bivalent dose among immunocompromised adults, Omicron period | Adults | Bivalent booster, mRNA | 7 states | Sept. 13, 2022 –April 21, 2023 | VISION | 5/26/23 MM Link-Gelles, |
| Critical illness | **69%** during the first 7–59 days after the bivalent dose among immunocompetent adults, Omicron period **50%** by 120–179 days after the bivalent dose among immunocompetent adults, Omicron period **40%** during the first 7–59 days after the bivalent dose among immunocompromised adults, Omicron period **53%** at 120–179 days after | Adults | Bivalent booster, mRNA | 7 states | Sept. 13, 2022 –April 21, 2023 | VISION | 5/26/23 MM Link-Gelles, |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)#| Population | Study period | Monitoring System | Publication Date/Journal/authc |
|---|---|---|---|---|---|---|---|
| | the bivalent dose among immunocompromised adults, Omicron period | | | | | | |
| Invasive mechanical ventilation (IMV) or death | **76%** <6 months after the last original monovalent dose among immunocompetent adults **56%** at ≥1 year after last original monovalent dose among immunocompetent adults | Adults | Original monovalent mRNA | 21 U.S. Hospitals | Feb. 1, 2022 – Jan. 31, 2023 | IVY | 4/28/23 MM DeCuir, J |
| SARS-CoV-2 infection | **40%** among children age 3-5 years 14 days to 1 month after 1st dose of monovalent Moderna, Omicron period **60%** among children age 3-5 years 14 days to 2 months after 2nd dose of monovalent Moderna, Omicron period **36%** among children age 3-5 years 3 to 4 months after 2nd dose of monovalent Moderna, Omicron period | Children | mRNA, Moderna | 49 states, Washington, D.C., and Puerto Rico | July 4, 2022– February 5, 2023 | ICATT | 2/17/23 MM Fleming Dut |
| SARS-CoV-2 infection | **19%** among children age 3-4 years 14 days to 1 month after 1st dose of monovalent Pfizer, Omicron period **40%** among children age 3-4 years 14 days to 3 months after 2nd dose of monovalent Pfizer, Omicron period **31%** among children age 3-4 years 14 days to 4 months after 3rd dose of | Children | mRNA, Pfizer | 49 states, Washington, D.C., and Puerto Rico | July 4, 2022– February 5, 2023 | ICATT | 2/17/23 MM Fleming Dut |

monovalent Pfizer, Omicron period

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publicat Date/Journ auth |
|---|---|---|---|---|---|---|---|
| SARS-CoV-2 infection | **52%** relative VE among adults age 18-49 ≥14 days after bivalent booster dose compared with those who received 2-3 monovalent doses only, BA.5-related sublineages **43%** relative VE among adults age 50-64 ≥14 days after bivalent booster dose compared with those who received 2-4 monovalent doses only, BA.5-related sublineages **37%** relative VE among adults age ≥65 ≥14 days after bivalent booster dose compared with those who received 2-4 monovalent doses only, BA.5-related sublineages | Adults | Bivalent Booster, mRNA | 49 states, Washington, D.C., and Puerto Rico | December 1, 2022– January 13, 2023 | ICATT | 2/3/2023 MI Link-Gelles] |
| SARS-CoV-2 infection | **49%** relative VE among adults age 18-49 ≥14 days after bivalent booster dose compared with those who received 2-3 monovalent doses only, XBB/XBB.1.5-related sublineages **40%** relative VE among adults age 50-64 ≥14 days after bivalent booster dose compared with those who received 2-4 monovalent doses only, XBB/XBB.1.5-related sublineages **43%** relative VE among | Adults | Bivalent Booster, mRNA | 49 states, Washington, D.C., and Puerto Rico | December 1, 2022– January 13, 2023 | ICATT | 2/3/2023 MI Link-Gelles] |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal author |
|---|---|---|---|---|---|---|---|
| | adults age ≥65 ≥14 days after bivalent booster dose compared with those who received 2-4 monovalent doses only, XBB/XBB.1.5-related sublineages | | | | | | |
| Emergency department/urgent care visits | **56%** ≥7 days after bivalent booster compared with no vaccination, Omicron BA.5 period<br>**34%** relative VE ≥7 days after bivalent booster compared with those who received their last monovalent dose 2-4 months earlier<br>**50%** relative VE ≥7 days after bivalent booster compared with those who received their last monovalent dose ≥11 months earlier | Adults | Bivalent Booster, mRNA | 9 states | September 13, 2022–November 18, 2022 | VISION | 12/16/2022 MMWR, Ten M |
| Hospitalization | **59%** 7 days after bivalent booster among immunocompetent adults compared with no vaccination<br>**48%** relative VE ≥7 days after bivalent booster compared with those who received their last monovalent dose ≥11 months earlier | Adults | Bivalent Booster, mRNA | 9 states | September 13, 2022–November 18, 2022 | VISION | 12/16/2022 MMWR, Ten M |
| Hospitalization | **84%** 7 days after bivalent booster among immunocompetent adults compared with no vaccination, Omicron period | Adults | Bivalent Booster, mRNA | 22 hospitals in 18 states | September 8, 2022–November 30, 2022 | IVY | 12/16/2022 MMWR, Sur |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publicat Date/Journ autho |
|---|---|---|---|---|---|---|---|
| | **73%** relative VE ≥ 7 days after bivalent booster among immunocompetent adults ages >65 compared with monovalent vaccination alone, Omicron period | | | | | | |
| SARS-CoV-2 infection | **56%** relative VE among ages 18-49 years compared with those who received their last monovalent dose ≥8 months earlier **48%** relative VE among ages 50-64 years compared with those who received their last monovalent dose ≥8 months earlier **43%** relative VE among those ages >65 years compared with those who received their last monovalent dose ≥8 months earlier | Adults | Bivalent Booster, mRNA | 49 states, Washington, D.C., and Puerto Rico | September 14, 2022–November 11, 2022 | ICATT | 11/22/2022 MMWR, Link R |
| Hospitalization | **39%** ≥14 days after 2nd dose, BA.1/BA.2 period **69%** ≥7 days after 3rd dose, BA.1/BA.2 period **61%** ≥7 days after 4th dose, BA.1/BA.2 period **41%** ≥14 days after 2nd dose, BA.4/BA.5 period **31%** ≥7 days after 3rd dose, BA.4/BA.5 period **60%** ≥7 days after 4th dose, BA.4/BA.5 period (median interval between the last dose and illness onset = 145 days) | Adults | mRNA | 18 states | December 26, 2021–August 31, 2022 | IVY | 10/21/2022 MMWR, Sur |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal author |
|---|---|---|---|---|---|---|---|
| Hospitalization | **36%** ≥ 14 days after 2nd dose among immunocompromised adults, Omicron period<br>**57%** ≥7 days after 3rd dose among immunocompromised adults, Omicron period<br>**69%** 7-89 days after 3rd dose among immunocompromised adults, Omicron period<br>**44%** ≥90 days after 3rd dose among immunocompromised adults, Omicron period | Adults | mRNA | 10 states | December 16, 2021–August 20, 2022 | VISION | 10/21/2022 MMWR, Britt |
| Hospitalization | **61%** for 2 doses during BA.1<br>**92%** for 3 doses 7-119 days after 3rd dose during BA.1<br>**85%** for 3 doses ≥120 days after 3rd dose during BA.1<br>**24%** for 2 doses during BA.2/BA.2.12.1<br>**69%** for 3 doses 7-119 days after 3rd dose during BA.2/BA.2.12.1<br>**52%** for 3 doses ≥120 days after 3rd dose during BA.2/BA.2.12.1<br>**55%** for 3 doses among ≥50yo ≥120 days after 3rd dose during BA.2/BA.2.12.1<br>**80%** for 4 doses among ≥50yo >1 week after 4th dose during BA.2/BA.2.12.1 | Adults | mRNA | 10 states | Dec 18, 2021–Jun 10, 2022 | VISION | 7/22/2022 1 Link-Gelles 1 |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publical Date/Journ autho |
|---|---|---|---|---|---|---|---|
| SARS-CoV-2 infection | **58%** overall, without prior infection<br>**67%** ≤150 days of receipt of the 2nd dose of Pfizer-BioNTech, pre-Delta period<br>**75%** ≤150 days of receipt of the 2nd dose of Moderna, pre-Delta period<br>**33%** >150 days of receipt of the 2nd dose of Pfizer-BioNTech, Delta period<br>**77%** >150 days of receipt of the 2nd dose of Moderna, Delta period | Adults | mRNA | 4,315 residents in 105 nursing homes in 10 states | Dec 14, 2020–Nov 9, 2021 | N/A | 7/20/2022 C<br>Hatfield KM |
| Hospitalization | **52%** overall<br>**70%** against ICU admission<br>**47%** against non-ICU hospitalization<br>**80%** during Delta<br>**38%** during Omicron<br>**69%** for either variant when maternal vaccination occurred after 20 weeks of pregnancy<br>**38%** when maternal vaccination occurred during the first 20 weeks of pregnancy | Infants (<6 months) | mRNA (maternal vaccination) | 30 pediatric hospitals across 22 states | Jul 1, 2021–Mar 8, 2022 | Overcoming Covid-19 | 6/22/2022 ∆<br>Halasa NB |
| SARS-CoV-2 infection | **17.8%** 14 days to 1 month since one dose of Janssen<br>**8.4%** 2 to 4 months since one dose of Janssen<br>**27.9%** two doses of Janssen, 14 days to 1 month since last dose<br>**29.2%** two doses of Janssen, 2 to 4 months since last dose of Janssen | Adults | Janssen, mRNA | 49 states, Washington, D.C., and Puerto Rico | Jan 2–Mar 23, 2022 (Omicron) | ICATT | 5/25/2022 ∆<br>Accorsi EK |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal/author |
|---|---|---|---|---|---|---|---|
| | **61.3%** Janssen/mRNA booster, 14 days to 1 month since last dose **45.3%** Janssen/mRNA booster, 2 to 4 months since last dose **68.9%** 3 mRNA doses, 14 days to 1 month since last dose **62.8%** 3 mRNA doses, 2 to 4 months since last dose | | | | | | |
| SARS-CoV-2 infection | **60.1%** among children during month 0 after the second dose **28.9%** during month 2 after the second dose **59.5%** among adolescents during month 0 after the second dose **16.6%** during month 2 after the second dose **71.1%** among adolescents 2 to 6.5 weeks after third dose | Children (5–11 years) Adolescents (12-15 years) | mRNA | 49 states, Washington, D.C., and Puerto Rico | Dec 26, 2021–Feb 21, 2022 (Omicron) | ICATT | 5/13/2022 J/ Fleming-Dut |
| SARS-CoV-2 infection | **46.9%** (relative VE compared to primary series only) after additional or booster dose | Nursing home residents | mRNA | U.S. skilled nursing facilities | Feb 14–Mar 27, 2022 (Omicron) | NHSN | 5/6/2022 MI Prasad N |
| Hospitalization | **68%** in children after 2 doses, median interval since vaccination 34 days (Omicron[†]) **93%** in adolescents after 2 doses, 2 to 22 weeks after vaccination (Delta[†]) **92%** in adolescents after 2 doses, 23 to 44 weeks after vaccination (Delta[†]) **43%** in adolescents after 2 doses, 2 to 22 weeks after | Children (5–11 years) Adolescents (12–18 years) | mRNA | 23 states | Jul 1, 2021–Feb 17, 2022 | Overcoming Covid-19 | 3/30/2022 N Price AM |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal author |
|---|---|---|---|---|---|---|---|
| | vaccination (Omicron†) 38% in adolescents after 2 doses, 23 to 44 weeks after full vaccination (Omicron†) | | | | | | |
| Critical illness | 96% after 2 doses (Delta†) 79% after 2 doses (Omicron†) | Adolescents (12–18 years) | mRNA | 23 states | Jul 1, 2021–Feb 17, 2022 | Overcoming Covid-19 | 3/30/2022 Price AM |
| Emergency department/urgent care visits | 24% after 1 Janssen dose 54% after 2 Janssen doses 79% after 1 Janssen+1 mRNA dose 83% after 3 mRNA doses (median interval between receipt of the most recent dose and the ED/UC encounter ranged from 49 to 59 days) | Adults | Janssen, mRNA | 10 states | Dec 2021–Mar 2022 | VISION | 3/29/2022 Natarajan K |
| Hospitalization | 31% after 1 Janssen dose 67% after 2 Janssen doses 78% after 1 Janssen+1 mRNA dose 90% after 3 mRNA doses (median interval between receipt of the most recent dose and hospitalization ranged from 48 to 59 days) | Adults | Janssen, mRNA | 10 states | Dec 2021–Mar 2022 | VISION | 3/29/2022 Natarajan K |
| Invasive mechanical ventilation (IMV) or death | 94% median 60 days after 3 doses (Omicron†) | Adults | mRNA | 21 U.S. medical centers | Mar 2021–Jan 2022 | IVY | 3/25/2022 Tenforde M |
| SARS-CoV-2 infection | 31% in children after 2 doses, 14–82 days after 2nd dose (Omicron†) 59% in adolescents after 2 doses (Omicron†) 87% in adolescents after 2 doses, 14–149 days after 2nd dose (Delta†) | Children (5–11 years) Adolescents (12–15 years) | mRNA | 4 states | Jul 2021–Feb 2022 | PROTECT | 3/18/2022 Fowlkes AL |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal authc |
|---|---|---|---|---|---|---|---|
| Hospitalization | **85%** after 2 doses (Alpha†) **81%** after 2 doses, >150 days before illness onset (Delta†) **88%** after 2 doses, 14-150 days (Delta†) **94%** after 3 doses (Delta†) **65%** after 2 doses (Omicron†) **86%** after 3 doses (Omicron†) | Adults | mRNA | 21 U.S. hospitals | Mar 2021–Jan 2022 | IVY | 3/9/2022 BN Lauring AS |
| Emergency department/urgent care visits | **46%** in children within 14-67 days after dose 2 **51%** in children within 14-67 days after dose 2 (Omicron†) **83%** in adolescents 12–15 years within 14-149 days after dose 2 **76%** in adolescents 16–17 years within 14-149 days after dose 2 **38%** in adolescents 12–15 years ≥150 days after dose 2 **46%** in adolescents 16–17 years ≥150 days after dose 2 **86%** in adolescents 16–17 years ≥7 days after dose 3 **81%** in adolescents 16–17 years ≥7 days after dose 3 (Omicron†) | Children (5–11 years) Adolescents (12–15 years) Adolescents (16–17 years) | mRNA | 10 states | Apr 2021–Jan 2022 | VISION | 3/4/2022 MN Klein NP |
| Hospitalization | **74%** in children within 14-67 days after dose 2 **92%** in adolescents 12–15 years within 14-149 days after dose 2 **94%** in adolescents 16–17 years within 14-149 days | Children (5–11 years) Adolescents (12–15 years) Adolescents | mRNA | 10 states | Apr 2021–Jan 2022 | VISION | 3/4/2022 MN Klein NP |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal auth |
|---|---|---|---|---|---|---|---|
| | after dose 2 **73%** in adolescents 12–15 years ≥150 days after dose 2 **88%** in adolescents 16–17 years ≥150 days after dose 2 | (16–17 years) | | | | | 10/11/2022 CI Adams, K |
| Hospitalization | **37%** for primary series alone among immunocompetent adults **65%** for primary series plus one booster among immunocompetent adults **76%** 7-120 days after receipt of booster dose **63%** for primary series plus two boosters among immunocompetent adults **49%** for primary series alone among immunocompromised adults **69%** for primary series plus one booster among immunocompromised adults **72%** 7-120 days after receipt of booster dose | Adults | mRNA, Janssen | 21 U.S. Hospitals | December 26, 2021-June 30, 2022 | IVY | |
| Multisystem inflammatory syndrome | **84%** overall after two doses **78%** after two doses among children ages 5-11 **90%** after two doses among adolescents ages 12-17. | Children (5–11 years) Adolescents (12–17 years) | mRNA | 29 pediatric hospitals across 22 states | July 1, 2021- April 7, 2022 | Overcoming Covid-19 | 8/4/2022 CI Zambrano L |
| Emergency department/urgent care visits | **84%** among pregnant adults 14-149 days after 2nd dose, Delta period **75%** among pregnant adults ≥150 days after 2nd | Adults aged 18-45 years | mRNA | 10 states | June 1, 2021-June 2, 2022 (site-dependent) | VISION | 9/26/2022 I/ Open Schra |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publicat Date/Journ auth |
|---|---|---|---|---|---|---|---|
| | dose, Delta period<br>**81%** among pregnant adults 7-119 days after 3rd dose, Delta period<br>**3%** among pregnant adults 14-149 days after 2nd dose, Omicron period<br>**42%** among pregnant adults ≥150 days after 2nd dose, Omicron period<br>**79%** among pregnant adults 7-119 days after 3rd dose, Omicron period<br>**124%** among pregnant adults ≥120 days after 3rd dose, Omicron period | | | | | | |
| Hospitalization | **84%** among pregnant adults 14-149 days after 2nd dose, Delta period<br>**75%** among pregnant adults ≥150 days after 2nd dose, Delta period<br>**81%** among pregnant adults 7-119 days after 3rd dose, Delta period<br>**3%** among pregnant adults 14-149 days after 2nd dose, Omicron period<br>**42%** among pregnant adults ≥150 days after 2nd dose, Omicron period<br>**79%** among pregnant adults 7-119 days after 3rd dose, Omicron period<br>**124%** among pregnant adults ≥120 days after 3rd dose, Omicron period<br>**99%** among pregnant adults, 14-149 days after 2nd dose, Delta period | Adults aged 18-45 years | mRNA | 10 states | June 1, 2021-June 2, 2022 (site-dependent) | VISION | 9/26/2022 // Open Schra |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publicat Date/Journ autho |
|---|---|---|---|---|---|---|---|
| | **96%** among pregnant adults ≥150 days after 2nd dose, Delta period | | | | | | |
| | **97%** among pregnant adults 7-119 days after 3rd dose, Delta period | | | | | | |
| | **86%** among pregnant adults, 14-149 days after 2nd dose, Omicron period | | | | | | |
| | **64%** among pregnant adults ≥150 days after 2nd dose, Omicron period | | | | | | |
| | **86%** among pregnant adults, 7-119 days after 3rd dose, Omicron period | | | | | | |
| | **53%** among pregnant adults ≥120 days after 3rd dose, Omicron period | | | | | | |
| Hospitalization | **94%** among adults <2months after 2nd dose, pre-Delta period | Adults | mRNA | 10 states | January 2021-July 12, 2022 | VISION | 10/03/2022, Ferdinands, |
| | **96%** among adults <2 months after 2nd dose, Delta period | | | | | | |
| | **87%** among adults 4-5 months after 2nd dose, pre-Delta period | | | | | | |
| | **89%** among adults 4-5 months after 2nd dose, Delta period | | | | | | |
| | **73%** among adults <2 months after 2nd dose, Omicron period | | | | | | |
| | **57%** among adults 4-5 months after 2nd dose, Omicron period | | | | | | |
| | **96%** among adults <2 months after 3rd dose, Delta period | | | | | | |
| | **89%** among adults <2 | | | | | | |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal auth. |
|---|---|---|---|---|---|---|---|
| | months after 3rd dose, Omicron period **66%** among adults 4-5 months after 3rd dose, Omicron period **72%** among adults ages 50-64 years after 4th dose, Omicron period **76%** among adults ages 65 years and older after 4th dose, Omicron period **48%** among immunocompromised adults after 4th dose, Omicron period | | | | | | |
| Emergency department/urgent care visits | **95%** among adults <2 months after 2nd dose, pre-Delta period **93%** among adults <2 months after 2nd dose, Delta period **63%** among adults <2 months after 2nd dose, Omicron period **96%** among adults <2 months after 3rd dose, Delta period **83%** among adults <2 months after 3rd dose, Omicron period **46%** among adults 4-5 months after 3rd dose, Omicron period **57%** among adults ages 50-64 years after 4th dose, Omicron period **73%** among adults ages 65 years and older after 4th dose, Omicron period | Adults | mRNA | 10 states | January 2021-July 12, 2022 | VISION | 10/03/2022, Ferdinands, |

| Outcome | Vaccine effectiveness* | Age Group | Vaccine(s)# | Population | Study period | Monitoring System | Publication Date/Journal/auth |
|---|---|---|---|---|---|---|---|
| SARS-CoV-2 infection | **25.8%** against infection among adults <60 days after 2nd vaccine booster dose | Adults | mRNA | 19 states | March 29–July 25, 2022 | N/A | 9/30/2022, McConeghy |
| Critical illness | **73.9%** against critical illness among adults <60 days after 2nd vaccine booster dose | Adults | mRNA | 19 states | March 29–July 25, 2022 | N/A | 9/30/2022, McConeghy |
| Hospitalization | **60.1%** against hospitalization among adults <60 days after 2nd vaccine booster dose | Adults | mRNA | 19 states | March 29–July 25, 2022 | N/A | 9/30/2022, McConeghy |
| Death | **89.6%** against death among adults <60 days after 2nd vaccine booster dose | Adults | mRNA | 19 states | March 29–July 25, 2022 | N/A | 9/30/2022, McConeghy |

#Where applicable, individual vaccine is specified; mRNA refers to COVID-19 vaccines BNT162b2 (Pfizer-BioNTech) and mRNA-1273 (Moderna) for adults; for children and adolescents, mRNA refers to BNT162b2 (Pfizer-BioNTech); Janssen refers to Ad.26.COV2.S (Johnson & Johnson).

*Confidence interval (CI) for all effectiveness estimates is 95%.

†Dates used for periods of SARS-CoV-2 variant predominance in the United States differ slightly by study and geographic location, but are approximately: Alpha (March 11–July 3, 2021); Delta (Jul 1–Dec 18, 2021); Omicron (Dec 19, 2021–present: sublineages BA.1 [December 2021–March 2022] and BA.2/BA.2.12.1 [March–October 2022]).

How CDC Monitors Vaccine Effectiveness

COVID-19 Vaccines Work

COVID-19 Vaccine Effectiveness Research

**COVID-19 Home >**

All COVID-19 topics including prevention, travel, work, and school

**Cite COVID Data Tracker**

Centers for Disease Control and Prevention. COVID Data Tracker. Atlanta, GA: U.S. Department of Health and Human Services, CDC; 2024, February 13. https://covid.cdc.gov/covid-data-tracker

CONNECT WITH CDC

CDC INFORMATION
About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

HAVE QUESTIONS?
Visit CDC-INFO
Call 800-232-4636
Email CDC-INFO
Open 24/7

U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer

Joint Claim Construction Brief

# EXHIBIT 44

EDITION **19**

ILLUSTRATED IN FULL COLOR

# Taber's®

# CYCLOPEDIC
# MEDICAL
# DICTIONARY

PHILADELPHIA

F.A. DAVIS COMPANY

*Editor*
Donald Venes, M.D., M.S.J.
*(In loving memory of Victoria Webb, MD)*

*Coeditor*
Clayton L. Thomas, M.D., M.P.H.
Director Emeritus of Medical Affairs
Tambrands Inc.

*Managing Editor*
Elizabeth J. Egan

*Assistant Editors*
Nancee A. Morelli
Alison D. Nell

*Copy Editor*
Ann Houska

*Proofreaders*
Joy Matkowski
Christopher Muldor

*Dictionary Illustrator*
Beth Anne Willert, M.S.

**Copyright © 2001 by F. A. Davis Company**

1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 5, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, , 1973, 1977, 1981, 1985, 1989, 1993, and 1997 by F. A. Davis.

reserved. This publication is protected by copyright. No part of reproduced, stored in a retrieval system, or transmitted in any y any means, electronic, mechanical, photocopying, recording, ise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

indicates print number  10  9  8  7  6  5

s new scientific information becomes available through basic al research, recommended treatments and drug therapies un- nges. The author and publisher have done everything possible Taber's accurate, up to date, and in accord with accepted stan- the time of publication. The author, editors, and publisher are nsible for errors or omissions or for consequences from appli- he book, and make no warranty, expressed or implied, in regard tents of the book. Any practice described in this book should be y the reader in accordance with professional standards of care egard to the unique circumstances that may apply in each sit- he reader is advised always to check product information (pack- ts) for changes and new information regarding dose and contra- s before administering any drug. Caution is especially urged ng new or infrequently ordered drugs.

**ibrary of Congress Cataloging in Publication Data**

yclopedic medical dictionary—Ed. 19, illustrated in full color / onald Venes; coeditor, Clayton L. Thomas

m.

as bibliographical references and index.
)-8036-0654-0 (index)—ISBN 0-8036-0655-9 (non index)—ISBN 6-0656-7 (deluxe)

licine—Dictionaries.  I.  Title: Cyclopedic medical dictionary. nes, Donald, 1952-  III. Thomas, Clayton L., 1921-IV. Taber, nce Wilbur, 1870-1968

M: 1. Medicine—Dictionary—English. W 13 T113d 2001]

s 2001

de21

65-1357                           00-064688

3036-0655-9
3036-0654-0 (indexed)
3036-0656-7 (deluxe)
3036-0657-5 (CD-ROM)

# DISTRIBUTORS

## United States of America

**F. A. DAVIS COMPANY**
1915 Arch St.
Philadelphia, PA 19103

*Atlanta, Georgia*

**J. A. MAJORS COMPANY**
4004 Tradeport Blvd.
P.O. Box 82686, 30354

*Houston, Texas*

**J. A. MAJORS COMPANY**
6404 Kirby Drive, 77054

*Louisville, Texas*

**J. A. MAJORS COMPANY**
P.O. Box 819074
1401 Lake Drive, 75057

*Los Angeles, California*

**J. A. MAJORS COMPANY**
1320 West Walnut St.
Compton, CA 90220

*Philadelphia, Pennsylvania*

**RITTENHOUSE BOOK DISTRIBUTORS, INC.**
511 Feheley Drive
King of Prussia, PA 19406

*St. Louis, Missouri*

**MATTHEWS BOOK COMPANY**
11660 Rock Island Court
Maryland Heights, MO 63043

### Canada

**LOGIN BROTHERS CANADA**
104 Saulteaux Crescent
Winnipeg, Manitoba R3J 3T2

## Europe

**MEDICUS MEDIA**
Ferry Lane
Shepperton, Middlesex TW17 9LH
England

## Australia & New Zealand

**MACLENNAN AND PETTY, PTY. LTD.**
Suite 405
152 Bunnerong Rd.
Eastgardens NSW 2036
Australia

## Mexico & Central America

**LIBRERIA INTERNACIONAL, S. A. DE C.V.**
A. Sonora 206
Col. Hipodromo
06100 Mexico, D.F.

## Brazil

**ERNESTO REICHMANN, DISTRIBUIDORA DE LIVROS**
Rua Coronel Marques, 335
Tatuape
Sao Paolo—SP 03440-0000

## Panama & South America

**INTER-BOOK MARKETING SERVICE**
Rua das Palmeiras, 32-Apt. 701
22270 Rio de Janeiro
Brazil

v

**Vaccines***

| Name | Age Administered | Booster Schedule | Comments |
|---|---|---|---|
| BCG (bacillus of Calmette and Guérin) | In epidemic conditions, administered to infants as soon as possible after birth. | None | The only contra-indications are symptomatic human immunodeficiency virus (HIV) infection or other illnesses known to suppress immunity. |
| Cholera | See Comments. | Every 3 to 6 mo for those who remain in epidemic areas. | Only those traveling to countries where cholera is present need to be vaccinated. Whole cell vaccines provide partial protection for 3 to 6 mo. |
| DTaP (diphtheria, pertussis, tetanus)† DTaP v. | At 2 mo, 4 mo, 6 mo, 15–18 mo, and 4–6 yr. | Every 10 yr for tetanus and diphtheria, esp. for those over 50. Persons who have received five doses of tetanus toxoid may not need a booster until age 50. | DTaP is the preferred vaccine for all doses in the series. (DTP is no longer used.) |
| *Haemophilus influenzae* b (Hib)‡ | At 2 mo, 4 mo, 6 mo, and 12–15 mo. | None | If PRP-OMP (PedvaxHIB) is given at 2 and 4 mo, a 6-mo dose at 6 mo is not required. |
| Hepatitis A‡ | Two doses at least 6 mo apart. | None | For use in travelers to endemic nations, individuals at occupational risk for exposure, injection drug users, men who have sex with men, patients with chronic liver diseases, and populations where outbreaks are occurring. |
| Hepatitis B† | Hep B-1 at birth to 2 mo; Hep B-2 at 1–4 mo; Hep B-3 at 6–18 mo. | None | Individuals not vaccinated in infancy may begin the series during any visit. All health-care workers should receive the series. A 2-dose formulation is available. |

V 1. *Vibrio*; vision; visual acuity. 2. Symbol for the element vanadium.

V̇ 1. Symbol for gas flow. 2. Symbol for ventilation.

v. 1. vein; 2. velocity; volt.

**vaccina** (văk-sī'nă) Vaccinia.

**vaccinable** (văk-sĭn'ă-bĭl) Capable of being successfully vaccinated.

**vaccinal** (văk'sĭn-ăl) Rel. to vaccine or to vaccination.

**vaccinate** (văk'sĭn-āt) [L. *vaccinus*, pert. to cows] To inoculate with vaccine to produce immunity against disease.

**vaccination** (văk-sĭ-nā'shŭn) [L. *vaccinus*, pert. to cows] 1. Inoculation with any vaccine or toxoid to establish resistance to a specific infectious disease. SEE: *immunization*. 2. A scar left on the skin by inoculation of a vaccine.

**catch-up v.** The immunization of unvaccinated children at the most convenient times (e.g., on the first day of school) rather than at the optimal time for antibody production. Because many children miss vaccines at regularly scheduled times, catch-up vaccination offers unvaccinated children, their families, and the communities in which they live a second opportunity for disease prevention and control.

**mass v.** The use of vaccines during an outbreak of a communicable disease in an attempt to prevent an epidemic. In the U.S. mass vaccinations are sometimes carried out in schools and hospitals during meningitis or hepatitis epidemics.

**vaccine** (văk'sēn, văk-sēn') [L. *vaccinus*, pert. to cows] 1. An infectious liquid that Edward Jenner (Brit. physician, 1749–1823) derived from cowpox vaccine and smallpox in humans. 2. Any suspension containing antigenic molecules derived from a microorganism, given to stimulate an immune response to an infectious disease. Vaccines may be made from weakened or killed microorganisms; inactivated toxins; toxoids derived from microorganisms; or immunologically active surface markers extracted or copied from microorganisms. They can be given intramuscularly, subcutaneously, intradermally, orally, or intranasally; as single agents; or in combinations. SEE: table.

The ideal vaccine should be effective, well-tolerated, easy and inexpensive to manufacture, easy to administer, and easy to store. No vaccine meets all these criteria; e.g., some vaccine side effects such as fevers, muscle aches, and injection site pain are common but gen-

erally mild. Adverse reaction to vaccines that should be reported... side effects, all persons who receive... anaphylaxis, shock, seizures, ... fection, and death. SEE: *immunization*... they are immunized.

CAUTION: Because vaccines may... side effects, all persons who receive... should carefully review federally... dated Vaccine Information...

**autogenous v.** Bacterial vaccine prepared from lesions of the individual to be inoculated. SYN: *homologous*...

**bacterial v.** A suspension of... attenuated bacteria; used for... into the body to produce active... nity to the same organism.

**BCG v.** A preparation of un... live culture of bacille Calmette... of the strain *Mycobacterium*... some countries with a high... tuberculosis, it provides... munity against the disease... the risk of infection by... advantage of this vaccine... duces hypersensitivity to tuber... that skin testing for tubercu... comes inaccurate, esp. in the... years after inoculation. The... also used as an immuno... treatment for some forms of... bladder cancers.

**cholera v.** A vaccine prepared... killed *Vibrio cholerae*. It is... only a few months.

**diphtheria v.** A vaccination... *Corynebacterium diphtheriae*... DTaP v.

**DNA v.** A vaccine made by... engineering in which the... codes for an antigen is... bacterial plasmid and then... the host. Once inside the... the nuclear machinery of the... manufacture and express the... Unlike other vaccines, DNA... may have the potential to stim... lar as well as humoral... sponses.

**DPT v.** An obsolete combin... diphtheria and tetanus... killed pertussis bacilli that... given in pediatric immuniza... cause of the superiority of DTaP... cine that contains only acellul... sis. **DTaP v.** A preparation of diph... and tetanus toxoids and acellul... tussis proteins. It is used to... children against all three...

Joint Claim Construction Brief

# EXHIBIT 45

Journal of Controlled Release 143 (2010) 311–317



Contents lists available at ScienceDirect

## Journal of Controlled Release

journal homepage: www.elsevier.com/locate/jconrel



GENE DELIVERY

# Nanoparticles for *ex vivo* siRNA delivery to dendritic cells for cancer vaccines: Programmed endosomal escape and dissociation ☆

Hidetaka Akita [a], Kentaro Kogure [a,1], Rumiko Moriguchi [a], Yoshio Nakamura [a], Tomoko Higashi [a], Takashi Nakamura [a], Satoshi Serada [b], Minoru Fujimoto [b], Tetsuji Naka [b], Shiroh Futaki [c], Hideyoshi Harashima [a,*]

[a] Faculty of Pharmaceutical Sciences, Hokkaido University, Kita-12, Nishi-6, Kita-ku, Sapporo, Hokkaido 060-0812, Japan
[b] Laboratory for Immune Signal, National Institute of Biomedical Innovation, 7-6-8 Saito-Asagi, Ibaraki, Osaka 567-0085, Japan
[c] Institute for Chemical Research, Kyoto University, Uji, Kyoto 611-0011, Japan

ARTICLE INFO

*Article history:*
Received 14 September 2009
Accepted 7 January 2010
Available online 15 January 2010

*Keywords:*
siRNA
Vaccination
Dendritic cells
SOCS1
Intracellular trafficking

ABSTRACT

We previously developed octaarginine (R8)-modified lipid envelope-type nanoparticles for siRNA delivery (R8-MEND). Herein, we report on their *ex vivo* siRNA delivery to primary mouse bone marrow-derived dendritic cells (BMDCs) for potential use as a cancer vaccine. Quantitative imaging analysis of the intracellular trafficking of siRNA revealed that the dissociation process, as well as the rate of endosomal escape limits the siRNA efficiency of the prototype R8-MEND, prepared by the hydration method (R8-MEND$_{hydo}$). Successful endosomal escape was achieved by using a pH-dependent fusogenic peptide (GALA) modified on a lipid mixture that was optimized for endosomal fusion. Furthermore, a modified protocol for the preparation of nanoparticles, mixing the siRNA/STR-R8 complex and small unilamellar vesicles (R8/GALA-MEND$_{SUV}$), results in a more homogenous, smaller particle size, and results in a more efficient intracellular dissociation. Gene knockdown of the suppressor of cytokine signaling 1 (SOCS1), a negative-feedback regulator of the immune response in BMDCs resulted in an enhanced phosphorylation of STAT1, and the production of proinflammatory cytokines. Moreover, SOCS1-silenced BMDCs were more potent in suppressing tumor growth. Collectively, these results show that siRNA loaded in R8/GALA-MEND$_{SUV}$ efficiently suppresses endogenous gene expression and consequently enhances dendritic cell-based vaccine potency *in vivo*.

© 2010 Elsevier B.V. All rights reserved.

## 1. Introduction

RNA interference (RNAi) was discovered [1,2], in the latter part of the 20th century. This discovery represents a promising technique for use in the functional analysis of endogenous genes, and for curing intractable genetic diseases by the sequence-specific cleavage of mRNA [3–5]. One of the highly potential applications for the clinical use of siRNA is cancer vaccination. The suppressor of cytokine signaling 1 (SOCS1) is a negative-feedback regulator of immune cell responses to cytokines. Its expression is induced by cytokine-mediated stimulation, and is responsible for the negative-feedback of immunoresponse by blocking Janus kinase (JAK)-signal transducers, and activators of transcription (STAT) signaling pathways [6]. The suppression of SOCS1

gene expression in dendritic cells using a lentiviral vector has been shown to enhance their immunostimulatory capacity and to result in an enhanced antiviral and antitumor response [7,8]. However, the use of a viral vector may have unexpected, and serious adverse effects such as excessive inflammation [9] and oncogenicity due to the random insertion of viral genomic DNA into chromosomal DNA [10]. Therefore, non-viral delivery vehicles, which satisfy requirements for both high efficiency and safety, are essential for the realization of clinical applications of siRNA [11]. To be recognized by a RNA-induced silencing complex (RISC), siRNA must be delivered to the cytoplasm via invasion of the membrane. Therefore, novel nanotechnology is essential if various functional devices are integrated into one nano carrier for achieving both active cellular entry and endosomal escape. For an in vivo application via systemic administration, the loading of siRNA into the liposomal particle is one of the more desirable strategies for conferring stability in the systemic circulation, and the efficient delivery of the siRNA to a target organ (i.e. liver and tumor) [12–15].

We recently proposed a packaging concept referred to as "Programmed Packaging" [16,17], in which various types of devices are incorporated into nanoparticles in a manner such that their topology is controlled. Based on this concept, multifunctional envelope-type

☆ Hidetaka Akita, Kentaro Kogure and Rumiko Moriguchi equally contributed to this study. These authors are listed alphabetically in accordance with family name.
* Corresponding author. Laboratory for Molecular Design of Pharmaceutics, Faculty of Pharmaceutical Sciences, Hokkaido University, Kita-12, Nishi-6, Kita-ku, Sapporo, Hokkaido 060-0812, Japan. Tel.: +81 11 706 3919; fax: +81 11 706 4879.
E-mail address: harasima@pharm.hokudai.ac.jp (H. Harashima).
1 Present address: "Kyoto Pharmaceutical University, 5 Nakauchi-cho, Misasagi, Yamashina-ku, Kyoto 607-8414, Japan".

0168-3659/$ – see front matter © 2010 Elsevier B.V. All rights reserved.
doi:10.1016/j.jconrel.2010.01.012

H. Akita et al. / Journal of Controlled Release 143 (2010) 311–317

**GENE DELIVERY**

nano-devices (MEND) were originally established for use as a plasmid DNA (pDNA) carrier. For the application of this system to siRNA delivery, nano-sized complexed cores were similarly formed with siRNA using an amphiphatic polycation (i.e. stearylated octaarginine; STR-R8), which leads to its loading in the lipid envelope by hydration methods (MEND$_{hydo}$) [18]. The outer surface of the MEND$_{hydo}$ can be modified with octaarginine (R8), which induces cellular uptake of the particle by macropinocytosis, a useful pathway that avoids lysosomal degradation.

In the present study, we report on a mechanism-based development of a siRNA delivery system, which can knockdown the gene expression at 1/10 the dose. For this purpose, a pH-sensitive fusogenic peptide was modified for endosomal escape. Furthermore, the packaging method was altered, resulting in the formation of a more homogenous and smaller particle, which is advantageous in terms of improving the intracellular dissociation process. In this development process, we made maximum use of the quantitative imaging analysis for the intracellular trafficking of siRNA (confocal image-assisted 3-dimensionally integrated quantification; CIDIQ), which provides information on the rate-limiting process of the siRNA carriers. Finally we successfully demonstrate ex vivo siRNA delivery to primary mouse bone marrow-derived dendritic cells (BMDCs) for potential use as a cancer vaccine.

## 2. Materials and methods

### 2.1. Materials and cell lines

1,2-Dioleoyl-sn-glycero-3-phosphoethanolamine (DOPE) and 4-nitrobenzo-2-oxa-1,3-diazolyl-DOPE (NBD-DOPE) were purchased from AVANTI Polar Lipids Inc. (Alabaster, AL). Cholesteryl hemisuccinate (5-Cholesten-3β-ol 3-hemisuccinate; CHEMS), ovalbumin (OVA) and lipopolysaccharide (LPS) were obtained from Sigma-Aldrich Co. (St. Louis, MO). Cholesteryl GALA (Chol-GALA) was custom-synthesized by KURABO, as reported previously [19]. Lipofectamine 2000 was obtained from Invitrogen Co. (Carlsbad, CA). The OVA$_{257-264}$ peptide (SIINFEKL) was synthesized by Kurabo Industries (Osaka, Japan). HeLa cells and E.G.7-OVA cells were purchased from RIKEN BioResource Center (Ibaraki, Japan) and the American Type Culture Collection (Manassas, VA), respectively. siRNA sequences used in the present study, and establishment of HeLa cells stably expressing luciferase (HeLa-GL3) were described in Supplemental Information.

### 2.2. Animals

Female C57BL/6J mice (6–8-weeks old) were obtained from CLEA Japan Inc. (Tokyo, Japan) and maintained under specific pathogen-free conditions. The use of the mice was approved by the Pharmaceutical Science Animal Committee of Hokkaido University.

### 2.3. siRNA-loading MENDs

The prototype R8-MEND was prepared by the hydration method (R8-MEND$_{hydo}$) as described previously [18]. The MEND prepared with another protocol (R8-MEND$_{SUV}$) was prepared by mixing small unilamellar vesicles (SUVs) with a suspension of siRNA/STR-R8. For the preparation of the SUV, lipid films containing DOPE and phosphatidic acid (PA) at a ratio of 7:2 (total lipid content: 0.55 μmol) were hydrated with 1 ml of 10 mM HEPES buffer (pH 7.4) for 10 min at room temperature. For modification of MEND$_{SUV}$ with GALA, 1 mol% of Chol-GALA was added in the lipid composition. The hydrated lipid film was then sonicated using a probe-type sonicator, and the siRNA/STR-R8 complex (33 μg siRNA/ml) was then mixed with the SUVs at a ratio of 1:2 (v/v). Finally, surfaces of MEND$_{SUV}$ were modified by adding a STR-R8 solution (10 mol% of total lipids), followed by incubation for 30 min. Gene knockdown activity of MENDs are evaluated as described in Supplemental Information.

### 2.4. CIDIQ analysis

The efficiencies of endosomal escape and dissociation were assessed by confocal image-based quantification as described in a recent report [20,21]. For the evaluation of endosomal escape, MENDs prepared with Alexa546-labeled siRNA was transfected to HeLa-GL3 cells. At 2.5 h after transfection, the endosomes/lysosomes were stained with Lysotracker green to discriminate between siRNA in the endosomes/lysosomes and the cytosol.

For analysis of the dissociation of the siRNA from MENDs, they were prepared with Alexa546-labeled siRNA and an NBD-labeled lipid layer. For labeling the lipid envelope with NBD, 1% of NBD-DOPE was incorporated into the lipid composition. Confocal images were captured at 9 h post-transfection, and thereafter quantitatively analyzed. Detail method for the quantitative analysis is described in Supplemental information.

### 2.5. Quantification of cellular uptake of MENDs by flow cytometry

The cellular uptake of the MENDs was assessed by flow cytometry. MENDs loading the Alexa546-labeled siRNA were prepared as described above. For the quantification of cellular uptake, HeLa-GL3 cells were seeded at a density of $5.0 \times 10^4$ cells per 6-well plate in the growth medium. After 24 h, the cells were incubated with the MENDs (71 nM of Alexa546-labeled siRNA) in serum-free medium for 1 h. The cells were washed once with PBS supplemented with 0.5% bovine serum albumin and 0.1% NaN$_3$, and then trypsinized and collected in a microtube, followed by washing two additional times by repeated precipitation of the cells by centrifugation (1500 rpm, 4 °C, 5 min) and resuspended in 1 ml of PBS containing heparin (20 U/ml). Finally, the cells were suspended in 1 ml of PBS. The cell suspension was then filtered through nylon mesh to remove cell aggregates and dust, and the cells were then analyzed by flow cytometry (FACScan, Becton Dickinson).

### 2.6. Preparation of BMDCs of mice

BMDCs were prepared as reported previously [22] with minor modifications. Briefly, bone marrow cells were cultured for 4 h in RPMI1640 medium containing 50 μmol/l 2-mercaptoethanol, 10 mM HEPES, 1 mM sodium pyruvate, 100 U/ml penicillin–streptomycin, and 10% fetal calf serum. Non-adherent cells were harvested and cultured in the same medium supplemented with 10 ng/ml GM-CSF (R&D Systems, Basel, Switzerland). On days 2 and 4, non-adherent cells were removed, and adherent cells were cultured in fresh medium containing 10 ng/ml GM-CSF. On day 6, non-adherent and loosely adherent cells were used as immature DCs. Cell surface expression of CD11c in more than 85% of the cell population was confirmed by flow activated cell sorting (FACS) analysis.

### 2.7. Evaluation of gene knockdown activity of MENDs in BMDCs

To evaluate the silencing effect against GAPDH, BMDCs ($1.2 \times 10^6$ cells) were incubated with R8/GALA-MEND$_{SUV}$ loading 60 pmol siRNA for 2 h at 37 °C in 0.5 ml of serum-free OPTI-MEM I containing 10 ng/ml GM-CSF in 12-well plate. Then, 1 ml of RPMI1640 medium containing GM-CSF was added to the cells, and incubated further 22-h incubation.

In the case of SOCS1 knockdown, BMDCs were transfected with R8/GALA-MEND$_{SUV}$ containing 40 pmol siRNA to 1 h. RPMI1640 medium containing GM-CSF was then added to the cells, followed by further 2-h incubation. BMDCs were washed and incubated in the fresh medium for 2 h at 37 °C and then stimulated with IFN-γ (50 ng/ml) for 24 h. SOCS1 expression in BMDCs is evaluated as described in Supplemental Information.

H. Akita et al. / Journal of Controlled Release 143 (2010) 311–317

313

**GENE DELIVERY**

### 2.8. Quantification of cytokine production from BMDCs

Non-treated or siRNA-transfected BMDCs were stimulated with IFN-γ (50 ng/ml) for 24 h. Concentrations of TNF-α and IL-6 in the culture supernatants were measured by Quantikine (R&D Systems).

### 2.9. DC immunization and tumor challenge

Immature BMDCs transfected with control siRNA or anti-SOCS1 siRNA were pulsed with OVA peptides (0.5 μM) and OVA protein (50 μg/ml) at 37 °C for 30 min, followed by stimulation with LPS (0.5 μg/ml) for 1 h to develop mature BMDCs. Then, $3.8 \times 10^5$ cells were washed with PBS to remove extracellular LPS, and injected into the hind footpads of C57BL/6 mice. One week after immunization, $8 \times 10^5$ E.G.7-OVA cells were inoculated subcutaneously into the right flank of immunized mice. Tumor volume was calculated by the following formula: (major axis × minor axis$^2$) × 0.52.

## 3. Results

### 3.1. Gene knockdown activity of MENDs

We wish to report herein on a siRNA delivery system that is effective at low dose, and its development processes with the aid information concerning intracellular trafficking. The carrier was applied to the *ex vivo* gene knockdown of SOCS1 in BMDCs to enhance the effect of a cancer vaccination. Since the siRNAs are incorporated into Argonaute 2 (AGO2) and the RNAi-induced silencing complex (RISC) is in the cytosol, the disposition of siRNA in the cytoplasmic region strongly reflects the efficiency of siRNA. BMDC is not appropriate for the imaging analysis of intracellular trafficking of siRNA, since the volume of the cytoplasmic region is small. Therefore, we first improved the carriers using HeLa-GL3 cells.

In initial experiments, the gene knockdown activity of prototype R8-MEND prepared with hydration method (R8-MEND$_{hydo}$) was evaluated (Fig. 1a). The R8-MEND$_{hydo}$ was found to have a strong gene knockdown effect (>75%) against a HeLa-GL3 at a concentration of approximately 120 nM. However, when the dose was decreased, the gene knockdown effect gradually decreased, with an IC$_{50}$ of approximately 75 nM, and eventually decreased to >10% at 1/10 of the original dose. To achieve a promising breakthrough, the gene knockdown efficiency per 1 particle of siRNA carrier must be substantially improved in order to achieve minimum clinical dosing to avoid any undesirable side effects.

To clearly show the stepwise upgrading of MENDs, the knockdown efficiencies of MENDs in final form (R8/GALA-MEND$_{SUV}$; red bar), and in intermediate forms (blue and yellow bars) at low dose (12 nM) are summarized in Fig. 1b. Improving cytoplasmic delivery, endosome-fusion and/or disruption efficiency are commonly employed tactics. One such membrane-fusion inducer is GALA [23–25], a pH-dependent fusogenic peptide, which induces loaded cargos to be released into the cytosol [19,26]. For the surface display of GALA in a lipid envelope, Chol-GALA was then incorporated at 1 mol% of total lipid [19]. In addition, we recently demonstrated that R8-modified liposomes composed of DOPE/PA = 7/2 are capable of enhancing the cytoplasmic delivery of macromolecules derived from its highly fusogenic activity to endosomes [27,28].

In the light of these previous achievements, R8-MENDs were prepared with a lipid composition of DOPE/PA = 7/2 plus 1% Chol-GALA (R8/GALA-MEND$_{hydo}$). Gene knockdown activity was evaluated at 1/10 of the dose (12 nM), where the gene knockdown effect was negligible in the case of a conventional R8-MEND$_{hydo}$ composed of DOPE/CHEMS (Fig. 1b; black bar). However, regardless of these modification, gene knockdown activity continued to be marginal (approximately 15%, Fig. 1b; blue bar).



Fig. 1. Gene knockdown activity of MENDs. Function of R8- and R8/GALA-MENDs prepared with hydration method and SUV-mixing method. a. Dose-dependent knockdown effect of the luciferase gene by a prototype R8-MEND$_{hydo}$. MENDs loading siRNA against GFP or luciferase were incubated with HeLa-GL3. Gene knockdown activity was calculated as the percentage of decrease in luciferase activity in the anti-luciferase siRNA treatment to that for the anti-GFP siRNA treatment. b. Silencing effect of MEND$_{hydo}$ and MEND$_{SUV}$ loading anti-luciferase siRNA on luciferase activity of HeLa-GL3. siRNA-loading MENDs with or without GALA modification were added to HeLa-GL3 cells at 12 nM siRNA for 24 h. Luciferase activities were measured as described in Methods. Data are represented as the mean ± SD.

Here, we wish to report that siRNA activity can be dramatically improved by modifying the method used to prepare the MEND (R8/GALA-MEND$_{SUV}$). The positively charged siRNA/STR-R8 complexed core is incubated with negatively charged small unilamellar vesicles (SUVs) composed of DOPE/PA = 7:2 plus 1 mol% of Chol-GALA. The surface of the resulting particles is then modified with STR-R8. As a result, the R8/GALA-MEND$_{SUV}$ particles are smaller in size, compared to the R8/GALA-MEND$_{hydo}$. Furthermore, the polydispersity index of the MEND$_{SUV}$ preparation is smaller, suggesting that the sizes of the prepared MENDs are more uniform (Table 1). The most significant finding is that the knockdown effect was dramatically increased to more than 70% (Fig. 1b, red bar) even at 1/10 the dose, indicating that the knockdown efficiency per 1 particle of siRNA was successfully improved by 10 times. When the GALA modification was not employed (R8-MEND$_{SUV}$), the knock down activity was reduced to 40% (Fig. 1b, yellow), suggesting that GALA modification of the MEND$_{SUV}$ is a valid strategy for the efficient cytoplasmic delivery of siRNA. At this dosage, LFN2000 showed only a slight gene knockdown

**Table 1**
Physicochemical characteristics of MENDs.

|  | R8-MEND$_{hydo}$ | R8/GALA-MEND$_{hydo}$ | R8/GALA-MEND$_{SUV}$ |
|---|---|---|---|
| Size (nm) | 172.8 | 178 | 131.5 |
| Z-potential (mV) | 52.5 | 47.4 | 42.6 |
| PDI | 0.25 | 0.26 | 0.17 |

*H. Akita et al. / Journal of Controlled Release 143 (2010) 311–317*

GENE DELIVERY

effect (Fig. 1b, green), suggesting that the R8/GALA-MEND$_{SUV}$ is a highly efficient gene knockdown system. The key to the success of this strategy can be attributed to the quantitative analysis of the intracellular trafficking of siRNA as described in the following sections.

### 3.2. Evaluation of endosomal escape efficiency

In the present study, the intracellular trafficking of MENDs was evaluated by means of confocal image-assisted 3-dimensionally integrated quantification (CIDIQ; Fig. 2a) [20,21]. Cells were transfected with R8-MEND$_{hydo}$ loading Alaxa543-labeled siRNA, and the endosome/lysosome fraction was then stained with Lysotracker Green at 2.5 h post-transfection. Z-series of images were then captured by confocal laser scanning microscopy (Fig. 2b and c for



**Fig. 2.** Evaluation of endosomal escape efficiencies of siRNA. Evaluation of endosomal escape efficiency of MENDs. a. Schematic diagram illustrating the quantitative evaluation system used to evaluate endosomal escape. MENDs prepared with Alexa546-labeled siRNA were transfected to HeLa-GL3 cells. The endosomes/lysosomes were stained with Lysotracker green to discriminate between pDNA in endosomes/lysosomes and the cytosol. The fraction of siRNA in endosomes and the cytosol was quantified based on the pixel area of clusters in each region of interest, as described in Methods. b–c. Typical confocal image of intracellular trafficking of R8-MEND$_{hydo}$ with (c) or without (b) GALA modification. White lines indicate the cellular region. Green, red and yellow (indicated by arrowhead) represents endosome/lysosome, siRNA in the cytoplasm and siRNA in endosomes/lysosomes, respectively. d. Quantitative comparison of endosome escape efficiency between GALA-modified and unmodified R8-MEND$_{hydo}$. Endosome escape efficiency in 15 individual cells was plotted.

R8-MEND$_{hydo}$, respectively). As a result, siRNA were detected as clustered forms, as shown in Fig. 2b. The siRNA signals colocalized with Lysotracker Green (yellow clusters) are denoted as siRNAs in endosomes/lysosomes. In addition, the siRNAs signals that are not colocalized with Lysotracker Green (red clusters) are denoted as those that escaped from endosome/lysosomes. For quantification, the pixel areas of the siRNA clusters detected in the cytosol (red clusters) and in endosomes/lysosomes (yellow clusters) were separately integrated through all of the Z-series of images (S (red) and S(yellow), respectively). Endosomal escape efficiency was denoted as S(red) divided by the total of S(red) and S(yellow). The calculated endosomal escape efficiency of R8-MEND$_{hydo}$ in 15 individual cells indicated that an average endosomal escape efficiency of 52.4% (Fig. 2d). In contrast, siRNA were observed to be predominant in the cytosol in some cells (Fig. 2c) in R8/GALA-MEND$_{hydo}$. Quantitative evaluation showed that the endosome escape efficiency was increased to an average of approximately 70% (Fig. 2d). The enhanced endosomal escape efficiency may be responsible for the slight improvement in gene knockdown activity (Fig. 1d; blue bar). However, the discrepancy between the slight gene knockdown effect and the high (approx.70%) endosomal escape efficiency (Fig. 2d) indicates that another process must be overcome for the successful development of an efficient siRNA delivery system.

### 3.3. Evaluation of cellular uptake and intracellular dissociation efficiency

It is postulated that cytoplasmic dissociation process of siRNA is also rate-limiting for its function. The dissociation efficiency of siRNA in R8/GALA-MEND$_{hydo}$ was quantified by CIDIQ analysis (Fig. 3a). Alexa546-labeled siRNA was loaded in the MEND$_{hydo}$, with a labeling of siRNA envelope by 1 mol% NBD. The dually labeled R8/GALA-MEND$_{hydo}$ was transfected, and a Z-series of confocal images were then captured at 9 h post-transfection (Fig. 3a). siRNA in loaded and dissociated form were detected as yellow clusters and red clusters, respectively (Fig. 3b). The pixel areas corresponding to the red and yellow clusters were integrated using all of the Z-series of confocal images (S(red) and S(yellow), respectively). Dissociation efficiency was denoted as the percentage of S (red) to the total of the S(red) and S(yellow) clusters. Quantification of the pixel areas of the clusters indicated that only 56% of the siRNA was dissociated in the R8/GALA-MEND$_{hydo}$ (Fig. 3d). In contrast, almost all of the siRNA were detected as red clusters in the case of the R8/GALA-MEND$_{SUV}$ (Fig. 3c). A quantitative evaluation indicated that the dissociation efficiency for the R8/GALA-MEND$_{SUV}$ was approximately 90% (Fig. 3d). Furthermore, the dissociation efficiency was homogenous over the cell population. A FACS analysis revealed that the cellular uptake varied substantially from one cell to another in R8-MEND$_{hydo}$ and R8/GALA-MEND$_{hydo}$. On the other hand, the cellular uptake efficiencies for the MEND$_{SUV}$ were slightly higher (at maximum of 2-fold by geo mean calculation) and more homogeneous for individual cells. Collectively, controlling the number of lipid layers is an advantage, in terms of improving dissociation efficiency, and for overcoming heterogeneity in the cellular uptake process (Fig. 3d and e).

### 3.4. Delivery of anti-SOCS1 siRNA to BMDCs for cancer immunotherapy

To investigate the utility of the R8/GALA-MEND$_{SUV}$ in the delivery of therapeutic siRNAs, we examined the biological response of a gene knockdown targeting SOCS1 in mouse bone marrow-derived dendritic cells (BMDCs). In order to confirm the RNAi efficacy in these cells, anti-GAPDH siRNA was transfected to BMDCs for 24 h. The R8/GALA-MEND$_{SUV}$ was able to suppress GAPDH expression more prominently than LFN2000 (Supplemental Fig. 1). We subsequently examined the silencing effect against SOCS1 following induction by IFN-γ. As shown in Fig. 4a, SOCS1 mRNA was reduced to 21.5% of the levels of non-treated BMDCs. As expected, BMDCs transfected with anti-SOCS1 were more responsive to IFN-γ than those transfected

GENE DELIVERY



**Fig. 3.** Evaluation of dissociation efficiencies of siRNA. Comparative evaluation of cellular uptake and dissociation efficiency between GALA-modified R8/GALA-MEND$_{hydo}$ and R8/GALA-MEND$_{SUV}$. a. Schematic diagram illustrating the system used to evaluate the dissociation process. MENDs were prepared with Alexa546-labeled siRNA. The lipid envelope was labeled by incorporation of an NBD-labeled lipid. Fraction of siRNA in the dissociated form was quantified based on the pixel area of clusters in each region of interest as described in Methods. b–c. Typical confocal images of R8/GALA-MEND$_{hydo}$ (b) and R8/GALA-MEND$_{SUV}$ (c). White lines indicate the cellular region. Red and yellow clusters represent dissociated and loaded siRNA, respectively. d. Comparison of dissociation efficiency between R8/GALA-MEND$_{hydo}$ and R8/GALA-MEND$_{SUV}$. Dissociation efficiency in 15 individual cells was plotted. e. Evaluation of the cellular uptake of siRNA introduced by a conventional MEND$_{hydo}$ and the MEND$_{SUV}$. MENDs loading Alexa546-labeled siRNA were incubated with HeLa-GL3 cells for 1 h, and then subjected to flow cytometry.



**Fig. 4.** SOCS1 gene silencing and antitumor activity. SOCS1 gene silencing and enhancement of antitumor activity of dendritic cells mediated by R8/GALA-MEND$_{SUV}$. a. Gene silencing of SOCS1. BMDCs were transfected with anti-SOCS1 siRNA or negative control siRNA. Six hours after transfection, the cells were stimulated with IFN-γ for 24 h and assayed for mRNA expression by quantitative RT-PCR. SOCS1 levels were normalized to non-treated BMDCs. Data are mean ± S.D. of three independent experiments. *$P<0.005$ vs. control siRNA. b. STAT1 tyrosine phosphorylation in anti-SOCS1 siRNA or negative control siRNA-transfected BMDCs stimulated with IFN-γ was analyzed by Western blotting. c–d. TNF-α (c) and IL-6 (d) concentrations in the culture supernatants were determined by ELISA at 24 h after stimulation with IFN-γ. Data are the mean ± S.D. of three independent experiments. *$P<0.005$, **$P<0.001$ vs. non-treated BMDCs. e. Inhibition of E.G.7-OVA tumor growth by SOCS1-silenced BMDCs immunization. C57BL/6 mice (4 mice/group) were immunized with $3.8×10^5$ siRNA-transfected, OVA-pulsed BMDCs. One week after DC immunization, $8×10^5$ tumor cells were inoculated s.c. and tumor size was measured at 3 day intervals. ***$P<0.005$ vs. Control siRNA/DC.

with control siRNA, as evidenced by the enhanced and prolonged phosphorylation of STAT1 (Fig. 4b). Consistent with these data, higher levels of proinflammatory cytokines (i.e. TNF-α and IL-6) were produced by the SOCS1-silenced BMDCs upon stimulation (Fig. 4c and d, respectively). We observed a slight increase in IL-6 production by BMDCs transfected with control siRNA. This is probably due to sequence-dependent non-specific stimulation by siRNA transfection, since a similar increase in IL-6 was also observed with different siRNAs.

The effect of SOCS1 knockdown on the ability of BMDCs to induce antitumor immunity was then examined (Fig. 4e). BMDCs transfected with SOCS1-targeting or control siRNA were pulsed with an antigen

(OVA). These pulsed BMDCs are activated by adjuvant (LPS), and then pre-immunized to C57BL/6 mouse. These mice were challenged with E.G.7-OVA tumor cells one week after the immunization. BMDCs vaccination effectively retarded tumor growth regardless of SOCS1 knockdown compared with control mice treated with PBS until 20 days. After a longer evaluation, however, SOCS1-silenced BMDCs were more potent in suppressing tumor growth compared to the control BMDCs. These results show that siRNA loaded in R8/GALA-

GENE DELIVERY

$MEND_{SUV}$ can efficiently suppress endogenous gene expression and consequently enhance dendritic cell-based vaccine potency *in vivo*.

## 4. Discussion

In the present study, we report on the successful development of an efficient siRNA carrier ($R8/GALA-MEND_{SUV}$) which is applicable to manipulating the function of BMDCs. In this improvement process, quantitative information concerning the intracellular trafficking of siRNA was used to clarify the drawbacks of the carriers that needed to be overcome. It has been reported that siRNA is rapidly degraded in the cytosol [29]. Therefore, the efficiencies of endosomal escape and dissociation were quantified at an earlier time point-transfection (2.5 h and 9 h, respectively) to minimize the effect of siRNA degradation, while gene knockdown activity was evaluated at 48-h post-transfection.

Concerning endosomal escape, we recently demonstrated that R8-modified liposomes composed of $DOPE/PA = 7/2$ are capable of enhancing the cytoplasmic delivery of encapsulated molecules derived from its high fusogenic activity to endosomes [28]. Since the replacement of R8 with octa-lysine (K8) diminished the gene knockdown activity of siRNA due to a decrease in membrane-fusion efficiency at acidic pH used, R8 and the lipid composition may synergistically function in membrane fusion. Moreover, we also demonstrated that the surface modification of GALA, a pH-sensitive fusogenic peptide permits an enhanced endosomal escape in response to the low pH in endosomes [19,23,24]. In spite of these combinatorial devices, the only a slight gene knockdown effect (Fig. 1d; blue bar) was observed even in $R8/GALA-MEND_{hydo}$ with a high (approx. 70%) endosomal escape efficiency (Fig. 2). This indicates that an improvement in endosomal escape is not sufficient for effective siRNA delivery.

Since siRNA is coupled with a membrane fusion, it is expected that particles are released to the cytosol as a dissociated form. However, as observed in MENDs encapsulating pDNA, electron microscopic observations showed that the MENDs prepared with lipid hydration has a multi-lamellar membrane structure [27]. Therefore, we hypothesized that siRNA was released into the cytosol while still associated with excess amount of lipid envelope, and thus fails in effective gene knockdown. Importance of dissociation processes in the effective function of cargo was also shown in a pDNA-loading MEND. It was recently demonstrated that the incorporation of short PEG-modified lipids (i.e. tetraethyleneglycol (TEG)-conjugated cholesterol) is useful in controlling the number of lipid envelopes, resulting in an improvement in particle uniformity with a reduced particle size. The TEG-modified lipid particles can enhance not only cellular uptake, but also transcription activity by improving intracellular decoating, resulting in an improvement in transfection activity of more than 100-fold [30]. Although the structure of the $R8/GALA-MEND_{SUV}$ prepared with siRNA core remains to be clarified, we hypothesize that the negatively charged SUVs may be assembled around the positively charged core, and then triggers the encapsulation of the core complex through membrane fusion with neighboring SUVs to confer the coating with the di-lamellar endosome-fusogenic lipid envelope (Supplemental Fig. 2). The particle formation of di-lamellar envelope structure by incubation with pDNA core and liposomes has also been proposed previously [31]. Then, similar to this TEG-modified pDNA particle, coating with a limited amount of endosome-fusogenic lipid envelope may facilitate the intracellular decoating of the siRNA particle, triggered by the membrane fusion of the envelope with endosomes. While cellular uptake was slightly improved in the case of the $R8/GALA-MEND_{SUV}$ compared with the $R8/GALA-MEND_{hydo}$, the extent (at a maximum 2 fold) is not sufficient to explain the effective gene knockdown at 1/10 of the dose. The efficient dissociation of siRNA in the $R8/GALA-MEND_{SUV}$ in comparison with $R8/GALA-MEND_{hydo}$ (Fig. 3) is a key process for improving gene knockdown efficiency. It is plausible, however, that the surface modification of an endosome-fusogenic peptide (GALA) on a limited number of envelopes is advantageous for the dissociation of siRNA from the carriers, this would be coincident with endosomal escape.

As antigen presenting cells, DCs play a crucial role in the initiation of an immune response and the regulation of cell-mediated immune reactions. Genetic modification of DCs has been demonstrated to be effective for cancer immunotherapy. One of the strategies for achieving this is to enhance the life-span of DCs by the introduction of antiapoptotic genes (Bcl-$X_L$ and Bcl-$X_{FNK}$) [32] or the gene knockdown of apoptotic genes (Bak and Bax) [33]. Extension of the life-span is correlated with enhanced vaccine efficiency. Another strategy would be to knockdown immunosuppressive proteins [7,8]. As a demonstration of the potential utility of $R8/GALA-MEND_{SUV}$ in *in vivo* use, siRNA targeting SOCS1, was introduced to the BMDCs and enhanced immunoresponse against cancer (Fig. 4). BMDCs transfected with anti-SOCS1 showed more effective tumor growth inhibition compared with those treated with control siRNA. However, even in the SOCS1-knockdown group, significant tumor growth starts to appear at 20 days after tumor inoculation. While the mechanism for the loss of function has not been clarified, one of the most plausible reasons is the short half-life of the DCs. A combination of SOCS1 gene knockdown and extending the half-life of DCs by the introduction of antiapoptotic genes [32] or the gene knockdown of apoptotic genes [33] may lead to a more potent and more long-lasting tumor vaccination system.

Currently many experiments are being conducted with cationic liposome-based transfection reagents including LFN2000. However, the introduction of nucleic acids such as plasmid DNA and siRNA into *ex vivo* cultured DCs appears to be difficult. In addition, some cationic lipids have immunostimulating activity which might cause undesirable side effects. Yan et al. showed that a cationic lipid (i.e. DOTAP), stimulates BMDCs through the generation of reactive oxygen species (ROS) and induces chemokine, cytokine and co-stimulatory molecules (CD86/CD80) [34]. The DOTAP liposome showed *in vitro* antitumor effects by lipid itself at an optimal dose. On the other hand, high levels of DOTAP-generated ROS cause apoptosis in dendritic cells. Therefore, an effective and substantially non-stimulating delivery system would be highly desirable. In a previous study, Nakamura et al. reported that R8-modified liposomes did not show non-specific antitumor effects *in vivo* [35]. Therefore, the R8/GALA-MEND system was expected to have minor immunostimulatory effects. We recently demonstrated that the encapsulation of OVA in R8-modified liposomes drastically inhibits E.G.7-OVA tumor growth after subcutaneous immunization, compared with that for an OVA solution [35]. A combination of antigen delivery and regulation of the signaling pathway by siRNA delivery with R8-modified particles may prove to be an innovative cancer vaccine.

In summary, a quantitative evaluation of intracellular trafficking revealed that dissociation, as well as the endosome escape process is significant rate-limiting processes for siRNA. GALA modification and reducing the number of lipid envelopes contribute to the successful improvement of the siRNA carrier, which can be applied to BMDC for *ex vivo* cancer vaccine.

## Acknowledgements

This work was supported by CREST from the Japan Science and Technology Agency (JST), Grant for Industrial Technology Research from the New Energy and Industrial Technology Development Organization (NEDO) and in part by the Japan Society for the Promotion of Science. The authors thank Dr. Milton S. Feather for his helpful advice in writing the English manuscript.

## Appendix A. Supplementary data

Supplementary data associated with this article can be found, in the online version, at doi:10.1016/j.jconrel.2010.01.012.

GENE DELIVERY

## References

[1] S.M. Elbashir, J. Harborth, W. Lendeckel, A. Yalcin, K. Weber, T. Tuschl, Duplexes of 21-nucleotide RNAs mediate RNA interference in cultured mammalian cells, Nature 411 (6836) (2001) 494–498.

[2] A. Fire, S. Xu, M.K. Montgomery, S.A. Kostas, S.E. Driver, C.C. Mello, Potent and specific genetic interference by double-stranded RNA in Caenorhabditis elegans, Nature 391 (6669) (1998) 806–811.

[3] S. Akhtar, I.F. Benter, Nonviral delivery of synthetic siRNAs in vivo, J. Clin. Invest. 117 (12) (2007) 3623–3632.

[4] D. Grimm, M.A. Kay, Therapeutic application of RNAi: is mRNA targeting finally ready for prime time? J. Clin. Invest. 117 (12) (2007) 3633–3641.

[5] D. Haussecker, The business of RNAi therapeutics, Hum. Gene Ther. 19 (5) (2008) 451–462.

[6] T. Naka, M. Narazaki, M. Hirata, T. Matsumoto, S. Minamoto, A. Aono, N. Nishimoto, T. Kajita, T. Taga, K. Yoshizaki, S. Akira, T. Kishimoto, Structure and function of a new STAT-induced STAT inhibitor, Nature 387 (6636) (1997) 924–929.

[7] L. Shen, K. Evel-Kabler, R. Strube, S.Y. Chen, Silencing of SOCS1 enhances antigen presentation by dendritic cells and antigen-specific anti-tumor immunity, Nat. Biotechnol. 22 (12) (2004) 1546–1553.

[8] X.T. Song, K. Evel-Kabler, L. Rollins, M. Aldrich, F. Gao, X.F. Huang, S.Y. Chen, An alternative and effective HIV vaccination approach based on inhibition of antigen presentation attenuators in dendritic cells, PLoS Med. 3 (1) (2006) e11.

[9] S.E. Raper, N. Chirmule, F.S. Lee, N.A. Wivel, A. Bagg, G.P. Gao, J.M. Wilson, M.L. Batshaw, Fatal systemic inflammatory response syndrome in a ornithine transcarbamylase deficient patient following adenoviral gene transfer, Mol. Genet. Metab. 80 (1–2) (2003) 148–158.

[10] S. Hacein-Bey-Abina, C. von Kalle, M. Schmidt, F. Le Deist, N. Wulffraat, E. McIntyre, I. Radford, J.L. Villeval, C.C. Fraser, M. Cavazzana-Calvo, A. Fischer, A serious adverse event after successful gene therapy for X-linked severe combined immunodeficiency, N. Engl. J. Med. 348 (3) (2003) 255–256.

[11] S. Zhang, B. Zhao, H. Jiang, B. Wang, B. Ma, Cationic lipids and polymers mediated vectors for delivery of siRNA, J. Control Release 123 (1) (2007) 1–10.

[12] S. Chono, S.D. Li, C.C. Conwell, L. Huang, An efficient and low immunostimulatory nanoparticle formulation for systemic siRNA delivery to the tumor, J. Control Release 131 (1) (2008) 64–69.

[13] S.D. Li, L. Huang, Targeted delivery of antisense oligodeoxynucleotide and small interference RNA into lung cancer cells, Mol. Pharm. 3 (5) (2006) 579–588.

[14] D.V. Morrissey, J.A. Lockridge, L. Shaw, K. Blanchard, K. Jensen, W. Breen, K. Hartsough, L. Machemer, S. Radka, V. Jadhav, N. Vaish, S. Zinnen, C. Vargeese, K. Bowman, C.S. Shaffer, L.B. Jeffs, A. Judge, I. MacLachlan, B. Polisky, Potent and persistent in vivo anti-HBV activity of chemically modified siRNAs, Nat. Biotechnol. 23 (8) (2005) 1002–1007.

[15] T.S. Zimmermann, A.C. Lee, A. Akinc, B. Bramlage, D. Bumcrot, M.N. Fedoruk, J. Harborth, J.A. Heyes, L.B. Jeffs, M. John, A.D. Judge, K. Lam, K. McClintock, L.V. Nechev, L.R. Palmer, T. Racie, I. Rohl, S. Seiffert, S. Shanmugam, V. Sood, J. Soutschek, I. Toudjarska, A.J. Wheat, E. Yaworski, W. Zedalis, V. Koteliansky, M. Manoharan, H.P. Vornlocher, I. MacLachlan, RNAi-mediated gene silencing in non-human primates, Nature 441 (7089) (2006) 111–114.

[16] K. Kogure, H. Akita, H. Harashima, Multifunctional envelope-type nano device for non-viral gene delivery: concept and application of Programmed Packaging, J. Control. Release 122 (3) (2007) 246–251.

[17] K. Kogure, H. Akita, Y. Yamada, H. Harashima, Multifunctional envelope-type nano device (MEND) as a non-viral gene delivery system, Adv. Drug Deliv. Rev. 60 (4–5) (2008) 559–571.

[18] Y. Nakamura, K. Kogure, S. Futaki, H. Harashima, Octaarginine-modified multifunctional envelope-type nano device for siRNA, J. Control. Release 119 (3) (2007) 360–367.

[19] T. Kakudo, S. Chaki, S. Futaki, I. Nakase, K. Akaji, T. Kawakami, K. Maruyama, H. Kamiya, H. Harashima, Transferrin-modified liposomes equipped with a pH-sensitive fusogenic peptide: an artificial viral-like delivery system, Biochemistry 43 (19) (2004) 5618–5628.

[20] H. Akita, R. Ito, I.A. Khalil, S. Futaki, H. Harashima, Quantitative three-dimensional analysis of the intracellular trafficking of plasmid DNA transfected by a nonviral gene delivery system using confocal laser scanning microscopy, Mol. Ther. 9 (3) (2004) 443–451.

[21] S. Hama, H. Akita, R. Ito, H. Mizuguchi, T. Hayakawa, H. Harashima, Quantitative comparison of intracellular trafficking and nuclear transcription between adenoviral and lipoplex systems, Mol. Ther. 13 (4) (2006) 786–794.

[22] T. Akazawa, H. Masuda, Y. Saeki, M. Matsumoto, K. Takeda, K. Tsujimura, K. Kuzushima, T. Takahashi, I. Azuma, S. Akira, K. Toyoshima, T. Seya, Adjuvant-mediated tumor regression and tumor-specific cytotoxic response are impaired in MyD88-deficient mice, Cancer Res. 64 (2) (2004) 757–764.

[23] W. Li, F. Nicol, F.C. Szoka Jr., GALA: a designed synthetic pH-responsive amphipathic peptide with applications in drug and gene delivery, Adv. Drug Deliv. Rev. 56 (7) (2004) 967–985.

[24] S. Nir, F. Nicol, F.C. Szoka Jr., Surface aggregation and membrane penetration by peptides: relation to pore formation and fusion, Mol. Membr. Biol. 16 (1) (1999) 95–101.

[25] R.A. Parente, S. Nir, F.C. Szoka Jr., pH-dependent fusion of phosphatidylcholine small vesicles. Induction by a synthetic amphipathic peptide, J. Biol. Chem. 263 (10) (1988) 4724–4730.

[26] K. Sasaki, K. Kogure, S. Chaki, Y. Nakamura, R. Moriguchi, H. Hamada, R. Danev, K. Nagayama, S. Futaki, H. Harashima, An artificial virus-like nano carrier system: enhanced endosomal escape of nanoparticles via synergistic action of pH-sensitive fusogenic peptide derivatives, Anal. Bioanal. Chem. (2008).

[27] H. Akita, A. Kudo, A. Minoura, M. Yamaguti, I.A. Khalil, R. Moriguchi, T. Masuda, R. Danev, K. Nagayama, K. Kogure, H. Harashima, Multi-layered nanoparticles for penetrating the endosome and nuclear membrane via a step-wise membrane fusion process, Biomaterials 30 (15) (2009) 2940–2949.

[28] A. El-Sayed, I.A. Khalil, K. Kogure, S. Futaki, H. Harashima, Octaarginine- and octalysine-modified nanoparticles have different modes of endosomal escape, J. Biol. Chem. 283 (34) (2008) 23450–23461.

[29] Y.L. Chiu, T.M. Rana, siRNA function in RNAi: a chemical modification analysis, Rna 9 (9) (2003) 1034–1048.

[30] T. Masuda, H. Akita, K. Niikura, T. Nishio, M. Ukawa, K. Enoto, R. Danev, K. Nagayama, K. Ijiro, H. Harashima, Envelope-type lipid nanoparticles incorporating a short PEG-lipid conjugate for improved control of intracellular trafficking and transgene transcription, Biomaterials 30 (27) (2009) 4806–4814.

[31] R.J. Lee, L. Huang, Folate-targeted, anionic liposome-entrapped polylysine-condensed DNA for tumor cell-specific gene transfer, J. Biol. Chem. 271 (14) (1996) 8481–8487.

[32] T. Yoshikawa, T. Niwa, H. Mizuguchi, N. Okada, S. Nakagawa, Engineering of highly immunogenic long-lived DC vaccines by antiapoptotic protein gene transfer to enhance cancer vaccine potency, Gene Ther. 15 (19) (2008) 1321–1329.

[33] T.W. Kim, J.H. Lee, L. He, D.A. Boyd, J.M. Hardwick, C.F. Hung, T.C. Wu, Modification of professional antigen-presenting cells with small interfering RNA in vivo to enhance cancer vaccine potency, Cancer Res 65 (1) (2005) 309–316.

[34] W. Yan, W. Chen, L. Huang, Reactive oxygen species play a central role in the activity of cationic liposome based cancer vaccine, J. Control. Release 130 (1) (2008) 22–28.

[35] T. Nakamura, R. Moriguchi, K. Kogure, N. Shastri, H. Harashima, Efficient MHC class I presentation by controlled intracellular trafficking of antigens in octaarginine-modified liposomes, Mol. Ther. 16 (8) (2008) 1507–1514.

Joint Claim Construction Brief

# EXHIBIT 46

Journal of Translational Medicine

BioMed Central

Research

Open Access

# A novel method of modifying immune responses by vaccination with lipiodol-siRNA mixtures

Thomas E Ichim*[†1], Igor A Popov[†2], Neil H Riordan[1], Hamid Izadi[1], Zaohui Zhong[3], Li Yijian[3], Salman Sher[4] and Eugenia K Oleinik[5]

Address: [1]Medistem Laboratories Inc, Tempe Arizona, USA, [2]Department of Surgery, University of Western Ontario, London, Ontario, Canada, [3]The Second Xiangya Hospital of Central South University, Changsha, China, [4]Division of Cardiology, Emory University, Atlanta, USA and [5]Institute of Biology, Karelian Research Center, Russian Academy of Sciences, Petrozavodsk, Russia

Email: Thomas E Ichim* - thomas.ichim@gmail.com; Igor A Popov - ipopov@uwo.ca; Neil H Riordan - nhriordan@yahoo.com; Hamid Izadi - gavrored@hotmail.com; Zaohui Zhong - zhaohui_zhong@yahoo.com; Li Yijian - lyj202aa@yahoo.com.cn; Salman Sher - ssher2@emory.edu; Eugenia K Oleinik - ole@krc.karelia.ru

* Corresponding author    †Equal contributors

Published: 03 January 2006

*Journal of Translational Medicine* 2006, **4**:2   doi:10.1186/1479-5876-4-2

Received: 21 October 2005
Accepted: 03 January 2006

This article is available from: http://www.translational-medicine.com/content/4/1/2

© 2006 Ichim et al; licensee BioMed Central Ltd.

This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

## Abstract

The dendritic cell (DC) possesses the ability to stimulate both T helper 1 (Th1) and Th2 responses depending on activation stimuli. Although it is known that chemically or genetically modified DC can be used therapeutically to steer immune responses towards either Th1 or Th2, cellular therapy with ex vivo manipulated DC is clinically difficult. Here we demonstrate a novel method of switching immune responses from Th1 to Th2 through in vivo immune modulation by administration of siRNA. We demonstrate that siRNA targeting of the IL-12p35 gene leads to a Th2 bias in vitro through an IL-10 dependent mechanism. In vivo administration of siRNA admixed with the oil-based contrast agent lipiodol in the presence of antigen and adjuvant induced a deviation in recall response to reduced production of IFN-$\gamma$ and augmented IL-4 response using either KLH or ovalbumin. This simple method of in vivo modification of immune response possesses therapeutic potential in Th1-mediated diseases such as multiple sclerosis and autoimmune diabetes.

## Introduction

It is known that the immune response can be polarized into two broad subsets based on cytokine secretion of the T helper cells. T helper-1 cells (Th1) responses are associated with anti-viral and anti-cancer immune reactions and are characterized by high secretion of the cytokine IFN-$\gamma$ and IL-2 [1]. In contrast, Th2 responses are effective for clearing parasitic infections such as schistosoma mansoni and are identified by high secretion of IL-4 and IL-13 [2]. In various human diseases a pathological polarization of the immune responses either to Th1 or Th2 is known to occur. For example, autoimmune diseases such as diabe-

tes [3], multiple sclerosis [4], or arthritis [5], are associated with overproduction of Th1 cytokines. The causative role of these cytokines is noted by amelioration of animal models of autoimmune disease through treatment with inhibitors of such cytokines, such as antibodies or soluble receptors; however, clinical utilization is often impeded by systemic, non-desired side effects. Therefore a desired method of treating autoimmune diseases associated with Th1-hyperactivities would be targeting the actual initiating event that triggers such immune reactions.

*Journal of Translational Medicine* 2006, **4**:2                    http://www.translational-medicine.com/content/4/1/2

It is known that naïve CD4+ T helper cells (Th0) are programmed by the antigen presenting cell in order to become polarized into either the Th1 or Th2 phenotype [6]. More recent studies have demonstrated that dendritic cells (DC) play a key role in recognizing the exogenous pathogens, and making the decision of whether a Th1 or Th2 response is needed [7]. For example, parasites contain distinct chemical signatures that are recognized by specialized toll-like receptors (TLR) on DC, which instruct the DC to promote the appropriate response. In the case of schistosomiasis, the schistosomal egg antigen (SEA) is known to bind to TLR-2 on DC, and stimulate production of IL-13, which in turn shifts the Th0 cell into a Th2 cells [8,9]. Conversely, Gram-negative bacteria contain lipopolysaccaride (LPS), which activates TLR-4, leading to production of IL-12 by the DC, which then stimulates Th1 differentiation [10]. Since it is established that Th1 immunity is essential for clearance of many Gram-negative bacteria, it appears that the DC plays a "central cognitive" role in guiding the immune response. Conversely, manipulation of this cell type would allow us to selectively modulate immune responses to either Th1 or Th2. Since DC can be pulsed with antigen, the manipulation of antigen-pulsed DC would allow for selective alterations of immunity in an antigen-specific manner. Although this has been performed in animal models of autoimmunity [11-15], the clinical utilization is hampered by the need for ex vivo cellular manipulation, which is expensive and difficult.

RNA interference (RNAi) is the cellular defense mechanism by which a double-stranded RNA specifically silences mRNA transcripts with strict homology to the double strand [16]. The silencing effect of exogenous double-stranded RNA is very potent in that it can mediate gene-silencing even at a concentration of 1–3 double strands per cell [17]. In light of this potency and selectivity, the induction of RNAi in DC would allow for silencing of genes that stimulate either Th1 or Th2. Since it is known that inhibition of Th1 cytokines in DC results in the stimulation of Th2 immunity and vice versa, we hypothesize that silencing of IL-12 would result in DC with a propensity of stimulating Th2 immune responses.

While we and others have been able to modify immunological parameters of DC through silencing IL-10 [18], IL-12p35 [19], IL-12p40 [20], T-bet [21] and SOCS1 [22], a method of easily inducing immune modulation in vivo is lacking. In this study we induce an "in vivo genetic modification", presumably through DC using an immobilizing agent (CFA), a transfection associated agent (lipidiol) and antigen. We demonstrate inhibition of Th1 and upregulation of Th2 responses using this simple immunization protocol.

## Materials and methods

### Animals

Female C57/BL6 and BALB/c mice (The Jackson Laboratories, Bar Harbor, ME), 5 wk of age, were kept in filter-top cages at the Animal Care and Veterinary Services Facility, the University of Western Ontario according to the Canadian Council for Animal Care Guidelines. Mice were fed by food and water ad libitum and allowed to settle for 2 wk before initiation of experimentations.

### DC generation and siRNA transfection

At Day 0, bone marrow cells were flushed from the femurs and tibias of C57/BL6 mice, washed and cultured in 6-well plates (Corning, NY) at $4 \times 10^6$ cells/well in 4 ml of complete medium (RPMI 1640 supplemented with 2 mM L-glutamine, 100 U/ml penicillin, 100 µg of streptomycin, 50 µM 2-ME, and 10% FCS (all from Life Technologies, Ontario, Canada) supplemented with recombinant GM-CSF (10 ng/ml; PeproTech, Rocky Hill, NJ) and recombinant mouse IL-4 (10 ng/ml; PeproTech). All cultures were incubated at 37°C in 5% humidified $CO_2$. Non-adherent cells were removed after 48 h of culture (Day 2) and fresh medium was added. After 7 days of culture, >90% of the cells expressed the characteristic DC-specific marker CD11c as determined by FACS. DC were washed and plated in 24-well plates at a concentration of $2 \times 10^5$ cells/well in 400 µl of serum-free RPMI 1640. Transfection with GenePorter, lipiodol, or naked siRNA was performed as described below on day 7 of culture.

### siRNA synthesis and transfection

siRNA sequences were selected according to the method previously used by us [19]. siRNA specific for IL-12p35 (AACCUGCUGAAGACCACAGAU) or mismatched (mixed) control sequence (AACTGCCAGATGGATGGT-GAC) were synthesized and annealed by the manufacturer (Dharmacon, Lafayette, CO) and added at a concentration of 60pMol to DC cultures. For transfection, 3 µl of 20 µM annealed siRNA were incubated with 3 µl of GenePorter (Gene Therapy Systems, San Diego, CA) or lipiodol (Ultra-Fluide™ Laboratoire Guerbet, France) in a volume of 100 µl of RPMI 1640 (serum free) at room temperature for 30 min. This was then added to 400 µl of DC cell culture as described above. Mock controls were transfected with 3 µl of GenePorter alone. For naked siRNA, addition of the same concentration of siRNA was performed and procedures were repeated in an identical manner with the exception of addition of transfection reagent. After 4 h of incubation, an equal volume of RPMI 1640 supplemented with 20% FCS was added to the cells. Twenty-four hours later, transfected DC were washed and used for subsequent experiments. DC activation was performed in 24-well plates by stimulation with LPS (10 ng/ml; Sigma-Aldrich, St. Louis, MO) plus TNF- (10 ng/ml; PeproTech) for 24 hours.

*Journal of Translational Medicine* 2006, **4**:2     http://www.translational-medicine.com/content/4/1/2

### Flow cytometry

Phenotypic analysis of DC was performed using flow cytometry on a FACScan (Becton Dickinson, San Jose, CA) and analyzed using CellQuest software (BD Biosciences). The cells were stained with FITC-conjugated mAb against surface markers associated with DC maturation: anti-mouse CD11c, anti-mouse CD40, anti-mouse CD80, and anti-mouse CD86 (Cedarlane Laboratories, Mississauga, ON). Ig of the same isotype were used as controls. Annexin V and propidium iodine analysis for apoptosis, necrosis was performed using the Apotag kit (Cedarlane Laboratories, Hornby Ontario, Canada).

### Mixed lymphocyte reaction

C57/BL6 DC after transfection were irradiated (3,000 rad) and seeded in triplicate at various concentrations in a flat-bottom 96-well plate (Corning) for use as stimulator cells. Splenic T cells from BALB/c mice were isolated by gradient centrifugation over Ficoll-Paque (Amersham Pharmacia Biotech, Quebec) and T cell nylon wool column purification, and added as responders ($5 \times 10^5$ cells/well). The mixed lymphocytes were cultured at $37°C$ for 72 h in 200 μl of RPMI 1640 supplemented with 10% FCS, 100 U/ml of penicillin, and 100 μg/ml of streptomycin and pulsed with 1 μCi/well of $^3$H-labelled thymidine (Amersham Pharmacia Biotech) for the last 16 h of culture. Cells were harvested onto glass fiber filters, and the radioactivity incorporated was quatitated using a Wallac Betaplate liquid scintillation counter (Beckman, Fullerton, CA). Results were expressed as the mean counts per min of triplicate cultures ± SEM. In some experiments anti-IL-10 (JES5 2A5, Pharmingen) or isotype control antibody were added for the duration of the MLR at a concentration of 5 ug/ml.

### Immunization with Ag/Lipiodol mixture

C57/BL6 mice were immunized intradermally at the interior side of both hind legs with 100 μl of KLH or ovalbumin (1 μg/μl) emulsified in CFA (Difco Laboratories, Detroit, MI) in the presence or absence of 10 nMol siRNA and 10% lipiodol. After 14 days mice were sacrificed and T cells extracted as described above.

### Proliferation assays

Proliferative recall responses to KLH and ovalbumin in immunized mice were assessed by sacrificing C57/BL6 mice 14 days after immunization with antigen-loaded DC. T cells were purified from suspensions of lymph nodes using CD4+ T cell column (R&D Systems) after washing in PBS. Purified T cells were cultured in 96 well plates with irradiated syngeneic splenocytes in triplicate and mixed with serial dilutions of KLH or OVA at concentrations ranging from 0–10 ug/ml. Following a 72-h incubation, 1 μCi of [$^3$H]thymidine (Amersham) was added to each well for 16 h. Using an automated cell harvester, the



**Figure 1**
Lipiodol can serve as a transfection reagent. Day 7 bone marrow derived DC were cultured alone, or with IL-12 p35 specific siRNA delivered by optimized GenePorter concentration (3 μl/culture) or 3 concentrations of lipiodol (1,2, or 3 μl/culture). Following a 24 hour incubation cells were plated at $1 \times 10^6$ in 6 well culture dishes and activated for 24 hours with 10 ng/ml LPS and 10 ng/ml TNF-$\alpha$. Supernatant was harvested and analyzed by ELISA for IL-12 p70 production.

cells were collected onto glass microfiber filter, and the radioactive labeling incorporation was measured by a Wallac Betaplate liquid scintillation counter.

### ELISA

The supernatants from recall response T cell cultures or MLR were harvested and assessed for DC cytokines (IL-12p70, IL-10) and T cell cytokines (IFN-, IL-4) by ELISA. Cytokine-specific ELISA (Endogen, Rockford, IL) was used for detecting cytokine concentrations in culture supernatants according to the manufacturer's instructions using a Benchmark Microplate Reader (Bio-Rad, Hercules, CA).

## Results

### Lipiodol enhances transfection of functional siRNA into DC

We have previously demonstrated that transfection of DC with siRNA specific for the p35 component of IL-12 induces potent gene specific silencing at the mRNA transcript level as demonstrated by RT-PCR and subsequently reduced expression of the IL-12 p70 heterodimer as witnessed by ELISA protein [19]. Furthermore, we and others have reported that siRNA can be endocytosed into dendritic cells (DC) and other cell types in absence of transfection reagent both in vitro and in vivo [23-25]. Since lipiodol is a clinically used contrast agent with ability to mediate transfection of siRNA[26] in vivo, we chose to investigate whether lipiodol can be used to increase uptake of siRNA in DC in using an in vitro system.

In our laboratory, the combination of 10 ng/ml of LPS and TNF-$\alpha$, respectively, (LPS/TNF) is used as a standard

*Journal of Translational Medicine* 2006, **4**:2   http://www.translational-medicine.com/content/4/1/2



**Figure 2**
Lipiodol transfected DC are immune modulatory. *A.* Day 7 bone marrow derived DC were cultured alone or transfected with mismatched siRNA, or IL-12p35-specific siRNA using 3 μl/culture lipiodol. Following a 24 hour incubation cells were plated at 1 × 10⁶ in 6 well culture dishes and activated for 24 hours with 10 ng/ml LPS and 10 ng/ml TNF-α. Supernatant was harvested and analyzed by ELISA for IL-10 production. *B.* C57/BL6 DC were transfected with mismatched siRNA, IL-12p35-specific siRNA or lipiodol alone, irradiated (3,000 rad) and seeded in triplicate at various concentrations in a flat-bottom 96-well plate. Splenic T cells from BALB/c mice were added as responders (5 × 10⁵ cells/well). The mixed lymphocytes were cultured for 72 h and proliferation was assessed by thymidine incorporation. *C &D.* IFN-γ and IL-4 concentrations, respectively, were assessed from MLR cultures at 48 hours of incubation.

method of inducing activation of bone marrow derived DC for production of IL-12, as well as upregulation of costimulatory molecules such as CD40, CD80 and CD86 [27]. Using this stimulation system, and assessing IL-12 p70 production by ELISA, we sought to determine the potency of mixed lipiodol with siRNA to p35 at suppressing IL-12 production. We administered naked siRNA, and siRNA in various concentrations of lipiodol to day-7 bone marrow derived C57/BL6 DC. Activation by LPS/TNF was performed on day 8 while culture supernatants were assessed for IL-12 production on day 10 of culture. We observed that siRNA transfection with GenePorter induced a potent (>90%) inhibition of IL-12 production and that the naked siRNA induced a smaller (>30%) inhi-

bition. Transfecting the siRNA with lipiodol at concentration of 2 and 3 μl/well induced a significantly stronger inhibition of IL-12 production (>75%) as compared to naked siRNA, but not to the same extent as GenePorter (Figure 1). Similarly to our previously published experiments, administration of mismatched siRNA had no inhibitory effect on production of IL-12 (data not shown). Furthermore, although it has previously been reported that lipiodol is not cytotoxic even at high concentrations [28], we wanted to discount the possibility that lipiodol was mediated non-specific killing of DC. Viability assays using annexin-V and PI staining and analyzed by flow cytometry demonstrated no increase in apoptosis or necrosis in comparison to untreated DC (data not

*Journal of Translational Medicine* 2006, **4**:2
http://www.translational-medicine.com/content/4/1/2





**Figure 3**
IL-10 is mediates immune modulation by IL-12 silenced DC. *A*. MLR was performed with various concentrations of irradiated C57/BL6 stimulator DC transfected with siRNA to IL-12p35 or control transfected DC, and BALB/c responder T cells. 5 μl/ml of anti-IL-10 (JES5 2A5) antibody was added throughout the culture time. Supernatant was collected from 48-hour MLR cultures and assessed for IFN-γ or IL-4 (*B*) by ELISA.

*Journal of Translational Medicine* 2006, **4**:2

http://www.translational-medicine.com/content/4/1/2





**Figure 4**

Inhibition of recall response by lipiodol/siRNA vaccine. *A.* C57/BL6 mice were immunized intradermally at the interior side of both hind legs with 100 µl of KLH or ovalbumin (1 µg/µl) emulsified in CFA in the presence or absence of 10 nMol siRNA and 10% lipiodol. After 14 days mice were sacrificed and T cell recall responses were assessed culturing purified CD4+ T cells with irradiated syngeneic splenocytes in triplicate and mixed with serial dilutions of KLH or OVA (*B*) at concentrations ranging from 0–10 ug/ml. Following a 72-h incubation, proliferation was assessed by thymidine incorporation.

Case 1:22-cv-00336-CFC   Document 184-5   Filed 03/06/24   Page 59 of 157 PageID #: 14820

*Journal of Translational Medicine* 2006, **4**:2

**Table I**

| | Surface molecules (MFI) | | |
|---|---|---|---|
| | CD80 | CD86 | CD40 |
| **Unactivated DC** | | | |
| Media Control | 571.7 (± 23) | 1194 (± 125) | 29.5 (± 1.5) |
| Lipiodol Control | 567.3 (± 21) | 1251 (± 173) | 28.6 (± 1.3) |
| Mixed siRNA | 572.5 (± 10) | 1365 (± 157) | 29.7 (± 1.3) |
| siRNA alone | 559.6 (± 33) | 1201 (± 193) | 30.1 (± 0.9) |
| siRNA + Lipiodol | 577.3 (± 15) | 1195 (± 103) | 30.4 (± 1.3) |
| **Post-MLR** | | | |
| Lipiodol Control | 1962.9 (± 136) | 2707.1 (± 576) | 140.5 (± 35.4) |
| Mixed siRNA | 1933.2 (± 324) | 3031.6 (± 489) | 170.3 (± 26.9) |
| siRNA alone | 1905.7 (± 351) | 2759.9 (± 392) | 167.2 (± 46.9) |
| siRNA + Lipiodol | 2050.8 (± 119) | 3051.1 (± 335) | 153.3 (± 36.7) |
| **Post-MLR + Anti-IL10** | | | |
| Lipiodol Control | 3529 (± 302) | 4862 (± 583) | 236.0 (± 47.3) |
| Mixed siRNA | 3442 (± 247) | 4777 (± 773) | 242.8 (± 58.9) |
| siRNA alone | 3723 (± 453) | 4863 (± 669) | 237.4 (± 43.5) |
| siRNA + Lipiodol | 3985 (± 339) | 4957 (± 501) | 254.3 (± 49.3) |

Surface staining for FACS analysis was performed using anti-CD11c Ab (gated DC) and anti-CD80, CD86 or CD40 Abs (MFI values). Samples stained with the appropriate isotype-matched control Abs were analyzed in parallel to establish the gating criterion. Results are representative of at least three independent experiments for each culture condition.

shown). Overall, these data support the notion that lipiodol is an easy to use method of transfecting bone marrow derived DC in vitro DC.

*Immune modulation by lipiodol/siRNA*

We have previously demonstrated that DC silenced for the IL-12p35 subunit possess an increased production of IL-10 and are poor stimulators of MLR [19]. Using the 3 ul concentration of lipiodol that we found most effective at inhibiting IL-12 production in Fig 1, we verified whether the lipiodol/siRNA treated DC possessed the same immunomodulatory properties as previously reported by us. Indeed, we observed that siRNA transfected by lipiodol induced a specific increase in IL-10 production by LPS/TNF stimulated DC as seen in Fig 2a. Since the specific function of DC in vivo is stimulation of T cell responses, we sought to determine whether the siRNA/lipiodol mixture had effects on inhibition of mixed lymphocyte reaction (MLR). Indeed, the siRNA specific for IL-12 p35 and not the mismatched (mixed) control inhibited proliferation of responding T cells in a 3 day MLR with naïve BALB/c splenocytes. Furthermore, as seen in Fig 2b the lipiodol alone did not suppress allostimulatory ability of the DC, indicating that the siRNA itself was specifically inducing inhibition. When supernatants of the MLR were assayed for the prototypic Th1 and Th2 cytokines IFN-γ and IL-4, respectively, an inhibition of IFN-γ Fig 2c, and upregulation of IL-4 Fig 2d was observed. This data is in agreement with our previous work in which we demonstrated Th1 to Th2 immune modulation by silencing of the IL-12 p35 subunit [19]. Furthermore, the current data supports the

use of lipiodol as a transfection reagent for induction of immune modulation by siRNA.

*Th1 > Th2 shift is associated with IL-10 production*

In our previous studies we have observed that silencing IL-12 is associated with an upregulation in IL-10 production [19]. While IL-10 has previously been described to be a Th2 cytokine [29], it has recently been implicated in generation of CD4+ CD25+ T regulatory cells [30] and TR1 cells [31]. We wanted to assess whether siRNA silencing mediated immune modulation is associated with autocrine IL-10 production by the DC. Indeed, it is known that immature and tolerogenic DC produce this cytokine in an autocrine fashion [32] and that gene-silencing of IL-10 on DC stimulates Th1 immunity and DC maturation [18]. With this in mind we added blocking anti-IL-10 antibodies to siRNA treated DC during stimulation of allogeneic BALB/c T cells in MLR. A dose-dependent inhibition in ability to stimulate Th1 responses was seen with addition of anti-IL-10. Specifically, the IL-12 silenced DC stimulated the responding T cells to decrease production of IFN-γ and increase production of IL-4 as depicted in Fig 3a and 3b respectively. Noteworthy is the observation that complete inhibition of Th1 stimulation was not achieved by anti-IL-10, implying that stimulation of IFN-γ and inhibition of IL-4 was not completely dependent stimulation of IL-10 and was due to other factors such as suppression of IL-12. Addition of isotype control antibody did not influence cytokine production or proliferation (data not shown).

*Journal of Translational Medicine* 2006, **4**:2          http://www.translational-medicine.com/content/4/1/2



**Figure 5**
In vivo immune modulation lipiodol/siRNA vaccine. C57/BL6 mice were immunized intradermally at the interior side of both hind legs with 100 μl of KLH or ovalbumin (1 μg/μl) emulsified in CFA in the presence or absence of 10 nMol siRNA and 10% lipiodol. After 14 days mice were sacrificed and T cell cytokine responses were assessed culturing purified CD4+ T cells with irradiated syngeneic splenocytes in triplicate and mixed with serial dilutions of antigen. IFN-γ in KLH (A) and ovalbumin (C) cultures, and IL-4 in KLH (B) and ovalbumin (D) cultures was assessed by ELISA.

While we previously demonstrated that IL-12 silenced DC possessed similar levels of costimulatory molecules as wild-type DC [19], we did not assess whether differences were present after stimulation of DC during the MLR process. This would be anticipated since activated T cells produce a variety of membrane bound (CD40L, CD134L), and soluble factors (IFN-γ, TRANCE) that stimulate DC maturation [33-37]. Extracting DC using magnetic activated cell sorting (MACS) after the MLR demonstrated significant increases in the mean fluorescent intensity of CD40, CD80 and CD86, however no difference was observed between IL-12 silenced or non-silenced DC. As seen in Table 1, it does not appear that IL-12 silencing leads to Th1>Th2 due to alternation in costimulatory molecule expression. This is particularly interesting since it is known that IL-10 suppresses CD40, CD80, and CD86 expression on DC [38]. Indeed, addition of anti-IL-10 antibody to the MLR significantly increased expression of all 3 costimulatory molecules Table 1. This is in agree-

ment with higher expression of CD40, CD80, and CD86 in IL-10 knockout DC during the process of MLR stimulation as compared with wild-type DC [39].

*Lipiodol/siRNA induces Th1>Th2 shift in vivo*
Having demonstrated above that lipiodol can serve as a transfection reagent for uptake of siRNA in DC, combined with the fact that lipiodol is commonly used for a variety of clinical applications [40,41], we assessed whether lipiodol/siRNA can be used to modulate immune responses in vivo. Accordingly, we used the KLH and OVA recall responses as an indicator. C57BL/6 mice were immunized with the IL-12 siRNA/lipiodol mixture combined with CFA and either KLH or OVA. 14 days following immunization, recall response experiments were performed using isolated CD4 T cells from draining lymph nodes as previously performed by us [19]. Proliferative responses for both antigens were significantly inhibited in the lipiodol/siRNA treated animals at restimulation concentrations of

*Journal of Translational Medicine* 2006, **4**:2   http://www.translational-medicine.com/content/4/1/2

5 and 10 ug/ml (Fig 4a and 4b). When supernatants were harvested and analyzed by ELISA for cytokine response, a Th1>Th2 shift was observed for both KLH and ovalbumin as demonstrated by higher production of IFN-γ (Fig 5a and 5c) and IL-4 (Fig 5b and 5d), respectively. In order to assess for antigen specificity, in some experiments, mice were immunized with siRNA/lipiodol with KLH and concurrently injected with mixed siRNA/lipiodol and OVA. The recall response to KLH was suppressed in terms of proliferation and possessed a Th2 cytokine profile, whereas the response to OVA was not immune modulated (data not shown). Other experiments not shown included the immunization in absence of lipiodol which did not result in any immunomodulatory effect of siRNA. Overall, these experiments strongly suggest that siRNA can be administered both in vitro and in vivo for immune modulatory purposes using lipiodol as a carrier.

## Discussion

Lipiodol (trade name Ultra-Fluide™) is an iodized poppy seed oil fatty acid ethylester commonly used as contrast media for radiography [42]. Commonly, lipiodol alone or with chemotherapy is administered to patients with hepatic cell carcinoma for embolization of tumor-feeding arteries, as well as localized delivery of chemotherapy [43]. The finding that lipiodol selectively is uptaken by endothelial cells through pinocytosis [28], combined with the fact that it has previously been used for siRNA delivery in vivo [26] stimulated us to question whether lipiodol can be used as a carrier for siRNA. We observed that although lipiodol was not as effective as GenePorter for in vitro transfection and gene silencing, the inhibitory effects where several fold more potent than the administration of naked siRNA.

We therefore continued to seek whether lipiodol transfer of siRNA can still mediate the immune modulatory effects previously reported by us in terms of switching Th1 to Th2 responses [24]. Although this was the case, we also observed that the switch was dependent on IL-10 production. This is somewhat interesting since although IL-10 is a Th2 cytokine, secretion of IL-10 has also been demonstrated to stimulate CD8 proliferation [44], and even to suppress atopy [45], a manifestation of classical Th2 responses. In this study our data supports a prototypic role of IL-10 secreted by DC in stimulation of IL-4 and IFN-γ production. We are however aware that assessment of other Th1/Th2 associated factors are needed to conclusively demonstrate that a Th2 switch was occurring. Additionally, although in our hands, similar culture situations stimulate IL-10 production primarily by DC, we can not rule out the production of IL-10 by T cells. Future studies involve looking at T cell transcription factors such as T-bet and GATA-3, associated with Th1 and Th2 cells, respectively [46].

While we were able to induce in vivo immune modulation through administration of the lipiodol/siRNA mixture, we did not demonstrate that in vivo the DC were indeed the culprits for immune modulation. As previously stated, lipiodol in vivo is pinocytosed by endothelial cells [28], and most likely by other cells such as monocytes and macrophages. Indeed both endothelial cells, and macrophages have been demonstrated to possess immune modulatory activity. For example, antigen presentation by unmanipulated endothelium is known to mediate tolerance in various situations [47,48]. Indeed we conceived that the lipiodol itself may be inducing immune modulation due to specific targeting of antigen to endothelial presentation, however this was not the case since lipiodol together with antigen, or together with antigen and mixed siRNA did not mediate immune modulation. However, the fact that the endothelial cells themselves are protolerogenic may allow for synergy with the tolerogenic siRNA administered. The involvement of macrophages in the immune modulation witnessed is another possibility. Indeed, macrophages have been reported to acquire an M1/M2 phenotype similar to Th1/Th2 [49]. Preliminary experiments have indicated refractoriness to IL-12 production after LPS/TNF stimulation of CD11c DC derived from draining lymph nodes 2–3 days after administration of lipiodol/siRNA, however this will be the subject of an upcoming paper.

Regardless of the cellular mechanisms involved, the ability to immune modulate through administration of a "vaccine composition" with siRNA opens a whole world of novel possibilities both therapeutic and experiments. Through alleviating the need for ex vivo cellular processing, simple siRNA based vaccines can be developed for a variety of disease indications where a Th switch is desired. In terms of clinical applicability, the addition of siRNA for embolization of tumors would allow for induction of immune stimulation at the site of tissue necrosis. This would permit induction of immune responses to antigens released during the embolization procedure. Indeed similar approach used by Adema et al has demonstrated successful induction of immunity through tissue damage combined with immune stimulation [50].

In conclusion, we demonstrate that siRNA can be administered through a clinically useful method, thus opening the possibilities of genetic immune modulation without the use of viruses or ex vivo cellular manipulation.

## References

1.  Mosmann TR, Cherwinski H, Bond MW, Giedlin MA, Coffman RL: **Two types of murine helper T cell clone. I. Definition according to profiles of lymphokine activities and secreted proteins.** *J Immunol* 1986, **136:**2348-2357.
2.  Mosmann TR, Coffman RL: **TH1 and TH2 cells: different patterns of lymphokine secretion lead to different functional properties.** *Annu Rev Immunol* 1989, **7:**145-173.

*Journal of Translational Medicine* 2006, **4**:2   http://www.translational-medicine.com/content/4/1/2

3. Singh VK, Mehrotra S, Agarwal SS: **The paradigm of Th1 and Th2 cytokines: its relevance to autoimmunity and allergy.** *Immunol Res* 1999, **20:**147-161.
4. Sospedra M, Martin R: **Immunology of Multiple Sclerosis.** *Annu Rev Immunol* 2004.
5. Miossec P, van den Berg W: **Th1/Th2 cytokine balance in arthritis.** *Arthritis Rheum* 1997, **40:**2105-2115.
6. Dabbagh K, Lewis DB: **Toll-like receptors and T-helper-1/T-helper-2 responses.** *Curr Opin Infect Dis* 2003, **16:**199-204.
7. Steinman RM: **The control of immunity and tolerance by dendritic cell.** *Pathol Biol (Paris)* 2003, **51:**59-60.
8. Agrawal S, Agrawal A, Doughty B, Gerwitz A, Blenis J, Van Dyke T, Pulendran B: **Cutting edge: different Toll-like receptor agonists instruct dendritic cells to induce distinct Th responses via differential modulation of extracellular signal-regulated kinase-mitogen-activated protein kinase and c-Fos.** *J Immunol* 2003, **171:**4984-4989.
9. Redecke V, Hacker H, Datta SK, Fermin A, Pitha PM, Broide DH, Raz E: **Cutting edge: activation of Toll-like receptor 2 induces a Th2 immune response and promotes experimental asthma.** *J Immunol* 2004, **172:**2739-2743.
10. Mazzoni A, Segal DM: **Controlling the Toll road to dendritic cell polarization.** *J Leukoc Biol* 2004, **75:**721-730.
11. Papaccio G, Nicoletti F, Pisanti FA, Bendtzen K, Galdieri M: **Prevention of spontaneous autoimmune diabetes in NOD mice by transferring in vitro antigen-pulsed syngeneic dendritic cells.** *Endocrinology* 2000, **141:**1500-1505.
12. Feili-Hariri M, Dong X, Alber SM, Watkins SC, Salter RD, Morel PA: **Immunotherapy of NOD mice with bone marrow-derived dendritic cells.** *Diabetes* 1999, **48:**2300-2308.
13. Morita Y, Yang J, Gupta R, Shimizu K, Shelden EA, Endres J, Mule JJ, McDonagh KT, Fox DA: **Dendritic cells genetically engineered to express IL-4 inhibit murine collagen-induced arthritis.** *J Clin Invest* 2001, **107:**1275-1284.
14. Link H, Huang YM, Masterman T, Xiao BG: **Vaccination with autologous dendritic cells: from experimental autoimmune encephalomyelitis to multiple sclerosis.** *J Neuroimmunol* 2001, **114:**1-7.
15. Yang JS, Xu LY, Huang YM, Van Der Meide PH, Link H, Xiao BG: **Adherent dendritic cells expressing high levels of interleukin-10 and low levels of interleukin-12 induce antigen-specific tolerance to experimental autoimmune encephalomyelitis.** *Immunology* 2000, **101:**397-403.
16. Tang G: **siRNA and miRNA: an insight into RISCs.** *Trends Biochem Sci* 2005, **30:**106-114.
17. Elbashir SM, Harborth J, Lendeckel W, Yalcin A, Weber K, Tuschl T: **Duplexes of 21-nucleotide RNAs mediate RNA interference in cultured mammalian cells.** *Nature* 2001, **411:**494-498.
18. Liu G, Ng H, Akasaki Y, Yuan X, Ehtesham M, Yin D, Black KL, Yu JS: **Small interference RNA modulation of IL-10 in human monocyte-derived dendritic cells enhances the Th1 response.** *Eur J Immunol* 2004, **34:**1680-1687.
19. Hill JA, Ichim TE, Kusznieruk KP, Li M, Huang X, Yan X, Zhong R, Cairns E, Bell DA, Min WP: **Immune modulation by silencing IL-12 production in dendritic cells using small interfering RNA.** *J Immunol* 2003, **171:**691-696.
20. Flynn MA, Casey DG, Todryk SM, Mahon BP: **Efficient delivery of small interfering RNA for inhibition of IL-12p40 expression in vivo.** *J Inflamm (Lond)* 2004, **1:**4.
21. Lovett-Racke AE, Rocchini AE, Choy J, Northrop SC, Hussain RZ, Ratts RB, Sikder D, Racke MK: **Silencing T-bet defines a critical role in the differentiation of autoreactive T lymphocytes.** *Immunity* 2004, **21:**719-731.
22. Kobayashi T, Yoshimura A: **Keeping DCs awake by putting SOCS1 to sleep.** *Trends Immunol* 2005, **26:**177-179.
23. Li M, Qian H, Ichim TE, Ge WW, Popov IA, Rycerz K, Neu J, White D, Zhong R, Min WP: **Induction of RNA interference in dendritic cells.** *Immunol Res* 2004, **30:**215-230.
24. Ichim TE, Li M, Qian H, Popov IA, Rycerz K, Zheng X, White D, Zhong R, Min WP: **RNA interference: a potent tool for gene-specific therapeutics.** *Am J Transplant* 2004, **4:**1227-1236.
25. Klein C, Bock CT, Wedemeyer H, Wustefeld T, Locarnini S, Dienes HP, Kubicka S, Manns MP, Trautwein C: **Inhibition of hepatitis B virus replication in vivo by nucleoside analogues and siRNA.** *Gastroenterology* 2003, **125:**9-18.
26. Contreras JL, Vilatoba M, Eckstein C, Bilbao G, Anthony Thompson J, Eckhoff DE: **Caspase-8 and caspase-3 small interfering RNA decreases ischemia/reperfusion injury to the liver in mice.** *Surgery* 2004, **136:**390-400.
27. Ichim TE, Zhong R, Min WP: **Prevention of allograft rejection by in vitro generated tolerogenic dendritic cells.** *Transpl Immunol* 2003, **11:**295-306.
28. Bhattacharya S, Dhillon AP, Winslet MC, Davidson BR, Shukla N, Gupta SD, Al-Mufti R, Hobbs KE: **Human liver cancer cells and endothelial cells incorporate iodised oil.** *Br J Cancer* 1996, **73:**877-881.
29. Romagnani S: **Th1/Th2 cells.** *Inflamm Bowel Dis* 1999, **5:**285-294.
30. Horwitz DA, Zheng SG, Gray JD: **The role of the combination of IL-2 and TGF-beta or IL-10 in the generation and function of CD4+ CD25+ and CD8+ regulatory T cell subsets.** *J Leukoc Biol* 2003, **74:**471-478.
31. Levings MK, Gregori S, Tresoldi E, Cazzaniga S, Bonini C, Roncarolo MG: **Differentiation of Tr1 cells by immature dendritic cells requires IL-10 but not CD25+CD4+ Tr cells.** *Blood* 2005, **105:**1162-1169.
32. Corinti S, Albanesi C, la Sala A, Pastore S, Girolomoni G: **Regulatory activity of autocrine IL-10 on dendritic cell functions.** *J Immunol* 2001, **166:**4312-4318.
33. Serra P, Amrani A, Yamanouchi J, Han B, Thiessen S, Utsugi T, Verdaguer J, Santamaria P: **CD40 ligation releases immature dendritic cells from the control of regulatory CD4+CD25+ T cells.** *Immunity* 2003, **19:**877-889.
34. Ohshima Y, Tanaka Y, Tozawa H, Takahashi Y, Maliszewski C, Delespesse G: **Expression and function of OX40 ligand on human dendritic cells.** *J Immunol* 1997, **159:**3838-3848.
35. Nakahara T, Urabe K, Fukagawa S, Uchi H, Inaba K, Furue M, Moroi Y: **Engagement of human monocyte-derived dendritic cells into interleukin (IL)-10 producers by IL-1beta + interferon (IFN)-gamma.** *Clin Exp Immunol* 2005, **139:**476-482.
36. Walsh MC, Choi Y: **Biology of the TRANCE axis.** *Cytokine Growth Factor Rev* 2003, **14:**251-263.
37. Caux C, Massacrier C, Vanbervliet B, Dubois B, Van Kooten C, Durand I, Banchereau J: **Activation of human dendritic cells through CD40 cross-linking.** *J Exp Med* 1994, **180:**1263-1272.
38. De Smedt T, Van Mechelen M, De Becker G, Urbain J, Leo O, Moser M: **Effect of interleukin-10 on dendritic cell maturation and function.** *Eur J Immunol* 1997, **27:**1229-1235.
39. He Q, Moore TT, Eko FO, Lyn D, Ananaba GA, Martin A, Singh S, James L, Stiles J, Black CM, Igietseme JU: **Molecular basis for the potency of IL-10-deficient dendritic cells as a highly efficient APC system for activating Th1 response.** *J Immunol* 2005, **174:**4860-4869.
40. Vogl TJ, Wetter A, Lindemayr S, Zangos S: **Treatment of unresectable lung metastases with transpulmonary chemoembolization: preliminary experience.** *Radiology* 2005, **234:**917-922.
41. Di Stefano DR, de Baere T, Denys A, Hakime A, Gorin G, Gillet M, Saric J, Trillaud H, Petit P, Bartoli JM, Elias D, Delpero JR: **Preoperative percutaneous portal vein embolization: evaluation of adverse events in 188 patients.** *Radiology* 2005, **234:**625-630.
42. Hamm B, Wolf KJ: **Contrast material for computed tomography and magnetic resonance imaging of the gastrointestinal tract.** *Curr Opin Radiol* 1991, **3:**474-482.
43. Bhattacharya S, Novell JR, Winslet MC, Hobbs KE: **Iodized oil in the treatment of hepatocellular carcinoma.** *Br J Surg* 1994, **81:**1563-1571.
44. Rowbottom AW, Lepper MA, Garland RJ, Cox CV, Corley EG: **Interleukin-10-induced CD8 cell proliferation.** *Immunology* 1999, **98:**80-89.
45. Akdis CA, Blaser K: **Role of IL-10 in allergen-specific immunotherapy and normal response to allergens.** *Microbes Infect* 2001, **3:**891-898.
46. Hwang ES, Szabo SJ, Schwartzberg PL, Glimcher LH: **T helper cell fate specified by kinase-mediated interaction of T-bet with GATA-3.** *Science* 2005, **307:**430-433.
47. Rothermel AL, Wang Y, Schechner J, Mook-Kanamori B, Aird WC, Pober JS, Tellides G, Johnson DR: **Endothelial cells present antigens in vivo.** *BMC Immunol* 2004, **5:**5.
48. Bourdoulous S, Beraud E, Le Page C, Zamora A, Ferry A, Bernard D, Strosberg AD, Couraud PO: **Anergy induction in encephalitogenic T cells by brain microvessel endothelial cells is inhibited by interleukin-1.** *Eur J Immunol* 1995, **25:**1176-1183.

*Journal of Translational Medicine* 2006, **4**:2   http://www.translational-medicine.com/content/4/1/2

49.   Modolell M, Corraliza IM, Link F, Soler G, Eichmann K: **Reciprocal regulation of the nitric oxide synthase/arginase balance in mouse bone marrow-derived macrophages by TH1 and TH2 cytokines.** *Eur J Immunol* 1995, **25:**1101-1104.

50.   den Brok MH, Sutmuller RP, van der Voort R, Bennink EJ, Figdor CG, Ruers TJ, Adema GJ: **In situ tumor ablation creates an antigen source for the generation of antitumor immunity.** *Cancer Res* 2004, **64:**4024-4029.

Publish with **BioMed Central** and every scientist can read your work free of charge

*"BioMed Central will be the most significant development for disseminating the results of biomedical research in our lifetime."*

Sir Paul Nurse, Cancer Research UK

Your research papers will be:

• available free of charge to the entire biomedical community

• peer reviewed and published immediately upon acceptance

• cited in PubMed and archived on PubMed Central

• yours — you keep the copyright

Submit your manuscript here:
http://www.biomedcentral.com/info/publishing_adv.asp

 **BioMed**central

Joint Claim Construction Brief

# EXHIBIT 47



NIH Public Access

**Author Manuscript**

*Hum Gene Ther.* Author manuscript; available in PMC 2011 September 27.

Published in final edited form as:
*Hum Gene Ther.* 2005 May ; 16(5): 584–593. doi:10.1089/hum.2005.16.584.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Vaccination with Dendritic Cells Transfected with BAK and BAX siRNA Enhances Antigen-Specific Immune Responses by Prolonging Dendritic Cell Life

**SHIWEN PENG**[1], **TAE WOO KIM**[1,5], **JIN HYUP LEE**[1], **MU YANG**[1], **LIANGMEI HE**[1], **CHIEN-FU HUNG**[1,3], and **T.-C. WU**[1,2,3,4]

[1]Department of Pathology, Johns Hopkins Medical Institutions, Baltimore, Maryland [2]Department of Obstetrics and Gynecology, Johns Hopkins Medical Institutions, Baltimore, Maryland [3]Department of Oncology, Johns Hopkins Medical Institutions, Baltimore, Maryland [4]Department of Molecular Microbiology and Immunology, Johns Hopkins Medical Institutions, Baltimore, Maryland [5]Department of Advanced Materials, Korea Research Institute of Chemical Technology, Daejeon, Korea

## Abstract

Dendritic cell-based vaccines have become an important approach for the treatment of malignancies. Numerous techniques have recently been designed to optimize dendritic cell activation, tumor antigen delivery to dendritic cells, and induction of tumor-specific immune responses *in vivo*. Dendritic cells (DCs), however, have a limited life span because they are subject to apoptotic cell death mediated by T cells, hindering their long-term ability to prime antigen-specific T cells. Small interfering RNA targeting Bak and Bax antiapoptotic proteins can be used to allow transfected DCs to resist killing by T cells *in vivo*. In this study, we show that human papillomavirus E7-loaded dendritic cells transfected with BAK/BAX siRNA downregulate Bak and Bax protein expression and become resistant to killing by T cells, leading to enhanced E7-specific CD8[+] T cell activation and antitumor effects *in vivo*. More importantly, we found that vaccination with E7-loaded DCs transfected with BAK/BAX siRNA was capable of generating a strong therapeutic effect in vaccinated mice, compared with DCs transfected with control siRNA. Our data indicate that transfection of dendritic cells with BAK/BAX siRNA represents a plausible strategy for enhancing dendritic cell-based vaccine potency.

## OVERVIEW SUMMARY

Dendritic cells (DCs) have a limited life span, which hinders their ability to prime antigen-specific T cells. In this study, we showed that peptide-loaded dendritic cells transfected with BAK/BAX siRNA downregulated Bak and Bax protein expression and became resistant to killing by antigen-specific T cells *in vivo*. Furthermore, we found that vaccination with DCs transfected with BAK/BAX siRNA was capable of generating a stronger therapeutic antitumor effect in vaccinated mice compared with DCs transfected with control siRNA. Thus, transfection of DCs with BAK/BAX siRNA may represent a plausible strategy for enhancing DC-based vaccine potency.

© Mary Ann Liebert, Inc.

Address reprint requests to: Dr. T.-C. Wu, Department of Pathology, The Johns Hopkins University School of Medicine, Ross 512H, 720 Rutland Avenue, Baltimore, Maryland 21205, wutc@jhmi.edu.

## INTRODUCTION

Antigen presentation by dendritic cells (DCs) is a critical element for the induction of the cellular immune responses necessary for tumor immunotherapy. Several clinical trials have demonstrated that immunizations with tumor antigen-pulsed DCs could break the tolerance of the immune system against antigens expressed by tumor cells and in some cases generate appreciable clinical responses. Thus, DC-based vaccines represent a promising method for the treatment of malignancies (Gunzer and Grabbe, 2001; Engleman, 2003; Schuler *et al*., 2003; Cerundolo *et al*., 2004; Figdor *et al*., 2004; Markiewicz and Kast, 2004; Turtle and Hart, 2004).

DCs, however, have a limited life span that hinders their long-term ability to prime antigen-specific T cells (Ronchese and Hermans, 2001). A principal contributor to the short life of DCs is CTL-induced apoptosis. After activation by DCs, CTLs can recognize antigens and kill the cells expressing them. Because DCs express MHC I: antigen peptide complexes, newly primed CTLs can kill the very DCs that activated them (Medema *et al*., 2001). Thus, DC-based vaccination could be enhanced by employing an approach to inhibit apoptosis and prolong the survival of antigen-expressing DCs *in vivo* (Kim *et al*., 2003a,b).

T cell-mediated apoptotic cell death can occur through two major pathways, the intrinsic and the extrinsic pathways (Russell and Ley, 2002). The intrinsic pathway (granzyme B/perforin-mediated apoptosis) has been shown to be important for induction of T cell-mediated apoptotic death of DCs. The pore-forming protein perforin and the serine protease granzyme B secreted into cells by antigen-specific $CD8^+$ T cells induce the release of a number of proapoptotic factors, such as cytochrome c, from the mitochondria (Russell and Ley, 2002). Of particular note is that the release of cytochrome c is likely controlled by two members of the Bcl-2 family, the gatekeeper proteins Bak and Bax, and leads to the activation of another initiator caspase, caspase-9 (Jacotot *et al*., 1999; Korsmeyer *et al*., 2000; Degli Esposti and Dive, 2003; Opferman and Korsmeyer, 2003). Activated caspase-9 ultimately results in the activation of effector caspases (such as caspase-3, -6, and -7) in a protein complex called the apoptosome (Johnson and Jarvis, 2004), eventually leading to proteolysis of a cascade of substrates that results in apoptotic death. Therefore, Bak and Bax represent potentially ideal targets for the inhibition of DC apoptosis (Opferman and Korsmeyer, 2003).

In the current study, we investigated the use of RNA interference (RNAi) technology to downregulate the expression of Bak and Bax in order to inhibit the T cell-mediated apoptotic cell death of dendritic cells. We confirmed this by demonstrating that dendritic cells transfected with BAK/BAX siRNA abolish Bak and Bax protein expression. Furthermore, antigenic peptide-pulsed DCs transfected with BAK and BAX siRNA are capable of generating stronger antigen-specific $CD8^+$ T cell immune responses and antitumor effects in vaccinated mice, compared with antigenic peptide-pulsed DCs transfected with control siRNA. Our data also suggest that BAK/BAX siRNA-transfected DCs survive longer *in vivo* than antigenic peptide-loaded DCs transfected with control siRNA in mice adoptively transferred with antigen-specific $CD8^+$T cells. These encouraging results suggest a potential for clinical translation of our siRNA strategy and make possible the development of future siRNA-based strategies to manipulate the functions of DC *ex vivo*.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# MATERIALS AND METHODS

### SiRNA synthesis and transfection

siRNAs were synthesized using 2′-O-ACE-RNA phosphoramides (Dharmacon, Lafayette, CO). The sense and antisense strands of siRNA were: *Bak*, beginning at nt 310, 5′P-UGCCUACGAACUCUUCACCdTdT-3′ (sense), 5′P-GGUGAAGAGUUCGUAGGCAdTdT-3′ (antisense); *Bax*, beginning at nt 217, 5′P-UAUGGAGCUGCAGAGGAUGdTdT-3′ (sense), 5′P-CAUCCUCUGCAGCUCCAUAdTdT-3′ (antisense) (P, 5′ phosphate). RNAs were deprotected and annealed according to the manufacturer's instructions. Nonspecific Control siRNA (target: 5′-NNATTGTATGCGATCGCAGAC-3′) was acquired from Dharmacon. DC-1 cells or bone marrow-derived DCs (BM-DCs) incubated for 6 days were transfected with BAK/BAX siRNA or control siRNA using Oligofectamine (Invitrogen, Carlsbad, CA). The transfected cells were used for subsequent experiments 24 to 48 hours later.

### Peptides

The H-2D$^b$restricted HPV-16 E7 peptide, RAHYNIVTF (E7 aa49-57) (Feltkamp *et al.*, 1993), was synthesized by Macro-molecular Resources (Denver, CO) at a purity of ≥70%.

### Cells

TC-1 cells were generated as described previously (Lin *et al.*, 1996), and were grown in RPMI-1640 medium containing 10% fetal bovine serum, 2 m$M$ glutamine, 1 m$M$ sodium pyruvate, 100 IU/ml penicillin, 100 $\mu$g/ml streptomycin, 100 $\mu M$ nonessential amino acids, and 0.4 mg/ml of G418. DC-1 cells were generated from the dendritic cell line (Shen *et al.*, 1997) provided by Dr. Kenneth Rock at the University of Massachusetts. With continued passage, we have generated subclones of DCs (DC-1) that can be easily transfected (Kim *et al.*, 2004). The cells were maintained in RPMI 1640 medium supplemented with 2 m$M$ glutamine, 1 m$M$ sodium pyruvate, 100 $\mu M$ nonessential amino acids, 5 × 10$^{-5}$ $M$ $\beta$-mercaptoethanol, 100 IU/ml penicillin, 100 $\mu$g/ml streptomycin, and 10% fetal bovine serum. An H-2D$^b$-restricted HPV-16 E7-specific T cell line has also been described previously (Wang *et al.*, 2000). The T cell line was stimulated with irradiated TC-1 and 20 U/ml murine recombinant IL-2 weekly.

### Generation of bone marrow-derived dendritic cells

Bone marrow-derived dendritic cells (BM-DCs) were generated from bone marrow progenitor cells as described by Inaba and colleagues (Inaba *et al.*, 1992) with a modification. Briefly, bone marrow cells were flushed from the femurs and tibiae of 5- to 8-week-old C57BL/6 mice. Cells were washed twice with RPMI-1640 after lysis of red blood cells and resuspended at a density of 1 × 10$^6$/ml in RPMI-1640 medium supplemented with 2 m$M$ glutamine, 1 m$M$ sodium pyruvate, 100 $\mu M$ nonessential amino acids, 5 × 10$^{-5}$ $M$ $\beta$-mercaptoethanol, 100 IU/ml penicillin, 100 $\mu$g/ml streptomycin, 5% fetal bovine serum, and 20 ng/ml recombinant murine GM-CSF (PeproTech, Rock Hill, NJ). The cells were then cultured in a 24-well plate (1 ml/well) at 37°C in 5% humidified CO$_2$. The wells were replenished with fresh medium supplemented with 20 ng/ml recombinant murine GM-CSF on days 2 and 4. The cells were harvested after 6 days and used for siRNA transfection.

### Western blot analysis

2 × 10$^5$ DC-1 cells were transfected with 300 pmol of the synthesized BAK/BAX siRNA or control siRNA in a final volume of 2 ml using Oligofectamine, according to the vendor's manual. We used FITC-labeled siRNA to assess the transfection efficiency of the DC-1 cells by flow cytometry analysis. Virtually 100% of DC-1 cells were successfully transfected with

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

siRNA (data not shown). The expression of BAK and BAX proapoptotic proteins in DC-1 cells transfected with BAK and/or BAX siRNA was characterized by Western blot analysis. Western blot analysis was performed with 50 $\mu$g of the cell lysate from the transfected DC-1 cells and anti-BAK and/or BAX mouse monoclonal antibody (Cell Signaling Technology, Beverly, MA), using a protocol similar to that described previously (Hung *et al.*, 2001).

## Mice

Six- to 8-week-old C57BL/6 mice were purchased from the National Cancer Institute (Frederick, MD). All animals were maintained under specific pathogen-free conditions, and all procedures were performed according to approved protocols and in accordance with recommendations for the proper use and care of laboratory animals.

## DC immunization

DC-1 cells or BM-DCs were transfected with the synthesized BAK/BAX siRNA or control siRNA as described above. Two days after transfection, the DC-1 cells and DC-1 cells transfected with BAK/BAX siRNA or control siRNA were pulsed with HPV-16 E7 aa49-57 peptide (aa49-57, RAHYNIVTF) (10 $\mu$g/ml) at 37°C for 2 hours. The cells were then washed with RPMI-1640, supplemented with 10% FCS and HBBS, and re-suspended in HBBS at the final concentration of $5 \times 10^6$/ml (for DC-1 cells) or $2 \times 10^6$/ml (for BM-DCs). 100 $\mu$l/mouse of DC-1 cells or BM-DCs were injected into mice via footpad injection. One week later, the mice were boosted once with the same dose and immunization regimen.

## Intracellular cytokine staining and flow cytometry analysis

Before intracellular cytokine staining, $3.5 \times 10^5$ pooled splenocytes from each vaccination group were incubated overnight with 1 $\mu$g/ml of the HPV-16 E7 aa49-57 peptide. GolgiPlug (BD Pharmingen, San Diego, CA) was added to the culture and incubated at 37°C overnight. Cells were then washed once with FACScan buffer and stained with phycoerythrin-conjugated monoclonal rat antimouse CD8a (clone 53.6.7). Cells were subjected to intracellular cytokine staining using the Cytofix/Cytoperm kit according to the manufacturer's instructions (BD Pharmingen). Intracellular IFN-$\gamma$ was stained with FITC-conjugated rat antimouse IFN-$\gamma$.

Analysis of surface markers of nontransfected or siRNA-transfected DCs was performed on FACS Calibur and analyzed using the CellQuest software (BD Biosciences, San Jose, CA). FITC-conjugated antimouse monoclonal antibodies against the surface markers CD11c, CD40, CD86, I-A[b], or H-2K[b]/D[b] (all from BD Pharmingen) were used in the study. Flow cytometry analysis was performed using FACS Calibur with CellQuest software.

## *In vivo* tumor protection and treatment experiments

For the tumor protection experiment, C57BL/6 mice (five per group) were immunized with E7-pulsed DC-1 cells as indicated and boosted once after 1 week with the same dose. One week after the booster, each mouse was challenged with $5 \times 10^4$ TC-1 tumor cells subcutaneously in the right leg and then monitored twice a week.

For the tumor treatment experiment, the mice were challenged with $5 \times 10^4$ TC-1 tumor cells per mouse in the tail vein to simulate hematogenous spread of tumors (Ji *et al.*, 1999). Mice were immunized with $5 \times 10^5$ E7 peptide-pulsed siRNA-transfected DC-1 cells 3 days after tumor challenge and boosted once after 1 week. Mice were sacrificed on day 28 after the last immunization. The mean number of pulmonary nodules in each mouse was evaluated by experimenters blinded to sample identity.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Adoptive transfer of T cells and rapid DC elimination assay**

To create two distinctly carboxyfluorescein (CFSE)-labeled E7 peptide-loaded BM-DCs transfected with different siRNA, we first prepared E7 peptide-loaded BM-DCs transfected with either BAX/BAX siRNA or control siRNA using methods as described above. The E7 peptide-loaded BM-DCs transfected with control siRNA were labeled with 5 $\mu M$ CFSE, while BAK/BAX siRNA transfected DCs were labeled with 0.5 $\mu M$ CFSE. We then injected a mixture consisting of $2.5 \times 10^5$ low CFSE-labeled E7 peptide-loaded BM-DCs and $2.5 \times 10^5$ high CFSE-labeled E7peptide-loaded BM-DCs into C57BL/6 mice 3 days after adoptive transfer of $1 \times 10^6$ E7-specific T cells into the mice via tail vein injection. Sixteen hours later, single cell suspensions from the lung and spleen were prepared and analyzed for CFSE positivity by flow cytometry.

**Statistical analysis**

All data expressed as means ± standard error (SE) are representative of at least two different experiments. Data for intracellular cytokine staining with flow cytometry analysis and tumor treatment experiments were evaluated by analysis of variance (ANOVA). Comparisons between individual data points were made using a Student's *t* test. In the tumor protection experiment, the principal outcome of interest was time to tumor development. The event time distributions for different mice were compared using the method of Kaplan and Meier and the log-rank statistic. All $p$ values of <0.05 were considered significant.

# RESULTS

**Dendritic cells transfected with BAK/BAX siRNA abolish the expression of Bak and Bax proteins**

We performed Western blot analysis to determine whether DC-1 cells (a murine dendritic cell line) transfected with BAK/BAX siRNA will influence the expression of Bak and Bax proteins in transfected cells. As shown in Figure 1, lysates from DC-1 cells transfected with BAK/BAX siRNA showed significant reduction in the expression of Bak and Bax proteins 24 and 48 hours after transfection. In contrast, the expression of Bak and Bax in lysates from DC-1 cells transfected with control siRNA was comparable to lysates from DC-1 cells without transfection 24 and 48 hours after transfection. We also analyzed *β*-actin expression in transfected DCs to demonstrate that equal amounts of cell lysates were loaded for Western blot analysis. These results indicate that DC-1 cells transfected with BAK/BAX siRNA abolish Bak and Bax protein expression during the period of time examined.

Recently, we demonstrated that DC-1 cells transfected with BAK and/or BAX siRNA can resist CTL-induced apoptosis. We incubated E7 peptide-loaded, siRNA-transfected DC-1 cells with an E7-specific CD8[+] T cell line. Our results showed that E7 peptide pulsed DC-1 cells transfected with BAK/BAX siRNA resisted killing by E7-specific CD8[+] T cells *in vitro* (Kim *et al.*, 2005). Taken together, our data suggest that transfection of DC-1 cells with BAK and/or BAX siRNA leads to downregulation of BAK and BAX protein expression, resulting in resistance to apoptosis induced by antigen-specific CD8[+] T cells.

**Vaccination with E7 peptide-loaded DCs transfected with BAK/BAX siRNA leads to a significant increase in E7-specific IFN-γ[+] CD8[+] T cell precursors in vaccinated mice**

To determine whether vaccination with E7 peptide-loaded DCs transfected with BAK/BAX siRNA could enhance the generation of E7-specific IFN-γ[+] CD8[+] T cell precursors in mice, we performed intracellular cytokine staining and flow cytometry analysis using the splenocytes from mice vaccinated with the various DC-1 cells. As shown in Figure 2, mice vaccinated with E7 peptide-loaded DCs transfected with BAK/BAX siRNA exhibited an ~5.4-fold increase in the number of E7-specific IFN-γ[+] CD8[+] T cells (655 ± 21.21)

compared to mice vaccinated with E7-loaded DCs transfected with control siRNA (121 ± 5.66). E7-loaded DC-1 cells transfected with control siRNA generated similar numbers of E7-specific CD8$^+$ T cells as E7-loaded DC-1 cells without transfection. Our results demonstrate that immunization with E7 peptide-loaded DCs transfected with BAK/BAX siRNA can significantly increase the number of E7-specific IFN-$\gamma^+$ CD8$^+$ T cells generated in vaccinated mice.

### Vaccination with E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA leads to a significant increase in E7-specific IFN-$\gamma^+$ CD8$^+$ T cell precursors in vaccinated mice

It is important to determine if the BAK/BAX siRNA technology applies to BM-DCs as well as DC-1 cells, as BM-DCs would be a more appropriate source of dendritic cells for clinical translation of DC-based vaccines than would immortalized dendritic cell lines. Therefore, we used E7 peptide-loaded BM-DCs transfected with either BAK/BAX siRNA or control siRNA for our study. To determine E7-specific CD8+ T cell precursors in vaccinated mice, we performed intracellular cytokine staining followed by flow cytometry analysis. As shown in Figure 3, mice vaccinated with E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA exhibited an ~2.2-fold increase in the number of E7-specific IFN-$\gamma^+$ CD8$^+$ T cells (4706 ± 78.5) compared with mice vaccinated with E7 peptide-loaded DCs transfected with control siRNA (2210 ± 134.3) ($p = 0.00194$). Our data indicate that the BAK/BAX siRNA technology can also be applied to BM-DCs to enhance DC-based vaccine potency.

### Vaccination with E7-loaded DCs transfected with BAK/BAX siRNA generates better antitumor effects than vaccination with E7-loaded DCs transfected with control siRNA

To determine whether the observed increase in the number of E7-specific CD8$^+$ T cell precursors translated into a better E7-specific antitumor effect, we performed an *in vivo* tumor protection experiment using a previously characterized E7-ex- pressing tumor model, TC-1 (Lin *et al.*, 1996). As shown in Figure 4A, 100% of mice receiving E7 peptide-loaded DCs transfected with either control siRNA or BAK/BAX siRNA remained tumor-free 30 days after a subcutaneousTC-1 challenge, whereas the nonvaccinated mice developed tumors within 10 days after tumor challenge. Therefore, vaccination with E7 peptide-loaded DC-1 transfected with BAK/BAX siRNA or transfected with control siRNA is able to elicit protective antitumor immunity against challenge by an E7-expressing tumor and the *in vivo* tumor protection model fails to distinguish between the antitumor effects generated by the two groups of siRNA-transfected DC-1 cells.

To further compare the antitumor effects generated by vaccination with E7 peptide-loaded DCs transfected with BAK/BAX siRNA or control siRNA, we performed an *in vivo* tumor treatment experiment in a more stringent lung tumor metastasis model using TC-1 tumor cells (Ji *et al.*, 1998). Mice were first challenged with the TC-1 tumor cells via tail vein, followed by treatment with E7 peptide-loaded DC-1 cells transfected with BAK/BAX siRNA or control siRNA. Mice were sacrificed 28 days after the tumor challenge, and the growth of pulmonary tumor nodules was examined. As shown in Figure 4B, mice treated with E7 peptide-loaded DCs transfected with BAK/BAX siRNA demonstrated the lowest number of pulmonary nodules (2.2 ± 0.84) compared with mice treated with E7 peptide-loaded DCs transfected with control siRNA (24.8 ± 5.89) or the naïve control group (103 ± 12.29; *t* test, *p* < 0.001). These results show that vaccination with E7-loaded DCs transfected with BAK/BAX siRNA generates a significantly better therapeutic antitumor effect than vaccination with E7-loaded DCs transfected with control siRNA.

**E7 peptide-loaded DCs transfected with BAK/BAX siRNA survive longer in vivo than E7 peptide-loaded DCs transfected with control siRNA**

To determine if transfection with BAK/BAX siRNA improves the survival of E7 peptide-loaded DCs *in vivo*, we first created two distinctly CFSE-labeled E7 peptide-loaded groups of BM-DCs transfected with different siRNAs. E7 peptide-loaded BM-DCs transfected with control siRNA were labeled with a higher concentration of CFSE (5 $\mu M$), while BAK/BAX-transfected BM-DCs were labeled with a lower concentration of CFSE (0.5 $\mu M$). The relative levels of CFSE in these two distinctly CFSE-labeled E7 peptide-loaded BM-DCs were characterized by flow cytometry analysis (Fig. 5A). Mice were then challenged with 1 × 10^6 E7-specific T cells per mouse via tail vein injection. Three days later, we injected a mixture consisting of 2.5 × 10^5 low CFSE-labeled BM-DCs per mouse and 2.5 × 10^5 of high CFSE-labeled BM-DCs per mouse into the challenged mice intravenously. Sixteen hours after injection with CFSE-labeled BM-DCs, we performed flow cytometry analysis to characterize the ratio of low CFSE-labeled BM-DCs to high CFSE-labeled BM-DCs using cells collected from the spleen and lungs of challenged mice. As shown in Figure 5B, a significantly higher number of low CFSE-labeled BM-DCs was observed (~3.7-fold), compared with the number of high CFSE-labeled BM-DCs. These results suggest that transfection of E7 peptide-loaded BM-DCs with BAK/BAX siRNA may prolong DC life *in vivo*, resulting in a higher number of E7 peptide-loaded BM-DCs.

**E7 peptide-loaded DC-1 cells transfected with BAK/BAX or control siRNA express similar levels of CD11c, CD40, CD86, MHC I, and MHC II**

The significant therapeutic effect generated by vaccination with E7 peptide-loaded DCs transfected with BAK/BAX siRNA might be due to changes in the expression of molecules important for antigen presentation in DCs, such as CD11c, CD40, CD86, MHC I, and MHC II. We therefore performed flow cytometry analysis to determine the expression levels of these molecules in an E7 peptide-loaded DC-1 cell line transfected with BAK/BAX siRNA or control siRNA or in non-transfected DC-1 cells. As shown in Figure 6, there was no significant change in the expression of the tested molecules among the E7 peptide-loaded DC-1 cells. We also characterized the expression levels of these molecules in E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA or control siRNA or in nontransfected BM-DCs. We did not observe significant changes in the expression of these molecules among the E7 peptide-loaded BM-DCs transfected with the various siRNA constructs (data not shown). Taken together, our data indicated that the surface expression of CD11c, CD40, CD86, MHC I, and MHC II on the E7 peptide-loaded murine DC-1 cell line or BM-DCs are not affected by transfection with BAK/BAX or control siRNAs.

## DISCUSSION

In this study, we demonstrated that vaccination with E7 peptide-loaded DCs transfected with BAK/BAX siRNA generated enhanced E7-specific T cell-mediated immune responses and antitumor effects *in vivo*. Transfection of DCs with BAK/BAX siRNA likely inhibited apoptotic cell death of DCs mediated by T cells, leading to prolongation of DC survival and resulting in an improved DC-based vaccine.

Previous studies have shown that DC survival can be efficiently prolonged *in vivo* through transfection of DCs with DNA encoding antiapoptotic proteins (Kim *et al*., 2003b). This technique, however, has raised significant concerns regarding the potential for oncogenic transformation as a result of overexpression of these antiapoptotic proteins. Antiapoptotic proteins, such as the Bcl-2 family, are known to be overexpressed in some cancers and therefore have been implicated as contributors to cellular immortalization (Lebedeva *et al*., 2000). The modification of dendritic cells using siRNA targeting Bak and Bax proteins

NIH-PA Author Manuscript      NIH-PA Author Manuscript      NIH-PA Author Manuscript

alleviates many of these concerns for oncogenicity. Due to the transient nature of siRNA-mediated silencing of target genes as well as the fact that RNA-based strategies carry no concerns for integration and permanent genetic change, transfection of DCs with BAK/BAX siRNA may represent a potentially safe and effective method for enhancing DC-based vaccine potency by prolonging DC life without risk of DC immortalization.

We have recently demonstrated that a dendritic cell line (DC-1) transfected with BAK/BAX siRNA was capable of resisting killing by antigen-specific CD8[+] T cells *in vitro* (Kim *et al.*, 2005). In the current work, we used BM-DCs for the CFSE durability assays to demonstrate the resistance of BM-DCs to killing by antigen-specific CD8[+] T cells *in vivo*. While there is some decrease of the CFSE level intensity in each CFSE-labeled population (probably due to continuous replication of the BM-DCs), we were able to distinguish the high- and low-level CFSE intensity groups after collecting cells from the spleen and lungs of the challenged mice. We observed a significantly higher number of BAK/BAX siRNA-transfected BM-DCs (~3.7-fold), compared with the number of control siRNA-transfected BM-DCs (Fig. 5). These results suggest that transfection of E7 peptide-loaded BM-DCs with BAK/BAX siRNA may prolong DC life *in vivo*, resulting in a higher number of E7 peptide-loaded BM-DCs.

The data from our dendritic cell-based vaccine prepared *ex vivo* using siRNA technology targeting Bak and Bax are consistent with our data from modification of dendritic cells using BAK/BAX siRNA vaccination *in vivo*. We have recently used intradermal gene-gun coadministration of DNA-encoding antigen with BAK/BAX siRNA to prolong the life of antigen-expressing DCs *in vivo*. Our data showed that mice vaccinated with DNA coadministered with BAK/BAX siRNA results in significantly enhanced antigen-specific CD8[+] T cell-mediated immune responses and antitumor effects compared with mice vaccinated with DNA coadministered with control siRNA (Kim *et al.*, 2005). Taken together, these data indicate that siRNA technology can be used to modify dendritic cells *ex vivo* or *in vivo* to improve vaccine potency.

The encouraging results from this study suggest that the modification of a DC-based vaccine with BAK/BAX siRNA, as well as siRNA targeting other key proapoptotic proteins may further enhance DC-based vaccine potency. Since BAK/BAX siRNA only affects the intrinsic granzyme B/perforin-mediated apoptotic pathway, a combination of siRNAs targeting key proapoptotic proteins in the intrinsic granzyme B/perforin pathway along with siRNAs targeting key proapoptotic proteins in the extrinsic Fas-mediated apoptotic pathway will likely result in stronger resistance to killing of the transfected DCs by T cells *in vivo*. One possible protein to target for RNA interference along the extrinsic pathway is caspase-8, a caspase that induces the proteolysis of a cascade of effector caspases leading to apoptotic cell death. Other caspases involved in cell apoptosis that could serve as potential targets for siRNA include caspases 3, 6, and 7. Thus, a DC-based vaccination strategy employing siRNAs targeting key proapoptotic proteins in both the intrinsic and extrinsic apoptotic pathways (e.g., antigen-loaded DCs transfected with BAK/BAX siRNA and caspase-8 siRNA) may generate an even greater enhancement of DC resistance against killing by T cells, possibly resulting in an improved T cell immune response and antitumor effects *in vivo*.

In this study, antigen was loaded onto DCs by pulsing DCs with antigenic peptides. This BAK/BAX siRNA technology could also be applied to DCs prepared through other antigen-loading strategies, including viral vector-mediated, protein-mediated, RNA-mediated, and DNA-mediated transfection strategies. These various approaches have different advantages and disadvantages. For example, viral vector-mediated strategies produce highly efficient transfection of DCs, but have a limited life expectancy, whereas DNA-mediated strategies

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

are easily prepared but have a lower transfection efficiency in DCs. In particular, both viral vector-mediated and DNA-mediated strategies could benefit from the use of BAK/BAX siRNA technology. For example, it would be possible to further enhance the potency of DC-based vaccines through the combined use of BAK/BAX siRNA technology as an antiapoptotic strategy with other vaccine enhancement strategies, such as the intracellular targeting of antigen inside DCs for more efficient intracellular processing. DNA-mediated strategies of DC-based vaccination could employ DCs transfected with BAK/BAX siRNA coad-ministered with DNA plasmids encoding an antigen peptide linked to an intracellular targeting molecule, such as heat shock protein 70. The intracellular targeting molecule would target the antigen for intracellular processing within the DCs, thereby resulting in increased expression of the antigen on the surface of the DCs, while transfection by BAK/BAX siRNA would prolong the life of the DCs; these two factors would likely generate increased T cell activation and an enhanced antigen-specific immune response.

In the future, further studies employing BM-DCs should be conducted *in vitro* in order to validate the data generated using the BAK/BAX siRNA-transfected immortalized murine DC-1 cell line. This is particularly important for future clinical translation, since only BM-DCs, not immortalized dendritic cell lines, can be used for clinical application. Furthermore, it would also be worthwhile to conduct studies to determine the optimal dose and regimen for RNAi-based modification of the properties of dendritic cells and the length of time over which such a DC-based vaccine strategy is effective at prolonging DC survival. Thus, a possible schedule could be developed to determine dosing times for vaccine administration.

In summary, antigen-loaded DCs transfected with BAK/BAX siRNA as a DC-based vaccine strategy offers an effective and potentially safer approach for prolonging the life of DCs and increasing the potency of DC-based vaccines than does transfection of DCs *in vivo* with DNA-encoding antiapoptotic proteins. Our findings indicate that administering antigen peptide-loaded DCs transfected with BAK/BAX siRNA prolongs the life of transfected DCs and enhances antigen-specific CD8[+] T cell activity, as well as elicits strong antitumor effects *in vivo*. Thus, a DC-based vaccine strategy incorporating antigen-loaded DCs transfected with BAK/BAX siRNA shows potential for eventual adaptation to the clinical arena to further enhance DC-based vaccine potency for the control of cancer and infectious disease.

## Acknowledgments

We thank Drs. Robert J. Kurman, Keerti V. Shah, and Drew M. Pardoll for their helpful discussions. We also thank Mr. Bruno Macaes for the preparation of the manuscript. This work was supported by the National Cancer Institute.

## References

CERUNDOLO V, HERMANS IF, SALIO M. Dendritic cells: A journey from laboratory to clinic. Nat Immunol. 2004; 5:7–10. [PubMed: 14699398]

DEGLI ESPOSTI M, DIVE C. Mitochondrial membrane permeabilisation by Bax/Bak. Biochem Biophys Res Commun. 2003; 304:455–461. [PubMed: 12729579]

ENGLEMAN EG. Dendritic cell-based cancer immunotherapy. Semin Oncol. 2003; 30:23–29. [PubMed: 12881809]

FELTKAMP MC, SMITS HL, VIERBOOM MP, MINNAAR RP, DE JB, DRIJFHOUT JW, TER SJ, MELIEF CJ, KAST WM. Vaccination with cytotoxic T lymphocyte epitope-containing peptide protects against a tumor induced by human papillomavirus type 16-transformed cells. Eur J Immunol. 1993; 23:2242–2249. [PubMed: 7690326]

FIGDOR CG, DE VRIES IJ, LESTERHUIS WJ, MELIEF CJ. Dendritic cell immunotherapy: Mapping the way. Nat Med. 2004; 10:475–480. [PubMed: 15122249]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

GUNZER M, GRABBE S. Dendritic cells in cancer immunotherapy. Crit Rev Immunol. 2001; 21:133–145. [PubMed: 11642600]

HUNG CF, CHENG WF, HSU KF, CHAI CY, HE L, LING M, WU TC. Cancer immunotherapy using a DNA vaccine encoding the translocation domain of a bacterial toxin linked to a tumor antigen. Cancer Res. 2001; 61:3698–3703. [PubMed: 11325841]

INABA K, INABA M, ROMANI N, AYA H, DEGUCHI M, IKEHARA S, MURAMATSU S, STEINMAN RM. Generation of large numbers of dendritic cells from mouse bone marrow cultures supplemented with granulocyte/macrophage colony-stimulating factor. J Exp Med. 1992; 176:1693–1702. [PubMed: 1460426]

JACOTOT E, COSTANTINI P, LABOUREAU E, ZAMZAMI N, SUSIN SA, KROEMER G. Mitochondrial membrane permeabilization during the apoptotic process. Ann NY Acad Sci. 1999; 887:18–30. [PubMed: 10668461]

JI H, CHANG EY, LIN KY, KURMAN RJ, PARDOLL DM, WU TC. Antigen-specific immunotherapy for murine lung metastatic tumors expressing human papillomavirus type 16 E7 oncoprotein. Int J Cancer. 1998; 78:41–45. [PubMed: 9724092]

JI H, WANG TL, CHEN CH, PAI SI, HUNG CF, LIN KY, KURMAN RJ, PARDOLL DM, WU TC. Targeting human papillomavirus type 16 E7 to the endosomal/lysosomal compartment enhances the antitumor immunity of DNA vaccines against murine human papillomavirus type 16 E7-expressing tumors. Hum Gene Ther. 1999; 10:2727–2740. [PubMed: 10584920]

JOHNSON CR, JARVIS WD. Caspase-9 regulation: An update. Apoptosis. 2004; 9:423–427. [PubMed: 15192324]

KIM TW, HUNG CF, BOYD D, JUANG J, HE L, KIM JW, HARDWICK JM, WU TC. Enhancing DNA vaccine potency by combining a strategy to prolong dendritic cell life with intracellular targeting strategies. J Immunol. 2003a; 171:2970–2976. [PubMed: 12960321]

KIM TW, HUNG CF, LING M, JUANG J, HE L, HARDWICK JM, KUMAR S, WU TC. Enhancing DNA vaccine potency by coadministration of DNA encoding antiapoptotic proteins. J Clin Invest. 2003b; 112:109–117. [PubMed: 12840065]

KIM TW, HUNG CF, BOYD DA, HE L, LIN CT, KAISERMAN D, BIRD PI, WU TC. Enhancement of DNA vaccine potency by coadministration of a tumor antigen gene and DNA encoding serine protease inhibitor-6. Cancer Res. 2004; 64:400–405. [PubMed: 14729651]

KIM TW, HUNG CF, LEE JH, HE L, BOYD D, HARDWICK JM, WU TC. Modification of professional antigen-presenting cells with small interfering RNA in vivo to enhance cancer vaccine potency. Cancer Res. 2005; 65:308–316.

KORSMEYER SJ, WEI MC, SAITO M, WEILER S, OH KJ, SCHLESINGER PH. Pro-apoptotic cascade activates BID, which oligomerizes BAK or BAX into pores that result in the release of cytochrome c. Cell Death Differ. 2000; 7:1166–1173. [PubMed: 11175253]

LEBEDEVA I, RANDO R, OJWANG J, COSSUM P, STEIN CA. Bcl-xL in prostate cancer cells: Effects of overexpression and down-regulation on chemosensitivity. Cancer Res. 2000; 60:6052–6060. [PubMed: 11085527]

LIN KY, GUARNIERI FG, STAVELEY-O'CARROLL KF, LEVITSKY HI, AUGUST JT, PARDOLL DM, WU TC. Treatment of established tumors with a novel vaccine that enhances major histocompatibility class II presentation of tumor antigen. Cancer Res. 1996; 56:21–26. [PubMed: 8548765]

MARKIEWICZ MA, KAST WM. Progress in the development of immunotherapy of cancer using ex vivo-generated dendritic cells expressing multiple tumor antigen epitopes. Cancer Invest. 2004; 22:417–434. [PubMed: 15493363]

MEDEMA JP, SCHUURHUIS DH, REA D, VAN TONGEREN J, DE JONG J, BRES SA, LABAN S, TOES RE, TOEBES M, SCHUMACHER TN, BLADERGROEN BA, OSSENDORP F, KUMMER JA, MELIEF CJ, OFFRINGA R. Expression of the serpin serine protease inhibitor 6 protects dendritic cells from cytotoxic T lymphocyte-induced apoptosis: Differential modulation by T helper type 1 and type 2 cells. J Exp Med. 2001; 194:657–667. [PubMed: 11535633]

OPFERMAN JT, KORSMEYER SJ. Apoptosis in the development and maintenance of the immune system. Nat Immunol. 2003; 4:410–415. [PubMed: 12719730]

RONCHESE F, HERMANS IF. Killing of dendritic cells: A life cut short or a purposeful death? J Exp Med. 2001; 194:F23–26. [PubMed: 11535638]

RUSSELL JH, LEY TJ. Lymphocyte-mediated cytotoxicity. Ann Rev Immunol. 2002; 20:323–370. [PubMed: 11861606]

SCHULER G, SCHULER-THURNER B, STEINMAN RM. The use of dendritic cells in cancer immunotherapy. Curr Opin Immunol. 2003; 15:138–147. [PubMed: 12633662]

SHEN Z, REZNIKOFF G, DRANOFF G, ROCK KL. Cloned dendritic cells can present exogenous antigens on both MHC class I and class II molecules. J Immunol. 1997; 158:2723–2730. [PubMed: 9058806]

TURTLE CJ, HART DN. Dendritic cells in tumor immunology and immunotherapy. Curr Drug Targets. 2004; 5:17–39. [PubMed: 14738216]

WANG TL, LING M, SHIH IM, PHAM T, PAI SI, LU Z, KURMAN RJ, PARDOLL DM, WU TC. Intramuscular administration of E7-transfected dendritic cells generates the most potent E7-specific anti-tumor immunity. Gene Ther. 2000; 7:726–733. [PubMed: 10822298]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**FIG. 1.**
Western blot analysis to detect the expression of Bak and Bax protein in DC-1 cells transfected with the various siRNA constructs. DC-1 cells were transfected with either BAK/BAX siRNA or control siRNA. Western blot analysis was performed with 50 $\mu$g of cell lysates 24 and 48 hours after transfection. $\beta$-actin was used as a control to indicate that equal amounts of cell lysates were loaded. Untransfected DC-1 cells were used as a negative control.



**FIG. 2.**

Intracellular cytokine staining and flow cytometry analysis to determine the number of IFN-$\gamma$-producing E7-specific CD8[+] T cells in mice after immunization with E7 peptide-pulsed DCs transfected with the various siRNA constructs. Mice (five per group) were vaccinated with E7 peptide-loaded DCs transfected with BAK/BAX siRNA or control siRNA. Mice vaccinated with E7 peptide-loaded DCs without transfection were used as an additional control. (**A**) Representative flow cytometry data for pooled splenocytes harvested from the vaccinated mice and stimulated with E7 aa49-57 peptide or without peptide stimulation. (**B**) Bar graph depicting the number of IFN-$\gamma$-secreting E7-specific CD8[+] T cell precursors/3 × 10[5] splenocytes from mice after immunization with E7 peptide-loaded DCs transfected with control siRNA or BAK/BAX siRNA or from nontransfected mice (mean ± SE; *t* test, *p* < 0.001).

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**FIG. 3.**

Intracellular cytokine staining and flow cytometry analysis to determine the number of IFN-$\gamma$-producing E7-specific CD8[+] T cells in mice after immunization with E7 peptide-pulsed BM-DCs transfected with the various siRNA constructs. Mice (five per group) were vaccinated with E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA or control siRNA. The bar graph depicts the number of IFN-$\gamma$-secreting E7-specific CD8[+] T cell precursors/3 × 10[5] splenocytes from mice after immunization with E7 peptide-loaded BM-DCs transfected with control siRNA or BAK/BAX siRNA or from nonimmunized mice (mean ± SE; $t$ test, $p < 0.002$).

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**FIG. 4.**

*In vivo* tumor protection and treatment experiments. **(A)** Tumor protection experiment. Mice (five per group) were immunized with E7 peptide-loaded DCs transfected with either control siRNA or BAK/BAX siRNA and boosted after 1 week. Seven days after the last immunization, the mice were challenged with $5 \times 10^4$ TC-1 tumor cells per mouse as described in the Materials and Methods section. The tumors were monitored twice a week. Mice without vaccinations were used as a negative control. **(B)** *In vivo* tumor treatment experiment. E7 peptide-loaded DCs transfected with BAK/BAX siRNA or control siRNA were administered 3 days after TC-1 tumor challenge ($5 \times 10^4$ TC-1 cells/mouse). Mice were boosted with the same dose and regimen of E7 peptide-loaded DCs 1 week later. Mice were sacrificed 28 days after tumor challenge to examine the growth of pulmonary nodules. Data are expressed as the mean number of lung nodules $\pm$ SE (*t* test, *p* < 0.001).

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**FIG. 5.**
Determination of the survival of E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA or control siRNA after administration of E7-specific CD8[+] T cells *in vivo*. (**A**) Flow cytometry analysis to demonstrate the different level of CFSE-labeled E7 peptide-loaded BM-DCs transfected with either BAK/BAX siRNA (low CFSE) or control siRNA (high CFSE). BAK/BAX-transfected BM-DCs were labeled with 0.5 $\mu M$ CFSE, while BM-DCs transfected with Control siRNA were labeled with 5 $\mu M$ CFSE. The representative graph shows the presence of similar numbers of low CFSE-labeled E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA and high CFSE-labeled E7 peptide-loaded BM-DCs transfected with control siRNA before tail vein injection. (**B**) Flow cytometry analysis to demonstrate the ratio of low CFSE to high CFSE-labeled E7 peptide-loaded BM-DCs in the spleen and lungs of mice 16 hours after injection with a mixture containing equal numbers ($2.5 \times 10^5$/mouse) of low CFSE-labeled E7 peptide-loaded BM-DCs transfected with BAK/BAX siRNA and high CFSE-labeled E7 peptide-loaded BM-DCs transfected with control siRNA. These CFSE-labeled BM-DCs were injected into mice 3 days after the administration of $1 \times 10^6$ E7-specific T cells per mouse. Note that the number of low CFSE-labeled cells was significantly higher than the number of high CFSE-labeled cells.



**FIG. 6.**
Characterization of the surface molecules of E7 peptide-loaded DCs after transfection with BAK/BAX siRNA or control siRNA. Flow cytometry analysis was performed to determine the level of expression of CD11c, CD40, CD86, MHC I, and MHC II molecules in E7 peptide-loaded murine DC-1 cells transfected with BAK/BAX siRNA or control siRNA. E7 peptide-loaded DCs without transfection with siRNA were used as a negative control.

Joint Claim Construction Brief

# EXHIBIT 48

OPEN ACCESS Freely available online

PLoS MEDICINE

# An Alternative and Effective HIV Vaccination Approach Based on Inhibition of Antigen Presentation Attenuators in Dendritic Cells

Xiao-Tong Song[1,2], Kevin Evel-Kabler[1,3], Lisa Rollins[1,3], Melissa Aldrich[1,3], Feng Gao[4], Xue F. Huang[1,5], Si-Yi Chen[1,2,3]*

1 Center for Cell and Gene Therapy, Baylor College of Medicine, Houston, Texas, United States of America, 2 Department of Molecular and Human Genetics, Baylor College of Medicine, Houston, Texas, United States of America, 3 Department of Immunology, Baylor College of Medicine, Houston, Texas, United States of America, 4 Duke Human Vaccine Institute, Duke University Medical Center, Durham, North Carolina, United States of America, 5 Department of Pediatrics, Baylor College of Medicine, Houston, Texas, United States of America

**Competing Interests:** The authors have declared that no competing interests exist.

**Author Contributions:** XTS, KEK, and SYC designed the study and analyzed the data. XTS, KEK, LR, MA, FG, and XFH carried out experiments. SYC wrote the paper.

**Academic Editor:** Clifford Lane, National Institutes of Health, United States of America

**Citation:** Song XT, Evel-Kabler K, Rollins L, Aldrich M, Gao F, et al. (2006) An alternative and effective HIV vaccination approach based on inhibition of antigen presentation attenuators in dendritic cells. PLoS Med 3(1): e11.

**Received:** May 6, 2005
**Accepted:** October 10, 2005
**Published:** January 3, 2006

**DOI:**
10.1371/journal.pmed.0030011

**Copyright:** © 2006 Song et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Abbreviations:** APC, antigen-presenting cell; BM, bone marrow; CTL, CD8[+] cytotoxic T lymphocyte; DC, dendritic cell; ELISPOT, enzyme-linked immunospot; Env, envelope; GM-CSF, granulocyte-macrophage colony-stimulating factor; HIV, human immunodeficiency virus; IFA, incomplete Freund's adjuvant; IFN, interferon; IL, interleukin; JAK, Janus kinase; KO, knockout; LPS, lipopolysaccharide; LV, lentiviral vector; MOI, multiplicity of infection; NK, natural killer cell; OVA, ovalbumin; siRNA, small interfering RNA; SOCS, suppressor of cytokine signaling; STAT, signal transducer and activator of transcription; Th, CD4[+] T helper cell; TLR, Toll-like receptor; WT, wild-type

\* To whom correspondence should be addressed. E-mail: sychen@bcm.tmc.edu

## ABSTRACT

### Background

Current efforts to develop HIV vaccines that seek to stimulate immune responses have been disappointing, underscoring the inability of natural immune responses to control HIV-1 infection. Here we tested an alternative strategy to induce anti-HIV immune responses by inhibiting a host's natural immune inhibitor.

### Methods and Findings

We used small interfering RNA (siRNA) to inhibit suppressor of cytokine signaling (SOCS) 1, a key negative regulator of the JAK/STAT pathway, and investigated the effect of this silencing on the ability of dendritic cells (DCs) to induce anti-HIV-1 immunity. We found that SOCS1-silenced DCs broadly induced enhanced HIV-1 envelope (Env)-specific CD8[+] cytotoxic T lymphocytes and CD4[+] T helper cells, as well as antibody responses, in mice. Importantly, SOCS1-silenced DCs were more resistant to HIV Env-mediated suppression and were capable of inducing memory HIV Env-specific antibody and T cell responses. SOCS1-restricted signaling, as well as production of proinflammatory cytokines such as interleukin-12 by DCs, play a critical role in regulating the anti-HIV immune response. Furthermore, the potency of HIV DNA vaccination is significantly enhanced by coimmunization with SOCS1 siRNA expressor DNA.

### Conclusions

This study demonstrates that SOCS1 functions as an antigen presentation attenuator to control both HIV-1-specific humoral and cellular responses. This study represents the first, to our knowledge, attempt to elicit HIV-specific T cell and antibody responses by inhibiting a host's antigen presentation attenuator, which may open a new and alternative avenue to develop effective therapeutic and prophylactic HIV vaccines.

## Introduction

Despite extensive efforts, no effective human immunodeficiency virus (HIV) vaccine has emerged or is on the horizon [1,2]. Increasing evidence indicates that the host's natural immunity has a major, albeit usually insufficient, role in limiting HIV-1 infection. CD8[+] cytotoxic T cells (CTLs) are the main mediators of viral control, as demonstrated by the dramatic increase in viremia in animal models after depletion of CD8[+] T cells [3,4]. Although definitive evidence for a protective role of antibodies is lacking, a number of monoclonal antibodies generated from infected individuals have broadly neutralizing activities against primary HIV-1 isolates [5]. Antibodies to the HIV-envelope (Env) protein, gp120, protect animals such as monkeys and SCID-peripheral blood lymphocyte mice from HIV or SIV infection [6,7]. Thus, there is a growing consensus that an effective HIV immunization approach should be capable of inducing vigorous protective CTL as well as antibody responses [5,8–11].

Dendritic cells (DCs), the most potent antigen-presenting cells (APCs), mediate innate and adaptive immunity against viral infection by providing proinflammatory cytokines and by processing and presenting antigens to T cells [12]. DCs use Toll-like receptors (TLRs) to recognize conserved microbial structures such as lipopolysaccharide (LPS). TLR signaling promotes DC maturation by activating mitogen-activated protein kinase and nuclear factor-κB (NF-κB), which then mediate the expression of various cytokines, resulting in the induction of innate and adaptive immunity [13,14]. Hence, exploiting the full immunostimulatory potential of DCs is likely the key to achieving an effective immune response to prevent or control HIV infection.

Suppressor of cytokine signaling (SOCS) 1 is a key negative regulator of signaling of cytokines, such as interferon (IFN)-γ, interleukin (IL)-2, IL-6, IL-7, IL-12, and IL-15, through the inhibition of the Janus kinases (JAKs) in many lineages of immune cells [15,16]. Although the SOCS family includes eight members, each member plays a unique role in attenuating cellular signaling [15,16]. SOCS1 binds to the JAK activation loop as a pseudosubstrate inhibitor through its Src-homology 2 domain and targets JAK2 for degradation, leading to the inhibition of the molecule, signal transducer and activator of transcription (STAT) [15,16]. SOCS1-deficient (SOCS1[−/−]) mice die neonatally, with severe systemic inflammation and aberrant T cell activation, mainly as a result of unbridled cytokine signaling [17–19]. Such SOCS1[−/−] mice are also hypersensitive to LPS, and SOCS1[−/−] DCs show a more mature phenotype than do wild-type (WT) DCs and induce autoreactive antibody production [20,21], suggesting that SOCS1 plays a role in regulating DC functions by inhibiting the JAK/STAT pathway and the TLR signaling pathway directly or indirectly [15,22,23]. We have previously shown that SOCS1 plays a critical role in regulating the antigen presentation by DCs, and DCs in which SOCS1 expression is silenced by small interfering RNA (siRNA) induce enhanced CTL responses against tumor-associated antigens [24]. In agreement with this result, Hanada et al. recently reported that immunization with SOCS1[−/−] DCs derived from SOCS1 genetic knockout mice induced a hyper CD4[+] T helper cell (Th1)-type immune response and antitumor activities [25].

Many attempts to develop HIV vaccines have sought to stimulate immune responses by manipulating HIV antigens and delivery systems and by using various adjuvants [5,8–10]. These efforts have been disappointing and have underscored the inability of natural immune responses to control HIV-1 infection in most infected or immunized individuals. We therefore tested an alternative hypothesis that anti-HIV immune responses can be enhanced by silencing the host's natural immune inhibitors. In this study, we used siRNA to silence SOCS1 and investigated the effect of this silencing on the ability of DCs to induce anti-HIV-1 antibody and T cell responses in mice.

## Methods

### Cytokine and Antibody ELISAs

Cytokine levels in cell culture supernatant were quantified by ELISA analysis (BD Biosciences, San Diego, California, United States), according to the manufacturer's instructions. To determine gp120-specific antibody and subclass titers, we coated gp120 proteins (5 μg/ml in carbonate buffer [pH 9.6]) overnight at 4 °C, adding 12-fold serial dilutions of sera in PBS-5% FBS to the wells for 1 h at room temperature. After eight washes, biotinylated anti-mouse antibodies (anti-mouse IgM, IgG, IgG1, IgG2a, IgG2b, or IgG3) were added to the wells for 1 h at room temperature. Streptavidin-HRP was used as a peroxidase substrate. The reaction was stopped by addition of 50 μl of 2 M $H_2SO_4$. Optical densities were read at 450 nm on a BioAssay Reader (PerkinElmer, Wellesley, California, United States). The results are expressed as reciprocal endpoint titers, determined from a scatter plot with OD values on the y-axis and dilution-1 on the x-axis, for which the x-axis scale was logarithmic. After the data were plotted, a logarithmic curve fit was applied to each individual dilution series, and the point where the curve fit intersects the positive-negative cutoff value was determined. The cutoff value was calculated for each antibody isotype as the mean (± 3 standard deviations) of all dilutions from control mouse sera. All samples tested in each experiment were assayed at the same time.

### Transduction of Bone Marrow-Derived DCs with Lentiviral or Adenoviral Vectors

Recombinant lentiviral vectors, LV-SOCS1-siRNA and LV-GFP-siRNA, were produced and titrated, as described previously [24]. A recombinant adenoviral vector (Ad-IL-12) expressing a biological active mouse IL-12 (a fusion protein of p35 and p40) was purchased from InvivoGen (San Diego, California, United States) and produced according to the manufacturer's instruction. Adenoviruses were titrated using Adeno-X Rapid Titer Kits (BD Bioscience). Mouse bone marrow (BM)-derived DCs were generated by culturing with granulocyte-macrophage colony-stimulating factor (GM-CSF) and IL-4, and transduced by lentiviral or adenoviral vectors as described previously [24].

### T Cell Enzyme-Linked Immunospot Assays

Enzyme-linked immunospot (ELISPOT) assays of isolated CD4[+] or CD8[+] T cells were performed as described in our previous reports [24]. Recombinant gp120 protein-pulsed BM-DCs were used for T cell stimulation. An irrelevant protein (ovalbumin [OVA]; Sigma, St. Louis, Missouri, United States) was also used as a negative control. CD4[+] and CD8[+] T cells were isolated from splenocytes with MACS CD4 (L3T4)

or MACS CD8 (Ly-2) MicroBeads (Miltenyi Biotec, Auburn, California, United States).

## B Cell Isolation and gp120 Antibody-Producing B Cell ELISPOT Assay

Single-cell suspensions prepared from spleens in complete RPMI 1640 medium were plated on plastic dishes for 1 h at 37 °C in 5% $CO_2$ to remove adherent macrophages. Non-adherent cells were treated with anti-Thy1.2 and rabbit complement for 45 min at 37 °C to lyse T cells. The purity of the remaining B cells usually exceeded 90%. The B cell ELISPOT assay was performed by a modified method described before [26]. Briefly, 96-well nitrocellulose-base plates (Millipore Multiscreen PI, Billerica, Massachusetts, United States) were coated overnight with gp120 in PBS. The plates were washed six times with PBS and blocked with RPMI 1640 containing 10% FBS at 37 °C for 2 h. The isolated B cells were seeded into wells ($5 \times 10^5$ cells/well) and incubated for 20 h at 37 °C in 5% $CO_2$. The cells were then removed by six washes with PBS containing 0.5% Tween 20 (Sigma). Biotinylated anti-mouse IgG (BD Pharmingen, San Diego, California, United States), diluted in PBS containing 0.5% FBS to 1 μg/ml, was added, and the mixture incubated at 37 °C for 2 h. The avidin:biotinylated enzyme complex ([ABC]; Vector Laboratories, Burlingame, California, United States) was added for an additional hour. Anti-gp120 IgG was detected after a 4-min reaction with AEC (3-amino-9-ethyl-carbazole; Sigma). The results were evaluated by ZellNet Consulting (New York, New York, United States) with an automated ELISPOT reader system (Carl Zeiss, Thornwood, New York, United States), using KS ELISPOT 4.3 software.

## Quantitative Real-Time PCR Analysis of BAFF and APRIL

The relative expression of SOCS1 in transfected mouse BM-DCs was evaluated by quantitative real-time PCR. Total RNA was extracted from DCs, using Trizol reagent (Invitrogen, Carlsbad, California, United States), and 1.0 μg of total RNA for each sample was reverse transcribed with random hexamer primers and SuperScript First-Strand Synthesis kits (Invitrogen). Real-time 5′-nuclease fluorogenic PCR analysis was performed on an ABI 7900HT Sequence Detection System (Applied Biosystems, Foster City, California, United States) in 20-μl quadruplicate reactions with the equivalent of 5 ng of starting RNA material per reaction as template. The following primers were used for BAFF and APRIL: BAFF sense, 5′-TGCTATGGGTCATGTCATCCA-3′ and anti-sense, 5′-GGCAGTGTTTTGGGCATATTC-3′; APRIL sense, 5′-TCACAATGGGTCAGGTGGTATC-3′ and anti-sense, 5′-TGTAAATGAAAGACACCTGCACTGT-3′. TaqMan probe, forward and reverse primer for 18S were obtained from TaqMan Rodent 18S control reagents (Applied Biosystems). The PCR parameters were these recommended for the TaqMan Universal PCR Master Mit kit (Applied Biosystems), with BAFF, APRIL, and 18S reactions performed in separate tubes. BAFF and APRIL levels were normalized to 18S rRNA, while BAFF or APRIL expression (relative to the control value of mock-transfected, stimulated DCs) was calculated by the Comparative Ct method [24,27].

## CTL Assays

$CD8^+$ CTL responses were assessed with a standard chromium release assay [24] that measures the ability of in vitro-restimulated splenocytes to lyse target cells. Splenocytes pooled from immunized mice were restimulated in vitro in RPMI-1640 containing gp120 proteins (20 μg/ml) for 4–6 d. Target cells pulsed with 20 μg/ml of gp120 protein overnight were labeled with $^{51}$Cr-sodium chromate solution for 90 min. Different numbers of effector cells were incubated with a constant number of target cells ($1 \times 10^4$/well) in 96-well V-bottom plates (200 μl/well) for 3 h at 37 °C. The supernatants (100 μl) from triplicate cultures were collected. Percent cell lysis was calculated as (experimental release – spontaneous release)/(maximum release – spontaneous release) × 100.

## T and B Cell Proliferation Assay

$CD4^+$ or $CD8^+$ T cells ($1 \times 10^6$ per well) and B cells ($1 \times 10^5$ per well) isolated as described above were cultured in complete medium in triplicate wells of 96-well plates with or without various stimuli. On the fourth day of culture, wells were pulsed with 1 μCi of [³H]-thymidine for 16 h. Plates were then harvested, and incorporated [³H]-thymidine was measured using a MicroBeta scintillation counter (TopCount NXT, Packard, Meriden, Connecticut, United States).

## DC Immunization

The recombinant soluble gp120 (SF162) protein, with a purity of over 95% and mostly in a monomeric form, was produced and purified from CHO cells and kindly provided by the National Institutes of Health AIDS Research and Reference Program and Chiron Corporation. On day 5 of BM culture, DCs derived from BM of WT mice or IL-12 receptor knockout (KO) mice were transduced with LV-SOCS1-siRNA or LV-GFP-siRNA at a multiplicity of infection (MOI) of 5 [24], and pulsed with proteins for 2 h. The transduced DCs were then stimulated with LPS (100 ng/ml, Sigma) or tumor necrosis factor α (TNFα) (50 ng/ml, Peprotech, Rocky Hill, New Jersey, United States) ex vivo for 24 h, washed with PBS, and injected into mice (Jackson Laboratory, Bar Harbor, Maine, United States) via a foot pad. IL-12 receptor KO mice (B6.129S1-$Il12rb1^{tm1Jm}$) in a C57BL/6 background were purchased from the Jackson Laboratory. The immunized mice were treated with LPS, PolyI:C, or R837 (30 μg/mouse) or murine IL-12 (1 μg/mouse) intraperitoneally three times on days 1, 3, and 5 after DC immunization.

## DNA Vaccination

The pSuper-SOCS1-siRNA expression vector was generated as described previously [24]. An HIV Env gp140 expression vector (pCMV/R-gp140CF) in which the gp120/

**Figure 1.** Enhanced gp120-Specific Antibody and T Cell Responses Induced by SOCS1-Silenced DCs

Groups of C57BL/6 mice were immunized with gp120 (SF162) protein-pulsed, transduced BM-derived DCs ($1 \times 10^6$ cells/mouse) twice at a weekly interval, followed by PolyI:C or R837 stimulation (30 μg/mouse) in vivo three times on days 1, 3, and 5 after DC immunization. Sera and splenocytes were collected from each group of mice 14 d later. HIV gp120-specific IgG subclass titers (A) from the pooled sera of each group (4–6 mice/group) were quantified by capture ELISA. $CD8^+$ T cells (B) and $CD4^+$ T cells (C) isolated from pooled splenocytes were used for IFN-γ ELISPOT assays stimulated with gp120 proteins. Intracellular IFN-γ staining of $CD8^+$ T cells from the pooled splenocytes were also performed (D). Representative data from one of three experiments are presented. NS, no stimulation. *$P < 0.01$, LV-SOCS1-siRNA-DCs versus LV-GFP-siRNA-DCs.
DOI: 10.1371/journal.pmed.0030011.g001



gp41 cleavage site and fusion domain of HIV gp160 (codon usage-optimized HIV-1 strain JRFL) was deleted and the *gp140CF* gene was placed under control of the CMV promoter, was constructed. Endotoxin-free DNA was prepared with a DNA isolation kit from Qiagen (Valencia, California, United States), resuspended in endotoxin-free PBS (Sigma-Aldrich) at a final concentration of 1 µg/µl, and stored at −20 °C until used for injection. On the scheduled day of vaccination, 50 µg of *gp140CF* DNA or 200 µg of the mixture of *gp140CF* DNA (50 µg) and pSuper-SOCS1-siRNA expressor DNA (150 µg) [24] was injected into the quadriceps of each mouse [28,29]. The immunized mice were then treated with PolyI:C or R837 (30 µg/mouse) intraperitoneally three times on days 1, 3, and 5 after each DNA immunization [24].

### Statistical Analysis

We used the Student's t-test, and 95% confidence limits, to assess results for statistical significance, defined as $P < 0.05$. Results are typically presented as means ± standard error.

## Results

### Silencing of SOCS1 in DCs Enhances the HIV Env-Specific Antibody Response

We first investigated the effect of SOCS1 silencing on the ability of DCs to induce anti-HIV antibody responses. We used HIV Env for this study, since it can induce both cellular and neutralizing antibody responses. A recombinant lentiviral vector (LV-SOCS1-siRNA) that expresses SOCS1 siRNA and has the ability to down-regulate about 90% of SOCS1 mRNA in transfected cells and a control vector (LV-GFP-siRNA) were generated, as described previously [24]. Mouse BM-derived DCs were transduced with LV-SOCS1-siRNA or LV-GFP-siRNA, loaded with recombinant HIV gp120 proteins, and matured with TNFα ex vivo. Groups of mice were then immunized with the transduced DCs twice at a weekly interval. LV-SOCS1-siRNA-DCs elicited greater gp120-specific IgG responses than did the control LV-GFP-siRNA-DCs (Figure S1A and S1B). We further tested whether in vivo stimulation with a TLR agonist, PolyI:C or R837, could further enhance anti-gp120 immune responses, since SOCS1 is an inducible feedback inhibitor [15,16] and immune responses against tumor-associated antigens induced by SOCS1-silenced DCs were preferentially enhanced by in vivo stimulation with LPS in our previous study [24]. Groups of mice were then immunized with the transduced DCs twice at a weekly interval, followed by stimulation with a low dose of PolyI:C or R837 in vivo after each DC immunization. Figure 1 shows increases in HIV Env-specific antibody titers in all IgG subclasses in mice immunized with LV-SOCS1-siRNA-DCs, compared with the corresponding IgG subclasses in LV-GFP-siRNA-DC mice. In vivo stimulation with PolyI:C or R837 preferentially enhanced HIV Env-specific antibodies, especially IgG2 and IgG3, in mice immunized with LV-SOCS1-siRNA-DCs (Figure 1). The Env-specific antibody subclass profile showed a Th1-polarized IgG response, higher IgG2a (a subclass associated with a Th1 response [30]), induced by LV-SOCS1-siRNA-DCs. Similar results were obtained in repeated experiments. In addition, in vivo stimulation with LPS also significantly enhanced HIV Env-specific antibody titers in LV-SOCS1-siRNA-DC mice (Figure S2). We did not perform neutralizing assays, since mice are not an appropriate species for reliable testing of HIV neutralizing activities [5]. We further found that SOCS1 silencing enhanced antibody responses to other strains of HIV Env proteins and antigens such as OVA (unpublished data). These results demonstrate that HIV Env-specific antibody responses are enhanced by the silencing of SOCS1 in DCs, implying a critical role for SOCS1 in DCs in controlling antigen-specific antibody responses.

### Silencing of SOCS1 in DCs Enhances HIV gp120-Specific T Cell Responses

We next asked whether SOCS1 silencing could enhance HIV Env-specific CTL responses by using IFN-γ ELISPOT, intracellular cytokine staining, and CTL assays to test the functional status of CD8+ T cells in the immunized mice. CTL activities against gp120-pulsed target cells in the LV-SOCS1-siRNA-DC mice were more potent than those in the LV-GFP-siRNA-DC mice (see Figure S1). The CTL activity detected in these assays was gp120-specific, since splenocytes from LV-SOCS1-siRNA-DC mice lacked any apparent CTL activity against non-gp120-pulsed target cells (unpublished data). Natural killer cell (NK) activities were also enhanced in mice immunized with SOCS1-silenced DCs (Figure S3). In vivo stimulation with PolyI:C or R837 further enhanced the CD8+ T cell responses in LV-SOCS1-siRNA-DC-immunized mice (Figure 1). Intracellular staining of splenocytes with IFN-γ also showed higher percentages of IFN-γ+ CD8+ T cells in LV-SOCS-siRNA-DC mice (Figure 1). Various TLR agonists had a comparable ability to enhance the immunostimulatory potency of LV-SOCS1-siRNA-DCs (Figure S4). In addition, the percentage of perforin-positive CD8+ T cells was significantly increased in mice immunized with gp120-pulsed LV-SOCS1-siRNA-DCs (Figure S5), suggesting that SOCS1-silenced DCs may qualitatively enhance CTL responses as well. LV-SOCS1-siRNA-DC immunization induced enhanced HIV gp120-specific CD4+ T cells (Figure 1). We compared the potency of SOCS1-silenced DC immunization and protein adjuvant immunization. Figure 2A–2C show that gp120-pulsed SOCS1-silenced DCs induced potent CD8+ and CD4+ T cell responses as well as antibody responses, especially IgG2a, IgG2b, and IgG3. In contrast, immunization with the same amount of recombinant gp120 proteins formulated in incomplete Freund's adjuvant (IFA) only induced weaker antibody responses and barely detectable CD8+ and CD4+ T cell responses. Taken together, these results demonstrate a balanced and enhanced antibody and T cell response against HIV Env in mice immunized with SOCS1-silenced DCs, especially when stimulated in vivo with a low dose of TLR agonists, suggesting that SOCS1 in DCs critically regulates both anti-HIV humoral and cellular immunity.

### Enhanced gp120-Specific Th Response Induced by SOCS1-Silenced DCs

Given the role of cytokines in programming Th1 versus Th2 responses [31,32], we reasoned that SOCS1 silencing might affect CTL and antibody responses by regulating the production of cytokines by DCs. Figure 3A and 3B shows significantly increased levels of IL-12 (p70), IFN-γ, and TNFα, which promote Th1-polarized responses, produced by LV-SOCS1-siRNA-BM-DCs generated in the culture containing GM-CSF and IL-4, compared with GFP-siRNA-DCs generated



**Figure 2.** Comparison of gp120-Specific Antibody and T Cell Responses Induced by Protein Immunization and SOCS1-Silenced DCs

Groups of C57BL/6 mice were immunized with gp120 protein (20 µg/ml)-pulsed, transduced BM-derived DCs ($1 \times 10^6$ cells/mouse) or the same amount of gp120 protein formulated in IFA (20 µg/mouse) twice at a weekly interval. All of the mice were injected with PolyI:C or R837 (30 µg/mouse) in vivo three times on days 1, 3, and 5 after each immunization, and sera and splenocytes were collected from each group of mice 14 d later. HIV gp120-specific IgG subclass titers (A) from the pooled sera of each group (4–6 mice/group) were quantified by capture ELISA. CD8[+] T cells (B) and CD4[+] T cells (C) isolated from pooled splenocytes were used for IFN-γ ELISPOT assays stimulated with gp120 proteins. Representative data from one of three experiments are presented. *$P < 0.01$, gp120 protein + IFA versus gp120-pulsed LV-SOCS1-siRNA-DCs.
DOI: 10.1371/journal.pmed.0030011.g002

with GM-CSF and IL-4 culture after stimulation with LPS or LPS with anti-CD40 antibodies. The expression of EOMES mRNA, a transcription factor involved in the regulation of IFN-γ, was enhanced in LV-SOCS1-siRNA-DCs compared with LV-GFP-siRNA-DCs after stimulation with LPS (Figure S6), in agreement with a recent report by Hanada et al [25]. In addition, significant increases of IL-4, IL-6, and IL-10, which promote Th2-polarized responses, were also seen in the SOCS1-silenced BM-DCs ($P < 0.01$). Interestingly, we found that both LV-SOCS1-siRNA-DCs and LV-GFP-siRNA-DCs generated in a culture containing GM-CSF alone only produced low levels of IL-12 (p70), even when stimulated with LPS and anti-CD40 antibodies. These results suggest that IL-4 is a potent enhancer of IL-12 production, which is supported by an earlier finding [33]. Collectively, these data suggest that the higher levels of both Th1- and Th2-promoting cytokines produced by SOCS1-silenced DCs may account for the enhanced ability of SOCS1-silenced DCs to induce both HIV Env-specific CTL and antibody responses.

SOCS1 silencing in DCs clearly promoted antibody and CTL responses, but it was unclear whether HIV Env-specific

CD4[+] Th responses, which are intimately involved in the induction of antibody and CTL responses, are also enhanced by SOCS1 silencing. We therefore isolated CD4[+] T cells from immunized mice using CD4[+] microbeads and analyzed them with various assays. As depicted in Figure 3C, the frequencies of gp120-specific CD4[+] T cells were significantly higher in LV-SOCS1-siRNA-DC mice than in LV-GFP-siRNA-DC mice. [3]H-thymidine incorporation assays showed that the CD4[+] T cells from LV-SOCS1-siRNA-DC mice proliferated more actively than those from LV-GFP-siRNA-DC mice in response to stimulation with gp120-pulsed DCs (Figure 3D). Analysis of the cytokine profiles produced by CD4[+] T cells isolated from LV-SOCS1-siRNA-DC mice after stimulation with gp120-pulsed DCs revealed increased levels of both Th1-polarizing (IFN-γ, IL-12, and TNFα) and Th2-polarizing (IL-4 and IL-10) cytokines (Figure 3E). These results indicate that SOCS1-silenced DCs induce an enhanced Th1-polarized, but a mixed Th1 and Th2, response against HIV Env, which is consistent with the Th1-polarized gp120-specific IgG subclass profile (higher IgG2a) shown in Figures 1B and 2B.



**Figure 3.** Enhanced Production of Both Th1- and Th2-Polarizing Cytokines by SOCS1-Silenced DCs and Activated CD4[+] Th

(A) Enhanced production of both Th1- and Th2-polarizing cytokines by SOCS1-silenced DCs. BM-DCs transfected with SOCS1 siRNA or control [24] were stimulated with LPS (100 ng/ml). Concentrations of various cytokines in the culture media were analyzed by ELISA 24 h after stimulation. NS, no stimulation. *$P < 0.01$, LV-SOCS1-siRNA-DCs versus LV-GFP-siRNA-DCs.

(B) IL-12 production by transduced DCs. BM cells were cultured with mGM-CSF (20 μg/ml only or mGM-CSF and mIL-4 (20 μg/ml) [24] for 6 d and then transduced with LV-SOCS1-siRNA or LV-GFP-siRNA. The transduced DCs (5 × 10⁵/ml) were then stimulated with LPS (100 ng/ml) and plate-coated anti-CD40 mAb (5 μg/ml, BD Bioscience) in the presence or absence of IL-4. Concentrations of IL-12 (p70) in the culture media were analyzed by ELISA 24 h after stimulation and are presented from one of three independent experiments. *$P < 0.01$, LV-SOCS1-siRNA (GM-CSF + IL-4) versus LV-GFP-siRNA (GM-CSF + IL-4).

(C–E) CD4$^+$ Th responses induced by LV-SOCS1-siRNA-DCs. CD4$^+$ T cells were isolated from pooled splenocytes of different groups of mice and subjected to the following assays. Numbers of IFN-γ-producing CD4$^+$ T cell precursors were determined with the ELISPOT assay (C). $^3$H-thymidine incorporation rates of the isolated CD4$^+$ T cells were determined on the day of restimulation with gp120-pulsed DCs (D). Cytokine levels in the culture medium of isolated CD4$^+$ cells stimulated with gp120-pulsed DCs for 48 h were determined by ELISA (E). The mean results (+ standard error) from one of three experiments are presented. *$P$ < 0.01, LV-SOCS1-siRNA-DC versus LV-GFP-siRNA-DC mice.
DOI: 10.1371/journal.pmed.0030011.g003

## Enhanced gp120-Specific B Cell Activation by SOCS1-Silenced DCs

DCs have been shown to directly trigger B cell proliferation, maturation, and class-switch recombination by producing APRIL (a proliferation-inducing ligand) and BAFF (B-cell activating factor of the TNF family, also known as BLyS), members of the TNF superfamily [34–36]. We examined the effect of SOCS1 silencing on the production of APRIL and BAFF by DCs using real-time RT-PCR. LV-SOCS1-siRNA-DCs expressed higher levels of APRIL and BAFF mRNA upon LPS stimulation than did LV-GFP-siRNA-DCs (Figure 4A), in agreement with the increased expression of BAFF and APRIL in SOCS1$^{-/-}$ DCs [20].

To test the ability of SOCS1-silenced DCs to enhance activation of gp120-specific B cells, we used an anti-gp120 IgG-specific B cell ELISPOT assay to directly examine the frequencies of anti-gp120 IgG-producing B cells in the immunized mice. Frequencies of anti-gp120 IgG-producing B cells were significantly higher in LV-SOCS1-siRNA-DC mice than in LV-GFP-siRNA-DC mice ($P$ < 0.01) (Figure 4B). Higher percentages of B cells exhibited an activated phenotype characterized by high levels of CD69, CD40, and CD86 in LV-SOCS1-siRNA-DC mice, compared with B cells from LV-GFP-siRNA-DC mice (unpublished data). We further purified B cells from the spleens of immunized mice and stimulated them with various stimuli. Figure 4C shows that B cells from LV-SOCS1-siRNA-DC mice proliferated more vigorously when costimulated with anti-CD40 and IL-4 than did B cells from LV-GFP-siRNA-DC mice. Interestingly, B cells from LV-SOCS1-siRNA-DC mice, but not those from LV-GFP-siRNA-DC mice, responded strongly to IL-4 or anti-CD40 only, suggesting that increased numbers of B cells were already activated in vivo by immunization with LV-SOCS1-siRNA-DCs. We also found that B cells from LV-SOCS1-siRNA-DCs mice produced higher levels of various cytokines, including IL-6, IL-2, and TNF-α, in response to various stimuli (Figure 4D). The enhanced B cell activation and antibody production induced by SOCS1-silenced DCs were likely CD4$^+$ T cell-dependent, since the antibody production was compromised in CD4 knockout mice immunized with SOCS1-silenced DCs (unpublished data). Collectively, these results suggest that SOCS1-silenced DCs produce enhanced levels of B lymphocyte stimulators (BAFF and APRIL) and Th2-polarizing cytokines, leading to more effective activation of HIV Env-specific B cells and Th cells.

## Long-Term HIV Env-Specific CTL and Antibody Responses Induced by SOCS1-Silenced DCs

Having shown that SOCS1 silencing in DCs enhances the primary HIV Env-specific CTL and antibody responses, we tested whether SOCS1-silenced DCs would induce memory HIV-specific CTL and antibody responses. Figure 5A shows that mice immunized with LV-GFP-siRNA-DCs had very low levels of gp120-specific antibodies at 6 mo after immunization, while LV-SOCS1-siRNA-DC mice still retained signifi-

cant titers of gp120-specific IgG1 and IgG2 antibodies in their sera. At 1 wk after booster immunization, the LV-SOCS1-siRNA-DC mice showed strong recall antibody responses, with a mean titer of anti-gp120 IgG1 at $2 \times 10^5$ and anti-gp120 IgG2 at $1 \times 10^5$, while the LV-GFP-siRNA-DC mice showed poor recall antibody responses, with a mean titer of IgG1 at $3 \times 10^3$ and IgG2 at $4 \times 10^2$. These data show that SOCS1-silenced DCs exhibit about 64- and 255-fold increases in the titers of IgG1 and IgG2a antibodies, respectively, compared to LV-GFP-siRNA-DCs.

The maintenance of memory HIV-specific CTLs and Th was assessed by examining gp120-specific CD8$^+$ and CD4$^+$ T cell responses with IFN-γ ELISPOT assays. Figure 5B shows that strong gp120-specific CTL responses were detected in LV-SOCS1-siRNA-DC mice, but not in LV-GFP-siRNA-DC mice, at 6 mo after immunization (249 IFN-γ spots per $5 \times 10^5$ CD8$^+$ T cells in LV-SOCS1-siRNA-DC mice versus three IFN-γ spots in LV-GFP-siRNA-DC mice). Vigorous gp120-specific CTL responses were rapidly induced by booster immunization in LV-SOCS1-siRNA-DC mice, but not in LV-GFP-siRNA-DC mice (446 IFN-γ spots per $5 \times 10^5$ CD8$^+$ T cells in LV-SOCS1-siRNA-DC mice versus 16 IFN-γ spots in LV-GFP-siRNA-DC mice on day 7 post-boosting) (Figure 5B). Costaining of intracellular IFN-γ and the surface CD44 memory marker of CD8$^+$ T cells also showed a higher percentage of CD44hi and IFN-γ$^+$ CD8$^+$ T cells in LV-SOCS1-siRNA-DC mice, compared with LV-GFP siRNA-DC mice at 6 mo post-immunization (Figure 5C). Similarly, gp120-specific CD4$^+$ Th responses were maintained and rapidly induced in LV-SOCS1-siRNA-DCs mice at 6 mo after immunization (391 IFN-γ spots per $5 \times 10^5$ CD4$^+$ T-cells in LV-SOCS1-siRNA-DC mice versus 37 IFN-γ spots in LV-GFP-siRNA-DC mice on day 7 post-boosting) (Figure 5D). Thus, immunization with SOCS1-silenced DCs effectively induces long-term HIV Env-specific CTL, Th, and antibody responses.

No apparent toxicity was observed in the mice immunized with LV-SOCS1-siRNA-DCs pulsed with gp120 up to 7 mo after immunization. Histological analysis of all major organs and tissues of the immunized mice revealed no pathologic inflammation (unpublished data). Levels of IgG and anti-dsDNA were comparable in LV-SOCS1-siRNA-DC and mock DC mice. These data suggest that gp120-pulsed LV-SOCS1-siRNA-DC immunization does not cause pathological inflammation in mice.

## Resistance of SOCS1-Silenced DCs to HIV Env-Mediated Immune Suppression

The HIV Env protein gp120 can suppress the ability of DCs to produce proinflammatory cytokines and to stimulate T cells [37–40]. We therefore asked whether the enhanced activation of DCs by SOCS1 silencing might overcome the inhibitory effects of gp120 proteins on the cytokine production and immunostimulatory capacity of DCs. IL-12 was selected as a representative cytokine for these experiments, because DC-derived IL-12 was found to play a dual role, driving Th1 development as well as directly signaling B cells

for developing humoral response [41–43]. As shown in Figure 6A, LV-SOCS1-siRNA-DCs in the presence of gp120 proteins retained the ability to respond to LPS. In contrast, the response of LV-GFP-siRNA-DCs to LPS stimulation was severely compromised by the presence of gp120 proteins. The susceptibility of SOCS1-silenced DCs to gp120-mediated suppression was further investigated in vivo. Mice were immunized with OVA-pulsed transduced DCs with or without pretreatment of gp120 proteins ex vivo. Pre-exposure to gp120 proteins did not have apparent effects on the ability of LV-SOCS1-siRNA-DCs to induce OVA-specific antibody responses (Figure 6B and 6C), nor did it compromise OVA-specific CD8$^+$ CTL and CD4$^+$ Th responses induced by LV-SOCS1-siRNA-DCs ($P > 0.05$) (Figure 6D and 6E). However, such pretreatment significantly reduced the ability of LV-GFP-siRNA-DCs to induce OVA-specific antibody and CTL responses ($P < 0.05$) (Figure 6B–6E). These results indicate that SOCS1 silencing renders DCs resistant to HIV gp120-mediated suppression, probably because of the enhanced cytokine production and hyperactivated state of SOCS1-silenced DCs [20,24].

### Regulation of gp120-Specific Cellular Responses by SOCS1-Restricted IL-12 Signaling in DCs

Since IL-12 is a potent stimulator of Th1 immune responses [44] and is regulated by SOCS1 [45], we further tested whether in vivo stimulation with IL-12, which may be applicable in the clinic, is also effective in enhancing the potency of LV-SOCS1-siRNA-DCs. HIV gp120-pulsed, transduced DCs that were matured ex vivo with TNFα were transferred into mice. The recipient mice were then stimulated in vivo three times with a low dose of recombinant mouse IL-12 (1 μg/mouse/injection). Figure 7A shows that gp120-specific CD8$^+$ CTL activities in LV-SOCS1-siRNA-DC-immunized mice were significantly enhanced by in vivo IL-12 stimulation, as demonstrated by IFN-γ ELISPOT assay. In contrast, in vivo administration of IL-12 only had a modest effect on CTL activities in LV-GFP-siRNA-DC-immunized mice. Figure 7B also shows that in vivo IL-12 stimulation preferentially enhanced gp120-specific CD4$^+$ Th responses induced by LV-SOCS1-siRNA-DCs. These results suggest that in vivo administration with a representative proinflammatory cytokine (IL-12) preferentially enhances the immunostimulatory ability of SOCS1-silenced DCs.

The preferential enhancement of the immunostimulatory ability of SOCS1-silenced DCs by a low dose of IL-12 in vivo suggests that SOCS1-restricted cytokine signaling in antigen-presenting DCs is critical in regulating antigen presentation and anti-HIV immunity. To further investigate this possibility, we compared the immunostimulatory ability of DCs transfected with a recombinant adenovirus expressing mouse IL-12 cytokine (Ad-IL-12) or with LV-SOCS1-siRNA. Mice were immunized with gp120-pulsed DCs transfected with various MOIs of Ad-IL-12 (10 to 1,000), DCs transfected with LV-SOCS1-siRNA (MOI of 5), or DCs cotransfected with LV-SOCS1-siRNA (MOI of 5) and Ad-IL-12 (MOI of 10). DCs transfected with Ad-IL-12 at a MOI of 300 constitutively produced a high level of IL-12, comparable to that produced by LV-SOCS1-siRNA-DCs after stimulation with LPS (unpublished data). Figure 7C and 7D show that gp120-specific CTL and Th responses were enhanced in mice immunized with DCs transfected with Ad-IL-12 (MOIs of 10 to 1,000),

when compared with control LV-GFP-siRNA-DC. Interestingly, DCs transfected with either low or high MOIs of Ad-IL-12 induced comparable levels of gp120-specific CD8$^+$ and CD4$^+$ T cell responses (Figure 7C and 7D), suggesting that gp120-specific immune responses cannot be simply boosted by administration of increasing doses of proinflammatory cytokines. However, SOCS1-silenced DCs cotransfected with a low MOI (10) of Ad-IL-12 induced significantly more potent gp120-specific CD8$^+$ CTL and CD4$^+$ Th responses than SOCS1-silenced DCs or WT DCs transfected with either low or high MOIs (10 to 1,000) of Ad-IL-12 (Figure 7C and 7D), supporting a critical role of SOCS1-restricted IL-12 signaling in DCs for the induction of anti-HIV cellular responses. To further determine the role of autocrine signaling of IL-12 in antigen-presenting DCs, we compared the CTL and Th responses induced by DCs derived from IL-12 receptor KO mice or WT mice. These DCs were cotransfected with LV-SOCS1-sRNA and Ad-IL-12 and then injected into WT mice. Ad-IL-12/SOCS1-siRNA DCs derived from IL-12 receptor KO mice exhibited a significantly reduced ability to induce gp120-specific CTL responses, compared with Ad-IL-12/SOCS1-siRNA DCs from WT mice (Figure 7C and 7D). Similarly, in vivo stimulation with IL-12 showed a significantly reduced ability to induce gp120-specific CTL and Th responses induced by IL-12R KO LV-SOCS1-siRNA-DCs, compared with WT LV-SOCS1-siRNA-DCs (Figure 7A and 7B). Taken together, these results indicate that SOCS1-restricted, autocrine signaling of proinflammatory cytokines such as IL-12 in DCs, in addition to the SOCS1-restricted production of proinflammatory cytokines by DCs, plays a critical role in controlling anti-HIV immune responses.

### Potency of HIV DNA Vaccine Enhanced by Coimmunization with SOCS1-siRNA DNA

The ability of SOCS1-silenced DCs to enhance both HIV Env-specific CTL and antibody responses suggests that our SOCS1 silencing approach might be useful in improving the potency of HIV DNA vaccination. We generated a HIV gp140CF expression vector, in which the gp120/gp41 cleavage site and fusion domain of gp160 were deleted and the *gp140CF* gene was placed under control of the CMV promoter. To test the effect of SOCS1 siRNA on DNA vaccination, we injected mice with *gp140CF* DNA only or with a mixture of *gp140CF* DNA and pSuper-SOCS1-siRNA expressor DNA, which was constructed previously [24], weekly for 3 wk, followed by PolyI:C or R837 stimulation (30 μg/mouse) in vivo after each DNA immunization. Enhanced HIV Env-specific antibody titers were evident in mice coimmunized with pSuper-SOCS1-siRNA DNA (Figure 8). gp120-specific IgG2a antibodies, indicative of a Th1-polarized immune response [46], were preferentially enhanced, indicating that SOCS1-siRNA DNA preferentially enhances Th1-polarized anti-HIV immune responses induced by DNA vaccines. HIV Env-specific CTL responses were significantly enhanced by co-injection of pSuper-SOCS1-siRNA DNA, as demonstrated by ELISPOT assays (Figure 8). Intracellular IFN-γ staining also showed enhanced gp120-specific CD8$^+$ T cell responses in mice coimmunized with pSuper-SOCS1 siRNA DNA (Figure 8). Moreover, HIV Env-specific CD4$^+$ Th responses were enhanced by co-injection of SOCS1-siRNA DNA (Figure 8). These results indicate that pSuper-SOCS1 siRNA DNA coimmunization enhances the potency of HIV



**Figure 4.** Enhanced HIV-Specific B Cell Responses

(A) Enhanced production of BAFF and APRIL by SOCS1-silenced DCs. The transduced BM-DCs were stimulated with LPS (100 ng/ml) for 24 h. Relative expression levels of BAFF and APRIL mRNA were then determined by real-time quantitative PCR as described in Methods, and normalized to mock-transfected DCs after LPS stimulation using the Comparative Ct method [27]. Representative data from two independent experiments are presented. *$P$ < 0.01, LV-SOCS1-siRNA-DC versus LV-GFP-siRNA-DCs.

(B–D) Enhanced activation of gp120-specific B cells by SOCS1-silenced DCs. Frequencies of anti-gp120 antibody-producing cells in different groups of mice were determined and reported as the number of cells secreting gp120-specific IgG per 5 × $10^5$ B cells (B). The proliferation rates (C) and cytokine production (D) of B cells (5 × $10^4$/well) isolated from the spleens of different groups of mice after stimulation with anti-CD40 (5 μg/ml), IL-4 (20 ng/ml), or costimulation with anti-CD40 and IL-4 for 48 h were determined, and results from one of three independent experiments are presented. $P$ < 0.01, LV-SOCS1-siRNA-DC mice versus LV-GFP-siRNA-DC mice under various in vitro stimulation conditions.

DOI: 10.1371/journal.pmed.0030011.g004

DNA vaccination, probably due to the enhanced immuno-stimulatory capacity of the cotransfected APCs in the immunized mice. Thus, our SOCS1 silencing strategy is applicable to ex vivo DC-based and in vivo vaccination settings.

## Discussion

In this study we found that silencing of the negative signaling regulator SOCS1 in DCs results in drastic enhancement of both HIV Env-specific CTL and antibody responses in mice. We demonstrated that SOCS1-silenced DCs have an enhanced ability to generate memory HIV Env-specific T cell and B cell responses. We also found that SOCS1-restricted, autocrine signaling of proinflammatory cytokines, such as IL-12 in DCs, as well as production of proinflammatory cytokines by DCs, play a critical role in inducing anti-HIV immune response. In addition, we demonstrated that coimmunization with SOCS1 siRNA DNA significantly enhances the potency of HIV DNA vaccination. Thus, a balanced memory humoral and cellular response against HIV can be induced by SOCS1-silenced DCs and SOCS1-siRNA DNA. This study indicates that SOCS1 functions as a critical antigen presentation attenuator. Furthermore, this SOCS1 silencing strategy is broadly applicable to enhancing both therapeutic and prophylactic vaccines against HIV and other pathogens.

The role of DCs in the induction of humoral responses has been traditionally viewed as a consequence of CD4+ Th priming for cognate interaction between T cells and B cells. However, the direct role of DCs in stimulation of the humoral response has been documented in vitro and in vivo [42,47]. Notably, DCs were found to strongly enhance both proliferation and antibody production of CD40-activated B cells [42]. Immunization with DCs loaded with antigens can induce a protective humoral response [48]. Here, we found that SOCS1-silenced DCs enhance the production of Th2-polarizing cyokines as well as B lymphocyte stimulatory cytokines (BAFF and APRIL), which is likely responsible for the enhanced Th and B cell activation seen in SOCS1-silenced DC-immunized mice. Our finding is supported by a previous report that SOCS1−/− DCs induce aberrant expansion of B cells and autoreactive antibody production [20]. Hence, this study demonstrates the critical role of SOCS1 in DCs in controlling HIV-specific antibody responses and implies that the silencing of SOCS1 can be generically used to boost antibody responses against antigens other than HIV Env.

An important finding of this study is that SOCS1-silenced DCs induce balanced, memory HIV Env-specific antibody and CTL responses, which may be desirable for preventing or controlling HIV infection [5,8–11,49,50]. Although the mechanism(s) by which SOCS1 silencing induces a balanced, memory humoral and cellular response is unclear, it may involve the enhanced production of a mixed pattern of Th1- and Th2-polarizing cytokines by SOCS1-silenced DCs. These results are consistent with mixed antibody and CTL responses naturally generated against many pathogens such as viruses [30], indicating that Th1 and Th2 polarization is not mutually exclusive [32,51]. Hanada et al. recently found that the expression of Eomes, a transcription factor, was selectively overexpressed in SOCS1−/− BM-DCs, which may be responsible for the enhanced production of IFN-γ [25]. Baetz et al. [22] and Gingras et al. [23] recently reported that SOCS1 indirectly regulates TLR signaling in macrophages by inhibiting the signaling of type I IFN that is induced by TLR signaling. However, the Gingras et al. studies [15,22,23] showed that levels of IL-12 produced by SOCS1−/− BM-derived macrophages were comparable to those by WT BM-derived macrophages in response to LPS. We found that SOCS1-silenced BM-DCs produced higher levels of proinflammatory cytokines including IL-12 (p70 heterodimer) than did LV-GFP-siRNA-DCs (see Figure 2B). Our results are also consistent with two recent reports that SOCS1 KO macrophages produced excessive amounts of IL-12 and other cytokines in response to stimuli, and that enhanced levels of IL-12 and other cytokines were found in sera of conditional SOCS1 KO mice [52,53]. We noticed that transduction with control GFP-siRNA also enhanced the immunostimulatory potency of DCs, because siRNA molecules can stimulate DCs via the activation of TLR signaling [54,55] and the direct activation of some cellular genes such as the IFN-stimulated genes [56]. Thus, the enhanced immunostimulatory potency of DCs by SOCS1-siRNA is likely a collective result of SOCS1 silencing and nonspecific stimulatory effect of siRNA molecules. The nonspecific stimulatory ability of siRNA molecules may be an added benefit of using siRNA to silence a signaling inhibitor to enhance anti-HIV immunity.

The results of this study underscore the importance of autocrine SOCS1-restricted signaling of proinflammatory cytokines such as IL-12 in DCs for the induction of anti-HIV immune responses. Proinflammatory cytokines have been used to enhance the potency of HIV vaccines [57,58]. Here we found that in vivo stimulation with IL-12 or cotransfection of recombinant Ad-IL-12 viruses only modestly enhance anti-HIV immune responses induced by WT DC immunization. In contrast, the anti-HIV immune responses induced by SOCS1-silenced DC immunization were significantly enhanced by in vivo stimulation with IL-12 or cotransfection of Ad-IL-12. These results indicate that the signaling of proinflammatory cytokines and their stimulatory effects on APCs are tightly restricted by SOCS1, which may reflect the modest or no enhancement of the potency of HIV vaccines by coexpression of various proinflammatory cytokines [59]. The importance of autocrine signaling of proinflammatory cytokines in antigen presentation was reported in several recent studies [60,61]. In addition, we found that SOCS1-silenced DCs have a superior ability to generate HIV-specific memory T cell and B cell responses. The increase of memory T cell and antibody responses was more profound than that of primary responses induced by SOCS1-silenced

**Figure 5.** Long-Term gp120-Specific Antibody and CTL Responses Induced by SOCS1-Silenced DCs

IgG subclass titers (A) from pooled sera of different groups of mice and frequencies of IFN-γ-positive T cells of CD8+ T cells (B) and CD4+ T cells (D) isolated from pooled splenocytes (two mice per group) were determined at 6 mo after DC immunization and on day 7 after booster immunization with recombinant gp120 emulsified in IFA (20 μg protein/mouse). Intracellular IFN-γ and surface CD44 costaining of gated CD8+ T cells from splenocytes at 6 mo after immunization are shown (C). The data are representative of two experiments.
DOI: 10.1371/journal.pmed.0030011.g005



HIV Vaccine/Immune Inhibitor Silencing









DCs. Although the molecular mechanisms for memory generation are still poorly defined, the fate of activated T lymphocytes is likely determined by the stimuli under which an antigen is presented by APCs [62–66]. The results of our study suggest that unrestricted autocrine signaling, as well as enhanced production of both Th1- and Th2-promoting cytokines by SOCS1-silenced DCs, may account for the enhanced ability of SOCS1-silenced DCs to induce memory HIV-specific CTL and antibody responses. It is tempting to postulate that enhanced expression and signaling of cytokines such as IL-7 and IL-15 and other surface molecules, which are involved in the generation of memory response [67–69], by SOCS1-silenced DCs may be responsible for the enhanced memory responses. Our results also suggest that the quality of gp120-specific T cells, in addition to their frequencies, may be enhanced by SOCS1-silenced DCs (Figure S6). It would be interesting to systematically examine the expression of granzyme, perforin, Fas ligand, and other molecules on these antigen-specific T cells induced by SOCS1-silenced DCs in a future study.

Functional defects and depletion of DCs are common in HIV-infected individuals, likely contributing to the progressive immunodeficiency. Peripheral mononuclear cells from HIV-1-infected patients have been shown to produce significantly less IL-12 than those from uninfected controls [70]. HIV gp120 protein can suppress the ability of DCs to produce proinflammatory cytokines and to stimulate T cells [37,71], although the mechanism by which gp120 suppresses the production of proinflammatory cytokines is largely uncharacterized. We found that SOCS1-silenced DCs are more resistant to HIV gp120-mediated suppression, since SOCS1-silenced DCs in the presence of gp120 proteins still produced higher levels of IL-12 in response to LPS and induced stronger CTL and antibody responses (see Figure 6). This finding is especially relevant to the development of therapeutic HIV vaccines, which would be used in immunosuppressed HIV-infected individuals [72]. The enhanced resistance to gp120-mediated suppression may be due to the unbridled proinflammatory STAT (1/2/4) signaling in SOCS1-silenced DCs to antagonize anti-inflammatory signaling mediated by HIV gp120. In this study we treated DCs with high concentrations of soluble recombinant HIV gp120 proteins largely in a monomeric form, which may not reflect the physiologic conditions of HIV infection. Further studies are needed to investigate precise molecular mechanisms responsible for the enhanced resistance of SOCS1-silenced DCs to HIV suppression in a condition closely resembling natural HIV infection.

The vaccination strategy described here, to our knowledge, represents the first effort to enhance anti-HIV immune responses by inhibiting the host's immune inhibitors in DCs. Since natural immunity is ineffective in controlling HIV-1



**Figure 6.** Resistance of SOCS1-Silenced DCs to HIV gp120-Mediated Suppression

(A) Effects of gp120 on cytokine production by DCs. BM-DCs were transfected with SOCS1-siRNA or a SOCS1-siRNA mutant oligonucleotide as described previously [24], and then cultured with or without SF162 gp120 (20 µg/ml) or LPS (100 ng/ml), and cytokine levels were determined at the different times of cultures, as indicated.

(B–E) Effects of gp120 on DC antigen presentation in vivo. Transfected BM-DCs were pulsed with OVA, incubated with or without gp120 for 2 d, and then stimulated with LPS (100 ng/ml) ex vivo overnight. Mice were then immunized with the transduced DCs twice, following three in vivo LPS stimulations. OVA-specific antibody IgG (B) and IgG1 (C) titers and frequencies of IFN-γ-producing OVA-specific CD8+ T cells (D) and CD4+ T cells (E) were examined 2 wk after the second DC immunization. Data are representative of two repeats.
DOI: 10.1371/journal.pmed.0030011.g006






**Figure 7.** The Role of IL-12 Signaling in Enhanced Anti-HIV Immunity

(A and B) In vivo injection with IL-12 preferentially enhanced gp120-specific CTL and Th responses induced by SOCS1-silenced DCs. C57BL/6 mice were immunized with $1 \times 10^6$ of HIV gp120-pulsed (50 μg/ml), transduced DCs derived from BM of WT mice or IL-12 receptor KO mice with ex vivo TNFα maturation (50 ng/ml). On days 1, 3, and 5 after DC immunization, murine IL-12 (1 μg/mouse, Peprotech) was administered intraperitoneally. $CD8^+$ T cells (A) or $CD4^+$ T cells (B) isolated 2 wk later from the pooled splenocytes of immunized mice (2–3 each group) were subjected to IFN-γ ELISPOT assays. An irrelevant protein, OVA, was used as a negative control. Representative data from two independent experiments are presented. *$P < 0.01$, LV-SOCS1-siRNA-DC versus LV-SOCS1-siRNA-DC + IL-12, or IL12R KO SOCS1-siRNA-DC + IL-12 versus LV-SOCS1-siRNA-DC + IL-12.

(C and D) gp120-specific CTL and Th responses induced by SOCS1-silenced DCs or Ad-IL-12-DCs. BM-derived DCs from WT mice were transfected with LV-SOCS1-siRNA (MOI of 5) or Ad-IL-12 with various MOIs of 10–1,000 or cotransfected with LV-SOCS1-siRNA (MOI of 5) and Ad-IL-12 (MOI of 10) for 4 h. DCs derived from BM of IL-12 receptor KO mice were cotransfected with LV-SOCS1-siRNA (MOI of 5) and Ad-IL-12 (MOI of 10) for 4 h. Groups of C57BL/6 mice were immunized with $1 \times 10^6$ of gp120-pulsed (50 μg/ml), transfected DCs with ex vivo TNFα maturation. $CD8^+$ T-cells (C) or $CD4^+$ T cells (D) isolated 2 wk later from the pooled splenocytes of immunized mice (2–3 each group) were subjected to IFN-γ ELISPOT assays. An irrelevant protein, OVA, was used as a negative control. Representative data from two independent experiments are presented. $P < 0.01$, Ad-IL-12/SOCS1-siRNA-DC versus IL-12-DCs, or Ad-IL-12/SOCS1-siRNA-DC versus IL2R KO Ad-IL-12/SOCS1-siRNA-DC.

DOI: 10.1371/journal.pmed.0030011.g007

infection, disabling the host's immune inhibitors may be critical to generate effective anti-HIV immune responses. However, mere enhancement of HIV-specific immune responses may not lead to the induction of protective HIV antibodies and CTL responses. In this regard, our approach offers the opportunity for combinational immunization with currently available vaccines, as demonstrated by our coimmunization of DNA vaccine and SOCS1 siRNA DNA. When used with improved HIV immunogens and delivery systems [5,73], this vaccination approach may provide a new avenue to enhance weak protective immune responses or generate broader and stronger responses not only against dominant epitopes, but also against weakly immunogenic or cryptic, yet protective epitopes.

Current efforts in HIV immunotherapy and vaccine development are largely aimed at stimulating anti-HIV immune responses by modifying HIV antigens and using various delivery systems and adjuvants. This study demonstrates the principle of disabling a signaling inhibitor in host DCs as an alternative and effective HIV immunization approach, which could be translated into the clinic. Indeed, our recent study identified a human SOCS1 siRNA and demonstrated that human SOCS1-silenced DCs also had enhanced immunostimulatory capacity to activate antigen-

specific CTL responses (unpublished data). The SOCS1 siRNA molecule or expression cassette can be incorporated into various forms of prophylactic HIV vaccines, including DNA-, adenovirus-, vaccinia-, poxvirus-, virus-like particle-, and other vector-based vaccines. Furthermore, immunization of HIV-infected patients with DCs loaded with inactivated HIV viruses led to a reduction in viral loads and an increase in $CD4^+$ T cell numbers in the blood [72], suggesting that SOCS1 silencing could augment the effect of therapeutic HIV vaccines for the long-term control of HIV infection. Thus, further investigations are warranted to determine if protective anti-HIV responses would be induced by this SOCS1 silencing strategy in monkeys and ultimately in humans.

## Supporting Information

**Figure S1.** Enhanced gp120-Specific Antibody and CTL Responses Induced by SOCS1-Silenced DCs

Groups of C57BL/6 mice were immunized with gp120 (SF162) protein-pulsed, transduced BM-derived DCs ($1 \times 10^6$ cells/mouse) twice at a weekly interval without in vivo LPS stimulation, and sera and splenocytes were collected from each group of mice 14 d later. HIV gp120-specific IgG (A) and subclass (B) titers from the pooled sera of each group (4–6 mice/group) were quantified by capture ELISA. Antibody titers are reported as the mean ± standard deviation of endpoint titers [24]. Pooled splenocytes from the immunized mice were subjected to CTL assays against gp120 protein-pulsed syngeneic

HIV Vaccine/Immune Inhibitor Silencing



**Figure 8.** Enhancement of HIV DNA Vaccine by SOCS1-siRNA DNA

Groups of C57BL/6 mice were immunized with gp140CF DNA [74] only or a mixture of gp140CF DNA and pSuper-SOCS1-siRNA expressor DNA [24] weekly for 3 wk, followed by PolyI:C or R837 stimulation (30 μg/mouse) in vivo three times on days 1, 3, and 5 after each DNA immunization. HIV gp120-specific IgG subclass titers (A), IFN-γ spot numbers of CD8[+] T cells (B) and CD4[+] T cells (C) from pooled splenocytes of different groups of mice (4–6 mice per group) 1 wk after the last immunization are shown from one of three independent experiments. Intracellular IFN-γ staining of CD8[+] T cells from the pooled splenocytes was also performed (D). *$P < 0.01$, gp140CF and GFP siRNA versus gp140CF and SOCS1 siRNA coimmunization.
DOI: 10.1371/journal.pmed.0030011.g008

TC-1 cells (C). Representative data from one of three experiments are presented. *$P < 0.01$, LV-SOCS1-siRNA-DCs versus LV-GFP-siRNA-DCs.

Found at DOI: 10.1371/journal.pmed.0030011.sg001 (74 KB PDF).

**Figure S2.** gp120-Specific Antibody and CTL Responses Enhanced by SOCS1-Silenced DCs and In Vivo LPS Stimulation

Groups of C57BL/6 mice were immunized with gp120 (SF162) protein-pulsed, transduced BM-derived DCs (1 × 10⁶ cells/mouse) twice at a weekly interval, followed by LPS stimulation (30 μg/mouse) in vivo three times on days 1, 3, and 5 after each DC immunization, and sera and splenocytes were collected from each group of mice 14 d later. HIV gp120-specific IgM and IgG (A) and IgG subclass (B) titers from the pooled sera of each group (4–6 mice/group) were quantified by capture ELISA. Pooled splenocytes from the immunized mice were subjected to CTL assays against gp120 protein-pulsed syngenic TC-1 cells (C). CD8[+] T cells isolated from the splenocytes were used for IFN-γ ELISPOT assays stimulated with gp120 proteins or control BSA (D). Representative data from one of three experiments are presented. *$P < 0.01$, LV-SOCS1-siRNA-DCs versus LV-GFP-siRNA-DCs.

Found at DOI: 10.1371/journal.pmed.0030011.sg002 (72 KB PDF).

**Figure S3.** Enhanced NK Activities in Mice Immunized with SOCS1-Silenced DCs

Splenocytes pooled from each group of mice immunized with gp120-pulsed BM-DCs (1 × 10⁶ cells/mouse) were examined for NK activity using a 5-h ⁵¹Cr release assay against Yac-1 cells. Data are representative of three independent experiments. $P < 0.05$, LV-SOCS1-siRNA-DCs versus LV-GFP-siRNA-DCs.

Found at DOI: 10.1371/journal.pmed.0030011.sg003 (50 KB PDF).

**Figure S4.** Comparison of T Cell Responses Boosted by Various TLR Agonists

Groups of C57BL/6 mice were immunized with gp120 protein-pulsed, LV-SOCS1-siRNA-transduced DCs (1 × 10⁶ cells/mouse) twice at a weekly interval, followed by in vivo stimulation with LPS, PolyI:C, or R837 (30 μg/mouse) three times on days 1, 3, and 5 after each DC immunization. CD8[+] T cells isolated from the splenocytes were used for IFN-γ ELISPOT assays stimulated with gp120 proteins 14 d later. NS, no in vivo stimulation with any TLR agonist. *$P < 0.01$, NS versus LPS, PolyI:C, or R837.

Found at DOI: 10.1371/journal.pmed.0030011.sg004 (48 KB PDF).

**Figure S5.** Enhanced Perforin Expression in T Cells of Mice Immunized with SOCS1-Silenced DCs

Groups of C57BL/6 mice were immunized with gp120-pulsed, transduced BM-derived DCs (1 × 10⁶ cells/mouse) or the same amount of gp120 protein formulated in IFA (20 μg/mouse) twice at a weekly interval. All of the mice were injected with PolyI:C (30 μg/mouse) in vivo three times on days 1, 3, and 5 after each immunization, and splenocytes were collected from each group of mice 14 d later. The splenocytes were in vitro restimulated with gp120 protein-pulsed BM-DCs for 5 h and then costained with anti-CD8-FITC and anti-Perforin-PE (BD Pharmingen) for FACS analysis.

Found at DOI: 10.1371/journal.pmed.0030011.sg005 (66 KB PDF).

**Figure S6.** Enhanced Expression of Eomes in LV-SOCS1-siRNA-Transduced DCs

The expression of Eomes and T-bet in the transduced DCs after 24 h of LPS stimulation was examined by RT-PCR, as described by Hanada et al. [25]. GAPDH was used as an internal control. A pair of primers used for T-bet amplification were 5′-CCCACAAGCCATTACAGG-3′ and 5′-AGTGATCTCTGCGTTCTGGT-3′; a pair of primers for Eomes amplification was 5′-TGAATGAACCTTCCAAGACTCAGA-3′ and 5′-GGCTTGAGGCAAAGTGTTGACA-3′; and a pair of primers for GAPDH amplification was 5′-ACCACAGTCCATGCCATCAC-3′ and 5′-TCCACCACCCTGTTGCTGTA-3′.

Found at DOI: 10.1371/journal.pmed.0030011.sg006 (75 KB PDF).

## Acknowledgments

We thank Wenhong Ren, Lei Shen, and Natasha Lapteva for technical assistance and valuable suggestions. We also thank the National Institutes of Health (NIH) AIDS Research and Reference Reagent Program, National Institute of Allergy and Infectious Diseases (NIAID) Division of AIDS, and Chiron Corporation for providing recombinant proteins and reagents; and Gary Nabel at the NIAID Vaccine Research Center, for providing pCMV/R vector. This work was supported by grants from the NIH (R01AI48480, R01AI48711, and R21 AI055386). KEK and MA were supported by a NIH training grant (T32-A107495). The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.  ∎

## References

1. Pantaleo G, Koup RA (2004) Correlates of immune protection in HIV-1 infection: What we know, what we don't know, what we should know. Nat Med 10: 806–810.

2. Desrosiers RC (2004) Prospects for an AIDS vaccine. Nat Med 10: 221–223.

3. Schmitz JE, Kuroda MJ, Santra S, Sasseville VG, Simon MA, et al. (1999) Control of viremia in simian immunodeficiency virus infection by CD8[+] lymphocytes. Science 283: 857–860.

4. Jin X, Bauer DE, Tuttleton SE, Lewin S, Gettie A, et al. (1999) Dramatic rise in plasma viremia after CD8[+] T cell depletion in simian immunodeficiency virus-infected macaques. J Exp Med 189: 991–998.

5. Burton DR, Desrosiers RC, Doms RW, Koff WC, Kwong PD, et al. (2004) HIV vaccine design and the neutralizing antibody problem. Nat Immunol 5: 233–236.

6. Mascola JR, Stiegler G, VanCott TC, Katinger H, Carpenter CB, et al. (2000) Protection of macaques against vaginal transmission of a pathogenic HIV-1/SIV chimeric virus by passive infusion of neutralizing antibodies. Nat Med 6: 207–210.

7. Gauduin MC, Parren PW, Weir R, Barbas CF, Burton DR, et al. (1997) Passive immunization with a human monoclonal antibody protects hu-PBL-SCID mice against challenge by primary isolates of HIV-1. Nat Med 3: 1389–1393.

8. McMichael AJ, Hanke T (2003) HIV vaccines 1983–2003. Nat Med 9: 874–880.

9. Nabel GJ (2001) Challenges and opportunities for development of an AIDS vaccine. Nature 410: 1002–1007.

10. Letvin NL, Barouch DH, Montefiori DC (2002) Prospects for vaccine protection against HIV-1 infection and AIDS. Annu Rev Immunol 20: 73–99.

11. Zolla-Pazner S (2004) Identifying epitopes of HIV-1 that induce protective antibodies. Nat Rev Immunol 4: 199–210.

12. Banchereau J, Steinman RM (1998) Dendritic cells and the control of immunity. Nature 392: 245–252.

13. Beutler B, Rietschel ET (2003) Innate immune sensing and its roots: The story of endotoxin. Nat Rev Immunol 3: 169–176.

14. Akira S, Takeda K (2004) Toll-like receptor signalling. Nat Rev Immunol 4: 499–511.

15. Kubo M, Hanada T, Yoshimura A (2003) Suppressors of cytokine signaling and immunity. Nat Immunol 4: 1169–1176.

16. Alexander WS, Hilton DJ (2004) The role of suppressors of cytokine signaling (SOCS) proteins in regulation of the immune response. Annu Rev Immunol 22: 503–529.

17. Marine JC, Topham DJ, McKay C, Wang D, Parganas E, et al. (1999) SOCS1 deficiency causes a lymphocyte-dependent perinatal lethality. Cell 98: 609–616.

18. Alexander WS, Starr R, Fenner JE, Scott CL, Handman E, et al. (1999) SOCS1 is a critical inhibitor of interferon gamma signaling and prevents the potentially fatal neonatal actions of this cytokine. Cell 98: 597–608.

19. Naka T, Tsutsui H, Fujimoto M, Kawazoe Y, Kohzaki H, et al. (2001) SOCS-1/JSI-1-deficient NKT cells participate in severe hepatitis through dysregulated cross-talk inhibition of IFN-gamma and IL-4 signaling in vivo. Immunity 14: 535–545.

20. Hanada T, Yoshida H, Kato S, Tanaka K, Masutani K, et al. (2003) Suppressor of cytokine signaling-1 is essential for suppressing dendritic cell activation and systemic autoimmunity. Immunity 19: 437–450.

21. Kinjyo I, Hanada T, Inagaki-Ohara K, Mori H, Aki D, et al. (2002) SOCS1/JAB is a negative regulator of LPS-induced macrophage activation. Immunity 17: 583–591.

22. Baetz A, Frey M, Heeg K, Dalpke AH (2004) Suppressor of cytokine



signaling (SOCS) proteins indirectly regulate Toll-like receptor signaling in innate immune cells. J Biol Chem 279: 54708–54715.

23. Gingras S, Parganas E, de Pauw A, Ihle JN, Murray PJ (2004) Re-examination of the role of suppressor of cytokine signaling 1 (SOCS1) in the Regulation of Toll-like receptor signaling. J Biol Chem 279: 54702–54707.

24. Shen L, Evel-Kabler K, Strube R, Chen SY (2004) Silencing of SOCS1 enhances antigen presentation by dendritic cells and antigen-specific anti-tumor immunity. Nat Biotechnol 22: 1546–1553.

25. Hanada T, Tanaka K, Matsumura Y, Yamauchi M, Nishinakamura H, et al. (2005) Induction of hyper Th1 cell-type immune responses by dendritic cells lacking the suppressor of cytokine signaling-1 gene. J Immunol 174: 4325–4332.

26. Le Bon A, Schiavoni G, D'Agostino G, Gresser I, Belardelli F, et al. (2001) Type i interferons potently enhance humoral immunity and can promote isotype switching by stimulating dendritic cells in vivo. Immunity 14: 461–470.

27. Livak KJ, Schmittgen TD (2001) Analysis of relative gene expression data using real-time quantitative PCR and the 2(-Delta Delta C(T)) method. Methods 25: 402–408.

28. Hauser H, Shen L, Gu QL, Krueger S, Chen SY (2004) Secretory heat-shock protein as a dendritic cell-targeting molecule: A new strategy to enhance the potency of genetic vaccines. Gene Ther 11: 924–932.

29. You Z, Huang X, Hester J, Toh HC, Chen SY (2001) Targeting dendritic cells to enhance DNA vaccine potency. Cancer Research 61: 3704–3711.

30. Allen JE, Maizels RM (1997) Th1-Th2: Reliable paradigm or dangerous dogma? Immunol Today 18: 387–392.

31. MacDonald AS, Pearce EJ (2002) Cutting edge: Polarized Th cell response induction by transferred antigen-pulsed dendritic cells is dependent on IL-4 or IL-12 production by recipient cells. J Immunol 168: 3127–3130.

32. Gor DO, Rose NR, Greenspan NS (2003) TH1-TH2: A procrustean paradigm. Nat Immunol 4: 503–505.

33. D'Andrea A, Ma X, Aste-Amezaga M, Paganin C, Trinchieri G (1995) Stimulatory and inhibitory effects of interleukin (IL)-4 and IL-13 on the production of cytokines by human peripheral blood mononuclear cells: Priming for IL-12 and tumor necrosis factor alpha production. J Exp Med 181: 537–546.

34. Balazs M, Martin F, Zhou T, Kearney J (2002) Blood dendritic cells interact with splenic marginal zone B cells to initiate T-independent immune responses. Immunity 17: 341–352.

35. Litinskiy MB, Nardelli B, Hilbert DM, He B, Schaffer A, et al. (2002) DCs induce CD40-independent immunoglobulin class switching through BLyS and APRIL. Nat Immunol 3: 822–829.

36. MacLennan I, Vinuesa C (2002) Dendritic cells, BAFF, and APRIL: Innate players in adaptive antibody responses. Immunity 17: 235–238.

37. Fantuzzi L, Purificato C, Donato K, Belardelli F, Gessani S (2004) Human immunodeficiency virus type 1 gp120 induces abnormal maturation and functional alterations of dendritic cells: A novel mechanism for AIDS pathogenesis. J Virol 78: 9763–9772.

38. Soumelis V, Scott I, Gheys F, Bouhour D, Cozon G, et al. (2001) Depletion of circulating natural type 1 interferon-producing cells in HIV-infected AIDS patients. Blood 98: 906–912.

39. Barron MA, Blyveis N, Palmer BE, MaWhinney S, Wilson CC (2003) Influence of plasma viremia on defects in number and immunophenotype of blood dendritic cell subsets in human immunodeficiency virus 1-infected individuals. J Infect Dis 187: 26–37.

40. Pacanowski J, Kahi S, Baillet M, Lebon P, Deveau C, et al. (2001) Reduced blood CD123+ (lymphoid) and CD11c+ (myeloid) dendritic cell numbers in primary HIV-1 infection. Blood 98: 3016–3021.

41. Dubois B, Massacrier C, Vanbervliet B, Fayette J, Briere F, et al. (1998) Critical role of IL-12 in dendritic cell-induced differentiation of naive B lymphocytes. J Immunol 161: 2223–2231.

42. Dubois B, Vanbervliet B, Fayette J, Massacrier C, Van Kooten C, et al. (1997) Dendritic cells enhance growth and differentiation of CD40-activated B lymphocytes. J Exp Med 185: 941–951.

43. Skok J, Poudrier J, Gray D (1999) Dendritic cell-derived IL-12 promotes B cell induction of Th2 differentiation: A feedback regulation of Th1 development. J Immunol 163: 4284–4291.

44. Trinchieri G (2003) Interleukin-12 and the regulation of innate resistance and adaptive immunity. Nat Rev Immunol 3: 133–146.

45. Eyles JL, Metcalf D, Grusby MJ, Hilton DJ, Starr R (2002) Negative regulation of interleukin-12 signaling by suppressor of cytokine signaling-1. J Biol Chem 277: 43735–43740.

46. Fél(quate DM, Heaney S, Webster RG, Robinson HL (1997) Different T helper cell types and antibody isotypes generated by saline and gene gun DNA immunization. J Immunol 158: 2278–2284.

47. Inaba K, Steinman RM, Van Voorhis WC, Muramatsu S (1983) Dendritic cells are critical accessory cells for thymus-dependent antibody responses in mouse and in man. Proc Natl Acad Sci U S A 80: 6041–6045.

48. Flamand V, Sornasse T, Thielemans K, Demanet C, Bakkus M, et al. (1994) Murine dendritic cells pulsed in vitro with tumor antigen induce tumor resistance in vivo. Eur J Immunol 24: 605–610.

49. Imami N, Pires A, Hardy G, Wilson J, Gazzard B, et al. (2002) A balanced type 1/type 2 response is associated with long-term nonprogressive human immunodeficiency virus type 1 infection. J Virol 76: 9011–9023.

50. Letvin NL, Walker BD (2003) Immunopathogenesis and immunotherapy in AIDS virus infections. Nat Med 9: 861–866.

51. Colonna M (2001) Can we apply the TH1-TH2 paradigm to all lymphocytes? Nat Immunol 2: 899–900.

52. Catlett IM, Hedrick SM (2005) Suppressor of cytokine signaling 1 is required for the differentiation of CD4+ T cells. Nat Immunol 6: 715–721.

53. Chong MM, Metcalf D, Jamieson E, Alexander WS, Kay TW (2005) Suppressor of cytokine signaling-1 in T cells and macrophages is critical for preventing lethal inflammation. Blood 106: 1668–1675.

54. Judge AD, Sood V, Shaw JR, Fang D, McClintock K, et al. (2005) Sequence-dependent stimulation of the mammalian innate immune response by synthetic siRNA. Nat Biotechnol 23: 457–462.

55. Hornung V, Guenthner-Biller M, Bourquin C, Ablasser A, Schlee M, et al. (2005) Sequence-specific potent induction of IFN-alpha by short interfering RNA in plasmacytoid dendritic cells through TLR7. Nat Med 11: 263–270.

56. Sledz CA, Holko M, de Veer MJ, Silverman RH, Williams BR (2003) Activation of the interferon system by short-interfering RNAs. Nat Cell Biol 5: 834–839.

57. Barouch DH, Santra S, Schmitz JE, Kuroda MJ, Fu TM, et al. (2000) Control of viremia and prevention of clinical AIDS in rhesus monkeys by cytokine-augmented DNA vaccination. Science 290: 486–492.

58. Oh S, Berzofsky JA, Burke DS, Waldmann TA, Perera LP (2003) Coadministration of HIV vaccine vectors with vaccinia viruses expressing IL-15 but not IL-2 induces long-lasting cellular immunity. Proc Natl Acad Sci U S A 100: 3392–3397.

59. Dale CJ, De Rose R, Wilson KM, Croom HA, Thomson S, et al. (2004) Evaluation in macaques of HIV-1 DNA vaccines containing primate CpG motifs and fowlpoxvirus vaccines co-expressing IFNgamma or IL-12. Vaccine 23: 188–197.

60. Grohmann U, Belladonna ML, Bianchi R, Orabona C, Ayroldi E, et al. (1998) IL-12 acts directly on DC to promote nuclear localization of NF-kappaB and primes DC for IL-12 production. Immunity 9: 315–323.

61. Qu C, Moran TM, Randolph GJ (2003) Autocrine type I IFN and contact with endothelium promote the presentation of influenza A virus by monocyte-derived APC. J Immunol 170: 1010–1018.

62. Gett AV, Sallusto F, Lanzavecchia A, Geginat J (2003) T cell fitness determined by signal strength. Nat Immunol 4: 355–360.

63. Iezzi G, Karjalainen K, Lanzavecchia A (1998) The duration of antigenic stimulation determines the fate of naive and effector T cells. Immunity 8: 89–95.

64. Iezzi G, Scotet E, Scheidegger D, Lanzavecchia A (1999) The interplay between the duration of TCR and cytokine signaling determines T cell polarization. Eur J Immunol 29: 4092–4101.

65. Langenkamp A, Casorati G, Garavaglia C, Dellabona P, Lanzavecchia A, et al. (2002) T cell priming by dendritic cells: Thresholds for proliferation, differentiation and death and intraclonal functional diversification. Eur J Immunol 32: 2046–2054.

66. Lanzavecchia A, Sallusto F (2000) Dynamics of T lymphocyte responses: Intermediates, effectors, and memory cells. Science 290: 92–97.

67. Schluns KS, Lefrancois L (2003) Cytokine control of memory T-cell development and survival. Nat Rev Immunol 3: 269–279.

68. Becker TC, Wherry EJ, Boone D, Murali-Krishna K, Antia R, et al. (2002) Interleukin 15 is required for proliferative renewal of virus-specific memory CD8 T cells. J Exp Med 195: 1541–1548.

69. Madakamutil LT, Christen U, Lena CJ, Wang-Zhu Y, Attinger A, et al. (2004) CD8alphaalpha-mediated survival and differentiation of CD8 memory T cell precursors. Science 304: 590–593.

70. Ma X, Montaner LJ (2000) Proinflammatory response and IL-12 expression in HIV-1 infection. J Leukoc Biol 68: 383–390.

71. Carbonneil C, Donkova-Petrini V, Aouba A, Weiss L (2004) Defective dendritic cell function in HIV-infected patients receiving effective highly active antiretroviral therapy: Neutralization of IL-10 production and depletion of CD4+CD25+ T cells restore high levels of HIV-specific CD4+ T cell responses induced by dendritic cells generated in the presence of IFN-alpha. J Immunol 172: 7832–7840.

72. Lu W, Arraes LC, Ferreira WT, Andrieu JM (2004) Therapeutic dendritic-cell vaccine for chronic HIV-1 infection. Nat Med 10: 1359–1365.

73. Yang X, Lee J, Mahony EM, Kwong PD, Wyatt R, et al. (2002) Highly stable trimers formed by human immunodeficiency virus type 1 envelope glycoproteins fused with the trimeric motif of T4 bacteriophage fibritin. J Virol 76: 4634–4642.

74. Gao F, Weaver EA, Lu Z, Li Y, Liao H-X, et al. (2005) Antigenicity and immunogenicity of an HIV-1 group M consensus envelope. J Virol 79: 1154–1163.

**Patient Summary**

**Background.** When you are vaccinated against a virus, you are given a harmless form of the virus. A particular part of the virus—a part called an "antigen"—triggers your immune system to produce a response that includes antibodies (proteins secreted into the blood that bind just to that antigen) and specific cells. If one day you are infected with the actual virus, your body now has the means to fight it off. Despite a great deal of work going into the development of a vaccine against HIV, so far no vaccine has been produced. There are a number of possible reasons for this lack of success. For example, it has not been easy to identify the ideal part on the virus (the ideal antigen) that would trigger the immune system to produce a response. Also, we have not yet found a way to trigger a strong enough immune response against any experimental HIV vaccine. One group of cells involved in producing an immune response is known as antigen-presenting cells. These cells are responsible for handling antigens from viruses (and other microbes, such as bacteria) so that the body's immune system can respond efficiently and eliminate the microbe. The activity of these cells is controlled by molecular signals (cytokines) inside the cell.

**Why Was This Study Done?** The authors wanted to take a different approach from the one described above to producing a vaccine. Our immune systems are kept in check by molecules called "immune inhibitors." These prevent our immune systems from attacking our own bodies. These inhibitors might also be preventing our own immune systems from mounting an effective immune response to an HIV vaccine. The authors thought that by "switching off" or silencing these inhibitors, this might help the immune system to trigger a response against an HIV vaccine. They tested their hypothesis in a laboratory study of mice. They switched off a particular immune inhibitor called "SOCS1" inside a type of antigen-presenting cell called a dendritic cell, and looked at whether this would boost the mouse immune response in general, and whether it would lead to a more effective immune response against an HIV vaccine.

**What Did the Researchers Do and Find?** They found that silencing SOCS1 in dendritic cells increased the immune response, and that this response was long-lasting. They also showed that when this strategy was combined with vaccination using genetic material (DNA) from HIV, the vaccine was more effective.

**What Do These Findings Mean?** It seems that it may be possible to boost the body's response to HIV vaccination by switching off an immune inhibitor. However, these results are preliminary, as this approach has at the moment not been tested in humans, and before it is clear whether it will work in humans much research will need to be done, including assessing whether the approach is safe.

**Where Can I Get More Information Online?** Medline Plus has many links to pages of information on HIV:
http://www.nlm.nih.gov/medlineplus/aids.html
The Body has a page of links on the search for an HIV vaccine:
http://www.thebody.com/treat/vaccines.html

Joint Claim Construction Brief

# EXHIBIT 49



ORIGINAL RESEARCH
published: 04 June 2019
doi: 10.3389/fimmu.2019.01279



# Silencing SOCS1 via Liposome-Packed siRNA Sustains TLR4-Ligand Adjuvant

Dagmar Hildebrand [1,2]*, Camila Metz-Zumaran [1,2], Greta Jaschkowitz [1] and Klaus Heeg [1,2]

[1] Department of Infectious Diseases, Medical Microbiology and Hygiene, Heidelberg University Hospital, Heidelberg, Germany, [2] DZIF German Center for Infection Research, Braunschweig, Germany

OPEN ACCESS

Edited by:
Lee Mark Wetzler,
Boston University, United States

Reviewed by:
So-Yon Lim,
Beth Israel Deaconess Medical Center
and Harvard Medical School,
United States
Axel T. Lehrer,
University of Hawaii at Manoa,
United States

*Correspondence:
Dagmar Hildebrand
dagmar.hildebrand@
med.uni-heidelberg.de

Specialty section:
This article was submitted to
Vaccines and Molecular Therapeutics,
a section of the journal
Frontiers in Immunology

Received: 30 December 2018
Accepted: 20 May 2019
Published: 04 June 2019

Citation:
Hildebrand D, Metz-Zumaran C,
Jaschkowitz G and Heeg K (2019)
Silencing SOCS1 via
Liposome-Packed siRNA Sustains
TLR4-Ligand Adjuvant.
Front. Immunol. 10:1279.
doi: 10.3389/fimmu.2019.01279

Infectious diseases remain one of the leading causes of death worldwide. Vaccination is a powerful instrument to avert a variety of those by inducing a pathogen-specific immune response and ensure a long-lasting protection against the respective infection. Nevertheless, due to increasing numbers of immunocompromised patients and emergence of more aggressive pathogens existing vaccination techniques are limited. In our study we investigated a new strategy to strengthen vaccine adjuvant in order to increase immunity against infectious diseases. The strategy is based on an amplification of Toll-like receptor 4 (TLR4) -induced activation of antigen-presenting cells (APCs) by turning off a powerful endogenous inhibitor of APC-activation. TLR4 signaling induces the release of cytokines that bind autocrine and paracrine to receptors, activating the Janus kinase (JAK) 2/signal transducers and activators of transcription (STAT) 3 cascade. Subsequently, STAT3 induces expression of suppressor of cytokine signaling (SOCS) 1 that terminates the inflammatory response. In the approach, TLR4-adjuvant monophosphoryl lipid A (MPLA)-stimulated monocyte-activation is reinforced and sustained by silencing SOCS1 via lipid nanoparticle-enclosed siRNA (L-siRNA). L-siRNA is transported into primary cells without any toxic side effects and protected from early degradation. Through lipid core-embedded functional groups the lipid particle escapes from endosomes and releases the siRNA when translocated into the cytoplasm. SOCS1 is potently silenced, and SOCS1-mediated termination of NFκB signaling is abrogated. Consequently, the MPLA-stimulated activation of APCs, monitored by release of pro-inflammatory cytokines such as IL-6, TNFα, and IL-1β, upregulation of MHC class II molecules and costimulatory CD80/CD86 is strongly enhanced and prolonged. SOCS1-silenced APCs, pulsed with liposomal tetanus light chain toxin (TeTxLC) antigen, activate autologous T cells much more intensively than SOCS1-expressing cells. Importantly, expansion of cocultured CD4+ as well as CD8+ T cells is remarkably enhanced. Furthermore, our results point toward a broad T helper cell response as TH1 typical as well as TH2 characteristic cytokines are elevated. Taken together, this study in the human system comprises a translational potential to develop more effective vaccines against infectious diseases by inhibition of the endogenous negative-feedback loop in APCs.

Keywords: vaccination, SOCS1, SOCS1-silenced APC, siRNA, liposomes, TLR4-adjuvant

## INTRODUCTION

Antigen-presenting cells (APCs) are pivotal for the activation of the immune system and the establishment of immunological memory. They are considered as promising targets to enhance immune reactivity in the fight against infectious diseases. APC-based vaccination strategies with *ex vivo* pulsed and activated myeloid cells provide protection against infection with pathogens such as leishmania (1), Herpes simplex virus (2, 3), and Candida albicans (4) in mouse models.

*In vivo*, APCs such as monocytes, macrophages, and Dendritic cells (DCs) recognize pathogen associated molecular patterns (PAMPs) by receptors such as the Toll-like receptors (TLRs) (5). Binding of ligands to extracellular or intracellular TLRs is followed by APC migration to secondary lymphoid organs and presentation of the processed antigens from pathogens to T cells. Importantly, antigens can be presented on MHC class II complex to activate T helper cells as well as MHC class I to mediate CD8 T cell proliferation (6). Additionally, TLR-signaling mediates the expression of cytokines that orchestrate innate as well as adaptive immunity and induces upregulation of costimulatory molecules such as CD80 and CD86 to effectively activate T cell expansion and built a memory.

TLR-ligands have great potential to adjuvant vaccination and are examined for efficiency and safety in many clinical studies (7). The TLR4-ligand monophosphoryl lipid A (MPLA) is well described and has gained FDA approval for use in vaccines such as Cervarix (8). MPLA is a low-toxicity, immunologically active derivative of the lipid A region of lipopolysaccharide (LPS). A common method of MPLA stimulation implies the incorporation into liposomes, artificially constructed vesicles consisting of one or more phospholipid bilayers. During uptake of MPLA-liposomes (L-MPLA) by APCs, MPLA binds and activates membrane-associated TLR4 resulting in MyD88- and TRIF-dependent signaling, subsequent NFκB activation and induction of inflammatory cytokines (9–11). In addition it provokes several additive effects including a depot effect and intracellular processing by both major histocompatibility antigens type 1 and type 2. MPLA forces and directs antigen-specific induction of antibodies and cell-mediated immunity to a variety of antigens (12). Therefore, L-MPLA have been employed as an effective adjuvant system in human trials for different proposed vaccines to, for example, malaria, HIV-1, meningococcal type B disease, and different cancers (12–14).

The aim of adjuvant-mediated APC-activation is finally an increase in antigen-specific T cell expansion and the development of memory cells. Generally, higher peak values of effector T cells correspond to larger amounts of memory T cells. Conventional vaccines, that include whole organisms or large proteins, are highly effective in inducing T cell expansion but include unnecessary antigens that often induce allergenic and/or counterproductive responses (15). Peptide vaccines are an attractive alternative strategy for the induction of highly targeted immune responses, without allergenic and/or reactogenic sequences (16, 17). However, peptide vaccines are mostly poorly immunogenic and often fail to accomplish a

sufficient activation and diversity of T cells to receive immunity (18). Therefore, improved adjuvant strategies are needed.

A promising approach to improve peptide vaccination is turning off endogenous negative regulators of APC-activation. During infection-mediated as well as adjuvant-mediated APC activation, negative feedback inhibitors soon terminate the activation. The stimulated release of cytokines and the following cytokine receptor activation lead to activation of the Janus kinase (JAK)2/ signal transducers and activators of transcription (STAT)3 signaling cascade. In consequence, STAT3-dependent inhibitors of cytokine signaling such as the suppressor of cytokine signaling (SOCS)1 are induced to terminate activation (19). SOCS1 is a member of the SOCS and cytokine-induced Src homology 2 (SH2) protein (CIS) family of intracellular proteins and part of the classical negative feedback system. The inhibitor suppresses cytokine receptor signaling by mediating proteasomal degradation of components of the JAK/ STAT signaling to prevent downstream signal transduction (20). Furthermore, it terminates TLR-ligand induced NFκB signaling (21, 22). By controlling cytokine production and antigen presentation, SOCS1 has emerged as regulator of the magnitude of the immune response toward pathogens (23–26). Thus, interfering with SOCS1 should provoke a stronger and prolonged activation of APCs and subsequently result in a more effective adjuvant-induced immune response and protection against infectious diseases.

Recently a mouse study on a vector-based vaccination strategy against HIV provided results regarding a benefit for humoral and cellular response through silencing SOCS1 in APCs (27). However, insertion of plasmids into host DNA is unfeasible in humans because of safety issues.

We investigated whether blocking SOCS1 via a siRNA-mediated approach increases adjuvant-induced activation of primary monocytes and the transduced expansion of antigen-specific T-cells. siRNA-mediated loss of function approaches receive increasing attention in vaccination. However, there are several challenges to persist such as the transport of naked siRNA through the cell membrane, the endosomal escape, and the susceptibility to degradation. To achieve a directed transport of effective amounts of siRNA into the cytoplasm of primary monocytes we made use of a lipid-based low toxicity drug delivery system termed coatsomes (NOF America corporation, White Plains, NY). The coatsomes contain two sensing motifs that can respond to the intracellular environment. Tertiary amines in the core respond to the acidic environment (endosome/lysosome) and mediate a destabilization of the endosomal membrane. This leads to the release of the lipid nanoparticle into the cytoplasm. In the reducing conditions of the cytoplasm the embodied disulfide bond is cleaved and the siRNA is freed. That way, the siRNA is protected from early degradation, escapes endosomes toward the RNA-induced silencing complex (RISC) in the cytoplasm and mediates degradation of target mRNA.

In our approach we strengthen L-MPLA-stimulated activation of primary human monocytes by L-siRNA-mediated silencing of SOCS1, shown by an increased and prolonged expression of pro-inflammatory cytokines and costimulatory molecules. Tetanus

light chain toxin (TeTxLC) peptide- pulsed, SOCS1-silenced APCs induced an intense expansion of autologous $CD4^+$ and $CD8^+$ T cells. The additionally assessed cytokine profile of the cocultures revealed TH1 as well as TH2 cytokines, confirming a broad T cell response.

Taken together, we demonstrate that inhibiting SOCS1 by lipid-nanoparticle packed siRNA is an effective strategy to support TLR4 vaccination adjuvant and increase peptide vaccination immunogenicity.

## MATERIALS AND METHODS

### Isolation and Culturing of Primary Cells

PBMCs were isolated from fresh blood or buffy coat from healthy donors by density gradient centrifugation (Biocoll separating solution, 1.077 g/ml, Biochrom AG, Berlin, Germany). $CD14^+$, $CD3^+$, $CD4^+$,$CD8^+$ cells were magnetically labeled with beads (MiltenyiBiotec) and selected via the autoMACS separator (autoMACS, program: possel, Miltenyi Biotec, Bergisch Gladbach, Germany). Purified cells were cultured in RPMI 1640 (Merck, Darmstadt, Germany) supplemented with 100 IU/ml of penicillin, 100 μg/ml streptomycin and 10% heat inactivated fetal calf serum (Promocell, Heidelberg, Germany) at 37°C in a humidified atmosphere in the presence of 5% CO2.

Monocytes were cultured in 2 ml RPMI/FCS/Pen/Strep in 24 well cell culture plates (Greiner Bio-One, Kremsmünster, Österreich) in a concentration of $1 \times 10^6$ cells/ml medium. For monocyte/T cell cocultures 250 000 monocytes were co-cultured with 500,000 CFSE-labeled T cells (from the same donor) per ml in 24 well cell culture plates.

### Monophosphoryl Lipid A (MPLA) Liposomes

Eighteen milligram Phosphatidylcholine, two milligram Phosphatidylglycerol, and five milligram Cholesterol (Merck, Darmstadt, Germany) were dissolved in 5 ml Chloroform in a flask. Fifty microliter of dissolved MPLA (Avanti Polar Lipids, Inc. Alabaster, Alabama USA) in Chloroform (Carl Roth, Karlsruhe, Germany) (1 mg/ml) was added to the lipid suspension. For empty-liposomes no MPLA was added. Chloroform was then evaporated with a rotatory evaporator (35°C, 600 mBar, rotatory level 2.5, 3 h) until a phospholipid film was left in the flask. For complete evaporation of Chloroform, the film was dried overnight. The next day the film was dissolved in 2 ml PBS. While dissolving, liposomes form spontaneously with inclusion of MPLA molecules. Finally, suspension was filtrated for homogenization and analyzed by Nanoparticle Tracking Analysis (NTA) on a NanoSight NS300 (Malvern Panalytical GmbH, Kassel, Germany) for size distribution and particle concentration.

### Labeling of Liposomes

MPLA-liposomes were fluorescently labeled with the PKH67 Green Fluorescent Cell Linker Kit for General Cell Membrane Labeling (Merck, Darmstadt, Germany) following the manufacturer's protocol. In brief, 1 ml of liposome suspension was pelleted (3,000 × g in the high-speed centrifuge for 10 min)

(Heraeus Biofuge, Marshall scientific, Hampton, USA) and resuspened in 1 ml Diluent C from the Kit. Six microliter PKH67 dye was added, mixed by gentle pipetting and stored for 5 min at RT. By adding 2 ml 10% BSA in PBS spare dye was quenched. Liposome suspension was pelleted, washed two times with 10 ml serum-free RPMI media and finally dissolved in 1 ml serum-free RPMI. For analyzing the uptake of liposomes, primary monocytes were incubated with the PKH67-stained liposomes at a liposome/monocyte ratio of 75:1 for 1, 3, or 18 h at 37°C or 4°C, respectively. After extensive washing the FITC signal was quantified by flow cytometry (FACS Canto, BD Biosciences). Overlays were performed with the Weasel v2.5 software (WEHI, Melbourne, Australia).

### Flow Cytometry

After stimulation as indicated monocytes were analyzed for surface markers with antibody staining (1 h on ice): α-CD80-PE, α-CD86-PE, α-HLA-DR-FITC (BD Biosciences, Heidelberg, Germany). After washing the cells 3 times with PBS mean fluorescence was recorded using the FACS DIVA V 4.12 software on a FACS Canto (BD Biosciences). Overlays were performed with the Weasel v2.5 software (WEHI, Melbourne, Australia).

### Enzyme-Linked Immunosorbent Assay (ELISA)

Commercially available ELISA kits were utilized for detection of human IL-1β, IL-2, IL-4, IL-6, IL-10, IFNγ, TNFα (BD OptEIA ELISA Set; BD Biosciences Pharmingen, Heidelberg, Germany). Assays were performed with cell-free supernatants according to the manufacturer's instructions. Absorbance was measured on a SUNRISE Absorbance reader (Tecan, Salzburg, Austria) and analyzed with Magellan software.

### Western Blotting

$2 \times 10^6$ cells were harvested and washed with PBS. For whole cell lysates monocytes were lysed in 50 μl RIPA buffer (50 mM Tris-HCl, pH7.4; 1% Igepal; 0.25% sodium deoxycholate; 150 mM NaCl; 1 mM EDTA; 1 mM PMSF; 1 mg/ml each aprotinin, leupeptin and pepstatin; 1 mM Na3VO4; and 1 mM NaF). Samples were vortexed and incubated 30 min on ice. Lysates were then cleared via centrifugation at 14,000 g for 20 min. Equal amounts of cell lysates were used for separation by SDS-PAGE (12.5%). After semi-dry transfer onto nitrocellulose membranes (Whatman Protran nitrocellulose membrane; neoLab, Heidelberg, Germany), the latter were blocked with 5% (w/v) BSA in TBS/0.1% (v/v) Tween-20 for 1 h at RT. Probing was performed with antibodies: Anti-p(y701) STAT3, anti-STAT3, anti-p65, anti-Actin (Cell Signaling Technology, Danvers, MA, USA), and anti-Tetanus Toxin light chain (bioTechne GmbH, Wiesbaden, Germany). Detection was based on enhanced chemiluminescence (ECL; Perkin Elmer, Groningen, Netherlands).

### Quantitative Reverse Transcription PCR (RT-qPCR)

Total RNA was extracted from $2 \times 10^6$ cultured primary human monocytes using the high pure RNA isolation kit (Roche,

Mannheim, Germany) according to the manufacturer's protocol. RNA preparations were then quantified by spectrophotometry (NanoDrop ND-100 Spectrometer, Peqlab, Erlangen, Germany) and equal amounts were reverse transcribed using Reverse Aid First Strand cDNA synthesis kits (Thermo Fischer Scientific, Karlsruhe, Germany). Obtained cDNA was used for quantitative PCR utilizing the "SYBR green ROX mix" (Thermo Fischer Scientific, Karlsruhe, Germany) and the following sequence-specific primers with regard to expression of protein coding genes: Actin fwd 5′-AGA GCT ACG AGC TGC CTG AC-3′, actin rev 5′-AGC ACT GTG TTG GCG TAC AG-3′, SOCS1 fwd 5′-TCC CCC TCA ACC CCG T-3′, SOCS1 rev 5′-CAT CCG CTC CCT CCA ACC-3′, IL-1β fwd 5′-AGC TGA TGG CCC TAA ACA GA-3′, IL-1β rev 5′-GCA TCT TCC TCA GCT TGT CC-3′.

### siRNA/TeTxLC—Liposomes

Lipid solution (A) of COATSOME® SS-20/3A-P04 (NOF America corporation, White Plains, NY): cholesterol (Merck, Darmstadt, Germany): SUNBRIGHT GM-020 (NOF America corporation, White Plains, NY) = 70:30:3 (mol) was prepared in 90% t-BuOH. siRNA solution (B) was prepared by mixing 100 μl of human SOCS1 siRNA (NM_003745) or contr. siRNA (SIC003) (Sigma-Aldrich, Taufkirchen, Germany) aqueous solution (133 μg/100 μl) and 50 μl 20 mM malate buffer (pH 4.00, 30 mM NaCl). For enclosure of tetanus light chain toxin (List Biological Laboratories, Inc., California, USA) 5 μg/100 μl was added instead of siRNA. While vortexing 400 μl of the lipid solution, siRNA solution (or TeTxLC) was gradually added dropwise and the mixed solution was taken in a 1 ml syringe (C). Then, 225 μl of (C) was injected into 1 ml malate buffer, with vigorous stirring (D). Thereafter, the mixture was further stepwise dialysed with PBS. Adding 2 ml PBS was followed by centrifugation for 1 h at 1,400 rpm in a concentrator plus (Eppendorf, Wiesloch, Germany). Procedure was repeated four times. Final siRNA concentration 66.5 μg/ml. In the experiments 50 μl/ml and 100 μl/ml L-siRNA, 40 μl/ml L- TeTxLC was used.

### T Cell Proliferation Assay

Monocytes were treated as indicated. After 3 days, Carboxyfluorescein succinimidyl ester (CFSE) -labeled T cells (CD3+, CD4+ or CD8+), isolated from the same donor, were added in a ratio of 1:2. For CFSE-labeling T cells were incubated 10 min at r. t. in 0.3 mM CFSE/PBS (MolecularProbes, San Diego,CA, USA) and thereafter intensively washed. For determination of T cell proliferation 250 000 monocytes /ml were co-cultured with 500 000 CFSE-labeled T cells/ml in 24 well cell culture plates (Greiner Bio-One, Kremsmünster, Österreich). After 5–6 days, cell divisions were analyzed by determining the FITC signal using a FACScanto (BD Biosciences, Heidelberg, Germany).

### Statistical Analysis

The comparison of two data groups were analyzed by Mann–Whitney $U$ test (one-tailed, confidence intervals 95%) with $*p \leq 0.05$, ns, not significant. Additionally, Kruskal-Wallis Test (one-way ANOVA on ranks) was performed. Software: GraphPad Prism Version 5.0.

## RESULTS

## MPLA-Liposomes Activate Primary Monocytes

Monophosphoryl Lipid A (MPLA) containing liposomes (L-MPLA), dissolved in chloroform were used as TLR4-adjuvant. MPLA was added to a mixture of Phosphatidylcholine, Phosphatidylglycerol, and Cholesterol. The mixture was dried in the rotatory evaporator forming a thin lipid film. During resuspension in PBS the L-MPLA form spontaneously. Homogeneous liposome size was achieved by filtration. L-MPLA concentration was determined by Nanoparticle Tracking Analysis (NTA). NTA also showed that the L-MPLA were homogenously distributed in the solution. For evaluation of the mode of uptake of liposomes into primary cells, we stained the lipid core with the green fluorescent dye PKH67. CD14+ monocytes were isolated from healthy donors or buffy coat by density gradient centrifugation and antibody-based magnetic cell separation. Afterwards, cells were incubated with PKH67-stained L-MPLA at a liposome/monocyte ratio of 75:1 for one, three or 18 h by incubation at 37°C. After extensive washing the uptake of fluorescent L-MPLA was quantified by flow cytometry, measuring the FITC signal. The histogram overlay in **Figure 1A** and the associated quantification of further experiments (**Figure 1B**) shows that liposomes were taken up effectively. The strongest FITC signal was seen after 18 h. Additionally, cells were incubated with L-MPLA at 4°C. At this temperature no endocytosis should occur. As expected, at 4°C the mean fluorescence of cells did not increase, as it was the case in untreated monocytes. This shows that no significant passive uptake or unspecific adherence of the lipid particles occurred (**Figure 1B**).

Next, we checked whether endocytosed L-MPLA activated monocytes. Cells were cultivated at a liposome/monocyte ratio of 25:1 and 75:1. After overnight incubation, cells were analyzed for activation markers (CD80/CD86) and MHC2 (HLA-DR) expression by antibody staining and flow cytometry. **Figure 2A** shows that liposomes without MPLA ("empty liposomes" L-E) had no effect on monocyte activation. Incubation with L-MPLA (liposome/monocyte ratio of 25:1) increased the surface expression of CD80/86 and HLA-DR significantly ($P$-value 0.05). Higher L-MPLA concentration (75:1) further increased expression of the activation markers. Furthermore, we evaluated the expression of inflammatory cytokines of L-MPLA-activated monocytes by ELISA and observed a strong and significant gain in release of IL-6, TNFα, and IL-1β (liposome/monocyte ratio of 25:1: $P$-value 0.05, 75:1 $P$-value 0.05) which was not the case in untreated and L-E -treated cells (**Figure 2B**).

## L-MPLA Stimulate SOCS1 Induction

Early during APC activation, JAK2/STAT3 signaling is induced due to the release of cytokines and the subsequent cytokine receptor activation. STAT3-induced inhibitors of cytokine signaling such as SOCS1 are induced to terminate the activation status of the cells. The western blot in **Figure 2C** confirms that L-MPLA treatment stimulated phosphorylation and thereby activation of STAT3. After 3 h, tyrosine phosphorylation of



**FIGURE 1 |** Human primary monocytes were incubated with the PKH67-stained liposome-embedded MPLA (L-MPLA) at a liposome/monocyte ratio of 75:1 for 1, 3, or 18 hours at 37°C. After extensive washing the FITC signal was quantified by flow cytometry. **(A)** Shown is the overlay of histogram produced with WEASEL flow cytometry software. **(B)** Depicted is the quantification of **(A)** and two more experiments. Additionally shown are the results of cells that were incubated with L-MPLA at 4°C. Shown in **(B)**: columns are the mean of three different donors/experiments ($n = 3$) + standard deviation (std) as error bars. Statistics: The comparison of two data groups (line above the bars depicts the compared groups) were analyzed by Mann–Whitney $U$ test, one-tailed, confidence intervals 95%, $*p \leq 0.05$; ns, not significant. Additionally performed test: Kruskal-Wallis. Number of groups: 9; $P$-value 0.0021; sum value$**$; the medians vary signif. ($P < 0.05$).

STAT3 was clearly detectable and further increased after 6 h of stimulation. Tyrosine phosphorylation persisted at least up to 24 h (**Figure 2C**). To further evaluate whether STAT3-mediated and TLR4-mediated NFκB signaling induces SOCS1 expression, quantitative Real-time PCR was performed. **Figure 2D** shows induction of SOCS1 after 3 h of L-MPLA treatment ($P$-value 0.05). Gene expression peaked after 6 h of stimulation and was high for at least 24 h.

## SiRNA-Mediated Knockdown of SOCS1

Having confirmed that L-MPLA induced SOCS1, which is known to negatively regulate the magnitude of immune response, we aimed to increase monocyte activation by silencing SOCS1. siRNA against SOCS1mRNA (αSOCS1 siRNA) and a control siRNA were packed into lipid particles, termed coatsomes® (NOF America corporation, White Plains, NY). An issue with liposome-packed siRNA is the escape from endosomes toward the RNA-induced silencing complex (RISC) into the cytoplasm. Coatsomes contain two sensing motifs that can respond to the intracellular environment. Tertiary amines respond to the acidic condition in the endosome and destabilize the endosomal membrane which triggers the escape of the coatsome. The reducing conditions in the cytoplasm lead to a cleavage of the disulfide bonds in the coatsomes resulting in siRNA release. Thereby the siRNA is protected from early degradation and is directed to its target mRNA (28, 29).

To verify successful packaging of siRNA into lipid particles (L-siRNA) and L-siRNA-mediated transport into primary monocytes, fluorescently labeled 6-FAM (6-Carboxyfluorescein)-siRNA was used. After 1 h and after 3 h of incubating cells with L-siRNA (αSOCS1 siRNA and control siRNA) and repeated washing with PBS, siRNA was detected inside the cells by flow cytometry. Overlays of FACS histograms show that incubation with 6-Fam L-siRNA for 1 and 3 h resulted in a higher FITC signal. This implies the effective delivery of L-siRNA (**Figure 3A**). The increase of FITC signal was significant for both L-siRNAs and both incubation timepoints ($P$-value 0.05). Comparable

amounts of αSOCS1 siRNA and control siRNA were taken up (**Figure 3B**).

Next, we investigated whether L-αSOCS1 siRNA effectively silences SOCS1. Therefore, we stimulated primary monocytes with MPLA-liposomes (ratio 75:1) and added in parallel increasing amounts of L-αSOCS1 siRNA or L-con siRNA. After 24 h, we evaluated SOCS1 mRNA levels by rtPCR. We observed a clear reduction of L-MPLA-induced SOCS1mRNA level down to basal levels at higher siRNA concentrations. L-con siRNA exerted no effect on SOCS1 mRNA level which excluded any unspecific influence of the coatsomes (**Figure 3C**). Then we checked how long the knockdown is stable. **Figure 3D** shows that L-MPLA-stimulated SOCS1 is significantly ($P$-value 0.05) downregulated for 3 days. After 5 days, single treatment-induced knockdown is not stable any more. The L-MPLA-stimulated induction of SOCS1 decreased from day 1 to day 5 and was gone after seven days of culture (**Figure 3D**).

## Silencing SOCS1 Extends L-MPLA-Induced APC Activation

To verify that the observed decrease in SOCS1 mRNA has an effect on SOCS1 targets, we measured STAT3 tyrosine phosphorylation. SOCS1 targets JAK2 for degradation and thereby stops STAT3 phosphorylation. **Figure 3D** shows that SOCS-1-silenced cells contained much more pSTAT3 than SOCS-1-expressing cells. This was the case after 48 h and after 72 h of L-MPLA stimulation. After 72 h pSTAT3 seemed to accumulate in the cell (**Figure 3E**). Additionally, abundance of NFκB subunit p65 was assessed by western blot analyses. P65 is known to be a target of SOCS1 in terms of ubiquitination and degradation (21, 22). **Figure 3F** shows that L-MPLA- induced p65 decreased after 24 h and was hardly detectable after 72 h. The knockdown of SOCS1 correlated with a prolonged high p65 level which was still high after 72 h. As a consequence of the sustained NFκB signaling, L-MPLA-stimulated IL-1β gene induction was significantly ($P$-value 0.05) higher in SOCS-1-silenced cells after 72 h of L-MPLA stimulation (**Figure 3G**).



**FIGURE 2 | (A)** Purified cells were incubated with L-MPLA at a liposome/monocyte ratio of 25:1 or 75:1. After overnight incubation, monocytes were analyzed for activation markers (CD80/86) and HLA-DR expression with antibody staining and flow cytometry. Shown are histogram overlays (WEASEL flow cytometry software) (L-MPLA 1 = liposome/monocyte ratio 25:1 L-MPLA 2= 75:1) and the associated quantification of $n = 3$. Quantification includes cells incubated with liposomes generated without MPLA (L-E). Performed test: Kruskal-Wallis. Number of groups: 4; CD80: $P$-value 0.0378; sum value*; CD86: $P$-value 0.0378; sum value*; HLA-DR: $P$-value 0.0249; sum value* the medians vary signif. ($P < 0.05$). **(B)** Supernatant of cultures defined in **(A)** was used for ELISA analysis to detect IL-6, TNFα, and IL-1β. Kruskal-Wallis. Number of groups: 4; IL-6: $P$-value 0.0237; sum value*; TNF: $P$-value 0.030; sum value*; IL-1β: $P$-value 0.0261; sum value* the medians vary signif. ($P < 0.05$). **(C)** Monocytes, incubated with L-MPLA (liposome/monocyte ratio 75:1) for the indicated timepoints were lysed and applied for western blot analyses with anti-p (Tyr701) STAT3, anti-STAT3, and anti-β-Actin (loading control). Shown is one representative blot out of three experiments. **(D)** RNA of cells, treated as described in **(C)**, was isolated and cDNA produced. mRNA induction was analyzed by qRT PCR using sequence specific Primer for SOCS1 and SYBR Green master mix. Results were normalized against housekeeping gene GAPDH. Kruskal-Wallis. Number of groups: 4; SOCS1: $P$-value 0.0216; sum value* the medians vary signif. ($P < 0.05$). A, B, D Columns are the mean of three different donors/experiments ($n = 3$) + standard deviation (std) as error bars. Shown $p$-values: The comparison of two data groups (line above the bars depicts the compared groups) were analyzed by Mann–Whitney $U$ test, one-tailed, confidence intervals 95%, *$p \leq 0.05$; ns, not significant.

For APC-stimulated T cell activation, the duration of sent signals is critical to reach a sufficient proliferation threshold for lymphocyte-mediated immunity. For this reason we measured the duration of APC-activation in SOCS1-silenced cells and in SOCS1-expressing cells. Antibody staining and flow cytometry was performed. **Figure 4**



**FIGURE 3 | (A)** Primary human monocytes were incubated with coatsome (NOF Corporation)-packed siRNA-6Fam against SOCS-1 (L-αSOCS siRNA) or an unrelevant sequence (L-con siRNA) for 1h or 3h. Uptake of liposomes was detected by analyzing FITC signal by a FACSCanto. Shown is the overlay of FACS histogram produced with WEASEL flow cytometry software. **(B)** Quantification of **(A)** and two more experiments. Kruskal-Wallis: number of groups: 5; *P*-value 0.0162; sum value* the medians vary signif. (*P* < 0.05). **(C)** L-MPLA-activated cells, treated with increasing concentrations of L-αSOCS siRNA or L-con siRNA (50μl/ml, 100μl/ml L-siRNA) for 24 h, were lysed. RNA was isolated, cDNA produced and used for qRT PCR analyses of SOCS-1. Results were normalized against GAPDH values. Kruskal-Wallis: number of groups: 6; *P*-value 0.0119; sum value* the medians vary signif. (*P* < 0.05). **(D)** Cells were stimulated with MPLA and treated for the indicated timepoints with L-αSOCS siRNA (100μl/ml L-siRNA). RT PCR with SOCS1-specific Primers was performed. Kruskal-Wallis: number of groups: 9; *P*-value 0.0038; sum value** the medians vary signif. (*P* < 0.05). **(E,F)** Cells were cultured for the indicated timepoints with L-MPLA ± L-αSOCS1 siRNA, before lysing. Western blot analyses was performed with **(E)** p (y704) STAT3 **(F)** anti-p56 and anti-Actin (loading control)-specific antibodies. **(G)** Monocytes were treated as described in **(E)** for 72 h, RNA was isolated, cDNA produced and used for rtPCRs with IL-1β specific primers. Data were normalized against Actin. Kruskal-Wallis: number of groups: 3; *P*-value 0.0390; sum value* the medians vary signif. (*P* < 0.05). In **(B,C,F)** is the mean + std, *n* = 3 shown. Statistics: The comparison of two data groups (line above the bars depicts the compared groups) were analyzed by Mann–Whitney *U* test, one-tailed, confidence intervals 95%, **p* ≤ 0.05; ns, not significant.

shows that the surface expression of L-MPLA-stimulated CD80/CD86 and MHC2 (HLA-DR) decreased stepwise within 72 h of observation. In contrast, costimulatory factors and MHC2 were stable increased for 72 h on αSOCS1

siRNA-treated cells. After 72 h the level of CD80, CD86, and MHC2 on SOCS1-silenced cells was significantly higher (*P*-value 0.05) than in cells treated with control siRNA (**Figure 4**).

Hildebrand et al.                                                                                          Silencing SOCS1 Strengthens Vaccination



**FIGURE 4** | Cells were cultured with liposome-embedded MPLA (L-MPLA) alone or in combination with liposome-packed control siRNA (L-con siRNA) or L- αSOCS1siRNA for the indicated time points and analyzed for surface expression of CD80, CD86, and HLA-DR with specific antibodies (CD80-PE, CD86-PE, and HLA-DR-FITC) on a FACSCanto. Columns: mean of three different donors/experiments ($n = 3$) + standard deviation (std) as error bars. Statistics: Mann– Whitney U test, one-tailed, confidence intervals 95%, *$p \le$ 0.05; ns, not significant. Line above the bars depicts the compared groups. Additionally performed test: Kruskal-Wallis. Number of groups: 12; HLA-DR: $P$-value 0.0056; sum value**; CD80: $P$-value 0.0027; sum value**; CD86: $P$-value 0.0009; sum value***. The medians of all three vary signif. ($P < 0.05$).

## Amplification of Antigen-Specific T Cell Activation

Then we introduced tetanus light chain toxin (TeTxLC) as vaccination antigen in our system. To obtain presentation of TeTxLC antigen on monocytes, recombinant TeTxLC was shuttled into primary monocytes via liposomes (L-TeTxLC). To verify the uptake of the peptide, western blot analyses with cell lysates with anti-TeTxLC specific antibody was performed. **Figure 5A** shows that TeTxLC was detected in the cell lysates, which confirms the transport of the antigen into primary monocytes.

In order to check whether the knockdown of SOCS1 increases TeTxLC- specific T cell activation, T cell proliferation assays were performed. Therefore, L-MPLA-activated and L-TeTxLC-pulsed monocytes with or without αSOCS1-siRNA were co-cultured with CD3[+] T cells. As all donors received tetanus vaccination previously, we assume a TeTx specific priming of T cells. To assess lymphocyte activation, T cells were labeled with Carboxyfluorescein succinimidyl ester (CFSE). CFSE is used to quantify proliferation due to the progressive halving of fluorescence following each cell division. After five-six days of co-culture T cell proliferation was determined by flow cytometry. The dot blots and associated quantifications (**Figures 5B,C**) show that L-MPLA-activated monocytes induce proliferation of lymphocytes. The treatment with control-siRNA had no additional effect. The siRNA-mediated knockdown of SOCS1 in monocytes strongly increased the proliferation of CD3[+] T cells. Further experiments verified that the enhanced T cell proliferation corresponds to both CD4[+] and CD8[+] T cells (**Figure 5D**). The flow cytometry histogram overlays in **Figure 5D** show that after 6 days CD4[+] as well as CD8[+] cells cocultured with L-MPLA stimulated, SOCS1-silenced monocytes proliferated much better (decrease in CFSE signal) than those cultured with SOCS1 expressing cells.

Finally we measured cytokines in the supernatant of co-cultures. After six days, we quantified IFNγ and TNFα (TH1 response), IL4 (TH2), IL-10 (Tregs), and IL-2. As shown in **Figure 6**, co-cultures with SOCS1-silenced monocytes contained significantly ($P$-value 0.05) more IL-2, IFNγ, TNFα, and IL-4 than cultures with SOCS1-expressing cells. IL-10 release was also increased although not significantly ($P$-value 0.2). Thereby we conclude that the combination of L-MPLA-activation with abrogation of SOCS1 is sufficient to increase a broad APC-mediated antigen-specific T cell response.

## DISCUSSION

The aim of our study was to increase the TLR4-adjuvant-mediated APC activation and APC-sent inflammatory signals to achieve a stronger T cell response. Since cytokines are considered important effector molecules for many different adjuvants, including TLR-ligands (30), we intended to break inhibition of SOCS1-mediated cytokine receptor signaling and TLR signaling. The



**FIGURE 5 | (A)** Monocytes were stimulated with L-MPLA and treated with liposome-packed Tetanus light chain toxin (L-TeTxLC). The next day lysates for western blot analyses were produced and blotted with anti-TeTxLC-specific and anti-actin- antibodies. **(B)** L-MPLA-activated, TeTxLC-loaded monocytes with or without L-αSOCS1-siRNA were co-cultured with CFSE-labeled CD3$^+$ T cells from the same donor. After 5–6 days T cell proliferation was determined by flow cytometry (FITC signal). Shown are dot blots and **(C)** Quantifications of **(B)** and three more experiments. Shown is the mean + std, $n = 4$. Statistics: Mann– Whitney $U$ test, one-tailed, confidence intervals 95%, *$p \leq 0.05$; ns, not significant. Line above the bars depicts the compared groups. Additionally performed test: Kruskal-Wallis. Number of groups: 5; $P$-value 0.0729; sum value: not significant; the medians do not vary signif. ($P < 0.05$). **(D)** CFSE labeled CD4$^+$ or CD8$^+$ T cells were co-cultured with L-MPLA ± L- αSOCS1 siRNA for 6 days and analyzed at a FACSCanto for fading FITC signal. Shown are the overlays of histogram produced with WEASEL flow cytometry software.

negative feedback inhibitor SOCS1 targets Janus kinases (JAKs) of the JAK/STAT cascade and NFκB components to control genes encoding mediators of inflammation (20–22). Thereby, SOCS1 critically regulates the magnitude of inflammatory response.

Hence, inhibiting SOCS1 seems to be a promising target to increase vaccination efficiency. A mouse study on a small peptide antagonist of SOCS1 showed promising results. The palmitic acid-coupled peptide that corresponds to the activation loop of JAK2 (pJAK2 1001-1013) protected mice against lethal vaccinia and encephalomyocarditis virus infection (31). Furthermore, the same peptide was shown to enhance antigen-presenting capacity of human DCs and tumor cell antigen-specific cytotoxic T cell responses (32). However, as pJAK2 is not the only target of SOCS1, direct inhibition of its protein expression might be a more potent approach.



**FIGURE 6 |** Shown are IL-2, INFγ, TNFα, IL-10, IL-4 ELISA results of supernatant collected from co-cultures: CD3 T cells with untreated monocytes, L-MPLA-stimulated cells or L-MPLA+ L- αSOCS1 siRNA (gray bars). Shown is the mean + std (error bars), $n = 3$. Statistics: The presented comparison of two data groups were analyzed by Mann– Whitney U test, one-tailed, confidence intervals 95%, *$p \leq 0.05$; ns, not significant. Additionally performed test: Kruskal-Wallis. Number of groups: 4; IL-2: $P$-value 0.0261; sum value*; INFγ: $P$-value 0.0156; sum value*; IL-10: $P$-value 0.0501; sum value: ns. TNF: $P$-value 0.0188; sum value*; IL-4: $P$-value 0.0156; sum value: *The medians of all measured cytokines, except IL-10, vary signif. ($P < 0.05$).

Song et al. could demonstrate in a mouse study that inhibition of SOCS1 in APCs attenuates antigen presentation to control HIV-1-specific humoral and cellular responses. In their approach SOCS1 was silenced in bone marrow-derived DCs via transduced lentiviral siRNA vectors (LV-SOCS1-siRNA). LV-SOCS1-siRNA-DCs immunized and TLR ligand (LPS, PolyI:C, R837) challenged mice enhanced HIV Envelope-specific cytotoxic T lymphocyte and antibody responses. Furthermore, they show that the immune response toward HIV DNA vaccine followed by stimulation with TLR ligand can be enhanced by coimmunization with SOCS1-siRNA plasmid DNA (33). Nevertheless, in humans vaccination with viral and plasmid vectors is still striking. The possibility of insertional mutagenesis and delivery of antibiotic resistance that is usually inserted into the expression plasmid as selection marker implies a safety risk. Furthermore, the lack of stability of injected vectors, possible lethal immunogenic responses to viral vectors and minor transfection efficiency are issues that need to be solved.

In our study we tested an alternative liposome-based approach that might be more applicable for vaccination of humans. Liposomes and lipid nanoparticles have become important carrier systems in vaccine development and the interest for liposome-based vaccines has markedly increased. Several advantages such as low toxicity and a high plasticity make liposomes attractive for vaccination approaches. The composition of the lipid particles allows the entrapping of soluble antigens such as peptides and nucleic acids within the aqueous inner space of liposomes as well as intercalation of lipophilic compounds into the lipid bilayer. In RNA-mediated intervention of protein expression liposomes provide effective delivery of the nucleic acid that is highly susceptible to degradation. However, endosomal escape toward the RNA-Induced Silencing Complex (RISC) in cytoplasm for successful degradation of target mRNA is a problem. Here, we used a lipid-based low toxicity drug delivery system termed coatsomes® (NOF America corporation). The coatsomes contain two sensing motifs. After receptor-mediated

uptake, the intact lipid core escapes from the endosomes due to rupture of the endosomal membrane (proton sponge effect). In the reducing conditions of the cytoplasm the embodied disulfide bond is cleaved and the siRNA is able to contact the RISC complex and mediate degradation of its target. Via this technique SOCS1 is effectively silenced in the L-MPLA activated monocytes for three days and downregulation of SOCS1 target proteins is prevented. In consequence, L-MPLA-stimulated activation of monocytes is increased and elongated. The increased activation leads to a pronounced gain of antigen-specific T cell proliferation, which is essential for the development of immunity. Importantly, the L-siRNA-mediated knockdown of SOCS1 induced by a single treatment is stable for three days and abrogated after five days. The L-MPLA induced expression of SOCS1 decreases from day one to day seven. At day seven SOCS1 expression level was as low as in untreated cells. Thus, long-lasting adverse side effects are unlikely but should be taken into consideration.

Besides $CD4^+$ T cells also $CD8^+$ T cells were more activated when co-cultured with SOCS1-silenced monocytes. This implies that the liposome-packed vaccination antigen TeTxLC is delivered into the cytosol which is a critical step for presentation on MHC class I and the sequential elevation of antigen-specific $CD8^+$ T cell responses.

It must be mentioned that beside upregulation of inflammatory signals, silencing SOCS1 might also sustain expression of inhibitory factors that are STAT3-dependend. STAT3 is known to be a key regulator of immuno-suppressive factors such as Programmed cell death 1 ligand 1(PD-L1) (34). PD-L1 is known to inhibit T cell proliferation and induce Tregs (35, 36). Nevertheless, we observed that SOCS1-silenced monocytes stimulate a stronger T cell proliferation than SOCS1-expressing cells. The cytokine profile points toward a TH1 response not toward Tregs. However, additional application of anti-PD-L1 or anti PD-1 antibodies might be beneficial for an increase in T cell activation.

In summary, siRNA-mediated silencing of SOCS1 increases TLR4-adjuvant-stimulated monocyte activation and enhances monocyte-mediated T cell responses. As the vaccination peptide in our system can be easily exchanged the liposome-strategy could be applied against many different extracellular and intracellular pathogens including tumorviruses. Thereby the

approach could be especially useful for vaccination against infectious diseases mediated such as leishmaniosis, malaria, or HIV. In addition this approach could also strengthen vaccination efficacy against oncogenic viruses (e.g. HPV).

Taken together, our study provides useful information for the development of a new vaccination strategy in humans against infectious diseases.

## ETHICS STATEMENT

The study was carried out in accordance with the recommendations of the ethics committee of the Medizinische Fakultät Heidelberg with written informed consent from all subjects. All subjects gave written informed consent in accordance with the Declaration of Helsinki. The study (taking of blood samples from healthy donors and treatment of blood leukocytes with microbial stimuli) was reviewed and approved by the ethics committee of Medizinische Fakultät Heidelberg.

## AUTHOR CONTRIBUTIONS

KH and DH designed the study with essential input from CM-Z and GJ. DH wrote the final manuscript. DH, CM-Z, and GJ performed the experiments. All authors read the manuscript and discussed the results.

## FUNDING

This work was supported by an Olympia-Morata Habilitation fellowship (Medizinische Fakultät Heidelberg) to DH and a student fellowship (DZIF) to CM-Z.

## ACKNOWLEDGMENTS

We acknowledge financial support by Deutsche Forschungsgemeinschaft within the funding programme Open Access Publishing, by the Baden-Württemberg Ministry of Science, Research and the Arts and by Ruprecht-Karls-Universität Heidelberg. We thank Jonas Preinßl for doing pretests on liposomes.

## REFERENCES

1. Agallou M, Pantazi E, Tsiftsaki E, Toubanaki DK, Gaitanaki C, Smirlis D, et al. Induction of protective cellular immune responses against experimental visceral leishmaniasis mediated by dendritic cells pulsed with the N-terminal domain of *Leishmania infantum* elongation factor-2 and CpG oligodeoxynucleotides. *Mol Immunol.* (2018) 103:7–20. doi: 10.1016/j.molimm.2018.08.004

2. Ghasemi M, Erturk M, Buruk K, Sonmez M. Induction of potent protection against acute and latent herpes simplex virus infection in mice vaccinated with dendritic cells. *Cytotherapy.* (2013) 15:352–61. doi: 10.1016/j.jcyt.2012.11.012

3. Schon E, Harandi AM, Nordstrom I, Holmgren J, Eriksson K. Dendritic cell vaccination protects mice against lethality caused by genital herpes simplex virus type 2 infection. *J Reprod Immunol.* (2001) 50:87–104. doi: 10.1016/S0165-0378(00)00094-2

4. Kundu G, Noverr MC. Exposure to host or fungal PGE(2) abrogates protection following immunization with Candida-pulsed dendritic cells. *Med Mycol.* (2011) 49:380–94. doi: 10.3109/13693786.2010.532514

5. Akira S, Uematsu S, Takeuchi O. Pathogen recognition and innate immunity. *Cell.* (2006) 124:783–801. doi: 10.1016/j.cell.2006.02.015

6. Rock KL, Shen L. Cross-presentation: underlying mechanisms and role in immune surveillance. *Immunol Rev.* (2005) 207:166–83. doi: 10.1111/j.0105-2896.2005.00301.x

7. Kaisho T, Akira S. Toll-like receptors as adjuvant receptors. *Biochim Biophys Acta.* (2002) 1589:1–13. doi: 10.1016/S0167-4889(01)00182-3

8. Gregg KA, Harberts E, Gardner FM, Pelletier MR, Cayatte C, Yu L, et al. Rationally designed TLR4 ligands for vaccine adjuvant discovery. *MBio.* (2017) 8:e00492-17. doi: 10.1128/mBio.00492-17

9.  Johnson AG. Molecular adjuvants and immunomodulators: new approaches to immunization. *Clin Microbiol Rev.* (1994) 7:277–89. doi: 10.1128/CMR.7.3.277

10. Johnson AG, Tomai M, Solem L, Beck L, Ribi E. Characterization of a nontoxic monophosphoryl lipid A. *Rev Infect Dis.* (1987) 9(Suppl. 5):S512–6. doi: 10.1093/clinids/9.Supplement_5.S512

11. Mata-Haro V, Cekic C, Martin M, Chilton PM, Casella CR, Mitchell TC. The vaccine adjuvant monophosphoryl lipid A as a TRIF-biased agonist of TLR4. *Science.* (2007) 316:1628–32. doi: 10.1126/science.1138963

12. Alving CR, Rao M, Steers NJ, Matyas GR, Mayorov AV. Liposomes containing lipid A: an effective, safe, generic adjuvant system for synthetic vaccines. *Expert Rev Vaccines.* (2012) 11:733–44. doi: 10.1586/erv.12.35

13. Alving CR, Beck Z, Matyas GR, Rao M. Liposomal adjuvants for human vaccines. *Expert Opin Drug Deliv.* (2016) 13:807–16. doi: 10.1517/17425247.2016.1151871

14. Casella CR, Mitchell TC. Putting endotoxin to work for us: monophosphoryl lipid A as a safe and effective vaccine adjuvant. *Cell Mol Life Sci.* (2008) 65:3231–40. doi: 10.1007/s00018-008-8228-6

15. Sallusto F, Lanzavecchia A, Araki K, Ahmed R. From vaccines to memory and back. *Immunity.* (2010) 33:451–63. doi: 10.1016/j.immuni.2010.10.008

16. Karch CP, Burkhard P. Vaccine technologies: from whole organisms to rationally designed protein assemblies. *Biochem Pharmacol.* (2016) 120:1–14. doi: 10.1016/j.bcp.2016.05.001

17. Khallouf H, Grabowska AK, Riemer AB. Therapeutic vaccine strategies against human papillomavirus. *Vaccines.* (2014) 2:422–62. doi: 10.3390/vaccines2020422

18. Panagioti E, Klenerman P, Lee LN, van der Burg SH, Arens R. Features of effective T cell-inducing vaccines against chronic viral infections. *Front Immunol.* (2018) 9:276. doi: 10.3389/fimmu.2018.00276

19. Kiu H, Nicholson SE. Biology and significance of the JAK/STAT signalling pathways. *Growth Factors.* (2012) 30:88–106. doi: 10.3109/08977194.2012.660936

20. Ungureanu D, Saharinen P, Junttila I, Hilton DJ, Silvennoinen O. Regulation of Jak2 through the ubiquitin-proteasome pathway involves phosphorylation of Jak2 on Y1007 and interaction with SOCS-1. *Mol Cell Biol.* (2002) 22:3316–26. doi: 10.1128/MCB.22.10.3316-3326.2002

21. Ryo A, Suizu F, Yoshida Y, Perrem K, Liou YC, Wulf G, et al. Regulation of NF-kappaB signaling by Pin1-dependent prolyl isomerization and ubiquitin-mediated proteolysis of p65/RelA. *Mol Cell.* (2003) 12:1413–26. doi: 10.1016/S1097-2765(03)00490-8

22. Strebovsky J, Walker P, Lang R, Dalpke AH. Suppressor of cytokine signaling 1 (SOCS1) limits NFkappaB signaling by decreasing p65 stability within the cell nucleus. *FASEB J.* (2011) 25:863–74. doi: 10.1096/fj.10-170597

23. Bartz H, Avalos NM, Baetz A, Heeg K, Dalpke AH. Involvement of suppressors of cytokine signaling in toll-like receptor-mediated block of dendritic cell differentiation. *Blood.* (2006) 108:4102–8. doi: 10.1182/blood-2006-03-008946

24. Hanada T, Yoshida H, Kato S, Tanaka K, Masutani K, Tsukada J, et al. Suppressor of cytokine signaling-1 is essential for suppressing dendritic cell activation and systemic autoimmunity. *Immunity.* (2003) 19:437–50. doi: 10.1016/S1074-7613(03)00240-1

25. Hong B, Ren W, Song XT, Evel-Kabler K, Chen SY, Huang XF. Human suppressor of cytokine signaling 1 controls immunostimulatory activity of monocyte-derived dendritic cells. *Cancer Res.* (2009) 69:8076–84. doi: 10.1158/0008-5472.CAN-09-1507

26. Shen L, Evel-Kabler K, Strube R, Chen SY. Silencing of SOCS1 enhances antigen presentation by dendritic cells and antigen-specific anti-tumor immunity. *Nat Biotechnol.* (2004) 22:1546–53. doi: 10.1038/nbt1035

27. Subramanya S, Armant M, Salkowitz JR, Nyakeriga AM, Haridas V, Hasan M, et al. Enhanced induction of HIV-specific cytotoxic T lymphocytes by dendritic cell-targeted delivery of SOCS-1 siRNA. *Mol Ther.* (2010) 18:2028–37. doi: 10.1038/mt.2010.148

28. Helsper JP, Peters RJ, Brouwer L, Weigel S. Characterisation and quantification of liposome-type nanoparticles in a beverage matrix using hydrodynamic chromatography and MALDI-TOF mass spectrometry. *Anal Bioanal Chem.* (2013) 405:1181–9. doi: 10.1007/s00216-012-6530-5

29. Tanaka H, Watanabe A, Konishi M, Nakai Y, Yoshioka H, Ohkawara T, et al. The delivery of mRNA to colon inflammatory lesions by lipid-nano-particles containing environmentally-sensitive lipid-like materials with oleic acid scaffolds. *Heliyon.* (2018) 4:e00959. doi: 10.1016/j.heliyon.2018.e00959

30. Awate S, Babiuk LA, Mutwiri G. Mechanisms of action of adjuvants. *Front Immunol.* (2013) 4:114. doi: 10.3389/fimmu.2013.00114

31. Ahmed CM, Dabelic R, Martin JP, Jager LD, Haider SM, Johnson HM. Enhancement of antiviral immunity by small molecule antagonist of suppressor of cytokine signaling. *J Immunol.* (2010) 185:1103–13. doi: 10.4049/jimmunol.0902895

32. Wang Y, Wang S, Ding Y, Ye Y, Xu Y, He H, et al. A suppressor of cytokine signaling 1 antagonist enhances antigen-presenting capacity and tumor cell antigen-specific cytotoxic T lymphocyte responses by human monocyte-derived dendritic cells. *Clin Vaccine Immunol.* (2013) 20:1449–56. doi: 10.1128/CVI.00130-13

33. Song XT, Evel-Kabler K, Rollins L, Aldrich M, Gao F, Huang XF, et al. An alternative and effective HIV vaccination approach based on inhibition of antigen presentation attenuators in dendritic cells. *PLoS Med.* (2006) 3:e11. doi: 10.1371/journal.pmed.0030011

34. Wolfle SJ, Strebovsky J, Bartz H, Sahr A, Arnold C, Kaiser C, et al. PD-L1 expression on tolerogenic APCs is controlled by STAT-3. *Eur J Immunol.* (2011) 41:413–24. doi: 10.1002/eji.201040979

35. Gianchecchi E, Fierabracci A. Inhibitory receptors and pathways of lymphocytes: the role of PD-1 in Treg development and their involvement in autoimmunity onset and cancer progression. *Front Immunol.* (2018) 9:2374. doi: 10.3389/fimmu.2018.02374

36. Giesbrecht K, Eberle ME, Wolfle SJ, Sahin D, Sahr A, Oberhardt V, et al. IL-1beta as mediator of resolution that reprograms human peripheral monocytes toward a suppressive phenotype. *Front Immunol.* (2017) 8:899. doi: 10.3389/fimmu.2017.00899

**Conflict of Interest Statement:** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Copyright © 2019 Hildebrand, Metz-Zumaran, Jaschkowitz and Heeg. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) and the copyright owner(s) are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

Joint Claim Construction Brief

# EXHIBIT 50





## ARTICLE

https://doi.org/10.1038/s41467-020-15927-0    OPEN

# A vaccine-based nanosystem for initiating innate immunity and improving tumor immunotherapy

Di-Wei Zheng[1,2], Fan Gao[1,2], Qian Cheng[1], Peng Bao[1], Xue Dong[1], Jin-Xuan Fan[1], Wen Song[1], Xuan Zeng[1], Si-Xue Cheng[1] & Xian-Zheng Zhang [1 ✉]

The unsatisfactory response rate of immune checkpoint blockade (ICB) immunotherapy severely limits its clinical application as a tumor therapy. Here, we generate a vaccine-based nanosystem by integrating siRNA for *Cd274* into the commercial human papillomavirus (HPV) L1 (HPV16 L1) protein. This nanosystem has good biosafety and enhances the therapeutic response rate of anti-tumor immunotherapy. The HPV16 L1 protein activates innate immunity through the type I interferon pathway and exhibits an efficient anti-cancer effect when cooperating with ICB therapy. For both resectable and unresectable breast tumors, the nanosystem decreases 71% tumor recurrence and extends progression-free survival by 67%. Most importantly, the nanosystem successfully induces high response rates in various genetically modified breast cancer models with different antigen loads. The strong immune stimulation elicited by this vaccine-based nanosystem might constitute an approach to significantly improve current ICB immunotherapy.

---

[1] Key Laboratory of Biomedical Polymers of Ministry of Education & Department of Chemistry, Wuhan University, Wuhan 430072, PR China. [2] These authors contributed equally: Di-Wei Zheng, Fan Gao. ✉email: xz-zhang@whu.edu.cn

# ARTICLE

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

Immunotherapy for unleashing patients' autologous immune system has achieved clinical benefits in various incurable tumors[1–6]. Clinically, immune checkpoint blockade (ICB), especially the pharmaceutical targeting of programmed cell death protein 1 or programmed cell death protein 1(PD1/PDL1) has displayed satisfactory effects in treating patients with melanoma, non-small cell lung cancer and triple-negative breast cancer (TNBC)[7]. Despite these achievements, a primary problem facing ICB therapy in clinical trials is the extremely low response rate. Even in melanoma, one of the most immunogenic types of cancer, only 20–50% of patients benefit from ICB treatment[8].

With the ability to elicit robust and durable immune responses, microorganisms have been used to boost the therapeutic response rate for cancer therapies[9–11]. Very recently, the intravenous (i.v.) injection of material-assisted or genetically modified *Escherichia coli* was demonstrated to activate innate immunity and suppress the tumor growth[12,13]. Importantly, the intratumoral injection of oncolytic virus, T-Vec, was found to increase the response rate of ipilimumab treatment in advanced melanoma patients for 2.9-fold[14]. The safety concern is the biggest problem for current microorganism-based therapy. For example, the adverse effects resulting from bacteria (e.g., cytokine release syndrome and infection) or viruses (mainly fatigue, fevers, and chills), much restrict their clinical translation.

Vaccines are biologically prepared infectious agents with the microorganism-like structure, and they are highly safe[15]. Evidence has proved that the current-used nonliving vaccines lead to robust immune responses. In a phase 2b–3 study, 9-valent human papillomavirus (HPV) vaccine reached a high protection rate of 96.7% in 14,215 women, and only 2% of subjects displayed mild systemic side effects (e.g., pain, swelling, erythema, and pruritus)[16]. Having been widely vaccinated in population and stood the test of time, vaccines share the advantages with guaranteed safety for full translational potential.

Encouraged by the microorganisms-like property and proper biosafety, we modifies a vaccine to improve the response rate of current ICB therapy. Considering the capacity of microorganisms in inducing immune responses, we analyzes the correlation between the expression of innate immunity-associated genes and clinical prognosis in various cancer types. From in silico analysis, breast cancer patients with innate immune activation are found to have a better prognosis. Based on this fact, TNBC, the most aggressive form of breast cancer, is selected for testing our therapeutic strategy. As one of the most widely used vaccines in the clinic, the HPV vaccine (HPV16 L1 protein assembly) is chosen and used for modification. Previously, immunotherapy targeting PDL1 has achieved excellent results in clinical trials of breast cancer patients. Utilizing the specific binding between HPV capsid and $\alpha_6$ integrin over-expressed in TNBC[17], PEGylated HPV16 L1 protein is assembled with siRNA oligonucleotides (for *Cd274* knockdown) for inhibiting the expression of tumor-specific PDL1[18,19]. Benefiting from the advantages of the HPV vaccine, this siRNA loaded pseudovirus nanoparticles (siRNA@HPVP) induces effective immunotherapy effects with a high response rate and superior biosafety. The design of siRNA@HPVP establishes a convenient method for increasing the response rate of ICB therapy through the combination of the microbial-based vaccines in use.

## Results

**Construction of siRNA@HPVP.** First, transcriptome and survival data were obtained from The Cancer Genome Atlas (TCGA) in silico analysis. The expression of a list of genes that associated with immune regulation (*CD80*, *CD86*, *ITGAM*, *CD2*, *CD3D*, *CD3E*, *FOXP3*, *IRF7*, *SMAD6*, *TLR5*, *TRAF6*, *BCL6*, *CD59*, and

*C4A*) was scanned. It was observed that there were significant changes in the expression of these genes between breast cancer tissues and adjacent tissues (1097 cases, Fig. 1a). The upregulation of *IRF7* or *CD3E* is positively correlated to the patients' prognosis (Fig. 1b). IRF7 is a well-known transcription factor that regulates the secretion of interferon (IFN) in response to viruses[20], which implies that the activation of innate immunity by viruses may further amplify the anticancer immunity (Supplementary Fig. 1). For example, IFN-γ is able to promote the production of IL12 by DCs, which process is required for the effective PD1/PDL1 blockade based immunotherapy for tumor[21]. The preparation of siRNA@HPVP is diagrammed in Fig. 1c. Three different siRNA sequences were designed and synthesized (denoted as siRNA1, siRNA2, and siRNA3). The *Cd274* knockdown effect of siRNA on 4T1 cells was evaluated by the real-time PCR analysis (Fig. 1d). According to the results, siRNA2 exhibited a superior knockdown effect than both siRNA3 and siRNA1. Although siRNA@HPVP was internalized by antigen-presenting cells (APCs), for these difficult-to-transfect cells, siRNA treatment did not effectively inhibit the expression of *Cd274* gene. After loading siRNA on HPVP, we measured the binding affinity between siRNA and HPVP with gel-electrophoresis assay[22]. It was found that the nucleic acids were effectively combined on HPVP with the mass ratio of 0.8:1 (siRNA:HPVP) (Fig. 1e). To ensure an adequate binding, an siRNA to HPVP ratio of 0.5:1 was used for material preparation.

From the protein structure analysis, both the hydrophobic effect and electrostatic interaction were estimated to be the driving force for the assembly of siRNA and HPV16 L1 protein (Supplementary Fig. 2a, b). The morphological property of siRNA@HPVP was observed through the cryo-transmission electron microscope (cryo-TEM). siRNA@HPVP formed a uniform nanostructure with a diameter of about 60 nm (Fig. 1f). The protective effect of HPVP on siRNA was also studied by treating siRNA@HPVP with RNase. As shown in Supplementary Fig. 2c, naked siRNA was completely degraded by 5 mU of RNase. In contrast, HPVP protected siRNA from enzymolysis. Even after 2 months of storage at −20 °C, siRNA encapsulated in HPVP still remained. In addition, HPVP itself exhibited negligible cytotoxicity against the cells (Supplementary Fig. 2d).

To further demonstrate the internalization of HPVP by 4T1 cells, TEM was used. The clear viral structure was found in lysosomes of 4T1 cells (Supplementary Fig. 3a). In order to verify whether the interaction between HPVP and $\alpha_6$ integrin would enhance the endocytosis of HPVP, wide-type, and *Itga6*-knockout 4T1 (4T1$^{Itga6-}$) cells were chosen and respectively treated with rhodamine B labeled HPVP. The endocytosis of HPVP was monitored at different time points. According to the results, the much higher HPVP uptake in 4T1 cells demonstrated that the endocytosis might be promoted by the interaction between HPVP and $\alpha_6$ integrin (Fig. 1g). Co-localization of HPVP and $\alpha_6$ integrin expressed on the 4T1 cells was also observed with the confocal laser scanning microscopy. The high Mander's overlap co-localization of 0.93 confirmed that there existed interaction between HPVP and α6 integrin (Supplementary Fig. 3b).

**In vivo immunogenic effect of siRNA@HPVP.** HPVP loading with siRNA1, siRNA2, and siRNA3 (denoted as siRNA1@HPVP, siRNA2@HPVP, and siRNA3@HPVP, respectively) were prepared. The immune-stimulating ability of three complexes was analyzed. First, the cytotoxicity effect of splenic cells towards 4T1 cells was studied with the lactate dehydrogenase (LDH) assay. As expected, the tumor cells were more vulnerable to splenic cells that pretreated with both siRNA1@HPVP and siRNA2@HPVP (Fig. 2a). In contrast, HPVP, siRNA3@HPVP, and

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0 ARTICLE



**Fig. 1 Schematic and characterization of siRNA@HPVP. a** Expressions of tumor immune regulation-associated genes in 1097 human breast tumors and 114 para-carcinoma tissues from UALCAN (http://ualcan.path.uab.edu/index.html). Statistical significance was calculated with two-tailed Student's $t$ test. **b** The correlation between the *CD3E/IRF7* expressions and the survival of breast tumor patients from TCGA. Statistical significance was calculated with two-tailed Student's $t$ test. **c** Schematic diagram for the design and function process of the siRNA@HPVP system. Before the encapsulation of siRNA, the HPV16 L1 capsid was disassembled by DTT. Disassembled HPV16 L1 protein mixed with siRNA and PEG was reassembled into nanoparticles through the removal of DTT via dialysis. The HPVP was expected to initiate an immune response in an *Irf7*-dependent manner (mainly in APCs), while the knockdown of the *Cd274* gene (mainly in cancer cells) promoted the lymphocyte infiltration. **d** PCR analysis of *Cd274* transcription in 4T1 cells after silenced by three siRNA sequences (100 nmol mL$^{-1}$). The gene silencing efficiency of siRNA2 on 4T1 cells and RAW 267.4 cells. Three biological replicates are shown. Statistical significance was calculated with one-way ANOVA with Tukey post-hoc (left) and two-tailed Student's $t$ test (middle and right). **e** Gel electrophoresis of siRNA@HPVP at different mass ratios between HPVP and siRNA, naked siRNA was set as control. **f** Cryo-TEM images of siRNA@HPVP. A representative image of two biological replicates is shown. **g** Flow cytometry data of the uptake of siRNA@HPVP in 4T1 cells or 4T1$^{Itga6-}$ cells. The intracellular fluorescence intensity was measured at 6 h, 12 h, and 24 h of the co-incubation. Three biological replicates are shown. Statistical significance was calculated with two-tailed Student's $t$ test. Data are presented as mean values ± SD.

siRNA3 oligonucleotides only slightly improved the immuno-toxicity of splenic cells when compared with the PBS group.

APCs are the protagonist for inducing innate immunity[23]. Here, the influence of three siRNA@HPVP formats on APCs was studied. First, the influence of different treatments on dendritic cells (DCs) was analyzed with flow cytometry (FACS). Both HPVP and three kinds of siRNA@HPVP obviously promoted the

maturation of DCs (Fig. 2b and Supplementary Fig. 3d). Among them, siRNA1@HPVP and siRNA2@HPVP exhibited better effect than siRNA3@HPVP. The maturation process of DCs induced by viruses is always accompanied by the activation of IFN signaling. So, we analyzed the expression levels of IFN-α and IFN-γ in DCs after different treatments (Fig. 2c). When compared with the PBS group, a 5.6-fold increase of *Ifna1* and

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0



**Fig. 2 In vitro APCs activation. a** In vitro cytotoxicity of splenocytes towards 4T1 cells (with the effector/target ratio of 10:1). Splenocytes were pretreated with different samples (PBS, HPVP, siRNA1, siRNA2, siRNA3, siRNA1@HPVP, siRNA2@HPVP, or siRNA3@HPVP) for 24 h before the cytotoxicity assay. Five biological replicates are shown. **b** FACS data of the mature DCs (CD80⁺CD86⁺) gating on CD11c⁺ cells after co-incubated with different siRNA@HPVP formats (siRNA1@HPVP, siRNA2@HPVP, or siRNA3@HPVP), HPVP or fresh culture medium for 24 h. A representative image of three biological replicates is shown. **c** Transcript abundance of IFN-α and IFN-γ in DCs after different treatments. Three biological replicates are shown. **d, e** FACS data to exhibit the phenotype and activation proportion of macrophages (CD11b⁺CD80⁺) 6 h after different treatments. M1 macrophages (CD11b⁺CD206⁻) were induced by lipopolysaccharide (100 ng mL⁻¹). M2 macrophages (CD11b⁺CD206⁺) were induced by IL4 (20 ng mL⁻¹). A representative image of three biological replicates is shown. **f** Cytokine levels in the culture medium of RAW 264.7 macrophages after different treatments. The concentration of HPVP for all in vitro immune stimulate assays was 20 mg L⁻¹. Three biological replicates are shown. Statistical significance was calculated via one-way ANOVA with Tukey post-hoc analysis (**a, c, f**). Data are presented as mean values ± SD.

7.78-fold increase of *Ifng1* transcription were observed in siRNA2@HPVP-treated DCs. The same trend was also observed in siRNA1@HPVP-treated DCs. Meanwhile, the ELISA analysis showed that siRNA1@HPVP- and siRNA2@HPVP-treated DCs secreted the highest amount of IFN-α and IFN-γ (Supplementary Fig. 3e, f).

Besides, the effect of three siRNA@HPVP formats on macrophages polarization was also tested. After co-cultured with different samples, Raw 267.4 cells (murine macrophages) were

analyzed with FACS (Fig. 2d). It was found that both siRNA@HPVP and HPVP skewed macrophages toward the M1 phenotype (CD11b⁺CD206⁻). Moreover, both siRNA1@HPVP and siRNA2@HPVP exhibited a better effect for inducing the activation of macrophages (CD11b⁺CD80⁺) than siR-NA2@HPVP or HPVP (Fig. 2e). Besides, both HPVP and three siRNA@HPVP formats induced the secretions of IL1β, IL6, TNF-α, and MIP1α (markers of M1 macrophages). According to the quantitative analysis, siRNA1@HPVP and siRNA2@HPVP also

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

ARTICLE

exhibited more obvious effects than HPVP or siRNA3@HPVP (Fig. 2f). The differences among the immune-stimulating effects of the three siRNA might be due to the immune-stimulating sequences existing in siRNA1 or siRNA2[24]. As shown in Supplementary Fig. 3g–i, naked siRNA1 and siRNA2 also showed greater immunogenicity. Considering the immune-stimulating ability and *Cd274* knockdown effect of siRNA2@HPVP, this combination was chosen for further investigation.

**In vivo immunogenic effect evaluation of siRNA2@HPVP.** The biocompatibility of siRNA2@HPVP was evaluated on guinea pigs (Supplementary Fig. 4a). The body temperature and lung histamine were measured after different treatments (Supplementary Fig. 4b, c). Negligible changes in body temperature and histamine levels indicated the allergenicity of siRNA2@HPVP. From blood biochemical test, no obvious hepatic and renal toxicity was found in siRNA2@HPVP-treated guinea pigs (Supplementary Fig. 4d), which also proved the good biosafety of siRNA2@HPVP. In addition, the blood levels of anti-PEG and antiviral antibodies after the injection of HPVP or HPV16 L1 protein were measured. As shown in Supplementary Fig. 4e, PEGylated materials produced less antiviral antibodies after the injection. No visible productions of anti-PEG antibodies were observed after the injection of PEGylated materials. At the same time, we also found that PEGylation stabilized the tumor enrichment effect of the repeatedly injected materials (Supplementary Fig. 4f).

The tumor accumulation ability of HPVP was studied in 4T1 tumor-bearing mice. A noticeable tumor accumulation was observed 4 h after the intravenous injection with HPVP (Fig. 3a). Even 24 h after the injection, exceptionally intensive fluorescence was still visible in the tumor region. However, the tumor-targeting ability of HPVP was weakened after the blockade of α6 integrin with its antibody, suggesting that the tumor-targeting ability of HPVP relied on its biological interaction with α6 integrin expressed on the tumor cells. Twenty-four hours after injection, the mice were sacrificed to strip the tumor-draining lymph nodes, and the HPVP accumulation was also recorded. Attributed to the inhibition of tumor retention, more HPVP entered the lymph node (Supplementary Fig. 5).

Subsequently, the PDL1 inhibition capacity of siRNA1@HPVP, siRNA2@HPVP, and siRNA3@HPVP was also evaluated in vivo. According to the results of immunofluorescent staining analysis, siRNA1@HPVP, siRNA2@HPVP, and siRNA3@HPVP exhibited similar inhibition effect towards the expression of PDL1 in vivo (Fig. 3b). In contrast, a negligible PDL1 inhibition effect was found in the mice with HPVP injection, implying the PDL1 inhibition capacity of siRNA2@HPVP depended on the presence of siRNA. To visualize the immune responses, pTNF-α-promoter-luc[25], a plasmid with TNF-α promoter-fused luciferase reporter gene, was designed and transfected into 4T1 tumors (4T1PT tumor, Supplementary Fig. 5). 4T1PT tumor-bearing mice with tumor volume around 200 mm³ were received with different treatments by *i.v.* injection. Progressively increased bioluminescence signaling was observed in the tumors of the siRNA2@HPVP group. The bioluminescence intensity reached its maximum intensity at 24 h after the injection. (Fig. 3c). The highest TNF-α level in tumor tissues of the siRNA2@HPVP group demonstrated the superior immunogenic effect of siRNA2@HPVP than HPVP and siRNA2.

After that, the anticancer effect of siRNA2@HPVP was investigated on subcutaneous 4T1 tumor-bearing mice. Mice were respectively administrated with siRNA2 (2.5 mg kg⁻¹), HPVP (5 mg kg⁻¹), and siRNA2@HPVP (7.5 mg kg⁻¹) through *i.v.* injection, and the mice receiving PBS treatment were set as control. At day 15, siRNA2@HPVP exhibited a tumor inhibition

rate of 83.5%, while monotherapy with HPVP or siRNA2 showed an inhibition rate of around 60% (Fig. 3d). FACS analysis also revealed that siRNA2@HPVP effectively decreased PDL1 expression in tumors (Fig. 3e). Besides, through the immunofluorescence staining, the number of Ki67+ cells ($P = 0.011$) significantly decreased in tumor samples from siRNA2@HPVP-treated mice, as compared with other groups (Fig. 3f). However, there was no statistical difference in the expression of Ki67, along with the groups treated by siRNA2, HPVP, and PBS. Taken together, the combination of innate immunity activation and PDL1 blockade exhibited excellent cooperative effect for anticancer therapy than any monotherapy. Interestingly, the direct use of aPDL1 + HPVP also slightly inhibited tumor growth. Although aPDL1 + HPVP was not as effective as siRNA2@HPVP, the combination of aPDL1 + HPVP might provide a simpler path to the clinic after further optimization.

Then, the in vivo immune-stimulating effect of siRNA2@HPVP was evaluated. Three days after the treatments, the tumor-draining lymph nodes of mice were harvested to evaluate the maturation states of DCs with FACS. siRNA2@HPVP treatment significantly ($P = 0.001$) promoted the maturation of DCs from 16.8 (PBS group) to 35.4%, which was around 1.5-fold more efficient than that of siRNA- or HPVP-treated group (Fig. 3g). Two weeks after the injection, tumor tissues were collected to analyze the tumor-infiltrating immune cells (Fig. 3g). The proportion of cytotoxic T cells (CD3+CD8+) in tumor tissues of mice treated with siRNA2@HPVP (31.5%) was higher than that of the groups treated with siRNA (12.6%) and HPVP (16.4%). Tumor-infiltrating macrophages were also analyzed by FACS. The ratio of M1 macrophages to M2 macrophages in the tumor site increased markedly (from 0.7 to 1.8) after both HPVP and siRNA2@HPVP treatments (Fig. 3h). Meanwhile, the levels of IFN-γ and IFN-α (mainly secreted by mature DCs) in the plasma were measured 12 h after the injection (Fig. 3i). As expected, high levels of IFN-γ and IFN-α were found in HPVP and siRNA2@HPVP groups. As expected, siRNA2@HPVP was more effective than HPVP for inducing IFN-γ and IFN-α secretion, which was attributed to the DCs maturation promoted by siRNA2. These results demonstrated that siRNA2@HPVP not only induced the innate immune defense but also activated a systematic anticancer cellular immunity.

**Transcriptomic analysis of the anticancer mechanism.** Three days after the peritumoral injection of siRNA2@HPVP, 4T1 tumor tissues were collected for transcriptomics analysis. A total of 14,679 genes were identified. Compared with the PBS group, 390 differential genes were found under a threshold with absolute fold changes >1.5 and *P* values < 0.05 (Fig. 4a and Supplementary Fig. 6). Genes associated with immune processes were sorted out (marked in Fig. 4a). Through the Gene Ontology (GO) analysis, most of the differential genes were found to enrich in the categories of defense response to virus infection (Supplementary Fig. 6). The more significant upregulation of the immune-related genes in the siRNA2@HPVP group than the other two groups demonstrated the remarkable immune-stimulating ability of siRNA2@HPVP over the aPDL1 treatment. Furthermore, GeneMANIA, a multiple association network integration algorithm for predicting gene interactions, was performed[26]. Most of these genes were corresponded to co-expression, following by physical interactions (Fig. 4b). As expected, a mass of genes associated with cytokine activity (31 of 121) and chemokine activity (16 of 30) was activated. Besides, changes of a gene cluster associated with T-cell activation (24 of 201), proliferation (21 of 161), and defense response of microbes (21 of 228), were also noticed.

ARTICLE
NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0



**Fig. 3 Tumor accumulation and anticancer ability of siRNA2@HPVP. a** In vivo tumor-targeting capacity of HPVP on 4T1 tumor-bearing mice after *i.v.* injection. The blockade of α6 integrin with antibody reduced the tumor accumulation of HPVP. A representative image of three biological replicates is shown. **b** Ex vivo immunofluorescence images for the evaluation of PDL1 inhibition effect of siRNA1@HPVP, siRNA2@HPVP, and siRNA3@HPVP (Scale bar: 1 mm). A representative image of three biological replicates is shown. **c** Bioluminescence assay for the in situ measurement of innate immunity in 4T1 tumors after treated with siRNA2@HPVP. Tumor cells were transfected with a pTNF-α-promoter-luc plasmid for reporting the intratumoral TNF-α level. A representative image of three biological replicates is shown. **d** In vivo anticancer effect evaluation of siRNA2@HPVP and HPVP + aPDL1 on the subcutaneous murine breast tumor model. The tumor size was measured every other day. Five biological replicates are shown. **e** FACS analysis for measuring the expression of PDL1 protein in PBS- or siRNA2@HPVP-treated mice tumors. Three biological replicates are shown. **f** Quantitative analysis of Ki67+ tumor cells after different treatments. Four images per group were taken. **g** FACS data of the mature DCs (CD11c+CD80+CD86+) within lymph nodes (left) and tumor-infiltrating cytotoxic T cells (CD3+CD8+ T cells, right) after different treatments. Three biological replicates (right) and four biological replicates (left) are shown, respectively. **h** FACS analysis for measuring intratumoral M1/M2 macrophages ratio after different treatments. CD11b+CD206+ cells were defined as M2 macrophages, while CD11b+CD206− cells were defined as M1 macrophages. Four biological replicates are shown. **i** IFN levels in serum from the mice 12 h after different treatments. Three biological replicates are shown. Statistical significance was calculated via one-way ANOVA with a Tukey post-hoc test (**d–i**). Data are presented as mean values ± SD.

These results comprehensively demonstrated the immune activation ability of siRNA@HPVP. Then, the Kyoto Encyclopedia of Genes and Genomes (KEGG) analysis was conducted to determine the detailed immune activation pathways mediated by siRNA2@HPVP treatment. From the KEGG pathway analysis, the most significant differences between the PBS and

siRNA2@HPVP groups were found in the Toll-like receptor (TLR) signaling pathway (*P* = 0.0001) and T_H1 and T_H2 cell differentiation (*P* = 0.0011) pathways (Fig. 4c). For further verification, PCR analysis was performed to analyze the key genes of these two pathways. The expression levels of *Tlr7*, *Cxcl9*, *Ifnb1*, *Ifngr1*, and *Ifng* genes increased significantly after the

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

ARTICLE



siRNA2@HPVP treatment (Fig. 4d). From the above transcriptome analysis, we could propose the possible mechanism of siRNA2@HPVP for activating host immune response (Fig. 4e). In APCs such as DCs, siRNA2@HPVP activates the endosomal TLR signaling to promote antigen cross-presentation. In addition, siRNA2@HPVP triggered IFN-α/γ productions through the IRF7

pathway and recruited T-helper 1 (T$_H$1) cells to regulate anticancer immunity[27]. Meanwhile, the knockdown of the *Cd274* gene with the corresponding siRNA further enhanced the anticancer immune response via preventing T cells from exhaustion.

To verify this speculation, HEK-293 cells transiently transfected with TLR homodimer and endothelial leukocyte adhesion

ARTICLE
NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

**Fig. 4 Activation mechanism of innate immunity. a** Identification of differentially expressed genes in 4T1 tumors 3 days after intratumoral injection with siRNA2@HPVP or aPDL1. Differential genes in the GO term of the immune process were labeled. Three biological replicates are shown. **b** GeneMANIA for predicting gene interactions between differential genes in the GO term of the immune process. **c** KEGG enrichment analysis of the pathways involved in the biological effect induced by siRNA2@HPVP treatment. **d** PCR analysis of the transcript abundance of *Tlr7*, *Cxcl9*, *Infb1*, *Ifngr1*, and *Ifng* genes in 4T1 tumors after different treatments. Three biological replicates are shown. **e** Schematic diagram of the possible mechanism for siRNA2@HPVP to activate the innate immunity. siRNA2@HPVP activates APCs via the TLR7-mediate pathway, and then recruits $T_H1$ cells for anticancer effect via their inherent immunogenicity and IFNs pathway. **f** HEK-293 cells transiently expressing TLR homodimers and ELAM-Luc reporter plasmid proved that the immune response mediated by siRNA2@HPVP is TLR7-dependent. Three biological replicates are shown. **g** Blockade of type I IFN pathway with anti-IFNAR1 antibody (aifnar, 200 μg per mice, *i.p.*) suppressed the therapeutic effect of siRNA2@HPVP (7.5 mg kg⁻¹) treatment. Tumor size was recorded every other day (left, four biological replicates are shown). The proportion of tumor-infiltrating CD8⁺ T lymphocytes reduced when the IFN pathway was blocked (right, four biological replicates are shown). **h** Quantitative analysis of T-bet (left) and CD4 (right) expressions in 4T1 tumors through the immunofluorescence staining after different treatments. Tumor tissues were obtained 15 days after different treatments. Six images per group were taken. Statistical significance was calculated with two-tailed Student's *t* test (**a**) one-way ANOVA with Tukey post-hoc analysis (**d**, **f**, **g**, **h**). Data are presented as mean values ± SD.

molecule-luciferase (ELAM-Luc) reporter plasmid[28] were stimulated by siRNA2@HPVP and siRNA, respectively. TLR7 and ELAM-Luc co-expressed HEK-293 cells displayed obvious responses toward both siRNA2@HPVP and siRNA (Fig. 4f). The results demonstrated that TLR7 played a major role in siRNA2@HPVP-mediated APCs activation. The inhibition of TLRs remarkably hindered the activation of APCs by siRNA2@HPVP at the cellular level.

To confirm the significant role of IFN signaling in the therapeutic mechanism of siRNA2@HPVP, an in vivo blocking experiment was conducted using an anti-IFNAR1 antibody. 4T1 tumor-bearing mice were randomly grouped and treated with PBS, siRNA2@HPVP plus IgG, siRNA2@HPVP plus anti-IFNAR1 antibody, and siRNA2@HPVP, respectively. As expected, the blockade of the IFN-α-mediated biological effect dramatically impaired the tumor inhibition effect of siRNA2@HPVP for 50% (Fig. 4g). Besides, significantly decreased tumor-infiltrating T cells were also observed after the antibody blockade. Similarly, siRNA@HPVP exhibited no obvious antitumor effect in immune-deficient NOD/SCID mice (Supplementary Fig. 7d). Moreover, a decrease in the therapeutic effect of siRNA2@HPVP was observed in the 4T1*Itga6-* tumor-bearing mice. This result proved that the α6 integrin-mediated targeting was an important reason for the satisfactory therapeutic effect of siRNA2@HPVP (Supplementary Fig. 7e).

To explore the recruitment of $T_H1$ cells (CD4⁺T-bet⁺), the immunofluorescent staining assay of tumor tissues was performed 3 days after the peritumoral injection of siRNA2@HPVP (Supplementary Fig. 8). An 8-fold increase of T-bet level, together with a 5.58-fold increase of CD4 level was observed in tumor tissues of siRNA2@HPVP-treated mice, as compared with that of the PBS group (Fig. 4h). This result was also in coincidence with our previous speculation.

**Anticancer effect in resectable and unresectable tumors.** The anticancer effect of siRNA2@HPVP was also tested on various murine tumor models (Fig. 5a). Clinically, tumor recurrence or metastasis after surgery is the main cause of the treatment failure, and seeking better treatments to overcome those problems is of great importance[29]. In this study, the inhibition effect of siRNA2@HPVP on local tumor recurrence was evaluated. One week after the subcutaneous inoculation of luciferase-transfected 4T1 (4T1$^{luc}$) cells, mice were treated with various groups (PBS, siRNA, HPVP, and siRNA2@HPVP). Two weeks after the treatment, the tumors were removed by the surgery, and the tumor recurrence was monitored with the bioluminescence imaging. In the PBS group, the local tumor recurrence was observed in all mice, and two of them showed distant metastasis (Fig. 5b, c). Even in siRNA- and HPVP-treated groups, the local recurrence or distant metastasis was found in more than 50% of mice. In

siRNA2@HPVP-treated mice, the local recurrence only occurred on one mouse, and no distant metastasis was found during the treatment. To explain this phenomenon, the proportion of effector memory T ($T_{EM}$) cells (CD8⁺CD44⁺CD62L⁻) in the spleen was analyzed[30]. As expected, the highest level of splenic $T_{EM}$ cells was found in the siRNA2@HPVP group (42%), which was approximately threefold higher than that of the PBS group (Fig. 5d). This result indicated the inhibition of recurrence by siRNA2@HPVP treatment was mainly attributed to the activation of immunological memory effect.

Then, the anti-metastasis performance of siRNA2@HPVP was studied. The 4T1$^{luc}$ cells were intravenously injected into the mice to simulate the circulating tumor cells. Two weeks after the treatment, massive pulmonary metastases were found in PBS and siRNA groups. Very limited tumor metastases were found in siRNA2@HPVP-treated mice, and this might benefit from the robust immune effect by HPVP (Fig. 5e). At the end of the therapy, mice were sacrificed, and their pulmonary metastatic tumors were counted under a stereomicroscope. As compared with the PBS group, siRNA2@HPVP treatment inhibited 60% of macroscopical metastasis in the lung (Fig. 5f). Fewer metastasis in siRNA2@HPVP-treated mice were found in H&E staining images (Fig. 5g).

Developing therapies to prolong patients' survival is the main task for treating unresectable advanced tumors[3]. Atezolizumab, the antibody of PDL1, has been approved by the US FDA for the treatment of patients with solid tumors[31]. In this study, the therapeutic effects of siRNA2@HPVP and aPDL1 were compared on the unresectable murine orthotopic breast tumor model. At the initial stage (~3 weeks) of siRNA2@HPVP treatment, the average volume of mice tumors was nearly unchanged. aPDL1 treatment also slightly inhibited the tumor growth, but less effective than the siRNA2@HPVP treatment (Fig. 5h). Four weeks after different treatments, μ-CT imaging was performed to visualize spontaneous metastasis/invasion from the mammary gland to the bone. Osteolytic bone metastases/invasion were clearly observed in the pubis and ischium of PBS-treated mice (Fig. 5i)[32]. In aPDL1-treated mice, the slight lysis of pubis was observed. As a contrast, no obvious osteolysis was found in siRNA2@HPVP-treated mice. In the 34th day of therapy, 50% of mice in the PBS group died, and 66% of mice of the aPDL1 group were still alive. Whereas, none of the mice in the siRNA2@HPVP group died during this period (Fig. 5j).

The therapeutic effect of siRNA2@HPVP was also tested on a murine orthotopic colon tumor model. The tumor growth was monitored by measuring its bioluminescence intensity. siRNA2@HPVP treatment effectively inhibited the growth of primary tumors and prevented tumors from invasion (Supplementary Fig. 9a). Four weeks later, mice were sacrificed, and their intestinal tracts were stained with methylene blue to observe the

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0 ARTICLE



**Fig. 5 Therapeutic effect in resectable and unresectable tumor models. a** Different tumor models established in this study for evaluating the anticancer effect of siRNA2@HPVP treatment. **b** In vivo bioluminescence images to track the recurrence and metastasis of 4T1 tumors after the resection of the primary tumor. The resection operation was conducted 15 days after different treatments. Three representative images of five biological replicates are shown. **c** The data of the lesion condition in the resectable murine breast tumor model after the resection of primary tumor. s@H represents siRNA2@HPVP. **d** The proportion of T$_{EM}$ cells (CD8$^+$CD44$^+$CD62L$^-$) in spleen tissues 40 days after different treatments. The primary tumor was removed by surgery at day 15. Three biological replicates are shown. **e** In vivo bioluminescence images to exhibit the anti-metastasis effect of various treatments. The metastatic breast tumor model was constructed by intravenously injecting BABL/C mice with 4T1$^{luc}$ cells. The treatments were carried out 24 h after the tumor cells injection. Three representative images of five biological replicates are shown. **f, g** H&E staining and quantitative counting of metastatic nodes in lung tissues 21 days after the *i.v.* injection of 4T1 cells (Scale bar: 5 mm). Five images per group were taken. **h** In vivo bioluminescence images of orthotopic breast tumor-bearing mice after different treatments. In this assay, aPDL1 treatment as a clinical treatment for the unresectable tumor was also conducted. Three representative images of six biological replicates are shown. **i** Representative μ-CT images for the visualization of bone metastasis of orthotopic breast tumor after various treatments. Sites of osteolysis are circled. **j** Survival curve of orthotopic breast tumor-bearing mice with various treatments. Six biological replicates are shown. Statistical significance was calculated via one-way ANOVA with Tukey post-hoc test (**d, f**) and Logrank test (two-sided) for trend (**j**). Data are presented as mean values ± SD.

invasive tumors. The least tumor invasion was found in the siRNA2@HPVP group in comparison with the other two groups (Supplementary Fig. 9b, c). From these results, siRNA2@HPVP treatment might be applicable for cancer types other than TNBC.

**The response rate of siRNA2@HPVP treatment.** The low response rate in the clinic is a great obstacle to the development of ICB therapy. Therefore, we investigated the response rate of

siRNA2@HPVP treatment. Previously, atezolizumab (anti-PDL1 antibody) plus paclitaxel (PTX) treatment has been done in a phase III clinical trial for extending progression-free survival and overall survival[33]. Thus, we compared the therapeutic effect between siRNA2@HPVP plus PTX and aPDL1 plus PTX on five breast cancer models with different antigen loads. To construct the mutant breast cancer models, the MutL homolog 1 (*Mlh1*) gene in 4T1 cells was genetically inactivated by CRISPR-Cas9

# ARTICLE

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

technology, which would lead to dynamic mutation[34]. Then, the monoclonal culture of cells was performed, and stable monoclonal 4T1 cell lines with varied mutations (4T1$^{mut}$) were obtained (Fig. 6a). Single nucleotide polymorphisms (SNP) and insertion-deletion (Indel) analyses were performed on these 4T1$^{mut}$ cell lines to identify the mutant genes. About 500 distinct mutations were found in each cell line (Supplementary Data 1). Then, GO analysis was performed to analyze the functions of the mutant genes. According to the results, these genes were found to be expressed in nearly all organelles of tumor cells (Fig. 6b). Next, the alternative splicing (AS) analysis for these cell lines was also obtained (Fig. 6c). Through the result of AS analysis, a series of large mutations were discovered, which also implied the successful mutagenesis.

The subcutaneous tumor models of these 4T1$^{mut}$ cell lines were established to simulate the patient tumors with individual differences. The therapeutic effect of siRNA2@HPVP + PTX was compared with the clinical aPDL1 plus PTX treatment. aPDL1 plus PTX treatment showed significant inhibition only in 4T1$^{mut-3}$ tumors (Fig. 6d–h). In contrast, tumor inhibition rates of over 40% were observed in 4T1$^{mut-2}$, 4T1$^{mut-3}$, 4T1$^{mut-4}$, and 4T1$^{mut-5}$ tumors with siRNA@HPVP plus PTX treatment. After the treatment, the tumor-infiltrating lymphocytes were analyzed to evaluate the anticancer immunity of different treatments further (Fig. 6d–g). As expected, the siRNA2@HPVP + PTX treatment promoted the infiltration of T-helper cells (CD3$^+$CD4$^+$) in 4T1$^{mut-2}$, 4T1$^{mut-4}$, and 4T1$^{mut-5}$ tumors. Increased cytotoxic T cells proportion (CD3$^+$CD8$^+$) was also observed in 4T1$^{mut-2}$, 4T1$^{mut-3}$, and 4T1$^{mut-5}$ tumors, thus leading to an efficient anticancer effect. In addition, siRNA2@HPVP significantly prolonged the survival of mice in four different tumor models (Fig. 6d–g). Unexpectedly, tumors of 4T1$^{mut-1}$ tumor-bearing mice disappeared after the treatment (Fig. 6h). This might be attributed to the high immunogenicity of 4T1$^{mut-1}$ cells. Later, immune-responses-associated indexes (CD3, CD4, CD8, Foxp3, IL2, T-bet, and IFN-α) were analyzed by the on-chip immunofluorescence detection (Supplementary Fig. 10). These data are presented with the Act plot in Fig. 6i[35]. When compared with the PBS group, the upregulation of the T-bet and IFN-α level were observed in the siRNA2@HPVP plus PTX group compared with the PBS group. The contribution of these factors towards the anticancer effect of siRNA2@HPVP plus PTX treatment was analyzed with the logistic regression test. IFN-α, the core factor of antiviral immunity, showed the highest B factor of 18.513. Together, the antiviral immunity induced by siRNA@HPVP is efficient in improving the response rate of PDL1 blockade immunotherapy.

## Discussion

To sum up, the HPV pseudovirus nanoparticles loaded with the PDL1 blockade siRNA (siRNA@HPVP) were obtained for effective anticancer immunotherapy with a high response rate. siRNA@HPVP exhibited good tumor accumulation ability via the active targeting effect mediated by the vaccine and α6 integrin on tumor cells. More importantly, HPVP effectively activated the innate immune to cooperate with ICB therapy of tumors. The preoperative siRNA2@HPVP treatment was proved to reduce the postoperative recurrence and distant metastasis in resectable breast cancer. In an unresectable tumor model, compared with the clinical-used regimen, siRNA2@HPVP also extended the progression-free survival and overall survival. Moreover, when combined with the chemotherapy of PTX, siRNA2@HPVP exhibited satisfactory and stable therapeutic response rate on a series of heterogenetic tumor models, superior to the treatment in phase III clinical trials (aPDL1 plus PTX). This meeting between

the clinically used vaccine and ICB might provide methods for updating current cancer therapy.

Interestingly, it was found that the combination of PDL1 antibody with HPVP also improved its therapeutic effect. Whereas, in the mouse subcutaneous tumor model, it was demonstrated that siRNA@HPVP had a better tumor-suppressive effect than PDL1 antibody + HPVP. In siRNA-based therapy, HPVP encapsulated and delivered siRNA to tumor sites. In contrast, due to the large molecular weight of the PDL1 antibody, it could not be encapsulated by HPVP. Rapid elimination and off-targeting of antibodies were inevitable[36,37]. Therefore, the siRNA could more accurately silence the *Cd274* gene of tumors. In this study, siRNA has an advantage over antibodies, because siRNA benefited from both targeting and immune effect of HPVP.

However, from a practical point of view, the combination of HPVP and antibody has better translational potential. Both HPV vaccine and PD1/PDL1 antibodies have been approved for clinical applications. If the combination of HPVP and antibodies is effective in large animal experiments and clinical trials, there will be a simple path to clinical practice. Recently, givosiran and patisiran, two siRNA-based drugs, have been approved for clinical uses[38]. These successes also demonstrate the great potential of siRNA in cancer immunotherapy. Although the application of siRNA therapy is still in its infancy, we are still looking forward to the further clinical translation of siRNA@HPVP.

## Methods

**Materials.** Recombinant HPV16 L1 protein was purchased from Biodragon Immunotechnologies. N-hydroxysuccinimide functionalized polyethylene glycol2000 (PEG₂₀₀₀-NHS) was purchased from Ponsure Biotech, Inc. Anti-mouse PDL1 (cat. no. BE0101, Clone, 10 F.9G2) and anti-mouse IFNAR1 (cat. no. BE0241, Clone, MAR1-5A3) were supplied by Bioxcell. Anti-mouse CD16/32 (cat. no. 101329, Clone, 93), FITC-anti-mouse CD3 (Cat.no. 100203, Clone, 17A2), PE-anti-mouse CD3 (cat.no. 100407, Clone, GK1.5), APC-anti-mouse CD8a (cat.no. 100711, Clone, 53-6.7), FITC-anti-mouse CD8a (cat.no. 100705, Clone, 53-6.7), PE-anti-mouse CD11c (cat.no. 117307, Clone, N418), FITC-anti-mouse CD80 (cat. no. 104705, Clone, 16-10A1), APC-anti-mouse CD86 (cat.no. 105011, Clone, GL-1), PE-anti-mouse CD11b (cat.no. 101207, Clone, M1/70), APC-anti-mouse CD206 (cat.no. 141707, Clone, C068C2), APC-anti-mouse CD44 (cat.no. 103011, Clone, IM7) and PE-anti-mouse CD62L (cat.no. 104407, Clone, MEL-14) antibodies were all purchased from BioLegend. IFN-α polyclonal antibody (cat.no. bs-6304R, Clone, Polyclonal) was bought from the Bioss Guarantee. Anti-IFN-γ (cat. no. ab9657) was purchased from Abcam. D-luciferin potassium salt was bought from Shanghai Yeasen. HRP-labeled goat anti-mouse IgG (cat.no. A0216, Source, goat), puromycin, 4% paraformaldehyde solution, pTNF-α-luc plasmid, GM-CSF and IL4 were bought from Beyotime. Methylene blue, DTT, glutaraldehyde, glucose, cyanine5 NHS ester, and rhodamine B isothiocyanate were supplied by Aladdin. Hydroxychloroquine sulfate was purchased from Selleck. 1,2-Dioleoyl-sn-glycero-3-phosphoethanolamine (DOPE) and DC-cholesterol (DC-Chol) were bought from Sigma-Aldrich. Roswell Park Memorial Institute (RPMI) 1640 culture medium, Gibco®Opti-MEM medium, fetal bovine serum (FBS), penicillin–streptomycin and trypsin were purchased from Invitrogen. Pierce™. LDH cytotoxicity assay kit, lipofectamine™ 2000 and Lipofectamine™ 3000 transfection reagents were all purchased from Thermo Scientific. ELISA kits for IL1β (cat.no. CME0015), IL6 (cat.no. CME0006), TNF-α (cat.no. CME0004), and IFN-γ (cat.no. CME0003-10*96) were purchased from 4A Biotech Co., Ltd. ELISA kit for IFN-α (cat.no. SEKM-0149) was purchased from Beijing Solarbio Science & Technology Co., Ltd. ELISA kits for MIP1α (cat.no. SEA092Mu) and histamine (cat.no. CEA927Ge) were bought from USCN Business Co., Ltd.

**Cell lines.** 3T3 mouse embryonal fibroblasts, B16 murine melanoma cells, 4T1 murine breast tumor cells, CT26 murine colon tumor cells, Raw 267.4 murine macrophages, and HEK-293 cells were obtained from China Center for Type Culture Collection (CCTCC). 4T1$^{Itga6}$-cells were obtained using the Cas/CRISPER technology. Bone marrow-derived dendritic cells (BMDCs) were extracted from the C57BL/6 mice with the following steps. First, both femur bones obtained from one mouse were sterilized in 70% ethanol on ice for 5 min. Then, the bones were transferred to the petri dish and immersed in 10 mL of RPMI 1640 culture medium, and the epiphesis of each bone was cut to expose the bone marrow. Next, the bone was held with sterile tweezers and inserted by the needle of one syringe containing 3 mL of medium, and the bone marrow was repeatedly washed with the medium. The obtained cell suspension was filtered through a 70-μm nylon cell strainer, and the cells were collected by centrifuge (1500 rmp, 5 min). Before

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

ARTICLE



**Fig. 6 The therapeutic response rate of siRNA2@HPVP treatment. a** Schematic illustration of the CRISPR-Cas9-mediated *Mlh1* knockout for large-scale gene mutations. Seven monoclonal 4T1 cell lines with different gene mutations were purified. Five cell lines were respectively inoculated on the mice to evaluate the immune response rate of siRNA2@HPVP treatment. **b** SNP (left) and Indel (right) analyses of the obtained seven mutant cell lines. The union graph of total mutation among five mutant cell lines was constructed to evaluate the connection between the five cell lines. **c** AS analysis of the mutation of the cell lines after *Mlh1* knockout. **d–h** Tumor growth curves (left, five biological replicates are shown), tumor-infiltrating T cells proportions (middle, three biological replicates are shown) and survival curves (right, five biological replicates are shown) of five distinct breast tumor models with aPDL1 plus PTX (1 mg kg⁻¹ aPDL1 and 10 mg kg⁻¹ PTX) or siRNA2@HPVP plus PTX (7.5 mg kg⁻¹ siRNA2@HPVP and 10 mg kg⁻¹ PTX) treatment by i.v. injection (n = 5 per group). Three tumors per group were collected for flow cytometry analysis. **i** Arc plot and heat map for illustrating the intratumoral immune indexes (CD3, CD4, CD8, Foxp3, IL2, T-bet, and IFN-γ) in each individual. Two locations were taken for each tumor. Statistical significance was calculated via two-tailed Student's t test (**b**, **d–g**, **i**) and Logrank test (two-sided) for trend (**d–g**). Data are presented as mean values ± SD.

use, BMDCs were stimulated with IL4 (10 ng mL$^{-1}$) and GM-CSF (20 ng mL$^{-1}$) in RPMI 1640 culture medium for 7 days.

**Software**. All statistical analyses were performed on Origin (version 8.6), SPSS (version 22) or Excel 2016. Living image software (Version 4.5) was used to analyse bioluminescent and fluorescent images. Image J (Version 1.48h3) was used for fluorescence-image analysis. Transcriptomics data were analyzed online with I-Sanger Cloud Platform (https://cloud.majorbio.com). Gensys (Version1.6.9.0) was used to image the agarose gel. FlowJo (Version 4.5) was used for flow cytometry analysis. The gating strategy is listed in Supplementary Fig. 11.

**Preparation and characterization of siRNA@HPVP**. Five milligrams of HPV16 L1 protein assembly was disassembled with 2 mM of DTT in PB buffer solution (pH 8.2, containing 0.166 M NaCl) for 1 h at 25 °C. Then, 50 µg of PEG$_{2000}$-NHS and a certain amount of siRNA (with the mass ratio of HPV/siRNA = 0.5, 1, 2, 4, 8, 10, and 15) were added to the mixed solution. After that, the obtained solution was dialyzed against PB buffer (containing 0.5 M NaCl) for 24 h to reassemble. The binding affinity of siRNA and HPV protein was evaluated via the gel-electrophoresis assay. The morphology structure of the siRNA@HPVP (with a mass ratio of HPV/siRNA = 0.5) was observed by the TEM (JEOL-2100) and Cryo-TEM (FEI Tecnai 20). The sample was negatively stained with 1% phosphotungstic acid before observation. For the agarose electrophoresis experiment, different samples containing 0.5 µg of siRNA were loaded in a 2.5% agarose gel, and 60 mV was applied for 30 min. 1 × TAE buffer was used as the running buffer.

**In vitro cell uptake**. After seeded and cultured for 24 h in glass bottom dishes (1 × 10$^5$ cells per dish), 4T1 cells were co-cultured with the HPVP (30 mg L$^{-1}$ in RPMI 1640 culture medium) for 3 and 6 h, respectively. After being washed and collected, the cells were fixed with 2.5% glutaraldehyde for 24 h. The morphology structure of intracellular siRNA@HPVP was observed with TEM (HITACHI, HT7700). Next, the targeting ability of HPVP for α6 integrin was investigated by FACS. For this purpose, the HPVP was labeled with rhodamine B (HPVP-RB) following the steps below. HPVP (100 µg, 1 g L$^{-1}$) was stirred with rhodamine B isothiocyanate (1 µg, 10 µg L$^{-1}$) at room temperature. Twelve hours later, the purified HPVP-RB was collected via the cross-flow ultrafiltration system fitted with a GE-Osmonics GE series membrane (100 kDa). 4T1 cells and 4T1$^{Itga6-}$ cells were seeded in the 6-well plates (1 × 10$^5$ cells per well), respectively. After cultured for 24 h, the cells were treated with 1 mL of HPVP-RB nanoparticles (20 mg L$^{-1}$). At the preset time points (6, 12, and 24 h), the cell supernatant was discarded and the cells were washed with PBS for three times. The endocytosis of HPVP was detected by FACS.

**In vitro immune stimulation assays**. DCs (extracted from the bone marrow following the steps described above) or macrophages were seeded in six-well plates (1 × 10$^6$ cells each well), and then co-cultured with PBS, siRNA1@HPVP, siR-NA2@HPVP, siRNA3@HPVP, and HPVP (HPVP: 20 mg L$^{-1}$, siRNA: 10 mg L$^{-1}$, 24 h for DCs and 6 h for macrophages). Before detection, the supernatant was collected and the cells were washed with PBS for three times. For FACS analysis, DCs cells were blocked by anti-CD16/32 antibody and then stained with anti-mouse CD11c, anti-mouse CD80, and anti-mouse CD86 (mature DCs: CD11c$^+$CD80$^+$CD86$^+$). Macrophages were blocked with anti-CD16/32 antibody and then stained with anti-mouse CD11b, anti-mouse CD80 and anti-mouse CD206 antibodies (M1 phenotype: CD11b$^+$CD80$^+$CD206$^-$, M2 phenotype: CD11b$^+$CD80$^+$CD206$^+$). The cytokines (IL1β, IL6, TNF-α, and IFN-γ) in supernatant of macrophages were analyzed by ELISA kits. In addition, the immune-stimulating effects of the three siRNA sequences were also explored on the macrophages. After the treatment with lipo-siRNA1, lipo-siRNA2, and lipo-siRNA3 for 24 h, the IL6 and IFN-γ levels in the supernatant of Raw 267.4 were detected by ELISA. What' more, the activation marker (CD80) of macrophages was also analyzed by FACS.

**Tumor models**. All animal studies were approved by the Institutional Animal Care and Use Committee (IACUC) of the Animal Experiment Center of Wuhan University (Wuhan, China). All mouse experimental procedures were carried out following the Regulations for the Administration of Affairs Concerning Experimental Animals approved by the State Council of People's Republic of China. All animals were anesthetized by isoflurane and sacrificed by CO$_2$-euthanasia. For humane reasons, animals were sacrificed when the solid tumor volume exceeded 2000 mm$^3$. We constructed four different tumor models based on female Balb/c mice. 4T1$^{luc}$ cells (1 × 10$^6$ cells per mouse) were subcutaneously injected in the right flank of the mice to build the subcutaneous breast tumor model. The mice were intravenously injected with 4T1$^{luc}$ cells (1 × 10$^5$ cells per mouse) to simulate circulating tumor cells. Meanwhile, the orthotopic tumor models were also constructed. After sterilized with alcohol spray, the mice were taken to an aseptic environment. For orthotopic breast tumor model, the mammary fat pad was picked out and injected with 4T1$^{luc}$ cells (1 × 10$^6$ cells per mouse), and the wound was closed using Vetbond (3 M). In order to establish an orthotopic colon tumor model, the peritoneum was scissored to form a median incision at the lower ventral abdominal, and the cecum was exteriorized. CT26$^{luc}$ cells (1 × 10$^6$ cells per mouse)

were injected to the cecal wall. After the return of cecum, the wound was closed using Vetbond (3 M).

**In vivo antitumor effect**. When the subcutaneous 4T1 tumor was implanted for ~5 days, the mice were randomly divided into four groups (*n* = 5), and then received the following treatments by *i.v.* injection of PBS, liposome-encapsulated siRNA2, HPVP, HPVP plus aPDL1, and siRNA2@HPVP (equivalent to 5 mg kg$^{-1}$ bodyweight of HPVP, 2.5 mg kg$^{-1}$ bodyweight of siRNA, 1 mg kg$^{-1}$ bodyweight of aPDL1), respectively. The day of the treatment was denoted as day 1. Then the tumor size and mice bodyweight were recorded every 2 days. The tumor volume (V$_i$) was calculated as the following formula: V$_i$ = L × W$^2$/2, in which L and W, respectively, represent the longest and shortest lengths of the tumor. Meanwhile, at day 15, the tumor tissues of different groups were excised by surgery and fixed with the paraformaldehyde solution (4%) for immunohistochemical analysis. Besides, the intratumoral PDL1 expression levels of different groups were analyzed by FACS. The tumor metastasis and recurrence state of the mice were recorded 2 and 4 weeks after operation by the bioluminescence on the IVIS Spectrum. The anti-tumor effect of siRNA2@HPVP was also evaluated on the 4T1 tumor-bearing NOD/SCID mice and the 4T1$^{Itga6-}$ tumor-bearing BABL/c mice models through the intravenous injection (with the dose of 5 mg kg$^{-1}$ bodyweight of HPVP and 2.5 mg kg$^{-1}$ bodyweight of siRNA). The tumor size was recorded every other day until day 15.

For anti-metastasis effect analysis, after 24 h of *i.v.* injection with 4T1$^{luc}$ cells, the mice were also treated with PBS, siRNA2, HPVP, and siRNA2@HPVP (equivalent to 5 mg kg$^{-1}$ bodyweight of HPVP and 2.5 mg kg$^{-1}$ bodyweight of siRNA) via *i.v.* injection. Fourteen days after the treatment, the distant metastasis was monitored by the bioluminescence. After that, the mice were sacrificed and lung tissues were obtained for H&E staining.

The antitumor effect of siRNA2@HPVP on the orthotopic breast tumor model was also evaluated. After the inoculation of tumor cells for 5 days (denoted as day 1), the mice were respectively treated with PBS, aPDL1 (1 mg kg$^{-1}$) and siRNA2@HPVP (7.5 mg kg$^{-1}$). Treatments were performed once a week. The growth of tumor was monitored through the bioluminescence every week until day 21. At day 21, the bone metastasis state of the mice with different treatments was observed via µ-CT images on the Quantum GX micro CT imaging system (PerkinElmer). To explore the antitumor effect of siRNA2@HPVP against colon tumor, different treatments (PBS, 1 mg kg$^{-1}$ aPDL1 and 7.5 mg kg$^{-1}$ siRNA2@HPVP) were conducted 5 days after the tumor inoculation (day 1). The growth of tumor was monitored through the bioluminescence every week until day 21. At day 21, for the observation of tumor invasion state in the orthotopic colon tumor-bearing mice, the intestinal tracts of the mice were obtained and soaked into the paraformaldehyde solution (4%) for 2 h. Then, methylene blue solution (0.5%) was used to stain the intestinal tracts for 30 s. After being washed with PBS for several times, the intestinal tracts were observed on a stereomicroscope (Olympus). The tumors on the intestine were stained into blue by methylene blue. Besides, the intestinal tracts were stained with H&E. The colon tumor invasion nodules were counted through the H&E images.

**In vitro Cd274 knockdown**. Control siRNA sequence, siRNA1, siRNA2, and siRNA3 were respectively encapsulated with liposome (denoted as lipo-control sequence, lipo-siRNA1, lipo-siRNA2, and lipo-siRNA3) with the following steps. Diluting Lipofectamine 2000 (0.75 µL) with 25 µL of Gibco®Opti-MEM, and diluting 500 ng of siRNA with 25 µL of Gibco®Opti-MEM. Next, the diluted Lipofectamine 2000 and diluted siRNA were mixed and incubated for 5 min. After being seeded and cultured in six-well plate for 24 h, 4T1 cells were treated with blank medium, lipo-control sequence, lipo-siRNA1, lipo-siRNA2, and lipo-siRNA3 for 24 h, respectively. Raw 267.4 cells were treated with lipo-siRNA2 for 24 h. The *Cd274* knockdown effect was then measured with the real-time PCR. In detail, after being extracted from the treated cells, mRNA was subjected to the reverse transcription to obtain cDNA. The reverse transcription system contained 5 µg of RNA, 2 µL of Oligo (dT) 18 (10 µM), 4 µL of dNTP (2.5 mM), 4 µL of hiscript buffer (5×), 1 µL of hiscript reverse transcriptase, 0.5 µL of ribonuclease inhibitor, and ultrapure water with the total volume of 20 µL. After the sufficient mixing, the reaction was successively placed in 25 °C for 5 min, 50 °C for 15 min, 85 °C for 5 min, and 4 °C for 10 min. The obtained cDNA was diluted for ten times, and then quantified by the real-time fluorescence PCR analysis. The PCR reaction system contained 0.4 µL of forward primer (10 µM), 0.4 µL of reverse primer (10 µM), 10 µL of SYBR Green Master Mix, 0.4 µL of ROX reference dye 2 (50×), and 4.8 µL of ultrapure water. After the sufficient mixing, the reaction was successively placed in 50 °C for 2 min, 95 °C for 10 min, 95 °C for 0.5 min, 60 °C for 0.5 min, and then repeated for 40 times. Following that, the dissolution curve was drawn and the data was analyzed with the 2$^{-\Delta\Delta Ct}$.

**Detection of antibodies to HPV protein and PEG**. The naive mice about ~7 weeks were divided into three groups (*n* = 3) and then administrated with HPV protein (100 µg per mouse), HPVP (containing 100 µg of HPV protein), and PBS via intravenous injection, respectively. Three days after the injection, the serum samples of different groups were collected to analyze the antibody levels of HPV protein and PEG with ELISA. In detail, 96-well plate was coated with HPV and

PEG solution (100 μL per well, 5 μg L$^{-1}$) at 4 °C for 12 h. After that, the plate was washed with PBS (containing 0.05% Tween-20) for three times and the blocked with 1% BSA (200 μL each well) at room temperature for 2 h. After the appropriate dilution, samples (100 μL each well) were added to the well of the plate and incubated for another 12 h. Afterward, the horseradish peroxidase-conjugated goat anti-mouse immunoglobulin reagents specific for total mouse IgG was added to the plate (50 μL each well) following three times washing with PBS. After 2 h, the plate was washed with PBS for six times and incubated with TMB substrate (60 μL each well) for 30 min for color development. The reaction was then stopped by H$_2$SO$_4$ (2 N, 60 μL each well). Optical densities (OD) were recorded by the microplate reader (Thermo Scientific Multiskan Go).

**Cytotoxicity of siRNA2@HPVP.** 4T1 cells were seeded in a 96-well plate (5000 cells per well) and cultured for 24 h. Then, the fresh medium containing different concentration of siRNA2@HPVP nanoparticles were added to the plate and incubated for another 24 h. After that, with the addition of 3-[4,5-dimethylthiazol-2-yl]-2, 5-diphenyltetrazolium-bromide solution (20 μL each well, 5 mg mL$^{-1}$) for 4 h, the OD was measured with the microplate reader. The cell viability was calculated following the formula: cell viability = 100% × (OD$_{(samples)}$ − OD$_{(blank)}$)/ (OD$_{(control)}$ − OD$_{(blank)}$). The OD$_{(samples)}$ and OD$_{(control)}$, respectively, represent the absorbance of the sample-treated wells and culture medium-treated wells, while the OD$_{(blank)}$ represent the absorbance of blank cells.

**Cytotoxic T lymphocyte activity.** Splenocytes harvested from the Balb/c mice were stimulated with blank medium, HPVP, lipo-siRNA1, lipo-siRNA2, lipo-siRNA3, siRNA1@HPVP, siRNA2@HPVP, and siRNA3@HPVP, respectively. Then, the cells were washed three times with PBS and co-cultured with 4T1 cells at the ratio of 10:1 in a 96-well plate for 24 h. The suspension of each hole was collected and LDH leakage was detected via the nonradioactive cytotoxicity assay. The cell viability was calculated as follows: cell viability = ((experimental LDH release − effective cell LDH release)/(maximum LDH release − spontaneous LDH release)) × 100%.

**siRNA sequence.** *Pdl1*-siRNA1 sense: CUACGGGCGUUUACUAUCAUU; antisense: UGAUAGUAAACGCCCGUAGUU. *Pdl1*-siRNA2 sense: GAAGGGAAA UGCUGCCCUUUU; antisense: AAGGGCAGCAUUUCCCUUCUU; *Pdl1*-siRNA3 sense: GAGGAUAUUUGCUGGCAUUUU; antisense: AAUGCCAGCAAAUAUC CUCUU.

**Biosafety test.** Dunkin-Hartley guinea pigs were exploited to evaluate the biocompatibility of siRNA2@HPVP. After the subcutaneous injection with siRNA2@HPVP (500 μg per mouse) or OVA (500 μg per mouse), the body temperature of guinea pigs (n = 3) was recorded every 10 min for 1 h. Three days after the injection, the blood samples of siRNA2@HPVP- and PBS -treated guinea pigs were collected for the blood biochemistry and blood routine analyses. The lung histamine concentration was measured with histamine ELISA kit.

**In vivo imaging.** HPVP (500 μg, 1 mg mL$^{-1}$) was labeled with cyanine5 (Cy5) by stirring with Cy5-NHS (5 μg, 10 μg mL$^{-1}$) for 12 h. The Cy5 labeled HPVP was purified by the cross-flow ultrafiltration system fitted with a GE-Osmonics GE series membrane (1000 kDa). When the tumor size reached around 100 mm$^3$, the subcutaneous 4T1 tumor-bearing mice were divided into two groups. For one group, the mice were intraperitoneally injected with α6 integrin antibody (10 mg kg$^{-1}$). After that, mice of the two groups were intravenously injected with the Cy5 labeled HPVP (5 mg kg$^{-1}$ of HPVP). The tumor accumulation of HPVP was recorded on an IVIS Spectrum (PerkinElmer) at different time intervals (0.5, 1, 2, 4, 8, 12, and 24 h after the injection). Twenty-four hours after the injection, the tumor-draining lymph nodes were collected and their fluorescence was also recorded by IVIS Spectrum. Besides, the tumor accumulation of HPV16 L1 protein and HPVP nanoparticles of the first injection and second injection were also detected.

**In vivo PDL1 knockdown effect analysis.** Subcutaneous 4T1 tumor-bearing mice were respectively administrated with PBS, siRNA1@HPVP, siRNA2@HPVP and siRNA3@HPVP by intravenous injection. Twenty-four hours later, tumor tissues of different groups were obtained and analyzed by immunofluorescence staining or FACS to evaluate the PDL1 expression.

**In vivo TNF-α detection.** The as-prepared liposome was mixed with pTNF-α-luc plasmid (with a mass ratio of 1:1.5) and shaken for 5 min for in vivo gene transfection. 4T1 cells (1 × 10$^6$ cell per mouse) were subcutaneously injected in the right flank of the mice to build the subcutaneous breast tumor model. When the subcutaneous 4T1 tumor reached about 100 mm$^3$, 25 μg of pTNF-α-luc plasmid was intratumoral injected into the mice for gene transfection. Three days after the transfection, the mice were respectively treated with PBS, siRNA, HPVP, and siRNA2@HPVP (equivalent to 5 mg kg$^{-1}$ bodyweight of HPVP and 2.5 mg kg$^{-1}$ bodyweight of siRNA) via *i.v.* injection. At different time points after the injection,

the bioluminescence intensity within the tumor was recorded by the IVIS spectrum.

**Transcriptomics study.** When the subcutaneous tumor reached about 100 mm$^3$, the mice were respectively treated with PBS, αPDL1 (1 mg kg$^{-1}$) and siR-NA2@HPVP (7.5 mg kg$^{-1}$) via intratumoral injection. After 3 days, the tumor tissues of all groups were collected, and the high-throughput sequencing was performed in Majorbio BioTech Co., Ltd. The data were analyzed online with I-Sanger Cloud Platform. Vital genes related with the native immune response were analyzed by PCR. Primer sequences are listed in Supplementary table 1.

**Transfection and reporter assays.** HEK-293 cells were transiently transfected with TLR homodimers and the ELAM-Luc reporter plasmid by Lipofectamine 2000. Twenty-four hours after the transfection, the cells were stimulated with the fresh medium, siRNA and siRNA2@HPVP for 8 h, respectively. Then, the cells were lysed and the activity of luciferase was examined using the Ultra Sensitive Tube Luminometer (Berthold Lumat LB 9507).

**In vitro TLR7-mediated immunity activation.** In this experiment, BMDCs were seeded in a six-well plate (1 × 10$^5$ cells per well). After the stimulation with GM-CSF and IL4, the cells were pretreated with hydroxychloroquine sulfate (3.2 mg L$^{-1}$) or fresh medium for 3 h, respectively. After that, the cells with different pretreatments were co-cultured with siRNA2@HPVP (10 mg mL$^{-1}$ siRNA and 20 mg L$^{-1}$ HPVP) or siRNA (10 mg mL$^{-1}$) for another 12 h, and the mature DCs were detected by FACS.

**In vivo immune cells analysis.** For mature DCs detection, the subcutaneous 4T1 tumor-bearing mice were respectively treated with PBS, siRNA (2.5 mg kg$^{-1}$), HPVP (5 mg kg$^{-1}$), HPVP plus αPDL1, and siRNA2@HPVP (7.5 mg kg$^{-1}$) via intravenous injection. The tumor-draining lymph nodes were collected 72 h after the treatments. The single cells suspension was obtained by grind, and then co-incubated with anti-CD16/32 antibody (1 μg per tube) for 10 min to block the Fc receptor. Afterward, anti-CD11c (0.25 μg per tube), anti-CD80 (1 μg per tube) and anti-CD86 (1 μg per tube) antibodies were added for staining. For tumor infiltration immune cells analysis, tumor tissues of different groups were collected and digested with the 2 mL of RPMI 1640 medium containing 2% FBS, 1 mg mL$^{-1}$ collagenase IV, 0.1 mg mL$^{-1}$ hyaluronidase, and 0.1 mg mL$^{-1}$ DNase I at 37 °C for 1 h. The obtained single cells suspension was then filtered through a 70-μm nylon cell strainer, and the cells were collected via centrifugation (400 g, 5 min) and washed with PBS for three times. For tumor infiltration T cells detection, after blocked with anti-CD16/32 antibody for 10 min, the cells were stained with anti-CD3 (1 μg per tube), anti-CD4 (0.25 μg per tube), and anti-CD8 (1 μg per tube) antibodies. For tumor infiltration macrophage analysis, the cells were stained with anti-CD11b (0.25 μg per tube) and anti-CD206 (5 μg per tube) antibodies after the block process. For the isolation of splenocytes, the spleen tissues of different groups were ground, and the red blood cells lysis was conducted after the cells washed with PBS. Adherent cells were removed by overnight culture. Subsequently, the cells were blocked with anti-CD16/32 antibody for 10 min and then stained with anti-CD8 (1 μg per tube), anti-CD62L (0.25 μg per tube) and anti-CD44 (0.25 μg per tube) antibodies. The staining process was carried out in 1.5 mL EP tube. The cells were dispersed with 100 μL of cell staining buffer (1 × 10$^6$ cells each sample), and the incubation was performed at 4 °C for 25 min on the Thermo Shaker Incubator (MIULAB, MTC-100). Before being detected by FACS, the cells were washed with PBS for two times.

**Antitumor effects against the mutational 4T1 tumors.** The mutational 4T1 cell lines were obtained through the knockout of *Mlh1* gene. For the knockout of *Mlh1* gene, the genome editing vector system (pSpCas9(BB)-2A-Blasticidin V2.0) was used, and sgRNA (TCACCGTGATCAGGGTGCCC) was designed by the CRISPR tool (http://crispr.mit.edu) to avoid the off-target effect. Then the annealed sgRNA oligonucleotides were cloned into pSpCas9(BB)-2A-Blasticidin V2.0 plasmid. Subsequently, 4T1 cells were transfected with pSpCas9(BB)-2A-Blasticidin V2.0 vector plasmid through the Lipofectamine 3000 for 48 h. After that, cells were incubated with puromycin for 4 days and then single-cell individual in 96-well plates. At last, the cell clones lacking of *Mlh1* gene were collected. Mutational statistics of the obtained cell lines were carried out through the SNP, Indel and AS analyses.

Next, we constructed the subcutaneous breast tumor models with the five mutational 4T1 cell lines. After 5 days, the tumor-bearing mice were divided into three groups (n = 5), and respectively treated with PBS, αPDL1 plus nabpaclitaxel (1 mg kg$^{-1}$ αPDL1 and 10 mg kg$^{-1}$ nabpaclitaxel) and siRNA2@HPVP plus nabpaclitaxel (7.5 mg kg$^{-1}$ siRNA2@HPVP and 10 mg kg$^{-1}$ nabpaclitaxel). During the therapy, the tumor size and bodyweight were recorded every other day. Two weeks after the treatment, the mice were sacrificed and the tumor tissues were obtained for further analysis. The tumor infiltration T cells were detected with FACS, and the intratumoral immune indexes (CD3, CD4, CD8, Foxp3, IL2, T-bet, and IFN-γ) were evaluated by the on-chip immunofluorescence analysis. Moreover, the mice survival of the four tumor-bearing mouse models with different treatments were also recorded.

13

ARTICLE

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

**Reporting summary**. Further information on experimental design is available in the Nature Research Reporting Summary linked to this paper.

## Data availability
The source data underlying Figs. 1b, d, g, 2a, c, f, 3d-i, 4a, c, d, f-h, 5d-f, j, 6b-h and Supplementary Figs. 2, 3, 4, 7, and 9 are provided as a Source Data file. Data of the single nucleotide polymorphism annotation of Mlh1-knockout 4T1 cells are included in Supplementary Data 1. The raw data of Fig. 1a and Supplementary Figs 1 are available at http://ualcan.path.uab.edu/index.html and https://www.cancer.gov/about-nci/organization/ccg/research/structural-genomics/tcga. The raw data of Fig. 1b are available at https://www.proteinatlas.org/. All the relevant data are available from the authors upon reasonable request. The transcriptomic data are available at NCBI under Project PRJNA615691 [https://www.ncbi.nlm.nih.gov/sra?LinkName=bioproject_sra_all&from_uid=615691]. A reporting summary for this article is available as a Supplementary Information file.

Received: 14 June 2019; Accepted: 30 March 2020;
Published online: 24 April 2020

## References
1. Xia, Y. F. et al. Exploiting the pliability and lateral mobility of Pickering emulsion for enhanced vaccination. *Nat. Mater.* **17**, 187–194 (2018).
2. Kuai, R., Ochyl, L. J., Bahjat, K. S., Schwendeman, A. & Moon, J. J. Designer vaccine nanodiscs for personalized cancer immunotherapy. *Nat. Mater.* **16**, 489–496 (2017).
3. Chao, Y. et al. Combined local immunostimulatory radioisotope therapy and systemic immune checkpoint blockade imparts potent antitumour responses. *Nat. Biomed. Eng.* **2**, 611–621 (2018).
4. Chen, Q. et al. In situ sprayed bioresponsive immunotherapeutic gel for post-surgical cancer treatment. *Nat. Nanotechnol.* **14**, 89–97 (2019).
5. Chiang, C. S. et al. Combination of fucoidan-based magnetic nanoparticles and immunomodulators enhances tumour-localized immunotherapy. *Nat. Nanotechnol.* **13**, 746–754 (2018).
6. Liu, W. L. et al. Cytomembrane nanovaccines show therapeutic effects by mimicking tumor cells and antigen presenting cells. *Nat. Commun.* **10**, 3199 (2019).
7. Ribas, A. & Wolchok, J. D. Cancer immunotherapy using checkpoint blockade. *Science* **359**, 1350–1355 (2018).
8. Rizvi, N. A. et al. Mutational landscape determines sensitivity to PD-1 blockade in non-small cell lung cancer. *Science* **348**, 124–128 (2015).
9. Anker, J. F. et al. Multi-faceted immunomodulatory and tissue-tropic clinical bacterial isolate potentiates prostate cancer immunotherapy. *Nat. Commun.* **9**, 1591 (2018).
10. Fan, J. X. et al. Bacteria-mediated tumor therapy utilizing photothermally-controlled TNF-alpha expression via oral administration. *Nano Lett.* **18**, 2373–2380 (2018).
11. Zheng, D. W. et al. Phage-guided modulation of the gut microbiota of mouse models of colorectal cancer augments their responses to chemotherapy. *Nat. Biomed. Eng.* **3**, 717–728 (2019).
12. Chowdhury, S. et al. Programmable bacteria induce durable tumor regression and systemic anti-cancer immunity. *Nat. Med.* **25**, 1057–1063 (2019).
13. Zheng, D. W. et al. Optically-controlled bacterial metabolite for tumor therapy. *Nat. Commun.* **9**, 1680 (2018).
14. Chesney, J. et al. Randomized, open-label phase II study evaluating the efficacy and safety of talimogene laherparepvec in combination with Ipilimumab versus Ipilimumab alone in patients with advanced, unresectable melanoma. *J. Clin. Oncol.* **36**, 1658–1667 (2018).
15. Plotkin, S. A. & Plotkin, S. L. The development of vaccines: how the past led to the future. *Nat. Rev. Microbiol.* **9**, 889–893 (2011).
16. Joura, E. A. et al. A 9-Valent HPV vaccine against infection and intraepithelial neoplasia in women. *N. Engl. J. Med.* **372**, 711–723 (2015).
17. Aksoy, P., Abban, C. Y., Kiyashka, E., Qiang, W. T. & Meneses, P. I. HPV16 infection of HaCaTs is dependent on beta 4 integrin, and alpha 6 integrin processing. *Virology* **449**, 45–52 (2014).
18. Wang, D. et al. Acid-activatable versatile micelleplexes for PD-L1 blockade-enhanced cancer photodynamic immunotherapy. *Nano Lett.* **16**, 5503–5513 (2016).
19. Song, W. et al. Enhanced immunotherapy based on photodynamic therapy for both primary and lung metastasis tumor eradication. *ACS Nano* **12**, 1978–1989 (2018).
20. Bidwell, B. N. et al. Silencing of Irf7 pathways in breast tumor cells promotes bone metastasis through immune escape. *Nat. Med.* **18**, 1224–1231 (2012).
21. Garris, C. S. et al. Successful anti-PD-1 cancer immunotherapy requires T cell-dendritic cell crosstalk involving the cytokines IFN-gamma and IL-12. *Immunity* **49**, 1148–1161 (2018).
22. Jia, H. Z. et al. Hyperbranched-hyperbranched polymeric nanoassembly to mediate controllable co-delivery of siRNA and drug for synergistic tumor therapy. *J. Control. Release* **216**, 9–17 (2015).
23. Lizotte., P. H. et al. In situ vaccination with cowpea mosaic virus nanoparticles suppresses metastatic cancer. *Nat. Nanotechnol.* **11**, 295–30 (2016).
24. Judge, A. D. et al. Sequence-dependent stimulation of the mammalian innate immune response by synthetic siRNA. *Nat. Biotechnol.* **23**, 457–462 (2005).
25. Cao, S. J., Zhang, X., Edwards, J. P. & Mosser, D. M. NF-kappa B1 (p50) homodimers differentially regulate pro- and anti-inflammatory cytokines in macrophages. *J. Biol. Chem.* **281**, 26041–26050 (2006).
26. Franz, M. et al. GeneMANIA update 2018. *Nucleic Acids Res* **46**, W60–W64 (2018).
27. Borst, J., Ahrends, T., Babala, N., Melief, C. J. M. & Kastenmuller, W. CD4+ T cell help in cancer immunology and immunotherapy. *Nat. Rev. Immunol.* **18**, 635–647 (2018).
28. Krutzik, S. R. et al. Activation and regulation of Toll-like receptors 2 and 1 in human leprosy. *Nat. Med.* **9**, 525–532 (2003).
29. Filler, J. G., Perry, N. J., Poulogiannis, G., Riedel, B. & Sloan, E. K. Perioperative events influence cancer recurrence risk after surgery. *Nat. Rev. Clin. Oncol.* **15**, 205–218 (2018).
30. Wang, T. T. et al. A cancer vaccine-mediated postoperative immunotherapy for recurrent and metastatic tumors. *Nat. Commun.* **9**, 1532 (2018).
31. Blumenthal, G. M. & Pazdur, R. Approvals in 2018: a histology-agnostic new molecular entity, novel end points and real-time review. *Nat. Rev. Clin. Oncol.* **16**, 139–141 (2019).
32. Luo, G. F. et al. A triple-collaborative strategy for high-performance tumor therapy by multifunctional mesoporous silica-coated gold nanorods. *Adv. Funct. Mater.* **26**, 4339–4350 (2016).
33. Schmid, P. et al. Atezolizumab and nab-paclitaxel in advanced triple-negative breast cancer. *N. Engl. J. Med.* **379**, 2108–2121 (2018).
34. Germano, G. et al. Inactivation of DNA repair triggers neoantigen generation and impairs tumour growth. *Nature* **552**, 116–120 (2017).
35. Rodenhizer, D. A. A three-dimensional engineered tumour for spatial snapshot analysis of cell metabolism and phenotype in hypoxic gradients. *Nat. Mater.* **15**, 227–234 (2016).
36. Gordon, S. R. et al. PD-1 expression by tumour-associated macrophages inhibits phagocytosis and tumour immunity. *Nature* **545**, 495–499 (2017).
37. O'Donnell, J. S. et al. Resistance to PD1/PDL1 checkpoint inhibition. *Cancer Treat. Rev.* **52**, 71–81 (2017).
38. Rüge, J. et al. Oligonucleotides to the (gene) rescue: FDA approvals 2017–2019. *Trends Pharmacol. Sci.* **41**, 27–41 (2020).

## Acknowledgements
This work was supported by the National Natural Science Foundation of China (51833007, 51533006, 51988102, 51873162, and 51690152).

## Author contributions
D.W.Z. and X.Z.Z. conceived the project and designed the experiments. J.X.F., D.W.Z. synthesized materials. F.G., X.D., and X.Z. performed in vitro cell experiments. D.W.Z., F.G., and X.S. collected and analyzed the data. F.G., P.B., and Q.C. performed in vivo experiments. D.W.Z., F.G., X.Z., S.X.C., and X.Z.Z. co-wrote the paper. All authors discussed the results and reviewed the paper.

## Competing interests
The authors declare no competing interests.

## Additional information
**Supplementary information** is available for this paper at https://doi.org/10.1038/s41467-020-15927-0.

**Correspondence** and requests for materials should be addressed to X.-Z.Z.

**Peer review information** *Nature Communications* thanks Helder A. Santos and the other, anonymous, reviewer(s) for their contribution to the peer review of this work.

**Reprints and permission information** is available at http://www.nature.com/reprints

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-020-15927-0

ARTICLE

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons license, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons license and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this license, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2020

Joint Claim Construction Brief

# EXHIBIT 51

Received: 30 May 2022    Accepted: 3 August 2022

DOI: 10.1111/1759-7714.14618

ORIGINAL ARTICLE

**WILEY**

# Construction of PEI-EGFR-PD-L1-siRNA dual functional nano-vaccine and therapeutic efficacy evaluation for lung cancer

**Guixue Yang**[1] | **Dong Zhou**[1] | **Yin Dai**[2] | **Yanqi Li**[1] | **Jiang Wu**[1] | **Quanxing Liu**[1] | **Xufeng Deng**[1] 🔟

[1]Department of Thoracic Surgery, Xinqiao Hospital, Army Medical University (Third Military Medical University), Chongqing, China

[2]Department of Information, Xinqiao Hospital, Army Medical University (Third Military Medical University), Chongqing, China

**Correspondence**
Xufeng Deng, Department of Thoracic Surgery, Xinqiao Hospital, Army Medical University (Third Military Medical University), No. 83, Xinqiao Zheng Street, Chongqing 400037, China.
Email: 15120100521@126.com

Quanxing Liu, Department of Thoracic Surgery, Xinqiao Hospital, Army Medical University (Third Military Medical University), No. 83, Xinqiao Zheng Street, Chongqing 400037, China.
Email: quanxing9999@qq.com

**Funding information**
Clinical Research Foundation of Army Medical University, Grant/Award Number: 2018JSLC033; 2018XLC2014; 2018XLC3035; Medical and Scientific Research Project of Science and Health Joint Department of Chongqing, Grant/Award Number: 2020MSXM031; National Natural Science Foundation of China, Grant/Award Number: 81972190; 81702247

**Abstract**

**Background:** PD-1/PD-L1 tumor immunotherapy shows effective anticancer in treatment of solid tumors, so PEI lipid nanoparticles (PEI-LNP)/siRNA complex (EPV-PEI-LNP-siRNA) with the therapeutic function of PD-L1-siRNA and EGFR short peptide/PD-L1 double immune-enhancing function were constructed for the prevention and treatment of EGFR-positive lung cancer in this study.

**Method:** In this study, PEI lipid nanoparticles (PEI-LNP)/siRNA complex (EPV-PEI-LNP-siRNA) with the therapeutic function of PD-L1-siRNA and EGFR short peptide/PD-L1 double immune-enhancing function were constructed for the prevention and treatment of EGFR-positive lung cancer and functional evaluation was conducted.

**Results:** On the basis of the construction of the composite nano-drug delivery system, the binding capacity, cytotoxicity, apoptosis and uptake capacity of siRNA and EPV-PEI-LNP were tested in vitro, and the downregulation effect of PD-L1 on A549 cancer cells and the cytokine levels of cocultured T cells were tested. Lipid nanoparticles delivered siRNA and EGFR short peptide vaccine to non-small cell lung cancer (NSCLC), increasing tumor invasion and activation of CD8 + T cells. Combination therapy is superior to single target therapy.

**Conclusion:** Our constructed lipid nanoparticles of tumor targeted therapy gene siRNA combination had the ability to target cells in vitro and downregulate the expression of PD-L1, realizing the tumor-specific expression of immune-stimulating cytokines, which is a highly efficient and safe targeted therapy nano-vaccine.

**KEYWORDS**
lung cancer, PEI-EGFR-PD-L1-siRNA, therapy, vaccine

## INTRODUCTION

Tumor immunotherapy, which includes monoclonal antibody immune checkpoint inhibitors, therapeutic antibodies, cancer vaccines, cell therapy and small molecule inhibitors, is a kind of therapy which can restore the body's normal antitumor immune response by restarting and maintaining the tumor-immune cycle, so as to control and eliminate tumors.[1,2] In recent years, PD-1/PD-L1 tumor immunotherapy has shown strong antitumor activity in the treatment of a variety of solid tumors, such as non-small cell lung cancer (NSCLC), kidney and prostate cancers. Several tumor

immunotherapeutics have been approved by the Food and Drug Administration (FDA) for clinical use. However, the immunosuppressive tumor microenvironment (TME) limits the effects of immune therapy, and abnormal structure and function of tumor vasculature leads to highly heterogeneous and lack of oxygen TME. Thereby, it can promotes tumor and stromal cells release immunosuppression factor and promotes immunosuppression source sex cells of bone marrow infiltration, which limits the tumor infiltration of T cells and leads to inhibition of antitumor immune response and produce immune tolerance.[3,4] Therefore, it is imperative to develop a feasible strategy to counter this immune tolerance

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.
© 2022 The Authors. *Thoracic Cancer* published by China Lung Oncology Group and John Wiley & Sons Australia, Ltd.

and the efficacy of amplified immune checkpoint blocking (ICB) therapy.

The aim of this study was to use PD-L1 combined with tumor neoantigen vaccine to enhance the strategy of lung cancer immunotherapy, and to verify the efficacy function at the cellular level. Of lung cancer patients, 85% are NSCLC, with the main subtype being adenocarcinoma of the lung. The *EGFR* gene mutation rate in NSCLC has been reported to reach over 60%, and mutation sites are mostly concentrated in the 18–21 exon region.[5] After taking tyrosine kinase inhibitors (TKIs), a mutation of T790M in exon 19 has been found to be present in more than 90% of patients who are resistant to treatment. Therefore, novel antigen screening for the mutant peptide produced by the *EGFR* mutant gene can break down individual differences, thus combating the immune tolerance induced by ICB therapy, resulting in a better therapeutic effect and making the immunotherapy of lung cancer universal.

Cationic liposome nanocarriers are an effective gene delivery system,[6–8] which can load exogenous genes[9,10] through encapsulation, electrostatic adsorption and chemical bonding, and transfer them into cells through cytophagocytosis, resulting in successful gene expression.[11] Liposome complex and polyethylenimine (PEI) with modified by other active materials such as anti PD-L1 antibody, have the advantages of diverse functions, good biocompatibility and easy surface modification.[12–14] Herein, we designed the encapsulation of therapeutic PD-L1-siRNA and EGFR short peptide combination into positive PEI lipid nanoparticles, which have the function of enhancing stability, controlled release characteristics and increasing transfection activity.[15,16] The siRNA-loaded lipid nanoparticles have immune-checkpoint PD-L1 targeting siRNA and EGFR short peptide vaccine activating T cell vaccine function, thereby jointly enhancing antitumor ability against *EGFR*-mutated NSCLC.

## METHODS

### Reagents and instruments

All the cell-culture medium, FBS, and phosphate-buffered saline (PBS) were purchased from Gibco Life Technologies. All the culture consumables needed for cell culture were supplied by Corning. DAPI, dioleoylphosphatidylcholine (DOPC), polyethylenimine (PEI, 25 kDa) and cholesterol (Chol) were purchased from Sigma-Aldrich. Biotin functionalized 1,2-dioleoyl-m-glycerol-3-phosphoethanolamine-poly (ethylene glycol)-2000 (DSPE-PEG-biotin) was purchased from Ponsure Biotech. DNA and RNA sequences were synthesized and purified by the Sangon Biotechnology Company. All the chemicals purchased for the present research met the reagent grade standards. A Millipore Milli-Q system was used for the creation of ultrapure water (18 M.Q.cm). Testing the hydrodynamic diameters and concentrations of suspended purified exosomes, $Fe_3O_4@PDA$, and Exo-$Fe_3O_4@PDA$ was evaluated using a transmission electron microscope (8H-7000FA; Hitachi) and

Nanosight (Malvern Instruments, UK). Lastly, the evaluation of the UV–Vis absorption spectra was made with a spectrophotometer (UV2550; Shimadzu). Fourier-transform infrared (FTIR) analyses were conducted in terms of pure exosomes at the speed of 2 mm/s by and in the range of 400–4000/cm (VERTEX 70; Broker). qRT-PCR was conducted with an ABI 7500 quantitative PCR System (Thermo Fisher Scientific). The sequence of siRNA was (Sense) 5'-CCAGCACACUGAGAAU-CAATT-3' and (anti-Sense) 5'-UUGAUUCUCAGUG UGCU GGTT-3'. PD-L1 and control siRNA (scrambledsiRNA, siSCR) were purchased from Shanghai GenePharma Co., Ltd.

## Synthesis of PD-L1-siRNA loaded EPV-PEI-LNP (EPV-PEI-LNP-siRNA)

PEI (Mw = 2000) and stearic acid were mixed into a solution of water and ethanol with a molar ratio of 1: 3. EDC was added into PEI (Mw = 2000) and stearic acid. The mixture was heated and stirred at 50°C for 24 h. Freeze-dried PEI-stearic acid (PEI-SA) was prepared. Liposomes were prepared by reverse emulsification. The matrix materials PEI-SA, DOPC, cholesterol (Chol) (mass ratio 3: 2: 4) were dissolved in dichloromethane as oil phase, and PBS (0.1 m) with twice the volume of water phase was added after fully dissolved. After mixing well, the solution was fully emulsified using a probe ultrasonic instrument with a power of 100 W, ultrasonic 2 s, interval of 1 s, total time of 3 min, and temperature of 25°C. At the end of ultrasound, uniform emulsion was formed, and the organic solvent of dichloromethylene was removed by rotary evaporator. PEI-SA/DOPC/cholesterol nanoparticles (PEI-LNP) were obtained after 3 h dialysis with PBS solution.

In order to prepare the EGFR short peptide vaccine adjuvant (EPV), the PEI-LNP prepared above was dispersed in PBS solution (0.1 m) to form a suspension (mass concentration of PEI-LNP 2 mg/ml). It was then blended with EDC and NHS in equal molar ratio to PEI, and fully dissolved. Then EGFR short peptide (CLTSTVQLET, Mw = 1112.3) with molar ratio of 2 times was added and stirred for 8 h. After the reaction, dialysis (molecular weight 1000) the unreacted EDC and NHS was removed, and the remaining solution was centrifuged and concentrated with an ultrafiltration tube and stored for later use.

Then, 3 mg/ml EPV-PEI-LNP was placed in a centrifuge tube with 1 ml PBS solution, and the volume kept constant to 1.5 ml. siRNA 20, 40, 60, 80, and 100 μg, respectively was then added. After fully dispersing, the mixture was placed into a thermostatic oscillator and vibrated for 3 h. Drug loaded lipid nanoparticles of EPV-PEI-LNP-siRNA were obtained. Figure 1 shows the liposome preparation and cell uptake process.

## Characterization of EPV-PEI-LNP

The PEI-LNP and EPV-PEI-LNP were formulated as described above and resuspended in deionized water. The



**FIGURE 1** Liposome preparation and cell uptake process.

morphology of the NPs was characterized by TEM (H-7500; Hitachi High-Tech). The NPs were dropped on dried formvar coated 100-mesh copper grids at room temperature. All grids were further dried for 4 h in the oven at 37°C before imaging. The particle size and surface charge were examined using a Zetasizer system (Zetasizer NanoZS; Malvern Instruments Ltd) at room temperature.

## Drug release experiment of PEI-LNP/siRNA

Standard solutions of siRNA, PEI-LNP-siRNA and EPV-PEI-LNP-siRNA in a series of concentration gradients were prepared. The maximum absorption wavelength of siRNA was determined by scanning the full spectrum with an ultraviolet spectrophotometer, and the regression equation was obtained by using the standard curves of concentration (C) and absorbance (ABS). Then, 1 mg PEI-LNP and EPV-PEI-LNP were dispersed into 10 centrifuges containing 1 ml PBS solution, and siRNA of 10, 20, 40, 60, 80 and 100 μg were added, respectively. After incubation at room temperature for 30 min, siRNA release test was performed in a thermostatic oscillator (50 RPM, 6 h). The supernatant was centrifuged to test its absorbance, and the amount of siRNA loaded by PEI-LNP was calculated according to the regression equation.

The material with the best experimental effect was selected for the release experiment. Then, 0.5 ml siRNA, PEI-LP-SiRNA and EPV-PEI-LP-siRNA (siRNA concentration 50 μg/ml) were absorbed and placed into dialysis bags, respectively, and then placed into EP tubes containing 5 ml PBS buffer with pH values of 5, 7 and 9. The sample was placed in a thermostatic oscillator with the temperature set at 37°C and the speed set at 50 rpm. Three parallel samples were set for each group, and the time points were set as 0, 2, 4, 6, 8, 12, 18, and 24 h, 2, 3, 4, 5, 6, and 7 days. Then, 1 ml PBS solution was taken from the EP tube at each time point to measure the absorbance, and then poured again into an EP tube after the measurement. The release rate of siRNA was calculated.

## Cytocompatibility analysis of EPV-PEI-LNP

The frozen human umbilical vein endothelial cell (HUVEC) cell lines were resuscitated and added into the cell culture flask with 90 ml 1640 medium and 10 ml fetal bovine serum. The cells were incubated at 37°C and contained 5% $CO_2$ for subculture. HUVEC cells in good cell state were digested with trypsin and counted. Then, $1 \times 10^4$ HUVEC cells were added to each well of 96-well plates, and 200 μl of 1640 medium was added to culture for 24 h. After cell adherence, the medium was replaced. PBS was added and siRNA, PEI-LP-siRNA and EPV-PEI-LP-siRNA at concentrations of 10, 30, 50 and 80 μg/ml were cocultured for 24 h, 2, 4 and 7 days, respectively. When the time was up, 20 μl MTT (5 μg/ml) was add into each well, they were incubated for 4 h, and the MTT was discarded. Then, 200 μl DMSO was added to each well to fully dissolve the formazan before testing. The absorbance value was measured by ELISA and cell survival rate was calculated. At the same time, AO/PI fluorescence staining was used to qualitatively determine the biocompatibility of PEI-LNP-siRNA and EPV-PEI-LNP-siRNA (80 μg/ml) cocultured with HUVEC for 2, 4 and 6 days.

## Lung cancer cell inhibition experiment

A549 cells in good cell state were digested with trypsin and counted, then $5 \times 10^3$ A549 cells/well were added to 96-well plates, and 200 μl DEME with high sugar medium was added for 24 h until the cells adhered to the bottom of the culture plate. Then, siRNA, PEI-LP-siRNA and EPV-PEI-LP-siRNA with a concentration of 5–15 μg/ml prepared by the medium were added, and incubated in the cell incubator

for 48 h. Then, 20 µl MTT(5 µg/ml) was added to each well, and MTT was discarded after incubation for 4 h, and 200 µl DMSO was added to each well to dissolve formazan. The absorbance value was measured by ELISA and the cell survival rate was calculated.

## Cell apoptosis

After the A549 cells in good cell state were digested with trypsin and counted, $5 \times 10^5$ A549 cells/well were added to the 6-well plate, and 1 ml DEME with high-sugar medium was added to culture for 24 h until the cells adhered to the wall. siRNA, PEI-LNP-siRNA and EPV-PEI-LNP-siRNA were added to the medium at a dose of 20 µg per well. After coculture for 48 h, the medium was discarded, and the cells were digested with trypsin without EDTA after PBS cleaning. After centrifugation at 1200 RPM (Rotate speed per minute) for 4 min, the supernatant was discarded, and the cells were resuspended with precooled PBS. They were then centrifuged at 2000 RPM for 5 min, the supernatant discarded, and 300 µl $1 \times$ binding buffer was added for cell suspension. Annexin-FITC 5 µl was added and mixed, and the cells were incubated at room temperature without light for 15 min. Before feeding, 5 µl PI was added and stained. Flow cytometry was performed after 5 min of incubation. At the same time, the qualitative analysis of apoptosis was carried out using AO/PI fluorescence staining. In addition, protein was extracted from each group of cells cultured for 0, 12, 24 and 48 h, and BCA was quantified. After quantification, 12% SDS-PAGE separation gel was used for protein electrophoresis. After antibody incubation, an infrared imaging film scanning system was used for imaging film scanning, and the relative expression of related proteins was analyzed by gray value.

## Qualitative analysis of endocytosis

After the A549 cells in good cell state were digested with trypsin and counted, $1 \times 10^5$/well A549 cells were added to the 24-well plate, and 1 ml DEME with high-sugar medium was added to the culture for 24 h until the cells adhered to the wall. siRNA, PEI-LNP-siRNA and EPV-PEI-LNP-siRNA were added after the medium was aspirated. The siRNA was labeled with carboxyl fluorescein reagent. After culture for 12 h, 20 µl DAPI (0.5 µg/ml) was added. After incubation for 15 min, DAPI was discarded, they were cleaned with PBS three times, and observed under a fluorescence microscope.

## Expression of PD-L1 and IL-2

A549 cells were inoculated into 6-well plates with a density of $2 \times 10^5$ cells per well, and siRNA, PEI-LNP-siRNA and EPV-PEI-LNP-siRNA were added at the same amount of 100 nmol siRNA, respectively. After two days, the cells in each group were collected and lysed with RIPA to extract proteins. Protein samples were concentrated and separated by electrophoresis on 12% sodium dodecyl sulfate-polyacrylamide gel and transferred to a PVDF membrane. After the antibody was incubated, western blot imaging was performed on PVDF membrane by chemiluminescence method. The coculture supernatant of PEI-LP-siRNA and EPV-PEI-LP-siRNA groups was collected and the expression of IL-2 was detected by ELISA.

## Establishment of A549/activated T cell coculture model

Peripheral blood mononuclear cells (PBMCs) of healthy individuals were separated by gradient density centrifugation (Sigma-Aldrich reagent). PBMCs were inoculated with $2 \times 10^4$ cell lines per well on 96-well plate and stimulated by anti-CD3 (10 g/l) and anti-CD28 (2 g/l) for 48 h. A549 cells were pretreated with PEI-LNP-siRNA and EPV-PEI-LNP-siRNA for 12 h, and the purified activated T cells were cocultured with A549 cells in a ratio of 10:1 for 48 h. The expression levels of TNF-α, IFN-γ and IL-10 in coculture supernatant were detected by ELISA.

## RESULTS

### Material characterization analysis

The Zeta potential and particle size results of PEI-LNP and EPV-PEI-LNP prepared in the experiment are shown in Figure 2a,b. PEI-LNP is positively charged with an average particle size of 118.3 nm. After binding with negatively charged PD-L1-siRNA, the particle size of the complex gradually increases and zeta potential decreased (Figure 2c,d). The results indicated that PEI-LNP could load siRNA to form a nanocarrier siRNA complex through electrostatic action. As shown in Figure 2e, PEI-LNP is regular spherical under transmission electron microscopy and is coated with the amphiphilic cation PEI-SA. After PEI-LNP is combined with siRNA, the siRNA is mainly adsorbed and aggregated on the surface of nanoparticles. With the carrier particle as the center, the siRNA concentration became higher and higher, and closer to the center, which indicated that PEI-LNP can carry a large amount of siRNA and be used as the transfer vector of foreign RNA.

### Analysis of loading and release test results

Figure 3a shows the standard curve of PD-L1-siRNA. The excitation wavelength of siRNA was 260 nm, and the correlation coefficient $R^2$ reached more than 99.9%, indicating a high fitting degree of the straight line. Therefore, the regression equation was used to calculate the subsequent

**FIGURE 2** Characterization of PEI-LNP and EPV-PEI-LNP. (a) Particle size chart. (b) Surface potential map. (c) Surface potential values of PEI-LNP and EPV-PEI-LNP after loading different amounts of siRNA. (d) Particle size values of PEI-LNP and EPV-PEI-LNP after loading different amounts of siRNA. (e) Transmission electron microscope images of EPV-PEI-LNP and siRNA loading.



**FIGURE 3** Experimental results of loading and release results. (a) PD-L1-siRNA standard curve of siRNA. (b) Loading quality analysis of siRNA by PEI-LNP. (c) SiRNA release profiles of PEI-LP-siRNA and EPV-PEI-LP-siRNA.



experiments, and the results obtained were highly reliable. When loading siRNA, the unit load increased gradually with the increase of the ratio of drug to carrier. The maximum unit load of PEI-LNP for siRNA was 89 µg/mg, and that of EPV-PEI-LNP for siRNA was 80 µg/mg (Figure 3b). The release rate of PD-L1-siRNA is shown in Figure 3c. Within

YANG ᴇᴛ ᴀʟ.



**FIGURE 4** Results of biocompatibility of EPV-PEI-LNP. (a) Results of biocompatibility of PEI-LNP/siRNA. (b) Biocompatibility of EPV-PEI-LNP-siRNA. (c) AO/PI fluorescence staining of A549 cells cocultured with the loading system.

the first 24 h, the release curve is steep, but gradually flattens in the following time. The release rate of the loaded system under acidic conditions is faster than that under pH = 7 and 9, and the release rate of siRNA can reach 92.5% under acidic conditions. This may be because the protonation reaction of tertiary amine group on PEI occurred in an acidic environment, resulting in weakening of the positive electricity of polymer nanospheres and the weakening of the electrostatic interaction between PEI-LNP nanocarriers and siRNA, resulting in more drug release.

## Results of cytocompatibility experiments

Figures 4a–c show the cell growth and proliferation of the loading system after 24 h, 2, 4 and 7 days coculture with HUVEC by the MTT method. As can be seen from the figure, the survival rate of PEI-LNP-siRNA and EPV-PEI-LNP-siRNA after treatment was above 90%, indicating that the loading system had no effect on normal cells and had good biocompatibility. Figure 4c shows the growth and proliferation of HUVEC cells after 24 h, 2, 4 and 7 days coculture with the loading system. It can be seen from AO/PI fluorescence staining that the cells after coculture all had good growth and complete cell morphology, with no difference from the control group. Also, with the increase of concentration and the passage of time, the number of cells increased, with good cell proliferation. This indicates that the loading system had no effect on the growth and

proliferation of normal cells, and that biological toxicity is low. This is consistent with the experimental results of MTT.

## Inhibition and apoptosis of lung cancer cells

The cytotoxicity test results are shown in Figure 5a. The results showed that neither PEI-LNP nor EPV-PEI-LNP had significant cytotoxicity to A549 cells in the experimental concentration range. The inhibition rate of PEI-LP-siRNA on lung cancer cells was significantly lower than that of EPV-PEI-LNP-siRNA ($p \leq 0.05$), and the inhibition rate of PEI-LNP-siRNA on lung cancer cells was significantly higher than that of pure siRNA ($p \leq 0.05$). This indicates that PEI modified positive vector can effectively deliver more siRNA into cells and take effect. The modification of EGFR short peptide not only enables PEI-LNP to function as an immune adjuvant, but also plays a role of targeted mediating in lung cancer cells, thus enabling more PEI-LNP-siRNA to enter cells and release siRNA drugs. Figure 5b shows the fluorescence microscopy results after 48 h coculture of the nanodrug-carrying complex with A549 cells. According to the figure, A549 cells in the PBS control group grew well, but A549 cells in the four experimental groups showed different degrees of apoptosis. Among them, apoptosis of A549 cells in the EPV-PEI-LP-siRNA group was the largest. According to the results of flow cytometry apoptosis (Figure 5c,d), the apoptosis rate of siRNA and PEI-LNP-siRNA groups reached 23.3 and 39.6%, respectively, while the apoptosis rate of EPV-PEI-LNP-siRNA groups reached 76.2%.

**FIGURE 5** Inhibition and apoptosis of lung cancer cells by nanodrug-loaded complex. (a) Lung cancer cell inhibition. (b) AO/PI fluorescence staining of different experimental groups after 48 h coculture with A549 cells. (c) Flow cytometry results of apoptosis after 48 h coculture with A549 cells in different experimental groups. (d) Apoptosis rate of A549 cells in different experimental groups. (e) Expression level of apoptosis-related proteins.



As can be seen from Figure 5e, the expression of antiapoptotic protein Bcl-2 (26 kDa) in EPV-PEI-LNP-siRNA cocultured cells gradually decreased with the extension of treatment time of drug-loaded nanocomplex. The expression of proapoptotic protein BAD (25 kDa) increased gradually. The expression of pro-caspase-3 (32 kDa) decreased gradually. Cleaved caspase-3 (17 kDa) expression increased gradually. This indicates that the EGFR short peptide-targeted vaccine adjuvant system that we constructed has a superior therapeutic effect after loading siRNA.

## Analysis of endocytosis

Figure 6 shows fluorescence microscope effect of endocytosis of A549 cells 12 h after PEI-LNP-siRNA and EPV-PEI-

LP-siRNA were treated with A549 cells (siRNA modified by FITC showed green fluorescence). As can be seen from the figure, the fluorescence intensity of the EPV-PEI-LNP-siRNA group was significantly higher than that of the PEI-LNP-siRNA group. This indicated that the PEI lipid nanoparticles prepared in this study were modified with EGFR short peptide, and the targeted recognition ability of the nanoparticles to EGFR-highly expressed cell A549 was enhanced. After 12 h of endocytosis, more siRNA was delivered into the cell interior.

## Expression of PD-L1 and IL-2

Western blot results are shown in Figure 7a. PD-L1 protein was highly expressed in A549 cells in the blank



**FIGURE 6** Fluorescence microscope effect of A549 endocytosis at 12 h.



**FIGURE 7** Expression of PD-L1 and IL-2 in A549 cells. (a) Expression of PD-L1 in A549 cells. (b) Expression of IL-2 in A549 cells.

**FIGURE 8** Cytokine secretion of cocultured T cells. (a) TNF-α expression. (b) IFN -γ expression. (c) IL-10 expression.

group, and the expression of PD-L1 was downregulated in the siRNA treated cells. PD-L1 expression in the PEI lipid microspheres with siRNA treated cells was significantly lower than that in the blank group and the siRNA alone treated group. These results indicate that PD-L1-siRNA can inhibit the expression of PD-L1, and

**WILEY** 2949

siRNA loaded by PEI lipid microspheres can enhance the downregulation of PD-L1, while the addition of EGFR short peptide can further enhance the drug therapy function of drug-loaded microspheres. The expression of IL-2 in A549 was detected by ELISA and it was found that IL-2 expression was significantly upregulated after siRNA loading by EPV-PEI-LNP.

## Effect of EPV-PEI-LNP-siRNA on T cell function

To determine whether siRNA loaded with PEI lipid microspheres affects T cell function by inhibiting PD-L1 expression, we established an A549/activated T cell coculture model. ELISA showed that IFN-γ and TNF-α levels were significantly increased after T cells were cocultured with EPV-PEI-LNP-siRNA pretreated A549 cells, while IL-10 levels were significantly decreased (Figure 8).

## DISCUSSION

PD-L1-siRNA and EGFR short peptide combined lipid nanoparticles were prepared by PEI-LNP, and the binding ability of siRNA and EGFR short peptide with nanoparticles was tested by in vitro experiments. The release rate of the loading system was faster under acidic conditions than that under pH = 7. The release rate of PD-L1-siRNA can reach 80%. AO/PI fluorescence staining showed that the loading system had no effect on the growth and proliferation of normal cells and had no biological toxicity. The loaded combination of EPV-PEI-LNP-siRNA can effectively deliver siRNA and EGFR short peptide into cells. IFN-γ and TNF-α levels were significantly increased after T cells were cocultured with EPV-PEI-LNP-siRNA pretreated A549 cells, while IL-10 levels were significantly decreased. EPV-PEI-LNP-siRNA is a tumor-selective therapeutic gene vector that blocks immune checkpoints and provides costimulatory molecules, while also reducing the side effects of immunotherapy. Cancer cells or stromal cells also play an important role in regulating immune cell phenotypes in TME, inhibiting T cell activation and enhancing immune tolerance, thereby inhibiting anticancer immunity.[1,17]

Several previous clinical trials have demonstrated the safety and efficacy of polyclonal antibodies. However, PD-L1 is not only expressed in tumor cells, but is widely expressed in hematopoietic and nonhematopoietic cells, and PD-1/PD-L1 and B7-1/PD-L1 play a key role in regulating the function of effector T cells and limiting the autoimmune response. Nontargeted blocking of these interactions may lead to related adverse reactions in addition to therapeutic effects, and the mechanisms are not fully revealed.[18] In order to explore a more efficient and specific blocking method for PD-1/PD-L1, this study used chemically modified cationic polymer nanocertifers to realize interference on PD-L1.

RNA interference is a specific mechanism of post-transcriptional gene silencing, which can cause the corresponding mRNA to be degraded by enzymes. Through this mechanism, siRNA, consisting of 21 to 25 base pairs, can specifically silence gene expression. PD-L1-siRNA therapy blocking the PD-1/PD-L1 interaction is safe and readily available. At present, the barrier of using siRNA gene therapy lies in that naked siRNA is easily degraded by nuclease in the environment and lysosome in the cell. The negative charge carried by siRNA and the rejection of cell membrane make it difficult for siRNA to penetrate cell membrane and enter cells. At this point, the nanocarriers prepared in this study are positively charged and can load the negatively charged nucleic acid through electrostatic action. Moreover, the liposome nanocarriers prepared in this study have good compatibility with the cell membrane, which is conducive to the uptake of the therapeutic system by cells.

In this study, EPV-PEI-LNP lipid particles showed excellent biocompatibility and showed effective tumor immunotherapy. The expression of PD-L1 in cells treated with EPV-PEI-LNP-siRNA was significantly lower than that in the blank group and the PD-L1-siRNA group, suggesting that PD-L1-siRNA can inhibit the expression of PD-L1, and the downregulation of PD-L1 can be enhanced by loading siRNA through liposomes. We used EPV-PEI-LNP-siRNA to deliver EGFR short peptides to immune cells rather than cancer cells, which can enable stromal cells to continuously produce immune-stimulating cytokines, regulate immunosuppressive TME, and achieve long-term antitumor immunity.[18] PD-L1-siRNA nanotechnology delivery targeting the combination of immunosuppressive factor and EGFR short peptide is safe, efficient, and selectively targeted to TME, and is suitable as a next-generation immunotherapy strategy for cancer. Further in vitro and in vivo functional experiments will be carried out in this project to clarify the application prospect of this polymer.

## CONFLICT OF INTEREST

The authors declare that there is no conflict of interest.

## ORCID

*Xufeng Deng* https://orcid.org/0000-0002-8231-8535

## REFERENCES

1. Rosenberg SA. IL-2: the first effective immunotherapy for human cancer. J Immunol. 2014;192:5451–8.
2. Lin CC, Tsai CC, Lee JM, Fang CH, Chang KS, Wong KK, et al. The efficacy of a novel vaccine approach using tumor cells that ectopically express a codon-optimized murine GM-CSF in a murine tumor model. Vaccine. 2016;34:134–41.
3. Galluzzi L, Chan TA, Kroemer G, Wolchok JD, López-Soto A. The hallmarks of successful anticancer immunotherapy. Sci Transl Med. 2018;10:7807.
4. Huang Y, Goel S, Duda DG, Fukumura D, Jain RK. Vascular normalization as an emerging strategy to enhance cancer immunotherapy. Cancer Res. 2013;73:2943–8.
5. Riley RS, June CH, Langer R, Mitchell MJ. Delivery technologies for cancer immunotherapy. Nat Rev Drug Discov. 2019;18:175–96.

6. Yu Q, Hu X, Ma Y, Xie Y, Lu Y, Qi J, et al. Lipids- based nanostructured lipid carriers(NLCs) for improved Oral bioavailability of Sirolimus. Drug Deliv. 2016;23:1469–75.

7. Balguri SP, Adelli GR, Majumdar S. Topical ophthalmic lipid nanoparticle formulations (SLN, NLC) of indomethacin for delivery to the posterior segment ocular tissues. Eur J Pharm Biopharm. 2016;109:224–35.

8. Esposito E, Ravani L, Drechsler M, et al. Cannabinoid antagonist in nanostructured lipid carriers(NLCs): design, characterization and in vivo study. Mater Sci Eng C. 2015;48:328–36.

9. Loh XJ, Ong SJ, Tung YT, Choo HT. Co-delivery of drug and DNA from cationic dual-responsive micelles derived from poly (DMAEMA-co-PPGMA). Mater Sci Eng C. 2013;33:4545–50.

10. El-Aneed A. An overview of current delivery Systems in Cancer Gene Therapy. J Control Release. 2004;94:1–14.

11. Khalaj-Kondori M, Sadeghizadeh M, Behmanesh M, Saggio I, Monaci P. Chemical coupling as a potent strategy for preparation of targeted bacteriophage-de-rived gene nanocarriers into eukaryotic cells. J Gene Med. 2011;13:622–31.

12. Qin W, Yuefa G, Xiangliang Y. Recent advances of gene carrier cationic polymers. J Guangdong Pharm Univ. 2004;20:62–4.

13. Zhang L, Yao HJ, Yu Y, Zhang Y, Li RJ, Ju RJ, et al. Mitochondrial targeting liposomes incorporating Daunorubicin and Quinacrine for treatment of relapsed breast cancer arising from cancer stem cells. Biomaterials. 2012;33:565–82.

14. Ma X, Zhou J, Zhang CX, Li XY, Li N, Ju RJ, et al. Modulation of drug-resistant membrane and apoptosis proteins of breast cancer stem cells by targeting Berberine liposomes. Biomaterials. 2013;34:4452–65.

15. Yin H, Kanasty RL, Eltoukhy AA, Vegas AJ, Dorkin JR, Anderson DG. Non-viral vectors for gene-based therapy. Nat Rev Genet. 2014;15:541–55.

16. Huang KW, Hsu FF, Qiu JT, Chern GJ, Lee YA, Chang CC, et al. Highly efficient and tumor-selective nanoparticles for dual-targeted immunogene therapy against cancer. Sci Adv 2020; 6, eaax5032.

17. Choudhry H, Helmi N, Abdulaal WH, et al. Prospects of IL-2 in cancer immunotherapy. Biomed Res Int. 2018;2018:9056173. https://doi.org/10.1155/2018/9056173

18. Miao L, Liu Q, Lin CM, Luo CC, Wang Y, Liu L, et al. Targeting tumor-associated fibroblasts for therapeutic delivery in desmoplastic tumors. Cancer Res. 2017;77:719–31.

**How to cite this article:** Yang G, Zhou D, Dai Y, Li Y, Wu J, Liu Q, et al. Construction of PEI-EGFR-PD-L1-siRNA dual functional nano-vaccine and therapeutic efficacy evaluation for lung cancer. Thorac Cancer. 2022;13(21):2941–50. https://doi.org/10.1111/1759-7714.14618

Joint Claim Construction Brief

# EXHIBIT 52



# Biomaterials Science

**PAPER**

View Article Online
View Journal | View Issue



Cite this: *Biomater. Sci.*, 2023, **11**, 6619

## Dual-responsive PEG–lipid polyester nanoparticles for siRNA and vaccine delivery elicit anti-cancer immune responses by modulating tumor microenvironment†

Zixu Liu,[a] Linxuan Zhao,[b] Yupeng Feng,[a] Qingqing Wang,[a] Nan Dong,[a] Yu Zhang, [a] Tian Yin,[c] Haibing He,[a] Xing Tang, [a] *[a] Jingxin Gou*[a] and Li Yang*[a]

Cancer vaccine-based immunotherapy has great potential; however, the vaccines have been hindered by the immunosuppressive tumor microenvironment (TME). In this study, dual-responsive PEG-lipid polyester nanoparticles (PEG BR647-NPs) for tumor-targeted delivery were proposed. PEG BR647-NPs containing the model tumor-associated antigen (TAA) OVA and the signal transduction and activator of transcription 3 (*STAT3*) siRNA were delivered to the tumor. The PEG BR647-NPs were internalized by tumor-associated dendritic cells (TADCs), where the TAA and siRNA were released into the cytoplasm *via* the endo/lysosome escape effect. The released OVA was presented by the major histocompatibility complex class I to activate T cells, and the released *STAT3* siRNA acted to relieve TADC dysfunction, promote TADC maturation, improve antigen-presenting ability, and enhance anticancer T cell immunity. Meanwhile, the PEG BR647-NPs were ingested by tumor cells, killing them by the pro-apoptosis effect of *STAT3* siRNA. Moreover, PEG BR647-NPs could reduce the proportion of myeloid-derived suppressor cells (MDSCs) and regulatory T cells (Tregs) in tumors and abrogate immunosuppression. The integration of relieved TADC dysfunction, promoted TADC maturation, enhanced antigen cross-presentation, abrogated immunosuppression, and improved pro-apoptosis effect boosted the vaccination for tumor immunotherapy. Thus, PEG BR647-NPs efficiently delivered the vaccine and *STAT3* siRNA to the tumor and modulated immunosuppressive TME, thus providing better antitumor effects.

Received 1st August 2023,
Accepted 3rd August 2023

DOI: 10.1039/d3bm01265d

rsc.li/biomaterials-science

## 1. Introduction

In the past years, cancer immunotherapy has attracted much attention, especially after the approval of the checkpoint blockade.[1] Cancer immunotherapy restores the body's normal antitumor immune response by restarting and maintaining the tumor-immune cycle, thereby controlling and clearing tumors.[2,3] Cancer vaccines provide an ideal option for tumors that are difficult to treat using traditional therapies such as surgery, radiation and chemotherapy. Cancer vaccines are based on the principle of introducing tumor antigens in various forms into the patient's body to activate the immune system and induce cell-mediated immunity and humoral immunity.[4,5] Despite the increasing research on modulating the immune system to produce better anti-tumor immunity, tumors themselves have a series of immune escape mechanisms that reduce the therapeutic efficacy of cancer vaccines.[6] Tumor tissues contain many cells associated with immunosuppression, such as the myeloid-derived suppressor cells (MDSCs) and regulatory cells (Tregs), which inhibit dendritic cell (DC) function and affect T cell activation, proliferation and effector function.[7,8] To better utilize the functions of the antitumor effect, the immunosuppressive tumor microenvironment (TME) should be modulated.[9]

Signal transduction and activator of transcription 3 (STAT3) is a transcription factor involved in a variety of biological functions, transmitting extracellular signals to the nucleus, which in turn activates transcription of target genes.[10] Under normal physiological conditions, STAT3 activation is rapid and transient, but in a variety of tumor cells, including colorectal cancer, lung cancer, melanoma, and breast cancer, STAT3 is persistently activated and expressed at high levels, which is closely

*[a]Department of Pharmaceutics Science, Shenyang Pharmaceutical University, Shenyang 110116, China. E-mail: tanglab@126.com, jxgou_syphu@163.com, pharm305@126.com*
*[b]Department of Pharmaceutics, College of Pharmacy Sciences, Jilin University, Changchun 130021, China*
*[c]Department of Functional Food and Wine, Shenyang Pharmaceutical University, Shenyang 110116, China*

†Electronic supplementary information (ESI) available. See DOI: **https://doi.org/10.1039/d3bm01265d**

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

Published on 04 August 2023. Downloaded from The Rockefeller University Library on 2/7/2024 5:08:48 PM.

related to tumor development.[11–14] Over-activated STAT3 can drive tumor cell proliferation and inhibit apoptosis through upregulation of anti-apoptosis-related proteins.[15] Activated STAT3 promotes tumor immune escape by down-regulating pro-inflammatory cytokines/chemokines and up-regulating tumor immunosuppressive cells (Tregs, MDSCs).[16] Furthermore, STAT3 is crucial for the function of DCs; it inhibits DC maturation and induces abnormal differentiation of DCs into tolerogenic DCs.[17–19] Deleting the *STAT3* gene promoted DC maturation and antigen-presenting ability, abrogated immunosuppression and enhanced anticancer T cell immunity.[20,21] Moreover, immunization using OVA/siRNA rather than just OVA effectively abrogated immunosuppression in TME by increasing mature DCs and decreasing immunosuppressive cells, which thereby led to potent antitumor immune response.[22]

Furthermore, there are deficiencies in the efficiency of cancer vaccine delivery to tumor-associated DCs (TADCs).[23] The large molecular weight, anionic charge, and ease of degradation by RNases makes it difficult for the RNA to enter cells and perform its functions.[24] Cationic polymers, such as polyethylenimine (PEI), promote nucleic acid encapsulation and protection, cell internalization and endosomal escape.[25] However, most cationic polymers are nondegradable, leading to toxicity. Biodegradable polymers, such as poly(β-amino ester) (PBAE), lead to far superior RNA release than nondegradable PEI.[26] However, polymer nanoparticles accumulate in the liver, and the issue of effective delivery to extra-hepatic organs needs to be addressed.[27,28] To modulate immunosuppressive TME, tumor-targeted PBAE nanoparticles should be prepared.

Based on the acidity and reducibility of the tumor environment,[29] pH and reduction dual-responsive PBAE has been designed. Besides, lipid nanoparticles (LNPs) are the current mainstream carrier delivery system for vaccine or RNA therapy, among which the polyethylene glycol (PEG)-lipid reduces particle binding to plasma proteins *in vivo*, prolongs body circulation, and improves the effects of vaccine and RNA.[30,31] Previous studies demonstrated that PEG-lipids containing alkyl chains with greater than 14 carbons inhibited hepatic siRNA delivery due to inadequate lipid desorption from LNPs;[32] thus, DMG-PEG$_{2000}$ was incorporated into PBAE nanoparticles.

Here, we firstly synthesized pH- and reduction-sensitive PBAE (BR647). Then, PEG-lipids were incorporated to formulate PEG-lipid BR647 nanoparticles (PEG BR647-NP), which encapsulated the model tumor-associated antigen (TAA) ovalbumin peptide 257–264 (OVA) and *STAT3* siRNA (Scheme 1A). After subcutaneous injection, BR647-NP and PEG BR647-NP (BR647-NPs), especially PEG BR647-NP, targeted the tumor. Then, PEG BR647-NP was internalized by the antigen-presenting cells (APCs, mainly TADCs), where the cargo TAA and siRNA were released into the cytoplasm of the TADCs. The released OVA was presented by the major histocompatibility complex (MHC) class I to activate T cells. The released *STAT3* siRNA acted to relieve TADC dysfunction, promote TADC maturation, improve antigen-presenting ability, and enhance anticancer T cell immunity. The PEG BR647-NP reduced the proportion of myeloid-derived suppressor cells (MDSCs) and regulatory T cells (Tregs) in tumors and abrogate immunosuppression. Meanwhile, PEG BR647-NP killed the tumor cells by the pro-apoptotic effect of *STAT3* siRNA. The integration of relieved



**Scheme 1** (A) Design and synthesis of BR647; the formulated PEG BR647-NP encapsulated with *STAT3* siRNA and model tumor-associated antigen OVA. (B) Schematic illustration of robust tumor immunotherapy in PEG BR647-NP, including promoted TADC maturation, enhanced antigen cross-presentation, abrogated immunosuppression and improved pro-apoptotic effect.

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

TADC dysfunction, promoted TADC maturation, enhanced antigen cross-presentation, abrogated immunosuppression and improved pro-apoptotic effect boosted the vaccination for tumor immunotherapy (Scheme 1B). PEG BR647-NP efficiently delivered the vaccine and *STAT3* siRNA to the tumor and modulated immunosuppressive TME, which provided better antitumor effects.

## 2. Materials and methods

### 2.1 Materials

Bis(2-hydroxyethyl) disulfide, 4-amino-1-butanol, acryloyl chloride, 1-(3-aminopropyl)-4-methylpiperazine and ovalbumin peptide 257–264 (OVA) were purchased from Aladdin (Shanghai, China). DMG-PEG$_{2000}$, DSPC and cholesterol were obtained from Advanced Vehicle Technology Co., Ltd (Shanghai, China). Genepharma provided the *STAT3* siRNA and FAM/CY5-*STAT3* siRNA. CY3/7-OVA were from Xian ruixi Biological Technology Co., Ltd. PE-OVA257–264 (SIINFEKL) peptide bound to H-2Kb monoclonal antibody and all ELISA kits were purchased from ThermoFisher Scientific. Recombinant murine interleukin 4 (IL-4) was obtained from Beyotime (Shanghai, China). DAPI, LysoTracker Red DND-99, Cell Counting Kit-8 (CCK-8), and recombinant murine granulocyte-macrophage colony-stimulating factor (GM-CSF) were obtained from Dalian Meilun Biotechnology Co., Ltd. Fluorochrome-labeled anti-mouse monoclonal antibodies were from Elabscience Biotechnology Co., Ltd (Wuhan, China). Anti-actin mouse mAb, anti-STAT3 rabbit pAb, anti-CD8 rabbit mAb, anti-FOXP3 rabbit pAb, HPR/Cy3 conjugated goat anti-rabbit IgG, iF488-Tyramide and TUNELE assay kit were from Servicebio (Wuhan, China). DC$_{2.4}$ cells, B16F10 cells and RAW$_{264.7}$ cells were from Shenyang Pharmaceutical University. The OVA-transfected B16 melanoma cell line (B16-OVA) was purchased from Meisen CTCC (Zhejiang, China). C57BL/6 mice (4–6 weeks) were from Shenyang Pharmaceutical University Animal Center. All animal procedures were performed in accordance with the guidelines for care and use of laboratory animals of Shenyang Pharmaceutical University and approved by the Animal Ethics Committee of Shenyang Pharmaceutical University.

### 2.2 Preparation of PEG-lipid polyester nanoparticles

Poly(β-amino ester) (PBAE) BR647 was synthesized as previously described.[33] Bis(2-hydroxyethyl) disulfide and triethylamine (TEA) were dissolved in tetrahydrofuran (THF), then the reaction was rinsed with N$_2$. Acryloyl chloride was dissolved in THF and added dropwise to the flask with stirring. The reaction proceeded at room temperature for 24 h to obtain 2,20-disulfanediylbis(ethane-2,1-diyl) diacrylate BR6 monomer. The main-chain monomer BR6 and the side-chain monomer 4-amino-1-butanol (S4) (1.01 : 1, M) were dissolved in dimethyl sulfoxide (DMSO) and stirred at 90 °C for 24 h. Polymers were capped with 0.2 M 1-(3-aminopropyl)-4-methylpiperazine (E7) at room temperature with shaking for 1 h. The capped

polymer was precipitated twice with ether to remove unreacted monomers. The residual ether was removed by vacuum evaporation for 48 hours. Finally, polymer BR647 was dissolved in DMSO and stored at −20 °C with desiccant. The structures of BR6 and BR647 were characterized by ¹H-NMR, and the polymer molecular weight and polydispersity were characterized by gel permeation chromatography.

The weight ratio of BR647, *STAT3* siRNA and OVA was determined, and the ratio was 150 : 1 : 3 (N/P 195 : 1). For BR647-NP, BR647 polymer was dissolved in 20 mM sodium acetate buffer (pH 5.0); *STAT3* siRNA and OVA were dissolved in 20 mM sodium acetate buffer (pH 5.0). BR647 and siRNA/OVA solutions were mixed at the volume of 1 : 1, vortexed briefly, and nanoparticles were formed within 10 min. For PEG BR647-NP, BR647 polymer and 10 mol% PEG$_{2000}$-DMG were dissolved in anhydrous ethanol; *STAT3* siRNA and OVA were dissolved in 20 mM sodium acetate buffer (pH 5.0). PEG BR647 and siRNA/OVA solutions were mixed at the volume of 1 : 3, vortexed briefly, and nanoparticles were formed within 10 min. Nanoparticles were dialyzed with 1× PBS for 1 h at 4 °C.

### 2.3 Characterization of PEG-lipid polyester nanoparticles

BR647-NP and PEG BR647-NP (BR647-NPs) were diluted with PBS, and the particle size and ζ-potential were determined by ZetaSizer (Nano-ZS ZEN3700, Malvern, UK). Morphology was observed using a transmission electron microscope (TEM) and staining with phosphotungstic acid.[34] RiboGreen® RNA Quantitation Kit (ThermoFisher Scientific) was used to study the siRNA encapsulation efficiency, and the OVA encapsulation efficiency was studied using the Micro BCA protein assay kit (ThermoFisher Scientific), according to instructions. The release of siRNA was measured; BR647-NPs were prepared at higher concentrations and then diluted 10-fold in PBS (pH 7.4) or 5 mM glutathione (GSH) PBS (pH 5.0). The diluted BR647-NPs were incubated at 37 °C. At predetermined time points, the supernatant was removed by ultracentrifugation, and the released siRNA was determined by agarose gel electrophoresis. Meanwhile, the amounts of siRNA and OVA released were measured by RiboGreen® RNA Quantitation Kit and Micro BCA protein assay kit. The transfection efficiency of BR647-NPs on B16F10 cells and DC2.4 cells was determined using FAM-labeled siRNA. After transfection with BR647-NPs and free FAM-*STAT3* siRNA (50 nM) for 16 h, the fluorescence intensity of FAM was measured using a flow cytometer (BD FACSAria™ III) or microplate reader (LabServ®, Thermo Fisher Scientific).

### 2.4 Cytotoxicity, cellular uptake and endo/lysosomal escape assay

The cytotoxicity effects of BR647-NPs towards B16F10 cells, B16-OVA cells, DC$_{2.4}$ cells and RAW$_{264.7}$ cells were determined using CCK-8 method.[35] DC$_{2.4}$ cells were incubated with the free FAM-siRNA/CY3-OVA solution or BR647-NPs@FAM-siRNA/CY3-OVA (50 nM FAM-*STAT3* siRNA, 2 μg mL⁻¹ CY3-OVA) for 2 h and 4 h, then the DC$_{2.4}$ cells were centrifuged and collected. The fluorescence intensity of FAM and CY3 were

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

Paper

Biomaterials Science

measured using a flow cytometer (BD FACSAria™ III). Cellular uptake was also observed using a laser scanning confocal microscope (LSCM, LSM-710 NLO, Zeiss). As for the lysosomal escape experiment, $DC_{2.4}$ cells were incubated with the free FAM-siRNA/OVA solution or BR647-NPs@FAM-siRNA/OVA for 4 h, then replaced with new medium and added LysoTracker Red DND-99 (75 nM) to label the lysosomes for 1 h. After the cells were washed with PBS, 4% paraformaldehyde was added to fix them for 10 min, and then DAPI solution was added to stain them for 15 min. The images were also observed using an LSCM. Meanwhile, B16F10 cells were incubated with the free FAM-siRNA/CY3-OVA solution or BR647-NPs@FAM-siRNA/CY3-OVA for 4 h, then the fluorescence intensity was also measured.

## 2.5   DC maturation assay

Bone-marrow-derived DCs (BMDCs) were acquired as previously described.[36] $DC_{2.4}$ cells and BMDC ($3 \times 10^5$ cells per well) were incubated with PBS, STAT3 siRNA/OVA, and BR647-NPs (50 nM STAT3 siRNA, 2 $\mu$g mL$^{-1}$ OVA) for 24 h. $DC_{2.4}$ cells and BMDCs were collected and washed with cell staining buffer, then incubated with FITC-CD11c, APC-CD86, PE-CD40 at 4 °C for 1 h. The percentage of CD86$^+$ in CD11c$^+$ cells for $DC_{2.4}$ cells; and the percentage of CD40$^+$ CD11c$^+$ and CD86$^+$ CD11c$^+$ in BMDCs, were measured using a flow cytometer. Furthermore, the supernatant of BMDCs was collected, and the interferon $\gamma$ (IFN-$\gamma$), interleukin 1 beta (IL-1$\beta$), interleukin 6 (IL-6), tumor necrosis factor-$\alpha$ (TNF-$\alpha$) and interleukin 12 (IL-12) contents were determined by ELISA kits, according to the instructions.

## 2.6   Antigen presentation assay

The splenocytes of C57BL/6 mice were acquired as previously described.[37] Splenocytes were incubated with PBS, STAT3 siRNA, and BR647-NPs (2 $\mu$g mL$^{-1}$ OVA, 50 nM STAT3 siRNA) for 24 h. Splenocytes were collected and washed with cell-staining buffer, then incubated with PE anti-mouse H-2Kb bound to SIINFEKL antibody at 4 °C for 2 h. The fluorescence intensity of PE was measured using a flow cytometer.

## 2.7   The expression of STAT3 in vitro

B16F10 and DC2.4 cells were incubated with PBS, STAT3 siRNA/OVA, and BR647-NPs (50 nM STAT3 siRNA, 2 $\mu$g mL$^{-1}$ OVA) for 24 h. Total RNA was extracted from the cells, then cDNA was generated using Servicebio®RT First Strand cDNA Synthesis Kit. STAT3 (mouse, NM_010510.1) primers were used for PT-PCR. The RT-PCR was carried out using 2×SYBR Green qPCR Master Mix (None ROX) and detected using a Bio-Rad CFX RT-PCR detection system. Furthermore, B16F10 cells were incubated with PBS, STAT3 siRNA/OVA, and BR647-NPs (50 nM STAT3 siRNA, 2 $\mu$g mL$^{-1}$ OVA) for 72 h; the total protein in B16F10 was extracted, and samples were separated using SDS-PAGE.[37] Anti-STAT3 antibody was used, and anti-actin was used as the loading control.

## 2.8   In vitro apoptosis assay

B16F10 cells were treated with PBS, STAT3 siRNA/OVA, BR647-NP and PEG BR647-NP (50 nM STAT3 siRNA, 2 $\mu$g mL$^{-1}$ OVA) for 48 h. Then the cells were stained with 5 $\mu$L Annexin V-FITC and 5 $\mu$L propidium iodide (Dalian Meilun Biotechnology Co., Ltd) for 15 min. Subsequently, the cells were resuspended with 300 $\mu$L binding buffer. Finally, the apoptosis rate was analyzed using a flow cytometer within 1 h.

## 2.9   Biodistribution of BR647-NPs

To evaluate the biodistribution of siRNA and OVA, cy5-STAT3 siRNA and cy7-OVA were used. B16-OVA cells ($10^6$ cells per mouse) were subcutaneously injected into 4–6-week-old C57BL/6J mice. Mice were injected subcutaneously (s.c.) with free cy5-STAT3 siRNA/cy7-OVA, BR647-NP@cy5-STAT3 siRNA/cy7-OVA, or PEG BR647-NP@cy5-STAT3 siRNA/cy7-OVA (cy5-STAT3 siRNA 1 nmol per mouse, cy7-OVA 40 $\mu$g per mouse) when the tumor volume was approximately 100 mm$^3$. After 12 and 24 h, the distribution of cy5-STAT3 siRNA and cy7-OVA in the isolated tumors were imaged using an in vivo imaging system (IVIS Lumina III, PerkinElmer, USA).

## 2.10   Immunization and tumor therapy experiments

B16-OVA cells ($10^6$ cells per mouse) were subcutaneously injected into 4–6-week-old C57BL/6J mice. On day 6, tumor volume was approximately 50 mm$^3$, and mice were injected s.c. with PBS, STAT3 siRNA/OVA, BR647-NP and PEG BR647-NP every 5 days for a total of 3 immunizations (1 nmol per mouse siRNA and 40 $\mu$g per mouse OVA). Tumor size and body weight were measured every 2–3 days, and tumor volume was calculated. Four days after the last administration, serum was collected from the orbital venous plexus of mice, and levels of OVA-specific immunoglobulin G (sIgG) and IFN-$\gamma$ were measured by ELISA kits. After sacrifice of mice, tumors were collected and weighed. The tumors were also subjected to RT-qPCR assay to determine the mRNA expression of STAT3. Moreover, apoptosis in tumors was evaluated by TUNEL staining, and apoptotic cells in tumor tissues were calculated by Image-Pro software. Before sacrificing the mice, plasma was collected to conduct the biochemical analysis. The mice were euthanized to harvest the tumors and major organs for hematoxylin and eosin (H&E) staining.[38]

## 2.11   Population of immune cells in vivo

Four days after the last immunization, tumors and spleens were removed, and cell suspensions were collected and washed with cell-staining buffer, then incubated with PE-CD3, FITC-CD4, and APC-CD8a at 4 °C for 1 h to identify CD4$^+$ T cells and CD8$^+$ T cells. The percentage of CD4$^+$CD3$^+$cells and the percentage of CD8$^+$CD3$^+$cells were measured using a flow cytometer. To identify mature DCs, cell suspensions were labeled with FITC-CD11c and APC-CD86, and the percentage of CD86$^+$CD11c$^+$cells and percentage of CD86$^+$ in CD11c$^+$cells were measured. To identify MDSCs, tumor cell suspensions were labeled with APC-CD11b and PE-Gr-1, and the percentage

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

of Gr-1$^+$CD11b$^+$cells was measured. Furthermore, the tumors were subjected to immunofluorescent staining with CD8 and FOXP3, and the images were recorded using confocal microscopy. The spleens were fixed in 4% paraformaldehyde for CD8 immunohistochemical analysis.[37]

### 2.12   Statistical analysis

All data are presented with the mean value ± SD. Student's $t$ test and one-way analysis of variance (ANOVA) were used to evaluate the data. A statistically significant difference was considered when $P < 0.05$.

## 3.   Results and discussion

### 3.1   Preparation and characterization of PEG-lipid polyester nanoparticles

Our goal was to create pH and reduction dual-responsive nanoparticles that are not released in the extracellular environment but can efficiently release siRNA and antigen in the tumor microenvironment. Firstly, the biodegradable pH and reduction dual-responsive PBAE BR647 was synthesized (Fig. 1). A strong reducing environment exists in tumors, and bio-reduction of polymers by GSH can trigger cytoplasmic

siRNA release.[39] Disulfide bonds are commonly used as reduction-sensitive chemical bonds. Monomer B6 containing disulfide bonds was synthesized by acrylic acid reaction. The two-step polymer synthesis was carried out to synthesize BR647. The polymeric end group E7 contains tertiary amines that may enhance intracellular delivery of siRNA by buffering nuclear endosomes and increasing endosomal escape.[40] The structure of BR6 and BR647 were characterized via [1]H-NMR (Fig. S1A, and B†), as well as the polymer molecular weight and polydispersity (PDI) via gel permeation chromatography: $M_n$ of 3983 kDa, $M_w$ of 6649 kDa, and a PDI of 1.67 (Fig. S1C†).

The weight ratio of the polymer to siRNA to OVA affects the particle size, encapsulation efficiency, morphology, and transfection efficiency of BR647-NPs. According to our previous study, the weight ratio of *STAT3* siRNA and OVA was 1:3; based on this, the weight of BR647 was researched. Based on particle size, ζ-potential, encapsulation efficiency, and transfection efficiency in B16F10 cells and DC$_{2.4}$ cells, the weight ratio of BR647 to siRNA to OVA was 150:1:3 (Table S1†). PEG-lipids were added to the BR647 NP formulation to enhance the stability of nanoparticles, and previous studies have shown that adding PEG-lipids to PBAE NPs improves mRNA expression *in vivo*.[31]

BR647-NP, with hydrodynamic size at 101.3 ± 9.48 nm and ζ-potential at 8.60 ± 1.31 mV, and PEG BR647-NP, with hydro-



**Fig. 1**   The synthesis of BR647 and schematic of PEG BR647-NP.

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

Paper

*View Article Online*

Biomaterials Science

**Table 1** Physical properties of BR647-NPs

|  | BR647-NP | PEG BR647-NP |
|---|---|---|
| $Z$-Average (nm) | $101.3 \pm 9.48$ | $80.17 \pm 6.03$ |
| PDI | $0.225 \pm 0.008$ | $0.154 \pm 0.017$ |
| Zeta potential (mV) | $8.60 \pm 1.31$ | $3.83 \pm 1.06$ |
| Encapsulation efficiency of siRNA | 98.83% | 95.40% |
| Encapsulation efficiency of OVA | 95.24% | 96.29% |
| Transfection in B16F10[a] | 24.3 | 30.2 |
| Transfection in DC2.4[a] | 21.7 | 27.5 |

[a] Compared to free FAM-*STAT3* siRNA solution.

dynamic size at $80.17 \pm 6.03$ nm and $\zeta$-potential at $3.83 \pm 1.06$ mV, were prepared (Table 1, Fig. 2A and B). The particle size of BR647-NPs was around 100 nm, and the potential was less than 20 mV, with weak surface charge.[41] The addition of DMG-PEG$_{2000}$ to PBAE reduces the particle size of the nanoparticles and neutralizes the surface charge. Under the TEM (Fig. 2C and D), a roughly spherical morphology was observed. The encapsulation efficiencies for siRNA and OVA were above 95% (Table 1). The transfection efficiencies in DC2.4 cells and B16F10 cells using PEG BR647-NP were higher than for BR647-NP (Table 1). At pH 7.4, BR647-NPs hardly released siRNA and OVA, indicating that BR647-NPs have stable encapsulation ability, and under physiological conditions, the BR647 polymer was stable and avoided siRNA and OVA release. All nanoparticles were rapidly released at 5 mM GSH PBS (pH 5.0), demonstrating that BR647-NPs are pH and reduction dual-responsive nanoparticles (Fig. 2E, and Fig. S2†). In the acidic and reductive tumor microenvironment, the BR647

polymer was degraded and released siRNA and OVA. Under physiological conditions, the BR647 polymer remained neutral and maintained integrity, improving stability and reducing systemic toxicity.

### 3.2  Cytoplasmic delivery of siRNA and antigen by PEG BR647-NP

The cytotoxicity of blank BR647-NPs and BR647-NPs was evaluated. The cell viability of DC$_{2.4}$ cells and RAW$_{264.7}$ cells was above 80% for both blank BR647-NPs and BR647-NPs, indicating the safety of BR647 (Fig. 3A and B). For B16F10 and B16-OVA cells, the cell viability of siRNA/OVA and blank BR647-NPs was above 80%, but the cell viability of BR647-NPs was lower than 80% and decreased with increasing incubation time, showing BR647-NPs had a slight cytotoxic effect on tumor cells and inhibited proliferation (Fig. 3C and D). Thus, BR647-NPs had excellent biocompatibility with immune cells and cytotoxic effect on tumor cells.

Cytoplasmic delivery of siRNA and vaccine is necessary for optimal gene knockdown and antigen presentation, because the cytoplasm is the site of RNA-induced mRNA degradation and cross-presentation of antigen.[42] The cellular uptake and endo/lysosomal escape of siRNA and OVA were evaluated in DC$_{2.4}$ cells. The fluorescent intensity of CY3 and FAM in BR647-NPs was significantly higher than that in free solution, and the fluorescent intensity of PEG BR647-NP was higher than that of BR647-NP (Fig. 3F). LSCM was also used to observe the cellular uptake, and the results showed that FAM-*STAT3* siRNA and CY3-OVA of the free solution group hardly entered the cells, and the uptake of FAM-*STAT3* siRNA and



**Fig. 2** Particle size and zeta potential of (A) BR647–NP and (B) PEG BR647–NP. TEM images of (C) BR647–NP and (D) PEG BR647–NP (scale bar: 100 nm). (E) The siRNA and OVA release of BR647–NPs in PBS (pH 7.4) and 5 mM GSH PBS (pH 5.0) was evaluated (*n* = 3). BR647–NP (1) and PEG BR647–NP (2) at PBS (pH 7.4); BR647–NP (3) and PEG BR647–NP (4) at 5 mM GSH PBS (pH 5.0).

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

**Biomaterials Science**

**Paper**



**Fig. 3** Cytotoxic effects of blank BR647-NPs and BR647-NPs on (A) DC$_{2.4}$ cells, (B) RAW$_{264.7}$ cells, (C) B16F10 cells and (D) B16-OVA cells ($n = 6$).(E) Fluorescence imaging of DC$_{2.4}$ cells after 4 h incubation with BR647-NPs@FAM-*STAT3* siRNA/CY3-OVA and FAM-*STAT3* siRNA/CY3-OVA solution (50 nM FAM-*STAT3* siRNA, 2 μg mL$^{-1}$ CY3-OVA) ($n = 3$) (×200, scale bar: 100 μm). Nuclei are stained with DAPI (blue); FAM-labeled *STAT3* siRNA is green; CY3-labeled OVA is red. (F) Fluorescence intensity of DC$_{2.4}$ cells after 2 and 4 h incubation. (G) Fluorescence intensity of B16F10 cells after 4 h incubation. *$P < 0.05$, **$P < 0.01$ and ***$P < 0.001$ *vs.* siRNA or OVA, #$P < 0.05$ and ##$P < 0.01$ *vs.* BR647-NP. (H) Cellular distribution of *STAT3* siRNA and lysosome in DC$_{2.4}$ cells after incubation of free FAM-STAT3 siRNA/OVA or BR647-NPs@FAM-*STAT3* siRNA/OVA for 4 h (×200, scale bar: 100 μm).

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

CY3-OVA increased with time in all BR647-NPs groups, which was much higher than that in the free solution group. Furthermore, PEG BR647-NP had a better uptake compared with the BR647-NP group, indicating a better uptake ability (Fig. 3E and Fig. S3†). These suggested that PEG BR647-NP can better deliver siRNA and antigen into DCs. Meanwhile, the cellular uptake of siRNA and OVA in B16F10 cells was also evaluated. PEG BR647-NP had a better uptake, indicating PEG BR647-NP can better deliver siRNA and antigen into tumor cells (Fig. 3G). BR647-NPs were taken up by the cells and entered the endosome, where the low pH environment of the endosome tended to inactivate the RNA by destroying it. LysoTracker Red DND-99 was used to visualize the endo/lysosome, and the results demonstrated that it was difficult for free FAM-*STAT3* siRNA solution to enter the cell, and the green signal of all BR647-NP groups (FAM-*STAT3* siRNA) was not confined to the red-labeled endosomes/lysosomes and distributed throughout the cytoplasm, with the strongest endo/lysosomal escape for PEG BR647-NPs (Fig. 3H).

The mechanism of endosomal escape in BR647-NPs is explained mainly by the proton sponge hypothesis. Cationic polymers are protonated within the lysosome, and protons are continuously pumped into the endosome/lysosome. To maintain electrolyte homeostasis, chloride ions are also heavily pumped into the endosome/lysosome. This leads to a high osmotic pressure in the endosome/lysosome, which eventually leads to the rupture of the endosome/lysosome and the release of the polymer carrier.[43] Thus, BR647-NPs not only enter the cells but also escape from the endosomes into the cytosol. The steric shielding due to PEGylation not only reduces undesired interactions but also suppresses the electrostatic interactions required for cellular uptake,[44] leading to the inability of siRNA and antigen to escape from endosomes. However, it has also been shown that when formulated with low amounts (7 mol%, almost 10 mol%) of PEG-lipids, the formation of serum-stabilized nanoparticles of PBAE also facilitated the delivery of mRNA *in vitro* and *in vivo*.[45] We thought PEG BR647-NPs with 10 mol% PEG-lipid can fuse with the endosomal-lysosomal membranes, leading to endosomal-lysosomal membrane instability and allowing it to escape from the pores of endosomal-lysosomes, thereby improving siRNA and OVA delivery efficiency. PEG-DMG BR647-NPs achieve better endosomal escape through the proton sponge effect and membrane fusion. Therefore, BR647-NPs achieved better cytoplasmic delivery.

### 3.3   PEG BR647-NPs promote DC maturation and antigen presentation

Compared with the solution group, the expression of CD86 in DC$_{2.4}$ cells was significantly increased in all BR647-NPs groups, especially in the PEG BR647-NP groups (Fig. 4A–C). Compared with the solution group, the expression of CD86 and CD40 and the secretion of cytokines in BMDCs were significantly increased in all BR647-NPs groups, especially in the PEG BR647-NP groups, indicating that the BR647-NPs had better DC maturation, with PEG BR647-NPs having the best

DC maturation ability (Fig. 4D–G). *STAT3* siRNA could restore DC dysfunction and further promoted DC maturation.[20,22] The sustained activation of STAT3 activates the expression of vascular endothelial growth factor (VEGF) and IL-10, resulting in the proliferation of hematopoietic progenitor cells (HPCs). The cytokines produced by HPCs in turn activate STAT3 in immature myeloid cells (IMCs) and plasmacytoid dendritic cells (pDCs) in the immune system.[46] Sustained expression of IL-10 in IMCs blocked the maturation of DCs, while pDCs promoted the aggregation of Tregs in the tumor microenvironment, and STAT3 signaling in Treg cells enabled the transcriptional upregulation of *FOXP3*, further inhibiting DC maturation.[47,48] The combination of *STAT3* siRNA and OVA can effect stronger DC maturation.[22] PEG BR647-NP had stronger cellular uptake and endosomal escape than BR647-NP, delivering more siRNA and OVA into the cytoplasm to act and promote DC maturation.

Engulfed exogenous antigens somehow escape the late/lysoendosome (phagosome) and enter cytoplasm for ubiquitinproteasome degradation. The resultant antigenic peptides are then transported to the ER lumen by a transporter associated with antigen processing (TAP), where they are further processed and assembled with MHC I molecules to form the CD8$^+$ T cell-activating p-MHC I.[49,50] To assess antigen presentation ability, antibodies (H-2Kb bound to SIINFEKL) were used that specifically bind only to MHC-I presenting OVA fragments. SIINFEKL-bound MHC I expression increased in all BR647-NPs groups compared with the solution group, with a higher expression in the PEG BR647-NP groups, indicating PEG BR647 facilitated robust antigen presentation (Fig. 4H). These may be due to PEG BR647 resulting in stronger cellular uptake and endosomal escape than BR647, thus delivering more antigen into the cytoplasm of APCs.

### 3.4   *STAT3* gene-silencing efficacy and apoptosis from PEG BR647-NPs

RT-qPCR was used to evaluate the gene-silencing effect in DC2.4 cells and B16F10 cells. Compared with the solution group, the expression of *STAT3* mRNA was significantly lower in all BR647-NPs groups (Fig. 5A and B). In B16F10 cells, *STAT3* mRNA expression and STAT3 in the PEG BR647-NP group were significantly lower than those in the BR647-NPs group, in which the PEG BR647-NP group was 0.49 times and 0.59 times lower than that of the BR647-NP group (Fig. 5C, D and Fig. S4†). These indicated that PEG BR647-NPs could better silence the *STAT3* gene in tumor cells and DCs, mainly due to cytoplasmic delivery of the PEG BR647-NPs.

Overactivated *STAT3* can inhibit apoptosis through upregulation of anti-apoptosis-related proteins.[15] The apoptosis was determined using the Annexin V-FITC/PI Apoptosis Detection Kit. The apoptotic cell of the *STAT3* siRNA/OVA group was 10.68%, very low, indicating that *STAT3* siRNA rarely entered the cells to have a pro-apoptotic effect. Compared with *STAT3* siRNA/OVA solution, BR647-NP and PEG BR647-NP showed better pro-apoptotic effects, whereby the apoptotic cells were increased by 176.36% and 219.8%, respectively (Fig. 5E and F). PEG BR647-NPs showed the best pro-apoptotic effect, due to

View Article Online

**Biomaterials Science**

**Paper**

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.



**Fig. 4** (A) Gating strategy plots for CD11c⁺ cell populations in DC₂.₄ cells. (B) Representative flow cytometric histograms of the expression of APC-CD86. (C) Percentage of CD86⁺ in CD11c⁺ cells ($n = 3$). DC₂.₄ cells and BMDCs were treated with 50 nM *STAT3* siRNA and 2 µg mL⁻¹ OVA for 24 h ($n = 3$). Example (D) FITC-CD11c/PE-CD40 (E) FITC-CD11c/APC-CD86 plots in BMDC. (F) Percentage of CD40⁺ CD11c⁺ cells and CD86⁺ CD11c⁺ cells ($n = 3$). (G) Secretion of IL-1β, IL-6, IL-12, TNF-α and IFN-γ in BMDC ($n = 3$). (H) Representative flow cytometric histograms of the expression of SIINFEKL-MHC I on splenocytes and the MFI of MHC I _SIINFEKL_ ($n = 3$). *$P < 0.05$, **$P < 0.01$ and ***$P < 0.001$ vs. *STAT3* siRNA/OVA, #$P < 0.05$ ##$P < 0.01$ and ###$P < 0.001$ vs. BR647-NP.

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.



**Fig. 5** Relative expressions of *STAT3* genes in (A) B16F10 cells and (B) DC2.4 cells. The cells were treated with 50 nM *STAT3* siRNA and 2 μg mL$^{-1}$ OVA for 24 h ($n = 3$). (C and D) Expression of STAT3 in B16F10 cells ($n = 3$). B16F10 cells were treated with 50 nM *STAT3* siRNA and 2 μg mL$^{-1}$ OVA for 72 h. The *STAT3*/ACTIN was quantitatively studied ($n = 3$). (E) Total counts of apoptotic cells after treatment with 50 nM *STAT3* siRNA and 2 μg mL$^{-1}$ OVA for 48 h ($n = 3$). (F) Example Annexin V-FITC/PI plots of cells cultured in drug-free medium or *STAT3* siRNA/OVA solution or BR647-NPs for 48 h. * *vs.* *STAT3* siRNA/OVA, # *vs.* BR647-NP.

much *STAT3* siRNA entering the tumor cells. *STAT3* acts as an oncogene and plays a critical role in regulating survival, apoptosis, invasion, cell proliferation, migration and angiogenesis.[51] Over-activated *STAT3* can drive uncontrolled cell proliferation and survival by generating and maintaining tumor stem cells (CSC) or upregulating anti-apoptosis-related proteins. *STAT3* silencing may suppress the proliferation and growth of tumor cells and induce their apoptosis by upregulating the expression of survivin, p53 and caspase-3.[52] PEG BR647-NPs showed the best gene-silencing efficacy and proapoptotic effect *in vitro*; we believe it also could have better effects *in vivo*.

### 3.5 PEG BR647-NPs promote tumor targeting

We studied the biodistribution of BR647-NPs@CY5-*STAT3* siRNA/CY7-OVA; the PEG BR647-NPs mainly delivered CY5-*STAT3* siRNA and CY7-OVA to the tumor (Fig. 6). At 24 h, the CY5-*STAT3* siRNA fluorescence intensity in the tumor of the PEG BR647-NP group was 66.45 times that of the free solution

group and 2.83 times that of the BR647-NP group; the CY7-OVA fluorescence intensity was 49.05 times that of the free solution group and 1.76 times that of the BR647-NP group. Stimulus-responsive intelligent drug carriers designed based on the tumor microenvironment can stably transport *in vivo* and respond to the stimulation of the tumor microenvironment. After reaching tumor tissues, intelligent drug carriers effectively control the transport site and release rate of loaded drugs, thus significantly increasing the drug concentration in tumor sites.[53] The common tumor microenvironment stimuli include pH, reducing substances, enzyme concentration, reactive oxygen species, *etc.* The microenvironment of tumor tissues differs from normal tissues. The pH in normal tissues is 7.4, while tumor tissues are weakly acidic, with pH around 6.8. The pH in lysosomes and endosomes inside tumor cells is between 4.5 and 6.3, showing relatively stronger acidity.[54] In normal tissues, the concentration of GSH in the intracellular environment is in the range of 2–10 mmol L$^{-1}$, and the concentration of GSH outside the cells is in the range of

View Article Online

Biomaterials Science

Paper

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.



**Fig. 6** Fluorescence images of tumors in C57BL/6 mice at (A) 12 h and (B) 24 h after s.c. administration of BR647-NPs@ CY5-*STAT3* siRNA/CY7-OVA (cy5-*STAT3* siRNA 1 nmol/mouse, cy7-OVA 40 μg per mouse). (C and D) Semiquantitative analysis of fluorescence intensity in tumors was assessed with Bruker MI SE software (*n* = 3).

2–10 μmol L$^{-1}$, while tumor cells contain higher concentrations of GSH, 4–7 times higher than inside normal cells.[55] In this study, we designed pH and reduction dual-responsive PBAE BR647; under the stimulation of the tumor microenvironment, the structure responds to effectively control the transport site and release rate of loaded *STAT3* siRNA and OVA, thus significantly improving the concentration of siRNA and OVA at the tumor site. Thus, the BR647-NPs targeted tumors. As is known, PEG-lipids could prolong body circulation;[34] thus, PEG BR647-NPs delivered a large amount of nanoparticles to tumors.

### 3.6 PEG BR647-NPs induce robust antitumor response

Compared to the *STAT3* siRNA/OVA group, the tumors in BR647-NP and PEG BR647-NP were significantly decreased, especially PEG BR647-NP. There was a significant difference between the BR647-NP and PEG BR647-NP (Fig. 7A, C and D). Remarkably, PEG BR647-NP elicited dramatic apoptosis in tumor tissues (Fig. 7H, I and Fig. S5†). PEG BR647-NP

increased the secretion of IFN-γ to induce the cytotoxic activity of cytotoxic T lymphocyte (Fig. 7F). The antibody response was also evaluated; BR647-NPs showed much stronger antibody response than OVA alone, and PEG BR647-NP showed the highest antibody response (Fig. 7F). The mRNA expression of *STAT3* in tumors was detected: PEG BR647-NPS reduced the *STAT3* mRNA expression, indicating PEG BR647-NPs could better silence the *STAT3* gene *in vivo* (Fig. 7E). There was no significant difference in the body weight change of all groups, indicating the safety of BR647-NPs (Fig. 7B). The mice treated with BR647-NPs showed extended survival rate; the median survival of the PEG BR647-NP group was 38 days and significantly higher than the BR647-NP group (35 days) (Fig. 7J). These data demonstrated that PEG BR647-NPs significantly augmented the antitumor efficacy. PEG BR647-NPs targeted the tumor, delivered much siRNA and OVA into the APCs, and promoted TADC maturation and antigen presentation, leading to robust antitumor response.

The individual populations of tumor/spleen-infiltrating CD8$^+$ and CD4$^+$ T cells were identified (Fig. 8A, B and 9A–C, F).

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.



**Fig. 7** (A) The tumor volume and (B) body weight change of different groups ($n = 5$). B16–OVA tumor-bearing C57BL/6 mice were s.c. injected every 5 days for a total of 3 immunizations (1 nmol per mouse *STAT3* siRNA and 40 μg per mouse OVA). (C) The tumor weight of different groups on day 20 ($n = 5$). (D) The tumor images in different groups on day 20 ($n = 5$). (E) Relative expressions of *STAT3* gene in tumors ($n = 3$). (F) The secretion of IFN-γ and OVA-sIgG in mice serum ($n = 3$). (G) The individual tumor volumes are shown. (H) Cell apoptosis in tumors was detected using TUNEL assay (×200, scale bar: 100 μm), and (I) the percentage of apoptotic cells was quantified ($n = 3$). (J) The survival rate of different groups ($n = 5$). * *vs.* *STAT3* siRNA/OVA, # *vs.* BR647-NP.

The tumor/spleen-infiltrating CD8[+] and CD4[+]T cells in the PEG BR647-NP group were significantly increased, and there was a significant difference between PEG BR647-NP and BR647-NP. The tumor-infiltrating CD8[+] T cells in the PEG BR647-NP group increased by 8.16-fold compared to the PBS group, 1.68-fold compared to the *STAT3* siRNA/OVA group and 1.19-fold compared to the BR647-NP group, showing PEG BR647-NP had better antitumor immune response (Fig. 8B). Meanwhile, immunostaining showed active CD8[+] T cell infiltration in the tumors and spleens treated with PEG BR647-NP,

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.



**Fig. 8** Flow cytometry analysis of (A) CD4$^+$ and (B) CD8$^+$ T cell infiltration in mice tumor with different formulations. Quantitative results of percent CD4$^+$CD3$^+$ and percent CD8$^+$CD3$^+$ are shown ($n = 3$). (C) TADC maturation induced by different treatments on mice, and quantitative results for the percent CD86$^+$CD11c$^+$ are shown ($n = 3$). (D) Flow cytometry analysis of MDSC infiltration in mice tumor with different formulations, and quantitative results of percent CD11b$^+$Gr-1$^+$ are shown ($n = 3$). (E) CD8 (red) and FOXP3 (green) immunofluorescent staining test results in tumors of different groups (×400, scale bar: 100 μm). * vs. *STAT3* siRNA/OVA, # vs. BR647-NP.

confirming that these PEG BR647-NPs can induce a strong adaptive immune response (Fig. 8E, Fig. S6, and 7†).

We also identified the TADCs and spleen-associated DCs. BR647-NPs increased the proportion of maturated TADCs; the CD86$^+$CD11c$^+$ cells in the PEG BR647-NP group increased by 3.32-fold compared to the PBS group, 1.61-fold that of the STAT3 siRNA/OVA group and 1.22-fold that of the BR647-NP group (Fig. 8C). These indicated that the BR647-NPs, especially PEG BR647-NPs, relieved TADC dysfunction and promoted TADC maturation. PEG BR647-NPs also increased the proportion of maturated DCs in the spleen (Fig. 9D, E and G).

Tregs and MDSCs play a key role in tumor immune escape and tumor progression; the proportion of MDSCs in tumors was identified. PEG BR647-NP reduced the proportion of MDSCs, and there was significant difference between PEG BR647-NP and BR647-NP (Fig. 8D). Meanwhile, immunostaining showed that FOXP3 in the tumors treated with PEG BR647-NP was very low, confirming that these PEG BR647-NPs can reduce immunosuppression in TME (Fig. 8E, and Fig. S6†). PEG BR647-NPs encapsulating TAA and *STAT3* siRNA were delivered to the tumor. PEG BR647-NPs were internalized by TADCs through enhanced endocytosis, where the cargos TAA and siRNA were

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.



**Fig. 9** Flow cytometry analysis of (A) CD4$^+$ and (B) CD8$^+$ T cell infiltration in mice spleen with different formulations. Quantitative results of (C) percent CD4$^+$CD3$^+$ and (F) percent CD8$^+$CD3$^+$ are shown (*n* = 3). (D and E) DC maturation in spleen induced by different treatments on mice. (G) Quantitative results for the percentage of CD86$^+$ in CD11c$^+$ are shown (*n* = 3). * *vs. STAT3* siRNA/OVA, $^{\#}$ *vs.* BR647–NP.

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

released into the cytoplasm *via* endo/lysosome escape effect. The released OVA was presented by the MHC class I to activate T cells; the released siRNA acted synergistically with OVA to relieve TADC dysfunction, promote TADC maturation, improve antigen-presenting ability, and enhance anticancer T cell immunity. PEG BR647-NPs were also internalized by Tregs and MDSCs; *STAT3* siRNA could knock down the expression of *STAT3* and abrogate immunosuppression. The integration of relieved TADC dysfunction, promoted TADC maturation, enhanced antigen cross-presentation, and abrogated immunosuppression can boost the vaccination for tumor immunotherapy. The biosafety was also assessed, and all of the indicators were within the normal range (Fig. S8A, and B†). The H&E staining images of all the organs showed no significant organ damage in all groups (Fig. S8C†). In brief, PEG BR647-NPs can be used for safe and efficacious anti-tumor immunity.

## 4.   Conclusion

In this study, dual-responsive PEG BR647-NPs were employed as a vaccine and *STAT3* siRNA carrier. OVA was cross-presented in TADCs to activate T cells; *STAT3* siRNA acted to relieve TADC dysfunction, promote TADC maturation, improve antigen-presenting ability, abrogate immunosuppression and enhance anticancer T cell immunity. Compared to BR647-NP, the PEG BR647-NP targeted the tumor and delivered much siRNA and OVA into the cytoplasm, relieved TADC dysfunction, promoted TADC maturation and antigen presentation, reduced immunosuppressive TME, and improved the pro-apoptotic effect of tumor cells, thus leading to boosted antitumor response. Thus, PEG BR647-NPs efficiently delivered the vaccine and *STAT3* siRNA to the tumor and modulated immunosuppression in TME, providing better antitumor effects.

## Conflicts of interest

There are no conflicts of interest to declare.

## Acknowledgements

This work was supported by the National Key R&D Program of China (No. 2020YFE0201700), Liaoning Livelihood Science and Technology Plan Joint Project (No. 2021JH2/10300130).

## References

1  K. M. Hargadon, C. E. Johnson and C. J. Williams, *Int. Immunopharmacol.*, 2018, **62**, 29–39.
2  L. Miao, Y. Zhang and L. Huang, *Mol. Cancer*, 2021, **20**, 41.
3  S. Ruan, Y. Huang, M. He and H. Gao, *Adv. Sci.*, 2022, **9**, 2200027.
4  E. Grimmett, B. Al-Share, M. B. Alkassab, R. W. Zhou, A. Desai, M. M. A. Rahim and I. Woldie, *Discover Oncol.*, 2022, **13**, 31.
5  L. Qin, J. Cao, K. Shao, F. Tong, Z. Yang, T. Lei, Y. Wang, C. Hu, C. S. Umeshappa, H. Gao and N. A. Peppas, *Sci. Adv.*, 2000, **6**, eabb3116.
6  F. Aranda, E. Vacchelli, A. Eggermont, J. Galon, C. Sautès-Fridman, E. Tartour, L. Zitvogel, G. Kroemer and L. Galluzzi, *OncoImmunology*, 2013, **2**, e26621.
7  G. V. Shurin, Y. Ma and M. R. Shurin, *Cancer Microenviron.*, 2013, **6**, 159–167.
8  Y. Xu, J. Xiong, X. Sun and H. Gao, *Acta Pharm. Sin. B*, 2022, **12**, 4327–4347.
9  W. Yu, R. Lin, X. He, X. Yang, H. Zhang, C. Hu, R. Liu, Y. Huang, Y. Qin and H. Gao, *Acta Pharm. Sin. B*, 2021, **11**, 2924–2936.
10  J. Dong, X. D. Cheng, W. D. Zhang and J. J. Qin, *J. Med. Chem.*, 2021, **64**, 8884–8915.
11  L. Lin, A. Liu, Z. Peng, H. Lin, P. Li, C. Li and J. Lin, *Cancer Res.*, 2011, **71**, 7226–7237.
12  Y. Guo, F. Xu, T. Lu, Z. Duan and Z. Zhang, *Cancer Treat. Rev.*, 2012, **38**, 904–910.
13  M. Santoni, F. Massari, M. Del Re, C. Ciccarese, F. Piva, G. Principato, R. Montironi, D. Santini, R. Danesi, G. Tortora and S. Cascinu, *Expert Opin. Invest. Drugs*, 2015, **24**, 809–824.
14  V. Calò, M. Migliavacca, V. Bazan, M. Macaluso, M. Buscemi, N. Gebbia and A. Russo, *J. Cell. Physiol.*, 2003, **197**, 157–168.
15  S. Rahaman, P. Harbor, O. Chernova, G. Barnett, M. Vogelbaum and S. Haque, *Oncogene*, 2002, **21**, 8404–8413.
16  G. Verdeil, T. Lawrence, A. M. Schmitt-Verhulst and N. Auphan-Anezin, *Cancers*, 2019, **11**, 1832.
17  N. Nefedova, M. Huang, S. Kusmartsev, R. Bhattacharya, P. Cheng, R. Salup, R. Jove and D. Gabrilovich, *J. Immunol.*, 2004, **172**, 464–474.
18  D. Shi, J. Yang, Q. Wang, D. Li, H. Zheng, H. Mei and W. Liu, *Life Sci.*, 2019, **222**, 183–194.
19  J. Wang, J. Wang, W. Hong, L. Zhang, L. Song, Q. Shi, Y. Shao, G. Hao, C. Fang, Y. Qiu, L. Yang, Z. Yang, J. Wang, J. Cao, B. Yang, Q. He and Q. Weng, *Nat. Commun.*, 2021, **12**, 6198.
20  K. Lee, T. S. Kim, Y. Seo, S. Y. Kim and H. Lee, *J. Controlled Release*, 2020, **327**, 225–234.
21  A. Alshamsan, S. Hamdy, A. Haddadi, J. Samuel, A. O. El-Kadi, H. Uludag and A. Lavasanifar, *Transl. Oncol.*, 2011, **4**, 178–188.
22  Z. Luo, C. Wang, H. Yi, P. Li, H. Pan, L. Liu, L. Cai and Y. Ma, *Biomaterials*, 2015, **38**, 50–60.
23  C. Kumar, S. Kohli, P. P. Bapsy, A. K. Vaid, M. Jain, V. S. Attili and B. Sharan, *J. Biosci.*, 2017, **42**, 161–173.
24  C. Webb, S. Ip, N. V. Bathula, P. Popova, S. K. V. Soriano, H. H. Ly, B. Eryilmaz, V. A. Nguyen Huu, R. Broadhead, M. Rabel, I. Villamagna, S. Abraham, V. Raeesi, A. Thomas, S. Clarke, E. C. Ramsay, Y. Perrie and A. K. Blakney, *Mol. Pharm.*, 2022, **19**, 1047–1058.

Case 1:22-cv-00336-CFC   Document 184-5   Filed 03/06/24   Page 157 of 157 PageID #: 14918

Published on 04 August 2023. Downloaded by The Rockefeller University Library on 2/7/2024 5:08:48 PM.

25 O. Boussif, F. Lezoualch, M. Zanta, M. Mergny, D. Scherman, B. Demeneix and J. Behr, *Proc. Natl. Acad. Sci. U. S. A.*, 1995, **92**, 7297–7301.

26 D. M. Lynn and R. Langer, *J. Am. Chem. Soc.*, 2000, **122**, 10761–10768.

27 S. Dilliard, Q. Cheng and D. Siegwart, *Proc. Natl. Acad. Sci. U. S. A.*, 2021, **118**, e2109256118.

28 M. Qiu, Y. Tang, J. Chen, R. Muriph, Z. Ye, C. Huang, J. Evans, E. Henske and Q. Xu, *Proc. Natl. Acad. Sci. U. S. A.*, 2022, **119**, e2116271119.

29 Y. Zhou, X. Chen, J. Cao and H. Gao, *J. Mater. Chem. B*, 2020, **8**, 6765–6781.

30 A. A. Eltoukhy, D. Chen, C. A. Alabi, R. Langer and D. G. Anderson, *Adv. Mater.*, 2013, **25**, 1487–1493.

31 J. C. Kaczmarek, K. J. Kauffman, O. S. Fenton, K. Sadtler, A. K. Patel, M. W. Heartlein, F. DeRosa and D. G. Anderson, *Nano Lett.*, 2018, **18**, 6449–6454.

32 B. L. Mui, Y. K. Tam, M. Jayaraman, S. M. Ansell, X. Du, Y. Y. Tam, P. J. Lin, S. Chen, J. K. Narayanannair, K. G. Rajeev, M. Manoharan, A. Akinc, M. A. Maier, P. Cullis, T. D. Madden and M. J. Hope, *Mol. Ther.–Nucleic Acids*, 2013, **2**, e139.

33 K. Kozielski, S. Tzeng and J. Green, *Chem. Commun.*, 2013, **49**, 5319–5321.

34 Z. Liu, W. Chu, Q. Sun, L. Zhao, X. Tan, Y. Zhang, T. Yin, H. He, J. Gou and X. Tang, *Int. J. Pharm.*, 2021, **602**, 120619.

35 Z. Liu, L. Zhao, X. Tan, Z. Wu, N. Zhou, N. Dong, Y. Zhang, T. Yin, H. He, J. Gou, X. Tang and S. Gao, *Expert Opin. Drug Delivery*, 2022, **19**, 451–464.

36 M. Sauter, R. J. Sauter, H. Nording, M. Olbrich, F. Emschermann and H. F. Langer, *STAR Protoc.*, 2022, **3**, 101664.

37 Z. Liu, L. Zhao, H. Liu, N. Dong, N. Zhou, Y. Zhang, T. Yin, H. He, J. Gou, X. Tang, L. Yang and S. Gao, *Int. J. Pharm.*, 2022, **628**, 122361.

38 H. Liu, Y. Kong, X. Liang, Z. Liu, X. Guo, B. Yang, T. Yin, H. He, J. Gou, Y. Zhang and X. Tang, *Expert Opin. Drug Delivery*, 2023, **20**, 145–158.

39 O. Griffith, *Free Radical Biol. Med.*, 1999, **27**, 922–935.

40 J.-S. Lee, J. J. Green, K. T. Love, J. Sunshine, R. Langer and D. G. Anderson, *Nano Lett.*, 2009, **9**, 2402–2406.

41 Y. Eygeris, M. Gupta, J. Kim and G. Sahay, *Acc. Chem. Res.*, 2022, **55**, 2–12.

42 H. Kawasaki and K. Taira, *Nucleic Acids Res.*, 2003, **31**, 700–707.

43 M. Wojnilowicz, A. Glab, A. Bertucci, F. Caruso and F. Cavalieri, *ACS Nano*, 2019, **13**, 187–202.

44 C.-L. Chan, R. N. Majzoub, R. S. Shirazi, K. K. Ewert, Y.-J. Chen, K. S. Liang and C. R. Safinya, *Biomaterials*, 2012, **33**, 4928–4935.

45 J. C. Kaczmarek, A. K. Patel, K. J. Kauffman, O. S. Fenton, M. J. Webber, M. W. Heartlein, F. DeRosa and D. G. Anderson, *Angew. Chem., Int. Ed.*, 2016, **55**, 13808–13812.

46 Y. Wang, Y. Shen, S. Wang, Q. Shen and X. Zhou, *Cancer Lett.*, 2018, **415**, 117–128.

47 H. Yu, D. Pardoll and R. Jove, *Nat. Rev. Cancer*, 2009, **9**, 798–809.

48 H. Yu, M. Kortylewski and D. Pardoll, *Nat. Rev. Immunol.*, 2007, **7**, 41–51.

49 L. Li, M. Batliwala and M. Bouvier, *J. Biol. Chem.*, 2019, **294**, 18534–18544.

50 Y. Shi, C. Zhu, Y. Liu, Y. Lu, X. Li, B. Qin, Z. Luo, L. Luo, M. Jiang, J. Zhang, G. Guan, C. Zheng and J. You, *Adv. Healthcare Mater.*, 2021, **10**, 2001934.

51 L. Pan, X. Chen, S. Fu, W. Yu, C. Li, T. Wang, H.-W. Lo and J. Lin, *Breast Cancer Res. Treat.*, 2020, **181**, 31–41.

52 J. Li, Y. Y. Liu, X. F. Yang, D. F. Shen, H. Z. Sun, K. Q. Huang and H. C. Zheng, *Oncol. Lett.*, 2018, **16**, 5575–5582.

53 A. Zhang, K. Jung, A. Li, J. Liu and C. Boyer, *Prog. Polym. Sci.*, 2019, **99**, 101164.

54 T. Wang, D. Wang, J. Liu, B. Feng, F. Zhou, H. Zhang, L. Zhou, Q. Yin, Z. Zhang, Z. Cao, H. Yu and Y. Li, *Nano Lett.*, 2017, **17**, 5429–5436.

55 N. Song, W. Liu, Q. Tu, R. Liu, Y. Zhang and J. Wang, *Colloids Surf., B*, 2011, **87**, 454–463.

This journal is © The Royal Society of Chemistry 2023