Joint Claim Construction Brief

# EXHIBIT 53

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-336-CFC (CONSOLIDATED) |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## REPLY DECLARATION OF ALEXANDER KROS, PHD

_____
Alexander Kros, PhD

2024-2-14
_____
Date

## **Table of Contents**

I.    Qualifications.................................................................................2

II.   Legal Standard ............................................................................4

III.  A POSA Would Understand Defendants' Proposed Construction to Be at Physiological pH...........................................................................5

IV.   The Prior Art Supports Alnylam's Proposed Construction...........................6

    A.   The General Knowledge of Lipid Chemistry Supports Alnylam's Construction .........................................................7

    B.   The Prior Art Contained Many Examples of a Nitrogen Central Moiety......................................................................9

        1.   Srilakshmi (2002)..................................................10

        2.   Martin (2005) ......................................................12

        3.   Anderson References ..............................................15

    C.   The Art Defendants Rely on Does Not Support their Narrow Construction .....................................................26

V.    Intrinsic Evidence .......................................................................30

VI.   Materials Reviewed .....................................................................34

VII.  Conclusion ................................................................................34

I, Alexander Kros, declare as follows:

1.    Except where stated otherwise, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct.  If called as a witness, I could and would competently testify to these statements.

2.    This declaration is submitted in support of Plaintiff Alnylam Pharmaceuticals, Inc.'s ("Alnylam") claim construction position.

3.    I have been retained by Alnylam in the above-captioned matter, and have been asked to offer my opinions as to the understanding of a person of ordinary skill in the art ("POSA") as to the meaning of certain claim terms in U.S. Patent No. 11,590,229 (the "'229 Patent"), U.S. Patent No. 11,612,657 (the "'657 Patent"), U.S. Patent No. 11,633,479 (the "'479 Patent"), and U.S. Patent No. 11,633,480 (the "'480 Patent"), collectively, the "Patents-at-Issue."

4.    I am being compensated for my time at a rate of $750 per hour. My opinions stated herein in no way depend on my compensation.

5.    I am the same Alexander Kros who submitted a declaration on October 6, 2023, in this matter, regarding the term "head group" in two other patents in the same family.  D.I. 124-1.  I incorporate my opinions set forth there by reference here.[1]

---

[1] During the January 4, 2024 hearing, I realized there was an error in footnote 20 of my original declaration.  It should read: "As a POSA, I believe the inclusion of

I.      **Qualifications**

6.      I am a Professor of Supramolecular Chemistry at the Leiden Institute of Chemistry in Leiden University in the Netherlands. I am a group leader of the Supramolecular and Biomaterials Chemistry Department supervising three Associate Professors and more than 25 PhD-students and three postdoctoral researchers. I have promoted more than 60 PhD students (past and in progress) and 6 postdoctoral fellows since 2010.

7.      My research group aims to obtain molecular-level insight into transport phenomena in a range of topics, including targeted membrane fusion in an *in-vitro/in-vivo* environment, and the delivery of drugs using liposomes and lipid nanoparticles (LNPs). In recent years I pioneered the use of zebrafish as an *in-vivo* prescreening tool for LNP and liposomal targeted drug delivery. I use zebrafish to study receptor-nanoparticle interactions and the influence of the protein corona on the *in-vivo* fate of liposomes and LNPs. I study how LNP design can aid the therapeutic efficacy of mRNA-therapeutics.

8.      My work includes research into delivery with LNPs using zebrafish and mouse models. I have also evaluated clinically-approved ionizable cationic lipids for lipid nanoparticle-mediated mRNA delivery and T-cell-inducing vaccine

---

guanidium here is correct. Guanidium (i.e. protonated guanidine) is less basic than tertiary amines.".

efficacy.  My group has also studied how selected lipid nanoparticle-based mRNA candidates can elicit potent T cell immune responses as a function of LNP composition.

9.      My work has been supported through prestigious grants, including an ERC Synergy grant (2023) to develop novel therapies to treat glioblastoma using lipid nanoparticles, NWO-Groot investment grant (2020) for Liquid-Phase Electron Microscopy, NWO-XL (2022) on attacking glioblastoma heterogeneity using macrophage metabolic rewiring and targeted therapy.  NWO-VICI Grant (2015) on fusogenic liposomes for *in-vivo* targeting of tumors, two ERC PoC Grants (2014 and 2012), and an ERC StG Grant (2009) on liposomal membrane fusion.

10.     I have been working as a full professor of Supramolecular and Biomaterials Chemistry at Leiden University since 2016. Before then, I worked as an Associate Professor of Soft Matter Chemistry at Leiden University from 2009 to 2016. From 2002 to 2009 I was an Assistant Professor in Biomimetic Materials Chemistry at the Department of Soft Matter Chemistry of Leiden University. From 2000 to 2001, I was a research fellow at the California Institute of Technology, in Pasadena, California.

11.     I earned my PhD in Natural Sciences from the University of Nijmegen, under R.J.M Nolte in 2000. I earned my Master's Degree in Chemistry from the

University of Nijmegen in 1995. I am listed as an inventor on four patent applications and am an author in over 200 publications, with over 9,200 citations.

12.    My current CV (Ex. 62) outlines my current and past experiences and roles and includes further details about my education and professional career. It further lists my publications, grants, and awards.

## II.    Legal Standard

13.    I am not an expert in patent law; however, I have been informed that the words of a claim are "'generally given their ordinary and customary meaning.'" *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (Fed. Cir. 2005) (*quoting Vitronics, Inc., v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996) "[T]the ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, *i.e.*, as of the effective filing date of the patent application." *Id.* at 1313.  I understand "the context in which a term is used in the asserted claim can be highly instructive." *Id.* "The person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification." *Id.*  Further, "'i[t] is the person of ordinary skill in the field of the invention through whose eyes the claims are construed.  Such person is deemed to read the words used in the patent documents with an understanding of their meaning in the field, and to have knowledge of any

special meaning and usage in the field.'"  *Id.* (quoting *Multiform Desiccants, Inc. v. Medzam, Ltd.*, 133 F.3d 1473, 1477 (Fed.Cir.1998)).  A person of skill in the art (a POSA) is a person who is presumed to have had the capability of understanding the scientific principles applicable to the pertinent art of the claimed invention and to have known all relevant art at the time of the invention.  In this case the pertinent field of art is the field of drug delivery, with a focus on drug delivery of nucleic acids using lipid nanoparticles.

14.    I also understand that patent claims must be understood as a POSA would have understood them unless the patent, or the patent prosecution history, provides a different explicit definition.  I have accordingly applied what I understand the ordinary and customary meaning of various claim limitations to be in my review of the Patents-at-Issue and the patent prosecution histories of these patents.

## III.    A POSA Would Understand Defendants' Proposed Construction to Be at Physiological pH

15.    I understand Defendants' original proposed construction for "head group" required that it be protonatable at physiological pH, but that Defendants later dropped that language.  Protonatability will always be a function of pH, as the more acidic a solution is, the more groups become protonatable.  To a POSA, protonatability is therefore assessed at a pH relevant to the particular system in question.  As shown both by the Court's construction of cationic lipid and references

5

in the written description of the Patents-at-Issue, the only reasonable understanding of Defendants' current construction would be "at physiological pH."

16.     To the extent that Defendants' construction does mean at any pH, no matter how acidic, their construction effectively means the same thing as the construction proposed by Alnylam.  All of the head groups referenced in the Patents-at-Issue are either permanently positively charged or protonatable at some pH.  This is because these head groups all contain oxygen or nitrogen atoms.  These atoms are all capable of accepting a proton at some pH, although for some it is at a very acidic pH that is much lower than physiological pH.  A head group with an atom that could only be protonated at very acidic conditions, for example, at or below pH 1, could not function as the cationic portion of a cationic lipid – it would need a central moiety that may be protonated at physiological pH to both meet the Court's claim construction and to work in a lipid particle for the delivery of a nucleic acid.

## IV.     The Prior Art Supports Alnylam's Proposed Construction

17.     As I explained in my first declaration, as of the priority date of the Patents-at-Issue, a POSA would have understood the two main properties of a cationic lipid.  Kros 1st Decl. at ¶¶35-47.  First, the cationic lipid needed to be amphiphilic – i.e., it needed to have a portion of the molecule that was hydrophobic (the tails) and a portion of the molecule that was less hydrophobic/more hydrophilic (the head group).  Second, the cationic lipid needs either permanent positive charge

or an atom that is protonatable at physiological pH.  Regarding the second point, the state of the art at the time of the invention provided examples of cationic lipids where protonation occurred in the head group and cationic lipids where protonation occurred in the central moiety.  As such, a POSA would have known that either location could be used, which shows Defendants' proposed construction is too narrow.

A.   The General Knowledge of Lipid Chemistry Supports Alnylam's Construction

18.   Defendants criticize my reliance on a general knowledge encyclopedia regarding lipid structures.  *See* Defts. Answering, 24-25.  The reason I cited an encyclopedia was because the concept of amphiphilicity is so core to the understanding of lipid chemistry that it can be found in such an encyclopedia.  Additionally, Defendants also appear to ignore that I also relied on a standard textbook, which would be used in a college-level course, which shows the universality of the lipid depictions.  Kros 1st Decl. at ¶¶37-42, Ex. 8 (Encyclopaedia Britannica).  The information presented in both these references is effectively the same and is consistent with Alnylam's proposed construction.  Further, I relied on teachings about non-cationic lipids because the concept of what a head group is applies equally to both naturally occurring lipids, like phospholipids, and synthetic lipids, like cationic lipids.

19.     Further, Defendants' argument that the chemical structure of the phospholipid in Encyclopaedia Britannica somehow supports their proposed construction is wrong as a matter of science.  Defendants state "Plaintiff's figure illustrates how even naturally occurring lipids have charged head groups, consistent with Defendants' construction" in reference to this annotated figure:



Defts. Answering, 24-25.  This is incorrect.  A POSA would know that the head group depicted in the figure above has no net charge, i.e., that it is neither negatively nor positively charged.  It is charge neutral, which is also referred to in science (and in the patent[2]) as "zwitterionic."  Ex. 63 (Dictionary of Science).  Thus, contrary to

---

[2] '229 Patent, 33:4.

Defendants' suggestion, this figure in no way supports Defendants' proposed construction that head group must be positively charged or protonatable at physiological pH.

20.    Defendants also state in their brief that "[i]t is also undisputed that 'zwitterionic' head groups, by definition, have at least one protonatable group." Defts. Answering, 37.  Defendants are mischaracterizing the functionality of this lipid – there are no groups that are protonatable at any biologically relevant pH, and certainly not at physiological pH.[3]  A zwitterionic group is neutral.  It must have an equal number of positive and negative charges.  That is fundamentally different than a "protonatable group." A zwitterionic head group is incapable of interacting with a negatively charged nucleic acid because it is neutral.  It therefore cannot serve as the protonatable portion of a cationic lipid.  To be clear, a lipid molecule that contained a zwitterionic head group and a carbon central moiety would not be a cationic lipid at physiological pH.  The fact that the specification allows for cationic lipids with zwitterionic head groups teaches a POSA that the protonatable group must be located in another portion of the molecule (i.e., the central moiety).

B.    The Prior Art Contained Many Examples of a Nitrogen Central Moiety

---

[3] Defendants' brief cites to my courtroom testimony at page 126, lines 10-21, suggesting that I agree with this quoted statement.  As the transcript makes clear, I did not agree with counsel's statement.

21.    It was well known in the art at the time of the invention that the protonatable group in a cationic lipid could be in either the head group or the central moiety.  Below I have provided a summary of some of the papers and other prior art that disclosed the use of nitrogen central moieties as the protonatable group in cationic lipids.

1.    Srilakshmi (2002)

22.    In 2002, Srilakshmi published "Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups" in *Biochimica et Biophysica Acta*.  Ex. 54 (Srilakshmi).  Generally, this paper is about cationic lipids for use with plasmid DNA (a type of nucleic acid).   Ex. 54 (Srilakshmi).   Srilakshmi states that "[m]olecular architectures of cationic transfection lipids are, in general, composed of three segments namely, a hydrophobic anchor, a linker, and a head group." Ex. 54 (Srilakshmi) at 88.  The paper also describes these lipids as "cationic amphiphiles," i.e., a molecule that is both cationic and amphiphilic, which is consistent with Alnylam's proposed construction.  Ex. 54 (Srilakshmi) at 90.  Specifically, the paper provides the following structures:



Ex. 54 (Srilakshmi) at 89.  I have annotated these figures to show where the head

group, central moiety, and hydrophobic tails are:



Ex. 54 (Srilakshmi) at 89 (annotated).  Like many early cationic lipids, these are

permantly positively charged.  The positively charged nitrogen is in the central

11

moiety position, and the head group consists of a short alkyl chain and a hydroxyl group, which is less hydrophobic than the hydrophobic tails.  The paper concludes that "the anchor-dependence investigations delineated in this study convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in non-viral gene therapy."  Ex. 54 (Srilakshmi) at 94.

23.    Srilakshmi (2002) taught a POSA that cationic lipids could have a permanent positive charge in the central moiety position that interacts with nucleic acids and a head group that is not protonatable at physiological pH.  This shows that Defendants' proposed construction is too narrow.

2.    Martin (2005)

24.    In 2005, Martin published "The Design of Cationic Lipids for Gene Delivery," in *Current Pharmaceutical Design*.  Ex. 55.  I understand that Defendants have relied on this reference as part of their Invalidity Contentions in this matter.  Martin described a "cationic lipid as a positively charged amphiphile," which is in line with Alnylam's proposed construction and my above explanation of what the two key properties of a cationic lipid are (i.e., positively charged and amphiphilic).  Ex. 55 (Martin) at 378.  While Martin did teach that generally cationic lipids had positively charged head groups, Martin does not teach that it must be the site of

protonation.  Indeed, Martin includes examples of lipids with head groups that are not protonatable at physiological pH, combined with nitrogen central moieties that are protonatable or permanently positively charged, including:



Ex. 55 (Martin), 380.  I have annotated this figure to show the head group (in purple), the central moiety (in black), and the hydrophobic tails (in teal):

13



Ex. 55 (Martin), 380 (annotated).  This figure with these structures is entitled

"[i]ncorporation of hydroxyethyl groups into the cationic headgroup."  *Id.*  These

lipids are cationic, either because they are permanently positively charged at the

central moiety position (like the top two structures) or because they are protonatable

at physiological pH at the central moiety position (like the bottom two structures).

The hydroxyl groups in the head group are not protonatable at physiological pH.[4]

---

[4] DDAB does not contain a hydroxyl group in the head group; however, because the tails are composed of only carbons and hydrogens, the head group is still less hydrophobic than the tails because it contains significantly fewer carbons.

This teaches a POSA that cationic lipids can have the site of protonation in the central moiety, which shows that Defendants' proposed construction is too narrow.

       3.    Anderson References

       a.    Anderson (2006) – WO 2006/138380

25.    Defendants attempt to discount the work of Anderson and Langer by suggesting that they are extraordinary artisans.  A POSA would disagree with that point.  All those of skill in the art pay particular attention to the work of research groups that are known to be leaders in a particular field (e.g. via keynote lectures by Anderson at (inter)national conferences this knowledge becomes available for the research field, often before publication).  Their work becomes part of the knowledge of the state of the art as it is published.  POSAs build on the successes of such groups, in part because of the respect that POSAs have for leaders.  A POSA at the time of invention would have been well aware of the work (including both patent applications and papers) of the Anderson/Langer group.  There was nothing about the chemistry being done by Anderson and Langer that was so cutting-edge that a POSA could not easily understand it and learn from it.

26.    Defendants also overstate their position by suggesting that Anderson is not instructive because it does not use the term "head group" or "cationic lipid."  D.I. 172, 5.  A POSA would not need a reference to use the exact terms "head group" and "cationic lipid" to understand that Anderson discloses cationic lipids with

15

hydrophobic tails and less hydrophobic head groups.  A POSA would understand that Anderson's reference to "[t]hese lipids typically have a hydrophobic half and a hydrophilic half," and that "[t]he amine may be protonated or alkylated thereby forming a positively charged amine" means that the reference disclosed "cationic lipids" with "head groups."  Anderson, [0005].  To a POSA, this unequivocally teaches a cationic lipid with a head group that is less hydrophobic than the hydrophobic tails, which is entirely consistent with the Court's construction of "cationic lipid" and Alnylam's proposed construction of "head group."

27.    Further, Anderson depicts several cationic lipids, including LD31, LF31, LF93, LF94, LG93, ND28, which have head groups that are not protonatable at physiological pH and protonatable nitrogen central moieties.

LD31

LF31

LF93

LF94

LG93

ND28

17

Anderson, p. 37-38.

28.     These lipids were not just hypothetical structures – they were actually synthesized and tested for in vitro activity.  Anderson, [00268]-Table 2 (providing data for LD31, LF31, and ND28); [00269]-Table 3 (providing data for LD31, LF31, LF93, LF94, and LG93); [00271] (providing data for ND28).  The submitted claims of the Anderson application likewise set forth examples of structures with protonatable central moieties.  *See, e.g.*, Claim 83 (claiming lipids with nitrogen central moieties where some head groups are non-protonatable at physiological pH); Claim 119 (claiming different head groups attached to nitrogen central moieties, where some of the head groups have only aliphatic chains and hydroxyl or methoxy groups, which are non-protonatable at physiological pH).  Anderson specifically describes lipids with groups "available for protonation thus forming a positive charge" (*i.e.*, cationic lipids) that "may be used to deliver DNA, [ ]RNA, or other polynucleotides to a subject or to a cell."  Anderson, [0005].  To a POSA, this would be a very meaningful teaching about the use of protonatable central nitrogens in cationic lipids for the delivery of nucleic acids.  This shows that Defendants' proposed construction is too narrow.

b.     Anderson (2008) – Nature Biotechnology

29.     Anderson went on to publish additional information in the peer-

reviewed high-impact journal *Nature Biotechnology* about the same lipids claimed in Anderson.   Ex. 58 (Anderson (2008)).   Of note, this work was done in collaboration with Alnylam, and the first author of the paper, Akin Akinc, is a named inventor on the Patents-at-Issue.   Several of the other named inventors are also authors on this paper, including K. Narayanannair Jayaprakash, Muthusamy Jayaraman, Muthiah Manoharan, and Kallanthottathil G. Rajeev.

30.    Anderson (2008) discussed the preparation of a lipid library.  This is an approach in drug development that involves making a large number of similar molecules.  In this case, the library consisted of a number of different primary groups and a number of different tails, which were combined with each other to form a series of cationic lipids.  This figure provides the tails (in red) and primary groups (head group + central moiety) (in blue):



Ex. 58 (Anderson (2008)) at 562. All of the lipids in this library contained nitrogen central moieties, as well as a mixture of head groups, some of which are protonatable at physiological pH and some of which are not protonatable at physiological pH. Examples of molecules that will produce cationic lipids with primary groups with non-protonatable head groups are circled in green in this annotated image I prepared:

20



Ex. 58 (Anderson (2008)) at 562 (annotated)

31.    Anderson (2008) also provided in vitro screening data for this library, where the cationic lipids were incorporated into lipid particles with the function to deliver siRNA into cells.  The lighter squares show lower levels of activity, and the darker squares show a higher level of activity.



Ex. 58 (Anderson (2008)) at 563.  This figure shows the in vitro testing of the above lipids with each row having the results for a different primary group, with each column representing a different tail.  I have provided an annotated table showing the primary groups with head groups that are not protonated at physiological pH bracketed in green.



Ex. 58 (Anderson (2008)) at 563 (annotated).   For example, $11N_{14}$ and $26O_{14}$, both of which have nitrogen central moieties and head groups that are not protonatable at physiological pH showed efficacy in in vitro testing, as noted by the darker orange color indicating 60% to 80% silencing, as shown in this annotated image:



Ex. 58 (Anderson (2008)) at 563 (annotated).  A higher percentage of silencing means that the siRNA is delivered more effectively into cells using the lipid nanoparticles.  As a POSA, that means those lipid nanoparticles are working well.

32.    To a POSA, this shows that lipids with nitrogen central moieties and head groups that are not protonatable at physiological pH could be used for the delivery of nucleic acids.  Indeed, by this time (2008) that was well known.

c.    Whitehead (2011)

24

33.    In 2011, Dr. Whitehead, along with both Anderson, Langer, and several

scientists from Alnylam published a paper entitled "Synergistic Silencing:

Combinations of Lipid-like Materials for Efficacious siRNA Delivery" in *Molecular*

*Therapy*.  This paper involved another library of lipids to screen for use with RNA.

The library was prepared from the following starting materials, which were

combined to produce cationic lipids with nitrogen central moieties:



Ex. 59 (Whitehead (2011)) at 1689.  The red box includes the molecules that will

become the primary group (i.e., the head group plus central moiety).  All of these

structures produced lipids with nitrogen central moieties, and the structure depicted

as 26 would also have a non-protonatable head group.  Of note, this is a relatively

small library, and yet Dr. Whitehead chose to use only nitrogen central moieties, one

of which had a non-protonatable head group. To a POSA, this is another example that shows scientists could use a nitrogen central moiety and a non-protonatable head group.

C. The Art Defendants Rely on Does Not Support their Narrow Construction

34. Defendants rely on a handful of prior art references. None of the art referenced would have been understood by a POSA to narrow the definition of "head group" in a cationic lipid to require that the head group be permanently positively charged or protonatable at physiological pH.

35. Defendants rely on Ramirez-Gordillo, an article from *In Vitro Cellular & Developmental Biology – Animal*, to support their construction of "head group." As an initial matter, this journal is not one that is focused on drug delivery, nor is it a high impact, multidisciplinary science publication like *Science* or *Nature* journals. Instead, its publisher describes it as a journal that focuses "on in vitro biology in animals." *See* Ex. 61 (*In Vitro Cellular* – homepage). A POSA focused on cationic lipid design would not consider this journal to be a definitive reference on the definition of "head group" or "cationic lipid."

36. Additionally, the discussion of cationic lipids in Ramirez-Gordillo begins with a reference to specific, then commercially available, cationic lipids, which Defendants leave out of their quotation. The full quote is "Cationic lipids *(such as Lipofectamine™ 2000 and Metafectene® Pro)* all share three structural

26

features: a positively charged head group, a hydrophobic anchor, and a linker between these." Ex. 21 at 2 (emphasis showing words omitted from Defendants' quotation).  Both of these exemplary products are blends of lipids that contain a neutral lipid and a polycationic lipid (i.e., a lipid that has multiple, permanent positive charges).  This reference does not teach a POSA that one could not have the protonatable group in the central moiety.

37.     Defendants also cite to a portion of the Jayaraman paper as support for Defendants' argument that "[t]he teachings in these peer-reviewed publications, which reflect the POSA's knowledge, could not be more clear—all cationic lipids have positively charged head groups."  *See* Defts. Answer, 24, citing Ex. 23 (Jayaraman) at ALNY-00954963.  Defendants highlighted for the Court the sentence from Jayaraman they relied upon.  But the highlighted sentence merely says that "[i]n a recently published analysis of the structure--activity relationship of cationic lipid molecules *we noted that permanently charged quaternary amine moieties in the hydrophilic head group region were consistently less effective* in RNAi-mediated gene knockdown in vivo *as compared to ionizable lipids*."  Ex. 23 (Jayaraman) at 8529.  This sentence merely confirms that the head group of a cationic lipid may be positively charged or ionizable (protonatable) – a point I do not dispute.  A POSA would not read this sentence to suggest that for all cationic lipids the positive charge needs to be in the head group.  Moreover, the Jayaraman paper describes a specific

27

research project in which the scientists were interested in the properties of a specific category of head groups – amine head groups.  Amine head groups may be protonatable at physiological pH.  Again, I do not dispute that.  But a POSA would not understand this study, which was focused on a particular category of head groups, to suggest that "all cationic lipids have positively charged head groups."

38.    Defendants also attempt to use the Chesnoy[5] reference to refute my testimony that it does not matter to the nucleic acid whether the positive charge is in the head group or the central moiety.  Defts. Answering, 28-29.  Defendants appear to misunderstand my testimony and the teachings of Chesnoy.  The nucleic acid, which is negatively charged, will interact with the positive charge in the cationic lipid.  If that positive charge is in the head group, as the example in Chesnoy provides, then the nucleic acid will interact with the head group.  I do not dispute that point.  However, Chesnoy does not teach that a nucleic acid could not interact with a positively charged central moiety, which appears to be the conclusion Defendants would like the Court to reach.  Simply put, if the positive charge is in the head group, the nucleic acid will interact with the head group, and if the positive charge is in the central moiety, the nucleic acid will interact with the central moiety.

---

[5] As I discussed in my original declaration, both Chesnoy (published in 2000) and Tang (1999) are older papers that did not reflect the state of the art as of the priority date.  Kros 1st Decl. at ¶81.

39.     At the January 4, 2024 hearing, Defendants' expert went so far as to say that a POSA at the time of the invention would not have understood that the protonatable group could be in the central moiety position and suggested that a POSA at the time would believe that a cationic lipid has to have a "permanent positive charge all the way at the end of the head group."  Tr., 166:11-13.[6]  As discussed in §IV(B), the prior art contained examples of lipids where the only positive charge was in the central moiety position, from as early as 2002.  As more work was done with cationic lipids, there was a shift from permanently positively charged lipids to protonatable lipids, as well as a shift in position of the positive charge.  This evolution can be seen through the above cited papers, beginning with Chesnoy in 2000 that depicts permanently positively charged head groups, to Srilakshmi in 2002 that has nitrogen central moieties that are permanently positively charged, to Martin in 2005 with both permanently positively charged and protonatable nitrogen central moieties.  By the time of Anderson in 2006, the art embraced all of these possibilities, which was years before the priority date.

40.     In all of these references, the nucleic acid will interact with the positive charge, whether it is in the head group or the central moiety.  Where the central moiety is the only protonatable group in the molecule, the nucleic acid would interact with the positive charge in the central moiety because there would not be one in the

---

[6] D.I. 163

29

head group.   Similarly, while some literature references discussed that smaller headgroups might work better because of their ability to form lipid particles of desirable shapes, there certainly was not a consensus on that point.   Indeed, Jayaraman included a study of different head groups and found that in lipids of "similar structure, in vivo hepatic gene silencing is driven by pKa rather than specific head group structure or linker length (the distance between the ester and the amine)." Ex. 23 (Jayaraman) at 8532.  This taught a POSA that the position of the positive charge was not crucial to the functionality of a cationic lipid.  Therefore, I did not use hindsight to reach my conclusion.

## V.   Intrinsic Evidence

41.   As an initial matter, I disagree with Defendants' contention that "every single cationic lipid head group embodiment in the written description is protonatable" to the extent that they also contend that "Defendants' construction simply clarifies that 'head group' must have a positive charge as required by 'cationic lipid.'"  Defts Answering, 36, 31.  If Defendants' use of protonatable in their proposed construction of head group is nothing more than to indicate the position of the protonatable group in the cationic lipid, then Defendants' proposed construction must mean that the head group is protonatable at physiological pH.  As I discussed in my declaration and testified to in Court, there are multiple examples of head groups that are not protonatable at physiological pH, including pyridines,

hydroxyl groups, and methoxy groups.   Tr. 71:24-74:23; Kros 1st Decl., ¶¶66, 68-70; '229 Patent at 32:57-33:5, 64:1-33.

42.     Further, Defendants' analysis of the intrinsic evidence does not make sense to a POSA.  Specifically, Defendants appear to suggest that a POSA would not understand that a nitrogen central moiety[7] could be protonatable because the Patents-at-Issue do not specifically teach that it could be protonatable.  A POSA at the time of the invention would understand how different functional groups interact with the world around them.  This is a core concept in organic chemistry and is the basis of entry level organic chemistry.  If the written description teaches the central moiety can be a nitrogen, a POSA with a full understanding of the art, understands, for example, if the central moiety nitrogen is a tertiary amine, it will be protonatable at physiological pH.   The POSA knows that it is protonatable (without being specifically told so in the patent) because a POSA knows both the pKa value for that functional group and the properties of other cationic lipids with nitrogen central moieties, as discussed above in Section III.  No atom or group of atoms in a molecule can function just as "a physical linker" as Defendants argue the described nitrogen

---

[7] I note that all of the asserted claims in the Patents-at-Issue require that the central moiety be a nitrogen atom.  See Claims 27 and 28 of the '229 Patent, claims 4-6, 15-19, 22, 23, 26, 28, and 29 of the '657 Patent, claims 10-12 of the '479 Patent, and claims 1-4, 11-15, and 17-19 of the '480 Patent.   Additionally, the written description includes central nitrogens as one of the options for the central moiety. *See* '229 Patent at 33:6-7.

central moiety does, because it inherently has properties, like protonatability, that a POSA would understand without being told.

43.     Defendants argue that I failed to distinguish between the head group and the primary group and that therefore Alnylam's proposed construction of "head group" is somehow over broad.  Defts. Answering, 42.  I disagree.  The primary group is composed of two parts – the head group and central moiety.  If the head group is less hydrophobic than the tails, that property would carry over to the primary group as well, particularly, where, as here, all of the asserted claims also require that the central moiety be a nitrogen atom.  Nitrogen atoms are less hydrophobic than the hydrophobic tails.  Ex. 60 (Ege), at 88-92, 602-03.  Therefore, the combination of the head group (which is less hydrophobic than the hydrophobic tails) and the nitrogen central moiety (which is also less hydrophobic than the hydrophobic tails) will yield a primary group that is less hydrophobic than the hydrophobic tails.  That is entirely consistent with the teachings of the Patents-at-Issue and the knowledge of one of skill in the art.

44.     Defendants also take a number of statements I made during the January 4, 2024, hearing out of context.  First, Defendants state that I agreed with their position that "[f]or example, it is undisputed that the "less strongly basic" functional groups—i.e., pyridine, imidazole, and guanidinium—which Plaintiff relies on, are all protonatable." Defts. Answering, at 37, n.21 (citing my testimony at 124:10-25).

My testimony is clear – these groups are protonatable at some pH, but not a physiological pH when incorporated into a lipid particle, which is how a POSA would understand the question and Defendants' proposed construction.

45.     Defendants also state that I agree that "[i]t is also undisputed that 'zwitterionic' head groups, by definition, have at least one protonatable group." Defts. Answering, 37, n.22 (citing my testimony at 126:10-21).   That is not an accurate representation of my testimony.  I testified that a zwitterionic group must have an equal number of positive and negative charges, which balance out to a net zero charge.  Further, I testified in the portion of the transcript that Defendants referenced that this is the reason that a zwitterionic lipid, like a phospholipid you find in nature (e.g. phosphatidylcholine, see cartoon in figure on page 8), is unable to condense RNA to form lipid nanoparticles.

46.     Finally, Defendants state that I conceded that the written description "'doesn't say the protonatable group can be in the central moiety instead of in the head group.'"  Defts. Answering, 40 (quoting Tr. at 104:23-105:6).  This also takes my testimony out of context.  While I agreed, and do still agree, that the specification does not explicitly use the words "the protonatable group can be in the central moiety instead of in the head group," it was my testimony that it did not need to explicitly use those words because a POSA would know that a nitrogen central moiety is "a

tertiary amine, and then you know that it's protonatable at physiological pH." Tr. at 104:23-105:6; *see also* supra ¶42.

## VI.  Materials Reviewed

47.     In preparing this declaration, in addition to the documents cited herein, I have reviewed the Joint Claim Construction Briefs for the '933 and '979 Patents, from both this action and the action against Moderna, as well as the supplemental briefing to date.  D.I. 86.  I also reviewed the briefing related to the Patents-at-Issue.

## VII.  Conclusion

48.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

34

Joint Claim Construction Brief

# EXHIBIT 54



Biochimica et Biophysica Acta 1559 (2002) 87–95



www.bba-direct.com

# Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups[1]

Gollapudi Venkata Srilakshmi [a], Joyeeta Sen [a], Arabinda Chaudhuri [a,*],
Yerramsetti Ramadas [b], Nalam Madhusudhana Rao [b,2]

[a] *Division of Lipid Science and Technology, Indian Institute of Chemical Technology, Hyderabad 500 007, India*
[b] *Centre for Cellular and Molecular Biology, Hyderabad 500 007, India*

Received 20 August 2001; received in revised form 6 November 2001; accepted 8 November 2001

## Abstract

Detailed structure–activity investigations aimed at probing the anchor chain length dependency for glycerol-based lipofectins have been reported previously. Herein, we report on the first detailed investigation on the anchor-dependent transfection biology of non-glycerol based simple monocationic cytofectins containing single 2-hydroxyethyl head group functionality using 11 new structural analogs of our previously published first generation of non-glycerol based transfection lipids (lipids **1–11**). The C-14 and C-16 analogs of DOMHAC (lipids **4** and **5**, respectively) were found to be remarkably efficient in transfecting COS-1 cells. In addition, the present anchor-dependency investigation also revealed that the C-14 analog of DOHEMAB (lipid **10**) is significantly efficient in transfecting both COS-1 and NIH3T3 cells. Our results also indicate that too strong lipid–DNA interactions might result in weaker transfection for non-glycerol based cationic lipids. In summary, the anchor-dependence investigations presented here convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in liposomal gene delivery.   © 2002 Published by Elsevier Science B.V.

*Keywords:* Cytofectin; Cationic lipid; Lipofection; Lipid–DNA interaction; Transfection

Abbreviations: DOTMA, 1,2-dioleyl-3-*N*,*N*,*N*-trimethylaminopropane chloride; DMDHP, (±)-*N*,*N*-[bis(2-hydroxyethyl)]-*N*-[2,3-bis-(tetradecanoyloxy)propyl]ammonium chloride; DMRIE, 1,2-dimyristyloxypropyl-3-dimethyl-hydroethyl ammonium bromide; DOTAP, 1,2-dioleoyloxy-3-(trimethylamino)propane; DOPE, 1,2-dioleoyl-propyl-3-phosphatidylethanolamine; DOMHAC, *N*,*N*-di-n-octadecyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DCMHAC, *N*,*N*-di-n-capryl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DDMHAC, *N*,*N*-di-n-decyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DLMHAC, *N*,*N*-di-n-lauryl-*N*-methyl,*N*-(2-hydroxyethyl)-ammonium chloride; DMMHAC, *N*,*N*-di-n-myristyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DHMHAC, *N*,*N*-di-n-hexadecyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DOHEMAB, *N*,*N*-di[*O*-hexadecanoyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DCHEMAB, *N*,*N*-di[*O*-caproyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DDHEMAB, *N*,*N*-di[*O*-dec-anoyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DLHEMAB, *N*,*N*-di[*O*-lauroyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DMHEMAB, *N*,*N*-di[*O*-myristyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium chloride; MOOHAC, *N*-methyl-*N*-n-octadecyl-*N*-oleyl-*N*-hydroxyethylammonium chloride

* Corresponding author. Fax: +91-40-716-0757.
*E-mail addresses:* arabinda@iict.ap.nic.in (A. Chaudhuri), madhu@gene.eembindia.org (N. Madhusudhana Rao).
[1] IICT Communication No. 4813.
[2] Also corresponding author. Fax: +91-40-716-0591

## 1. Introduction

Synthetic DNA delivery agents are gaining increasing importance in gene therapy as an alternative to viral vectors [1]. Robust manufacture, simplicity of handling techniques, low immunogenic response, and ability to form stable injectable complexes even with large DNA associated with cationic lipid mediated gene delivery are increasingly making them the vectors of choice among the arsenal of non-viral transfection vectors currently in use [2–10], ([11] and references therein), [12–31]. The term 'cytofectins' specifies this class of positively charged lipid molecules that can facilitate the functional entry of polynucleotides, macromolecules, and small molecules into living cells. Molecular architectures of cationic transfection lipids are, in general, composed of three segments namely, a hydrophobic anchor, a linker, and a head group. The contribution of each of these segments on the overall transfection is inadequately understood. Based on several studies it is apparent that the physical properties of the lipid–DNA complex, viz. size, surface charge and accessibility of the DNA in a complex have strong bearing on the transfection efficiency. Mapping transfection efficiency onto various segments of the cationic lipids is a challenging exercise.

A plethora of newer and more efficient cationic transfection lipids have been reported following the pioneering development of the glycerol based cationic lipid DOTMA [1] by Felgner et al. in 1987. Interestingly, the glycerol linker between the cationic head groups and the hydrophobic tails were retained in the molecular design of many of these subsequently developed transfection lipids such as, DOTAP [31], DMDHP [18], DMRIE [8], etc. Recently, we reported four efficient non-glycerol based non-toxic monocationic transfection lipids namely, DHDEAB, MOOHAC, DOMHAC and DOHEMAB [13], in which aliphatic hydrocarbon tails containing 16 or more carbon atoms were covalently linked to the cationic head groups either directly or via an ester group linker. Out of these four non-glycerol based lipids DHDEAB, the most efficient one, contains two 2-hydroxyethyl and two n-dexadecyl aliphatic hydrocarbon tails directly attached to the quaternized nitrogen atom. The in vitro transfection efficiency of DHDEAB in COS-1 cells was found to be 2–3-fold

better than that of lipofectamine, one of the most extensively used commercially available transfection lipids. The remaining three transfection lipids of lesser transfection efficiency namely, MOOHAC, DOMHAC and DOHEMAB, contained only one 2-hydroxyethyl head group functionality covalently attached to the positively charged nitrogen atom.

Detailed structure–activity investigations aimed at probing the anchor chain length dependency for glycerol-based lipofectins have been reported [6–8,18]. Herein, we report on the first detailed investigation on the anchor-dependent transfection biology of non-glycerol based simple monocationic cytofectins containing single 2-hydroxyethyl head group functionality using six new DOMHAC (lipids **1**–**6**, Chart 1) and five new DOHEMAB (lipids **7**–**11**, Chart 1) structural analogs. As delineated below, the C-14 and C-16 analogs of DOMHAC (lipids **4** and **5**, respectively, Chart 1) were found to be remarkably efficient in transfecting COS-1 cells. In addition, the present anchor-dependency investigation also revealed that the C-14 analog of DOHEMAB (lipid **10**, Chart 1) is significantly efficient in transfecting COS-1 and NIH3T3 (a hard-to-transfect primary cell line) cells. Our results also indicate that too strong lipid–DNA interactions might result in weaker transfection for non-glycerol based cationic lipids. In summary, the anchor-dependence investigations delineated in this paper convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in non-viral gene therapy.

## 2. Materials and methods

### 2.1. Materials

pCMV.SPORT-β-gal, cell culture media and fetal calf serum were purchased from Gibco BRL, Rockville, MD, USA. NP-40, ethidium bromide, antibiotics, agarose, *o*-nitrophenyl-β-D-galactopyranoside were purchased from Sigma, St. Louis, MO, USA. DNA molecular mass markers were purchased from Bangalore Genei, Bangalore, India. Cholesterol was purchased from Avanti Polar, AL, USA. COS-1 cell

G. Venkata Srilakshmi et al. / Biochimica et Biophysica Acta 1559 (2002) 87–95

89

line (SV 40 transformed African green monkey kidney, #ATCC CRL 1650) was obtained from ATCC, MD, USA. Unless otherwise stated, all reagents were of analytical grade purchased from local commercial suppliers and were used without further purification. Column chromatography was performed with silica gel (Acme Synthetic Chemicals, India, finer than 200 and 60–120 mesh).

## 2.2. Syntheses

Lipids **1–5** were synthesized following our previously published protocol [13] for the synthesis of DOMHAC (lipid **6**, Chart 1).

$^1$H-NMR (200 MHz, CDCl$_3$) of lipids **1--5**:

**DCMHAC (1)** δ/ppm = 0.90 [t, 6H, C$\underline{H}_3$-(CH$_2$)$_5$-]; 1.20–1.40 [m, 20H, -(C$\underline{H}_2$)$_5$-]; 1.60–1.75 [br, 4H,



Chart 1. DOMHAC and DOHEMAB analogs used in the study.

CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-C$\underline{H}_2$-)$_2$]; 3.35 [s, 3H, C$\underline{H}_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$]; 3.40–3.58 [br, 2H, CH$_3$(HO-CH$_2$-CH$_2$)N$^+$(C$\underline{H}_2$-CH$_2$-)$_2$-]; 3.70–3.78 [br, 2H, CH$_3$ (HO-CH$_2$-C$\underline{H}_2$)$_2$N$^+$(CH$_2$-CH$_2$-)$_2$]; 4.07–4.13 [br, 2H, CH$_3$(HO-C$\underline{H}_2$-CH$_2$)-N$^+$(CH$_2$-CH$_2$-)$_2$].

**DDMHAC (2)** δ/ppm = 0.80–0.90 [t, 6H, C$\underline{H}_3$-(CH$_2$)$_7$-]; 1.15–1.45 [m, 28H, -(C$\underline{H}_2$)$_7$-]; 1.60–1.80 [br, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-C$\underline{H}_2$-)$_2$]; 3.35 [s, 3H, C$\underline{H}_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$]; 3.40–3.55 [br, 2H, CH$_3$(HO-CH$_2$-CH$_2$)N$^+$(C$\underline{H}_2$-CH$_2$-)$_2$-]; 3.65–3.78 [br, 2H, CH$_3$ (HO-CH$_2$-C$\underline{H}_2$)$_2$N$^+$(CH$_2$-CH$_2$-)$_2$]; 4.00–4.13 [br, 2H, CH$_3$(HO-C$\underline{H}_2$-CH$_2$)-N$^+$(CH$_2$-CH$_2$-)$_2$].

**DLMHAC (3)** δ/ppm = 0.81–0.97 [t, 6H, C$\underline{H}_3$-(CH$_2$)$_9$-]; 1.20–1.45 [m, 36H, -(C$\underline{H}_2$)$_9$-]; 1.60–1.80 [br, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-C$\underline{H}_2$-)$_2$]; 3.35 [s, 3H, C$\underline{H}_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$]; 3.41–3.58 [br, 2H, CH$_3$(HO-CH$_2$-CH$_2$)N$^+$(C$\underline{H}_2$-CH$_2$-)$_2$-]; 3.68–3.78 [br, 2H, CH$_3$ (HO-CH$_2$-C$\underline{H}_2$)$_2$N$^+$(CH$_2$-CH$_2$-)$_2$]; 4.05–4.17 [br, 2H, CH$_3$(HO-C$\underline{H}_2$-CH$_2$)N$^+$-(CH$_2$-CH$_2$-)$_2$].

**DMMHAC (4)** δ/ppm = 0.90 [t, 6H, C$\underline{H}_3$-(CH$_2$)$_{11}$-]; 1.20–1.45 [m, 44H, -(C$\underline{H}_2$)$_{11}$-]; 1.60–1.80 [br, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-C$\underline{H}_2$-)$_2$]; 3.35 [s, 3H, C$\underline{H}_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$]; 3.41–3.58 [br, 2H, CH$_3$(HO-CH$_2$-CH$_2$)N$^+$(C$\underline{H}_2$-CH$_2$-)$_2$-]; 3.70–3.80 [br, 2H, CH$_3$ (HO-CH$_2$-C$\underline{H}_2$)$_2$N$^+$(CH$_2$-CH$_2$-)$_2$]; 4.07–4.13 [br, 2H, CH$_3$(HO-C$\underline{H}_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$].

**DHMHAC (5)** δ/ppm = 0.90 [t, 6H, C$\underline{H}_3$-(CH$_2$)$_{13}$-]; 1.20–1.45 [m, 52H, -(C$\underline{H}_2$)$_{13}$-]; 1.60–1.80 [br, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-C$\underline{H}_2$-)$_2$]; 3.35 [s, 3H, C$\underline{H}_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$]; 3.41–3.58 [br, 2H, CH$_3$(HO-CH$_2$-CH$_2$)N$^+$(C$\underline{H}_2$-CH$_2$-)$_2$-]; 3.70–3.80 [br, 2H, CH$_3$ (HO-CH$_2$-C$\underline{H}_2$)$_2$N$^+$(CH$_2$-CH$_2$-)$_2$]; 4.07–4.13 [br, 2H, CH$_3$(HO-C$\underline{H}_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-)$_2$].

Lipids **7–10** were synthesized following our previously published protocol [13] for the synthesis of DOHEMAB (lipid **11**, Chart 1).

$^1$H-NMR (200 MHz, CDCl$_3$) of lipids **7-10**:

**DCHEMAB (7)** δ/ppm = 0.88 [t, 6H, C$\underline{H}_3$-(CH$_2$)$_4$]; 1.20–1.40 [m, 16H, -(C$\underline{H}_2$)$_4$-]; 1.50–1.70 [m, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-C$\underline{H}_2$-)$_2$]; 2.22–2.40 [t, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$-(CH$_2$-CH$_2$-O-CO-C$\underline{H}_2$-CH$_2$-)$_2$]; 3.43 [S, 3H, C$\underline{H}_3$-(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$];

3.90–4.22 [m, 9H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 4.58–4.65 [br, t, 4H, CH$_3$-(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$].

**DDHEMAB (8)** δ/ppm = 0.88 [t, 6H, CH$_3$-(CH$_2$)$_6$ ]; 1.20–1.42 [m, 24H, -(CH$_2$)$_6$-]; 1.50–1.75 [m, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 2.22–2.40 [2t, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$-(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 3.43 [S, 3H, CH$_3$-(-HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 3.90–4.20 [m, 9H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 4.55–4.65 [br, t, 4H, CH$_3$-(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$].

**DLHEMAB (9)** δ/ppm = 0.88 [t, 6H, CH$_3$-(CH$_2$)$_8$]; 1.20–1.40 [m, 32H, -(CH$_2$)$_8$-]; 1.50–1.65 [m, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 2.25–2.42 [2t, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$-(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 3.45 [S, 3H, CH$_3$-(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 3.82–4.35 [m, 9H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 4.48–4.68 [br, t, 4H, CH$_3$-(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$].

**DMHEMAB (10)** δ/ppm = 0.88 [t, 6H, CH$_3$-(CH$_2$)$_{10}$-]; 1.20–1.40 [m, 40H, -(CH$_2$)$_{10}$-]; 1.50–1.65 [m, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 2.25–2.40 [2t, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 3.43 [S, 3H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 3.85–4.20 [m, 9H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$-(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$]; 4.55–4.62 [br, t, 4H, CH$_3$(HOCH$_2$-CH$_2$)N$^+$(CH$_2$-CH$_2$-O-CO-CH$_2$-CH$_2$-)$_2$].

## 2.3. Liposome preparation

The mixtures of cationic amphiphiles and the co-lipid (cholesterol) in the appropriate ratios were dissolved in chloroform in a glass vial. The chloroform was removed with a thin flow of moisture free nitrogen and the dried film of lipid left in the vial was then kept under high vacuum for 8 h. One ml of autoclaved sterile deionized water was added to the vacuum dried lipid film and the mixture was allowed to swell for 15 h (overnight). The vial was then vortexed for 2–3 min at room temperature and occasionally shaken in 45°C water bath to produce multilamellar vesicles (MLV). Small unilamellar vesicles (SUV) were then prepared by sonicating the MLV

placed in an ice bath for 3–4 min until clarity using a Branson 450 sonifier at 100% duty cycle and 25 W output power.

## 2.4. Preparation of plasmid DNA

pCMV.SPORT-β-gal plasmid DNA was prepared by alkaline lysis procedure and purified by PEG-8000 precipitation according to Maniatis and coworkers [32]. The plasmid preparations showing OD$_{260}$/OD$_{280}$ more than 1.8 were used.

## 2.5. Transfection assays

COS-1 and NIH3T3 cells were seeded at a density of 15000 cells/well in a 96-well plate 18 h before the transfection. Plasmid (0.15 μg) was complexed with varying amounts of lipid (0.05–4.3 nmol) in 13 μl of plain DMEM medium for 30 min. The charge ratios were varied from 0.1:1 to 9:1 (±) over this range of the lipid. The complex was diluted to 100 μl with plain DMEM and added to the wells. After 3 h of incubation, 100 μl of DMEM with 10% FCS was added to the cells. The medium was changed to 10% complete medium after 24 h and the reporter gene activity was estimated after 48 h. The cells were washed twice with PBS and lysed in 50 μl of lysis buffer (0.25 M Tris–HCl (pH 8.0) and 0.5% NP40). Care was taken to ensure complete lysis. The β-galactosidase activity per well was estimated by adding 50 μl of 2× substrate solution (1.33 mg/ml of ONPG, 0.2 M sodium phosphate (pH 7.15) and 2 mM magnesium chloride) to the lysate in a 96-well plate. Absorption at 405 nm was converted to β-galactosidase units by using calibration curve constructed with pure commercial β-galactosidase enzyme. The values of β-galactosidase units in replicate plates assayed on the same day varied by less than 30%. The transfection efficiency values reported were average values from four replicate transfection plates assayed on the same day. Each transfection experiment was repeated three times on three different days and the day-to-day variation in average transfection efficiency values for identically treated replicate transfection plates was 2–3-fold and was dependent on the cell density and conditions of the cells.

G. Venkata Srilakshmi et al. / Biochimica et Biophysica Acta 1559 (2002) 87–95

91

## 2.6. Exclusion of ethidium bromide (EtBr) from DNA by the cationic lipids

The extent of EtBr binding to the DNA was monitored by the changes in the fluorescence. EtBr fluorescence was monitored in Hitachi 4500 fluorimeter by setting the excitation wavelength at 518 nm and emission wavelength at 585 nm. To one ml of TE buffer (pH 8.0), 0.78 nmol of DNA and 2.5 nmol of EtBr were added. The change in fluorescence was monitored after adding small volumes of lipids **1–6** to the EtBr:DNA complex. Arbitrary fluorescence values were recorded after allowing sufficient time for equilibration. The order of addition of EtBr or lipid to DNA did not alter the final values, indicating that the equilibrium does not depend on the order of addition and reaches in minutes. Percent fluorescence was calculated considering the fluorescence value in the absence of lipid as 100.

## 2.7. Toxicity assay

Cytotoxic effects of the lipoplexes made from lipids **1–11** were tested on COS-1 cell lines using the MTT assay as described previously [13]. The treatment protocols were identical for both cytotoxicity and transfection assays.

## 3. Results and discussion

### 3.1. Transfection biology for lipids **1–6**

The transfection efficiencies of the cationic lipids **1–6** were tested using the pCMV-β-gal plasmid carrying the β-galactosidase reporter gene. Since cationic transfection lipids work efficiently with colipids, preferably DOPE or cholesterol, we initially tested the transfection efficiencies of the lipid formulations containing the cationic lipids **1–6** using both cholesterol and DOPE as colipids at 1:1 mole ratios, and lipids **1–6** showed remarkably higher reporter gene activity with cholesterol as colipid compared to DOPE (data not shown). Lipid/DNA charge ratios between 1 and 3 produced maximal reporter gene activity (Fig. 1A,B). Above 3:1 charge ratio and up to 9:1, the transfection efficiency was poor as seen by the decrease in β-gal activity (Fig. 1A,B). In the present study we have compared the transfection efficiencies of the six lipids **1–6** with that of lipofectamine, one of the most widely used commercially available cationic transfection lipids. In COS-1 cells lipids **4–6** gave transfection comparable to lipofectamine (Fig. 1A). Lipid **5** containing C-16 hydrophobic chains was better among the monohydroxyethyl head group containing compounds, while lipids **1–3**




Fig. 1. Transfection efficiencies of lipids **1–6** in COS-1 cells (A) and in NIH3T3 cells (B) using cholesterol as the colipid (at 1:1 mole ratio of lipid to cholesterol). The transfection efficiencies of the lipids **1** (○), **2** (●), **3** (□), **4** (■), **5** (△) and **6** (▲) were compared with that of lipofectamine (▽). Units of β-galactosidase activity were plotted against the varying lipid to DNA (±) charge ratios. The o-nitrophenol formation (μmol of o-nitrophenol produced/min) was converted to units using standard curve obtained with pure (commercial) β-galactosidase. All lipids were tested on the same day and the data presented are an average of three experiments ($n = 3$). DNA (0.3 μg) was complexed with lipid at various charge ratios in a volume of 50 μl for 30 min and added to cells after diluting the medium to 100 μl. The incubation of lipoplex with cells was allowed for 30 min before adding another 100 μl of DMEM medium. The reporter gene activity was assayed after 48 h by lysing the cells with NP40 (0.5%) containing PBS.

*G. Venkata Srilakshmi et al. / Biochimica et Biophysica Acta 1559 (2002) 87–95*

did not show any transfection, indicating that minimum 14-carbon anchor length is essential for imparting transfection properties to our novel mono-hydroxyethyl head group containing monocationic lipids (Fig. 1A).

In general, the presence of membrane reorganizing unsaturated hydrophobic alkenyl chains in the molecular architecture of cationic lipids is known to enhance their transfection efficiencies. However, in COS-1 cells, lipids **4–6** with no unsaturated anchors and MOOHAC, an unsaturated alkenyl anchor containing monocationic transfection lipid with a single hydroxyethyl head group previously reported by us [13], were found to be equally transfection efficient (Fig. 1A). Such superior transfection properties of myristyl analogs compared to palmitoyl, stearyl and oleyl derivatives have also been previously reported for cationic transfection lipids with different head groups [15,19,28].

Interestingly, unlike in COS-1 cells, lipid **4** was observed to be the only lipid that showed significant (better than lipofectamine) transfection properties in NIH3T3 cells (Fig. 1B). The cell biological basis of higher transfection by lipid **4** in NIH3T3 cells is not clear. Whether or not the significant transfection property of lipid **4** has any bearing with the efficient cellular uptake of the relevant lipoplexes is still an open question. Very recently, we have observed that lipid **4** is also remarkably efficient in transfecting HepG2 cells (G.V. Srilakshmi et al., unpublished re-

sults). Since, in principle, ligands specific to liver cell receptors can be covalently tagged to the surface of lipid **4**, such a surface-modified lipid **4** is likely to find future applications as an efficient transfection vector in targeted gene therapy of liver cancer.

### 3.2. Transfection biology for lipids 7–11

The conformational flexibility/rigidity of a transfection lipid as well as optimal contact between the cationic head group and the negatively charged phosphate of the DNA in lipoplexes are likely to be modulated by the linker functionality present in the molecular architecture of the transfection lipid [17]. With a view to introduce a more biodegradable linker group, an ester functionality has been synthetically incorporated in between the hydrophobic anchor and the positively charged nitrogen atoms in lipids **7–11** (Chart 1) using a two-carbon spacer unit.

Transfection efficiencies of these lipids **7–11** were tested in COS-1 and NIH3T3 cells using the pCMV-β-Gal reporter gene across the lipid/DNA charge ratios range 0.1–9 using cholesterol (in 1:1 mole ratio with respect to the cationic lipid) as the colipid. Once again, striking C-14 anchor dependency was observed in both COS-1 and NIH3T3 cells (Fig. 2A,B). The lipids **7–9** and **11** did not show any transfection in both COS-1 and NIH3T3 cells whereas lipid **10** showed higher transfection efficiency to lipofectamine in NIH3T3 cells and somewhat less than



Fig. 2. Transfection efficiencies of lipids **7–11** in COS-1 cells (A) and in NIH3T3 cells (B) using cholesterol as the colipid (at 1:1 mole ratio of lipid to cholesterol). The transfection efficiencies of the lipids **7** (○), **8** (●), **9** (□), **10** (■) and **11** (△) were compared with that of lipofectamine (▲). Experimental details are described in Fig. 1.

*G. Venkata Srilakshmi et al. / Biochimica et Biophysica Acta 1559 (2002) 87–95*

93



Fig. 3. EtBr exclusion from lipid–DNA complex. Decrease in fluorescence of EtBr was used to assess the interaction of DNA with lipids **1–6**. DNA:EtBr complex was titrated with increasing amounts of lipid. The order of addition of lipid or EtBr to DNA did not alter the observed profiles. Fluorescence in the absence of lipid was taken to be 100. The data presented are an average of two independent experiments ($n = 2$).

lipofectamine in COS-1 cells (Fig. 2A,B). The optimal lipid to DNA charge ratio for lipid **10** was observed to be 1:1 in both COS-1 and NIH3T3 cells (Fig. 2A,B). As in the case of lipid **4** mentioned above, whether or not the significant transfection property of lipid **10** has any relationship with the efficient cellular uptake of the relevant lipoplexes cannot be ascertained from our present findings. Potential biodegradability and comparable transfection efficiency to lipofectamine in both COS-1 and NIH3T3 cells, makes lipid **10** a promising cationic lipid.

### 3.3. Lipid–DNA interactions

Intercalation-induced fluorescence increase and competition with cationic lipids to bind to DNA has made EtBr an excellent tool to study cationic lipid–DNA interactions. To assess the representative lipid–DNA interactions of the presently described mono-hydroxyethyl head group containing transfection lipids, we have titrated the EtBr:pCMV β-gal

complex with increasing amounts of cationic lipids **1–6**. The data in Fig. 3 shows that lipids **1–3** interact poorly with DNA as seen by their relatively poor ability to exclude ethidium bromide from DNA. Lipids **4–6** interact with DNA equally well (Fig. 3) though lipid **4** is marginally weaker than the other two. The decrease in EtBr fluorescence at charge ratios of 3:1 was greater than 80% with lipids **4–6**, and greater than 30% with lipid **3**, whereas there was no significant decrease in florescence with lipids **1** and **2**. Given their shorter hydrophobic anchor lengths, lipids **1–3** may not form stable lipoplexes that are required for uptake of DNA by the cells. DNA that is not present in a lipid complex either may get degraded by the serum proteins and/or may enter into a non-productive pathway.

### 3.4. Toxicity assay

An MTT-based viability assay was performed to assess the cytotoxicity of the six lipid formulations (**1–6**) at various charge ratios with COS-1 cells. Lipids **3** and **6** showed least cytotoxicity even at a 9:1 lipid/DNA charge ratio (Fig. 4). For lipids **1**, **4** and **5** at a 3:1 charge ratio the toxicity varied from 15–25%



Fig. 4. Cytotoxicity (viability) of lipids **1–6** on COS-1 cells. Toxicities were assessed in COS-1 cells using MTT assay. The absorption obtained with reduced formazon with cells in the absence of lipids was taken to be 100. The data presented are an average of three independent experiments ($n = 3$). Lipids: **1** (○), **2** (●), **3** (□), **4** (■), **5** (△), **6** (▲).

*G. Venkata Srilakshmi et al. / Biochimica et Biophysica Acta 1559 (2002) 87–95*

of the treated cells. Lipid **2** at a 3:1 charge ratio showed the highest toxicity with 40% of the treated cells being affected. The toxicity of lipid **2** (with shorter alkyl chains) may originate from its probable detergent-like cell-lysing activity. The MTT based viability assay was also performed to assess the cytotoxicity of the five lipid formulations (**7–11**) at various charge ratios with COS-1 cells. The lipid–DNA complexation and treatment were identical to the transfections (vide supra). Lipids **8–11** showed low cytotoxicity even at a 9:1 charge ratio (Fig. 5). For lipids **7–11** at a 3:1 charge ratio, the toxicity varied from 10–20% of the treated cells being affected. Lipid **7** at a 3:1 charge ratio showed the highest toxicity with 25% of the treated cells being affected. The toxicity of lipid **7** with its shorter alkyl chains may, like lipid **2**, originate from its probable detergent-like cell-lysing activity.

In summary, the transfection efficiencies of the C-14 and C-16 analogs of DOMHAC (lipids **4** and **5**, respectively, Chart 1) were found to be remarkably efficient in transfecting COS-1 cells (comparable to lipofectamine). Additionally, the present anchor-dependency investigation also revealed that the C-14

analog of DOHEMAB (lipid **10**, Chart 1) is significantly efficient in transfecting COS-1 and NIH3T3 cells. To conclude, the anchor-dependence investigations delineated in this study convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in non-viral gene therapy.

## Acknowledgements

Financial support for this work from the Department of Biotechnology, Government of India, New Delhi (to A.C.) and doctoral research fellowships from the Council of Scientific and Industrial Research (CSIR), Government of India, New Delhi (to G.V.S.) and University Grant Commission (UGC), Government of India, New Delhi (to J.S.) are gratefully acknowledged.



Fig. 5. Cytotoxicity (viability) of lipids **7–11** on COS-1 cells. Toxicities were assessed in COS-1 cells using MTT assay. The absorption obtained with reduced formazon with cells in the absence of lipids was taken to be 100. The data presented are an average of three independent experiments (n = 3). Lipids: **7** (○), **8** (●), **9** (□), **10** (■), **11** (△).

## References

[1] P.L. Felgner, T.G. Gadek, M. Holm, R. Roman, H.W. Chan, M. Wenz, J.P. Northrop, G.M. Ringold, M. Danielsen, Proc. Natl. Acad. Sci. USA 84 (1987) 7413–7417.
[2] X. Gao, L. Huang, Biochem. Biophys. Res. Commun. 179 (1991) 280–285.
[3] J.P. Behr, B. Demeneix, J.P. Loeffler, J. Perez-Mutul, Proc. Natl. Acad. Sci. USA 86 (1989) 6982–6986.
[4] P. Hawley-Nelson, V. Ciccarone, G. Gebeyehu, J. Jesse, P.L. Felgner, Focus 15 (1993) 73–79.
[5] E.R. Lee, J. Marshall, C.S. Siegel, C. Jiang, N.S. Yew, M.R. Nichols, J.B. Nietupsky, R.J. Ziegler, M.B. Lane, K.X. Wang, N.C. Wan, R.K. Scheule, D.J. Harris, A.E. Smith, H. Cheng, Hum. Gene Ther. 7 (1996) 1701–1717.
[6] A.E. Regelin, S. Fankhaenel, L. Gurtesch, C. Prinz, G.V. Kiedrowski, U. Massing, Biochim. Biophys. Acta 1464 (2000) 151–164.
[7] T. Ren, Y.K. Song, G. Zhang, D. Liu, Gene Ther. 7 (2000) 764–768.
[8] J.H. Felgner, R. Kumar, C.N. Sridhar, C.J. Wheeler, Y.-J. Tsai, R. Border, P. Ramsey, M. Martin, P.L. Felgner, J. Biol. Chem. 269 (1994) 2550–2561.
[9] D. Luo, W.M. Saltzman, Nat. Biotechnol. 18 (2000) 33–37.
[10] S. Li, L. Huang, Gene Ther. 7 (2000) 31–34.
[11] A.D. Miller, Angew. Chem. Int. Engl. Edn. 37 (1998) 1768–1785.
[12] S. Kawakami, A. Sato, M. Nishikawa, F. Yamashita, M. Hashida, Gene Ther. 7 (2000) 292–299.

[13] R. Banerjee, P.K. Das, G.V. Srilakshmi, A. Chaudhuri, N.M. Rao, J. Med. Chem. 42 (1999) 4292–4299.

[14] G.H. Camerol, M.J. Moghddam, V.J. Bender, R.G. Whittaker, M. Mott, T.J. Lockett, Biochim. Biophys. Acta 1417 (1999) 37–50.

[15] J. Wang, X. Guo, Y. Xu, L. Barron, F.C. Szoka, J. Med. Chem. 41 (1998) 2207–2215.

[16] G. Byk, C. Dubertret, V. Escriou, M. Frederic, G. Jaslin, R. Rangaara, B. Pitard, J. Crouzet, P. Wils, B. Schwartz, D. Scherman, J. Med. Chem. 41 (1998) 224–235.

[17] G. Byk, B. Wetzer, M. Frederic, C. Dubertret, B. Pitard, G. Jaslin, D. Scherman, J. Med. Chem. 43 (2000) 4377–4387.

[18] M.J. Bennett, A.M. Aberle, R.P. Balasubramaniam, J.G. Malone, R.W. Malone, M.H. Nantz, J. Med. Chem. 40 (1997) 4069–4078.

[19] V. Floch, G.Le. Bolc'h, C. Gable-Guillaume, N.Le. Bris, J.-J. Yaouanc, H.Des. Abbayes, C. Fe'rec, J.-C. Cle'ment, Eur. J. Med. Chem. 33 (1998) 923–934.

[20] S. Kawakami, F. Yamashita, M. Nishikawa, Y. Takakura, M. Hashida, Biochem. Biophys. Res. Commun. 252 (1998) 78–83.

[21] A.M. Aberle, F. Tablin, J. Zhu, N.J. Walker, D.C. Gruenert, M.H. Nantz, Biochemistry 37 (1998) 6533–6540.

[22] Y. Liu, L.C. Mounkes, H.D. Liggitt, C.S. Brown, I. Solodin, T.D. Heath, R.J. Debs, Nat. Biotechnol. 15 (1997) 167–173.

[23] N.S. Templeton, D.D. Lasic, P.M. Frederik, H.H. Strey, D.D. Roberts, G.N. Pavlakis, Nat. Biotechnol. 15 (1997) 647–652.

[24] N.J. Caplen, E.W. Alton, P.G. Middleton, J.R. Dorin, B.J. Stevenson, X. Gao, S.R. Durham, P.K. Jeffery, M.E. Hodson, C. Coutelle, L. Huang, D.J. Porteous, R. Williamson, D.M. Geddes, Nat. Med. 1 (1995) 39–46.

[25] X. Gao, L. Huang, Biochemistry 35 (1996) 1027–1036.

[26] H.E.J. Hofland, L. Shephard, S.M. Sullivan, Proc. Natl. Acad. Sci. USA 93 (1996) 7305–7309.

[27] C.J. Wheeler, P.L. Felgner, Y.J. Tsai, J. Marshall, L. Sukhu, G. Doh, J. Hartikka, J. Nietupski, M. Manthorpe, M. Nichols, M. Plewe, X. Liang, J. Norman, A. Smith, S.H.A. Cheng, Proc. Natl. Acad. Sci. USA 93 (1996) 11454–11459.

[28] I. Solodin, C. Brown, M. Bruno, C. Chow, E.-H. Jang, R. Debs, T. Heath, Biochemistry 34 (1995) 13537–13544.

[29] Y. Liu, D. Liggitt, G. Tu, W. Zhong, K. Gaensler, R. Debs, J. Biol. Chem. 270 (1995) 24864–24870.

[30] E.W. Alton, P.G. Middleton, N.J. Caplen, S.N. Smith, D.M. Steel, F.M. Munkonge, P.K. Jeffery, B.J. Stevenson, G. McLachlan, J.R. Dorin, D.J. Porteous, Nat. Genet. 5 (1993) 135–142.

[31] R. Leventis, J.R. Silvius, Biochim. Biophys. Acta 1023 (1990) 124–132.

[32] J. Sambrook, E.F. Fritsch, T. Maniatis, Molecular Cloning: A Laboratory Manual, 2nd Edition, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY, 1989.

Joint Claim Construction Brief

# EXHIBIT 55

Current
Periodicals
Science

RS
420
.C87

# URRENT
# PHARMACEUTICAL
# DESIGN

The number 1
journal for
reviews in
drug design
and discovery



Impact Factor: 5.55



BENTHAM
SCIENCE
PUBLISHERS LTD.



Abstracted/Indexed in: Biochemistry & Biophysics Citation Index®, BIOSIS, Chemical Abstracts, Current Contents®/Life Sciences, Excerpta Medica/EMBASE, Index Medicus/MEDLINE, Medical Documentation Service®, Research Alert®, Science Citation Index®, SciSearch®, Cambridge Scientific Abstracts (CSA)

Impact Factor : 5.55 (2003 SCI Journal Citation Reports)

Eureka Xpress

# Aims and Scope

***Current Pharmaceutical Design*** publishes timely in-depth reviews covering all aspects of current research in rational drug design. Each issue of the journal is devoted to a single major therapeutic area. A Guest Editor who is an acknowledged authority in a therapeutic field, solicits for each issue comprehensive and timely reviews from leading researchers in the pharmaceutical industry and academia.

Each thematic issue of ***Current Pharmaceutical Design*** covers all subject areas of major importance to modern drug design, including: medicinal chemistry, pharmacology, drug targets and disease mechanisms.

---

### Journal Instructions for Authors

For the journal Instructions for Authors please refer either to the first published issue of each year or the journal's website at www.bentham.org

### Multiple Journal Subscriptions & Global Online Licenses

For multiple journal subscriptions, possible discounts and global online licenses please contact our special sales department at E-mail: subscriptions@bentham.org

### Advertising

To place an advertisement in this journal please contact the advertising department at E-mail: ads@bentham.org

### Journal Sample Copies

A free online sample issue can be viewed at the journal's internet homepage. Alternatively a free print sample issue may be requested, please send your request to E-mail: sample.copy@bentham.org

Copyright © 2005 Bentham Science Publishers Ltd.

It is a condition of this publication that manuscripts submitted to this journal have not been published and will not be simultaneously submitted or published elsewhere. By submitting a manuscript, the authors agree that the copyright for their article is transferred to the Publisher if and when the article is accepted for publication. The copyright covers the exclusive rights to reproduce and distribute the article, including reprints, photographic reproductions, microform or any other reproduction of similar nature, and translations. All rights reserved: no part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, on-line, mechanical, photocopying, recording or otherwise, without the prior written permission of the Publisher.

### Photocopying Information for Users in the USA

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by Bentham Science Publishers Ltd. for libraries and other users registered with the Copyright Clearance Center (CCC) Transactional Reporting Services, provided that the appropriate fee of US$ 50.00 per copy per article is paid directly to Copyright Clearance Center, 222 Rosewood Drive, Danvers MA 01923, USA. Refer also to www.copyright.com

### Photocopying Information for Users Outside the USA

Bentham Science Publishers Ltd. grants authorization for individuals to photocopy copyright material for private research use, on the sole basis that requests for such use are referred directly to the requestor's local Reproduction Rights Organization (RRO). The copyright fee is US$ 50.00 per copy per article exclusive of any charge or fee levied. In order to contact your local RRO, please contact the International Federation of Reproduction Rights Organizations (IFRRO), Rue du Prince Royal 87, B-1050 Brussels, Belgium; Tel: +32 2 551 08 99; Fax: +32 2 551 08 95; E-mail: secretariat@ifrro.be This authorization does not extend to any other kind of copying by any means, in any form, and for any purpose other than private research use.

The Item-Fee Code for this publication is: 1381-6128/05  $50.00 + .00

### Online Articles

This publication is available online from Ingenta at www.ingenta.com Individual articles are also available for sale online via Infotrieve at www.infotrieve.com or from Ingenta at www.ingenta.com

### Permission for Other Use

The Publisher's consent does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained from the Publisher for such copying. Requests must be sent to the permissions department at E-mail: permission@bentham.org

### Disclaimer

No responsibility is assumed by Bentham Science Publishers Ltd., its staff or members of the editorial board for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products instruction, advertisements or ideas contained in this publication/journal. Any dispute will be governed exclusively by the laws of the U.A.E. and will be settled exclusively by the competent Court at the city of Dubai, U.A.E.

# Current Pharmaceutical Design

### Editor-in-Chief:

**William A. Banks** (In Care of: Mirza Kazim Ali Baig, Senior Manager Publications, Bentham Science Publishers Ltd.,
P.O. Box 8484, R-101, Zoramin Residency, Gulzar-e-Hejri, Karachi-75270, Pakistan)

### Executive Editors:

**Atta-ur-Rahman** (H.E.J. Research Institute of Chemistry, University of Karachi, Karachi-75270, Pakistan)

**Matthew Honan** (Bentham Science Publishers)

### Editorial Advisory Board:

**Kenneth L. Audus** (The University of Kansas, Lawrence, KS, USA)

**Scott A. Biller** (Novartis Institutes for BioMedical Research, Cambridge, MA, USA)

**Steven J. Brickner** (Pfizer, Groton, CT, USA)

**Giovanni Capranico** (Alma Master Studiorum University of Bologna, Bologna, Italy)

**Craig E. Caufield** (Wyeth-Ayerst Research, Princeton, NJ, USA)

**Daniel T.W. Chu** (Chiron Corporation, Emeryville, CA, USA)

**Stevan W. Djuric** (Abbott Laboratories, Abbott Park, IL, USA)

**Errol B. De Souza** (Neurocrine Biosciences, San Diego, CA, USA)

**Elisabeth G.E. De Vries** (Univ. of Groningen, Groningen, Netherlands)

**Annette M. Doherty** (Pfizer Global Research & Development, Kent, UK)

**Roland E. Dolle** (Pharmacopeia, Inc., Princeton, NJ, USA)

**Catherine L. Farrell** (Amgen, Inc., Thousand Oaks, CA, USA)

**Roger M. Freidinger** (Merck Res. Laboratories, West Point, PA, USA)

**Donald R. Gehlert** (Lilly Research Laboratories, IN, USA)

**James M. Hamby** (Parke-Davis, Pharm. Res. Ann Arbor, MI, USA)

**Graham Johnson** (Bristol-Myers Squibb, CT, USA)

**Abba J. Kastin** (VA Medical Centre and Tulane University School of Medicine, New Orleans, LA, USA)

**Keith W. Kelley** (University of Illinois, Urbana, IL, USA)

**Marlys Koschinsky** (Queen's University, Kingston, Canada)

**Kit S. Lam** (UC Davis Cancer Center, Sacramento, CA, USA)

**Hans Marquardt** (Universität Hamburg, Hamburg, Germany)

**Oreste A. Mascaretti** (IQUIOS, Rosario, Argentina)

**John E. Morley** (Saint Louis University Health Sciences Center, St. Louis, MO, USA)

**John H. Musser** (Glycomed, Alameda, CA, USA)

**Martin Petkovich** (Queen's University, Kingston, Canada)

**Waldemar Priebe** (University of Texas, Houston, TX, USA)

**Andrew V. Schally** (VAMC, New Orleans, LA, USA)

**George J. Schroepfer Jr.** (Rice University, Houston, TX, USA)

**Seiji Shioda** (Showa University Schoold of Medicine, Tokyo, Japan)

**Jeffrey D. Shmitt** (Mol. Design & IT Group, North Carolina, USA)

**Linus L. Shen** (Abbott Laboratories, Abbott Park, IL, USA)

**Nese Tuncel** (Osmangazi University, Eskisehir, Turkey)

**Franco Zunino** (Istituto Nazionale Tumori, Milan, Italy)

### Subscriptions:

*Current Pharmaceutical Design* (ISSN: 1381-6128)

**(Vol. 11, 32 issues) January 2005 - December 2005:**
Corporate subscription, print or online: $ 9740.00
Academic subscription, print or online: $ 4920.00
Personal subscription, print & online: $ 960.00

Subscription orders are paid in US dollar currency and include airmail postage. The corporate rate applies for all corporations and the academic rate applies for academic and government institutions. For corporate clients who want to order a combined print and online subscription, there is an additional 20% surcharge to the stated print or online subscription rate and a 10% surcharge for academic clients. The personal subscription rate, which includes both print and online subscriptions, applies only when the subscription is strictly for personal use, and the subscriber is not allowed to distribute the journals for use within a corporation or academic institution.

Subscription orders and single issue orders and enquiries should be sent to either address: Bentham Science Publishers Ltd., Executive Suite Y26, P.O. Box 7917, Saif Zone, Sharjah, U.A.E., Tel: (+971) 65571132, Fax: (+971) 65571134, E-mail: subscriptions@bentham.org Bentham Science Publishers Ltd., P.O. Box 640310, 1400 Pine St., San Francisco, CA 94164-0310, Fax: (+1) 4157754503, E-mail: subscriptions@bentham.org

Visit the journal's homepage at: **http://www.bentham.org/cpd**

FEB 1 7 2005

SERIALS DEPT

# Current Pharmaceutical Design

## Executive Guest Editors:

Ho-Sam Ahn (USA): *Cardiovascular and Hematological Agents*

Angel Lanas Arbeloa (Spain): *COX 2 Inhibitors*

Masato Asanuma (Japan): *CNS Agents*

Johann Wolfgang Auer (Austria): *Cardiovascular and Hematological Agents*

Mitchell A. Avery/Vassil St. Georgiev (USA): *Anti-Infective Agents*

William A. Banks (USA): *The Blood Brain Barrier in Health & Disease*

John F. Barrett (USA): *Genomics and the Prospects of Antibacterial & Antifungal Agents*

E.S. Bergmann-Leitner (USA): *Anti-Cancer Drugs*

Jay Elliot Blum (USA): *Peptide Radiopharmaceuticals*

Maurizio Botta (Italy): *Anti-Angiogenesis Agents*

Ken Bradstock (Australia): *Development of Cytokines for Use in Treatment of Blood Disorders*

Peter Brooks (Australia): *COX-II Inhibitors*

Dirksen Bussiere (USA): *Kinase and Phosphatase Drug Discovery and Design*

Giovanni Capranico (Italy): *Anti-Cancer Agents*

Tz-Chong Chou (Taiwan): *Anti-Inflammatory and Antiallergy Agent*

Nestor Omar Concha (USA): *Enzyme/Protease Inhibitors*

G.J.R. Cook (UK): *Radiolabelled Compounds for Drug Discovery and Development*

Dermot Cox (Ireland): *Anti-Thrombotics*

E.G. Elisabeth de Vries (The Netherlands): *Death Receptor Ligands*

Colum Dunne (Ireland): *Prebiotics and Probiotics: Delivering Therapeutics as Dietary Components*

Galal Hamza Elgemeie (Egypt): *Antimetabolite Agents*

Illana Gozes (Israel): *Neuropeptide-based Drug Design*

Gurmit Grewal (USA): *Analgesic Drug Design and Discovery*

Salvatore Guccione (Italy): *Pharmacophore Elucidation & Their Use in Drug Design*

D. Hadjipavlou-Litina (Greece): *Nitric Oxide in Drug Design & Discovery*

Xiaoqin Huang (USA): *Computational Biology and Drug Design*

Bernd Ibach (Germany): *Recent Therapeutic Approaches to the Treatment of Cognitive Impairment and Dementia*

Milton John Kiefel (Australia): *Anti-Inflammatory and Anti-Allergy Agents*

Michael Kassiou (Australia): *Radiopharmaceuticals in Drug Discovery and Development*

Makoto Katoh(Japan): *Cardiovascular and Hematological Agents*

Alan P. Kozikowski/Maurizio Pellecchia (USA): *Anti-Cancer Agents*

Gregory Y.H. Lip (UK): *Antihypertensive Drugs*

Eva Lonn(Canada): *Cardiovascular and Hematological*

Jan Lötvall (Sweden): *Allergy-Asthma*

Shigefumi Maesaki (Japan): *Infectious Disease - Drug Delivery to Treat*

Cezary Marcinkiewicz (USA): *Angiogenesis Agents*

Robert W. Marquis (USA): *Protease Inhibitors*

Hiroyui Matsuno (Japan): *Antithrombotic Drug Design*

Agostino Molteni (USA): *Applications of ACE Inhibitors and A2 Receptor Blockers*

Christa E. Mueller (Germany): *Purine Receptors as Targets for Future Drugs*

Gerald Münch (Germany): *Alzheimer Drugs - Symptomatic and Neuroprotective Innovations*

I. Niculescu-Duvaz (UK): *Anti-Cancer Agents*

Vicki L. Nienaber (USA): *Protease Inhibitors*

Atsushi Oda (Japan): *Cytokines and Anti-Cytokines*

Neil Osheroff (USA): *DNA Topoisomerases as Targets for Anticancer Drugs*

Keykavous Parang (USA): *HIV Drug Design (Anti-HIV Agents)*

Laurence H. Patterson (UK): *Tumour Selective Drug Activation*

Antonio Pellegrini (Switzerland): *Bactericidal Peptides*

Peter W. Radke (Germany): *Obesity Drug Design (Anti-Obesity Agents)*

Markus Richter (Germany): *Transplantation - Anti-Rejection Agents*

J.C. Russel (Canada): *Obesity Drug Design (Anti-Obesity Agents)*

Farid Saleh (Australia): *Cancer Vaccine and Immunotherapy*

Michel Salzet (France): *Enzyme Inhibition*

Catherine H. Schein (USA): *Cytokines, Computer Aided Design of Proteins for Therapeutic Use*

Patrick Sexton (Australia): *G Protein-Coupled Receptor Drug Targets*

Lesley Seymour (Canada): *Anti-Cancer Agents*

Shin-Ru Shih (Taiwan): *Recent Advances in Antiviral Agents*

D. Stahl/W. Sibrowski (Germany): *Autoimmune Diseases*

Sandor Solyom (Hungary): *Glutamate Receptor*

Claudio Soto (Switzerland): *Protein Misfolding Disorders*

Kwok-Keung Tai (USA): *Ion Channels as a Target for Drug Design*

Nadya Tarasova (USA): *Peptide and Peptidomimetics as Anti-Cancer Therapeutics*

Gian Mario Tiboni (Italy): *Recent Advances in Developmental Toxicology*

Nese Tuncel (Turkey): *Regulatory Peptides*

Aren van Waarde (Netherlands): *PET and SPECT in Drug Design*

Allan Wagman/Wayne L. Cody (USA): *Endocrine & Metabolic Agents*

Jiguang Wang (Belgium): *Antihypertensive Agents*

Christian Weyer (USA): *Obesity Drug Design*

*Current Pharmaceutical Design*, 2005, *11*, 375-394

375

# The Design of Cationic Lipids for Gene Delivery

B. Martin[1], M. Sainlos[1], A. Aissaoui[2], N. Oudrhiri[2], M. Hauchecorne[2], J.-P. Vigneron[1], J.-M. Lehn[1] and P. Lehn[2,*]

[1]*Laboratoire de Chimie des Interactions Moléculaires, Collège-de-France, 11 Place Marcelin Berthelot, 75005 Paris, France and* [2]*INSERM U458, Hôpital Robert Debré, 48 Boulevard Sérurier, 75019 Paris, France*

**Abstract:** Synthetic gene delivery vectors are gaining increasing importance in gene therapy as an alternative to recombinant viruses. Among the various types of non-viral vectors, cationic lipids are especially attractive as they can be prepared with relative ease and extensively characterised. Further, each of their constituent parts can be modified, thereby facilitating the elucidation of structure-activity relationships. In this forward-looking review, cationic lipid-mediated gene delivery will mainly be discussed in terms of the structure of the three basic constituent parts of any cationic lipid: the polar headgroup, hydrophobic moiety and linker. Particular emphasis will be placed on recent advances in the field as well as on our own original contributions. In addition to reviewing critical physicochemical features (such as headgroup hydration) of monovalent lipids, the use of headgroups with known nucleic-acid binding modes, such as linear and branched polyamines, aminoglycosides and guanidinium functions, will be comprehensively assessed. A particularly exciting innovation in linker design is the incorporation of environment-sensitive groups, the intracellular hydrolysis of which may lead to more controlled DNA delivery. Examples of pH-, redox- and enzyme-sensitive functional groups integrated into the linker are highlighted and the benefits of such degradable vectors can be evaluated in terms of transfection efficiency and cationic lipid-associated cytotoxicity. Finally, possible correlations between the length and type of hydrophobic moiety and transfection efficiency will be discussed. In conclusion it may be foreseen that in order to be successful, the future of cationic lipid-based gene delivery will probably require the development of sophisticated virus-like systems, which can be viewed as "programmed supramolecular systems" incorporating the various functions required to perform in a chronological order the different steps involved in gene transfection.

**Key Words:** Gene therapy, transfection, non-viral vector, cationic lipid, design, headgroup, hydrophobic domain, linker.

## INTRODUCTION

Gene therapy offers a fundamental approach to the treatment of diseases of inherited or acquired origin. However, transfer to the nucleus of target cells of either a functional gene, or a structure capable of interfering with a cellular gene, is a daunting task when considering the number of barriers the vector/DNA complexes must overcome. Numerous roles are required of the vector which include protection of the DNA from the extracellular environments, facilitated uptake into the target cells, escape from intracellular compartments and finally release of the plasmid, which must subsequently pass across the nuclear membrane before transgene expression can occur [1-3]. Viral-associated problems of immunogenicity and toxicity, added to the practical issues of large scale production and quality control, have led to the emergence of cationic gene delivery vectors as non-viral alternatives [4]. Advances in the field of non-viral vectors are now made in two distinct structural categories: cationic polymers and cationic lipids, both of which must face the barriers to gene delivery, which are becoming ever clearer on both a chemical and biological level [1, 5-7].

This article focusses on the advances made to date in the domain of cationic lipids, which are especially attractive as

they can be easily prepared and extensively characterised. Further, each of their constituent parts can be modified, thereby facilitating the elucidation of structure-activity relationships. A great number and an impressive variety of synthetic vectors have been prepared and their transfection efficiency evaluated not only in experimental studies, but also in clinical trials for treatment of diseases such as cancer [8, 9] and cystic fibrosis [10-13]. An exhaustive list of clinical trials can be found at www.wiley.co.uk/genmed/clinical.

At this point, some positive results have been attained, but the overall outcome indicates that a crucial requirement for successful gene therapy is the use of more efficient vectors [6, 14, 15]. In this forward-looking review, we aim to outline the recent progress in cationic lipid-mediated gene delivery by considering the lipids at the molecular level in terms of their three fundamental constituent parts: the cationic headgroup, hydrophobic domain and connecting linker. Especial attention is paid to our own work with novel vectors. Critical physicochemical features (such as headgroup hydration) of monovalent lipids will be covered, as well as the use of multivalent headgroups with known nucleic-acid binding modes (such as linear and branched polyamines, aminoglycosides, and guanidinium functions). Subsequently, possible correlations between the length, saturation and type of hydrophobic moiety and transfection efficiency will be considered. Finally, triggered intracellular DNA release strategies will be viewed in relation to the

*Address correspondence to this author at the INSERM U458, Hôpital Robert Debré, 48 Boulevard Sérurier, 75019 Paris, France; Tel: 33(0)140031932; Fax: 33(0)140031903; E-mail: lehn@idf.inserm.fr

1381-6128/05 $50.00+.00

© 2005 Bentham Science Publishers Ltd.

This material may be protected by Copyright law (Title 17 U.S. Code)

REF_ALN_00002053

incorporation of cellular environment-sensitive groups (pH-, redox- and enzyme-sensitive) within the linker moiety. It is hoped that this article will provide a comprehensive overview of cationic lipid design by highlighting the directions which it has taken until now, and the extension and combination of the current strategies that may bring cationic lipid-mediated gene therapy into the clinical reality.

## BASIC PRINCIPLES OF CATIONIC LIPID-MEDIA-TED GENE TRANSFECTION

The first step in the preparation of vector/DNA aggregates suitable for gene transfer is the condensation of the large DNA molecules, which is driven by an electrostatic interaction between the cationic lipid (Fig. (1)) and the polyanionic DNA. Spontaneous self-assembly into nanometric particles termed lipoplexes results (stage 1, Fig. (2)), leading to shielding of the DNA from the nucleases of the extracellular medium. Use of an excess of cationic amphiphile (quantified by the lipid/DNA ratio resulting in a mean theoretical charge ratio of the lipoplex (+/-)) equips the lipoplex surface with a positive charge, which is presumed to mediate subsequent cellular uptake *via* interaction with negative cell surface structures such as heparin sulphates and other proteoglycans [16-18]. As a result of non-specific endocytosis, the lipoplex is encapsulated in intracellular vesicles [1] (stage 2), though fusion-based cellular uptake cannot be totally excluded [3]. The DNA must then avoid degradation in the late endosome/lysosome compartment



**Fig. (1).** The three basic domains of any cationic lipid: hydrophobic moiety, linker and headgroup.



① Formation (*via* self-assembly) of vector/DNA complexes (lipoplexes).

② Cellular uptake *via* endocytosis.

③ Endosomal escape to avoid DNA degradation in lysosomes (barred arrow).

④ Trafficking through the cytoplasm and nuclear entry.

⑤ Transgene expression in the nucleus.

**Fig. (2).** A representation of the various steps involved in gene transfection by cationic lipids.

REF_ALN_00002054

(barred arrow) by escaping from the (early) endosome into the cytoplasm (stage **3**) [1, 19]. Trafficking of the DNA through the cytoplasm precedes uptake by the nucleus of the target cell (stage **4**), and subsequent transgene expression therein (stage **5**). In the nucleus, the DNA appears to be separated from its vector [20] and microinjection experiments [1] have suggested that gene expression does not occur if the DNA remains condensed in intact lipoplexes.

It should be stressed here that the efficiency of cationic lipids for gene transfection can be studied in various ways. First, their efficacy can be evaluated in terms of gene delivery (percentage of transfected cells) or gene expression (amount of transgene protein produced). Second, the efficiency of any transfection reagent also strongly depends on the cell system chosen for its evaluation (transformed cell lines or primary cells *in vitro*, *in vivo* administration *via* various routes), efficiency gains *in vitro* leading therefore not automatically to higher efficiencies *in vivo*. All these considerations highlight the crucial role of how the relative efficiency of cationic lipids is compared and emphasise that quantifying the efficiency of cationic lipid systems needs to be conducted *via* appropriate means depending on their intended use, i.e. on the experimental or clinical setting.

Cationic lipids were first introduced by Felgner *et al.*, following early attempts to transfer DNA *via* encapsulation in liposomes [21, 22]. Thus, the first reported lipid was DOTMA (N-(1-(2,3-dioleyloxy)propyl)-N,N,N-trimethyl-ammonium chloride), which consists of a quaternary amine connected to two unsaturated aliphatic hydrocarbon chains *via* ether groups [23] (Fig. (**3**)). Synthesis of the multivalent lipopolyamine DOGS (dioctadecylamido-glycylspermine) was reported soon afterwards [24] and the efficiency of the vector DC-Chol (3β-[N-(N',N'-dimethylaminoethyl)carba-moyl] cholesterol) with cholesterol as the hydrophobic portion was subsequently reported [25] (Fig. (**3**)). It is noteworthy that the transfection activity of cationic lipids (especially those which are incapable of forming bilayers alone) can be increased by their formulation as stable liposomes with the neutral colipid DOPE (dioleoyl phosphatidylethanolamine, Fig. (**3**)) [26]. Inclusion of DOPE is presumed to enhance endosomal escape of the lipoplexes into the cytoplasm as DOPE is thought to have fusogenic properties important for endosomal membrane disruption [26-28].

The use of these initial lipids demonstrated the transfection ability of cationic lipids. However, this 'proof of



**Fig. (3).** Structures of the 'early' cationic lipids and of the colipid DOPE.

principle' stage has been followed by a highly challenging period. Indeed, progress in improving the level of transfection efficiency up to that required for therapeutic use has been slow. This is possibly linked to an unclear structure-activity relationship in vector design, and to the related incomplete understanding of the highly complex series of steps involved in transfection. Thus, the development of novel lipids is justified, a novel cationic lipid being not just a 'me too' addition, but rather opening new possibilities for differently influencing those steps [29]. Accordingly, numerous novel vectors were developed, representing a wide variety in structures and thus numerous potential mechanisms by which better transfection levels might be obtained. The aim of the present review is to highlight the contents of this extended vector library.

## BASIC STRUCTURAL FEATURES OF ANY CATIONIC LIPID

A cationic lipid is a positively charged amphiphile, which generally contains the three following structural domains: i) a hydrophilic headgroup which is positively charged, usually *via* the protonation of one (monovalent lipid) or several (multivalent lipid) amino groups; ii) a hydrophobic portion composed of a steroid or of alkyl chains (saturated or unsaturated); and iii) a linker (connecting the cationic headgroup with the hydrophobic anchor) whose nature and length may impact on the stability and the biodegradability of the vector (Fig. (1)). Since the initial validation period (see above), progress has been made in the design of each of these moieties. In brief, the choice of cationic headgroups has expanded into the use of natural architectures and functional groups with recognised DNA binding modes as well as non-amino-based cationic moieties. Modifications of the hydrophobic domain have shown that optimal vector structure is often dependant on this moiety, which can fall into various structural classes and variants. Finally, labile linkers have been introduced which are sensitive to various biological stimuli, inducing DNA release at defined timepoints during the intracellular trafficking of the lipoplex. The following sections will therefore successively cover the important advances made to these three fundamental functional domains of any cationic lipid.

## CATIONIC HEADGROUP DESIGN

### Monovalent Lipids and the Hydration/Packing Issue

DNA binding by the vector requires a headgroup which is capable of sustaining a positive charge at physiological pH. The charge is most often located on amino groups, as was the case for the 'early' vectors of Fig. (3). However, other charged groups have since been employed. Thus, before dealing more extensively with amino-based head-

groups, it is worth considering briefly the other elements that have been shown capable of binding plasmids. Phosphonium groups as well as arsonium groups (which, unlike arsenic (III) compounds, are not toxic) have been used to convey the positive charge of cationic lipids, which incorporate phosphonate linkers (as in natural phospholipids) (Lipids (I) in Fig. (4)) [30]. The order Arsenic > Phosphorous > Nitrogen was found on testing the analogues *in vitro*, with the phosphonium and arsonium vectors being less cytotoxic than the ammonium-based lipid [31]. Further, cationic phosphonolipids were found to be effective into mouse lungs *in vivo* after intratracheal as well as intravenous administration [32, 33].

The vast majority of cationic lipids for gene delivery rely however on the charge accommodated on a nitrogen atom, and there appears to be a relationship between the hydration of such mono-ammonium headgroups and the transfection activity [34]. Schematically, the greater the imbalance between the cross-sectional area of the headgroup (small end) and the hydrophobic moiety (large end) - i.e. the more cone-shaped the cationic lipid - the more unstable the resulting lipid assembly and so the greater the likeliness to undergo fusion with anionic vesicles. Lipoplex instability is presumed to result in improved transfection as fusion between the cationic lipoplex and the endosomal membrane leads to DNA release into the cytoplasm [3, 35, 36]. Such an instability can in fact be related to the formation of inverted hexagonal phases facilitating lipid mixing (especially in the presence of the hexagonal phase-forming colipid DOPE). Of note, headgroup hydration can be decreased by incorporation of a hydroxyalkyl chain capable of hydrogen bonding to neighbouring headgroups; the space available to water is thereby reduced and so is the cross-sectional area of the headgroup. Accordingly, gene transfection by the lipids DOTMA (Fig. (3)) and the ester-linked variant DOTAP (1,2-dioleoyloxy-3-[trimethylammonio]-propane, (Fig. (5)) was improved by incorporation of a hydroxyethyl group to yield vectors DORIE (1,2-dioleoyl-3-dimethyl-hydroxyethyl ammonium bromide) and DORI (1,2-dioleoyloxypropyl-3-dimethyl-hydroxyethyl ammonium chloride) respectively (Fig. (5)) [34, 37].

Interestingly, Bennett *et al.* have quantified the degree of hydration of their series of aliphatic cationic lipids using differential scanning calorimetry [34]. The dehydrating effect of incorporating a hydroxyethyl group into the headgroup of DOTAP (Fig. (5)) was compared with the hydrating effect of attaching alkyl chains of increasing length, which might cause steric repulsion between neighbouring vectors and presumably reduce the hydrogen-bonding interactions. Here, modifications to the hydrophobic domain were found to be the most effective, as replacement of the two unsaturated oleoyl chains by saturated myristoyl chains led



Lipids (I)

$A = As, P$

$I^-$

**Fig. (4).** Alternative cations in the lipid headgroup.

Case 1:22-cv-00336-CFC   Document 184-6   Filed 03/06/24   Page 58 of 540 PageID #: 14976

**Fig. (5).** Incorporation of hydroxyethyl groups into the cationic headgroup: part A.

to a consistent drop in transfection *in vivo*. This decline was probably correlated to dehydration of the hydrophobic moiety (due to a closer packing of the myristoyl chains) and therefore a decrease in the cross-sectional area of this portion.

Takeuchi *et al.* reported that replacing the dimethylamino headgroup of DC-Chol (Fig. (3)) by diethylamino and diisopropylamino groups resulted in a decreased gene delivery [38]. This again is in agreement with a relationship between headgroup size and transfection efficiency as the alkyl chains may cause steric repulsion between neighbouring headgroups. The same research team also found that Lipid (II) (cholesteryl-3β-carboxyamido ethylene-N-hydroxyethylamine) (Fig. (5)) was more efficient than its non-hydroxylated dimethyl tertiary amino homologue. FRET experiments showing that Lipid (II)-based lipoplexes were particularly unstable in the presence of anionic liposomes [36]. Thus, the transfection ability of Lipid (II) may be related to lipoplex instability in the endosomes resulting in facilitated DNA release into the cytoplasm. Of note, transfection efficiency was dramatically reduced by addition of a second hydroxyethyl group to the amino group of the lipid. There is however no general trend as both the monohydroxylated lipid DHMHAC (N,N-di-n-hexadecyl-N-methyl,N-(2-hydroxyethyl)ammonium chloride) [39] and the dihydroxylated lipid DHDEAB (N,N-di-n-hexadecyl-N,N-dihydroxyethylammonium bromide) [40] of Fig. (6) were found to mediate high levels of gene delivery (greater than the structural relative DDAB (dioctadecyldimethylammonium bromide)).

The hydroxyethyl group can be derived from lactic acid and is a common structural motif which is prevalent in saccharides. In these cases, the hydroxyethyl portion is present in a substituted form, such as in the vector DMHMAC

(N,N–myristyl-N-(1-hydroxyprop-2-yl)-N-methylammonium chloride) (Fig. (6)). Lipid DMHMAC was found to be twice as efficient as DDAB/DOPE in *in vitro* studies [41]. Lipids (III) (1-deoxy-1-[methyl(ditetradecyl)ammonio]-D-arabinitol) and (IV) (1-deoxy-1-[dihexadecyl(methyl)-ammonio]-D-xylitol) (Fig. (6)), which are respectively derivatives of arabinose and xylose, have also been prepared by the same researchers. Here, incorporation of more than two hydroxyethyl moieties in the headgroup appears to convey increased transfection levels and decreased toxicity [42].

Other studies have however not confirmed the positive effect of incorporating a hydroxyethyl group into the cationic headgroup structure. For example, an ether-linked cholesterol conjugate with a dimethyl hydroxyethyl headgroup (cholest-5-en-3β-oxyethane-N,N-dimethyl-N-2-hydroxyethyl-ammonium bromide) was found to be less efficient than its trimethyl non-hydroxyethylated homologue [43]. It should however be noted here that the transfection activity of the ester analogue Lipid (V) (cholesteryl-3β-carboxy-ethylene-N,N-dimethyl-N-2-hydroxyethylammonium iodide) (Fig. (6)), was found to be related to the lipoplex charge ratio (which was not assessed for the ether analogue). Indeed, at +/- charge ratios up to 5, the hydroxyethylated Lipid (V) was less efficient than its dimethyl tertiary amino and trimethyl quaternary amino homologues; its efficiency was however seen to overtake the methylated homologues at ratios above 7, at which the dimethyl and trimethyl homologues were actually inefficient [43, 44]. Finally, it has been reported that substitution of the hydroxyl group of DMRIE (the C14 saturated alkyl chain analogue of DORIE (Fig. (5)) by an amino group to give βAE-DMRIE (N-(2-aminoethyl)-N,N-dimethyl-2,3-bis(tetradecyloxy)-1-propanaminium bromide) led to an increase in transfection efficiency [45]. βAE-DMRIE was found to be most effective when formulated

Case 1:22-cv-00336-CFC   Document 184-6   Filed 03/06/24   Page 59 of 540 PageID #: 14977

**Fig. (6).** Incorporation of hydroxyethyl groups into the cationic headgroup: part B.

without DOPE, and striking differences in the lipoplex structures were observed by atomic force microscopy.

The nature of the counter-ion has also been identified as a critical factor in transfection activity. When varying the counter-ion of DOTAP (Fig. (5)), it has been shown that the *in vitro* and *in vivo* transfection efficiency depends on the known ability of the counter-ion to either shield the cationic charge or structure water [46]. Bisulphate and iodide anions were indeed found to lead to better transfection efficiencies than acetate and chloride anions. Here again, the reduced headgroup hydration presumed to occur with bisulphate or iodide counter-ions is expected to decrease the distance between neighbouring headgroups, leading to liposomes or lipoplexes formed from more conical vectors and therefore prone to undergo the non-bilayer lipid reorganisations required for membrane fusion. In a dramatic example, a series of pyridinium cationic lipids were prepared as either tetrafluoroborates or perchlorates, the former transfecting at the levels of the DOTAP control, whereas the latter were practically devoid of any gene transfer activity [47].

## MULTIVALENT HEADGROUPS

As multivalent cationic lipids may form liposomes with a greater surface charge density than their monovalent counter-parts, they are generally expected to be better at DNA binding and delivery. Here, a highly rational approach was the incorporation of natural polyamines such as spermidine and spermine, which have a pre-characterised ability to interact with the minor groove of B-DNA [48]. Incorporation of the triamine spermidine into cholesteryl-spermidine [49] (Fig. (7)), and of the tetraamine spermine into the lipid DOGS [24] (Fig. (3)) are early representative examples. The presence of protonation sites with different pKa values in DOGS may actually result in buffering of the endosomal acidification, thereby protecting the DNA from degradation and facilitating its escape from the endosome [50]. The multivalent cationic cholesterol derivative Lipid 67 with its T-shaped headgroup (Fig. (7)) has been found to be particularly efficient for gene transfer to the lung and has therefore already been used in a clinical gene therapy trial for cystic fibrosis [10, 51, 52]. Interestingly, the importance of the length of, and charge distribution on, a linear polyamine chain was recently investigated. Addition of amino groups separated by methylene portions to the end of a linear polyamine chain did not automatically improve gene transfer by a series of polyamine-steroid conjugates, regardless of the extra protonation sites [53]. Molecular modelling suggested that an increase in chain length led to an increased number of folded conformations for the conjugates due to greater flexibility. The authors therefore concluded that the folded conformations may disfavour interactions with DNA.

REF_ALN_00002058

Fig. (7). Multivalent headgroups for cationic lipids: part A.

Blagbrough and co-workers have shown that the central tetramethylene motif of the polyamine spermine is crucial in conferring high transfection activity in a series of cholesterol-polyamine conjugates [54]. Their aim was to design a polyamine headgroup that had an optimal interaction with DNA. The results suggested that the tetramethylene portion of spermine might be able to bridge between the complementary strands of DNA, whereas a polyamine with a trimethylene central spacer would only interact with adjacent phosphate groups on the same DNA strand. A central tetramethylene motif is also present in branched polyamino headgroups such as in the multivalent lipid MVL5 (N¹-[2-1S-1-[3-aminopropylamino]-4-[di-3-aminopropylamino]

butylcarboxamidoethyl]-3,4-dioleyloxybenzamide) (Fig. (7)) [55, 56]. As these branched structures have the advantage of avoiding the folding problems of linear polyamine chains (see above) they can include additional protonation sites without affecting DNA binding. Importantly, with more protonation sites per molecule, the resulting lipoplexes can thus achieve the same charge density with lesser amounts of the cationic lipid in the formulation. This may be a simple solution to lessen the drawback of cationic lipid-associated cytotoxicity. Indeed, as cationic lipids exhibit some degree of cytotoxicity, an optimal set of conditions resulting in high transgene expression and acceptable toxicity need to be found [57].

We have recently incorporated aminoglycoside antibiotics into cationic lipid design in an attempt to extend the use of such natural compounds. Aminoglycosides consist of oligosaccharides decorated with up to six amino groups as well as numerous hydroxyl groups, thus providing a versatile polycationic framework [58]. Most importantly, a known interaction between aminoglycosides and rRNA sequences exists, mediated by both ionic and hydrogen-bonding interactions between the various 1,3-hydroxyamine motifs of the aminoglycoside and the phosphodiester backbone [59, 60]. Thus, we have recently reported the synthesis, *via* acylation of the 6' amine of kanamycin A, of a series of transfection vectors typified by KanaChol (3β-[6'-kanamycin-carbamoyl]cholesterol) whose structure is shown in Fig. (7) [61]. KanaChol may be triply charged at physiological pH and was found to be highly effective for *in vitro* gene delivery into a variety of mammalian cell lines, especially when formulated as liposomes with DOPE. KanaChol/DOPE liposomes were also found to mediate efficient gene transfection into the mouse airway epithelium, the target tissue in diseases such as cystic fibrosis [62]. The potential of lipid-derivatives of other members of the aminoglycoside family, (such as neomycin and paromomycin) for gene transfection is currently investigated by our group.

Binding of DNA phosphate anions has also been characterised for guanidinium groups, the binding being mediated by a pair of parallel hydrogen bonds. Guanidinium groups are highly basic, and so DNA binding should therefore be relatively insensitive to pH variations during intracellular trafficking as well as to the proximity of other positively charged groups. The group is found naturally in arginine residues, which play a crucial role in DNA-binding proteins such as histones and protamines, a process also mediated by hydrogen-bonding to nucleic bases (especially guanine). Over the last few years, our group has synthesised and tested two bis-guanidinium cholesterol derivatives: BGSC (bis-guanidinium-spermidine-cholesterol) and BGTC (bis-guanidinium-tren-cholesterol) [63]. The structure of BGTC is shown in Fig. (8). Both vectors were highly efficient for gene transfection *in vitro* into a variety of mammalian cell lines when formulated as cationic liposomes with DOPE. BGTC was found to be soluble in aqueous medium alone and so could be successfully used for transfection when formulated without DOPE, although further studies confirmed the particular ability of BGTC/DOPE liposomes to efficiently transfect airway epithelial cells *in vivo* [64]. Of note, per-guanylation of the amino groups of KanaChol (see above and Fig. (7)) caused however a significant decrease in transfection efficiency [62]. The structurally related amidine function has also been employed as cationic headgroup. Vectamidine (Fig. (8)) was able to transfect a wide-variety of cell lines and has been shown by transmission electron microscopy (TEM) to disrupt endosomal membranes to a high degree [65, 66].

Heyes *et al.* have evaluated the ability of the four natural cationic amino acids to function as headgroups in cationic lipids [67]. Tryptophan caused aggregation during formulation and would not form liposomes. The histidine headgroup yielded moderate levels of transfection, whereas the lysine and arginine headgroups led to highly efficient gene delivery. However, poly-L-lysine [68-70] as well as histidine-

rich polymers and peptides have been identified as efficient gene delivery vectors [71, 72]. Interestingly, recent studies with cationic lipids incorporating a single histidine residue suggest that their transfection efficiency is due to histidine-mediated membrane fusion activity within the endosome [73]. Indeed, as membrane fusion by the cationic lipid was only induced at acidic pH, a mechanism whereby protonation of the histidine imidazol group led to an increased interaction between the lipoplexes and the phospholipids of the anionic endosomal membrane was proposed. Incorporation (into monovalent vectors) of the imidazolinium group, the reduced product of the imidazole group found in histidine, has also been reported. The hydroxyethylated DOTIM (1-[2-[9(Z)-octadecenoyloxy)ethy1]-2-(8(Z)-heptadecenyl)-3-(2-hydroxyethyl)imidazolinium chloride) (Fig. (8)) emerged as the most effective *in vivo* of a series of vectors differing in the length of the acyl chain [74].

Finally, vectors adapted from gemini surfactants and containing two alkyl chains and two headgroups connected by a tether have also been developed. About 20 different structural types have been prepared with encouraging transfection properties prompting numerous structure-activity studies [75]. Interestingly, the glucose-based gemini surfactant (Lipid (VI) of Fig. (8)) undergoes a vesicle to micelle transition within the endosomal pH range, which is likely due to the sequential protonation of its two tertiary amines [76]. The subsequent formation of mixed micelles between the gemini surfactants and the endosomal membrane phospholipids may lead to endosomal disruption. Small-angle X-ray scattering (SAXS) and cryo-TEM analysis of the transitions occurring in the lipoplex structure showed three defined morphologies on decreasing pH: a lamellar phase, a condensed lamellar phase and finally an inverted hexagonal phase, the latter being generally difficult to induce in the absence of DOPE [77]. The importance of the length of the tether between the two headgroups has been studied and the optimal spacing was found to be about 10 A, a distance corresponding to the spacing of opposing phosphodiesters in the DNA minor groove.

## LIPID MOIETY DESIGN

It is generally agreed that the length and type of the aliphatic chains incorporated into cationic lipids significantly affect their transfection efficiency. Thus, vectors are often prepared in a series differing in their hydrophobic domain. A set of results obtained with DMRIE [37] (1,2-dimyristyloxy-propyl-3-dimethyl-hydroxyethylammonium bromide, an analogue of DOTMA), glycine betaine derivatives [78], alkyl acyl carnitine esters [79], lactic acid derivatives [41] and bis-ether lipids related to DOTAP [67], have shown that a comparison of vectors based solely on the lengths of the two saturated aliphatic chains led to identify the order $C_{14} > C_{16} > C_{18}$ (in terms of transgene expression). It was therefore proposed that a shorter chain length may facilitate intermembrane mixing, an important factor in endosomal escape [37]. A common variation is the use of cis-monounsaturated alkyl chains such as the oleoyl group ($C_{18}$). It appears to lead to higher levels of transfection than the corresponding saturated stearyl derivatives ($C_{18}$), a fact possibly related to the issues of hydrophobic moiety hydration (see above) [37, 79].

REF_ALN_00002060

Fig. (8). Multivalent headgroups for cationic lipids: part B.

However, it should be emphasised here that it is rather difficult to make general assumptions based solely on a single aspect of the vector design. For example, Behr and co-workers have prepared a series of lipopolyamines and found that their gene delivery efficiency was independent of chain saturation (oleoyl *vs* stearyl lipopolyamines) [80]. Further, when comparing saturated chains, McGregor *et al.* identified $C_{18}$ chains to be optimal in a series of gemini surfactants according to the order $C_{18} > C_{16} > C_{14}$ [81], which was also reported by Scherman and co-workers with a series of linear polyamine-based vectors [56].

Incorporation of two aliphatic chains of different length has also been assessed. The results suggest that $C_{12}$ / stearyl

or $C_{12}$ / oleoyl combinations may lead to vectors with a more fusogenic character which is advantageous for endosomal escape [67, 82]. Micelles are expected to form when using vectors containing either two short alkyl chains of equal length (such as the $C_8$ chain homologue of the $C_{12}$ lipopoly-amine DOGS (Fig. (3)), or just a single aliphatic chain (such as the lipopolyamine $C_{18}Sper^{3+}$ (N'-octadecylspermine-carboxamide hydrofluoroacetate)) [80]. Such micellar vectors were however inefficient *in vitro*. Ongoing research focusses on the use of single-chained cationic detergents capable of dimerisation *via* oxidation [83, 84].

Cholesterol has been often used as an alternative to aliphatic chains because of its rigidity, as well as its endo-

Case 1:22-cv-00336-CFC   Document 184-6   Filed 03/06/24   Page 63 of 540 PageID #: 14981

genous biodegradability and fusion activity. Covalently bound cholesterol was first included as the hydrophobic portion of the vector DC-Chol by the Huang group [25] (Fig. (3)), and then subsequently by others including ourselves with our own lipids BGTC and KanaChol and their analogues (see above). It is noteworthy that the rigidity of the cholesterol ring may be of particular interest when lipoplexes with a high degree of physical stability are required as for aerosol delivery. Accordingly, it has been shown that BGTC/DOPE/DNA lipoplexes resist to the shear forces involved in nebulisation [85]. Finally, cholesterol can also be used as a neutral colipid alternative to DOPE in the formulation of cationic liposomes.

In a continuation of our studies with bis-guanidinium vectors such as BGTC (see above and Fig. (8)), we have investigated the properties of vectors incorporating diacetylene groups in their alkyl chain typified by BGDA (pentacosa-10,12-diynoic acid (2[bis-(2-guanidino-ethyl)-amino]-ethyl)-amide) of Fig. (9) [86]. Such lipids may provide a favourable degree of fluidity and destabilisation within cell membranes as the presence of the diacetylene units results in their two ends being positioned further apart. In addition, diacetylene groups offer the potential to create polymerised domains, which may enhance the lipoplex biostability and/or provide a means to immobilise a targeting ligand. BGDA/DOPE/DNA lipoplexes demonstrated significant levels of transfection *in vitro* as well as resistance to serum, which suggested their possible exploitation *in vivo*. Although the vector was inefficient without use of the colipid DOPE, it was equally effective when prepared in a ternary formulation with a neutral diacetylene colipid HEDA (pentacosa-10,12-diynoic acid (2-hydroxyethyl)-amide).

Tetraalkylated vectors have been prepared as derivatives of the lipid DODAC (dioleyldimethylammonium chloride), to yield the lipids TODMAC3 (N,N,N',N'-tetraoleyl-N,N'-dimethyl-1,3-propanediammonium chloride) and TODMAC6 (N,N,N',N'-tetraoleyl-N,N'-dimethyl -1,6 -hexanediammonium chloride), which have a three carbon or five carbon tether respectively (Fig. (9)) [87]. Incorporation of four alkyl chains is in keeping with the notion of designing cone-shaped vectors to induce the formation of inverted hexagonal phases, which are considered more prone to the lipid mixing required for endosomal release. Here, it was found that TODMAC6 was better than TODMAC3 at forming non-bilayer structures in mixtures with anionic lipids. TODMAC6 also led to greater transfection levels than TODMAC3 or the double-chained DODAC (at or above a positive charge ratio of 2.5). It was hypothesised that the charges on TODMAC3 may be too close to allow interaction with more than one anionic lipid at a time, thereby diminishing its charge neutralisation capacity.

Finally, the hydrophobic domain has been modified functionally by the inclusion of highly fluorinated alkyl chains which are both hydrophobic and lipophobic, a characteristic which may better protect the lipoplex from unwanted interactions. At first, a series of close fluorinated analogues of DOGS (with either both chains fluorinated to varying degrees or just a single chain fluorinated with the other remaining a regular alkyl chain) were prepared in order to chart the effect of the hydrophobic/lipophobic balance on transfection efficiency (Fig. (9)) [88]. Schematically, it was found that the more fluorinated the vectors, the greater the degree of gene delivery, all the vectors having low cytotoxicity. Subsequently, fluorinated analogues of DOTMA (Fig. (3)) and DMRIE (Fig. (5)) as well as DPPES [24] were also prepared, but their *in vitro* transfection efficiency did not better that of the fluorinated DOGS [89]. It should be added that inclusion of a partially fluorinated DOPE into a lipopolyamine formulation has been found to improve the transfection efficiency both *in vitro* and *in vivo* such that higher transfection levels were achieved than with the popular cationic polymer PEI (polyethylenimine) [90].

## LINKER DESIGN

The hydrophobic and hydrophilic moieties of cationic lipids are commonly linked using carbamate, amide, ester or ether bonds. The linking bond mediates the stability of the cationic amphiphile and so a balanced choice must be made between a vector's persistence and its toxicity which is likely to be related to its half-life in the cell. Although no particular bond emerges as consistently optimal in structure-activity studies across different vector types, it is however generally recognised that ether linked vectors are particularly stable [43]; consequently, they are expected to be more toxic than ester linked lipids, which may be more easily cleaved within the cell [3]. Carbamates are thought to achieve a reasonable balance between stability and toxicity and are therefore often used, e.g. in DC-Chol and BGTC [25, 63].

The use of linkers incorporating functional groups that are cleavable on shorter time scales and under specific stimuli is however of emerging interest, as DNA release may here be facilitated by a triggered decomplexation mechanism. Thus, cleavable vectors have been developed that are sensitive to stimuli such as decrease in pH, change in redox potential, enzymes and, recently, photo-sensitivity [91]. As biological stimuli occurring post-internalisation of the lipoplexes are of obvious interest, only the advances in linker design that incorporate pH, redox or enzymatic sensitivity will be discussed here. A complementary approach would be the incorporation of labile linkers into the colipid rather than the cationic lipid itself. A comprehensive review on this topic has recently been published [92] and it will thus not be covered here. Before detailing the different types of cleavable linkers, it should be stressed that the use of degradable amphiphiles may lead to reduced cytotoxicity when compared with counterparts with a more chemically stable linker.

## pH-SENSITIVE LINKERS

It is generally agreed that lipoplexes are taken up by the target cells *via* an endocytotic mechanism resulting in the lipoplex being enclosed within the endosomal compartment (stage 2, Fig. (2)). Evidence also suggests that the relatively poor transfection activity of non-viral vectors is (at least) in part due to an inefficiency in escaping from the early endosomes (stage 3, Fig. (2)) before degradation of the DNA by the nucleases of the late endosomes and lysosomes (barred arrow in Fig. (2)) [1]. Of particular interest here is the drop in pH within the endosome. Indeed, the endosomal pH, which is initially that of the extracellular medium (pH 7.2-7.4), is progressively lowered to approximately 5.0 by ATP-

REF_ALN_00002062

**Fig. (9).** Modifications made to the hydrophobic domain.

dependent proton pumps located in the endosomal membrane [19]. When incorporating an acid-sensitive functional group into the linker, it may therefore be hoped that the pH drop will act as a trigger, disconnecting the hydrophobic and hydrophilic portions of the lipoplex, and thereby destabilising the lipoplex structure. Thus, if the resulting DNA decomplexation would be concomitant with endosomal membrane destabilisation (by remaining intact cationic lipids or a colipid such as DOPE), release of the DNA into the cytosol should be enhanced and consequently the level of gene transfection may be augmented.

Synthesis of the cationic lipid BCAT (O-(2R-1,2-di-O-(1Z,9Z-octadecadienyl)-glycerol)-3- N -(bis-2-aminoethyl) -carbamate) (Fig. (10)) has been reported by Boomer *et al.* [93]. BCAT incorporates acid-sensitive vinyl ether groups which allow the vector to undergo complete hydrolysis in acidic solution, which is the probable cause of the higher levels of transgene expression observed in comparison to a non-hydrolysable control lipid. Likewise, the steroid-based Lipid **(VII)** (cholest-5-en-3-one 3-(dimethylammonium chloride)propylene acetal) (Fig. (10)) with an acid-sensitive ketal bond, also underwent hydrolysis in acidic medium where an ether analogue remained undegraded [94]. Lipid **(VII)** achieved levels of gene delivery similar to DC-Chol,

but toxicity was correspondingly low. The hydrolytically less stable ortho ester bond has also been integrated into the structure of a cationic lipid by Zhu *et al.* who reported that the hydrolysable trioxabicyclo[2,2,2]octane-containing cationic Lipid **(VIII)** of Fig. (10) was roughly ten fold more active than DOTAP and DC-Chol for transfection of NIH 3T3 cells [95].

Finally, in drug-conjugate design, the acid-sensitive acylhydrazone group has been much used as linker between the antineoplastic drug (doxorubicin, daunorubicin) and the carrier (antibody, serum albumin, transferrin, polyethylene glycol) with a view to reduce unwanted drug toxicity [96-98]. In a similar approach, we have recently synthesised a small series of cationic lipids with an acylhydrazone group between a steroid moiety and a bis-guanidinium headgroup. The vectors were prepared in a series differing in the choice of steroid moiety and were found to undergo hydrolytic cleavage in acidic solution while retaining relative stability at physiological pH. *In vitro* transfection experiments indicated that a 'window of stability' of the acylhydrazone bond might be required for efficient gene delivery. Accordingly, a lipid characterised by a cholest-4-enone hydrophobic moiety (i.e. with a double bond in the steroid ring A conjugated to the hydrazone carbon-nitrogen double bond) was found to

Case 1:22-cv-00336-CFC   Document 184-6   Filed 03/06/24   Page 65 of 540 PageID #: 14983

**Fig. (10).** The incorporation of acid-sensitive linkers into lipid design: pH-triggerable lipids.

allow significant gene transfection. As presumed, the lipid also caused only low levels cytotoxicity likely because of its degradable bond. Further, our acylhydrazone cationic lipid was found to be tolerant to serum and mediated significant gene transfection into the mouse airways *in vivo* (A Aissaoui *et al.*, *submitted for publication*).

## REDOX-SENSITIVE LINKERS

Redox potential-sensitive lipids constitute another family of triggerable vectors. Here, the underlying biological rationale is that, once internalised into the cell, the lipoplex is presented with relatively high concentrations of reductive substances (for example, 10 mM glutathione [99] and the enzymes thioredoxin and glutaredoxin [100]). Incorporation of redox-sensitive disulphide bonds into the linker structure will consequently lead to cleavage of the group, destabilising the complex and leading to DNA release (in a similar manner as the pH-sensitive systems). For example, synthesis of the disulphide-containing ornithine conjugate DOGSDSO (1,2-dioleoyl-sn-glycero-3-succinyl-2-hydroxyethyl disulfide ornithine) (Fig. (11)) has been reported [101]. DOGSDSO lipoplexes were found to be cleaved by the reductant dithiothreitol (DTT) with subsequent plasmid DNA release. *In vitro* experiments showed a 6 to 15-fold increase in transfection compared to DOTAP, and an up to 50-fold enhanced transfection compared to a non-cleavable analogue. By employing dithiodiglycolic acid to link the polar and hydrophobic domains, the authors conveyed an increased sensitivity to the disulphide linker. As a result, cleavage of CHDTAEA (cholesteryl hemidithiodiglycolyl tris(amino-ethyl)ammonium trifluoroacetate) (Fig. (11)) could be induced

by the less reducing but endogenous glutathione [102]. It is noteworthy that the increased sensitivity to cleavage rendered the lipid non-cytotoxic.

Balakirev *et al.* have based vector design on the natural amphiphile lipoic acid. They have noticeably prepared a compound capable of both intramolecular and intermolecular disulphide bond formation *via* the thermodynamically unstable 1,2-dithiolane ring, which tends towards thiol-disulphide exchange and self-polymerisation (with the monomers linked by the dithiols) [103]. The monomeric or polymeric forms of the bis-dithiolane AP1 (N-[1-(2,3-dilipoyloxy) propyl]-N,N,N-trimethylammonium methylsulfate) (Fig. (11)) could be reduced by DTT to form the tetrathiol characterised by a lower binding affinity for DNA, thereby endowing the system with a triggered DNA release mechanism. On addition of the reducing agent, AP1 lipoplexes observed by electron microscopy changed shape and eventually disappeared. Importantly, DNA release by endogenous reducing agents was confirmed, but it required the higher concentrations found in the nucleus rather than the lower ones found in the cytoplasm. Experimental data indicated that only slightly better gene transfection was achieved by lipid AP1 in its polymeric form (compared to the structural relative DOTAP). However, when the vector was polymerised in the presence of the adenovirus fiber peptide pI, improved transfection levels (up to 6-10 times higher than the reference) were observed.

The importance of the site at which the dithiol group is located in the cationic lipid has also been explored. Scherman and co-workers prepared a series of lipopolyamines with three different sites of incorporation: i) in the linker between

**Fig. (11).** Redox-sensitive lipids as triggerable vectors: incorporation of a dithiol group.

the polar and hydrophobic regions; ii) in the chain of one of the two fatty chains; and iii) between the linker and an additional side group carrying a $C_5$ or $C_{12}$ hydrocarbon chain (Lipids (**IX**), (**X**) and (**XI**) of Fig. (**12**)) [104, 105]. Interestingly, the vector with the dithiol located between the head and tail regions (Lipid (**IX**)) showed a total loss of activity, whereas the lipids with a dithiol connecting the additional side chain to the vector body (typified by Lipid (**XI**)) showed a substantial improvement in transfection efficiency. Surprisingly, cleavage of one of the two fatty acid chains of Lipid (**X**), effectively converting the lipid into a detergent, also led to higher transfection compared to a non-cleavable analogue.

The thiol-disulphide reaction has also been used to create gemini surfactants (see above) from cationic cysteine detergents [106]. The aim was to condense the DNA into discrete monomolecular particles (containing a single nucleic acid molecule) small enough to cross membranes and diffuse through tissues and blood vessels, i.e. to overcome crucial barriers to gene transfection. The lipoplex comprising of the cationic detergent and a single molecule of DNA was stabilised *via* air-oxidation to generate the gemini disulphide surfactant, and subsequently coated with PEG chains equipped with folic acid residues for tumour targeting purposes [83, 107]. Although receptor-mediated entry was demonstrated, *in vitro* transfection results were disappointing.

Finally, it should be stressed that redox-sensitive cationic lipids are a still developing branch of triggerable non-viral vectors as the cellular mechanism of disulphide reduction is

as yet not fully understood. For example, the possibility of endosomal cleavage of disulphides has only recently been recognised with the discovery of the reducing enzyme GILT (gamma-interferon-inducible lysosomal thiol reductase), which is the first to be primarily located in the endosomal pathway [108].

## LINKERS INCORPORATING ESTER FUNCTIONS

Remaining within the domain of cationic lipids that are sensitive to biological conditions, there also exists vectors incorporating activated ester groups. Such groups are designed to be cleaved by endogenous esterases, although pH variations may also serve as trigger to hydrolysis. Indeed, the fragility of the ester function in certain environments has been recognised by numerous groups [79, 109]. Its incorporation into vectors to render them 'biodegradable' has thus been undertaken, especially in an attempt to face the cytotoxicity associated with gene delivery by cationic lipids. Leventis and Silvius were the first to investigate the use of cationic lipids with hydrolysis-prone esters located in their linker to provide them specifically with lability on even shorter time-scales (Lipids DOTB (1,2-dioleoyl-3-(4'-trimethylammonio)butanoyl-*sn*-glycerol) and DOSC (1,2-dioleoyl-3-succinyl-*sn*-glycerol) of Fig. (**13**)) [110]. Fluorescent analogues were deemed metabolisable within a few hours of cellular uptake and transfection efficiencies of the vectors were significant and coupled with low cytotoxicity. More recently, the tetraesters DMTM(Gly) (dimyristoyl bis(N,N-trimethylammonioglycyl) tetraester) and DOTM

**Fig. (12).** A series of vectors with a dithiol group located at different sites.

(Gly) (dioleoyl bis(N,N-trimethylammonioglycyl) tetraester) of Fig. (**13**) were prepared and assessed in terms of gene delivery and cytotoxicity [111]. Proximity of the quaternary amines to the two esters of the linker was presumed to enhance the rate of hydrolysis of the latter to yield a non-toxic dilipid. Efficient transfection and reduced cytotoxicity was demonstrated. It should however be stressed here that the specific sensitivity of linker esters to esterases remains generally unconfirmed to date. Accordingly, although the mechanisms are not fully understood, we have ourselves recently observed that a cationic cholesterol derivative, characterised by an ester group in its linker as well as in its cationic headgroup, was highly efficient for gene transfection *in vitro* and into the mouse airways *in vivo* (Aissaoui *et al., unpublished results*).

An ester group has also been introduced between the pyridinium headgroup and alkyl chains of SAINT vectors (for example SAINT-2 of Fig. (**13**)) [112]. The site of attachment of the ester group to the pyridinium heterocycle of the resulting SAINT Esters (Fig. (**13**)) had a significant impact on the transfection efficiency (meta > para) which however, was in each case greater than that of the non-ester control SAINT-2 [113]. As foreseen, the toxicity of the ester analogues was also lower. However, contrary to initial expectations, the SAINT Ester vectors were found to be most stable at low pH, with increasing instability on increasing basicity, thereby confusing any mechanistic predictions for the observed increase in transfection levels based on pH alone. The same pH profile was observed for the latest generation of SAINT vectors, which incorporate an ester group between each of the two aliphatic chains (SAINT diEster of Fig. (**13**)) [114]. The authors noted a cooperative effect in the hydrolysis of the two esters, the cleavage of the first ester group being aided by the electron-withdrawing effect of the second. Because the subsequent hydrolysis of the second group was retarded (due to the zwitterionic nature of the headgroup after cleavage of the first ester), the vector possibly remained in its single-chain surfactant state long

enough to induce, in the lipoplex, an inverted hexagonal phase facilitating lipid mixing required for endosomal escape. Transfection levels were found to be cell line-dependent, but they did better than those of the SAINT-2 vector in HepG2 cells.

Environment-sensitive or 'triggerable' vectors represent a new approach to gene delivery by cationic lipids. Here, direct parallels can be drawn with viral vectors which themselves exploit the acidification of the endosome and the reducing environment of the cytoplasm [115, 116]. However, regardless of whether dealing with viral or non-viral vectors, it is clear that the environment-responsive function must be sensitive enough to be triggered at the correct time during the trafficking process with avoidance of premature or late responses. When more than one trigger is included, as is certainly the case with viruses, the sequence of transitions must take place chronologically [4]. The development of highly 'sophisticated' cationic lipid-based gene delivery systems may therefore be viewed as 'programmed supramolecular systems' obtained *via* a defined plan, the information necessary for the assembly process to take place and the algorithm that it follows being stored in the components and operating *via* selective molecular recognition events [117].

## CATIONIC LIPID DESIGN IN RELATION TO OTHER ASPECTS OF GENE TRANSFECTION

In order to situate the present review in a more general background, it should be emphasised that the efficacy of gene delivery does not rest upon improving the design of the cationic lipid alone but also on other factors, such as the supramolecular structure of the lipoplexes [118] as well as the decoration of the nanoparticles with functional elements for steric stabilisation and shielding from extracellular environments [119, 120], targeting of specific cells [121] and facilitated uptake [122]. These features lie outside the scope of this review, whose aim was to provide an overview of the

REF_ALN_00002066

**Fig. (13).** Incorporation of ester functions into the linker: esterases and/or pH-sensitive vectors.

field at the molecular level in terms of design of the three basic functional domains of any cationic lipid. However, at this level, another unmistakable goal is to facilitate the passage of the DNA or lipoplex (though decomplexation must occur before expression can occur) across the nuclear membrane [123]. Approaches to face this most considerable barrier have up to now relied on DNA chemistry rather than chemistry on the vectoring entities, i.e. modification of the plasmid DNA such that endogenous cellular mechanisms may facilitate its nuclear uptake. Here, advances have been made by conjugation of short NLS (nuclear localisation signal) peptides to the DNA [124, 125]. Steroid-mediated gene delivery (SMGD) is an alternative approach for nuclear

uptake of plasmids. Conjugation of a dexamethasone derivative to the DNA to improve gene delivery by exploiting existing glucocorticoid-sensitive shuttling pathways into the nucleus has been reported [126, 127]. DNA-chemistry for gene delivery is likely to be a decisive addition to the complementary approaches to transfection, which at present rely fundamentally on vector design. Finally, it should be emphasised here that, as already discussed above, the potential of a given transfection reagent for a particular clinical gene therapy application can be assessed at best by using relevant experimental systems, a successful transfection being a combination of appropriate gene delivery and adequate transgene expression.

Case 1:22-cv-00336-CFC Document 184-6 Filed 03/06/24 Page 69 of 540 PageID #: 14987

## CONCLUSIONS

Cationic lipids can be readily prepared and characterised, and thereby compared in order to generate the structure-activity relationships which are required if advances in initial design are to take place. As the biological barriers and chemical environments that the lipoplexes traffic through are not fully understood, a wide variety of cationic lipids have been designed *via* more or less empirical modifications to headgroup, hydrophobic domain and linker. New research directions should be able to profit greatly from the results generated in this way and the conciliation of the many separate approaches can now be considered with a fuller picture at hand. However, although it is informative to consider vector design in the context of modifications to a single domain of the three basic parts of any cationic lipid, it should be stressed that it is the properties of the entire molecule that determine its efficiency for gene delivery (hydrophobic/hydrophilic balance, interactions with DNA and eventually a colipid or a membrane lipid). Transfection activity is unlikely therefore to be guided by modification to one domain of the structure alone, but rather by a cooperative interaction of the different constitutive parts. In addition, it may be foreseen that it will be very difficult to equip a single cationic lipid with all the diverse functions required for performing in a chronological order the various steps involved in gene transfection. Thus, in order to be successful, the future of cationic lipid-mediated gene delivery will probably see the development of sophisticated, multimodular systems which can be viewed as 'artificial viruses'.

## ACKNOWLEDGEMENTS

This work was supported by the Marie Curie Individual Fellowship Program and grants from Vaincre la Mucoviscidose (Paris, France) and the Association Française contre les Myopathies (Evry, France).

## ABBREVIATIONS

| | | |
|---|---|---|
| AP1 | = | N-[1-(2,3-dilipoyloxy)propyl]-N,N,N-trimethylammonium methylsulfate |
| βAE-DMRIE | = | N-(2-aminoethyl)-N,N-dimethyl-2,3-bis(tetradecyloxy)-l-propanaminium bromide |
| BCAT | = | O-(2R-1,2-di-O-(1Z,9Z-octadecadienyl)-glycerol)-3-N-(bis-2-aminoethyl)-carbamate |
| BGDA | = | Pentacosa-10,12-diynoic acid (2[bis-(2-guanidino-ethyl)-amino]-ethyl)-amide |
| BGSC | = | Bis-guanidinium-spermidine-cholesterol |
| BGTC | = | Bis-guanidinium-tren-cholesterol |
| CHDTAEA | = | Cholesteryl hemidithiodiglycolyl tris(aminoethyl)ammonium trifluoroacetate |
| $C_{18}Sper^{3+}$ | = | N'-octadecylsperminecarboxamide hydrofluoroacetate |
| DC-Chol | = | 3β-[N-(N',N'-dimethylaminoethyl) carbamoyl) cholesterol) |

| | | |
|---|---|---|
| DDAB | = | Dioctadecyldimethylammonium bromide |
| DHDEAB | = | N,N-di-n-hexadecyl-N,N-dihydroxyethylammonium bromide |
| DHMHAC | = | N,N-di-n-hexadecyl-N-methyl,N-(2-hydroxyethyl)ammonium chloride |
| DMHMAC | = | N,N–myristyl-N-(1-hydroxyprop-2-yl)-N-methylammonium chloride |
| DMRIE | = | 1,2-dimyristyloxypropyl-3-dimethyl-hydroxyethylammonium bromide |
| DMTM(Gly) | = | Dimyristoyl bis(N,N-trimethylammonioglycyl) tetraester) |
| DODAC | = | Dioleyldimethylammonium chloride |
| DOGS | = | Dioctadecylamido-glycylspermine |
| DOGSDSO | = | 1,2-dioleoyl-sn-glycero-3-succinyl-2-hydroxyethyl disulfide ornithine |
| DOPE | = | Dioleoyl phosphatidylethanolamine |
| DORI | = | 1,2-dioleyloxypropyl-3-dimethyl-hydroxyethyl ammonium chloride |
| DORIE | = | 1,2-dioleoyl-3-dimethyl-hydroxyethyl ammonium bromide |
| DOSC | = | 1,2-dioleoyl-3-succinyl-*sn*-glycerol |
| DOTAP | = | 1,2-dioleoyloxy-3-[trimethylammonio]-propane |
| DOTB | = | 1,2-dioleoyl-3-(4'-trimethylammonio) butanoyl-*sn*-glycerol |
| DOTIM | = | 1-[2-(9(Z)-octadecenoyloxy)ethyl]-2-(8(Z)-heptadecenyl)-3-(2-hydroxyethyl) imidazolinium chloride |
| DOTM(Gly) | = | Dioleoyl bis(N,N-trimethylammonio-glycyl)tetraester |
| DOTMA | = | N-(1-(2,3-dioleyloxy)propyl)-N,N,N-trimethylammonium chloride) |
| DTT | = | Dithiothreitol |
| GILT | = | Gamma-interferon-inducible lysosomal thiol reductase |
| HEDA | = | Pentacosa-10,12-diynoic acid (2-hydroxyethyl)-amide |
| KanaChol | = | 3β-[6'-kanamycin-carbamoyl]cholesterol |
| MVL5 | = | $N^1$-[2-1S-1-[3-aminopropylamino]-4-[di-3-aminopropylamino]butylcarboxamidoethyl]-3,4-dioleyloxybenzamide |
| NLS | = | Nuclear localisation signal |
| PEI | = | Polyethylenimine |
| SAXS | = | Small-angle X-ray scattering |
| SMGD | = | Steroid-mediated gene delivery |
| TODMAC3 | = | N,N,N',N'-tetraoleyl-N,N'-dimethyl-1,3-propanediammonium chloride |
| TODMAC6 | = | N,N,N',N'-tetraoleyl-N,N'-dimethyl-1,6-hexanediammonium chloride |
| TEM | = | Transmission electron microscopy |

REF_ALN_00002068

Case 1:22-cv-00336-CFC   Document 184-6   Filed 03/06/24   Page 70 of 540 PageID #: 14988

# REFERENCES

References 128-130 are related articles recently published in Current Pharmaceutical Design.

[1]   Zabner J, Fasbender AJ, Moninger T, Poellinger KA, Welsh MJ. Cellular and Molecular Barriers to Gene-Transfer by a Cationic Lipid. J Biol Chem 1995; 270(32): 18997-19007.

[2]   Behr JP. Synthetic Gene-Transfer Vectors. Acc Chem Res 1993; 26(5): 274-278.

[3]   Gao X, Huang L. Cationic liposome-mediated gene transfer. Gene Ther 1995; 2(10): 710-22.

[4]   Lehn P, Fabrega S, Oudrhiri N, Navarro J. Gene delivery systems: Bridging the gap between recombinant viruses and artificial vectors. Adv Drug Deliv Rev 1998; 30(1-3): 5-11.

[5]   Martin B, Aissaoui A, Sainlos M, Oudrhiri N, Hauchecorne M, Vigneron J-P, *et al*. Advances in Cationic Lipid-Mediated Gene Delivery. Gene Ther Mol Biol 2003; 7: 273-289.

[6]   Aissaoui A, Oudrhiri N, Petit L, Hauchecorne M, Kan E, Sainlos M, *et al*. Progress in gene delivery by cationic lipids: Guanidinium-cholesterol-based systems as an example. Curr Drug Targets 2002; 3(1): 1-16.

[7]   Miller AD. Cationic liposomes for gene therapy. Angew Chem Int Ed 1998; 37(13-14): 1769-1785.

[8]   Roth JA, Cristiano RJ. Gene therapy for cancer: what have we done and where are we going? J Natl Cancer Inst 1997; 89(1): 21-39.

[9]   Hersh EM, Stopeck AT. Cancer gene therapy using nonviral vectors: preclinical and clinical observations. In: Kabanov AV, Felgner PL, Seymour LW, editor. Self-assembling Complexes for Gene Delivery. Chichester, UK: John Wiley and Sons 1998; p. 421-436.

[10]   Alton EWFW, Stern M, Farley R, Jaffe A, Chadwick SL, Phillips J, *et al*. Cationic lipid-mediated CFTR gene transfer to the lungs and nose of patients with cystic fibrosis: a double-blind placebo-controlled trial. Lancet 1999; 353(9157): 947-954.

[11]   Griesenbach U, Geddes DM, Alton EWFW. Cystic fibrosis gene therapy. In: Huang L, Hung MC, Wagner E, editor. Nonviral Vectors for Gene Therapy. San Diego, USA, Academic Press. 1999; p. 337-356.

[12]   Davies JC, Geddes DM, Alton EW. Gene therapy for cystic fibrosis. J Gene Med 2001; 3(5): 409-17.

[13]   Boucher RC. Status of gene therapy for cystic fibrosis lung disease. J Clin Invest 1999; 103(4): 441-445.

[14]   Miller AD. The problem with cationic liposome/micelle-based non-viral vector systems for gene therapy. Curr Med Chem 2003; 10(14): 1195-1211.

[15]   Crystal RG. Transfer of genes to humans: early lessons and obstacles to success. Science 1995; 270(5235): 404-10.

[16]   Labat-Moleur F, Steffan AM, Brisson C, Perron H, Feugeas O, Furstenberger P, *et al*. An electron microscopy study into the mechanism of gene transfer with lipopolyamines. Gene Ther 1996; 3(11): 1010-1017.

[17]   Friend DS, Papahadjopoulos D, Debs RJ. Endocytosis and intracellular processing accompanying transfection mediated by cationic liposomes. Biochim Biophys Acta 1996; 1278(1): 41-50.

[18]   Mislick KA, Baldeschwieler JD. Evidence for the role of proteoglycans in cation-mediated gene transfer. Proc Natl Acad Sci USA 1996; 93(22): 12349-12354.

[19]   Mukherjee S, Ghosh RN, Maxfield FR. Endocytosis. Physiol Rev 1997; 77(3): 759-803.

[20]   Hasegawa S, Hirashima N, Nakanishi M. Microtubule involvement in the intracellular dynamics for gene transfection mediated by cationic liposomes. Gene Ther 2001; 8(21): 1669-1673.

[21]   Nicolau C, Sene C. Liposome-mediated DNA transfer in eukaryotic cells. Dependence of the transfer efficiency upon the type of liposomes used and the host cell cycle stage. Biochim Biophys Acta 1982; 721(2): 185-90.

[22]   Nicolau C, Le Pape A, Soriano P, Fargette F, Juhel MF. *In vivo* expression of rat insulin after intravenous administration of the liposome-entrapped gene for rat insulin I. Proc Natl Acad Sci USA 1983; 80(4): 1068-72.

[23]   Felgner PL, Gadek TR, Holm M, Roman R, Chan HW, Wenz M, *et al*. Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure. Proc Natl Acad Sci USA 1987; 84(21): 7413-17.

[24]   Behr JP, Demeneix B, Loeffler JP, Perez-Mutul J. Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA. Proc Natl Acad Sci USA 1989; 86(18): 6982-6.

[25]   Gao X, Huang L. A novel cationic liposome reagent for efficient transfection of mammalian cells. Biochem Biophys Res Commun 1991; 179(1): 280-5.

[26]   Farhood H, Serbina N, Huang L. The Role of Dioleoyl Phosphatidylethanolamine in Cationic Liposome-Mediated Gene-Transfer. Biochim Biophys Acta 1995; 1235(2): 289-295.

[27]   Vidal M, Hoekstra D. *In vitro* fusion of reticulocyte endocytic vesicles with liposomes. J Biol Chem 1995; 270(30): 17823-9.

[28]   Ellens H, Bentz J, Szoka FC. Fusion of phosphatidylethanolamine-containing liposomes and mechanism of La-HII phase transition. Biochemistry 1986; 25(14): 4141-7.

[29]   Lehn J-M. Preface. In: Huang L, Hung MC, Wagner E, editor. Nonviral Vectors for Gene Therapy. San Diego, USA, Academic Press. 1999; p. xxi.

[30]   Guenin E, Herve A-C, Floch V, Loisel S, Yaouanc J-J, Clement J-C, *et al*. Cationic phosphonolipids containing quaternary phosphonium and arsonium groups for DNA transfection with good efficiency and low cellular toxicity. Angew Chem Int Ed 2000; 39(3): 629-631.

[31]   Floch V, Loisel S, Guenin E, Herve AC, Clement JC, Yaouanc JJ, *et al*. Cation Substitution in Cationic Phosphonolipids: A New Concept To Improve Transfection Activity and Decrease Cellular Toxicity. J Med Chem 2000; 43(24): 4617-4628.

[32]   Floch V, Delepine P, Guillaume C, Loisel S, Chasse S, Le Bolch G, *et al*. Systemic administration of cationic phosphonolipids/DNA complexes and the relationship between formulation and lung transfection efficiency. Biochim Biophys Acta 2000; 1464(1): 95-103.

[33]   Guillaume-Gable C, Floch V, Mercier B, Audrezet M-P, Gobin E, Le Bolc'h G, *et al*. Cationic phosphonolipids as nonviral gene transfer agents in the lungs of mice. Hum Gene Ther 1998; 9(16): 2309-2319.

[34]   Bennett MJ, Aberle AM, Balasubramaniam RP, Malone JG, Malone RW, Nantz MH. Cationic lipid-mediated gene delivery to murine lung: correlation of lipid hydration with *in vivo* transfection activity. J Med Chem 1997; 40(25): 4069-4078.

[35]   Xu YH, Szoka FC. Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection. Biochemistry 1996; 35(18): 5616-5623.

[36]   Hasegawa S, Hirashima N, Nakanishi M. Comparative study of transfection efficiency of cationic cholesterols mediated by liposomes-based gene delivery. Bioorg Med Chem Lett 2002; 12(9): 1299-1302.

[37]   Felgner JH, Kumar R, Sridhar CN, Wheeler CJ, Tsai YJ, Border R, *et al*. Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations. J Biol Chem 1994; 269(4): 2550-61.

[38]   Takeuchi K, Ishihara M, Kawaura C, Noji M, Furuno T, Nakanishi M. Effect of zeta potential of cationic liposomes containing cationic cholesterol derivatives on gene transfection. FEBS Lett 1996; 397(2-3): 207-9.

[39]   Srilakshmi GV, Sen J, Chaudhuri A, Ramadas Y, Rao NM. Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups. Biochim Biophys Acta 2002; 1559(2): 87-95.

[40]   Banerjee R, Das PK, Srilakshmi GV, Chaudhuri A, Rao NM. Novel Series of Non-Glycerol-Based Cationic Transfection Lipids for Use in Liposomal Gene Delivery. J Med Chem 1999; 42(21): 4292-4299.

[41]   Laxmi AA, Vijayalakshmi P, Balagopala Kaimal TN, Chaudhuri A, Ramadas Y, Rao NM. Novel Non-Glycerol-Based Cytofectins with Lactic Acid-Derived Head Groups. Biochem Biophys Res Commun 2001; 289(5): 1057-1062.

[42]   Banerjee R, Mahidhar YV, Chaudhuri A, Gopal V, Rao NM. Design, Synthesis, and Transfection Biology of Novel Cationic

REF_ALN_00002069

*Martin et al.*

Glycolipids for Use in Liposomal Gene Delivery. J Med Chem 2001; 44(24): 4176-4185.

[43]  Ghosh YK, Visweswariah SS, Bhattacharya S. Nature of linkage between the cationic headgroup and cholesteryl skeleton controls gene transfection efficiency. FEBS Lett 2000; 473(3): 341-344.

[44]  Fichert T, Regelin A, Massing U. Synthesis and transfection properties of novel non-toxic monocationic lipids. Variation of lipid anchor, spacer and head group structure. Bioorg Med Chem Lett 2000; 10(8): 787-791.

[45]  Wheeler CJ, Sukhu L, Yang G, Tsai Y, Bustamente C, Felgner P, *et al.* Converting an alcohol to an amine in a cationic lipid dramatically alters the co-lipid requirement, cellular transfection activity and the ultrastructure of DNA-cytofectin complexes. Biochim Biophys Acta 1996; 1280(1): 1-11.

[46]  Aberle AM, Bennett MJ, Malone RW, Nantz MH. The counterion influence on cationic lipid-mediated transfection of plasmid DNA. Biochim Biophys Acta 1996; 1299(3): 281-283.

[47]  Ilies MA, Seitz WA, Caproiu MT, Wentz M, Garfield RE, Balaban AT. Pyridinium-based cationic lipids as gene-transfer agents. Eur J Org Chem 2003; (14): 2645-2655.

[48]  Schmid N, Behr JP. Location of spermine and other polyamines on DNA as revealed by photoaffinity cleavage with poly(amino)benzenediazonium salts. Biochemistry 1991; 30(17): 4357-61.

[49]  Moradpour D, Schauer JJ, Zurawski J, Vincent R, Wands JR, Boutin RH. Efficient Gene Transfer into Mammalian Cells with Cholesteryl-Spermidine. Biochem Biophys Res Commun 1996; 221(1): 82-88.

[50]  Demeneix BA, Behr J-P. The Proton Sponge: A Trick the Viruses Did Not Exploit. In: Felgner PL, Heller HJ, Lehn P, Behr J-P, Szoka Jr FC, editor. Artificial Self-Assembling Systems for Gene Delivery. Washington, DC, USA: American Chemical Society. 1996; p. 146-151.

[51]  Lee ER, Marshall J, Siegel CS, Jiang C, Yew NS, Nichols MR, *et al.* Detailed analysis of structures and formulations of cationic lipids for efficient gene transfer to the lung. Hum Gene Ther 1996; 7(14): 1701-1717.

[52]  Marshall J, Nietupski JB, Lee ER, Siegel CS, Rafter PW, Rudginsky SA, *et al.* Cationic lipid structure and formulation considerations for optimal gene transfection of the lung. J Drug Target 2000; 7(6): 453-469.

[53]  Fujiwara T, Hasegawa S, Hirashima N, Nakanishi M, Ohwada T. Gene transfection activities of amphiphilic steroid-polyamine conjugates. Biochim Biophys Acta 2000; 1468(1-2): 396-402.

[54]  Geall AJ, Eaton MAW, Baker T, Catterall C, Blagbrough IS. The regiochemical distribution of positive charges along cholesterol polyamine carbamates plays significant roles in modulating DNA binding affinity and lipofection. FEBS Lett 1999; 459(3): 337-342.

[55]  Ewert K, Ahmad A, Evans HM, Schmidt H-W, Safinya CR. Efficient synthesis and cell-transfection properties of a new multivalent cationic lipid for nonviral gene delivery. J Med Chem 2002; 45(23): 5023-5029.

[56]  Byk G, Dubertret C, Escriou V, Frederic M, Jaslin G, Rangara R, *et al.* Synthesis, Activity, and Structure-Activity Relationship Studies of Novel Cationic Lipids for DNA Transfer. J Med Chem 1998; 41(2): 224-235.

[57]  Scheule RK, Cheng SH. Gene transfer into mammalian cells using synthetic cationic lipids. In: Felgner PL, Heller, H.J., Lehn, P., Behr, J.-P., Szoka, Jr.F.C., editor. Artificial Self-Assembling Systems for Gene Delivery. Washington, DC, USA: American Chemical Society; 1996; p. 177-190.

[58]  Umezawa H, Hooper IR. Aminoglycoside Antibiotics.: Springer-Verlag: New York, Heidelburg; 1982.

[59]  Moazed D, Noller HF. Interaction of antibiotics with functional sites in 16S ribosomal RNA. Nature 1987; 327(6121): 389-94.

[60]  Hendrix M, Alper PB, Priestley ES, Wong C-H. Hydroxyamines as a new motif for the molecular recognition of phosphodiesters: implications for aminoglycoside-RNA interactions. Angew Chem Int Ed 1997; 36(1/2): 95-98.

[61]  Sainlos M, Belmont P, Vigneron J-P, Lehn P, Lehn J-M. Aminoglycoside-Derived Cationic Lipids for Gene Transfection: Synthesis of Kanamycin A Derivatives. Eur J Org Chem 2003; 15: 2764-2774.

[62]  Belmont P, Aissaoui A, Hauchecorne M, Oudrhiri N, Petit L, Vigneron J-P, *et al.* Aminoglycoside-derived cationic lipids as efficient vectors for gene transfection *in vitro* and *in vivo*. J Gene Med 2002; 4(5): 517-526.

[63]  Vigneron JP, Oudrhiri N, Fauquet M, Vergely L, Bradley JC, Basseville M, *et al.* Guanidinium-cholesterol cationic lipids: Efficient vectors for the transfection of eukaryotic cells. Proc Natl Acad Sci USA 1996; 93(18): 9682-9686.

[64]  Oudrhiri N, Vigneron JP, Peuchmaur M, Leclerc T, Lehn JM, Lehn P. Gene transfer by guanidinium-cholesterol cationic lipids into airway epithelial cells *in vitro* and *in vivo*. Proc Natl Acad Sci USA 1997; 94(5): 1651-1656.

[65]  Zhang G, Gurtu V, Smith TH, Nelson P, Kain SR. A cationic lipid for rapid and efficient delivery of plasmid DNA into mammalian cells. Biochem Biophys Res Commun 1997; 236(1): 126-9.

[66]  El Ouahabi A, Thiry M, Pector V, Fuks R, Ruysschaert JM, Vandenbranden M. The role of endosome destabilizing activity in the gene transfer process mediated by cationic lipids. FEBS Lett 1997; 414(2): 187-192.

[67]  Heyes JA, Niculescu-Duvaz D, Cooper RG, Springer CJ. Synthesis of Novel Cationic Lipids: Effect of Structural Modification on the Efficiency of Gene Transfer. J Med Chem 2002; 45(1): 99-114.

[68]  Monsigny M, Roche A-C, Midoux P, Mayer R. Glycoconjugates as carriers for specific delivery of therapeutic drugs and genes. Adv Drug Deliv Rev 1994; 14(1): 1-24.

[69]  Wagner E. Polylysine-conjugate based DNA delivery. In: Kabanov AV, Felgner PL, Seymour LW, editor. Self-assembling Complexes for Gene Delivery. Chichester, UK: John Wiley and Sons 1998; p. 309-322.

[70]  Gao X, Huang L. Cationic liposomes and polymers for gene transfer. J Lip Res 1993; 3(1): 17-30.

[71]  Pichon C, Goncalves C, Midoux P. Histidine-rich peptides and polymers for nucleic acids delivery. Adv Drug Deliv Rev 2001; 53(1): 75-94.

[72]  Ihm J-E, Han K-O, Han J-K, Ahn K-D, Han D-K, Cho C-S. High Transfection Efficiency of Poly(4-vinylimidazole) as a New Gene Carrier. Bioconjug Chem 2003; 14(4): 707-708.

[73]  Kumar VV, Pichon C, Refregiers M, Guerin B, Midoux P, Chaudhuri A. Single histidine residue in head-group region is sufficient to impart remarkable gene transfection properties to cationic lipids: evidence for histidine-mediated membrane fusion at acidic pH. Gene Ther 2003; 10(15): 1206-1215.

[74]  Solodin I, Brown CS, Bruno MS, Chow C-Y, Jang E-H, Debs RJ, *et al.* A Novel Series of Amphiphilic Imidazolinium Compounds for *in vitro* and *in vivo* Gene Delivery. Biochemistry 1995; 34(41): 13537-44.

[75]  Kirby AJ, Camilleri P, Engberts JBFN, Feiters M. C., Nolte RJM, Soderman O, *et al.* Gemini surfactants: new synthetic vectors for gene transfection. Angew Chem Int Ed 2003; 42(13): 1448-57.

[76]  Fielden ML, Perrin C, Kremer A, Bergsma M, Stuart MC, Camilleri P, *et al.* Sugar-based tertiary amino gemini surfactants with a vesicle- to-micelle transition in the endosomal pH range mediate efficient transfection *in vitro*. Eur J Biochem 2001; 268(5): 1269-1279.

[77]  Bell PC, Bergsma M, Dolbnya IP, Bras W, Stuart MCA, Rowan AE, *et al.* Transfection Mediated by Gemini Surfactants: Engineered Escape from the Endosomal Compartment. J Am Chem Soc 2003; 125(6): 1551-1558.

[78]  Floch V, Legros N, Loisel S, Guillaume C, Guilbot J, Benvegnu T, *et al.* New biocompatible cationic amphiphiles derivative from glycine betaine: a novel family of efficient nonviral gene transfer agents. Biochem Biophys Res Commun 1998; 251(1): 360-365.

[79]  Wang J, Guo X, Xu Y, Barron L, Szoka FC, Jr. Synthesis and Characterization of Long Chain Alkyl Acyl Carnitine Esters. Potentially Biodegradable Cationic Lipids for Use in Gene Delivery. J Med Chem 1998; 41(13): 2207-2215.

[80]  Remy J-S, Sirlin C, Vierling P, Behr J-P. Gene Transfer with a Series of Lipophilic DNA-Binding Molecules. Bioconjug Chem 1994; 5(6): 647-54.

[81]  McGregor C, Perrin C, Monck M, Camilleri P, Kirby AJ. Rational approaches to the design of cationic gemini surfactants for gene delivery. J Am Chem Soc 2001; 123(26): 6215-6220.

REF_ALN_00002070

[82] Balasubramaniam RP, Bennett MJ, Aberle AM, Malone JG, Nantz MH, Malone RW. Structural and functional analysis of cationic transfection lipids: the hydrophobic domain. Gene Ther 1996; 3(2): 163-72.

[83] Zuber G, Zammut-Italiano L, Dauty E, Behr J-P. Targeted gene delivery to cancer cells: Directed assembly of nanometric DNA particles coated with folic acid. Angew Chem Int Ed 2003; 42(23): 2666-2669.

[84] Lleres D, Dauty E, Behr JP, Mely Y, Duportail G. DNA condensation by an oxidizable cationic detergent. Interactions with lipid vesicles. Chem Phys Lipids 2001; 111(1): 59-71.

[85] Densmore CL, Giddings TH, Waldrep JC, Kinsey BM, Knight V. Gene transfer by guanidinium-cholesterol: Dioleoylphosphatidyl-ethanolamine liposome-DNA complexes in aerosol. J Gene Med 1999; 1(4): 251-264.

[86] Patel M, Vivien E, Hauchecorne M, Oudrhiri N, Ramasawmy R, Vigneron JP, et al. Efficient gene transfection by bisguanylated diacetylene lipid formulations. Biochem Biophys Res Commun 2001; 281(2): 536-543.

[87] Gaucheron J, Wong T, Wong KF, Maurer N, Cullis PR. Synthesis and Properties of Novel Tetraalkyl Cationic Lipids. Bioconjug Chem 2002; 13(3): 671-675.

[88] Gaucheron J, Santaella C, Vierling P. Highly Fluorinated Lipospermines for Gene Transfer: Synthesis and Evaluation of Their *in vitro* Transfection Efficiency. Bioconjug Chem 2001; 12(1): 114-128.

[89] Gaucheron J, Santaella C, Vierling P. Transfection with fluorinated lipoplexes based on fluorinated analogues of DOTMA, DMRIE and DPPES. Biochim Biophys Acta 2002; 1564(2): 349-358.

[90] Boussif O, Gaucheron J, Boulanger C, Santaella C, Kolbe HV, Vierling P. Enhanced *in vitro* and *in vivo* cationic lipid-mediated gene delivery with a fluorinated glycerophosphoethanolamine helper lipid. J Gene Med 2001; 3(2): 109-14.

[91] Nagasaki T, Taniguchi A, Tamagaki S. Photoenhancement of Transfection Efficiency Using Novel Cationic Lipids Having a Photocleavable Spacer. Bioconjug Chem 2003; 14(3): 513-516.

[92] Guo X, Szoka FC, Jr. Chemical Approaches to Triggerable Lipid Vesicles for Drug and Gene Delivery. Acc Chem Res 2003; 36(5): 335-341.

[93] Boomer JA, Thompson DH, Sullivan SM. Formation of Plasmid-Based Transfection Complexes with an Acid-Labile Cationic Lipid: Characterization of *in vitro* and *in vivo* Gene Transfer. Pharm Res 2002; 19(9): 1292-1301.

[94] Zhu M-Z, Wu Q-H, Zhang G, Ren T, Liu D, Guo Q-X. Synthesis and evaluation of cationic lipids bearing cholesteryl groups for gene delivery *in vitro*. Bull Chem Soc Jpn 2002; 75(10): 2207-2213.

[95] Zhu J, Munn RJ, Nantz MH. Self-Cleaving Ortho Ester Lipids: A New Class of pH-Vulnerable Amphiphiles. J Am Chem Soc 2000; 122(11): 2645-2646.

[96] Mueller BM, Wrasildo WA, Reisfeld RA. Antibody conjugates with morpholinodoxorubicin and acid-cleavable linkers. Bioconjug Chem 1990; 1: 325-330.

[97] Kaneko T, Willner D, Monkovic I, Knipe JO, Braslawsky GR, Greenfield RS, et al. New hydrazone derivatives of Adriamycin and their immunoconjugates - a correlation between acid stability and cytotoxicity. Bioconjug Chem 1991; 2(3): 133-41.

[98] Kratz F, Beyer U, Schumacher P, Kruger M, Zahn H, Roth T, et al. Synthesis of new maleimide derivatives of daunorubicin and biological activity of acid labile transferrin conjugates. Bioorg Med Chem Lett 1997; 7(5): 617-622.

[99] Meister A, Anderson ME. Glutathione. Annu Rev Biochem 1983; 52: 711-60.

[100] Saito G, Swanson JA, Lee K-D. Drug delivery strategy utilizing conjugation via reversible disulfide linkages: role and site of cellular reducing activities. Adv Drug Deliv Rev 2003; 55(2): 199-215.

[101] Tang F, Hughes JA. Introduction of a disulfide bond into a cationic lipid enhances transgene expression of plasmid DNA. Biochem Biophys Res Commun 1998; 242(1): 141-145.

[102] Tang F, Hughes JA. Use of Dithiodiglycolic Acid as a Tether for Cationic Lipids Decreases the Cytotoxicity and Increases

Transgene Expression of Plasmid DNA *in vitro*. Bioconjug Chem 1999; 10(5): 791-796.

[103] Balakirev M, Schoehn G, Chroboczek J. Lipoic acid-derived amphiphiles for redox-controlled DNA delivery. Chem Biol 2000; 7(10): 813-819.

[104] Byk G, Wetzer B, Frederic M, Dubertret C, Pitard B, Jaslin G, et al. Reduction-Sensitive Lipopolyamines as a Novel Nonviral Gene Delivery System for Modulated Release of DNA with Improved Transgene Expression. J Med Chem 2000; 43(23): 4377-4387.

[105] Wetzer B, Byk G, Frederic M, Airiau M, Blanche F, Pitard B, et al. Reducible cationic lipids for gene transfer. Biochem J 2001; 356(3): 747-756.

[106] Dauty E, Remy J-S, Blessing T, Behr J-P. Dimerizable Cationic Detergents with a Low cmc Condense Plasmid DNA into Nanometric Particles and Transfect Cells in Culture. J Am Chem Soc 2001; 123(38): 9227-9234.

[107] Dauty E, Remy JS, Zuber G, Behr JP. Intracellular delivery of nanometric DNA particles via the folate receptor. Bioconjug Chem 2002; 13(4): 831-839.

[108] Phan UT, Arunachalam B, Cresswell P. Gamma-interferon-inducible lysosomal thiol reductase (GILT). Maturation, activity, and mechanism of action. J Biol Chem 2000; 275(34): 25907-25914.

[109] Obika S, Yu W, Shimoyama A, Uneda T, Miyashita K, Doi T, et al. A symmetrical and biodegradable cationic lipid. Synthesis and application for efficient gene transfection. Bioorg Med Chem Lett 1997; 7(14): 1817-1820.

[110] Leventis R, Silvius JR. Interactions of mammalian cells with lipid dispersions containing novel metabolizable cationic amphiphiles. Biochim Biophys Acta 1990; 1023(1): 124-32.

[111] Aberle AM, Tablin F, Zhu J, Walker NJ, Gruenert DC, Nantz MH. A Novel Tetraester Construct That Reduces Cationic Lipid-Associated Cytotoxicity. Implications for the Onset of Cytotoxicity. Biochemistry 1998; 37(18): 6533-6540.

[112] van der Woude I, Wagenaar A, Meekel AAP, ter Beest MBA, Ruiters MHJ, Engberts JBFN, et al. Novel pyridinium surfactants for efficient, nontoxic *in vitro* gene delivery. Proc Natl Acad Sci USA 1997; 94(4): 1160-1165.

[113] Roosjen A, Smisterova J, Driessen C, Anders JT, Wagenaar A, Hoekstra D, et al. Synthesis and characteristics of biodegradable pyridinium amphiphiles used for *in vitro* DNA delivery. Eur J Org Chem 2002; (7): 1271-1277.

[114] Pijper D, Bulten E, Smisterova J, Wagenaar, Hoekstra D, Engberts JBFN, et al. Novel Biodegradable Pyridinium Amphiphiles for Gene Delivery. Eur J Org Chem 2003; (22): 4406-4412.

[115] Goff SP. Intracellular trafficking of retroviral genomes during the early phase of infection: viral exploitation of cellular pathways. J Gene Med 2001; 3(6): 517-28.

[116] Meier O, Greber UF. Adenovirus endocytosis. J Gene Med 2003; 5(6): 451-462.

[117] Lehn J-M. Supramolecular chemistry - molecular information and the design of supramolecular materials. Makromol Chem, Macromol Symp 1993; 69(4th European Polymer Federation Symposium on Polymeric Materials, 1992): 1-17.

[118] Pitard B, Oudrhiri N, Vigneron JP, Hauchecorne M, Aguerre O, Toury R, et al. Structural characteristics of supramolecular assemblies formed by guanidinium-cholesterol reagents for gene transfection. Proc Natl Acad Sci USA 1999; 96(6): 2621-2626.

[119] Zhang YP, Sekirov L, Saravolac EG, Wheeler JJ, Tardi P, Clow K, et al. Stabilized plasmid-lipid particles for regional gene therapy: formulation and transfection properties. Gene Ther 1999; 6(8): 1438-1449.

[120] Pitard B, Oudrhiri N, Lambert O, Vivien E, Masson C, Wetzer B, et al. Sterically stabilized BGTC-based lipoplexes: structural features and gene transfection into the mouse airways *in vivo*. J Gene Med 2001; 3(5): 478-487.

[121] Remy J-S, Kichler A, Mordvinov V, Schuber F, Behr J-P. Targeted gene transfer into hepatoma cells with lipopolyamine-condensed DNA particles presenting galactose ligands: a stage toward artificial viruses. Proc Natl Acad Sci USA 1995; 92(5): 1744-8.

[122] Arangoa MA, Duezguenes N, Tros de Ilarduya C. Increased receptor-mediated gene delivery to the liver by protamine-enhanced-asialofetuin-lipoplexes. Gene Ther 2003; 10(1): 5-14.

[123] Munkonge FM, Dean DA, Hillery E, Griesenbach U, Alton EWFW. Emerging significance of plasmid DNA nuclear import in gene therapy. Adv Drug Deliv Rev 2003; 55(6): 749-760.

[124] Zanta MA, Belguise-Valladier P, Behr JP. Gene delivery: A single nuclear localization signal peptide is sufficient to carry DNA to the cell nucleus. Proc Natl Acad Sci USA 1999; 96(1): 91-96.

[125] Escriou V, Carriere M, Scherman D, Wils P. NLS bioconjugates for targeting therapeutic genes to the nucleus. Adv Drug Deliv Rev 2003; 55(2): 295-306.

[126] Rebuffat AG, Nawrocki AR, Nielsen PE, Bernasconi AG, Bernal-Mendez E, Frey BM, *et al*. Gene delivery by a steroid-peptide nucleic acid conjugate. FASEB J 2002; 16(11): 1426-1428.

[127] Rebuffat A, Bernasconi A, Ceppi M, Wehrli H, Verca SB, Ibrahim M, *et al*. Selective enhancement of gene transfer by steroid-mediated gene delivery. Nat Biotechnol 2001; 19(12): 1155-1161.

[128] Furlan R, Pluchino S, Martino G. Gene therapy-mediated modulation of immune processes in the central nervous system. Curr Pharm Design 2003; 9(24): 2002-8.

[129] Ilies MA, Seitz WA, Balaban AT. Cationic lipids in gene delivery: principles, vector design and therapeutical applications. Curr Pharm Design 2002; 8(27): 2441-73.

[130] Vries EF, Buursma AR, Hospers GA, Mulder NH, Vaalburg W. Scintigraphic imaging of HSVtk gene therapy. Curr Pharm Design 2002; 8(16): 1435-50.

REF_ALN_00002072

Joint Claim Construction Brief

# EXHIBIT 56

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
28 December 2006 (28.12.2006)

PCT

(10) International Publication Number
**WO 2006/138380 A2**



(51) International Patent Classification:
*A61K 48/00* (2006.01)

(21) International Application Number:
PCT/US2006/023171

(22) International Filing Date: 14 June 2006 (14.06.2006)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
60/690,608    15 June 2005 (15.06.2005)    US
60/785,176    23 March 2006 (23.03.2006)    US

(71) Applicant *(for all designated States except US)*: MASS-ACHUSETTS INSTITUTE OF TECHNOLOGY [US/US]; Room NE25-230, 5 Cambridge Center, Kendall Square, Cambridge, MA 02142 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: ANDERSON, Daniel, G. [US/US]; 270 Belknap Street, Framingham, MA 01701 (US). ZUMBUEHL, Andreas [CH/US];

103 Inman Street, Apt. 2, Cambridge, MA 02139 (US). LESHCHINER, Elizaveta, Sergeyevna [RU/US]; 51 Whitney Street, Watertown, MA 02471 (US). LANGER, Robert, S. [US/US]; 98 Montvale Rd., Newton, MA 02459 (US). GOLDBERG, Michael [US/US]; 70 Pacific Street, #329, Cambridge, MA 02139 (US).

(74) Agent: BAKER, C., Hunter; Choate, Hall & Stewart, Two International Place, Boston, MA 02110 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH,

*[Continued on next page]*

(54) Title: AMINE-CONTAINING LIPIDS AND USES THEREOF



(57) Abstract: Nitrogen-containing lipids prepared from the conjugate addition of amines to acrylates, acrylamides, or other carbon-carbon double bonds conjugated to electron-withdrawing groups are described. Methods of preparing these lipids from commercially available starting materials are also provided. These amine-containing lipids or salts forms of these lipids are preferably biodegradable and biocompatible and may be used in a variety of drug delivery systems. Given the amino moiety of these lipids, they are particularly suited for the delivery of polynucleotides. Complexes or nanoparticles containing the inventive lipid and polynucleotide have been prepared. The inventive lipids may also be used in to preparing microparticle for drug delivery. They are particularly useful in delivering labile agents given their ability to buffer the pH of their surroundings.

WO 2006/138380 A2

WO 2006/138380 A2

GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**

— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# AMINE-CONTAINING LIPIDS AND USES THEREOF

## Related Applications

[0001]     The present application claims priority under 35 U.S.C. § 119(e) to U.S. provisional patent applications, USSN 60/690,608, filed June 15, 2005, and USSN 60/785,176, filed March 23, 2006, each of which is incorporated herein by reference.

## Government Support

[0002]     The work described herein was supported, in part, by grants from the National Institutes of Health (EB00244). The United States government may have certain rights in the invention.

## Background of the Invention

[0003]     The treatment of human diseases through the application of nucleotide-based drugs such as DNA and RNA has the potential to revolutionize the medical field (Anderson *Nature* 392(Suppl.):25-30, 1996; Friedman *Nature Med.* 2:144-147, 1996; Crystal *Science* 270:404-410, 1995; Mulligan *Science* 260:926-932, 1993; each of which is incorporated herein by reference). Thus far, the use of modified viruses as gene transfer vectors has generally represented the most clinically successful approach to gene therapy. While viral vectors are currently the most efficient gene transfer agents, concerns surrounding the overall safety of viral vectors, which include the potential for unsolicited immune responses, have resulted in parallel efforts to develop non-viral alternatives (for leading references, see: Luo *et al. Nat. Biotechnol.* 18:33-37,2000; Behr *Acc. Chem. Res.* 26:274-278, 1993; each of which is incorporated herein by reference). Current alternatives to viral vectors include polymeric delivery systems (Zauner *et al. Adv. Drug Del. Rev.* 30:97-113, 1998; Kabanov *et al. Bioconjugate Chem.* 6:7-20, 1995; each of which is incorporated herein by reference), liposomal formulations (Miller *Angew. Chem. Int. Ed.* 37:1768-1785, 1998; Hope *et al. Molecular Membrane Technology* 15:1-14, 1998; Deshmukh *et al. New J. Chem.* 21:113-124, 1997; each of which is incorporated herein by reference), and "naked" DNA injection protocols (Sanford *Trends Biotechnol.* 6:288-302, 1988; incorporated herein by reference). While these strategies have yet to

1

achieve the clinical effectiveness of viral vectors, the potential safety, processing, and economic benefits offered by these methods (Anderson *Nature* 392(Suppl.):25-30, 1996; incorporated herein by reference) have ignited interest in the continued development of non-viral approaches to gene therapy (Boussif *et al. Proc. Natl. Acad. Sci. USA* 92:7297-7301, 1995; Putnam *et al. Macromolecules* 32:3658-3662, 1999; Lim *et al. J. Am. Chem. Soc.* 121:5633-5639, 1999; Gonzalez *et al. Bioconjugate Chem.* 10:1068-1074, 1999; Kukowska-Latallo *et al. Proc. Natl. Acad. Sci. USA* 93:4897-4902, 1996; Tang *et al. Bioconjugate Chem.* 7:703-714, 1996; Haensler *et al. Bioconjugate Chem.* 4:372-379, 1993; each of which is incorporated herein by reference).

[0004]    There exists a continuing need for non-toxic, biodegradable, biocompatible lipids that can be used to transfect nucleic acids and that are easily prepared efficiently and economically.  Such lipids would have several uses, including the delivery of nucleic acids in gene therapy as well as in the packaging and/or delivery of diagnostic, therapeutic, and prophylactic agents.

<div align="center">

**Summary of the Invention**

</div>

[0005]    The present invention provides novel lipids of the formula (**I**):

$$
\begin{array}{c}
R_1 - V \\
(R_5)_2 C - C(R_6)_2 \\
N - R_3 \\
(R_5)_2 C - C(R_6)_2 \\
R_2 - V
\end{array}
\qquad (\mathbf{I}).
$$

These lipids may be prepared by the addition of a primary amine to a double bond conjugated with an electron withdrawing groups such as a carbonyl moiety.  Two equivalents of an $\alpha,\beta$-unsaturated ketone such as an acrylate are reacted with one equivalent of a primary amine to prepare the inventive lipids as shown in the scheme below:

These lipids typically have a hydrophobic half and a hydrophilic half. The hydrophobic portion is typically provided by fatty acid moieties attached to the acrylate, and the hydrophilic portion is provided by the esters, amines, and side chain of the amine. The fatty acid groups may be straight chain alkyl groups ($C_1$-$C_{30}$) with no substitutions. In certain embodiments, the fatty acid groups are substituted and/or branched. The amine may be protonated or alkylated thereby forming a positively charged amine. These lipids may be used in the delivery of therapeutic agents to a subject. The inventive lipids are particularly useful in delivering negatively charged agents given the tertiary amine available for protonation thus forming a positive charge. For example, these lipids may be used to delivery DNA, RNA, or other polynucleotides to a subject or to a cell. As would be appreciated by one of skill in the art, the above reaction may result in a mixture with some lipids have one acrylate tail and other having two acrylate tails. Also, two different acrylates may be used in the reaction mixture to prepare a lipid with two different acrylate tails.

[0006]     In another aspect, the invention provides lipids of the formula (II):



Lipids of the formula (II) are prepared by the addition of a primary or secondary diamine to a double bond conjugated to an electron-withdrawing group such as a carbonyl. The lipids of formula (II) have two amines per lipid molecule as compared to the one amine per lipid molecule in the lipids of formula (I). These amines may be protonated or alkylated to form positively charged amino groups. These lipids may also be used to deliver DNA, RNA, or other polynucleotides. As with the primary

amine, the acrylate tails may be the same or different.  Also, the lipid may include any where from one acrylate tail to as many acrylate tails as is chemically possible.

**[0007]**      In another aspect, the invention provides lipis of the formulae (**III**) or (**IV**):



(**III**) or   (**IV**).

Lipids of the formulae (**III**) or (**IV**) are prepared by the addition of primary or secondary amino groups to a double bond conjugated to an electron-withdrawing groups as as a carbonyl.  The lipids of formulae (**III**) and (**IV**) have multiple amino groups per lipid molecule.  In certain embodiments, the number of amino groups per lipid molecule is 3, 4, 5, 6, 7, 8, 9, or 10.  These amines may be protonated or alkylated to form positively charged amino groups.  The acrylate tails may all be the same or they may be different.  Any number of acrylate tails may be present on the molecule.  The lipids may be used to delivery DNA, RNA, or other polynucleotides.

**[0008]**      In one aspect of the invention, the inventive lipids are combined with an agent to form microparticles, liposomes, or micelles.  The agent to be delivered by the microparticles, liposomes, or micelles may be in the form of a gas, liquid, or solid, and the agent may be a polynucleotide, protein, peptide, or small molecule.  The inventive lipids may be combined with other lipids, polymers, surfactants, cholesterol, carbohydrates, proteins, *etc.* to form the particles.  These particles may be combined with a pharmaceutically excipient to form pharmaceutical compositions.

**[0009]**      The invention also provides methods of making the inventive lipids.  One or more equivalents of an acrylate are allowed to react with one equivalent of a primary amine, diamine, or polyamine under suitable conditions to form a lipid of the formula (**I**), (**II**), (**III**), or (**IV**).  In certain embodiments, all the amino groups of the amine are fully reacted with acrylates to form tertiary amines.  In other embodiments, all the amino groups of the amine are not fully reacted with acrylate to form tertiary amines thereby resulting in primary or secondary amines in the lipid molecule.  These

primary or secondary amines are left as is or may be reacted with another electrophile such as a different acrylate. As will be appreciated by one of skill in this art, reacting an amine with less than an excess of acrylate will result in a plurality of different lipid amines. Certain molecules may include a full complement of acrylate moieties while other molecules will not include a full complement of acrylates. For example, a diamine or polyamine may include only one , two, three, four, five, or six acrylate moieties off the various amino moieties of the molecule resulting in primary, secondary, and tertiary amines. In certain embodiments, it is preferred that all the amino groups not be fully functionalized. In certain embodiments, the two of the same type of acrylate are used. In other embodiments, two or more different acrylates are used. The synthesis of the lipid may be performed with or without solvent, and the synthesis may be performed at temperatures ranging from 25 ºC to 100 ºC, preferably approximately 95 ºC. The prepared lipids may be optionally purified. For example, the mixture of lipids may be purified to yield a lipid with a certain number of acrylate moieties. The lipids may also be alkylated using an alkyl halide (*e.g.*, methyl iodide) or other alkylating agent.

[0010]    The invention also provides libraries of lipids prepared by the inventive methods. These lipids may be prepared and/or screened using high-throughput techniques involving liquid handlers, robots, microtiter plates, computers, *etc.* In certain embodiments, the lipids are screened for their ability to transfect DNA, RNA, or other polynucleotides into the cell.

## Definitions

[0011]    Definitions of specific functional groups and chemical terms are described in more detail below. For purposes of this invention, the chemical elements are identified in accordance with the Periodic Table of the Elements, CAS version, Handbook of Chemistry and Physics, 75th Ed., inside cover, and specific functional groups are generally defined as described therein. Additionally, general principles of organic chemistry, as well as specific functional moieties and reactivity, are described in "Organic Chemistry", Thomas Sorrell, University Science Books, Sausalito: *1999*, the entire contents of which are incorporated herein by reference.

[0012]    Certain compounds of the present invention may exist in particular

geometric or stereoisomeric forms. The present invention contemplates all such compounds, including *cis-* and *trans-*isomers, *R-* and *S-*enantiomers, diastereomers, (D)-isomers, (L)-isomers, the racemic mixtures thereof, and other mixtures thereof, as falling within the scope of the invention. Additional asymmetric carbon atoms may be present in a substituent such as an alkyl group. All such isomers, as well as mixtures thereof, are intended to be included in this invention.

[0013]     Isomeric mixtures containing any of a variety of isomer ratios may be utilized in accordance with the present invention. For example, where only two isomers are combined, mixtures containing 50:50, 60:40, 70:30, 80:20, 90:10, 95:5, 96:4, 97:3, 98:2, 99:1, or 100:0 isomer ratios are all contemplated by the present invention. Those of ordinary skill in the art will readily appreciate that analogous ratios are contemplated for more complex isomer mixtures.

[0014]     If, for instance, a particular enantiomer of a compound of the present invention is desired, it may be prepared by asymmetric synthesis, or by derivation with a chiral auxiliary, where the resulting diastereomeric mixture is separated and the auxiliary group cleaved to provide the pure desired enantiomers. Alternatively, where the molecule contains a basic functional group, such as amino, or an acidic functional group, such as carboxyl, diastereomeric salts are formed with an appropriate optically-active acid or base, followed by resolution of the diastereomers thus formed by fractional crystallization or chromatographic means well known in the art, and subsequent recovery of the pure enantiomers.

[0015]     One of ordinary skill in the art will appreciate that the synthetic methods, as described herein, utilize a variety of protecting groups. By the term "protecting group", as used herein, it is meant that a particular functional moiety, *e.g.*, O, S, or N, is temporarily blocked so that a reaction can be carried out selectively at another reactive site in a multifunctional compound. In preferred embodiments, a protecting group reacts selectively in good yield to give a protected substrate that is stable to the projected reactions; the protecting group should be selectively removable in good yield by readily available, preferably non-toxic reagents that do not attack the other functional groups; the protecting group forms an easily separable derivative (more preferably without the generation of new stereogenic centers); and the protecting group has a minimum of additional functionality to avoid further sites of

reaction. As detailed herein, oxygen, sulfur, nitrogen, and carbon protecting groups may be utilized. Hydroxyl protecting groups include methyl, methoxylmethyl (MOM), methylthiomethyl (MTM), *t*-butylthiomethyl, (phenyldimethylsilyl)methoxymethyl (SMOM), benzyloxymethyl (BOM), *p*-methoxybenzyloxymethyl (PMBM), (4-methoxyphenoxy)methyl (*p*-AOM), guaiacolmethyl (GUM), *t*-butoxymethyl, 4-pentenyloxymethyl (POM), siloxymethyl, 2-methoxyethoxymethyl (MEM), 2,2,2-trichloroethoxymethyl, bis(2-chloroethoxy)methyl, 2-(trimethylsilyl)ethoxymethyl (SEMOR), tetrahydropyranyl (THP), 3-bromotetrahydropyranyl, tetrahydrothiopyranyl, 1-methoxycyclohexyl, 4-methoxytetrahydropyranyl (MTHP), 4-methoxytetrahydrothiopyranyl, 4-methoxytetrahydrothiopyranyl S,S-dioxide, 1-[(2-chloro-4-methyl)phenyl]-4-methoxypiperidin-4-yl (CTMP), 1,4-dioxan-2-yl, tetrahydrofuranyl, tetrahydrothiofuranyl, 2,3,3a,4,5,6,7,7a-octahydro-7,8,8-trimethyl-4,7-methanobenzofuran-2-yl, 1-ethoxyethyl, 1-(2-chloroethoxy)ethyl, 1-methyl-1-methoxyethyl, 1-methyl-1-benzyloxyethyl, 1-methyl-1-benzyloxy-2-fluoroethyl, 2,2,2-trichloroethyl, 2-trimethylsilylethyl, 2-(phenylselenyl)ethyl, *t*-butyl, allyl, *p*-chlorophenyl, *p*-methoxyphenyl, 2,4-dinitrophenyl, benzyl, *p*-methoxybenzyl, 3,4-dimethoxybenzyl, *o*-nitrobenzyl, *p*-nitrobenzyl, *p*-halobenzyl, 2,6-dichlorobenzyl, *p*-cyanobenzyl, *p*-phenylbenzyl, 2-picolyl, 4-picolyl, 3-methyl-2-picolyl *N*-oxido, diphenylmethyl, *p,p'*-dinitrobenzhydryl, 5-dibenzosuberyl, triphenylmethyl, α-naphthyldiphenylmethyl, *p*-methoxyphenyldiphenylmethyl, di(*p*-methoxyphenyl)phenylmethyl, tri(*p*-methoxyphenyl)methyl, 4-(4'-bromophenacyloxyphenyl)diphenylmethyl, 4,4',4''-tris(4,5-dichlorophthalimidophenyl)methyl, 4,4',4''-tris(levulinoyloxyphenyl)methyl, 4,4',4''-tris(benzoyloxyphenyl)methyl, 3-(imidazol-1-yl)bis(4',4''-dimethoxyphenyl)methyl, 1,1-bis(4-methoxyphenyl)-1'-pyrenylmethyl, 9-anthryl, 9-(9-phenyl)xanthenyl, 9-(9-phenyl-10-oxo)anthryl, 1,3-benzodithiolan-2-yl, benzisothiazolyl S,S-dioxido, trimethylsilyl (TMS), triethylsilyl (TES), triisopropylsilyl (TIPS), dimethylisopropylsilyl (IPDMS), diethylisopropylsilyl (DEIPS), dimethylthexylsilyl, *t*-butyldimethylsilyl (TBDMS), *t*-butyldiphenylsilyl (TBDPS), tribenzylsilyl, tri-*p*-xylylsilyl, triphenylsilyl, diphenylmethylsilyl (DPMS), *t*-butylmethoxyphenylsilyl (TBMPS), formate, benzoylformate, acetate, chloroacetate,

dichloroacetate, trichloroacetate, trifluoroacetate, methoxyacetate,
triphenylmethoxyacetate, phenoxyacetate, *p*-chlorophenoxyacetate, 3-
phenylpropionate, 4-oxopentanoate (levulinate), 4,4-(ethylenedithio)pentanoate
(levulinoyldithioacetal), pivaloate, adamantoate, crotonate, 4-methoxycrotonate,
benzoate, *p*-phenylbenzoate, 2,4,6-trimethylbenzoate (mesitoate), alkyl methyl
carbonate, 9-fluorenylmethyl carbonate (Fmoc), alkyl ethyl carbonate, alkyl 2,2,2-
trichloroethyl carbonate (Troc), 2-(trimethylsilyl)ethyl carbonate (TMSEC), 2-
(phenylsulfonyl) ethyl carbonate (Psec), 2-(triphenylphosphonio) ethyl carbonate
(Peoc), alkyl isobutyl carbonate, alkyl vinyl carbonate alkyl allyl carbonate, alkyl *p*-
nitrophenyl carbonate, alkyl benzyl carbonate, alkyl *p*-methoxybenzyl carbonate,
alkyl 3,4-dimethoxybenzyl carbonate, alkyl *o*-nitrobenzyl carbonate, alkyl *p*-
nitrobenzyl carbonate, alkyl *S*-benzyl thiocarbonate, 4-ethoxy-1-napththyl carbonate,
methyl dithiocarbonate, 2-iodobenzoate, 4-azidobutyrate, 4-nitro-4-methylpentanoate,
*o*-(dibromomethyl)benzoate, 2-formylbenzenesulfonate, 2-(methylthiomethoxy)ethyl,
4-(methylthiomethoxy)butyrate, 2-(methylthiomethoxymethyl)benzoate, 2,6-dichloro-
4-methylphenoxyacetate, 2,6-dichloro-4-(1,1,3,3-tetramethylbutyl)phenoxyacetate,
2,4-bis(1,1-dimethylpropyl)phenoxyacetate, chlorodiphenylacetate, isobutyrate,
monosuccinoate, (*E*)-2-methyl-2-butenoate, *o*-(methoxycarbonyl)benzoate, α-
naphthoate, nitrate, alkyl *N,N,N',N'*-tetramethylphosphorodiamidate, alkyl *N*-
phenylcarbamate, borate, dimethylphosphinothioyl, alkyl 2,4-dinitrophenylsulfenate,
sulfate, methanesulfonate (mesylate), benzylsulfonate, and tosylate (Ts). For
protecting 1,2- or 1,3-diols, the protecting groups include methylene acetal, ethylidene
acetal, 1-*t*-butylethylidene ketal, 1-phenylethylidene ketal, (4-
methoxyphenyl)ethylidene acetal, 2,2,2-trichloroethylidene acetal, acetonide,
cyclopentylidene ketal, cyclohexylidene ketal, cycloheptylidene ketal, benzylidene
acetal, *p*-methoxybenzylidene acetal, 2,4-dimethoxybenzylidene ketal, 3,4-
dimethoxybenzylidene acetal, 2-nitrobenzylidene acetal, methoxymethylene acetal,
ethoxymethylene acetal, dimethoxymethylene ortho ester, 1-methoxyethylidene ortho
ester, 1-ethoxyethylidine ortho ester, 1,2-dimethoxyethylidene ortho ester, α-
methoxybenzylidene ortho ester, 1-(*N,N*-dimethylamino)ethylidene derivative, α-
(*N,N'*-dimethylamino)benzylidene derivative, 2-oxacyclopentylidene ortho ester, di-*t*-
butylsilylene group (DTBS), 1,3-(1,1,3,3-tetraisopropyldisiloxanylidene) derivative

(TIPDS), tetra-*t*-butoxydisiloxane-1,3-diylidene derivative (TBDS), cyclic carbonates, cyclic boronates, ethyl boronate, and phenyl boronate.  Amino-protecting groups include methyl carbamate, ethyl carbamante, 9-fluorenylmethyl carbamate (Fmoc), 9-(2-sulfo)fluorenylmethyl carbamate, 9-(2,7-dibromo)fluoroenylmethyl carbamate, 2,7-di-*t*-butyl-[9-(10,10-dioxo-10,10,10-tetrahydrothioxanthyl)]methyl carbamate (DBD-Tmoc), 4-methoxyphenacyl carbamate (Phenoc), 2,2,2-trichloroethyl carbamate (Troc), 2-trimethylsilylethyl carbamate (Teoc), 2-phenylethyl carbamate (hZ), 1-(1-adamantyl)-1-methylethyl carbamate (Adpoc), 1,1-dimethyl-2-haloethyl carbamate, 1,1-dimethyl-2,2-dibromoethyl carbamate (DB-*t*-BOC), 1,1-dimethyl-2,2,2-trichloroethyl carbamate (TCBOC), 1-methyl-1-(4-biphenylyl)ethyl carbamate (Bpoc), 1-(3,5-di-*t*-butylphenyl)-1-methylethyl carbamate (*t*-Bumeoc), 2-(2'- and 4'-pyridyl)ethyl carbamate (Pyoc), 2-(*N*,*N*-dicyclohexylcarboxamido)ethyl carbamate, *t*-butyl carbamate (BOC), 1-adamantyl carbamate (Adoc), vinyl carbamate (Voc), allyl carbamate (Alloc), 1-isopropylallyl carbamate (Ipaoc), cinnamyl carbamate (Coc), 4-nitrocinnamyl carbamate (Noc), 8-quinolyl carbamate, *N*-hydroxypiperidinyl carbamate, alkyldithio carbamate, benzyl carbamate (Cbz), *p*-methoxybenzyl carbamate (Moz), *p*-nitobenzyl carbamate, *p*-bromobenzyl carbamate, *p*-chlorobenzyl carbamate, 2,4-dichlorobenzyl carbamate, 4-methylsulfinylbenzyl carbamate (Msz), 9-anthrylmethyl carbamate, diphenylmethyl carbamate, 2-methylthioethyl carbamate, 2-methylsulfonylethyl carbamate, 2-(*p*-toluenesulfonyl)ethyl carbamate, [2-(1,3-dithianyl)]methyl carbamate (Dmoc), 4-methylthiophenyl carbamate (Mtpc), 2,4-dimethylthiophenyl carbamate (Bmpc), 2-phosphonioethyl carbamate (Peoc), 2-triphenylphosphonioisopropyl carbamate (Ppoc), 1,1-dimethyl-2-cyanoethyl carbamate, *m*-chloro-*p*-acyloxybenzyl carbamate, *p*-(dihydroxyboryl)benzyl carbamate, 5-benzisoxazolylmethyl carbamate, 2-(trifluoromethyl)-6-chromonylmethyl carbamate (Tcroc), *m*-nitrophenyl carbamate, 3,5-dimethoxybenzyl carbamate, *o*-nitrobenzyl carbamate, 3,4-dimethoxy-6-nitrobenzyl carbamate, phenyl(*o*-nitrophenyl)methyl carbamate, phenothiazinyl-(10)-carbonyl derivative, *N'*-*p*-toluenesulfonylaminocarbonyl derivative, *N'*-phenylaminothiocarbonyl derivative, *t*-amyl carbamate, *S*-benzyl thiocarbamate, *p*-cyanobenzyl carbamate, cyclobutyl carbamate, cyclohexyl carbamate, cyclopentyl carbamate, cyclopropylmethyl carbamate, *p*-decyloxybenzyl carbamate, 2,2-dimethoxycarbonylvinyl carbamate, *o*-

(*N,N*-dimethylcarboxamido)benzyl carbamate, 1,1-dimethyl-3-(*N,N*-dimethylcarboxamido)propyl carbamate, 1,1-dimethylpropynyl carbamate, di(2-pyridyl)methyl carbamate, 2-furanylmethyl carbamate, 2-iodoethyl carbamate, isoborynl carbamate, isobutyl carbamate, isonicotinyl carbamate, *p*-(*p'*-methoxyphenylazo)benzyl carbamate, 1-methylcyclobutyl carbamate, 1-methylcyclohexyl carbamate, 1-methyl-1-cyclopropylmethyl carbamate, 1-methyl-1-(3,5-dimethoxyphenyl)ethyl carbamate, 1-methyl-1-(*p*-phenylazophenyl)ethyl carbamate, 1-methyl-1-phenylethyl carbamate, 1-methyl-1-(4-pyridyl)ethyl carbamate, phenyl carbamate, *p*-(phenylazo)benzyl carbamate, 2,4,6-tri-*t*-butylphenyl carbamate, 4-(trimethylammonium)benzyl carbamate, 2,4,6-trimethylbenzyl carbamate, formamide, acetamide, chloroacetamide, trichloroacetamide, trifluoroacetamide, phenylacetamide, 3-phenylpropanamide, picolinamide, 3-pyridylcarboxamide, *N*-benzoylphenylalanyl derivative, benzamide, *p*-phenylbenzamide, *o*-nitophenylacetamide, *o*-nitrophenoxyacetamide, acetoacetamide, (*N'*-dithiobenzyloxycarbonylamino)acetamide, 3-(*p*-hydroxyphenyl)propanamide, 3-(*o*-nitrophenyl)propanamide, 2-methyl-2-(*o*-nitrophenoxy)propanamide, 2-methyl-2-(*o*-phenylazophenoxy)propanamide, 4-chlorobutanamide, 3-methyl-3-nitrobutanamide, *o*-nitrocinnamide, *N*-acetylmethionine derivative, *o*-nitrobenzamide, *o*-(benzoyloxymethyl)benzamide, 4,5-diphenyl-3-oxazolin-2-one, *N*-phthalimide, *N*-dithiasuccinimide (Dts), *N*-2,3-diphenylmaleimide, *N*-2,5-dimethylpyrrole, *N*-1,1,4,4-tetramethyldisilylazacyclopentane adduct (STABASE), 5-substituted 1,3-dimethyl-1,3,5-triazacyclohexan-2-one, 5-substituted 1,3-dibenzyl-1,3,5-triazacyclohexan-2-one, 1-substituted 3,5-dinitro-4-pyridone, *N*-methylamine, *N*-allylamine, *N*-[2-(trimethylsilyl)ethoxy]methylamine (SEM), *N*-3-acetoxypropylamine, *N*-(1-isopropyl-4-nitro-2-oxo-3-pyroolin-3-yl)amine, quaternary ammonium salts, *N*-benzylamine, *N*-di(4-methoxyphenyl)methylamine, *N*-5-dibenzosuberylamine, *N*-triphenylmethylamine (Tr), *N*-[(4-methoxyphenyl)diphenylmethyl]amine (MMTr), *N*-9-phenylfluorenylamine (PhF), *N*-2,7-dichloro-9-fluorenylmethyleneamine, *N*-ferrocenylmethylamino (Fcm), *N*-2-picolylamino *N'*-oxide, *N*-1,1-dimethylthiomethyleneamine, *N*-benzylideneamine, *N*-*p*-methoxybenzylideneamine, *N*-diphenylmethyleneamine, *N*-[(2-pyridyl)mesityl]methyleneamine, *N*-(*N',N'*-dimethylaminomethylene)amine, *N,N'*-isopropylidenediamine, *N*-*p*-

nitrobenzylideneamine, *N*-salicylideneamine, *N*-5-chlorosalicylideneamine, *N*-(5-chloro-2-hydroxyphenyl)phenylmethyleneamine, *N*-cyclohexylideneamine, *N*-(5,5-dimethyl-3-oxo-1-cyclohexenyl)amine, *N*-borane derivative, *N*-diphenylborinic acid derivative, *N*-[phenyl(pentacarbonylchromium- or tungsten)carbonyl]amine, *N*-copper chelate, *N*-zinc chelate, *N*-nitroamine, *N*-nitrosoamine, amine *N*-oxide, diphenylphosphinamide (Dpp), dimethylthiophosphinamide (Mpt), diphenylthiophosphinamide (Ppt), dialkyl phosphoramidates, dibenzyl phosphoramidate, diphenyl phosphoramidate, benzenesulfenamide, *o*-nitrobenzenesulfenamide (Nps), 2,4-dinitrobenzenesulfenamide, pentachlorobenzenesulfenamide, 2-nitro-4-methoxybenzenesulfenamide, triphenylmethylsulfenamide, 3-nitropyridinesulfenamide (Npys), *p*-toluenesulfonamide (Ts), benzenesulfonamide, 2,3,6,-trimethyl-4-methoxybenzenesulfonamide (Mtr), 2,4,6-trimethoxybenzenesulfonamide (Mtb), 2,6-dimethyl-4-methoxybenzenesulfonamide (Pme), 2,3,5,6-tetramethyl-4-methoxybenzenesulfonamide (Mte), 4-methoxybenzenesulfonamide (Mbs), 2,4,6-trimethylbenzenesulfonamide (Mts), 2,6-dimethoxy-4-methylbenzenesulfonamide (iMds), 2,2,5,7,8-pentamethylchroman-6-sulfonamide (Pmc), methanesulfonamide (Ms), β-trimethylsilylethanesulfonamide (SES), 9-anthracenesulfonamide, 4-(4',8'-dimethoxynaphthylmethyl)benzenesulfonamide (DNMBS), benzylsulfonamide, trifluoromethylsulfonamide, and phenacylsulfonamide.. Exemplary protecting groups are detailed herein, however, it will be appreciated that the present invention is not intended to be limited to these protecting groups; rather, a variety of additional equivalent protecting groups can be readily identified using the above criteria and utilized in the method of the present invention. Additionally, a variety of protecting groups are described in *Protective Groups in Organic Synthesis,* Third Ed. Greene, T.W. and Wuts, P.G., Eds., John Wiley & Sons, New York: 1999, the entire contents of which are hereby incorporated by reference.

[0016]    It will be appreciated that the compounds, as described herein, may be substituted with any number of substituents or functional moieties. In general, the term "substituted" whether preceded by the term "optionally" or not, and substituents contained in formulas of this invention, refer to the replacement of hydrogen radicals in a given structure with the radical of a specified substituent. When more than one

position in any given structure may be substituted with more than one substituent selected from a specified group, the substituent may be either the same or different at every position. As used herein, the term "substituted" is contemplated to include all permissible substituents of organic compounds. In a broad aspect, the permissible substituents include acyclic and cyclic, branched and unbranched, carbocyclic and heterocyclic, aromatic and nonaromatic substituents of organic compounds. For purposes of this invention, heteroatoms such as nitrogen may have hydrogen substituents and/or any permissible substituents of organic compounds described herein which satisfy the valencies of the heteroatoms. Furthermore, this invention is not intended to be limited in any manner by the permissible substituents of organic compounds. Combinations of substituents and variables envisioned by this invention are preferably those that result in the formation of stable compounds useful in the treatment, for example, of infectious diseases or proliferative disorders. The term "stable", as used herein, preferably refers to compounds which possess stability sufficient to allow manufacture and which maintain the integrity of the compound for a sufficient period of time to be detected and preferably for a sufficient period of time to be useful for the purposes detailed herein.

[0017]     The term "aliphatic", as used herein, includes both saturated and unsaturated, straight chain (*i.e.*, unbranched), branched, acyclic, cyclic, or polycyclic aliphatic hydrocarbons, which are optionally substituted with one or more functional groups. As will be appreciated by one of ordinary skill in the art, "aliphatic" is intended herein to include, but is not limited to, alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkenyl, and cycloalkynyl moieties. Thus, as used herein, the term "alkyl" includes straight, branched and cyclic alkyl groups. An analogous convention applies to other generic terms such as "alkenyl", "alkynyl", and the like. Furthermore, as used herein, the terms "alkyl", "alkenyl", "alkynyl", and the like encompass both substituted and unsubstituted groups. In certain embodiments, as used herein, "lower alkyl" is used to indicate those alkyl groups (cyclic, acyclic, substituted, unsubstituted, branched or unbranched) having 1-6 carbon atoms.

[0018]     In certain embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-20 aliphatic carbon atoms. In certain other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention

contain 1-10 aliphatic carbon atoms.  In yet other embodiments, the alkyl, alkenyl,
and alkynyl groups employed in the invention contain 1-8 aliphatic carbon atoms.  In
still other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the
invention contain 1-6 aliphatic carbon atoms.  In yet other embodiments, the alkyl,
alkenyl, and alkynyl groups employed in the invention contain 1-4 carbon atoms.
Illustrative aliphatic groups thus include, but are not limited to, for example, methyl,
ethyl, n-propyl, isopropyl, cyclopropyl, -$CH_2$-cyclopropyl, vinyl, allyl, n-butyl, sec-
butyl, isobutyl, tert-butyl, cyclobutyl, -$CH_2$-cyclobutyl, n-pentyl, sec-pentyl,
isopentyl, tert-pentyl, cyclopentyl, -$CH_2$-cyclopentyl, n-hexyl, sec-hexyl, cyclohexyl,
-$CH_2$-cyclohexyl moieties and the like, which again, may bear one or more
substituents.  Alkenyl groups include, but are not limited to, for example, ethenyl,
propenyl, butenyl, 1-methyl-2-buten-1-yl, and the like.  Representative alkynyl groups
include, but are not limited to, ethynyl, 2-propynyl (propargyl), 1-propynyl, and the
like.

[0019]      The term "alkyl" as used herein refers to saturated, straight- or
branched-chain hydrocarbon radicals derived from a hydrocarbon moiety containing
between one and twenty carbon atoms by removal of a single hydrogen atom.
Examples of alkyl radicals include, but are not limited to, methyl, ethyl, propyl,
isopropyl, n-butyl, tert-butyl, n-pentyl, neopentyl, n-hexyl, n-heptyl, n-octyl, n-decyl,
n-undecyl, and dodecyl.

[0020]      The term "alkenyl" denotes a monovalent group derived from a
hydrocarbon moiety having at least one carbon-carbon double bond by the removal of
a single hydrogen atom.  Alkenyl groups include, for example, ethenyl, propenyl,
butenyl, 1-methyl-2-buten-1-yl, and the like.

[0021]      The term "alkynyl" as used herein refers to a monovalent group derived
form a hydrocarbon having at least one carbon-carbon triple bond by the removal of a
single hydrogen atom.  Representative alkynyl groups include ethynyl, 2-propynyl
(propargyl), 1-propynyl, and the like.

[0022]      The term "alkoxy", or "thioalkyl" as used herein refers to an alkyl
group, as previously defined, attached to the parent molecule through an oxygen atom
or through a sulfur atom.  In certain embodiments, the alkyl, alkenyl, and alkynyl
groups contain 1-20 alipahtic carbon atoms.  In certain other embodiments, the alkyl,

alkenyl, and alkynyl groups contain 1-10 aliphatic carbon atoms. In yet other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the alkyl, alkenyl, and alkynyl groups contain 1-6 aliphatic carbon atoms. In yet other embodiments, the alkyl, alkenyl, and alkynyl groups contain 1-4 aliphatic carbon atoms. Examples of alkoxy, include but are not limited to, methoxy, ethoxy, propoxy, isopropoxy, n-butoxy, tert-butoxy, neopentoxy, and n-hexoxy. Examples of thioalkyl include, but are not limited to, methylthio, ethylthio, propylthio, isopropylthio, n-butylthio, and the like.

[0023]    The term "alkylamino" refers to a group having the structure -NHR', wherein R' is aliphatic, as defined herein. In certain embodiments, the aliphatic group contains 1-20 aliphatic carbon atoms. In certain other embodiments, the aliphatic group contains 1-10 aliphatic carbon atoms. In yet other embodiments, the aliphatic group employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the aliphatic group contains 1-6 aliphatic carbon atoms. In yet other embodiments, the aliphatic group contains 1-4 aliphatic carbon atoms. Examples of alkylamino groups include, but are not limited to, methylamino, ethylamino, n-propylamino, iso-propylamino, cyclopropylamino, n-butylamino, tert-butylamino, neopentylamino, n-pentylamino, hexylamino, cyclohexylamino, and the like.

[0024]    The term "carboxylic acid" as used herein refers to a group of formula – $CO_2H$.

[0025]    The term "dialkylamino" refers to a group having the structure -NRR', wherein R and R' are each an aliphatic group, as defined herein. R and R' may be the same or different in an dialkyamino moiety. In certain embodiments, the aliphatic groups contains 1-20 aliphatic carbon atoms. In certain other embodiments, the aliphatic groups contains 1-10 aliphatic carbon atoms. In yet other embodiments, the aliphatic groups employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the aliphatic groups contains 1-6 aliphatic carbon atoms. In yet other embodiments, the aliphatic groups contains 1-4 aliphatic carbon atoms. Examples of dialkylamino groups include, but are not limited to, dimethylamino, methyl ethylamino, diethylamino, methylpropylamino, di(n-propyl)amino, di(iso-propyl)amino, di(cyclopropyl)amino, di(n-butyl)amino, di(tert-butyl)amino,

di(neopentyl)amino, di(n-pentyl)amino, di(hexyl)amino, di(cyclohexyl)amino, and the like. In certain embodiments, R and R' are linked to form a cyclic structure. The resulting cyclic structure may be aromatic or non-aromatic. Examples of cyclic diaminoalkyl groups include, but are not limted to, aziridinyl, pyrrolidinyl, piperidinyl, morpholinyl, pyrrolyl, imidazolyl, 1,3,4-trianolyl, and tetrazolyl.

[0026]      Some examples of substituents of the above-described aliphatic (and other) moieties of compounds of the invention include, but are not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; F; Cl; Br; I; -OH; -NO$_2$; -CN; -CF$_3$; -CH$_2$CF$_3$; -CHCl$_2$; -CH$_2$OH; -CH$_2$CH$_2$OH; -CH$_2$NH$_2$; -CH$_2$SO$_2$CH$_3$; -C(O)R$_x$; -CO$_2$(R$_x$); -CON(R$_x$)$_2$; -OC(O)R$_x$; -OCO$_2$R$_x$; -OCON(R$_x$)$_2$; -N(R$_x$)$_2$; -S(O)$_2$R$_x$; -NR$_x$(CO)R$_x$ wherein each occurrence of R$_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substituents are illustrated by the specific embodiments shown in the Examples that are described herein.

[0027]      In general, the terms "aryl" and "heteroaryl", as used herein, refer to stable mono- or polycyclic, heterocyclic, polycyclic, and polyheterocyclic unsaturated moieties having preferably 3-14 carbon atoms, each of which may be substituted or unsubstituted. Substituents include, but are not limited to, any of the previously mentioned substitutents, i.e., the substituents recited for aliphatic moieties, or for other moieties as disclosed herein, resulting in the formation of a stable compound. In certain embodiments of the present invention, "aryl" refers to a mono- or bicyclic carbocyclic ring system having one or two aromatic rings including, but not limited to, phenyl, naphthyl, tetrahydronaphthyl, indanyl, indenyl, and the like. In certain embodiments of the present invention, the term "heteroaryl", as used herein, refers to a cyclic aromatic radical having from five to ten ring atoms of which one ring atom is selected from S, O, and N; zero, one, or two ring atoms are additional heteroatoms independently selected from S, O, and N; and the remaining ring atoms are carbon,

the radical being joined to the rest of the molecule via any of the ring atoms, such as, for example, pyridyl, pyrazinyl, pyrimidinyl, pyrrolyl, pyrazolyl, imidazolyl, thiazolyl, oxazolyl, isooxazolyl, thiadiazolyl, oxadiazolyl, thiophenyl, furanyl, quinolinyl, isoquinolinyl, and the like.

[0028]    It will be appreciated that aryl and heteroaryl groups can be unsubstituted or substituted, wherein substitution includes replacement of one, two, three, or more of the hydrogen atoms thereon independently with any one or more of the following moieties including, but not limited to:  aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; -$NO_2$; -CN; -$CF_3$; -$CH_2CF_3$; -$CHCl_2$; -$CH_2OH$; -$CH_2CH_2OH$; -$CH_2NH_2$; -$CH_2SO_2CH_3$; -$C(O)R_x$; -$CO_2(R_x)$; -$CON(R_x)_2$; -$OC(O)R_x$; -$OCO_2R_x$; -$OCON(R_x)_2$; -$N(R_x)_2$; -$S(O)_2R_x$; -$NR_x(CO)R_x$, wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted.  Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples that are described herein.

[0029]    The term "cycloalkyl", as used herein, refers specifically to groups having three to seven, preferably three to ten carbon atoms.  Suitable cycloalkyls include, but are not limited to cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl and the like, which, as in the case of other aliphatic, heteroaliphatic, or hetercyclic moieties, may optionally be substituted with substituents including, but not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; -$NO_2$; -CN; -$CF_3$; -$CH_2CF_3$; -$CHCl_2$; -$CH_2OH$; -$CH_2CH_2OH$; -$CH_2NH_2$; -$CH_2SO_2CH_3$; -$C(O)R_x$; -$CO_2(R_x)$; -$CON(R_x)_2$; -$OC(O)R_x$; -$OCO_2R_x$; -$OCON(R_x)_2$; -$N(R_x)_2$; -$S(O)_2R_x$; -$NR_x(CO)R_x$, wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic,

arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples that are described herein.

[0030]      The term "heteroaliphatic", as used herein, refers to aliphatic moieties that contain one or more oxygen, sulfur, nitrogen, phosphorus, or silicon atoms, *e.g.*, in place of carbon atoms. Heteroaliphatic moieties may be branched, unbranched, cyclic or acyclic and include saturated and unsaturated heterocycles such as morpholino, pyrrolidinyl, *etc*. In certain embodiments, heteroaliphatic moieties are substituted by independent replacement of one or more of the hydrogen atoms thereon with one or more moieties including, but not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; -NO$_2$; -CN; -CF$_3$; -CH$_2$CF$_3$; -CHCl$_2$; -CH$_2$OH; -CH$_2$CH$_2$OH; -CH$_2$NH$_2$; -CH$_2$SO$_2$CH$_3$; -C(O)R$_x$; -CO$_2$(R$_x$); -CON(R$_x$)$_2$; -OC(O)R$_x$; -OCO$_2$R$_x$; -OCON(R$_x$)$_2$; -N(R$_x$)$_2$; -S(O)$_2$R$_x$; -NR$_x$(CO)R$_x$, wherein each occurrence of R$_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples that are described herein.

[0031]      The terms "halo" and "halogen" as used herein refer to an atom selected from fluorine, chlorine, bromine, and iodine.

[0032]      The term "haloalkyl" denotes an alkyl group, as defined above, having one, two, or three halogen atoms attached thereto and is exemplified by such groups as chloromethyl, bromoethyl, trifluoromethyl, and the like.

[0033]      The term "heterocycloalkyl" or "heterocycle", as used herein, refers to a non-aromatic 5-, 6-, or 7- membered ring or a polycyclic group, including, but not

limited to a bi- or tri-cyclic group comprising fused six-membered rings having between one and three heteroatoms independently selected from oxygen, sulfur and nitrogen, wherein (i) each 5-membered ring has 0 to 1 double bonds and each 6-membered ring has 0 to 2 double bonds, (ii) the nitrogen and sulfur heteroatoms may be optionally be oxidized, (iii) the nitrogen heteroatom may optionally be quaternized, and (iv) any of the above heterocyclic rings may be fused to a benzene ring. Representative heterocycles include, but are not limited to, pyrrolidinyl, pyrazolinyl, pyrazolidinyl, imidazolinyl, imidazolidinyl, piperidinyl, piperazinyl, oxazolidinyl, isoxazolidinyl, morpholinyl, thiazolidinyl, isothiazolidinyl, and tetrahydrofuryl. In certain embodiments, a "substituted heterocycloalkyl or heterocycle" group is utilized and as used herein, refers to a heterocycloalkyl or heterocycle group, as defined above, substituted by the independent replacement of one, two or three of the hydrogen atoms thereon with but are not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; -NO$_2$; -CN; -CF$_3$; -CH$_2$CF$_3$; -CHCl$_2$; -CH$_2$OH; -CH$_2$CH$_2$OH; -CH$_2$NH$_2$; -CH$_2$SO$_2$CH$_3$; -C(O)R$_x$; -CO$_2$(R$_x$); -CON(R$_x$)$_2$; -OC(O)R$_x$; -OCO$_2$R$_x$; -OCON(R$_x$)$_2$; -N(R$_x$)$_2$; -S(O)$_2$R$_x$; -NR$_x$(CO)R$_x$, wherein each occurrence of R$_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples which are described herein.

[0034]     "Carbocycle": The term "carbocycle", as used herein, refers to an aromatic or non-aromatic ring in which each atom of the ring is a carbon atom.

[0035]     "Independently selected": The term "independently selected" is used herein to indicate that the R groups can be identical or different.

[0036]     "Labeled": As used herein, the term "labeled" is intended to mean that a compound has at least one element, isotope, or chemical compound attached to enable the detection of the compound.  In general, labels typically fall into three classes: a)

isotopic labels, which may be radioactive or heavy isotopes, including, but not limited to, $^2$H, $^3$H, $^{32}$P, $^{35}$S, $^{67}$Ga, $^{99m}$Tc (Tc-99m), $^{111}$In, $^{123}$I, $^{125}$I, $^{169}$Yb and $^{186}$Re; b) immune labels, which may be antibodies or antigens,which may be bound to enzymes (such as horseradish peroxidase) that produce detectable agents; and c) colored, luminescent, phosphorescent, or fluorescent dyes. It will be appreciated that the labels may be incorporated into the compound at any position that does not interfere with the biological activity or characteristic of the compound that is being detected. In certain embodiments of the invention, photoaffinity labeling is utilized for the direct elucidation of intermolecular interactions in biological systems. A variety of known photophores can be employed, most relying on photoconversion of diazo compounds, azides, or diazirines to nitrenes or carbenes (See, Bayley, H., Photogenerated Reagents in Biochemistry and Molecular Biology (1983), Elsevier, Amsterdam.), the entire contents of which are hereby incorporated by reference. In certain embodiments of the invention, the photoaffinity labels employed are o-, m- and p-azidobenzoyls, substituted with one or more halogen moieties, including, but not limited to 4-azido-2,3,5,6-tetrafluorobenzoic acid.

[0037]    The terms *halo* and *halogen* as used herein refer to an atom selected from fluorine, chlorine, bromine, and iodine.

[0038]    The term "heterocyclic", as used herein, refers to a non-aromatic partially unsaturated or fully saturated 3- to 10-membered ring system, which includes single rings of 3 to 8 atoms in size and bi- and tri-cyclic ring systems which may include aromatic six-membered aryl or aromatic heterocyclic groups fused to a non-aromatic ring. These heterocyclic rings include those having from one to three heteroatoms independently selected from oxygen, sulfur, and nitrogen, in which the nitrogen and sulfur heteroatoms may optionally be oxidized and the nitrogen heteroatom may optionally be quaternized.

[0039]    The term "heteroaryl", as used herein, refers to a cyclic aromatic radical having from five to ten ring atoms of which one ring atom is selected from sulfur, oxygen, and nitrogen; zero, one, or two ring atoms are additional heteroatoms independently selected from sulfur, oxygen, and nitrogen; and the remaining ring atoms are carbon, the radical being joined to the rest of the molecule via any of the ring atoms, such as, for example, pyridyl, pyrazinyl, pyrimidinyl, pyrrolyl, pyrazolyl,

imidazolyl, thiazolyl, oxazolyl, isooxazolyl, thiadiazolyl, oxadiazolyl, thiophenyl, furanyl, quinolinyl, isoquinolinyl, and the like.

[0040]      Specific heterocyclic and aromatic heterocyclic groups that may be included in the compounds of the invention include: 3-methyl-4-(3-methylphenyl)piperazine, 3 methylpiperidine, 4-(bis-(4-fluorophenyl)methyl)piperazine, 4-(diphenylmethyl)piperazine, 4-(ethoxycarbonyl)piperazine, 4-(ethoxycarbonylmethyl)piperazine, 4-(phenylmethyl)piperazine, 4-(1-phenylethyl)piperazine, 4-(1,1-dimethylethoxycarbonyl)piperazine, 4-(2-(bis-(2-propenyl) amino)ethyl)piperazine, 4-(2-(diethylamino)ethyl)piperazine, 4-(2-chlorophenyl)piperazine, 4-(2-cyanophenyl)piperazine, 4-(2-ethoxyphenyl)piperazine, 4-(2-ethylphenyl)piperazine, 4-(2-fluorophenyl)piperazine, 4-(2-hydroxyethyl)piperazine, 4-(2-methoxyethyl)piperazine, 4-(2-methoxyphenyl)piperazine, 4-(2-methylphenyl)piperazine, 4-(2-methylthiophenyl) piperazine, 4-(2-nitrophenyl)piperazine, 4-(2-nitrophenyl)piperazine, 4-(2-phenylethyl)piperazine, 4-(2-pyridyl)piperazine, 4-(2-pyrimidinyl)piperazine, 4-(2,3-dimethylphenyl)piperazine, 4-(2,4-difluorophenyl) piperazine, 4-(2,4-dimethoxyphenyl)piperazine, 4-(2,4-dimethylphenyl)piperazine, 4-(2,5-dimethylphenyl)piperazine, 4-(2,6-dimethylphenyl)piperazine, 4-(3-chlorophenyl)piperazine, 4-(3-methylphenyl)piperazine, 4-(3-trifluoromethylphenyl)piperazine, 4-(3,4-dichlorophenyl)piperazine, 4-3,4-dimethoxyphenyl)piperazine, 4-(3,4-dimethylphenyl)piperazine, 4-(3,4-methylenedioxyphenyl)piperazine, 4-(3,4,5-trimethoxyphenyl)piperazine, 4-(3,5-dichlorophenyl)piperazine, 4-(3,5-dimethoxyphenyl)piperazine, 4-(4-(phenylmethoxy)phenyl)piperazine, 4-(4-(3,1-dimethylethyl)phenylmethyl)piperazine, 4-(4-chloro-3-trifluoromethylphenyl)piperazine, 4-(4-chlorophenyl)-3-methylpiperazine, 4-(4-chlorophenyl)piperazine, 4-(4-chlorophenyl)piperazine, 4-(4-chlorophenylmethyl)piperazine, 4-(4-fluorophenyl)piperazine, 4-(4-methoxyphenyl)piperazine, 4-(4-methylphenyl)piperazine, 4-(4-nitrophenyl)piperazine, 4-(4-trifluoromethylphenyl)piperazine, 4-cyclohexylpiperazine, 4-ethylpiperazine, 4-hydroxy-4-(4-chlorophenyl)methylpiperidine, 4-hydroxy-4-phenylpiperidine, 4-hydroxypyrrolidine,

4-methylpiperazine, 4-phenylpiperazine, 4-piperidinylpiperazine, 4-(2-furanyl)carbonyl)piperazine, 4-((1,3-dioxolan-5-yl)methyl)piperazine, 6-fluoro-1,2,3,4-tetrahydro-2-methylquinoline, 1,4-diazacylcIoheptane, 2,3-dihydroindolyl, 3,3-dimethylpiperidine, 4,4-ethylenedioxypiperidine, 1,2,3,4-tetrahydroisoquinoline, 1,2,3,4-tetrahydroquinoline, azacyclooctane, decahydroquinoline, piperazine, piperidine, pyrrolidine, thiomorpholine, and triazole.

[0041]    The terms "substituted," whether preceded by the term "optionally" or not, and *substituent*, as used herein, refer to the ability, as appreciated by one skilled in this art, to change one functional group for another functional group provided that the valency of all atoms is maintained.  When more than one position in any given structure may be substituted with more than one substituent selected from a specified group, the substituent may be either the same or different at every position.  The substituents may also be further substituted (*e.g.*, an aryl group substituent may have another substituent off it, such as another aryl group, which is further substituted with fluorine at one or more positions).

[0042]    The following are more general terms used throughout the present application:

[0043]    "Animal": The term animal, as used herein, refers to humans as well as non-human animals, including, for example, mammals, birds, reptiles, amphibians, and fish.  Preferably, the non-human animal is a mammal (*e.g.*, a rodent, a mouse, a rat, a rabbit, a monkey, a dog, a cat, a primate, or a pig).  An animal may be a transgenic animal.

[0044]    "Associated with": When two entities are "associated with" one another as described herein, they are linked by a direct or indirect covalent or non-covalent interaction.  Preferably, the association is covalent.  Desirable non-covalent interactions include hydrogen bonding, van der Waals interactions, hydrophobic interactions, magnetic interactions, electrostatic interactions, *etc.*

[0045]    "Biocompatible": The term "biocompatible", as used herein is intended to describe compounds that are not toxic to cells.  Compounds are "biocompatible" if their addition to cells *in vitro* results in less than or equal to 20 % cell death, and their administration *in vivo* does not induce inflammation or other such adverse effects.

[0046]      "Biodegradable": As used herein, "biodegradable" compounds are those that, when introduced into cells, are broken down by the cellular machinery or by hydrolysis into components that the cells can either reuse or dispose of without significant toxic effect on the cells (*i.e.*, fewer than about 20 % of the cells are killed when the components are added to cells *in vitro*). The components preferably do not induce inflammation or other adverse effects *in vivo*. In certain preferred embodiments, the chemical reactions relied upon to break down the biodegradable compounds are uncatalyzed.

[0047]      "Effective amount": In general, the "effective amount" of an active agent or drug delivery device refers to the amount necessary to elicit the desired biological response. As will be appreciated by those of ordinary skill in this art, the effective amount of an agent or device may vary depending on such factors as the desired biological endpoint, the agent to be delivered, the composition of the encapsulating matrix, the target tissue, *etc.* For example, the effective amount of microparticles containing an antigen to be delivered to immunize an individual is the amount that results in an immune response sufficient to prevent infection with an organism having the administered antigen.

[0048]      "Peptide" or "protein": According to the present invention, a "peptide" or "protein" comprises a string of at least three amino acids linked together by peptide bonds. The terms "protein" and "peptide" may be used interchangeably. Peptide may refer to an individual peptide or a collection of peptides. Inventive peptides preferably contain only natural amino acids, although non-natural amino acids (*i.e.*, compounds that do not occur in nature but that can be incorporated into a polypeptide chain) and/or amino acid analogs as are known in the art may alternatively be employed. Also, one or more of the amino acids in an inventive peptide may be modified, for example, by the addition of a chemical entity such as a carbohydrate group, a phosphate group, a farnesyl group, an isofarnesyl group, a fatty acid group, a linker for conjugation, functionalization, or other modification, *etc.* In a preferred embodiment, the modifications of the peptide lead to a more stable peptide (*e.g.*, greater half-life *in vivo*). These modifications may include cyclization of the peptide, the incorporation of D-amino acids, *etc.* None of the modifications should substantially interfere with the desired biological activity of the peptide.

[0049]      "Polynucleotide" or "oligonucleotide": Polynucleotide or oligonucleotide refers to a polymer of nucleotides. Typically, a polynucleotide comprises at least three nucleotides. The polymer may include natural nucleosides (*i.e.*, adenosine, thymidine, guanosine, cytidine, uridine, deoxyadenosine, deoxythymidine, deoxyguanosine, and deoxycytidine), nucleoside analogs (*e.g.*, 2-aminoadenosine, 2-thiothymidine, inosine, pyrrolo-pyrimidine, 3-methyl adenosine, C5-propynylcytidine, C5-propynyluridine, C5-bromouridine, C5-fluorouridine, C5-iodouridine, C5-methylcytidine, 7-deazaadenosine, 7-deazaguanosine, 8-oxoadenosine, 8-oxoguanosine, O(6)-methylguanine, and 2-thiocytidine), chemically modified bases, biologically modified bases (*e.g.*, methylated bases), intercalated bases, modified sugars (*e.g.*, 2′-fluororibose, ribose, 2′-deoxyribose, arabinose, and hexose), or modified phosphate groups (*e.g.*, phosphorothioates and 5′-N-phosphoramidite linkages).

[0050]      "Small molecule": As used herein, the term "small molecule" refers to organic compounds, whether naturally-occurring or artificially created (*e.g.*, via chemical synthesis) that have relatively low molecular weight and that are not proteins, polypeptides, or nucleic acids. Typically, small molecules have a molecular weight of less than about 1500 g/mol. Also, small molecules typically have multiple carbon-carbon bonds. Known naturally-occurring small molecules include, but are not limited to, penicillin, erythromycin, taxol, cyclosporin, and rapamycin. Known synthetic small molecules include, but are not limited to, ampicillin, methicillin, sulfamethoxazole, and sulfonamides.

## Brief Description of the Drawing

[0051]      *Figure 1* shows acrylates and amines used in the synthesis of exemplary amine-containing lipids.

[0052]      *Figure 2* shows [1]H NMR spectra of lipids **LD28 (A)**, **LD86 (B)**, **LD87 (C)**, **ND32 (D)**, **ND86 (E)**, and **ND87 (F)**.

[0053]      *Figure 3* shows the DNA transfection efficiency of several of the inventive amine-containing lipids.

[0054]      *Figure 4* shows the percentage of luciferase knockdown for several of the inventive lipids.

**Detailed Description of Certain Preferred Embodiments of the Invention**

[0055]      The present invention provides novel lipids and delivery systems based on the use of amino lipids.  The system may be used in the pharmaceutical/drug delivery arts to delivery polynucleotides, proteins, small molecules, peptides, antigen, drugs, *etc.* to a patient, tissue, organ, cell, *etc.*

[0056]      The amino lipids of the present invention provide for several different uses in the drug delivery art.  The lipids with their amine-containing hydrophilic portion may be used to complex polynucleotides and thereby enhance the delivery of polynucleotide and prevent their degradation.  The lipids may also be used in the formation of nanoparticles, microparticles, liposomes, and micelles containing the agent to be delivered.  Preferably, the lipids are biocompatible and biodegradable, and the formed particles are also biodegradable and biocompatible and may be used to provide controlled, sustained release of the agent.  These lipids and their corresponding particles may also be responsive to pH changes given that these lipids are protonated at lower pH.

*Lipids*

[0057]      The lipids of the present invention are lipids containing primary, secondary, or tertiary amines and salts thereof.  In a particularly preferred embodiment, the inventive lipids are relatively non-cytotoxic.  In another particularly preferred embodiment, the inventive lipids are biocompatible and biodegradable.  In a particularly preferred embodiment, the lipids of the present invention have $pK_a$s in the range of 5.5 to 7.5, more preferably between 6.0 and 7.0.  In another particularly preferred embodiment, the lipid may be designed to have a desired $pK_a$ between 3.0 and 9.0, more preferably between 5.0 and 8.0.  The inventive lipids are particularly attractive for drug delivery for several reasons: 1) they contain amino groups for interacting with DNA, RNA, other polynucleotides, and other negatively charged agents, for buffering the pH, for causing endosomolysis, *etc.*; 2) they can be synthesized from commercially available starting materials; and 3) they are pH responsive and can be engineered with a desired $pK_a$.

[0058]    In certain embodiments, the lipids of the present invention are of the formula (**I**):

$$R_1 - V$$
$$(R_5)_2C - C(R_6)_2$$
$$N - R_3$$
$$(R_5)_2C - C(R_6)_2$$
$$R_2 - V \qquad \textbf{(I)}$$

wherein each occurrence of V is independently selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

R$_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

R$_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence

of $R_8$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl; and salts thereof.

[0059]    In certain embodiments, the tertiary amine of formula (I) is protonated or alkylated to form a compound of formula (Ia):

$$
\begin{array}{c}
R_1 - V \\
(R_5)_2C - C(R_6)_2 \\
\hspace{2.5cm} N^+ - R_3 \quad X^- \\
(R_5)_2C - C(R_6)_2 \\
R_2 - V
\end{array}
\qquad \textbf{(Ia)}
$$

wherein $R_1$, $R_2$, $R_3$, $R_5$, $R_6$, and V are defined above;

$R_7$ is hydrogen or $C_1$-$C_6$ aliphatic, preferably $C_1$-$C_6$ alkyl, more preferably hydrogen or methyl; and

X is any anion.  Possible anions include fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).

[0060]     In certain embodiments, V is C=O.  In other embodiments, V is C=S.  In yet other embodiments, V is S=O.  In still other embodiments, V is $SO_2$.

[0061]     In certain embodiments, $R_1$ is hydrogen.  In other embodiments, $R_1$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety.  In certain embodiments, $R_1$ is a substituted or unsubstituted aryl or heteroaryl moiety.  Preferably, the aryl or heteroaryl moiety is a monocyclic 5- or 6-membered ring system.  In certain embodiments, $R_1$ is $-OR_A$, $-SR_A$, $-N(R_A)_2$, or $-NHR_A$.  In certain embodiments, $R_1$ is $-OR_A$.  In other embodiments, $R_1$ is $-N(R_A)_2$ or $-NHR_A$.  In certain embodiments, $R_A$ is hydrogen.  In other embodiments, $R_A$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety.  In certain embodiments, $R_A$ is an acyclic, substituted or unsubstituted aliphatic moiety.  In certain other embodiments, $R_A$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$.  In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group with at least 5 carbons.  In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$.  In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_9$ alkyl chain.  In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{10}$ alkyl

chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_A$ is a substituted or unsubstituted aryl or heteroaryl moiety.

[0062]      In certain embodiments, $R_2$ is hydrogen. In other embodiments, $R_2$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_2$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_2$ is $-OR_B$, $-SR_B$, $-N(R_B)_2$, or $-NHR_B$. In certain embodiments, $R_2$ is $-OR_B$. In other embodiments, $R_2$ is $-N(R_B)_2$ or $-NHR_B$. In certain embodiments, $R_B$ is hydrogen. In other embodiments, $R_B$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_B$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain other embodiments, $R_B$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an

unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_B$ is a substituted or unsubstituted aryl or heteroaryl moiety.

[0063]     In certain embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_3$ is a polyethylene glycol moiety. In certain embodiments, $R_3$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_3$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_3$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_3$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5- or 6-membered ring. In certain embodiments, the lipids are prepared from the primary amines 1, 11, 20, 24, 25, 28, 31, 32, 36, 76, 77, 80, 86, 87, 93, 94, 95, 96, 99, or 100 shown in *Figure 1*. In certain other embodiments the lipids are prepared from the primary amines 31, 93, or 94 as shwon in *Figure 1*.

[0064]     In certain embodiments, each occurrence of $R_5$ is hydrogen. In certain embodiments, at least one occurrence of $R_5$ is methyl and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_5$ are methyl, and the other occurrences are hydrogen. In other embodiments, at least two occurrences of $R_5$ are hydrogen.

[0065]     In certain embodiments, each occurrence of $R_6$ is hydrogen. In certain

other embodiments, at least two occurrences of $R_6$ are hydrogen. In certain embodiments, at least one occurrence of $R_6$ is methyl, and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_6$ are methyl, and the other occurrences are hydrogen.

**[0066]**    In certain embodiments, $R_1-V$, $(R_5)_2C-C(R_6)_2$ and $R_2-V$, $(R_5)_2C-C(R_6)_2$ which are attached to N, are the same. In other embodiments, $R_1-V$, $(R_5)_2C-C(R_6)_2$ and $R_2-V$, $(R_5)_2C-C(R_6)_2$ which are attached to N are the same and are different than $R_3$. In yet other embodiments, $R_1-V$, $(R_5)_2C-C(R_6)_2$, $R_2-V$, $(R_5)_2C-C(R_6)_2$, and $R_3$ are all different.

**[0067]**    In certain subclasses of lipids, the lipids are of the formula:



wherein V, $R_1$, $R_2$, and $R_3$ are defined as above; and all occurrences of $R_5$ and $R_6$ are hydrogen.. In certain embodiments, $R_1$ and $R_2$ are the same. In other embodiments, $R_1$ and $R_2$ are different. In certain embodiments, V is C=O as shown in the formula:



In certain embodiments, $R_1$ and $R_2$ are the same. In other embodimets, $R_1$ and $R_2$ are different. In certain embodiments, $R_1$ is $-OR_A$ and $R_2$ is $-OR_B$, as shown in the formula below:

. In certain embodiments, $R_A$ and $R_B$ are the same. In other embodiments, $R_A$ and $R_B$ are different. In certain embodiments, at least one of $R_A$ and $R_B$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain embodiments, both of $R_A$ and $R_B$ are an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, or $C_{21}$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkenyl groups, or $C_{21}$-$C_{30}$ straight chain alkenyl groups, preferably $C_9$-$C_{20}$ straight chain alkenyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkynyl groups, or $C_{21}$-$C_{30}$ straight chain alkynyl groups, preferably $C_9$-$C_{20}$ straight chain alkynyl groups. In certain embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ are not

methyl, ethyl, n-propyl, [structure], or [structure]. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 4 carbon atoms. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 5 carbon atoms. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 6 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 4 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 5 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 6 carbon atoms. Exemplary classes of the above formula include:

In certain embodiments, the acrylate used in the synthesis of the lipid is acrylate LD, LF, or LG in *Figure 1*. In certain embodiments the acrylate is acrylate LF in *Figure 1*. In certain embodiments the acrylate is acrylate LG in *Figure 1*.

In certain embodiments, $R_3$ is not [structure shown], wherein $R_C$ is defined as above. In certain embodiments, $R_3$ is not —$CH_2CH_2OR_C'$, wherein $R_C'$ is methyl, ethyl, propyl, isopropyl, butyl, s-butyl, isobutyl, t-butyl, pentyl, cyclopentyl, hexyl, cyclohexyl, decyl, methoxymethyl, 2-methoxyethyl, 1-ethoxyethyl, 2-ethoxyethyl, (2-methoxyethoxy)methyl, 2-tetrahydrofuranyl, 2-tetrahydropyranyl, tetrahydrofurfuryl, formyl, acetyl, propionyl, butyryl, isobutyryl, pivaloyl, valeryl, methoxyacetyl, ethoxyacetyl, acetoxyacetyl, 2-formyloxyethyl, 2-acetoxyethyl, 2-oxopropyl, 2-oxobutyl, 2-oxocyclopentyl, 2-oxo-3-tetrahydrofuranyl, 2-oxo-3-tetrahydropyranyl, methoxycarbonyl, ethoxycarbonyl, and t-butoxycarbonyl. In yet other embodiments, $R_3$ is not —$CH_2CH_2OR_C''$, wherein $R_C''$ is a straight chain, branched or cyclic alkyl group of 1 to 20 carbons atoms, which may contain an ether, carbonyl, or carbonyloxy group. In yet other embodiments, $R_3$ is not —$CH_2CH_2OR_C''$, wherein $R_C''$ is a straight chain, branched or cyclic alkyl group of 1 to 10 carbons atoms, which may contain an ether, carbonyl, or carbonyloxy group. In certain particular embodiments, $R_3$ is not —$CH_2CH_2OR_C''$, wherein $R_C''$ is formyl; acetyl; or methyl group.

[0068]     In other embodiments, $R_1$ is –$NR_A$ and $R_2$ is –$NR_B$, as shown in the formula below:



. In certain embodiments, $R_A$ and $R_B$ are the same. In other embodiments, $R_A$ and $R_B$ are different. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, or $C_{21}$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkenyl groups, or $C_{21}$-$C_{30}$ straight chain alkenyl groups, preferably $C_9$-$C_{20}$ straight chain alkenyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkynyl groups, or $C_{21}$-$C_{30}$ straight chain alkynyl groups, preferably $C_9$-$C_{20}$

straight chain alkynyl groups.  In certain embodiments, when $R_A$ and $R_B$ are the same,

$R_A$ and $R_B$ are not methyl, ethyl, *n*-propyl,  , or  .

In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 4 carbon atoms.  In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 5 carbon atoms.  In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 6 carbon atoms.  In other embodiments, $R_A$ and $R_B$ each comprise at least 4 carbon atoms.  In other embodiments, $R_A$ and $R_B$ each comprise at least 5 carbon atoms.  In other embodiments, $R_A$ and $R_B$ each comprise at least 6 carbon atoms.  Exemplary classes of the above formula include:

In certain embodiments, the acrylate used in the synthesis of the lipid is acrylate ND, NF, NG, or NP in *Figure 1*. In certain embodiments the acrylate is acrylate ND in *Figure 1*. In certain embodiments the acrylate is acrylate NF in *Figure 1*. In certain embodiments the acrylate is acrylate NP in *Figure 1*.

[0069]        Particular exemplary compounds include:

PCT/US2006/023171

WO 2006/138380

PCT/US2006/023171



LD31



LF31



LF93



LF94

LG93



ND28



QG87



QG100

[0070]      In other subclasses of lipids, the lipids are of the formula:



wherein V, $R_1$, and $R_3$ are defined as above; all occurrences of $R_6$ are hydrogen; and $R_5$ is defined as in the formula.  In certain embodiments, $R_1$ and $R_2$ are the same.  In

certain embodiments, V is C=O as shown in the formula:



, preferably $R_1$ and $R_2$ are the same.

In certain embodiments, $R_1$ is $-OR_A$ and $R_2$ is $-OR_B$, as shown in the formula below:



, preferably $R_A$ and $R_B$ are the same. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups.

In other embodiments, $R_1$ is $-NR_A$ and $R_2$ is $-NR_B$, as shown in the formula below:



, preferably $R_A$ and $R_B$ are the same. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups.

[0071]    In certain embodiments,    and    in formulae (**I**) and (**Ia**) are selected from the group consisting of:

In certain embodiments, the lipids are prepared using acrylates LC, LD, LE, LF, and LG in *Figure 1*.

[0072]     In certain embodiments, $R_1{-}V{-}(R_5)_2C{-}C(R_6)_2$ and $R_2{-}V{-}(R_5)_2C{-}C(R_6)_2$ in formulae (**I**) and (**Ia**) are selected from the group consisting of:

In certain embodiments, the lipids are prepared using acrylates NC, ND, NF, NG, or NP in *Figure 1*. In certain embodiments, the lipids are prepared using acrylate ND. In other embodiments, the lipids are prepared using acrylate NF.



[0073]     In certain embodiments,          is selected from the group consisting of:

**[0074]** In certain embodiments,  is selected from the group consisting of:



**[0075]** In certain embodiments,  is

, wherein n is an interger between 0 and 10,

inclusive; and $R_3'$ is hydrogen, aliphatic, heteroaliphatic, carbocyclic, heterocyclic, aryl, acyl, or heteroaryl. In certain embodiments, $R_3'$ is hydrogen, In other embodiments, $R_3'$ is $C_1$-$C_6$ alkyl. In yet other embodiments, $R_3'$ is acyl (*e.g.*, acetyl).

[0076]    In certain embodiments, the inventive lipid is of formula:

(CH$_2$)$_n$CH$_3$ [structure]

wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

[0077]    In certain embodiments, the inventive lipid is of formula:

(CH$_2$)$_n$CH$_3$ [structure]

wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet

other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

[0078]        In certain embodiments, the inventive lipid is of formula:



wherein

$R_3$' is $C_{1-6}$alkyl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, $R_3$' is methyl. In other embodiments, $R_3$' is ethyl. In other embodiments, $R_3$' is *n*-propyl. In still other embodiments, $R_3$' is *iso*-propyl. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

[0079]        In certain embodiments, the inventive lipid is of formula:



wherein

$R_3$' is $C_{1-6}$alkyl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof.  In certain embodiments, $R_3$' is methyl.  In other embodiments, $R_3$' is ethyl.  In other embodiments, $R_3$' is *n*-propyl.  In still other embodiments, $R_3$' is *iso*-propyl.  In certain embodiments, n is 11.  In other embodiments, n is 12.  In yet other embodiments, n is 13.  In still other embodiments, n is 14.  In certain embodiments, m is 1.  In other embodiments, m is 2.  In other embodiments, m is 3.  In other embodiments, m is 4.  In other embodiments, m is 5.  In other embodiments, m is 6.

**[0080]**      In certain embodiments, the inventive lipid is of formula:



wherein

$R_3$' is carbocyclic; heterocyclic; aryl or heteroaryl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof.  In certain embodiments, $R_3$' is phenyl.  In other embodiments, $R_3$' is heteroaryl.  In other embodiments, $R_3$' is aryl.  In still other embodiments, $R_3$' is histidine.  In certain embodiments, n is 11.  In other embodiments, n is 12.  In yet other embodiments, n is 13.  In still other embodiments, n is 14.  In certain embodiments, m is 1.  In other embodiments, m is 2.  In other embodiments, m is 3.  In other embodiments, m is 4.  In other embodiments, m is 5.  In other embodiments, m is 6.

**[0081]**      In certain embodiments, the inventive lipid is of formula:

wherein

> $R_3'$ is carbocyclic; heterocyclic; aryl or heteroaryl;

> n is an integer between 5 and 20, inclusive; and

> m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable

salts thereof. In certain embodiments, $R_3'$ is phenyl. In other embodiments, $R_3'$ is

heteroaryl. In other embodiments, $R_3'$ is aryl. In still other embodiments, $R_3'$ is

histidine. In certain embodiments, n is 11. In other embodiments, n is 12. In yet

other embodiments, n is 13. In still other embodiments, n is 14. In certain

embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3.

In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments,

m is 6.

[0082]      In certain embodiments, the inventive lipid is of formula:



wherein

> n is an integer between 5 and 20, inclusive; and

> m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable

salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet

other embodiments, n is 13. In still other embodiments, n is 14. In certain

embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3.

In other embodiments, m is 4.  In other embodiments, m is 5.  In other embodiments, m is 6.

[0083]      In certain embodiments, the inventive lipid is of formula:



wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof.  In certain embodiments, n is 11.  In other embodiments, n is 12.  In yet other embodiments, n is 13.  In still other embodiments, n is 14.  In certain embodiments, m is 1.  In other embodiments, m is 2.  In other embodiments, m is 3. In other embodiments, m is 4.  In other embodiments, m is 5.  In other embodiments, m is 6.

[0084]      The present invention also provides amino lipids prepared from reacting acrylates with diamines, triamines, or polyamines.  The amino moieties are completely or partially reacted with acrylate or acrylamides.  Also, as would be appreciated by one of skill in this art, amino lipids with different number of acrylate or acrylamide tails will result in various isomers.  These various forms of the linventive lipids are prepared individually, or the lipid is prepared as a mixture and then purified from the other forms.  A single form mya be used in a composition, or a mixture of forms may be used.

[0085]      The tails of the inventive amino lipids may also be the same or different. Non-exhaustively reacted amino groups may be reacted with a second acrylate, second acrylamide, or other electrophiles to created a mixed amino lipid.  Again, various isomeric forms may be prepared and may optionally be purified.

[0086]      In certain embodiments, the lipids of the present invention are of the

formula (**II**):



wherein A is selected from the group consisting of cyclic or acyclic, substituted or
unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or
unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted,
branched or unbranched acyl; substituted or unsubstituted, branched or unbranched
aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic;
substituted or unsubstituted, branched or unbranched acyl; substituted or
unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or
unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-
SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-
OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence
of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or
unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or
unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an
acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,
heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic;
substituted or unsubstituted, branched or unbranched acyl; substituted or

unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or
unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; -
$SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; -
$OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence
of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or
unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or
unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an
acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,
heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic;
substituted or unsubstituted, branched or unbranched acyl; substituted or
unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or
unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; -
$SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; -
$OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence
of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or
unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or
unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an
acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,
heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic;
substituted or unsubstituted, branched or unbranched acyl; substituted or
unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or

unbranched heteroaryl; -OR$_D$; -C(=O)R$_D$; -CO$_2$R$_D$; -CN; -SCN; -SR$_D$; -SOR$_D$; -SO$_2$R$_D$; -NO$_2$; -N$_3$; -N(R$_D$)$_2$; -NHC(=O)R$_D$; -NR$_C$C(=O)N(R$_D$)$_2$; -OC(=O)OR$_D$; -OC(=O)R$_D$; -OC(=O)N(R$_D$)$_2$; -NR$_C$C(=O)OR$_D$; or -C(R$_D$)$_3$; wherein each occurrence of R$_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein R$_3$ and R$_4$ may be taken together to form a cyclic structure;

each occurrence of R$_5$ is independently selected from the group consisting of hydrogen and C$_1$-C$_6$ alkyl;

each occurrence of R$_6$ is independently selected from the group consisting of hydrogen and C$_1$-C$_6$ alkyl; and salts thereof. In certain embodiments, the lipid is prepared using amine 95, 96, 99, 100, 103, and 109 in *Figure 1*. In certain embodiments, the lipid is prepared using amine 99 in *Figure 1*. In certain embodiments, the lipid is prepared using amine 100 in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate ND, NF, NP, LF, and LG in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate ND in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate NF in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate NP in *Figure 1*.

[0087]      In certain embodiments, the tertiary amine of formula (**II**) is protonated or alkylated to form a compound of formula (**IIa**):



(**IIa**)

wherein R$_1$, R$_2$, R$_3$, R$_4$, R$_5$, R$_6$, and V are defined above;

each occurrence of $R_7$ is hydrogen or $C_1$-$C_6$ aliphatic, preferably $C_1$-$C_6$ alkyl, more preferably hydrogen or methyl;

each dashed line represents a bond or the absence of a bond, wherein when the dashed line represents a bond, the attached nitrogen is positively charged; and

X is any anion.  Possible anions include fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate). In certain embodiments, both dashed lines presents bonds, and both nitrogen atoms are positively charged.

[0088]      In certain embodiments, A is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic group.  In certain embodiments, A is a substituted or unsubstituted, branched or unbranched aliphatic group.  In certain particular embodiments, A is a substituted or unsubstituted, branched or unbranched alkyl group.  In certain embodiments, A is an unsubstituted, $C_1$-$C_6$ straight chain alkyl group.  In other embodiments, A is a polyethylene group. In yet other embodiments, A is a polyethylene glycol moiety.  In certain embodiments, A, the two nitrogen atoms attached to A, $R_3$ and $R_4$ form a heterocyclic ring.  In certain embodiments, the ring is aromatic.  In other embodiments, the ring is

non-aromatic. In certain embodiments,  is selected from the group consisting of:

In certain particular embodiments,  is  . In certain

embodiments,  is  . In certain embodiments, A is

 , wherein n is an interger between 0 and 10, inclusive.

[0089]     In certain embodiments, V is C=O. In other embodiments, V is C=S. In yet other embodiments, V is S=O. In still other embodiments, V is $SO_2$.

[0090]     In certain embodiments, $R_1$ is hydrogen. In other embodiments, $R_1$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_1$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_1$ is $-OR_A$, $-SR_A$, $-N(R_A)_2$, or $-NHR_A$. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-N(R_A)_2$ or $-NHR_A$. In certain embodiments, $R_A$ is hydrogen. In certain embodiments, $R_A$ is not hydrogen. In other embodiments, $R_A$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_A$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain other embodiments, $R_A$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably

$C_{10}$-$C_{20}$.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_9$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{10}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{11}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{12}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{13}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{14}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{15}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{16}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{17}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{18}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{19}$ alkyl chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{20}$ alkyl chain.  In yet other embodiments, $R_A$ is a substituted or unsubstituted aryl or heteroaryl moiety.

[0091]     In certain embodiments, $R_2$ is hydrogen.  In other embodiments, $R_2$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety.  In certain embodiments, $R_2$ is a substituted or unsubstituted aryl or heteroaryl moiety.  Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system.  In certain embodiments, $R_2$ is –$OR_B$, -$SR_B$, -$N(R_B)_2$, or –$NHR_B$.  In certain embodiments, $R_2$ is –$OR_B$.  In other embodiments, $R_2$ is –$N(R_B)_2$ or –$NHR_B$.  In certain embodiments, $R_B$ is hydrogen.  In certain embodiments, $R_B$ is not hydrogen.  In other embodiments, $R_B$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety.  In certain embodiments, $R_B$ is an acyclic, substituted or unsubstituted aliphatic moiety.  In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group with at least 5 carbons.  In certain other embodiments, $R_B$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$.  In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$.  In certain embodiments, $R_2$ is –$OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_9$ alkyl chain.  In certain embodiments, $R_2$ is –$OR_B$, wherein $R_B$ is an

unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_B$ is a substituted or unsubstituted aryl or heteroaryl moiety.

[0092]    In certain embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_3$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_3$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_3$ is $C_1$-$C_6$ alkyl. In certain embodiments, $R_3$ is methyl. In certain embodiments, $R_3$ is ethyl. In other embodiments, $R_3$ is $n$-propyl. In other embodiments, $R_3$ is $iso$-propyl. In certain embodiments, $R_3$ is hydrogen. In certain embodiments, $R_3$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_3$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5-

or 6-membered ring. In certain embodiments, $R_3$ is , wherein n is an interger between 0 and 10, inclusive; and $R_3$' is hydrogen, aliphatic, heteroaliphatic, carbocyclic, heterocyclic, aryl, acyl, or heteroaryl. In certain embodiments, $R_3$' is hydrogen. In other embodiments, $R_3$' is $C_1$-$C_6$ alkyl. In yet

other embodiments, $R_3$' is acyl (*e.g.*, acetyl). In certain embodiments, $R_3$ is

. In other embodiments, $R_3$ is 

[0093]    In certain embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_4$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_4$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_4$ is $C_1$-$C_6$ alkyl. In certain embodiments, $R_3$ is methyl. In certain embodiments, $R_3$ is ethyl. In other embodiments, $R_3$ is *n*-propyl. In other embodiments, $R_3$ is *iso*-propyl. In certain embodiments, $R_4$ is hydrogen. In certain embodiments, $R_4$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_4$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5-

or 6-membered ring. In certain embodiments, $R_4$ is , wherein n is an interger between 0 and 10, inclusive; and $R_4$' is hydrogen, aliphatic, heteroaliphatic, carbocyclic, heterocyclic, aryl, acyl, or heteroaryl. In certain embodiments, $R_4$' is hydrogen, In other embodiments, $R_4$' is $C_1$-$C_6$ alkyl. In yet other embodiments, $R_4$' is acyl (*e.g.*, acetyl). In certain embodiments, $R_4$ is

. In other embodiments, $R_4$ is .

[0094]    In certain embodiments, $R_3$ and $R_4$ are the same. In other embodiments, $R_3$ and $R_4$ are different.

[0095]    In certain embodiments, each occurrence of $R_5$ is hydrogen. In certain embodiments, at least one occurrence of $R_5$ is methyl and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_5$ are methyl, and the other occurrences are hydrogen. In other embodiments, at least two occurrences of $R_5$ are hydrogen.

[0096]    In certain embodiments, each occurrence of $R_6$ is hydrogen. In certain

other embodiments, at least two occurrences of $R_6$ are hydrogen.  In certain
embodiments, at least one occurrence of $R_6$ is methyl, and the other occurrences are
hydrogen.  In certain embodiments, at least two occurrences of $R_6$ are methyl, and the
other occurrences are hydrogen.

[0097]     In certain embodiments,



which
are attached to N are the same.  In other embodiments,



and



which are attached to N are the same and are different than $R_3$.  In
yet other embodiments,



, and $R_3$ are all different.

[0098]     In certain embodiments,



in
formulae (**II**) and (**IIa**) are selected from the group consisting of:

In certain embodiments, the lipids are prepared using acrylates LC, LD, LE, LF, and LG in *Figure 1*.



[0099]   In certain embodiments,  and  in formulae (**II**) and (**IIa**) are selected from the group consisting of:

In certain embodiments, the lipids are prepared using acrylates NC, ND, NF, NG, or NP in *Figure 1*. In certain embodiments, the lipids are prepared using acrylate ND. In other embodiments, the lipids are prepared using acrylate NF. In other embodiments, the lipids are prepared using acrylate NP.

[00100]  In certain embodiments,



and



in

formulae (**II**) and (**IIa**) are the same. In other embodiments,



and

$(R_5)_2C-C(R_6)_2$

$R_2-V$          in formulae (II) and (IIa) are different.

[00101]    In certain embodiments, [structure] is selected from the group consisting of:

[00102]    In certain embodiments, [structure] is selected from the group consisting of:

wherein $R_3$ and $R_4$ form a cyclic structure.

[00103]    In other embodiments, the lipids of the present invention are of the formula (**III**):



wherein

A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

n is an integer between 0 and 10, inclusive;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence

of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,

substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; $-CN$; $-SCN$; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_G$; $-C(=O)R_G$; $-CO_2R_G$; $-CN$; $-SCN$; $-SR_G$; $-SOR_G$; -

$SO_2R_G$; $-NO_2$; $-N_3$; $-N(R_G)_2$; $-NHC(=O)R_G$; $-NR_GC(=O)N(R_G)_2$; $-OC(=O)OR_G$; –
$OC(=O)R_G$; $-OC(=O)N(R_G)_2$; $-NR_GC(=O)OR_G$; and $-C(R_G)_3$; wherein each occurrence
of $R_G$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or
unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or
unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an
acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,
heteroaryloxy; or heteroarylthio moietyand salts thereof.  In certain embodiments, n is
0.  In other embodiments, n is 1.  In still other embodiments, n is 2.  In other
embodimetns, n is 3.  In yet other embodiments, n is 4.  In other embodiments, n is 5.
In other embodiments, n is 6.  In certain embodiments, the lipid is prepared using
amine 98.  In other embodiments, the lipid is prepared using amine 100.

**[00104]**    In certain embodiments, the tertiary amine of formula (**III**) is protonated
or alkylated to form a compound of formula (**IIIa**):



wherein $R_1$, $R_2$, $R_3$, $R_4$, $R_5$, $R_6$, $R_7$, n, and V are defined above;

each occurrence of $R_8$ is hydrogen or $C_1$-$C_6$ aliphatic, preferably $C_1$-$C_6$ alkyl,
more preferably hydrogen or methyl;

each dashed line represents a bond or the absence of a bond, wherein when the
dashed line represents a bond, the attached nitrogen is positively charged; and

X is any anion.  Possible anions include fluoride, chloride, bromide, iodide,
sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate,
maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate,
bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate,
formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate,

p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).
In certain embodiments, both dashed lines presents bonds, and both nitrogen atoms
are positively charged.

[00105]    In certain embodiments, A is a cyclic or acyclic, substituted or
unsubstituted, branched or unbranched aliphatic or heteroaliphatic group.  In certain
embodiments, A is a substituted or unsubstituted, branched or unbranched aliphatic
group.  In certain particular embodiments, A is a substituted or unsubstituted,
branched or unbranched alkyl group.  In certain embodiments, A is an unsubstituted,
$C_1$-$C_6$ straight chain alkyl group.  In other embodiments, A is a polyethylene group.
In yet other embodiments, A is a polyethylene glycol moiety.  In certain
embodiments, A, the two nitrogen atoms attached to A, $R_3$ and $R_4$ form a heterocyclic
ring.  In certain embodiments, the ring is aromatic.  In other embodiments, the ring is
non-aromatic.

[00106]    In certain embodiments, V is C=O.  In other embodiments, V is C=S.  In
yet other embodiments, V is S=O.  In still other embodiments, V is $SO_2$.

[00107]    In certain embodiments, $R_1$ is hydrogen.  In other embodiments, $R_1$ is a
cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or
heteroaliphatic moiety.  In certain embodiments, $R_1$ is a substituted or unsubstituted
aryl or heteroaryl moiety.  Preferably, the aryl or heteroaryl moiety is a monocylic 5-
or 6-membered ring system.  In certain embodiments, $R_1$ is –$OR_A$, -$SR_A$, -$N(R_A)_2$, or –
$NHR_A$.  In certain embodiments, $R_1$ is –$OR_A$.  In other embodiments, $R_1$ is –$N(R_A)_2$ or
–$NHR_A$.  In certain embodiments, $R_A$ is hydrogen.  In other embodiments, $R_A$ is a
cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or
heteroaliphatic moiety.  In certain embodiments, $R_A$ is an acyclic, substituted or
unsubstituted aliphatic moiety.  In certain other embodiments, $R_A$ is an acyclic,
unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-
$C_{20}$.  In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group,
preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$.  In certain embodiments, $R_1$ is –$OR_A$,
wherein $R_A$ is an unsubstituted, unbranched $C_9$ alkyl chain.  In certain embodiments,
$R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{10}$ alkyl chain.  In certain
embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{11}$ alkyl
chain.  In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted,

unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_A$ is a substituted or unsubstituted aryl or heteroaryl moiety.

[00108]    In certain embodiments, $R_2$ is hydrogen. In other embodiments, $R_2$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_2$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_2$ is $-OR_B$, $-SR_B$, $-N(R_B)_2$, or $-NHR_B$. In certain embodiments, $R_2$ is $-OR_B$. In other embodiments, $R_2$ is $-N(R_B)_2$ or $-NHR_B$. In certain embodiments, $R_B$ is hydrogen. In other embodiments, $R_B$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_B$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain other embodiments, $R_B$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain

embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{16}$ alkyl chain.  In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{17}$ alkyl chain.  In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{18}$ alkyl chain.  In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{19}$ alkyl chain.  In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{20}$ alkyl chain.  In yet other embodiments, $R_B$ is a substituted or unsubstituted aryl or heteroaryl moiety.

[00109]      In certain embodiments, $R_3$ is hydrogen.  In certain embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety.  In other embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety.  In certain embodiments, $R_3$ is an aliphatic moiety substituted with one or more hydroxyl groups.  In other embodiments, $R_3$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups.  In certain embodiments, $R_3$ is $C_1$-$C_6$ alkyl.  In certain embodiments, $R_3$ is hydrogen.  In certain embodiments, $R_3$ is a heteroaliphatic moiety.  In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring.  In other embodiments, $R_3$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5- or 6-membered ring.  In certain

embodiments, $R_3$ is  or  , wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above.

[00110]      In other embodimets, $R_4$ is hydrogen.  In certain embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety.  In other embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety.  In certain embodiments, $R_4$ is an aliphatic moiety substituted with one or more hydroxyl groups.  In other embodiments, $R_4$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups.  In certain embodiments, $R_4$ is $C_1$-$C_6$ alkyl.  In certain embodiments, $R_4$ is hydrogen.  In certain embodiments, $R_4$ is a heteroaliphatic moiety.  In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocyclic ring system with a 5- or 6-membered ring.  In other embodiments, $R_4$ is aryl or heteroaryl,

preferably a monocyclic ring system with a 5- or 6-membered ring. In certain

embodiments, $R_4$ is [chemical structure: $R_1$—V, $(R_5)_2C$—$C(R_6)_2$] or [chemical structure: $R_2$—V, $(R_5)_2C$—$C(R_6)_2$] , wherein $R_1$, $R_2$, $R_5$, $R_6$,

and V are defined as above.

[00111]    In certain embodiments, $R_3$ and $R_4$ are the same. In other embodiments, $R_3$ and $R_4$ are different. In certain embodiments, both $R_3$ and $R_4$ are hydrogen. In certain embodiments, only one of $R_3$ and $R_4$ is hydrogen. In certain embodiments,

both $R_3$ and $R_4$ are [chemical structure: $R_1$—V, $(R_5)_2C$—$C(R_6)_2$] or [chemical structure: $R_2$—V, $(R_5)_2C$—$C(R_6)_2$] , wherein $R_1$, $R_2$, $R_5$, $R_6$,

and V are defined as above. In certain embodiments, one of $R_3$ and $R_4$ is

[chemical structure: $R_1$—V, $(R_5)_2C$—$C(R_6)_2$] or [chemical structure: $R_2$—V, $(R_5)_2C$—$C(R_6)_2$] , wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as

above; and the other is hydrogen. In certain embodiments, both $R_3$ and $R_4$ are

[chemical structure: $R_1$—CO] , wherein $R_1$ is as defined above. In certain embodiments, one of $R_3$

and $R_4$ is [chemical structure: $R_1$—CO] , wherein $R_1$ is defined as above; and the other is hydrogen.

In certain embodiments, each occurrence of $R_5$ is hydrogen. In certain embodiments, at least one occurrence of $R_5$ is methyl and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_5$ are methyl, and the other occurrences are hydrogen. In other embodiments, at least two occurrences of $R_5$ are hydrogen.

In certain embodiments, each occurrence of $R_6$ is hydrogen. In certain other embodiments, at least two occurrences of $R_6$ are hydrogen. In certain embodiments, at least one occurrence of $R_6$ is methyl, and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_6$ are methyl, and the other occurrences are hydrogen.

[00112]   In certain embodiments, $R_7$ is

$$R_1-V,\ (R_5)_2C-C(R_6)_2 \quad \text{or} \quad R_2-V,\ (R_5)_2C-C(R_6)_2$$

wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above.  In certain embodiments, $R_7$,

$$R_1-V,\ (R_5)_2C-C(R_6)_2, \text{ and } R_2-V,\ (R_5)_2C-C(R_6)_2$$

are the same.  In other embodiments, $R_7$,

$$R_1-V,\ (R_5)_2C-C(R_6)_2, \text{ and } R_2-V,\ (R_5)_2C-C(R_6)_2$$

are different.  In certain embodiments, $R_7$

and $R_1-V,\ (R_5)_2C-C(R_6)_2$ are the same.  In other embodiments, $R_7$ and $R_2-V,\ (R_5)_2C-C(R_6)_2$

are the same.  In certain embodiments, all $R_7$ are the same.

[00113]   In certain embodiments, $R_1-V,\ (R_5)_2C-C(R_6)_2$ and $R_2-V,\ (R_5)_2C-C(R_6)_2$ which

are attached to N are the same.  In other embodiments, $R_1-V,\ (R_5)_2C-C(R_6)_2$ and

$R_2-V,\ (R_5)_2C-C(R_6)_2$ which are attached to N are the same and are different than $R_3$ or

$R_4$.  In yet other embodiments, $R_1-V,\ (R_5)_2C-C(R_6)_2$, $R_2-V,\ (R_5)_2C-C(R_6)_2$, $R_3$, and $R_4$ are

all different.  In certain embodiments, $R_3$ and $R_4$ are the same.  In other embodiments,

$R_3$ and $R_4$ are different.

[00114]   In certain embodiments, $R_1-V,\ (R_5)_2C-C(R_6)_2$ and $R_2-V,\ (R_5)_2C-C(R_6)_2$ in

formulae (**III**) and (**IIIa**) are selected from the group consisting of:

In certain embodiments, the lipids are prepared using acrylates LC, LD, LE, LF, and LG in *Figure 1*.

[00115]   In certain embodiments,

$$R_1 - V \diagdown \atop (R_5)_2C - C(R_6)_2 \diagdown$$

and

$$(R_5)_2C - C(R_6)_2 \diagup \atop R_2 - V \diagup$$

in formulae (**III**) and (**IIIa**) are selected from the group consisting of:

In certain embodiments, the lipids are prepared using acrylates NC, ND, NF, NG, and NP in *Figure 1*. In certain embodiments, the lipids are prepared using acrylate ND. In other embodiments, the lipids are prepared using acrylate NF.

[00116]     In certain embodiments,  is selected from the group consisting of:

In certain particular embodiments,  is  . In certain

particular embodiments,  is  ; and n is 0, 1, 2, 3, 4, 5, or

6. In certain particular embodiments,  is  ; and n is 2.

In certain embodiments,  is  . In certain embodiments,

 is  ; and n is 0, 1, 2, 3, 4, 5, or 6. In certain embodiments,

 is  ; and n is 2.

[00117]     In certain embodiments, the lipid is of the formula (**IV**):



wherein

        each occurrence of x is an integer between 1 and 10, inclusive; preferably,

between 1 and 6, inclusive;

y is an integer between 0 and 10, inclusive; preferably, between 0 and 6, inclusive;

each occurrence of $R_7$ is hydrogen; substituted or unsubstituted, branched or unbranched aliphatic; substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted aryl; substituted or unsubstituted

$$R_1-CO$$

heteroaryl; or

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and salts thereof. In certain embodiments, x is 1, 2, 3, 4, or 5. In certain particular embodiments, x is 1. In other particular embodiments, x is 2. In certain embodiments, y is 0. In certain embodiments, y is 1. In other embodiments, y is 2. In yet other embodiments, y is 3. In still other embodiments, y is 4. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-NHR_A$. In certain embodiments, at least one $R_1$ is $C_1$-$C_{20}$ alkyl. In certain

$$R_1-CO$$

embodiments, all $R_7$ are of the formula              . In certain embodiments, at least one $R_7$ is branched or unbranched, substituted or unsubstituted aliphatic. In certain embodiments, at least one $R_7$ is $C_1$-$C_{20}$ alkyl. In certain embodiments, at least

one $R_7$ is $C_1$-$C_{12}$ alkyl.  In certain embodiments, at least one $R_7$ is branched or
unbranched, substituted or unsubstituted heteroaliphatic.  In certain embodiments, at

least one $R_7$ is  , wherein k is an interger between 0 and
10, inclusive, and $R_7'$ is hydrogen or $C_{1\text{-}6}$alkyl.  In certain embodiments, at least one

$R_7$ is  .  In other embodiments, at least one $R_7$ is  .  In
other embodiments, at least one $R_7$ is a hydrogen.  In other embodiments, at least two
$R_7$ are each hydrogen.  In still other embodiments, at least three $R_7$ are each hydrogen.
In still furthe embodiments, at least four $R_7$ are each hydrogen.

[00118]      In certain embodiments, each $R_7$ in formulae (**IV**) is independently
selected from the group consisting of hydrogen and

[00119]    In certain embodiments, each R₇ in formulae (**IV**) is independently selected from the group consisting of hydrogen and

[00120]   In certain embodiments, the lipid is of the formula (V), (VI), or (VII):



wherein

x is an integer between 1 and 10, inclusive; preferably, between 1 and 6,

inclusive; more preferably, between 1 and 3, inclusive;

$$R_1\!-\!CO\diagdown$$

each occurrence of $R_7$ is hydrogen or

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_8$ is independently hydrogen, $C_1$-$C_6$ alkyl, hydroxy-$C_1$-$C_6$-

alkyl; or

, wherein k is an interger between 0 and 10, inclusive, and $R_8$' is hydrogen or $C_{1-6}$alkyl; and salts thereof. In certain embodiments, x is 1, 2, 3, 4, or 5. In certain particular embodiments, x is 1. In other particular embodiments, x is 2. In other embodiments, x is 3. In certain embodiments, $R_1$ is — $OR_A$. In other embodiments, $R_1$ is –$NHR_A$. In certain embodiments, all $R_7$ are of the

$$R_1\!-\!CO\diagdown$$

formula                . In other embodiments, at least one $R_7$ is a hydrogen. In other embodiments, at least two $R_7$ are each hydrogen. In still other embodiments, at least three $R_7$ are each hydrogen. In still furthe embodiments, at least four $R_7$ are each hydrogen. In certain embodiments, all $R_8$ are the same. In certain particular

embodiments, $R_8$ is hydrogen.  In certain embodiments, $R_8$ is methyl.  In other embodiments, $R_8$ is ethyl.  In yet other embodiments, $R_8$ is hydroxymethyl.  In still other embodiments, $R_8$ is hydroxyethyl.

[00121]      In certain embodiments, each $R_7$ in formula (V), (VI), or (VII) is independently selected from the group consisting of hydrogen and



[00122]      In certain embodiments, each $R_7$ in formula (V), (VI), or (VII) is independently selected from the group consisting of hydrogen and

[00123]    Exemplary compounds of the formulae (**V**), (**VI**), and (**VII**) are of the formula:

In certain embodiments, the lipid is one of the formulae:

wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

[00124]      In other embodiments, the compound is of one of the formulae:

WO 2006/138380 PCT/US2006/023171

wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive.  In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15.  In certain particular embodiments, n is 10, 11, or 12.  In certain embodiments, n is 11.  In other emboidments, n is 10.  In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive.  In other embodiments, all n are the same integer.  In certain embodiments, one n is different from the other n in the compound.

[00125]      In certain embodiments, the lipid is of one of the formulae:

wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other embodiments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

[00126]     In certain embodiments, the lipid is of one of the formulae:

wherein n is an integer ranging from 1 to 15, inclusive; preferrably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

[00127]     In certain embodiments, the lipid is of one of the formulae:

or

WO 2006/138380                                                        PCT/US2006/023171



wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive.  In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15.  In certain particular embodiments, n is 10, 11, or 12.  In certain embodiments, n is 11.  In other emboidments, n is 10.  In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive.  In other embodiments, all n are the same integer.  In certain embodiments, one n is different from the other n in the compound.

[00128]      In certain embodiments, the lipid is of one of the formulae:

wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive.  In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15.  In certain particular embodiments, n is 10, 11, or 12.  In certain embodiments, n is 11.  In other emboidments, n is 10.  In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive.  In other embodiments, all n are the same integer.  In certain embodiments, one n is different from the other n in the compound.

WO 2006/138380                                      PCT/US2006/023171

[00129]    In another aspect of the invention, the lipid or composition of lipids of the invention is lipid or composition prepared by reacting an amine of one of the formula (1-117):

1, 6, 7, 10, 11, 13, 15, 17, 20, 21, 22, 24, 25, 26, 28, 31, 32, 33, 34, 36, 38, 60, 61, 62, 63, 64, 70, 75, 76, 77, 79, 80, 81, 82, 86, 87, 90, 91, 93, 94, 95, 96, 98, 99, 100, 103, 109

with an acrylate of formula:



In certain embodiments, one equivalent of amine is reacted with one equivalent of acrylate. In certain embdiments, one equivalent of amine is reacted with one, two, three, four, five, six, or more equivalents of acrylate. In certain embodiments, the amount of acrylate is limiting to prevent the functionalization of all amino groups. The resulting lipid or lipid composition in these instances contain secondary amino

groups or primary amino groups. Lipids having secondary amines are particular useful in certain instances. In certain embodiments, amine-containing lipids that have not been fully functionalize are futher reacted with another electrophile (*e.g.*, an acrylate, acrylamide, alkylating agent, acylating agent, *etc.*). Such further functionalization of the amines of the lipid results in lipids with different tails. One, two, three, four, five, or more tails may be different from the other tails of the lipid.

[00130]     In certain embodiments, the amine and acrylate are reacted together neat. In other embodiments, the reaction is done in a solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$, hexanes, toluene, benzene, $CCl_4$, glyme, diethyl ether, *etc.*). In certain embodiments, the reaction mixture is heated. In a particularly preferred embodiment, the reaction mixture is heated to temperature ranging from 50-150 ºC. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 ºC. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal. The reaction may be allowed to proceed for hours, days, or weeks. In certain embodiments, the reaction is allowed to proceed for 1-7 days, preferably 7 days. The resulting composition may be used with or without purification. In certain embodiments, the lipids are subsequently subjected to an alkylation step (*e.g.*, reaction with methyl iodide) to form quanternary amine salts. Optionally, various salt forms of the lipids may be prepared. In certain embodiments, the salts are pharmaceutically acceptable salts.

[00131]     In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NC to form lipid NC98. In certain embodiments, the lipid NC98 is of one of the formulae below:

or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00132]     In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NC to form lipid NC99.  In certain embodiments, the lipid NC99 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00133]     In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NC to form lipid NC100.  In certain embodiments, the lipid NC100 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00134]**    In certain embodiments, the lipid is prepared by reacting amine 20 with acrylate ND to form lipid ND20. In certain embodiments, the lipid ND20 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00135]**    In certain embodiments, the lipid is prepared by reacting amine 24 with acrylate ND to form lipid ND24. In certain embodiments, the lipid ND24 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00136]    In certain embodiments, the lipid is prepared by reacting amine 25 with acrylate ND to form lipid ND25.  In certain embodiments, the lipid ND25 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00137]    In certain embodiments, the lipid is prepared by reacting amine 28 with acrylate ND to form lipid ND28.  In certain embodiments, the lipid ND28 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00138]     In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate ND to form lipid ND32.  In certain embodiments, the lipid ND32 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00139]     In certain embodiments, the lipid is prepared by reacting amine 36 with acrylate ND to form lipid ND36.  In certain embodiments, the lipid ND36 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00140]   In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate ND to form lipid ND98.  In certain embodiments, the lipid ND98 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00141]**      In certain embodiments, the lipid is prepared by reacting amine 94 with acrylate ND to form lipid ND94.  In certain embodiments, the lipid ND94 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00142]**      In certain embodiments, the lipid is prepared by reacting amine 95 with

acrylate ND to form lipid ND95. In certain embodiments, the lipid ND95 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00143]     In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate ND to form lipid ND96. In certain embodiments, the lipid ND96 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00144]    In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate ND to form lipid ND99.  In certain embodiments, the lipid ND99 is of one of the formulae below:

WO 2006/138380                                           PCT/US2006/023171



In other embodiments, the lipid is a composition of one or more of the above lipids.

In certain embodiments, ND99 is treated with MeI or another alkylating agent to form lipids of the formulae:

[00145]     In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate ND to form lipid ND100.  In certain embodiments, the lipid ND100 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00146]**      In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate ND to form lipid ND103. In certain embodiments, the lipid ND103 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00147]**      In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate ND to form lipid ND109. In certain embodiments, the lipid ND109 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00148]    In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NE to form lipid NE98. In certain embodiments, the lipid NE98 is of one of the formulae below:

or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00149]      In certain embodiments, the lipid is prepared by reacting amine 94 with acrylate NE to form lipid NE94.  In certain embodiments, the lipid NE94 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00150]      In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate NE to form lipid NE95.  In certain embodiments, the lipid NE95 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00151]     In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate NE to form lipid NE96.  In certain embodiments, the lipid NE96 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00152]    In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NE to form lipid NE99. In certain embodiments, the lipid NE99 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

In certain embodiments, NE99 is treated with MeI or another alkylating agent to form

lipids of the formulae:

[00153]    In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NE to form lipid NE100. In certain embodiments, the lipid NE100 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00154]    In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate NE to form lipid NE103. In certain embodiments, the lipid NE103 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00155]    In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate NE to form lipid NE109.  In certain embodiments, the lipid NE109 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00156]     In certain embodiments, the lipid is prepared by reacting amine 1 with acrylate NF to form lipid NF1.  In certain embodiments, the lipid NF1 is of one of the formulae below:



or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00157]     In certain embodiments, the lipid is prepared by reacting amine 10 with acrylate NF to form lipid NF10.  In certain embodiments, the lipid NF10 is of one of the formulae below:



or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00158]    In certain embodiments, the lipid is prepared by reacting amine 11 with acrylate NF to form lipid NF11.  In certain embodiments, the lipid NF10 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00159]    In certain embodiments, the lipid is prepared by reacting amine 20 with acrylate NF to form lipid NF20.  In certain embodiments, the lipid NF20 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00160]    In certain embodiments, the lipid is prepared by reacting amine 25 with acrylate NF to form lipid NF25.  In certain embodiments, the lipid NF25 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00161]      In certain embodiments, the lipid is prepared by reacting amine 28 with acrylate NF to form lipid NF28.  In certain embodiments, the lipid NF28 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00162]      In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate NF to form lipid NF32.  In certain embodiments, the lipid NF32 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00163]     In certain embodiments, the lipid is prepared by reacting amine 36 with acrylate NF to form lipid NF36.  In certain embodiments, the lipid NF36 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00164]     In certain embodiments, the lipid is prepared by reacting amine 60 with acrylate NF to form lipid NF60.  In certain embodiments, the lipid NF60 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00165]**      In certain embodiments, the lipid is prepared by reacting amine 61 with acrylate NF to form lipid NF61.  In certain embodiments, the lipid NF61 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00166]**      In certain embodiments, the lipid is prepared by reacting amine 63 with acrylate NF to form lipid NF63.  In certain embodiments, the lipid NF63 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00167]    In certain embodiments, the lipid is prepared by reacting amine 64 with acrylate NF to form lipid NF64. In certain embodiments, the lipid NF64 is of one of the formulae below:



or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00168]    In certain embodiments, the lipid is prepared by reacting amine 61 with acrylate NF to form lipid NF70. In certain embodiments, the lipid NF70 is of one of the formulae below:



or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00169]    In certain embodiments, the lipid is prepared by reacting amine 86 with acrylate NF to form lipid NF86. In certain embodiments, the lipid NF86 is of one of the formulae below:

or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00170]    In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate NF to form lipid NF87.  In certain embodiments, the lipid NF87 is of one of the formulae below:



or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00171]    In certain embodiments, the lipid is prepared by reacting amine 91 with acrylate NF to form lipid NF91.  In certain embodiments, the lipid NF91 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00172]     In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate NF to form lipid NF95.  In certain embodiments, the lipid NF95 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00173]**    In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate NF to form lipid NF96.  In certain embodiments, the lipid NF96 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00174]**    In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NF to form lipid NF98.  In certain embodiments, the lipid NF98 is of one of

WO 2006/138380                                                    PCT/US2006/023171

the formulae below:

or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00175]     In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NF to form lipid NF99. In certain embodiments, the lipid NF99 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

In certain embodiments, NF99 is treated with MeI or another alkylating agent to form lipids of the formula:

[00176]    In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NF to form lipid NF100. In certain embodiments, the lipid NF100 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00177]     In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate NF to form lipid NF103. In certain embodiments, the lipid NE103 is of one of the formulae below:

or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00178]     In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate NF to form lipid NF109. In certain embodiments, the lipid NF109 is of one of the formulae below:



or

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00179]    In certain embodiments, the lipid is prepared by reacting amine 61 with acrylate NG to form lipid NG61. In certain embodiments, the lipid NG61 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00180]    In certain embodiments, the lipid is prepared by reacting amine 64 with acrylate NG to form lipid NG64. In certain embodiments, the lipid NG64 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00181]     In certain embodiments, the lipid is prepared by reacting amine 77 with acrylate NG to form lipid NG77.  In certain embodiments, the lipid NG77 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00182]     In certain embodiments, the lipid is prepared by reacting amine 86 with acrylate NG to form lipid NG86.  In certain embodiments, the lipid NG86 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00183]     In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate NG to form lipid NG87.  In certain embodiments, the lipid NG87 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00184]    In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate NG to form lipid NG95.  In certain embodiments, the lipid NG95 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00185]     In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NG to form lipid NG100.  In certain embodiments, the lipid NG100 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, NG100 is alkylated with methyl iodide or another alkylating agent.

[00186]     In certain embodiments, the lipid is prepared by reacting amine 62 with acrylate NP to form lipid NP62.  In certain embodiments, the lipid NP62 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00187]     In certain embodiments, the lipid is prepared by reacting amine 63 with acrylate NP to form lipid NP63.  In certain embodiments, the lipid NP63 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00188]     In certain embodiments, the lipid is prepared by reacting amine 86 with acrylate NP to form lipid NP86.  In certain embodiments, the lipid NP86 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00189]     In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate NP to form lipid NP87.  In certain embodiments, the lipid NP87 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00190]     In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate NP to form lipid NP96.  In certain embodiments, the lipid NP96 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00191]     In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NP to form lipid NP98.  In certain embodiments, the lipid NP98 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00192]    In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NP to form lipid NP99.  In certain embodiments, the lipid NP99 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, NF99 is treated with MeI or another alkylating agent to form lipids of the formula:

[00193]    In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NP to form lipid NP100. In certain embodiments, the lipid NP100 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00194]**      In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate NP to form lipid NP103.  In certain embodiments, the lipid NP103 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00195]**      In certain embodiments, the lipid is prepared by reacting amine 31 with acrylate LD to form lipid LD31.  In certain embodiments, the lipid LD31 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00196]     In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate LD to form lipid LD98.  In certain embodiments, the lipid LD98 is of one of the formulae below:

. In other embodiments, the lipid is a composition of one or more of the above lipids.

[00197]     In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate LD to form lipid LD99. In certain embodiments, the lipid LD99 is of one of the formulae below:

NH2.  In other embodiments, the lipid is a composition of one or more of the above lipids.  In certain embodiments, LD99 is treated with MeI or another alkylating agent to form lipids (QD99) of the formula:

[00198]    In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate LD to form lipid LD100.  In certain embodiments, the lipid LD100 is of one of the formulae below:



embodiments, the lipid is a composition of one or more of the above lipids.  In certain embodiments, LD100 is treated with MeI or another alkylating agent to form lipids (QD100) of the formula:

[00199]    In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate LE to form lipid LE87. In certain embodiments, the lipid LE87 is of one of the formulae below:

other embodiments, the lipid is a composition of one or more of the above lipids.

[00200]      In certain embodiments, the lipid is prepared by reacting amine 94 with
acrylate LE to form lipid LE94.  In certain embodiments, the lipid LE94 is of one of
the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00201]      In certain embodiments, the lipid is prepared by reacting amine 31 with
acrylate LF to form lipid LF31.  In certain embodiments, the lipid LF31 is of one of
the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00202]     In certain embodiments, the lipis is prepared by reacting amine 94 with acrylate LF to form lipid LF94.  In certain embodiments, the lipid LF94 is of one of the formulae below:



embodiments, the lipid is a composition of one or more of the above lipids.

[00203]     In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate LF to form lipid LF95.  In certain embodiments, the lipid LF95 is of one of the formulae below:

the lipid is a composition of one or more of the above lipids.

[00204]      In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate LF to form lipid LF 99.  In certain embodiments, the lipid LF99 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, LF99 is treated with MeI or another alkylating agent to form lipid (QF99) of the formula:





185

[00205]    In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate LG to form lipid LG32.  In certain embodiments, the lipid LG32 is of one of the formulae below:



. In other embodiments, the lipid is a composition of one or more of the above lipids.

[00206]    In certain embodiments, the lipid is prepared by reacting amine 77 with acrylate LG to form lipid LG77.  In certain embodiments, the lipid LG77 is of one of the formulae below:

. In other embodiments, the lipid is a composition of one or more of the above lipids.

[00207]      In certain embodiments, the lipid is prepared by reacting amine 80 with acrylate LG to form lipid LG80.  In certain embodiments, the lipid LG80 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00208]      In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate LG to form lipid LG96.  In certain embodiments, the lipid NG96 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00209]     In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate LG to form lipid LG100.  In certain embodiments, the lipid LG100 is of one of the formulae below:

embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, LG100 is treated with MeI or another alkylating agent to form lipids (QG100) of the formula:

[00210]     In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate LG to form lipid LG109.  In certain embodiments, the lipid NG109 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00211]     In certain embodiments, the lipid is prepared by reacting amine 64 with

acrylate LG to form lipid LG64.  In certain embodiments, the lipid LG64 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00212]     In certain embodiments, the lipid is prepared by reacting amine 31 with acrylate LG to form lipid LG31.  In certain embodiments, the lipid LG31 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00213]     In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate LG to form lipid LG32.  In certain embodiments, the lipid NG32 is of one of the formulae below:

In other embodiments, the lipid is a composition of one or more of the above lipids.

*Synthesis of Lipids*

[00214]     The inventive lipids may be prepared by any method known in the art. Preferably the lipids are prepared from commercially available starting materials, such acrylates or acrylamides, and amines.  In another preferred embodiment, the lipids are prepared from easily and/or inexpensively prepared starting materials.  As would be appreciated by one of skill in the art, the inventive lipids can be prepared by total synthesis starting from commercially available starting materials  A particular lipid may be the desired final product of the synthesis, or a mixture of lipids may be the desired final product.

[00215]     In a particularly preferred embodiment, the inventive lipid is prepared via the conjugate addition of primary amines to acrylates or acrylamides.  An exemplary reaction scheme is shown below:



Any primary amine is useful in preparing inventive lipids.  Primary amines useful in this invention include, but are not limited to, methylamine, ethylamine, isopropylamine, aniline, substituted anilines, and ethanolamine.  The primary amine

may be a bis(primary amine).  Preferably, the amine is commercially available.  In certain embodiments, the amine used in the synthesis of the lipid is of the formula:

[00216]     Acrylate or acrylamide monomers that are useful in the present invention include any acrylates and acrylamides  In certain embodiments, the acrylates or acrylamides are acrylates or acrylamides of straight chain alkyl groups. In certain embodiments, the acrylate or acrylamide is of the formula:



In other embodiments, the acrylate or acrylamide may include branched, substituted, or cyclic aliphatic or heteroaliphatic groups.  In certain embodiments, the acrylate or

acrylamide is substituted with C1-C6 alkyl group, halogens, amino groups, hydroxyl
groups, alkoxy groups, *etc.*

[00217]     In certain embodiments, the reaction is performed neat without the use
of a solvent.  In other embodiments, a solvent is used for the reaction.  Both or one of
the monomers is dissolved in an organic solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH,
$CHCl_3$, hexanes, toluene, benzene, $CCl_4$, glyme, diethyl ether, *etc.*).  The resulting
solutions are combined, and the reaction mixture is heated to yield the desired lipid.
In a particularly preferred embodiment, the reaction mixture is heated to temperature
ranging from 50-150 ℃.  In another particularly preferred embodiment, the reaction
mixture is heated to approximately 95 ℃.  The reaction may also be catalyzed.  For
example, the reaction may be catalyzed by the addition of an acid, base, or metal.  The
reagents may be allowed to react for fours, days, or weeks.  Preferably, the reaction is
allowed to proceed from overnight (*e.g.*, 8-2 hours) to 7 days.

[00218]     In another particularly preferred embodiment, the inventive lipids are
prepared by the conjugate addition of a bis(amine) to an acrylate.  The bis(amine)
may be a bis(secondary amine) or a bis(primary amine).  En exemplary reaction
scheme using bis(amines) is shown below:



In certain embodiments, the reaction is performed neat without a solvent.  In other
embodiments, the reaction is performed in a solvent.  One or both of the monomers
are dissolved in an organic solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$,
hexanes, $CCl_4$, glyme, diethyl ether, *etc.*).  Organic solvents are preferred due to the
susceptibility of polyesters to hydrolysis.  The resulting solutions are combined, and
the reaction mixture is heated to yield the desired lipid.  In a particularly preferred
embodiment, the reaction mixture is maintained at a temperature ranging from 50-150

°C. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 °C. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal.

[00219]      In yet another particularly preferred embodiment, the inventive lipids are prepared by the conjugate addition of a poly(amine) to an acrylate or acrylamide. The poly(amine) may include primary, secondary, tertiary, or quaternary amines. In certain embodiments, the poly(amine) contains only primary and secondary amines. An exemplary reaction scheme using poly(amines) is shown below:



In certain embodiments, the reaction is performed with an excess of acrylate or acrylamide to fully funcationlize all amino groups of the poly(amine). In other embodiments, the equivalents of acrylate are limiting; therefore, all amino groups of the poly(amine) are not functionalized. In certain embodiments, the reaction is performed neat without a solvent. In other embodiments, the reaction is performed in a solvent. One or both of the monomers are dissolved in an organic solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$, hexanes, $CCl_4$, glyme, diethyl ether, *etc.*). Organic solvents are preferred due to the susceptibility of polyesters to hydrolysis. The resulting solutions are combined, and the reaction mixture is heated to yield the desired lipid. In a particularly preferred embodiment, the reaction mixture is maintained at a temperature ranging from 50-150 °C. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 °C. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal.

[00220]      The synthesized lipid may be purified by any technique known in the art including, but not limited to, precipitation, crystallization, chromatography, distillation, *etc.* In a particularly preferred embodiment, the lipid is purified through repeated precipitations in organic solvent (*e.g.*, diethyl ether, hexane, *etc.*). In a

particularly preferred embodiment, the lipid is isolated as a salt. The lipid is reacted with an acid (*e.g.*, an organic acid or inorganic acid) to form the corresponding salt. In certain embodiments, the tertiary amine is alkylated to form a quaternary ammonium salt of the lipid. The tertiary amines may be alkylated with any alkylating agent, for example, alkyl halides such as methyl iodide may be used to from the quaternary amino groups. The anion associated with the quaternary amine may be any organic or inorganic anion. Preferably, the anion is a pharmaceutically acceptable anion.

[00221]    In certain embodiments, the reaction mixture results in a mixture of isomers with varying numbers and positions of acrylate tails. Such mixtures of products may be used as is, or a single isomer may be purified from the reaction mixture. When an amine is not exhaustively alkylated, the resulting primary, secondary, or tertiary amines may be further reacted with another acrylate, acrylamide, or other electrophile. The resulting lipid may then be optionally purified.

[00222]    In certain embodiments, a desired lipid is prepared by traditional total synthesis. In certain embodiments, a commercially available amine is the starting material. One or more amino groups of the amine are optionally protected. The unprotected amino groups are reacted with a acrylate or acrylamide. The product is optionally purified. Protecting groups are removed, and the free amino groups are optionally reacted with another acrylate, acrylamide, or other electrophile. Such a sequence may be repeated depending on the desired complexity of the inventive product being prepared. The final product may then be optionally purified.

[00223]    In one embodiment, a library of different lipids is prepared in parallel. A different amine and/or acrylate is added to each vial in a set of vials or to each well of a multi-well plate used to prepare the library. The array of reaction mixtures is incubated at a temperature and length of time sufficient to allow formation of the lipids to occur. In one embodiment, the vials are incubated at approximately 95 °C overnight. In other embodiments, the vials are incubated from 1 to 7 days at approximately 95 °C. The lipids may then be isolated and purified using techniques known in the art. The lipids may then be screened using high-throughput techniques to identify lipids with a desired characteristic (*e.g.*, solubility in water, solubility at different pH, ability to bind polynucleotides, ability to bind heparin, ability to bind

small molecules, ability to form microparticles, ability to increase tranfection efficiency, *etc.*). In certain embodiments the lipids may be screened for properties or characteristics useful in gene therapy (*e.g.*, ability to bind polynucleotides, increase in transfection efficiency).

*Polynucleotide Complexes*

[00224]    The ability of cationic compounds to interact with negatively charged polynucleotides through electrostatic interactions is well known. Cationic lipids such as Lipofectamine have been prepared and studied for their ability to complex and transfect polynucleotides. The interaction of the lipid with the polynucleotide is thought to at least partially prevent the degradation of the polynucleotide. By neutralizing the charge on the backbone of the polynucleotide, the neutral or slightly-positively-charged complex is also able to more easily pass through the hydrophobic membranes (*e.g.*, cytoplasmic, lysosomal, endosomal, nuclear) of the cell. In a particularly preferred embodiment, the complex is slightly positively charged. In another particularly preferred embodiment, the complex has a positive $\zeta$-potential, more preferably the $\zeta$-potential is between +1 and +30.

[00225]    The lipids of the present invention possess tertiary amines. Although these amines are hindered, they are available to interact with a polynucleotide (*e.g.*, DNA, RNA, synthetic analogs of DNA and/or RNA, DNA/RNA hydrids, *etc.*). Polynucleotides or derivatives thereof are contacted with the inventive lipids under conditions suitable to form polynucleotide/lipid complexes. The lipid is preferably at least partially protonated so as to form a complex with the negatively charged polynucleotide. In a preferred embodiment, the polynucleotide/lipid complexes form nanoparticles that are useful in the delivery of polynucleotides to cells. In certain embodiments, multiple lipid molecules may be associated with a polynucleotide molecule. The complex may include 1-100 lipid molecules, 1-1000 lipid molecules, 10-1000 lipid molecules, or 100-10,000 lipid molecules. In certain embodiments, the complex may form a nanoparticle. In a particularly preferred embodiment, the diameter of the nanoparticles ranges from 10-500 nm, more preferably the diameter of the nanoparticles ranges from 10-1200 nm, and most preferably from 50-150 nm. The nanoparticles may be associated with a targeting agent as described below.

*Polynucleotide*

[00226]     The polynucleotide to be complexed, encapsulated by the inventive
lipids, or included in a composition with the inventive lipds may be any nucleic acid
including but not limited to RNA and DNA. In certain embodiments, the
polynucleotide is DNA. In other embodiments, the polynucleotide is RNA. In other
embodiments, the polynucleotide is an siRNA. In other embodiments, the
polynucleotide is an shRNA. The polynucleotides may be of any size or sequence,
and they may be single- or double-stranded. In certain preferred embodiments, the
polynucleotide is greater than 100 base pairs long. In certain other preferred
embodiments, the polynucleotide is greater than 1000 base pairs long and may be
greater than 10,000 base pairs long. The polynucleotide is preferably purified and
substantially pure. Preferably, the polynucleotide is greater than 50% pure, more
preferably greater than 75% pure, and most preferably greater than 95% pure. The
polynucleotide may be provided by any means known in the art. In certain preferred
embodiments, the polynucleotide has been engineered using recombinant techniques
(for a more detailed description of these techniques, please see Ausubel *et al. Current
Protocols in Molecular Biology* (John Wiley & Sons, Inc., New York, 1999);
*Molecular Cloning: A Laboratory Manual*, 2nd Ed., ed. by Sambrook, Fritsch, and
Maniatis (Cold Spring Harbor Laboratory Press: 1989); each of which is incorporated
herein by reference). The polynucleotide may also be obtained from natural sources
and purified from contaminating components found normally in nature. The
polynucleotide may also be chemically synthesized in a laboratory. In a preferred
embodiment, the polynucleotide is synthesized using standard solid phase chemistry.

[00227]     The polynucleotide may be modified by chemical or biological means.
In certain preferred embodiments, these modifications lead to increased stability of
the polynucleotide. Modifications include methylation, phosphorylation, end-
capping, *etc.*

[00228]     Derivatives of polynucleotides may also be used in the present
invention. These derivatives include modifications in the bases, sugars, and/or
phosphate linkages of the polynucleotide. Modified bases include, but are not limited
to, those found in the following nucleoside analogs: 2-aminoadenosine, 2-

thiothymidine, inosine, pyrrolo-pyrimidine, 3-methyl adenosine, 5-methylcytidine, C5-bromouridine, C5-fluorouridine, C5-iodouridine, C5-propynyl-uridine, C5-propynyl-cytidine, C5-methylcytidine, 7-deazaadenosine, 7-deazaguanosine, 8-oxoadenosine, 8-oxoguanosine, O(6)-methylguanine, and 2-thiocytidine. Modified sugars include, but are not limited to, 2′-fluororibose, ribose, 2′-deoxyribose, 3′-azido-2′,3′-dideoxyribose, 2′,3′-dideoxyribose, arabinose (the 2′-epimer of ribose), acyclic sugars, and hexoses. The nucleosides may be strung together by linkages other than the phosphodiester linkage found in naturally occurring DNA and RNA. Modified linkages include, but are not limited to, phosphorothioate and 5′-N-phosphoramidite linkages. Combinations of the various modifications may be used in a single polynucleotide. These modified polynucleotides may be provided by any means known in the art; however, as will be appreciated by those of skill in this art, the modified polynucleotides are preferably prepared using synthetic chemistry *in vitro*.

[00229]     The polynucleotides to be delivered may be in any form. For example, the polynucleotide may be a circular plasmid, a linearized plasmid, a cosmid, a viral genome, a modified viral genome, an artificial chromosome, *etc.*

[00230]     The polynucleotide may be of any sequence. In certain preferred embodiments, the polynucleotide encodes a protein or peptide. The encoded proteins may be enzymes, structural proteins, receptors, soluble receptors, ion channels, pharmaceutically active proteins, cytokines, interleukins, antibodies, antibody fragments, antigens, coagulation factors, albumin, growth factors, hormones, insulin, *etc.* The polynucleotide may also comprise regulatory regions to control the expression of a gene. These regulatory regions may include, but are not limited to, promoters, enhancer elements, repressor elements, TATA box, ribosomal binding sites, stop site for transcription, *etc.* In other particularly preferred embodiments, the polynucleotide is not intended to encode a protein. For example, the polynucleotide may be used to fix an error in the genome of the cell being transfected.

[00231]     The polynucleotide may also be provided as an antisense agent or RNA interference (RNAi) (Fire *et al. Nature* 391:806-811, 1998; incorporated herein by reference). Antisense therapy is meant to include, *e.g.*, administration or *in situ* provision of single- or double-stranded oligonucleotides or their derivatives which

specifically hybridize, *e.g.*, bind, under cellular conditions, with cellular mRNA and/or genomic DNA, or mutants thereof, so as to inhibit expression of the encoded protein, *e.g.*, by inhibiting transcription and/or translation (Crooke "Molecular mechanisms of action of antisense drugs" *Biochim. Biophys. Acta* 1489(1):31-44, 1999; Crooke "Evaluating the mechanism of action of antiproliferative antisense drugs" *Antisense Nucleic Acid Drug Dev.* 10(2):123-126, discussion 127, 2000; *Methods in Enzymology* volumes 313-314, 1999; each of which is incorporated herein by reference). The binding may be by conventional base pair complementarity, or, for example, in the case of binding to DNA duplexes, through specific interactions in the major groove of the double helix (*i.e.*, triple helix formation) (Chan *et al. J. Mol. Med.* 75(4):267-282, 1997; incorporated herein by reference).

[00232]     In a particularly preferred embodiment, the polynucleotide to be delivered comprises a sequence encoding an antigenic peptide or protein. Nanoparticles containing these polynucleotides can be delivered to an individual to induce an immunologic response sufficient to decrease the chance of a subsequent infection and/or lessen the symptoms associated with such an infection. The polynucleotide of these vaccines may be combined with interleukins, interferon, cytokines, and adjuvants such as cholera toxin, alum, Freund's adjuvant, *etc.* A large number of adjuvant compounds are known; a useful compendium of many such compounds is prepared by the National Institutes of Health and can be found on the internet (http://www.niaid.nih.gov/daids/vaccine/pdf/compendium.pdf, incorporated herein by reference; see also Allison *Dev. Biol. Stand.* 92:3-11, 1998; Unkeless *et al. Annu. Rev. Immunol.* 6:251-281, 1998; and Phillips *et al. Vaccine* 10:151-158,1992, each of which is incorporated herein by reference).

[00233]     The antigenic protein or peptides encoded by the polynucleotide may be derived from such bacterial organisms as *Streptococccus pneumoniae, Haemophilus influenzae, Staphylococcus aureus, Streptococcus pyogenes, Corynebacterium diphtheriae, Listeria monocytogenes, Bacillus anthracis, Clostridium tetani, Clostridium botulinum, Clostridium perfringens, Neisseria meningitidis, Neisseria gonorrhoeae, Streptococcus mutans, Pseudomonas aeruginosa, Salmonella typhi, Haemophilus parainfluenzae, Bordetella pertussis, Francisella tularensis, Yersinia pestis, Vibrio cholerae, Legionella pneumophila, Mycobacterium tuberculosis,*

*Mycobacterium leprae, Treponema pallidum, Leptospirosis interrogans, Borrelia burgdorferi, Camphylobacter jejuni,* and the like; from such viruses as smallpox, influenza A and B, respiratory syncytial virus, parainfluenza, measles, HIV, varicella-zoster, herpes simplex 1 and 2, cytomegalovirus, Epstein-Barr virus, rotavirus, rhinovirus, adenovirus, papillomavirus, poliovirus, mumps, rabies, rubella, coxsackieviruses, equine encephalitis, Japanese encephalitis, yellow fever, Rift Valley fever, hepatitis A, B, C, D,  and E virus, and the like; and from such fungal, protozoan, and parasitic organisms such as *Cryptococcus neoformans, Histoplasma capsulatum, Candida albicans, Candida tropicalis, Nocardia asteroides, Rickettsia rickettsii, Rickettsia typhi, Mycoplasma pneumoniae, Chlamydial psittaci, Chlamydial trachomatis, Plasmodium falciparum, Trypanosoma brucei, Entamoeba histolytica, Toxoplasma gondii, Trichomonas vaginalis, Schistosoma mansoni,* and the like.

*Microparticles*

[00234]     The lipids of the present invention may also be used to form drug delivery devices.  The inventive lipids may be used to encapsulate agents including polynucleotides, small molecules, proteins, peptides, metals, organometallic compounds, *etc.*  The inventive lipids have several properties that make them particularly suitable in the preparation of drug delivery devices.  These include 1) the ability of the lipid to complex and "protect" labile agents; 2) the ability to buffer the pH in the endosome; 3) the ability to act as a "proton sponge" and cause endosomolysis; and 4) the ability to neutralize the charge on negatively charged agents.  In a preferred embodiment, the lipids are used to form microparticles containing the agent to be delivered.  These microparticles may include other materials such as proteins, carbohydrates, synthetic polymers (*e.g.*, PEG, PLGA), and natural polymers.  In a particularly preferred embodiment, the diameter of the microparticles ranges from between 500 nm to 50 micrometers, more preferably from 1 micrometer to 20 micrometers, and most preferably from 1 micrometer to 10 micrometers.  In another particularly preferred embodiment, the microparticles range from 1-5 micrometers.

*Methods of Preparing Microparticles*

[00235]     The inventive microparticles may be prepared using any method known in this art. These include, but are not limited to, spray drying, single and double emulsion solvent evaporation, solvent extraction, phase separation, simple and complex coacervation, and other methods well known to those of ordinary skill in the art. Particularly preferred methods of preparing the particles are the double emulsion process and spray drying. The conditions used in preparing the microparticles may be altered to yield particles of a desired size or property (e.g., hydrophobicity, hydrophilicity, external morphology, "stickiness", shape, etc.). The method of preparing the particle and the conditions (e.g., solvent, temperature, concentration, air flow rate, etc.) used may also depend on the agent being encapsulated and/or the composition of the matrix.

[00236]     Methods developed for making microparticles for delivery of encapsulated agents are described in the literature (for example, please see Doubrow, M., Ed., "Microcapsules and Nanoparticles in Medicine and Pharmacy," CRC Press, Boca Raton, 1992; Mathiowitz and Langer, *J. Controlled Release* 5:13-22, 1987; Mathiowitz *et al. Reactive Polymers* 6:275-283, 1987; Mathiowitz *et al. J. Appl. Polymer Sci.* 35:755-774, 1988; each of which is incorporated herein by reference).

[00237]     If the particles prepared by any of the above methods have a size range outside of the desired range, the particles can be sized, for example, using a sieve. The particle may also be coated. In certain embodiments, the particles are coated with a targeting agent. In other embodiments, the particles are coated to achieve deisirable surface properties (e.g., a particular charge).

*Micelles and Liposomes*

[00238]     The lipids of the invention may be used to prepare micelles or liposomes. Many techniques for preparing micelles and liposomes are known in the art, and any method may be used with the inventive lipids to make micelles and liposomes. In addition, any agent including polynucleotides, small molecules, proteins, peptides, metals, organometallic compounds, etc. may be included in a micelle or liposome. Micelles and liposomes are particularly useful in delivering hydrophobic agents such as hydrophobic small molecules.

[00239]    In certain embodiments, liposomes (lipid vesicles) are formed through spontaneous assembly. In other embodiments, liposomes are formed when thin lipid films or lipid cakes are hydrated and stacks of lipid crystalline bilayers become fluid and swell. The hydrated lipid sheets detach during agitation and self-close to form large, multilamellar vesicles (LMV). This prevents interaction of water with the hydrocarbon core of the bilayers at the edges. Once these particles have formed, reducing the size of the particle can be modified through input of sonic energy (sonication) or mechanical energy (extrusion). See Walde, P. "Preparation of Vesicles (Liposomes)" In *Encylopedia of Nanoscience and Nanotechnology*; Nalwa, H. S. Ed. American Scientific Publishers: Los Angeles, 2004; Vol. 9, pp. 43-79; Szoka *et al.* "Comparative Properties and Methods of Preparation of Lipid Vesicles (Liposomes)" *Ann. Rev. Biophys. Bioeng.* 9:467-508, 1980; each of which is incorporated herein. The preparation of lipsomes involves preparing the lipid for hydration, hydrating the lipid with agitation, and sizing the vesicles to achieve a homogenous distribution of liposomes. Lipids are first dissolved in an organic solvent to assure a homogeneous mixture of lipids. The solvent is then removed to form a lipid film. This film is thoroughly dried to remove residual organic solvent by placing the vial or flask on a vaccuum pump overnight. Hydration of the lipid film/cake is accomplished by adding an aqueous medium to the container of dry lipid and agitating the mixture. Disruption of LMV suspensions using sonic energy typically produces small unilamellar vesicles (SUV) with diameters in the range of 15-50 nm. Lipid extrusion is a technique in which a lipid suspension is forced through a polycarbonate filter with a defined pore size to yield particles having a diameter near the pore size of the filter used. Extrusion through filters with 100 nm pores typically yields large, unilamellar vesicles (LUV) with a mean diameter of 120-140 nm.

[00240]    In certain embodiments of the invention, liposomes are formed comprising an inventive lipid, PEG-ceramide, cholesterol, and a polynucleotide. In certain embodiments, the polynucleotide is an RNA molecule (*e.g.*, an RNAi molecule). In other embodiments, the polynucleotide is a DNA molecule. In certain embodiments, the lipid is ND98. In other embodiments, the lipid is ND28, ND32, LF94, ND99, ND95, NP103, NP98, ND25, ND20, ND100, NF96, NF103, NF109,

NF11, ND24, NF86, NP96, ND36, NF61, NF87, NF95, QG100, NF60, NP100, NF1, NP99, QD99, NF63, LG109, ND103, LF95, QF99, LG100, LF31, LG32, NF109, NF64, LE87, LG77, LG96, ND96, LD31, NG64, ND109, or LG80. In certain embodiments, the amount of lipid in the liposome ranges from 30-80 mol%, preferably 40-70 mol%, more preferably 60-70 mol%. In certain embodiments, the amount of PEG-ceramide in the liposomes ranges from 5-20 mol%, preferably 10-15 mol%, more preferably approximately 10 mol%. In certain embodiments, the amount of cholesterol in the liposome ranges from 5-25 mol%, preferably 10-20 mol%, more preferably approximately 15 mol%. In certain embodiments, the amount of cholesterol in the liposome is approximately 20 mol%. These liposomes may be prepared using any method known in the art. In certain embodiments (e.g., liposomes containing RNAi molecules), the liposomes are prepared by lipid extrusion.

[00241]     Certain lipids can spontaneously self assemble around certain molecules, such as DNA and RNA, to form liposomes. For some applications such as the delivery of polynucleotides, these are preferred. Use of these lipids allows for simple assembly of liposomes without the need for additional steps or devices such as an extruder.

[00242]     The following scientific papers described other methods for preparing liposomes and micelles: Narang et al. "Cationic Lipids with Increased DNA Binding Affinity for Nonviral Gene Transfer in Dividing and Nondividing Cells" *Bioconjugate Chem.* 16:156-68, 2005; Hofland et al. "Formation of stable cationic lipid/DNA complexes for gene transfer" *Proc. Natl. Acad. Sci. USA* 93:7305-7309, July 1996; Byk et al. "Synthesis, Activity, and Structure—Activity Relationship Studies of Novel Cationic Lipids for DNA Transfer" *J. Med. Chem.* 41(2):224-235, 1998; Wu et al. "Cationic Lipid Polymerization as a Novel Approach for Constructing New DNA Delivery Agents" *Bioconjugate Chem.* 12:251-57, 2001; Lukyanov et al. "Micelles from lipid derivatives of water-soluble polymers as delivery systems for poorly soluble drugs" *Advanced Drug Delivery Reviews* 56:1273-1289, 2004; Tranchant et al. "Physicochemical optimisation of plasmid delivery by cationic lipids" *J. Gene Med.* 6:S24-S35, 2004; van Balen et al. "Liposome/Water Lipophilicity: Methods, Information Content, and Pharmaceutical Applications" *Medicinal Research Rev.* 24(3):299-324, 2004; each of which is incorporated herein by reference.

*Agent*

**[00243]**      The agents to be delivered by the system of the present invention may be therapeutic, diagnostic, or prophylactic agents.  Any chemical compound to be administered to an individual may be delivered using the inventive comlexes, nanoparticles, or microparticles.  The agent may be a small molecule, organometallic compound, nucleic acid, protein, peptide, polynucleotide, metal, an isotopically labeled chemical compound, drug, vaccine, immunological agent, *etc.*

**[00244]**      In a preferred embodiment, the agents are organic compounds with pharmaceutical activity.  In another embodiment of the invention, the agent is a clinically used drug.  In a particularly preferred embodiment, the drug is an antibiotic, anti-viral agent, anesthetic, steroidal agent, anti-inflammatory agent, anti-neoplastic agent, antigen, vaccine, antibody, decongestant, antihypertensive, sedative, birth control agent, progestational agent, anti-cholinergic, analgesic, anti-depressant, anti-psychotic, β-adrenergic blocking agent, diuretic, cardiovascular active agent, vasoactive agent, non-steroidal anti-inflammatory agent, nutritional agent, *etc.*

**[00245]**      In a preferred embodiment of the present invention, the agent to be delivered may be a mixture of agents.

**[00246]**      Diagnostic agents include gases; metals; commercially available imaging agents used in positron emissions tomography (PET), computer assisted tomography (CAT), single photon emission computerized tomography, x-ray, fluoroscopy, and magnetic resonance imaging (MRI); and contrast agents.  Examples of suitable materials for use as contrast agents in MRI include gadolinium chelates, as well as iron, magnesium, manganese, copper, and chromium.  Examples of materials useful for CAT and x-ray imaging include iodine-based materials.

**[00247]**      Prophylactic agents include, but are not limited to, antibiotics, nutritional supplements, and vaccines.  Vaccines may comprise isolated proteins or peptides, inactivated organisms and viruses, dead organisms and viruses, genetically altered organisms or viruses, and cell extracts.  Prophylactic agents may be combined with interleukins, interferon, cytokines, and adjuvants such as cholera toxin, alum, Freund's adjuvant, *etc.*  Prophylactic agents include antigens of such bacterial organisms as *Streptococccus pneumoniae, Haemophilus influenzae, Staphylococcus*

*aureus, Streptococcus pyogenes, Corynebacterium diphtheriae, Listeria monocytogenes, Bacillus anthracis, Clostridium tetani, Clostridium botulinum, Clostridium perfringens, Neisseria meningitidis, Neisseria gonorrhoeae, Streptococcus mutans, Pseudomonas aeruginosa, Salmonella typhi, Haemophilus parainfluenzae, Bordetella pertussis, Francisella tularensis, Yersinia pestis, Vibrio cholerae, Legionella pneumophila, Mycobacterium tuberculosis, Mycobacterium leprae, Treponema pallidum, Leptospirosis interrogans, Borrelia burgdorferi, Camphylobacter jejuni,* and the like; antigens of such viruses as smallpox, influenza A and B, respiratory syncytial virus, parainfluenza, measles, HIV, varicella-zoster, herpes simplex 1 and 2, cytomegalovirus, Epstein-Barr virus, rotavirus, rhinovirus, adenovirus, papillomavirus, poliovirus, mumps, rabies, rubella, coxsackieviruses, equine encephalitis, Japanese encephalitis, yellow fever, Rift Valley fever, hepatitis A, B, C, D,  and E virus, and the like; antigens of fungal, protozoan, and parasitic organisms such as *Cryptococcus neoformans, Histoplasma capsulatum, Candida albicans, Candida tropicalis, Nocardia asteroides, Rickettsia rickettsii, Rickettsia typhi, Mycoplasma pneumoniae, Chlamydial psittaci, Chlamydial trachomatis, Plasmodium falciparum, Trypanosoma brucei, Entamoeba histolytica, Toxoplasma gondii, Trichomonas vaginalis, Schistosoma mansoni,* and the like.  These antigens may be in the form of whole killed organisms, peptides, proteins, glycoproteins, carbohydrates, or combinations thereof.

*Targeting Agents*

**[00248]**      The inventive complexes, liposomes, micelles, microparticles, and nanoparticles may be modified to include targeting agents since it is often desirable to target a particular cell, collection of cells, or tissue.  A variety of targeting agents that direct pharmaceutical compositions to particular cells are known in the art (see, for example, Cotten *et al. Methods Enzym.* 217:618, 1993; incorporated herein by reference).  The targeting agents may be included throughout the particle or may be only on the surface.  The targeting agent may be a protein, peptide, carbohydrate, glycoprotein, lipid, small molecule, *etc.*  The targeting agent may be used to target specific cells or tissues or may be used to promote endocytosis or phagocytosis of the particle.  Examples of targeting agents include, but are not limited to, antibodies,

fragments of antibodies, low-density lipoproteins (LDLs), transferrin, asialycoproteins, gp120 envelope protein of the human immunodeficiency virus (HIV), carbohydrates, receptor ligands, sialic acid, *etc.* If the targeting agent is included throughout the particle, the targeting agent may be included in the mixture that is used to form the particles. If the targeting agent is only on the surface, the targeting agent may be associated with (*i.e.*, by covalent, hydrophobic, hydrogen bonding, van der Waals, or other interactions) the formed particles using standard chemical techniques.

*Pharmaceutical Compositions*

[00249]    Once the complexes, micelles, liposomes, microparticles, or nanoparticles have been prepared, they may be combined with one or more pharmaceutical excipients to form a pharmaceutical composition that is suitable to administer to animals including humans. As would be appreciated by one of skill in this art, the excipients may be chosen based on the route of administration as described below, the agent being delivered, time course of delivery of the agent, *etc.*

[00250]    Pharmaceutical compositions of the present invention and for use in accordance with the present invention may include a pharmaceutically acceptable excipient or carrier. As used herein, the term "pharmaceutically acceptable carrier" means a non-toxic, inert solid, semi-solid or liquid filler, diluent, encapsulating material or formulation auxiliary of any type. Some examples of materials which can serve as pharmaceutically acceptable carriers are sugars such as lactose, glucose, and sucrose; starches such as corn starch and potato starch; cellulose and its derivatives such as sodium carboxymethyl cellulose, ethyl cellulose, and cellulose acetate; powdered tragacanth; malt; gelatin; talc; excipients such as cocoa butter and suppository waxes; oils such as peanut oil, cottonseed oil; safflower oil; sesame oil; olive oil; corn oil and soybean oil; glycols such as propylene glycol; esters such as ethyl oleate and ethyl laurate; agar; detergents such as Tween 80; buffering agents such as magnesium hydroxide and aluminum hydroxide; alginic acid; pyrogen-free water; isotonic saline; Ringer's solution; ethyl alcohol; and phosphate buffer solutions, as well as other non-toxic compatible lubricants such as sodium lauryl sulfate and magnesium stearate, as well as coloring agents, releasing agents, coating

agents, sweetening, flavoring and perfuming agents, preservatives and antioxidants can also be present in the composition, according to the judgment of the formulator. The pharmaceutical compositions of this invention can be administered to humans and/or to animals, orally, rectally, parenterally, intracisternally, intravaginally, intranasally, intraperitoneally, topically (as by powders, creams, ointments, or drops), bucally, or as an oral or nasal spray.

[00251]     Liquid dosage forms for oral administration include pharmaceutically acceptable emulsions, microemulsions, solutions, suspensions, syrups, and elixirs.  In addition to the active ingredients (*i.e.*, microparticles, nanoparticles, liposomes, micelles, polynucleotide/lipid complexes), the liquid dosage forms may contain inert diluents commonly used in the art such as, for example, water or other solvents, solubilizing agents and emulsifiers such as ethyl alcohol, isopropyl alcohol, ethyl carbonate, ethyl acetate, benzyl alcohol, benzyl benzoate, propylene glycol, 1,3-butylene glycol, dimethylformamide, oils (in particular, cottonseed, groundnut, corn, germ, olive, castor, and sesame oils), glycerol, tetrahydrofurfuryl alcohol, polyethylene glycols and fatty acid esters of sorbitan, and mixtures thereof.  Besides inert diluents, the oral compositions can also include adjuvants such as wetting agents, emulsifying and suspending agents, sweetening, flavoring, and perfuming agents.

[00252]     Injectable preparations, for example, sterile injectable aqueous or oleaginous suspensions may be formulated according to the known art using suitable dispersing or wetting agents and suspending agents.  The sterile injectable preparation may also be a sterile injectable solution, suspension, or emulsion in a nontoxic parenterally acceptable diluent or solvent, for example, as a solution in 1,3-butanediol.  Among the acceptable vehicles and solvents that may be employed are water, Ringer's solution, U.S.P. and isotonic sodium chloride solution.  In addition, sterile, fixed oils are conventionally employed as a solvent or suspending medium.  For this purpose any bland fixed oil can be employed including synthetic mono- or diglycerides.  In addition, fatty acids such as oleic acid are used in the preparation of injectables.  In a particularly preferred embodiment, the particles are suspended in a carrier fluid comprising 1% (w/v) sodium carboxymethyl cellulose and 0.1% (v/v) Tween 80.

[00253]     The injectable formulations can be sterilized, for example, by filtration through a bacteria-retaining filter, or by incorporating sterilizing agents in the form of sterile solid compositions which can be dissolved or dispersed in sterile water or other sterile injectable medium prior to use.

[00254]     Compositions for rectal or vaginal administration are preferably suppositories which can be prepared by mixing the particles with suitable non-irritating excipients or carriers such as cocoa butter, polyethylene glycol, or a suppository wax which are solid at ambient temperature but liquid at body temperature and therefore melt in the rectum or vaginal cavity and release the microparticles.

[00255]     Solid dosage forms for oral administration include capsules, tablets, pills, powders, and granules.  In such solid dosage forms, the particles are mixed with at least one inert, pharmaceutically acceptable excipient or carrier such as sodium citrate or dicalcium phosphate and/or a) fillers or extenders such as starches, lactose, sucrose, glucose, mannitol, and silicic acid, b) binders such as, for example, carboxymethylcellulose, alginates, gelatin, polyvinylpyrrolidinone, sucrose, and acacia, c) humectants such as glycerol, d) disintegrating agents such as agar-agar, calcium carbonate, potato or tapioca starch, alginic acid, certain silicates, and sodium carbonate, e) solution retarding agents such as paraffin, f) absorption accelerators such as quaternary ammonium compounds, g) wetting agents such as, for example, cetyl alcohol and glycerol monostearate, h) absorbents such as kaolin and bentonite clay, and i) lubricants such as talc, calcium stearate, magnesium stearate, solid polyethylene glycols, sodium lauryl sulfate, and mixtures thereof.  In the case of capsules, tablets, and pills, the dosage form may also comprise buffering agents.

[00256]     Solid compositions of a similar type may also be employed as fillers in soft and hard-filled gelatin capsules using such excipients as lactose or milk sugar as well as high molecular weight polyethylene glycols and the like.

[00257]     The solid dosage forms of tablets, dragees, capsules, pills, and granules can be prepared with coatings and shells such as enteric coatings and other coatings well known in the pharmaceutical formulating art.  They may optionally contain opacifying agents and can also be of a composition that they release the active ingredient(s) only, or preferentially, in a certain part of the intestinal tract, optionally,

in a delayed manner.  Examples of embedding compositions which can be used include polymeric substances and waxes.

[00258]      Solid compositions of a similar type may also be employed as fillers in soft and hard-filled gelatin capsules using such excipients as lactose or milk sugar as well as high molecular weight polyethylene glycols and the like.

[00259]      Dosage forms for topical or transdermal administration of an inventive pharmaceutical composition include ointments, pastes, creams, lotions, gels, powders, solutions, sprays, inhalants, or patches.  The particles are admixed under sterile conditions with a pharmaceutically acceptable carrier and any needed preservatives or buffers as may be required.  Ophthalmic formulation, ear drops, and eye drops are also contemplated as being within the scope of this invention.

[00260]      The ointments, pastes, creams, and gels may contain, in addition to the particles of this invention, excipients such as animal and vegetable fats, oils, waxes, paraffins, starch, tragacanth, cellulose derivatives, polyethylene glycols, silicones, bentonites, silicic acid, talc, and zinc oxide, or mixtures thereof.

[00261]      Powders and sprays can contain, in addition to the particles of this invention, excipients such as lactose, talc, silicic acid, aluminum hydroxide, calcium silicates, and polyamide powder, or mixtures of these substances.  Sprays can additionally contain customary propellants such as chlorofluorohydrocarbons.

[00262]      Transdermal patches have the added advantage of providing controlled delivery of a compound to the body.  Such dosage forms can be made by dissolving or dispensing the microparticles or nanoparticles in a proper medium.  Absorption enhancers can also be used to increase the flux of the compound across the skin.  The rate can be controlled by either providing a rate controlling membrane or by dispersing the particles in a polymer matrix or gel.

[00263]      These and other aspects of the present invention will be further appreciated upon consideration of the following Examples, which are intended to illustrate certain particular embodiments of the invention but are not intended to limit its scope, as defined by the claims.

## Examples

### Example 1-Preparation and Testing of Amine-containing Lipids

[00264]     *Lipid synthesis.* Monomers were purchased from Aldrich (Milwaukee, WI), TCI (Portland, OR), Pfaltz & Bauer (Waterbury, CT), Matrix Scientific (Columbia, SC), Acros-Fisher (Pittsburg, PA), Scientific Polymer (Ontario, NY), Polysciences (Warrington, PA), and Dajac monomer-polymer (Feasterville, PA). The acrylate and amine monomers were used neat to prepare the lipids. All possible pair wise combinations of amine and acrylate monomers shown in *Figure 1* were prepared in sealed vials. The vials were then incubated overnight at approximately 95 °C with shaking. The synthesized lipids were used without further purification.

[00265]     The molecular weights of the synthesized lipids were determined by mass spectroscopy and compared to predicted molecular weights to confirm synthesis of the lipid. Mass spectrometric data are shown in the table below.

**Table 1:** Mass-spectrometry data of amine-containing lipids.

| Lipid | Formula | Predicted MW | Actual MW |
|-------|---------|--------------|-----------|
| LF1  | $C_3H_{75}NO_5$    | 626.572  | 626.651  |
| LF6  | $C_{39}H_{75}NO_6$ | 654.5667 | 654.6604 |
| LF7  | $C_{40}H_{77}NO_6$ | 668.5824 | 668.6972 |
| LF10 | $C_{37}H_{73}NO_5$ | 612.5562 | 612.5917 |
| LF11 | $C_{38}H_{75}NO_5$ | 626.5718 | 626.6789 |
| LF15 | $C_{39}H_{76}NO_5$ | 638.5723 | 638.6649 |
| LF17 | $C_{44}H_{79}NO_6$ | 718.598  | 718.6921 |
| LF20 | $C_{37}H_{73}NO_5$ | 612.5562 | 612.5946 |
| LF21 | $C_{37}H_{73}NO_5$ | 612.556  | 612.5959 |
| LG1  | $C_{40}H_{79}NO_5$ | 654.6036 | 654.8644 |
| LG6  | $C_{41}H_{79}NO_6$ | 682.5985 | 682.8408 |
| LG7  | $C_{42}H_{81}NO_6$ | 696.6142 | 696.9988 |
| LG10 | $C_{39}H_{78}NO_5$ | 640.588  | 640.9817 |
| LG13 | $C_{40}H_{80}NO_6$ | 670.5985 | 670.9156 |
| LG15 | $C_{41}H_{79}NO_5$ | 666.6036 | 666.9696 |
| LG17 | $C_{46}H_{83}NO_5$ | 746.6298 | 746.9586 |
| LG20 | $C_{39}H_{77}NO_5$ | 640.588  | 640.9586 |
| LG21 | $C_{39}H_{77}NO_5$ | 640.588  | 640.9292 |
| LG22 | $C_{39}H_{77}NO5$  | 640.588  | 640.8809 |

| LG24 | $C_{39}H_{77}NO_6$ | 656.5829 | 656.9402 |
|---|---|---|---|
| QF1 | $C_{39}H_{78}NO_5$ | 640.588 | 640.6866 |
| QF6 | $C_{40}H_{78}NO_6$ | 668.5829 | 668.7032 |
| QF7 | $C_{41}H_{80}NO_6$ | 682.5985 | 682.7867 |
| QF10 | $C_{38}H_{76}NO_5$ | 626.5723 | 626.6509 |
| QF11 | $C_{39}H_{78}NO_5$ | 640.588 | 640.6297 |
| ND25 | $C_{33}H_{67}N_3O_4$ | 570.5204 | 570.6493 |
| ND36 | $C_{36}H_{73}N_3O_3$ | 596.5725 | 596.6654 |
| ND75 | $C_{36}H_{74}N_4O_2$ | 595.5885 | 595.6977 |
| ND87 | $C_{37}H_{76}N_4O_4$ | 641.5939 | 641.7349 |
| NH32 | $C_{47}H_{96}N_3O_3$ | 750.7451 | 750.8913 |
| NH36 | $C_{48}H_{98}N_3O_3$ | 764.7608 | 764.8723 |
| NH60 | $C_{45}H_{93}N_4O_2$ | 735.7455 | 735.8695 |
| NH86 | $C_{48}H_{99}N4O_4$ | 795.7666 | 795.804 |
| NH87 | $C_{49}H_{100}N_4O_4$ | 809.7822 | 809.8638 |

Q in the lipid name indicates that the amino groups of the lipid were quaternized using methyl iodide. L indicates lipids prepared from the indicated acrylates and amines. N indicates that the ester functional group of the acrylate has been replaced with an amide group.

[00266]    *Transfection experiments.*  14,000 cos-7 cells (ATCC, Manassas, VA) were seeded into each well of a solid white or clear 96 well plate (Corning-Costar, Kennebunk, ME) and allowed to attached overnight in growth medium, composed of: 500 ml phenol red minus DMEM, 50 ml heat inactivated FBS, 5 ml penicillin/streptomycin (Invitrogen, Carlsbad, CA).

[00267]    A small liquot of lipid was tranferred to an Eppendorf tube.  Based on the mass of the lipid in the tube, sterile 25 mM sodium acetate buffer was added to each tube to yield a concentration of 60 mg/ml.  The resulting mixture was vortexed fro approximately 20 minutes until the lipid was fully dissolved.  DNA was prepared based on 300 ng DNA per well of a 96-well plate.  291 μg of Lc DNA was dissolved in 9210 μl of 25 mM sodium acetate buffer.  Aliquots of 30 μl of DNA solution were added to each well expect for the last column which was reserved for the Lipo2000 standard.  For the last column of the plate, 61 μg of DNA was added to 1940 μl Optimem.  150 μl of media/Optimem was added to each well of plates.  50 μl of lipid

solution was aliquoted into wells of robot plate.  The following amounts were aliquoted to obtain the correct ratios of DNA to lipid:

For 300 ng DNA well:

| w/w ratio | µl of lipid from robot plate | µl of NaOAc buffer |
|---|---|---|
| 2.5 | 5 | 195 |
| 5 | 10 | 190 |
| 10 | 20 | 180 |
| 15 | 30 | 170 |
| 20 | 40 | 160 |
| 25 | 50 | 150 |

In quadruplicate, 30 µl of lipid was aliquoted onto DNA in four rows for each ratio. For the Lipo2000 control (2.5 w/w ratio to DNA), 152.5 µg of Lipo sample was aliquoted into 1847.5 µl of Optimem.  30 µl of this solution was aliquoted onto DNA in the Optimem in the last columns of each plate.  The plates were incubated for 15-20 minutes, and then 36.5 µl of lipid+DNA complexes was transferred into 150 µl of media/Optimem, then add to cells.  The media was aspirated off the cells, and 105 µl of the lipid/DNA/media/Optimem solution was added to the cells.  The luciferase assay was performed after 48 hours.

[00268]    Luminescence was analyzed using bright-glo assay kits (Promega). Briefly, 100 µl of bright-glo solution was added to each well of the microtiter plate containing media and cells.  Luminescence was measured using a Mithras Luminometer (Berthold, Oak Ridge, TN).  In some cases, a neutral density filter (Chroma, Brattleboro, VT) was used to prevent saturation of the luminometer.  A standard curve for Luciferase was generated by titration of Luciferase enzyme (Promega) into growth media in white microtiter plates.  Luciferase in ng per well are calculated for each of the lipids at 2.5 w/w, 5 w/w, 10 w/w, 15 w/w, 20 w/w, and 25 w/w lipid to DNA based on the standard curve. These data are shown in the table below.  eGFP expression was examined using a Zeiss Aciovert 200 inverted microscope.

**Table 2**: Luciferase expression (measured in relative light units) as a percentage of that achieved using Lipofectamine™ 2000 (ng per well) for lipids at specific lipid/DNA (w/w) ratios using 300 ng Luciferase DNA per well

|        | 2.5 w/w | 5 w/w | 10 w/w | 15 w/w | 20 w/w | 25 w/w |
|--------|---------|-------|--------|--------|--------|--------|
| QG7    | 0.4     | 0.3   | 0.5    | 0.3    | 0.4    | 0.3    |
| QB1    | 0.4     | 0.3   | 0.4    | 0.3    | 0.4    | 0.4    |
| QF1    | 0.4     | 0.3   | 0.4    | 0.3    | 0.3    | 0.3    |
| QG1    | 0.4     | 0.5   | 0.4    | 0.4    | 0.3    | 0.3    |
| QB77   | 0.4     | 0.4   | 0.4    | 0.3    | 0.3    | 0.3    |
| QF77   | 0.4     | 0.4   | 0.7    | 1.3    | 2.7    | 9.9    |
| QG77   | 0.5     | 0.6   | 1.5    | 5.6    | 18.8   | 29.5   |
| LD90   | 0.5     | 0.4   | 0.4    | 0.6    | 0.4    | 0.4    |
| LE90   | 0.5     | 0.3   | 0.4    | 0.4    | 0.4    | 0.4    |
| LF90   | 0.5     | 0.4   | 0.7    | 0.4    | 0.4    | 0.4    |
| LG90   | 0.6     | 0.6   | 0.4    | 0.4    | 0.4    | 0.4    |
| LB64   | 0.1     | 0.1   | 0.2    | 0.1    | 0.1    | 0.2    |
| LD64   | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LE64   | 0.1     | 0.1   | 0.1    | 0.0    | 0.1    | 0.1    |
| LF64   | 0.1     | 0.1   | 0.4    | 0.1    | 0.2    | 0.1    |
| LG64   | 0.2     | 0.1   | 0.1    | 0.1    | 0.1    | 0.2    |
| LB31   | 1.2     | 0.8   | 8.3    | 1.9    | 1.3    | 4.2    |
| LD31   | 44.2    | 38.7  | 18.8   | 11.3   | 42.8   | 174.1  |
| LE31   | 1.0     | 1.0   | 0.9    | 2.5    | 2.9    | 9.5    |
| LF31   | 64.1    | 78.7  | 13.4   | 69.5   | 97.3   | 266.8  |
| LG31   | 19.6    | 27.6  | 34.0   | 8.5    | 14.3   | 94.0   |
| LB63   | 0.1     | 0.2   | 0.1    | 1.0    | 0.1    | 0.2    |
| ND28   | 124.8   | 116.0 | 28.9   | 0.0    | 0.0    | 0.0    |
| ND86   | 0.5     | 0.2   | 0.0    | 0.0    | 0.0    | 0.0    |
| ND87   | 0.0     | 0.0   | 0.0    | 0.0    | 0.0    | 0.0    |
| QB6    | 0.0     | 0.0   | 0.0    | 0.0    | 0.0    | 0.0    |
| QF6    | 0.0     | 0.0   | 0.0    | 0.0    | 0.0    | 0.0    |
| QG6    | 0.0     | 0.0   | 0.0    | 0.0    | 0.0    | 0.0    |
| QB7    | 0.0     | 0.0   | 0.0    | 0.0    | 0.0    | 0.0    |
| QF7    | 0.0     | 0.0   | 0.0    | 0.0    | 0.0    | 0.0    |
| LB1    | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.2    |
| LB6    | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LB7    | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.2    |
| LB10   | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LB11   | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LB13   | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LB15   | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LB17   | 0.1     | 0.1   | 0.1    | 0.1    | 0.1    | 0.1    |
| LB20   | 0.1     | 0.1   | 0.4    | 0.2    | 0.3    | 0.7    |
| LB21   | 0.7     | 0.8   | 0.7    | 0.7    | 0.7    | 0.8    |
| LB22   | 0.3     | 0.3   | 0.4    | 0.4    | 0.4    | 0.4    |
| LB24   | 0.1     | 0.2   | 0.4    | 0.1    | 0.1    | 0.1    |

| | | | | | | |
|---|---|---|---|---|---|---|
| LB25 | 0.8 | 2.4 | 2.6 | 3.3 | 2.3 | 1.8 |
| LB26 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB28 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB31 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB32 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB33 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB34 | 0.1 | 0.1 | 0.2 | 0.4 | 0.1 | 0.1 |
| LB36 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB38 | 0.7 | 0.8 | 0.7 | 0.8 | 0.7 | 0.8 |
| LB60 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| LB61 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB62 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB63 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB64 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB70 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB75 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB76 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB77 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.3 |
| LB79 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB80 | 0.7 | 0.8 | 0.1 | 0.2 | 1.0 | 1.5 |
| LB81 | 0.4 | 0.4 | 0.2 | 0.3 | 0.4 | 0.5 |
| LF1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF64 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF7 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF10 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF11 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF13 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF15 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF17 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF20 | 0.2 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 |
| LF21 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| LD28 | | | 1.7 | 8.5 | | |
| LD86 | | | 29.6 | 16.0 | | |
| LD87 | | | 53.9 | 43.3 | | |
| LG34 | | | 1.4 | 0.8 | | |
| LG77 | | | 43.5 | 34.0 | | |
| LH28 | | | 0.2 | 0.2 | | |
| QD28 | | | 0.1 | 0.1 | | |
| QD86 | | | 2.0 | 2.0 | | |
| QD87 | | | 0.5 | 0.7 | | |
| LF22 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF24 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 |
| LF25 | 0.1 | 0.2 | 0.3 | 0.4 | 0.9 | 1.5 |
| LF26 | 0.1 | 0.2 | 0.7 | 0.1 | 0.1 | 0.3 |
| LF28 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 |
| LF32 | 0.1 | 0.1 | 0.2 | 0.1 | 0.4 | 0.4 |
| LF33 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LF34 | 0.1 | 0.3 | 1.1 | 0.5 | 0.2 | 0.3 |
| LF36 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF38 | 0.8 | 0.9 | 0.9 | 0.9 | 0.8 | 1.0 |
| LF60 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 |
| LF61 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF62 | 0.1 | 0.1 | 0.2 | 0.1 | 0.4 | 0.2 |
| LF63 | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 | 0.4 |
| LF64 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF70 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 | 0.3 |
| LF75 | 0.7 | 1.0 | 0.7 | 1.9 | 1.7 | 1.7 |
| LF76 | 1.7 | 5.6 | 9.8 | 24.3 | 22.2 | 19.5 |
| LF77 | 3.7 | 25.1 | 28.2 | 24.1 | 17.0 | 22.1 |
| LF79 | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| LF80 | 2.5 | 35.1 | 35.5 | 34.3 | 19.9 | 14.8 |
| LF81 | 0.5 | 1.6 | 1.5 | 4.9 | 4.6 | 4.0 |
| LF82 | 0.4 | 0.3 | 0.7 | 0.5 | 0.6 | 0.8 |
| LF86 | 21.5 | 17.9 | 19.6 | 21.2 | 10.5 | 10.4 |
| LF87 | 19.4 | 11.3 | 30.2 | 13.3 | 11.0 | 10.0 |
| LF90 | 0.4 | 0.5 | 0.3 | 1.3 | 1.1 | 1.5 |
| LF91 | 0.5 | 0.5 | 0.8 | 1.4 | 1.3 | 1.6 |
| LF93 | 32.0 | 50.4 | 15.0 | 150.7 | 143.2 | 171.3 |
| LF94 | 41.8 | 37.7 | 96.3 | 114.7 | 99.0 | 98.6 |
| LF95 | 15.3 | 51.3 | 44.3 | 71.8 | 64.6 | 75.1 |
| LF96 | 52.4 | 62.8 | 79.3 | 47.7 | 64.4 | 36.0 |
| LF98 | 2.5 | 7.9 | 17.8 | 17.2 | 9.5 | 9.9 |
| LF99 | 32.2 | 49.8 | 26.5 | 10.7 | 6.0 | 6.2 |
| LF100 | 17.6 | 70.0 | 69.0 | 85.9 | 44.2 | 50.9 |
| LF103 | 43.9 | 11.6 | 65.4 | 91.8 | 61.6 | 61.4 |
| LF109 | 16.0 | 28.3 | 16.9 | 21.9 | 28.7 | 49.5 |
| LG1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG64 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG77 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG10 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG13 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG15 | 0.7 | 0.8 | 0.5 | 0.6 | 0.7 | 0.8 |
| LG17 | 0.4 | 0.3 | 0.1 | 0.0 | 0.3 | 0.3 |
| LG20 | 2.0 | 2.5 | 0.4 | 0.2 | 0.1 | 0.1 |
| LG21 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.4 |
| LG22 | 0.2 | 0.3 | 0.4 | 0.5 | 0.4 | 0.7 |
| LG24 | 2.0 | 3.3 | 4.8 | 11.2 | 16.4 | 32.5 |
| LG25 | 15.9 | 32.0 | 43.2 | 56.9 | 42.1 | 63.9 |
| LG26 | 0.6 | 13.0 | 1.9 | 0.5 | 0.3 | 0.4 |
| LG28 | 0.2 | 0.5 | 0.2 | 0.2 | 0.1 | 0.2 |
| LG32 | 0.2 | 10.2 | 1.0 | 0.7 | 0.4 | 0.7 |
| LG33 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LG60 | 0.9 | 1.0 | 0.8 | 0.9 | 0.8 | 1.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LG61 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 | 0.5 |
| LG63* | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 |
| LG64* | 0.3 | 0.3 | 1.8 | 1.8 | 1.2 | 1.6 |
| LG75* | 0.9 | 1.1 | 3.1 | 4.7 | 3.1 | 5.3 |
| LG76* | 6.2 | 14.1 | 21.4 | 48.6 | 54.1 | 92.5 |
| LG79* | 0.6 | 0.4 | 1.5 | 1.6 | 1.4 | 1.4 |
| LG93* | 45.0 | 43.8 | 310.5 | 281.8 | 185.9 | 183.8 |
| 160A* | 0.4 | 0.4 | 1.7 | 1.5 | 1.1 | 1.1 |
| 160B* | 0.8 | 0.8 | 1.1 | 1.1 | 0.9 | 0.9 |
| 160C* | 0.5 | 0.5 | 0.7 | 0.7 | 0.6 | 0.8 |
| 160D* | 0.5 | 0.3 | 0.4 | 0.4 | 0.3 | 0.3 |
| 160E* | 0.6 | 0.5 | 0.6 | 0.6 | 0.6 | 0.3 |
| LD109 | 9.3 | 18.6 | 31.1 | 20.7 | 7.0 | 2.0 |
| LD103 | 11.6 | 17.2 | 24.4 | 27.1 | 12.3 | 6.6 |
| LD100 | 3.9 | 1.5 | 12.0 | 15.3 | 6.9 | 1.3 |
| LD99 | 4.4 | 12.8 | 44.6 | 27.0 | 6.2 | 0.8 |
| LD98 | 0.2 | 0.7 | 0.8 | 1.0 | 0.8 | 0.6 |
| LD96 | 2.3 | 0.3 | 1.3 | 3.6 | 1.2 | 0.4 |
| LD95 | 1.2 | 19.5 | 3.6 | 9.1 | 9.4 | 5.9 |
| LD94 | 1.5 | 5.9 | 2.0 | 8.5 | 9.2 | 7.3 |
| LD93 | 1.8 | 4.2 | 3.9 | 24.6 | 15.8 | 10.8 |
| LD91 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| LD90 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 |
| LD82 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.7 |
| LD81 | 0.1 | 0.1 | 15.2 | 7.6 | 5.4 | 2.3 |
| LD80 | 0.1 | 0.1 | 3.7 | 6.5 | 7.1 | 2.1 |
| LD79 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 |
| LD77 | 0.1 | 0.1 | 6.9 | 11.1 | 6.4 | 2.9 |
| LD76 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 | 0.4 |
| LD75 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| LD70 | 0.1 | 0.1 | 0.6 | 0.6 | 0.6 | 0.6 |
| LD64 | 0.1 | 0.1 | 0.3 | 0.3 | 0.3 | 0.4 |
| LD63 | 0.7 | 0.8 | 0.3 | 0.3 | 0.4 | 0.6 |
| LD62 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 |
| LG109 | 16.3 | 36.0 | 23.4 | 37.9 | 25.7 | 34.5 |
| LG100 | 21.5 | 32.7 | 11.8 | 18.0 | 8.6 | 8.1 |
| LG98 | 0.7 | 2.3 | 13.2 | 9.8 | 6.8 | 7.8 |
| LG96 | 46.7 | 82.9 | 37.3 | 32.6 | 14.1 | 18.5 |
| LG93 | 3.6 | 9.2 | 19.8 | 37.3 | 24.0 | 24.6 |
| LG91 | 0.2 | 0.2 | 0.1 | 0.2 | 0.1 | 0.1 |
| LG90 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 |
| LG87 | 14.5 | 7.5 | 9.2 | 10.4 | 5.9 | 4.7 |
| LG82 | 0.2 | 0.2 | 0.6 | 0.8 | 0.5 | 1.2 |
| LG81 | 0.7 | 0.8 | 1.2 | 4.1 | 14.8 | 19.9 |
| LG80 | 2.2 | 11.9 | 19.8 | 31.3 | 21.9 | 17.4 |
| LH1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LH7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH10 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH13 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH15 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH17 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH20 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH21 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH22 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Q in the lipid name indicates that the tertiary amines of the lipid were quaternized using methyl iodide. L indicates lipids prepared from the indicated acrylates and amines. N indicates that the ester functional group of the acrylate has been replaced with an amide group. * indicates 72 hours incubation before bright-glo.

[00269]     The table below summarizes the data as a % of the luciferase activity obtained from the use of Lipofectamine 2000. The table indicates the best lipids for transfection.

Table 3

| | 2.5 w/w | 5 w/w | 10 w/w | 15 w/w | 20 w/w | 25 w/w |
|---|---|---|---|---|---|---|
| LD28 | | | 1.7 | 8.5 | | |
| LD31 | 44.2 | 38.7 | 18.8 | 11.3 | 42.8 | 174.1 |
| LD77 | 0.1 | 0.1 | 6.9 | 11.1 | 6.4 | 2.9 |
| LD81 | 0.1 | 0.1 | 15.2 | 7.6 | 5.4 | 2.3 |
| LD86 | | | 29.6 | 16.0 | | |
| LD87 | | | 53.9 | 43.3 | | |
| LD93 | 1.8 | 4.2 | 3.9 | 24.6 | 15.8 | 10.8 |
| LD94 | 1.5 | 5.9 | 2.0 | 8.5 | 9.2 | 7.3 |
| LD95 | 1.2 | 19.5 | 3.6 | 9.1 | 9.4 | 5.9 |
| LD99 | 4.4 | 12.8 | 44.6 | 27.0 | 6.2 | 0.8 |
| LD100 | 3.9 | 1.5 | 12.0 | 15.3 | 6.9 | 1.3 |
| LD103 | 11.6 | 17.2 | 24.4 | 27.1 | 12.3 | 6.6 |
| LD109 | 9.3 | 18.6 | 31.1 | 20.7 | 7.0 | 2.0 |
| LE86 | 31.1 | 22.7 | 22.6 | 2.5 | 0.0 | 0.0 |
| LE87 | 10.5 | 9.0 | 38.4 | 4.3 | 0.0 | 0.0 |
| LE96 | 13.5 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 |
| LE99 | 9.9 | 5.4 | 13.7 | 2.7 | 0.0 | 0.0 |
| LE103 | 20.4 | 22.1 | 11.8 | 2.8 | 0.0 | 0.0 |
| LE109 | 1.5 | 5.3 | 28.7 | 18.0 | 1.8 | 0.6 |
| LF31 | 64.1 | 78.7 | 13.4 | 69.5 | 97.3 | 266.8 |
| LF76 | 1.7 | 5.6 | 9.8 | 24.3 | 22.2 | 19.5 |
| LF77 | 3.7 | 25.1 | 28.2 | 24.1 | 17.0 | 22.1 |

WO 2006/138380                    PCT/US2006/023171

| | | | | | | |
|---|---|---|---|---|---|---|
| LF80 | 2.5 | 35.1 | 35.5 | 34.3 | 19.9 | 14.8 |
| LF86 | 21.5 | 17.9 | 19.6 | 21.2 | 10.5 | 10.4 |
| LF87 | 19.4 | 11.3 | 30.2 | 13.3 | 11.0 | 10.0 |
| LF93 | 32.0 | 50.4 | 15.0 | 150.7 | 143.2 | 171.3 |
| LF94 | 41.8 | 37.7 | 96.3 | 114.7 | 99.0 | 98.6 |
| LF95 | 15.3 | 51.3 | 44.3 | 71.8 | 64.6 | 75.1 |
| LF96 | 52.4 | 62.8 | 79.3 | 47.7 | 64.4 | 36.0 |
| LF98 | 2.5 | 7.9 | 17.8 | 17.2 | 9.5 | 9.9 |
| LF99 | 32.2 | 49.8 | 26.5 | 10.7 | 6.0 | 6.2 |
| LF100 | 17.6 | 70.0 | 69.0 | 85.9 | 44.2 | 50.9 |
| LF103 | 43.9 | 11.6 | 65.4 | 91.8 | 61.6 | 61.4 |
| LF109 | 16.0 | 28.3 | 16.9 | 21.9 | 28.7 | 49.5 |
| LG25 | 15.9 | 32.0 | 43.2 | 56.9 | 42.1 | 63.9 |
| LG31 | 19.6 | 27.6 | 34.0 | 8.5 | 14.3 | 94.0 |
| LG32 | 0.2 | 10.2 | 1.0 | 0.7 | 0.4 | 0.7 |
| LG76* | 6.2 | 14.1 | 21.4 | 48.6 | 54.1 | 92.5 |
| LG77 | | | 43.5 | 34.0 | | |
| LG80 | 2.2 | 11.9 | 19.8 | 31.3 | 21.9 | 17.4 |
| LG81 | 0.7 | 0.8 | 1.2 | 4.1 | 14.8 | 19.9 |
| LG87 | 14.5 | 7.5 | 9.2 | 10.4 | 5.9 | 4.7 |
| LG93* | 3.6 | 9.2 | 19.8 | 37.3 | 24.0 | 24.6 |
| LG96 | 46.7 | 82.9 | 37.3 | 32.6 | 14.1 | 18.5 |
| LG98 | 0.7 | 2.3 | 13.2 | 9.8 | 6.8 | 7.8 |
| LG100 | 21.5 | 32.7 | 11.8 | 18.0 | 8.6 | 8.1 |
| LG109 | 16.3 | 36.0 | 23.4 | 37.9 | 25.7 | 34.5 |
| LG93 | 45.0 | 43.8 | 310.5 | 281.8 | 185.9 | 183.8 |
| ND28 | 124.8 | 116.0 | 28.9 | 0.0 | 0.0 | 0.0 |
| QG75 | 10.0 | 20.6 | 34.0 | 2.7 | 1.0 | 0.8 |
| QG76 | 5.6 | 16.9 | 20.7 | 2.5 | 0.0 | 0.0 |
| QG80 | 1.3 | 4.9 | 32.2 | 68.4 | 36.2 | 24.5 |
| QG81 | 0.7 | 3.6 | 41.1 | 15.5 | 2.4 | 1.4 |
| QG82 | 25.0 | 24.6 | 32.6 | 8.6 | 2.3 | 1.4 |
| QG87 | 89.0 | 94.0 | 42.4 | 64.7 | 62.1 | 44.1 |
| QG90 | 1.1 | 4.3 | 7.7 | 17.4 | 7.3 | 5.4 |
| QG91 | 0.4 | 3.3 | 25.9 | 45.2 | 18.5 | 2.8 |
| QG98 | 2.1 | 10.3 | 22.3 | 14.9 | 9.3 | 4.5 |
| QG100 | 11.2 | 32.1 | 57.1 | 102.6 | 93.0 | 94.5 |
| QG109 | 29.9 | 40.6 | 31.3 | 52.6 | 51.3 | 46.6 |

Q in the lipid name indicates that the tertiary amines of the lipid were quaternized using methyl iodide. L indicates lipids prepared from the indicated acrylates and amines. N indicates that the ester functional group of the acrylate has been replaced with an amide group. * indicates 72 hour incubation before bright-glo.

## Example 2 – Testing of Lipids for RNA Delivery

[00270]     Reporter-protein knockdown achieved by the top transfecting lipids relative to Lipofectamine™ 2000 (where negative values indicate improved knockdown).  The assay accounts for toxicity, monitoring expression of both renilla and firefly luciferases, where the latter serves as viability control.  For each lipid, 50 ng of siRNA was added per well at specific lipid/RNA w/w ratios (from top to bottom: 2.5, 5, 10, 15).

| ND95 | ND98 | ND99 | ND100 | NF96 | LD31 | LE87 | LF31 | LF95 | LG32 |
|---|---|---|---|---|---|---|---|---|---|
| 19.8058 | -4.00473 | -10.1961 | 10.88263 | -6.262 | 15.3558 | 5.504325 | 50.09235 | 36.29344 | 58.10496 |
| 8.318854 | -4.48242 | -9.86007 | -7.54577 | -2.03466 | -7.89703 | -6.92331 | 11.94445 | 28.86141 | 41.51079 |
| -5.20544 | -4.63444 | -18.2728 | -21.4945 | 63.19863 | -15.5821 | -8.53319 | -0.82516 | -2.22361 | 44.71105 |
| -7.16345 | -13.9514 | -20.0273 | -8.3303 | 90.8142 | -16.8831 | -15.2929 | -10.5366 | -8.09928 | -13.6483 |

| LG77 | LG80 | LG96 | LG100 | LG109 | QD99 | QF99 | NG64 | QF100 | LG31 |
|---|---|---|---|---|---|---|---|---|---|
| 71.00772 | 2.006687 | 27.952 | 33.5374 | 55.7409 | 11.53579 | 9.026287 | -11.7697 | 24.82954 | 41.00232 |
| -0.05414 | -9.08975 | -20.9722 | 15.36967 | 43.90063 | 5.050401 | -1.83976 | -34.6712 | 1.751482 | 21.06244 |
| -7.72114 | -15.9409 | -38.0741 | -21.8017 | -5.23097 | -27.9145 | -8.99917 | 3.073073 | -0.8059 | -2.71354 |
| -21.3897 | -21.0263 | -31.1828 | -20.7012 | -11.1255 | -22.3471 | -34.0996 | 1.439032 | 0.212713 | -5.76419 |

## Example 3 – Testing of Lipds for DNA Delivery

[00271]     Raw values for luciferase expression (relative lights units) of best-transfecting lipids at lipid/DNA (w/w) ratios listed.  300 ng of DNA was added per well.

| | 2.5 w/w | 5 w/w | | | 10 w/w | 15 w/w |
|---|---|---|---|---|---|---|
| ND20 | 6868960 | 4880532 | | | | |
| ND21 | 1170534 | 1213862 | | | | |
| ND22 | 721270 | 1083569 | | | | |
| LIPO2000 | 2467624 | 1754800 | | | | |
| | | | | | | |
| ND24 | 5256861 | 1231973 | | | | |
| ND25 | 7548491 | 5088120 | | | | |
| ND28 | 20925873 | 1299887 | | | | |
| ND32 | 17713202 | 2745231 | | ND31 | 1154404 | 936815 |
| ND36 | 4517622 | 2945357 | | ND36 | 2043526 | 668085 |
| LIPO2000 | 3334772 | 4043316 | | LIPO2000 | 2424297 | 2086728 |
| | | | | | | |
| | | | | ND66 | 835433 | 1291599 |
| | | | | LIPO2000 | 30344816 | 28204810 |
| | | | | | | |
| ND94 | 774425 | 1382667 | | | | |
| ND95 | 2875811 | 4619654 | | ND95 | 7977064 | 10279185 |
| ND96 | 2910700 | 42837 | | | | |
| ND98 | 5649897 | 791660 | | | | |
| LIPO2000 | 25489210 | 14945620 | | LIPO2000 | 21192523 | 19239706 |
| | | | | | | |
| ND99 | 10252260 | 9886021 | | | | |
| ND100 | 2713327 | 294518 | | | | |
| ND109 | 2197484 | 2087995 | | | | |
| NF1 | 778473 | 227587 | | | | |
| NF10 | 1192178 | 838283 | | | | |
| LIPO2000 | 13040527 | 10774995 | | | | |
| | | | | | | |
| NF20 | 1814886 | 1801431 | | | | |
| NF25 | 2473702 | 1366194 | | | | |
| LIPO2000 | 19020395 | 15427061 | | | | |
| | | | | | | |
| NF61 | 4332331 | 3689556 | | NF60 | 2401570 | 3739668 |
| NF63 | 1141469 | 865897 | | NF63 | 3031718 | 1138429 |
| NF64 | 384317 | 2283250 | | NF70 | 1605749 | 887500 |
| LIPO2000 | 6776111 | 5451663 | | LIPO2000 | 8309497 | 7617169 |
| | | | | | | |
| NF86 | 4798383 | 4087285 | | | | |
| NF87 | 3904993 | 3436007 | | | | |
| NF91 | 1993690 | 1670695 | | | | |
| LIPO2000 | 8463204 | 7664209 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NF95 | 1839462 | 2082965 | | NF95 | 1906488 | 918612 |
| NF96 | 3095896 | 650770 | | | | |
| NF100 | 1061441 | 8015 | | | | |
| NF103 | 2559344 | 347240 | | | | |
| NF109 | 2867865 | 678968 | | | | |
| LIPO2000 | 1397825 | 1469076 | | LIPO2000 | 1897360 | 2712535 |
| | | | | | | |
| NG61 | 1452027 | 765795 | | | | |
| NG64 | 2585784 | 1972838 | | | | |
| LIPO2000 | 7992593 | 9351046 | | | | |
| | | | | | | |
| NG77 | 972002 | 1184771 | | | | |
| NG86 | 1357355 | 1521687 | | NG86 | 1513703 | 1223360 |
| NG87 | 823764 | 1005875 | | | | |
| LIPO2000 | 6188050 | 5383340 | | LIPO2000 | 4484218 | 6094431 |
| | | | | | | |
| | | | | NG95 | 834849 | 1208120 |
| | | | | LIPO2000 | 2308433 | 3627875 |
| | | | | | | |
| NP62 | 1443678 | 33188 | | | | |
| NP63 | 1180418 | 1543275 | | NP63 | 1388102 | 798342 |
| LIPO2000 | 15535841 | 14019561 | | LIPO2000 | 15019226 | 14524819 |
| | | | | | | |
| | | | | NP86 | 595340 | 1323915 |
| | | | | NP87 | 1207376 | 1192838 |
| | | | | LIPO2000 | 8746668 | 10523338 |
| | | | | | | |
| NP96 | 4598787 | 288439 | | | | |
| NP98 | 7860614 | 24812 | | | | |
| NP99 | 3202948 | 9767 | | | | |
| NP103 | 8798627 | 308844 | | | | |
| NP109 | 37952 | 19829 | | | | |
| NF95 | 12051 | 3775212 | | | | |
| NF103 | 19086 | 7008052 | | NF103 | 2886271 | 772518 |
| NF109 | 85471 | 3352713 | | NF109 | 1151621 | 108854 |
| LIPO2000 | 10602791 | 11196771 | | LIPO2000 | 11152535 | 11535693 |
| | | | | | | |
| ND20 | 7521540 | 435731 | | | | |
| ND98 | 6947385 | 5165088 | | ND98 | 1824773 | 643862 |
| ND99 | 11757295 | 7656193 | | | | |
| ND100 | 5544902 | 2936058 | | | | |
| NF61 | 458095 | 3053999 | | | | |
| NF96 | 7037710 | 3202668 | | NF96 | 2048655 | 167043 |
| NF103 | 5865613 | 4028907 | | | | |
| NF109 | 6605163 | 1767496 | | | | |
| LIPO2000 | 8861025 | 7852498 | | LIPO2000 | 7017261 | 6964853 |

WO 2006/138380

PCT/US2006/023171

| | 2.5 w/w | 5 w/w | 10 w/w | 15 w/w | 20 w/w | 25 w/w |
|---|---|---|---|---|---|---|
| LD31 | 44.2 | 38.7 | 18.8 | 11.3 | 42.8 | 174.1 |
| LD87 | | | 53.9 | 43.3 | | |
| LF31 | 64.1 | 78.7 | 13.4 | 69.5 | 97.3 | 266.8 |
| LF93 | 32.0 | 50.4 | 15.0 | 150.7 | 143.2 | 171.3 |
| LF94 | 41.8 | 37.7 | 96.3 | 114.7 | 99.0 | 98.6 |
| LF95 | 15.3 | 51.3 | 44.3 | 71.8 | 64.6 | 75.1 |
| LF96 | 52.4 | 62.8 | 79.3 | 47.7 | 64.4 | 36.0 |
| LF99 | 32.2 | 49.8 | 26.5 | 10.7 | 6.0 | 6.2 |
| LF100 | 17.6 | 70.0 | 69.0 | 85.9 | 44.2 | 50.9 |
| LF103 | 43.9 | 11.6 | 65.4 | 91.8 | 61.6 | 61.4 |
| LF109 | 16.0 | 28.3 | 16.9 | 21.9 | 28.7 | 49.5 |
| LG25 | 15.9 | 32.0 | 43.2 | 56.9 | 42.1 | 63.9 |
| LG31 | 19.6 | 27.6 | 34.0 | 8.5 | 14.3 | 94.0 |
| LG76 | 6.2 | 14.1 | 21.4 | 48.6 | 54.1 | 92.5 |
| LG96 | 46.7 | 82.9 | 37.3 | 32.6 | 14.1 | 18.5 |
| LG93 | 45.0 | 43.8 | 310.5 | 281.8 | 185.9 | 183.8 |
| ND28 | 124.8 | 116.0 | 28.9 | 0.0 | 0.0 | 0.0 |
| QF80 | 0.4 | 1.4 | 10.9 | 52.7 | 35.1 | 20.8 |
| QF86 | 61.1 | 58.1 | 53.2 | 27.8 | 22.2 | 19.6 |
| QF87 | 11.7 | 41.8 | 57.2 | 64.0 | 53.5 | 45.4 |
| QF91 | 0.3 | 2.1 | 36.4 | 51.2 | 23.0 | 12.1 |
| QF94 | 34.2 | 37.6 | 42.5 | 53.6 | 47.7 | 35.6 |
| QD99 | 5.1 | 22.9 | 16.9 | 83.1 | 91.7 | 96.9 |
| QD109 | 40.3 | 65.7 | 71.0 | 60.5 | 44.0 | 32.9 |
| LB100 | 0.0 | 0.9 | 13.2 | 39.9 | 46.6 | 29.0 |
| LB109 | 0.0 | 0.9 | 1.9 | 13.5 | 47.1 | 61.6 |
| QG80 | 1.3 | 4.9 | 32.2 | 68.4 | 36.2 | 24.5 |
| QG87 | 89.0 | 94.0 | 42.4 | 64.7 | 62.1 | 44.1 |

* 72 hours incubation before bright-glo

* 72 hours incubation before bright-glo

WO 2006/138380

PCT/US2006/023171

| | QG100 / QG109 | 11.2 / 29.9 | 32.1 / 40.6 | 57.1 / 31.3 | 102.6 / 52.6 | 93.0 / 51.3 | 94.5 / 46.6 |
|---|---|---|---|---|---|---|---|
| ND20 | | 278.4 | 278.1 | 0.2 | 0.1 | 0.0 | 0.0 |
| ND21 | | 47.4 | 69.2 | 18.7 | 2.6 | 0.1 | 0.4 |
| ND22 | | 29.2 | 61.7 | 48.0 | 4.4 | 0.4 | 0.2 |
| ND24 | | 167.6 | 30.5 | 2.4 | 0.2 | 0.0 | 0.0 |
| ND25 | | 226.4 | 125.8 | 19.5 | 0.5 | 0.0 | 0.0 |
| ND26 | | 13.4 | 2.3 | 0.1 | 0.0 | 0.0 | 0.0 |
| ND28 | | 627.5 | 32.1 | 0.1 | 0.1 | 0.0 | 0.0 |
| ND31 | | 7.7 | 5.6 | 47.6 | 44.9 | 7.6 | 19.7 |
| ND32 | | 531.2 | 67.9 | 1.1 | 0.1 | 0.0 | 0.0 |
| ND36 | | 135.5 | 72.8 | 84.3 | 31.6 | 0.8 | 0.0 |
| ND95 | | 11.3 | 30.9 | 37.6 | 53.4 | 37.8 | 54.0 |
| ND98 | | 22.2 | 5.3 | 0.5 | 0.4 | 0.4 | 0.3 |
| ND99 | | 16.8 | 36.5 | 78.6 | 91.7 | | |
| ND100 | | 45.7 | 48.0 | 20.8 | 2.7 | | |
| | | 6.8 | 21.9 | 28.9 | 49.1 | | |
| | | 63.9 | 67.7 | 7.0 | 2.9 | | |
| | | 5.7 | 41.9 | 0.3 | 0.1 | | |
| | | 56.7 | 53.3 | 4.5 | 2.3 | | |
| | | 46.1 | 44.8 | 0.3 | 0.0 | | |
| NF95 | | 131.6 | 141.8 | 100.5 | 33.9 | | |
| NF96 | | 221.5 | 44.3 | 0.2 | 0.1 | | |
| NF100 | | 75.9 | 0.5 | 0.0 | 0.0 | | |
| NF103 | | 183.1 | 23.6 | 0.0 | 0.0 | | |
| NF109 | | 205.2 | 46.2 | 1.7 | 0.0 | | |
| NP96 | | 43.4 | 2.6 | 7.1 | 8.2 | | |
| NP98 | | 74.1 | 0.2 | 0.3 | 0.4 | | |
| NP103 | | 33.0 | 2.8 | 0.0 | 1.5 | | |

| | 84.9 | 5.5 | 0.1 | 0.0 |
|---|---|---|---|---|
| ND20 | 84.9 | 5.5 | 0.1 | 0.0 |
| ND98 | 78.4 | 65.8 | 26.0 | 9.2 |
| ND99 | 132.7 | 97.5 | 6.8 | 2.2 |
| ND100 | 62.6 | 37.4 | 2.5 | 0.6 |
| NF61 | 5.2 | 38.9 | 8.6 | 1.1 |
| NF95 | 6.0 | 9.4 | 4.7 | 12.1 |
| NF96 | 79.4 | 40.8 | 29.2 | 2.4 |
| NF103 | 66.2 | 51.3 | 0.6 | 0.0 |
| NF109 | 74.5 | 22.5 | 3.9 | 1.6 |
| NP98 | 0.4 | 0.3 | 0.3 | 0.2 |
| NP103 | 2.1 | 2.3 | 3.8 | 1.4 |

The data in the second set of columns represents is a replicate set of data for certain experiments.

## Other Embodiments

[00272]     The foregoing has been a description of certain non-limiting preferred embodiments of the invention.  Those of ordinary skill in the art will appreciate that various changes and modifications to this description may be made without departing from the spirit or scope of the present invention, as defined in the following claims.

## Claims

What is claimed is:

1.    A compound of the formula:



wherein V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-$

$OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is $C=O$, $R_1$ is $-OR_A$, $R_2$ is $-OR_B$, and $R_1$ and $R_2$ are the same, then $R_3$ is not — $CH_2CH_2OR_C'$, wherein $R_C'$ is methyl, ethyl, propyl, isopropyl, butyl, s-butyl, isobutyl, t-butyl, pentyl, cyclopentyl, hexyl, cyclohexyl, decyl, methoxymethyl, 2-

methoxyethyl, 1-ethoxyethyl, 2-ethoxyethyl, (2-methoxyethoxy)methyl, 2-tetrahydrofuranyl, 2-tetrahydropyranyl, tetrahydrofurfuryl, formyl, acetyl, propionyl, butyryl, isobutyryl, pivaloyl, valeryl, methoxyacetyl, ethoxyacetyl, acetoxyacetyl, 2-formyloxyethyl, 2-acetoxyethyl, 2-oxopropyl, 2-oxobutyl, 2-oxocyclopentyl, 2-oxo-3-tetrahydrofuranyl, 2-oxo-3-tetrahydropyranyl, methoxycarbonyl, ethoxycarbonyl, and t-butoxycarbonyl; and

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is $C=O$, $R_1$ is $-OR_A$, wherein $R_A$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; $R_2$ is $-OR_B$, wherein $R_B$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; and $R_1$ and $R_2$ are the same, the $R_3$ is not $-CH_2CH_2OR_C$", whererin $R_C$" is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group;

and salts thereof.

2.    A compound of the formula:



wherein V is selected from the group consisting of $C=O$, $C=S$, $S=O$, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted

or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is hydrogen or $C_1$-$C_6$ aliphatic; and

X is an anion;

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is C=O, $R_1$ is $-OR_A$, $R_2$ is $-OR_B$, and $R_1$ and $R_2$ are the same, then $R_3$ is not — $CH_2CH_2OR_C$', wherein $R_C$' is methyl, ethyl, propyl, isopropyl, butyl, s-butyl, isobutyl, t-butyl, pentyl, cyclopentyl, hexyl, cyclohexyl, decyl, methoxymethyl, 2-methoxyethyl, 1-ethoxyethyl, 2-ethoxyethyl, (2-methoxyethoxy)methyl, 2-tetrahydrofuranyl, 2-tetrahydropyranyl, tetrahydrofurfuryl, formyl, acetyl, propionyl, butyryl, isobutyryl, pivaloyl, valeryl, methoxyacetyl, ethoxyacetyl, acetoxyacetyl, 2-formyloxyethyl, 2-acetoxyethyl, 2-oxopropyl, 2-oxobutyl, 2-oxocyclopentyl, 2-oxo-3-tetrahydrofuranyl, 2-oxo-3-tetrahydropyranyl, methoxycarbonyl, ethoxycarbonyl, and t-butoxycarbonyl; and

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is C=O, $R_1$ is $-OR_A$, wherein $R_A$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; $R_2$ is $-OR_B$, wherein $R_B$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; and $R_1$ and $R_2$ are the same, the $R_3$ is not $-CH_2CH_2OR_C$", whererin $R_C$" is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group;

and salts thereof.

3.    The compound of claim 2, wherein X is an anion selected from the group

consisting of fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).

4.     The compound of claim 2, wherein $R_7$ is $C_1$-$C_6$ alkyl

5.     The compound of claim 2, wherein $R_7$ is hydrogen.

6.     The compound of claim 2, wherein $R_7$ is methyl

7.     The compound of claim 1 or 2, wherein each occurrence of $R_5$ and $R_6$ is hydrogen.

8.     The compound of claim 1 or 2, wherein



are the same.

9.     The compound of claim 1 or 2, wherein



are the same and are different than $R_3$.

10.    The compound of claim 1 or 2, wherein



and $R_3$ are all different.

11.   The compound of claim 1 or 2, wherein  and

 are independently selected from the group consisting of:



12.   The compound of claim 1 or 2, wherein  and

 are the same and are selected from the group consisting of:

13.    The compound of claim 1 or 2, wherein  and

 are the same and are selected from the group consisting of:

14.   The compound of claim 1 or 2, wherein

$$R_1\!-\!V\!-\!(R_5)_2C\!-\!C(R_6)_2 \quad \text{and}$$

$$(R_5)_2C\!-\!C(R_6)_2,\ R_2\!-\!V$$

are independently selected from the group consisting of:

15.   The compound of claim 1 or 2, wherein

$$R_1\!-\!V\!-\!(R_5)_2C\!-\!C(R_6)_2 \quad \text{and}$$

$$(R_5)_2C\!-\!C(R_6)_2,\ R_2\!-\!V$$

are the same and are selected from the group consisting of:

16.    The compound of claim 1 or 2, wherein $R_1$—V, $(R_5)_2C$—$C(R_6)_2$ and $R_2$—V, $(R_5)_2C$—$C(R_6)_2$ are the same and are selected from the group consisting of:

17.    The compound of claim 1, wherein  is selected from the group consisting of:

WO 2006/138380                                                      PCT/US2006/023171

18.    The compound of claim 1, wherein  is selected from the group consisting of:

19.    The compound of claim 1, wherein  is selected from the group consisting of:

20.   The compound of claim 1 of formula:

WO 2006/138380                                               PCT/US2006/023171



wherein

$R_3'$ is $C_{1-6}$alkyl, hydroxyl, thiol; $C_{1-6}$alkoxy; amino, $C_{1-6}$alkylamino, di$C_{1-6}$alkylamino; carbocyclic moiety; heterocyclic moiety; aryl; or heteroaryl moiety;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof.

21.     The compound of claim 20, wherein $R_3'$ is hydroxyl.

22.     The compound of claim 20, wherein $R_3'$ is methoxy or ethoxy.

23.     The compound of claim 20, wherein $R_3'$ is heteroaryl.

24.     The compound of claim 20, wherein $R_3'$ is histidinyl.

25.     The compound of claim 20, wherein $R_3'$ is a heterocyclic moiety.

25.     The compound of claim 1 selected from the group consisting of:

LD31

LF31

LF93

LF94

LG93



ND28



QG87



QG100

27.    The compound of claim 1 of the formula:

28.    The compound of claim 1 of the formula:



wherein V is C=O.

29.    The compound of claim 28 of the formula:



wherein $R_1$ is $-OR_A$; and $R_2$ is $-OR_B$.

30.    The compound of claim 29, wherein $R_A$ and $R_B$ are the same.

31.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups.

32.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_9$-$C_{20}$ straight- chain alkyl groups.

33.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_{21}$-$C_{30}$ straight-chain alkyl groups.

34.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkenyl groups.

35.     The compound of claim 29, wherein $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkynyl groups.

36.     The compound of claim 29, wherein $R_A$ and $R_B$ each comprise at least 4 carbon atoms.

37.     The compound of claim 29, wherein $R_A$ and $R_B$ each comprise at least 5 carbon atoms.

38.     The compound of claim 29, wherein $R_A$ and $R_B$ each comprise at least 6 carbon atoms.

39.     The compound of claim 29, wherein $R_A$ and $R_B$ are independently selected from the group consisting of a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety.

40.     The compound of claim 29, wherein $R_A$ and $R_B$ are cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moities.

41.     The compound of claim 29, wherein $R_A$ and $R_B$ are the same.

42.     The compound of claim 29, wherein $R_A$ and $R_B$ are acyclic, substituted or unsubstituted, branched or unbranched aliphatic moieties.

43.     The compound of claim 29, wherein $R_A$ and $R_B$ are acyclic, unsubstituted, unbranched aliphatic moeities.

44.    The compound of claim 29, wherein $R_A$ and $R_B$ are alkyl groups.

45.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_1$-$C_{30}$ alkyl groups.

46.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_5$-$C_{20}$ alkyl groups.

47.    The compound of claim 29, wherein $R_A$ and $R_B$ are $C_5$-$C_{12}$ alkyl groups.

48.    The compound of claim 29, wherein $R_A$ and $R_B$ are polyethylene glycol groups.

49.    The compound of claim 29, wherein $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety; a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety; a substituted or unsubstitued, branched or unbranched aryl moiety; or a substituted or unsubstituted, branched or unbranched heteroaryl moiety.

50.    The compound of claim 29, wherein $R_3$ is not



.

51.    The compound of claim 28 of the formula:



wherein $R_1$ is $-N(R_A)_2$; and $R_2$ is $-N(R_B)_2$.

52.    The compound of claim 28 of the formula:

wherein $R_1$ is $-NHR_A$; and $R_2$ is $-NHR_B$.

53.     A compound of the formula:



wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted,

branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched

aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; $-CN$; $-SCN$; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure; and salts thereof.

54.    A compound of the formula:



wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety;

alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_C$; -$C(=O)R_C$; -$CO_2R_C$; -CN; -SCN; -$SR_C$; -$SOR_C$; -$SO_2R_C$; -$NO_2$; -$N_3$; -$N(R_C)_2$; -$NHC(=O)R_C$; -$NR_CC(=O)N(R_C)_2$; -$OC(=O)OR_C$; -$OC(=O)R_C$; - $OC(=O)N(R_C)_2$; -$NR_CC(=O)OR_C$; or -$C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_D$; -$C(=O)R_D$; -$CO_2R_D$; -CN; -SCN; -$SR_D$; -$SOR_D$; -$SO_2R_D$; -$NO_2$; -$N_3$; -$N(R_D)_2$; -$NHC(=O)R_D$; -$NR_CC(=O)N(R_D)_2$; -$OC(=O)OR_D$; -$OC(=O)R_D$; - $OC(=O)N(R_D)_2$; -$NR_CC(=O)OR_D$; or -$C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy;

or heteroarylthio moiety;

  wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

  each occurrence of $R_7$ is $C_1$-$C_6$ aliphatic;

  X is an anion; and salts thereof.


55.   The compound of claim 54, wherein X is an anion selected from the group consisting of fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).


56.   The compound of claim 54, wherein $R_7$ is hydrogen.


57.   The compound of claim 54, wherein $R_7$ is $C_1$-$C_6$ alkyl.


58.   The compound of claim 54, wherein $R_7$ is methyl.


59.   The compound of claim 53, wherein A is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety; or a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety.


60.   The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched aliphatic moiety.


61.   The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched alkyl group.


62.   The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched $C_1$-$C_6$ alkyl group.

63.    The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched heteroaliphatic moiety.

64.    The compound of claim 53, wherein A is a polyethylene glycol moiety.

65.    The compound of claim 53, wherein $R_3$ and $R_4$ are the same.

66.    The compound of claim 53, wherein $R_3$ and $R_4$ are $C_1$-$C_6$ alkyl group.

67.    The compound of claim 53, wherein $R_3$ or $R_4$ is

68.    The compound of claim 53, wherein                         is selected from the group consisting of:

69. The compound of claim 53, wherein  is selected from the group consisting of:



70. The compound of claim 53, wherein  is selected from the group consisting of:

71.     The compound of claim 53, wherein



is selected from the group consisting of:



72.     A compound of formula:



wherein

A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

258

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an

acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; $-CN$; $-SCN$; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,

heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_G$; -C(=O)$R_G$; -$CO_2R_G$; -CN; -SCN; -$SR_G$; -$SOR_G$; -$SO_2R_G$; -$NO_2$; -$N_3$; -N($R_G$)$_2$; -NHC(=O)$R_G$; -$NR_G$C(=O)N($R_G$)$_2$; -OC(=O)$OR_G$; -OC(=O)$R_G$; -OC(=O)N($R_G$)$_2$; -$NR_G$C(=O)$OR_G$; and -C($R_G$)$_3$; wherein each occurrence of $R_G$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moietyand salts thereof.

73.    A compounds of the formula:



wherein

A is selected from the group consisting of cyclic or acyclic, substituted or

unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or
unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted,
branched or unbranched acyl; substituted or unsubstituted, branched or unbranched
aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic;
substituted or unsubstituted, branched or unbranched acyl; substituted or
unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or
unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; -
$SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; -
$OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence
of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or
unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or
unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an
acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,
heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or
acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic;
substituted or unsubstituted, branched or unbranched acyl; substituted or
unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or
unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; -
$SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; -
$OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence
of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,
substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or
unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or

unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; $-CN$; $-SCN$; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_C)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an

acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_G$; -C(=O)$R_G$; -$CO_2R_G$; -CN; -SCN; -$SR_G$; -$SOR_G$; -$SO_2R_G$; -$NO_2$; -$N_3$; -N($R_G$)$_2$; -NHC(=O)$R_G$; -$NR_G$C(=O)N($R_G$)$_2$; -OC(=O)$OR_G$; -OC(=O)$R_G$; -OC(=O)N($R_G$)$_2$; -$NR_G$C(=O)$OR_G$; and -C($R_G$)$_3$; wherein each occurrence of $R_G$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_8$ is hydrogen or $C_1$-$C_6$ aliphatic;

each dashed line represents a bond or the absence of a bond, wherein when the dashed line represents a bond, the attached nitrogen is positively charged; and

X is any anion.

74.    The compound of claim 73, wherein each occurrence of $R_8$ is hydrogen or methyl.

75.    The compound of claim 72, wherein $\{\sim A \sim\}$ is selected from the group

consisting of:



76.    The compound of claim 72 of the formula:



wherein

each occurrence of x is an integer between 1 and 10, inclusive;

y is an integer between 0 and 10, inclusive;



each occurrence of $R_7$ is hydrogen or

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_A$; -$C(=O)R_A$; -$CO_2R_A$; -CN; -SCN; -$SR_A$; -$SOR_A$; -$SO_2R_A$; -$NO_2$; -$N_3$; -$N(R_A)_2$; -$NHC(=O)R_A$; -$NR_AC(=O)N(R_A)_2$; -$OC(=O)OR_A$; -$OC(=O)R_A$; -$OC(=O)N(R_A)_2$; -$NR_AC(=O)OR_A$; and -$C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,

substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and salts thereof.

77.   The compound of claim 76, wherein x is an integer between 1 and 6, inclusive.

78.   The compound of claim 76, wherein y is an integer between 1 and 3, inclusive.

79.   The compound of claim 76, wherein$R_1$ is $-OR_A$.

80.   The compound of claim 76, wherein $R_1$ is $-ONHR_A$.

81.   The compound of claim 76, wherein $R_7$ is hydrogen or

82.     The compound of claim 76, wherein R$_7$ is hydrogen or

83.   A composition prepared by the method of reacting an amine of one of the formula (**1-117**):

1, 6, 7, 10, 11, 13, 15, 17, 20, 21, 22

24, 25, 26, 28, 31, 32, 33, 34, 36, 38, 60, 61, 62, 63, 64, 70, 75, 76

77, 79, 80, 81, 82, 86, 87, 90, 91, 93, 94, 95, 96, 98, 99, 100, 103, 109

with an acrylate or acrylamide of formula:



84.    The composition of claim 83, wherein the amine is amine 1, 10, 11, 20, 24, 25, 28, 31, 32, 36, 60, 61, 62, 63, 64, 66, 77, 80, 86, 87, 91, 94, 95, 96, 98, 99, 100, 103, or 109.

85.   The composition of claim 83, wherein an amine is reacted with an acrylate.

86.   The composition of claim 83, wherein an amine is reacted with an acrylamide.

87.   The composition of claim 83, wherein the acrylate is acrylate LD, LE, LF, or LG.

88.   The composition of claim 83, wherein the acrylamide is acrylamide ND, NF, NG, or NP.

89.   The composition of claim 83, wherein amine 98 is reacted with acrylamide ND; or amine 94 is reacted with acrylamide ND; or amine 20 is reacted with acrylamide ND; or amine 24 is reacted with acrylamide ND; or amine 25 is reacted with acrylamide ND; or amine 28 is reacted with acrylamide ND; or amine 36 is reacted with acrylamide ND; or amine 95 is reacted with acrylamide ND; or amine 96 is reacted with acrylamide ND; or amine 99 is reacted with acrylamide ND; or amine 100 is reacted with acrylamide ND; or amine 32 is reacted with acrylamide ND; or amine 103 is reacted with acrylamide ND; or amine 109 is reacted with acrylamide ND; or amine 1 is reacted with acrylamide NF; or amine 10 is reacted with acrylamide NF; or amine 11 is reacted with acrylamide NF; or amine 20 is reacted with acrylamide NF; or amine 25 is reacted with acrylamide NF; or amine 63 is reacted with acrylamide NF; or amine 60 is reacted with acrylamide NF; or amine 61 is reacted with acrylamide NF; or amine 64 is reacted with acrylamide NF; or amine 86 is reacted with acrylamide NF; or amine 87 is reacted with acrylamide NF; or amine 103 is reacted with acrylamide NF; or amine 91 is reacted with acrylamide NF; or amine 95 is reacted with acrylamide NF; or amine 96 is reacted with acrylamide NF; or amine 109 is reacted with acrylamide NF; or amine 61 is reacted with acrylamide NG; or amine 64 is reacted with acrylamide NG; or amine 77 is reacted with acrylamideNG; or amine 86 is reacted with acrylamide NG; or amine 87 is reacted with acrylamide NG; or amine 95 is reacted with acrylamide NG; or amine 62 is reacted with acrylamide NP; or amine 63 is reacted with acrylamine NP, or amine 86 is reacted with acrylamide NP; or amine 87 is reacted with acrylamide NP; or

amine 96 is reacted with acrylamide NP; or amine 98 is reacted with acrylamide NP;
or amine 99 is reacted with acrylamide NP; or amine 100 is reacted with acrylamide
NP; or amine 103 is reacted with acrylamide NP; or amine 31 is reacted with acrylate
LD; or amine 99 is reacted with acrylate LD; or amine 87 is reacted with acrylate LE;
or amine 31 is reacted with acrylate LF; or amine 95 is reacted with acrylate LF; or
amine 94 is reacted with acrylate LF; or amine 99 is reacted with acrylate LF; or
amine 32 is reacted with acrylate LG; or amine 77 is reacted with acrylate LG; or
amine 80 is rected with acrylate LG; or amine 96 is reacted with acrylate LG; or
amine 100 is reacted with acrylate LG; or amine 109 is reacted with acrylate LG; or
amine 64 is reacted with acrylate NG; or amine 32 is reacted with acrylate LG; or
amine 31 is reacted with acrylate LG.


90.    The composition of claim 83, wherein amine 98 is reacted with acrylamide
ND.


91.    The composition of claim 83, wherein the composition is a mixture of lipids


92.    A compound of formula:

93.    The compound of claim 92 of formula:

94.    The compound of claim 92 of formula:



95.    A composition comprising one or more of the compounds of formula:

or

96.     A microparticle comprising a compound of claim 1 and an agent to be delivered.

97.     A liposome comprising a compound of claim 1 and an agent to be delivered.

98.     The liposome of claim 97, wherein the agent is a polynucleotide.

99.     The liposome of claim 97, hwerein the agent is RNA.

100.    The liposome of claim 97, wherein the agent is a drug.

101.    The liposome of claim 97, wherein the agent is a protein or peptide.

102.    The liposome of claim 97, wherein the agent is a small molecule.

103.    The liposome of claim 97, wherein the agent is a gas.

104.    The liposome of claim 97, wherein the liposome ranges in size from 20 nanometers to 2000 nanometers.

105.    The liposome of claim 97 further comprising cholesterol.

106.    The liposome of claim 97 further comprising PEG-ceramide.

107.    The liposome of claim 97 comprising a compound of claim 1;

an agent, wherein the agent is an RNA;

cholesterol; and

PEG-ceramide.

108.   A micelle comprising a compound of claim 1 and an agent to be delivered.

109.   A pharmaceutical composition comprising a compound of claim 1 and pharmaceutical agent.

110.   The pharmaceutical composition of claim 109, wherein the pharmaceutical agent is selected from the groups consisting of polynucleotides, proteins, peptides, and small molecule drugs.

111.   The pharmaceutical composition of claim 109, wherein the pharmaceutical agent is a polynucleotide.

112.   A method of preparing a compound of claim 1, the method comprising steps of:

reacting one or more equivalents of a compound of formula:



wherein $R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted

or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and

$R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with an amine of formula:

$$\begin{array}{c} NH_2 \\ | \\ R_3 \end{array}$$

wherein $R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_C$; -$C(=O)R_C$; -$CO_2R_C$; -$CN$; -$SCN$; -$SR_C$; -$SOR_C$; -$SO_2R_C$; -$NO_2$; -$N_3$; -$N(R_C)_2$; -$NHC(=O)R_C$; -$NR_CC(=O)N(R_C)_2$; -$OC(=O)OR_C$; -$OC(=O)R_C$; -$OC(=O)N(R_C)_2$; -$NR_CC(=O)OR_C$; or -$C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

to form a compound of formula:

113.    A method of preparing a compound of claim 53, the method comprising steps of:

reacting a compound of formula:



wherein $R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and

$R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with an amine of formula:



wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

R$_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -OR$_C$; -C(=O)R$_C$; -CO$_2$R$_C$; -CN; -SCN; -SR$_C$; -SOR$_C$; -SO$_2$R$_C$; -NO$_2$; -N$_3$; -N(R$_C$)$_2$; -NHC(=O)R$_C$; -NR$_C$C(=O)N(R$_C$)$_2$; -OC(=O)OR$_C$; -OC(=O)R$_C$; -OC(=O)N(R$_C$)$_2$; -NR$_C$C(=O)OR$_C$; or -C(R$_C$)$_3$; wherein each occurrence of R$_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

R$_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -OR$_D$; -C(=O)R$_D$; -CO$_2$R$_D$; -CN; -SCN; -SR$_D$; -SOR$_D$; -SO$_2$R$_D$; -NO$_2$; -N$_3$; -N(R$_D$)$_2$; -NHC(=O)R$_D$; -NR$_C$C(=O)N(R$_D$)$_2$; -OC(=O)OR$_D$; -OC(=O)R$_D$; -

OC(=O)N(R$_D$)$_2$; -NR$_C$C(=O)OR$_D$; or -C(R$_D$)$_3$; wherein each occurrence of R$_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein R$_3$ and R$_4$ may be taken together to form a cyclic structure to form a compound of formula:



114.   The method of claim 113, wherein wherein  is selected from the group consisting of:

115.    The method of claim 112, wherein $R_1$ is $-OR_A$.

116.    The method of claim 115, wherein $-OR_A$ is



117.   The method of claim 112, wherein R₁ is –NHR$_A$.

118.   The method of claim 117, wherein –NHR$_A$ is



119.   The method of claim 112, wherein  is selected from the group consisting of:

120.    The method of claim 112, wherein the step of reacting is performed with no solvent present.

121.    The method of claim 112, wherein the step of reacting is performed in the presence of an aprotic solvent.

122.    The method of claim 112, wherein the solvent is tetrahydrofuran, diethyl ether, ethyl acetate, DMSO, or DMF.

123.    The method of claim 112, wherein the step of reacting is performed at a temperature ranging from 25 °C to 100 °C.

124.    The method of claim 123, wherein the step of reacting is performed at approximately 95°C.

125.    The method of claim 112 further comprising the step of purifying the product.

126.    The method of claim 112 further comprising alkylating at least one amine in

the product with an alkyl halide.

127.    The method of claim 126, wherein the alkyl halide is methyl iodide.

128.    1A method of preparing a compound of claim 53, the method comprising steps of:

reacting a compound of formula:



wherein $R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; $-CN$; $-SCN$; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and

$R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl:

with an amine of formula:



wherein A is selected from the group consisting of cyclic or acyclic, substituted or

unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

to form a compound of formula:



129.    A method of preparing microparticles, the method comprising steps of:

contacting a compound of claim 1 with an agent to be delivered in the presence of a solvent to form a mixture; and

spray drying the mixture.

130.    A method of administering an agent, the method comprising steps of:

administering to a subject in need thereof a therapeutically effective amount of a pharmaceutical composition comprising a compound of claim 1 and an agent to be delivered.

131.    The method claim 130, wherein the agent is selected from the group consisting of polynucleotides, proteins, peptides, and small molecules.

WO 2006/138380                                                PCT/US2006/023171



Figure 1A

**Figure 1B**

WO 2006/138380                                       PCT/US2006/023171

## NMR data: Proof of the structure

**Fig. 2A   LD28**



**Fig. 2B   LD86**



Fig. 2C   LD87



Fig. 2D   ND32



WO 2006/138380                                        PCT/US2006/023171

**Fig. 2E    ND86**



**Fig. 2F    ND87, different magnification, to show that impurities are minute.**





**Figure 3**



Figure 4

Joint Claim Construction Brief

# EXHIBIT 57

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-336-CFC |
| | ) | (CONSOLIDATED) |
| PFIZER INC., PHARMACIA & UPJOHN | ) | |
| CO. LLC, BIONTECH SE, and BIONTECH | ) | **JURY TRIAL DEMANDED** |
| MANUFACTURING GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' INVALIDITY CONTENTIONS
## REGARDING U.S. PATENT NOS. 11,633,479, 11,633,480, 11,612,657 AND 11,590,229

*Napier*, 55 F.3d 610, 613 (Fed. Cir. 1995) (affirming 35 U.S.C. § 103 rejection based, in part, on inherent disclosure in one of the references). Such evidence need not be prior art; post-filing evidence may be used to establish that certain characteristics of prior art compounds or lipids were necessarily present, even though not explicitly discussed in the prior art. *See In re Huai-Hung Kao*, 639 F.3d 1057, 1072 (Fed. Cir. 2011) (affirming holding of obviousness where "the only claim element not expressly disclosed in the prior art was the previously-unknown, yet inherent, . . . property"); *Schering Corp. v. Geneva Pharms.*, 339 F.3d 1373, 1377 (Fed. Cir. 2003) ("An inherent structure, composition, or function is not necessarily known.") (internal citation and quotation marks omitted).

The following references form the bases for Defendants' contentions that the Asserted Claims are anticipated or obvious, as explained more fully below and in the claim charts attached as Exhibits A-D. Defendants reserve the right to rely on additional art and references for other purposes, including but not limited to: describing a person of ordinary skill in the art ("POSA"); providing relevant background information on the technology at issue in this case; describing the state of the art and general knowledge as of the relevant time; providing a motivation to combine; responding to expert reports or expert opinion testimony offered by Plaintiff and/or responding to Plaintiff's arguments regarding objective indicia of non-obviousness.

| Patents and Published Applications | | | |
|---|---|---|---|
| Doc. No. | Number and Title | Country of Origin | Date of Issue/Publication |
| 1 | U.S. Patent No. 6,287,591, Charged Therapeutic Agents Encapsulated in Lipid Particles Containing Four Lipid Components | U.S. | September 11, 2001 |
| 2 | U.S. Pat. No. 6,458,381, Lipids and their Use, for Example, in Liposomes | U.S. | October 1, 2002 |
| 3 | U.S. Patent No. 7,341,738, Lipid-Encapsulated Polyanionic Nucleic Acid | U.S. | March 11, 2008 |
| 4 | U.S. Patent No. 6,734,171, Methods for Encapsulating Nucleic Acids in Lipid Bilayers | U.S. | May 11, 2004 |

| 5 | U.S. Patent No. 8,058,069, Lipid Formulations for Nucleic Acid Delivery | U.S. | November 15, 2011 |
|---|---|---|---|
| 6 | U.S. Patent No. 9,463,247, Branched Alkyl and Cycloalkyl Terminated Biodegradable Lipids for the Delivery of Active Agents | U.S. | October 11, 2016 |
| 7 | U.S. Patent Application No. 2004/0032037, Method and Device for Producing Lipid Vesicles | U.S. | February 19, 2004 |
| 8 | U.S. Patent Application No. 2004/0142025, Liposomal Apparatus and Manufacturing Methods | U.S. | July 22, 2004 |
| 9 | U.S. Patent Application No. 2004/0241855, Cationic PEG-Lipids and Methods of Use | U.S. | December 2, 2004 |
| 10 | U.S. Patent Application No. 2010/0130588, Novel Lipid Formulations for Nucleic Acid Delivery | U.S. | May 27, 2010 |
| 11 | U.S. Pat. Pub. No. 2010/0305198, Cationic Lipids | U.S. | December 2, 2010 |
| 12 | U.S. Pat. Pub. No. 2013/0053572, Novel Cationic Lipids for Oligonucleotide Delivery | U.S. | February 28, 2013 |
| 13 | WO 1995/34531, Psuedoceramides and their Use for Preparing Skin-Care Products | PCT | December 21, 1995 |
| 14 | WO 2010/042877, Improved Amino Lipids and Methods for the Delivery of Nucleic Acids | PCT | April 15, 2010 |
| 15 | WO 2010/054401, Novel Lipids and Compositions for the Delivery of Therapeutics | PCT | May 14, 2010 |
| 16 | WO 2011/136368, Cationic Lipid | PCT | November 3, 2011 |
| 17 | WO 2011/153493, Biodegradable Lipids for the Delivery of Active Agents | PCT | December 8, 2011 |
| 18 | WO 2011/141705, Novel Cationic Lipids and Methods of Use Thereof | PCT | November 17, 2011 |
| 19 | WO 2006/138380, Amine-Containing Lipids And Uses Thereof | PCT | December 28, 2006 |
| 20 | Patent Application No. AU 2011245987, Cationic Lipid | Australia | November 3, 2011 |
| 21 | Patent Application No. D 6881, Novel Quaternary Ammonium Compounds, The Preparation Thereof, and the Use Thereof as Textile Softeners | Germany | July 25, 1985 |

| Other Publications | | |
|---|---|---|
| Doc. No. | Author and Title | Date of Publication |
| 22 | Akinc et al., *A Combinatorial Library of Lipid-Like Materials for Delivery of RNAi Therapeutics* | April 27, 2008 |

4

C(=O)NR$^X$R$^Y$, -SO$_n$R$^X$, and-SO$_n$NR$^X$R$^Y$, wherein n is 0, 1, or 2, R$^X$ and R$^Y$ are the same or different and are independently hydrogen, alkyl, or heterocycle, and each of the alkyl and heterocycle substituents may be further substituted with one or more of oxo, halogen, heterocycle, -CN, -OR$^X$, -NR$^X$R$^Y$, -NR$^X$C(=O)R$^Y$, -NR$^X$SO2R$^Y$, -C(=O)R$^X$, -C(=O)OR$^X$, -C(=O)NR$^X$R$^Y$, -SO$_n$R$^X$, and-SO$_n$NR$^X$R$^Y$.   The term 'optionally substituted,' when used before a list of substituents, means that each of the substituents in the list may be optionally substituted as described herein." *Id.* at ¶ [0110].

### 15.   WO 2006/138380 ("WO '380")

WO '380 was published on December 28, 2006 and is prior art to the patents-in-suit under, at least, pre-A.I.A 35 U.S.C. § 102(b).

WO '380 states:

In certain embodiments, the lipids of the present invention are of the formula (I):



**(I)**

wherein each occurrence of V is independently selected from the group consisting of C=O, C=S, S=O, and SO$_2$;

R$_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -OR$_A$; -C(=O)R$_A$; -CO$_2$R$_A$; -CN; -SCN; -SR$_A$; -SOR$_A$; - SO$_2$R$_A$; -NO2; -N$_3$; -N(R$_A$)$_2$; -NHC(=O)R$_A$; -NR$_A$C(=O)N(R$_A$)$_2$; -OC(=O)OR$_A$; -

24

$OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NRAC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; $-CN$; $-SCN$; $-SR_B$; $-SOR_B$; $-SO^2R_B$; $-NO^2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; anacyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; $-CN$; $-SCN$; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

25

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl; and salts thereof.

WO '380 at ¶ [0058].  WO '380 also states:

 ("The term 'aliphatic', as used herein, includes both saturated and unsaturated, straight chain (i.e., unbranched), branched, acyclic, cyclic, or polycyclic aliphatic hydrocarbons, which are optionally substituted with one or more functional groups.")

****

*Id.* at ¶ [0018] ("In certain embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-20 aliphatic carbon atoms. In certain other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-10 aliphatic carbon atoms.")

****

*Id.* at ¶ [0019] ("The term 'alkyl' as used herein refers to saturated, straight- or branched-chain hydrocarbon radicals derived from a hydrocarbon moiety containing between one and twenty carbon atoms by removal of a single hydrogen atom.")

*Id.* at ¶¶ [0017]; [0018]; [0019].  WO '380 also states that "[p]articular exemplary compound include:



"

uncited portions of the prior art references, other publications, and the testimony of experts to establish that a POSA would have been motivated to modify or combine certain of the cited references so as to render the Asserted Claims obvious.

## VI. THE ASSERTED CLAIMS OF THE '479 PATENT ARE INVALID AS ANTICIPATED UNDER 35 U.S.C. § 102

### A. Claim 10 of the '479 Patent Is Anticipated by DE '146

To the extent that the term "head group" includes nitrogen-containing and non-nitrogen-containing head groups, Claim 10 of the '479 Patent is invalid at least because the claim is anticipated by DE '146 as shown in the '479 Patent invalidity claim chart (Exhibit A). DE '146 published on July 25, 1985 and is prior art under, at least, 35 U.S.C. § 102(b). As shown in Exhibit A, DE '146 discloses each and every limitation of claim 10 expressly or inherently.

### B. All the Asserted Claims of the '479 Patent Are Anticipated by WO '368

As shown in Exhibit A, all the Asserted Claims of the '479 Patent are invalid as anticipated by WO '368. WO '368 qualifies as prior art under pre-AIA § 102(b) because it was published more than one year before the earliest priority date that the '479 Patent is entitled to—i.e., December 7, 2012. If the '479 Patent is entitled to claim priority to either the '133 Provisional Application or the '274 Provisional Application, then WO '368 qualifies as prior art under pre-AIA § 102(a). As shown in Exhibit A, WO '368 discloses each and every limitation of each of Claims 10 to 12 and therefore anticipates each asserted claim.

## VII. THE ASSERTED CLAIMS OF THE '479 PATENT ARE INVALID AS OBVIOUS UNDER 35 U.S.C. § 103

### A. Each Asserted Claim of the '479 Patent Is Invalid as Obvious Over DE '146 Alone or in Combination With the Prior Art

As shown in Exhibit A, all the Asserted Claims of the '479 Patent are invalid, at least, because they are rendered obvious by DE '146 in view of a POSA's knowledge or in combination

with one or more of WO '493, WO '401, WO '368, the '591 Patent, WO '705, Ouyang 2000, Zhang and McIntosh 2011, Pinnaduwage 1989, Martin 2005, Lv 2006, Stanton 2010, Akinc 2010, WO '380, and/or Niculescu-Duvaz 2003.  Additionally, all the Asserted Claims of the '479 Patent are invalid, at least, because they are rendered obvious by DE '146 in combination with one or more of WO '493, WO '401, WO '368, the '591 Patent, WO '705, Ouyang 2000, Zhang and McIntosh 2011, Pinnaduwage 1989, Martin 2005, Lv 2006, Stanton 2010, Akinc 2010, and Niculescu-Duvaz 2003 in further view of one or more of Ilies 2002, Ferrari 2002, Wasungu 2006, Zhi 2010, Smisterova 2001, Simões 2005, Zhu 2008, Tros de Ilarduya 2010, Coderch 1997, Barani 2008, Mishra 2007, Tang 1999, Rajesh 2007, Hashim 2011, Zuhorn 2005, and/or WO '705, in view of the knowledge of the POSA.  DE '146 published on July 25, 1985 and is prior art under, at least, 35 U.S.C. § 102(b).

To the extent necessary, the POSA would have been motivated to combine the teachings in DE '146 with the teachings in each of the prior art references above and/or included in Exhibit A to arrive at the claimed subject matter with a reasonable expectation of success because the references are directed to cationic lipids for nucleic acid delivery and teach the usefulness of various lipid features, including for example, the use of ester groups in the hydrophobic tails (*see, e.g.*, Niculescu-Duvaz 2003 at 1244; Zhi 2010 at 566), including specifically the —OC(O)— orientation (*see, e.g.*, Rajesh 2007 at 11417); branching in the hydrophobic chains of cationic lipids, including at the alpha position relative to a biodegradable group (*see, e.g.*, WO '493 at 8, 162; WO '401 at 154; Hashim 2011 at Abstract; Ferrari 2002 at 1813; Zhi 2010 at 564; Wasungu 2006 at 256; Zuhorn 2005 at Abstract); head groups consisting of an aliphatic group and hydroxyl group (*see, e.g.*, WO '368 at ¶ [0006]; WO '380 at ¶¶ [0058], [0063], and [0069]); optimization of the carbon content in the hydrophobic tails of the cationic lipids according to Formula I in order

to arrive at cationic lipids with desirable transfection properties. *See, e.g.*, Martin 2005 at 382; Zhi 2010 at 564; Smisterova 2001 at 47615-16 (e.g., FIG. 1), Zhu 2008 at 2500-01, Tros de Ilarduya 2010 at 162.  Indeed, identifying useful carbon content in the hydrophobic tails and effective branching positions in the terminal hydrophobic chains of cationic lipids would have been a matter of routine optimization for the POSA.

Defendants are not aware of any evidence of secondary considerations that could outweigh the strong case of prima facie obviousness under Section 103(a), as discussed in the foregoing and shown in Exhibit A. Accordingly, Defendants are not aware of a nexus between any secondary consideration and the elements recited in any of the Asserted Claims of the '479 Patent.

For the aforementioned reasons and as shown in Exhibit A, each and every asserted claim of the '479 Patent would have been obvious over DE '146 in view of the knowledge of the POSA and/or in combination with one or more prior art references above and as included for each claim in Exhibit A, in view of the knowledge of the POSA.

**B.    Each Asserted Claim of the '479 Patent Is Invalid as Obvious Over WO '368 Alone or in Combination With the Prior Art**

As shown in Exhibit A, all the Asserted Claims of the '479 Patent are invalid, at least, because they are rendered obvious by WO '368 in view of a POSA's knowledge or in combination with one or more of WO '493, WO '705, WO '401, and/or the '591 Patent.  Additionally, all the Asserted Claims of the '479 Patent are invalid, at least, because they are rendered obvious by WO '368 in combination with one or more of WO '493, WO '705, WO '401, the '591 Patent, in further view of one or more of the '588 Patent, Niculescu-Duvaz 2003, Hashim 2011, Ferrari 2002, Wasungu 2006, Zuhorn 2005, Martin 2005, Zhi 2010, Rajesh 2007, Smisterova 2001, Zhu 2008, Tros de Ilarduya 2010, and/or DE '146, in view of the knowledge of the POSA.  WO '368 qualifies as at least 102(b) or 102(a) prior art.

CONNOLLY GALLAGHER, LLP

/s/ Alan R. Silverstein
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

*Of Counsel*:

Sara Tonnies Horton
WILLKIE FARR & GALLAGHER
300 North LaSalle Drive
Chicago, IL 60654
(312) 728-9040

Michael Johnson
Dan Constantinescu
Brian Frino
WILLKIE FARR & GALLGHER
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Attorneys for Defendants and
Counterclaimants Pfizer Inc. and Pharmacia &
Upjohn Co. LLC*

Dated:  October 27, 2023

MORRIS, NICHOLS, ARSHT, & TUNNEL
LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Of Counsel*:

Charles B. Klein
Jovial Wong
Claire A. Fundakowski
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
(202) 282-5000

Katherine L. Kyman
Brian L. O'Gara
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Ashley Graham
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

*Attorneys for Defendants BioNTech SE and
BioNTech Manufacturing GmbH*

## CERTIFICATE OF SERVICE

I, Alan R. Silverstein, hereby certify that on this 27th day of October 2023, a copy of the

foregoing was served upon the following counsel via electronic mail.

Ethan H. Townsend
McDermott Will & Emery LLP
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
ehtownsend@mwe.com

Sarah Chapin Columbia
Sarah J. Fischer
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
scolumbia@mwe.com
sjfischer@mwe.com

William G. Gaede, III
Anisa Noorassa
McDermott Will & Emery LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
wgaede@mwe.com

Ian B. Brooks
Timothy M. Dunker
McDermott Will & Emery LLP
500 N. Capitol Street NW
Washington, DC 20003
ibrooks@mwe.com

Bhanu K. Sadasivan, Ph.D.
McDermott Will & Emery LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885

Mandy H. Kim
McDermott Will & Emery LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612
mhkim@mwe.com

*/s/ Alan R. Silverstein*
Alan R. Silverstein (#5066)

# Exhibit A

<u>U.S. 11,633,479 OBVIOUSNESS CLAIM CHART BASED ON DE 3402146<br>AND OTHER PRIOR ART REFERENCES</u>

| Claim Limitations | Relevant Disclosures |
|---|---|
| 10. A lipid compound, comprising | To the extent the preamble is limiting, DE '146 discloses "[a] lipid compound." *See, e.g.,*<br><br>DE '146 at ¶ [0001] ("The invention relates to novel quaternary ammonium compounds having one or two long-chain ester radicals, a method for the preparation thereof . . .").<br><br>*Id.* at ¶ [0004] ("The subject matter of the present invention is novel quaternary ammonium compounds of formula I,<br><br>$$\left[\begin{array}{c} R^1 \\ R^2 \end{array}\!\!\!\!\diagdown\!\! \overset{+}{N}\!\! \diagup\!\!\!\!\begin{array}{c} R^3 \\ R^4 \end{array}\right] \quad A^{\ominus}$$<br><br>*Id.* (Formula I states that "R1 and R2 are identical or different alkyl groups having 1 to 4 carbon atoms," and "R3 is a radical of formula II" depicted below:<br><br>$$-(CH_2)_m-O-CO-CH-(CH_2)_{n+2}-CH \atop \qquad\qquad\; (CH_2)_n-CH_3 \qquad (II)$$<br><br>"m is a number from 1 to 4," "n is a number from 5 to 15," and $R^4$ may be the same as $R^3$).<br><br>*Id.* at ¶ [0005] (DE '146 further discloses that when "both radicals $R^3$ and $R^4$ are groups of formula II, the novel compounds are derived from alkyl dialkanolamine … which is esterified with 2 mol of what is referred to as a Guerbet fatty acid.").<br><br>Thus, with respect to formula I, when R3 and R4 are identical groups, and m is 4, and n is 6, the intermediary compound of formula I produced from the esterification of an alkyl dialkanolamine and 2 moles of a Guerbet fatty acid, is depicted below: |

| | DMTAP, DLTAP—with a head group and two hydrophobic tails).

Zhi 2010 at 564 (disclosing the structure of DOTMA and DOTAP, both of which possess a head group and two hydrophobic tails). |
|---|---|
| and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein: the central moiety is a nitrogen atom; | WO '368 discloses a protonatable lipid having the recited features, namely "a central moiety to which the head group and the hydrophobic tails are directly bonded, wherein: the central moiety is a nitrogen atom." *See, e.g.*:

WO '368 at ¶ [0001] ("The present invention relates to a novel cationic lipid that facilitates introduction of a nucleic acid into, for example, a cell, a novel composition containing the cationic lipid, and the like.").

*Id*. at ¶ [0006] ("[Formula 1]



                                                          ").

*Id*. ("wherein $R^1$ and $R^2$ are the same or different and are linear or branched alkyl, alkenyl or alkynyl having 12 to 24 carbon atoms, or $R^1$ and $R^2$ together forming a dialkenylmethylene, dialkynylmethylene or alkylalkenylmethylene;

$X^1$ and $X^2$ are hydrogen atoms or together form a single bond or alkylene; . . .

$X^3$ is absent or is alkyl having 1 to 6 carbons or alkenyl having 3 to 6 carbons;

if $X^3$ is not present, . . .

Y is also absent, a and b are the same or different and are 0 to 3, and both a and b are not 0, $L^3$ is a single bond, $R^3$ is an alkyl having 1 to 6 carbon atoms, alkenyl having 3 to 6 carbon atoms, pyrrolidin-3-yl, piperidin-3-yl, piperidin-4-yl or the same or different 1 to 3 amino, monoalkylamino, dialkylamino, trialkylammonio, hydroxy, alkoxy, carbamoyl, |

monoalkylcarbamoyl, dialkylcarbamoyl, pyrrolidinyl, piperidyl or alkyl of 1 to 6 carbons or alkenyl of 3 to 6 carbons substituted with morpholinyl , and $L^1$ and $L^2$ may be the same or different -O- , -CO-O- or -O-CO-. . .").

*See also id. at* ¶¶ [0009]-[0010].

Additionally, there would not have been anything novel or nonobvious about this limitation as of the priority date of the '479 Patent because a head group and two hydrophobic tails connected by a central nitrogen moiety were well-known features of lipids. *See, e.g:*.

Stanton 2010 at 7890 Fig. 8 (disclosing the general structure of a protonatable lipid library with a nitrogen central moiety directly bonded to a headgroup and two biodegradable hydrophobic tails).

Niculescu-Duvaz 2003 at 1256 ("Carbamates (as in DC-Chol) and amides (in DOGS [21]) are stable chemically but biodegradable.").

Tranchant 2004 at S25 (teaching that chemical stability and biodegradability are desired properties for these groups and that nitrogen containing amides and carbamates have both properties.)

Ilies 2002 at 2443 (disclosing the structure of the protonatable lipids—e.g., DOTAP, DSTAP, DPTAP, DMTAP, DLTAP—with a head group and two hydrophobic tails).

Zhi 2010 at 564 (disclosing the structure of DOTMA and DOTAP, both of which possess a head group and two hydrophobic tails).

WO '380 at ¶ [0058] ("In certain embodiments, the lipids of the present invention are of the formula (1):

$$ R_1 - V $$
$$ (R_5)_2C - C(R_6)_2 $$
$$ N - R_3 $$
$$ (R_5)_2C - C(R_6)_2 $$
$$ R_2 - V \qquad \textbf{(I)}. $$

| | |
|---|---|
| | wherein each occurrence of V is independently selected from the group consisting of C=O. . . $R_1$ is selected from the group consisting of. . . $-OR_A$. . . $R_A$ is independently. . . branched or unbranched aliphatic. . . $R_3$ is selected the group consisting of. . . substituted or unsubstituted, branched or unbranched aliphatic. . . each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl; each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl; and salts thereof.")<br><br>*Id.* at 36 ("Particular exemplary compounds include:<br><br><br><br>.") |
| each hydrophobic tail has the formula —$R^{12}$—$M^1$—$R^{13}$, wherein: $R^{12}$ is a $C_4$-$C_{14}$ alkyl group, $M^1$ is —OC(O)—, and $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group | WO '368 discloses a lipid having the recited features, namely "each hydrophobic tail has the formula —$R^{12}$—$M^1$—$R^{13}$, wherein: $R^{12}$ is a $C_4$-$C_{14}$ alkyl group, $M^1$ is —OC(O)—, and $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group." *See, e.g.*:<br><br>WO '368 at ¶ [0006] ("[Formula 1]<br><br>").<br><br>*Id.* ("wherein $R^1$ and $R^2$ are the same or different and are linear or branched alkyl, alkenyl or alkynyl having 12 to 24 carbon atoms, or $R^1$ and $R^2$ together forming a dialkenylmethylene, dialkynylmethylene or alkylalkenylmethylene; |

Joint Claim Construction Brief

# EXHIBIT 58



# A combinatorial library of lipid-like materials for delivery of RNAi therapeutics

Akin Akinc[1,2], Andreas Zumbuehl[3,4], Michael Goldberg[5], Elizaveta S Leshchiner[3], Valentina Busini[3], Naushad Hossain[3], Sergio A Bacallado[3], David N Nguyen[3], Jason Fuller[3], Rene Alvarez[2], Anna Borodovsky[2], Todd Borland[2], Rainer Constien[6,7], Antonin de Fougerolles[2], J Robert Dorkin[2], K Narayanannair Jayaprakash[2], Muthusamy Jayaraman[2], Matthias John[6,7], Victor Koteliansky[2], Muthiah Manoharan[2], Lubomir Nechev[2], June Qin[2], Timothy Racie[2], Denitza Raitcheva[2], Kallanthottathil G Rajeev[2], Dinah W Y Sah[2], Jürgen Soutschek[6,7], Ivanka Toudjarska[2], Hans-Peter Vornlocher[6,7], Tracy S Zimmermann[2], Robert Langer[1,3,5] & Daniel G Anderson[1]

The safe and effective delivery of RNA interference (RNAi) therapeutics remains an important challenge for clinical development. The diversity of current delivery materials remains limited, in part because of their slow, multi-step syntheses. Here we describe a new class of lipid-like delivery molecules, termed lipidoids, as delivery agents for RNAi therapeutics. Chemical methods were developed to allow the rapid synthesis of a large library of over 1,200 structurally diverse lipidoids. From this library, we identified lipidoids that facilitate high levels of specific silencing of endogenous gene transcripts when formulated with either double-stranded small interfering RNA (siRNA) or single-stranded antisense 2′-O-methyl (2′-OMe) oligoribonucleotides targeting microRNA (miRNA). The safety and efficacy of lipidoids were evaluated in three animal models: mice, rats and nonhuman primates. The studies reported here suggest that these materials may have broad utility for both local and systemic delivery of RNA therapeutics.

The specific reduction, or silencing, of gene expression through RNAi has considerable potential to create a new class of therapeutics that addresses previously untreatable diseases[1,2]. High doses of cholesterol-modified siRNA[3] and cholesterol-modified 2′-OMe oligoribonucleotides (antagomirs)[4] have been demonstrated to reduce gene expression specifically *in vivo* in liver and other tissues. Certain viruses, such as respiratory syncytial virus can be inhibited locally after administration of naked siRNA[5,6]. Recently, systemic delivery of siRNA to the liver of mice and nonhuman primates was demonstrated using a lipid formulation[7,8]. Despite these advances, there are few published reports demonstrating efficacy of systemically delivered siRNA in primates[8,9]. Although significant efforts have been dedicated to cationic lipid delivery systems, the development of safe and effective methods both *in vitro* and *in vivo* has proven challenging.

To date, the delivery of siRNA has been mediated by direct conjugation of delivery agents to the RNA moiety[3,10–12], formulation using lipid-[7,8,13–16], polymer-[9,17–20] or peptide-based delivery systems[21–23] and, more recently, complexation with antibody fusion proteins[24,25]. A key barrier to the exploration of delivery material space is new material synthesis. Conventional lipid synthesis typically requires individually optimized, multiple-step synthesis, including time-intensive procedures such as chemical protection and deprotection, use and removal of catalysts, solvent exchanges and purification[26]. The customization of each synthetic reaction and the multiple steps required limit throughput and, correspondingly, limit the ability to generate substantial library size and diversity. To address these problems, we developed chemical methods capable of rapid, parallel generation of lipid-like molecules (**Fig. 1** and **Supplementary Methods** online).

## RESULTS

### Synthesis of lipidoid library

The synthesis scheme is based upon the conjugate addition of alkyl-acrylates or alkyl-acrylamides to primary or secondary amines (**Fig. 1b**). This particular chemistry, unlike many traditional lipid synthesis chemistries, allows for reactions in the absence of solvent or catalysts, results only in lipidoid product, and thereby eliminates the need for protection and deprotection steps, purification or concentration steps (**Supplementary Methods** and **Supplementary Table 1** online for details on synthesis and characterization). Using these methods, we first synthesized a pilot library of nearly 700 lipidoid

[1]David H. Koch Institute for Integrative Cancer Research, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA. [2]Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, Massachusetts 02142, USA. [3]Department of Chemical Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA. [4]Department of Organic Chemistry, University of Geneva, 30 quai E. Ansermet 30, 1211 Geneva 4, Switzerland. [5]Department of Chemistry, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA. [6]Alnylam Europe AG, Fritz-Hornschuch-Str. 9, 95326 Kulmbach, Germany. [7]Present addresses: Roche Kulmbach GmbH, Fritz-Hornschuch-Str. 9, 95326 Kulmbach, Germany (R.C., M.J. and H.-P.V.) and Regulus Therapeutics, 1896 Rutherford Road, Carlsbad, California 92008, USA (J.S.). Correspondence should be addressed to D.G.A. (dgander@mit.edu).

Received 29 November 2007; accepted 7 April 2008; published online 27 April 2008; doi:10.1038/nbt1402

members, in which a number of parameters were systematically varied, including (i) alkyl chain length from C10 to C18, (ii) linkage between the alkyl chain and the amine through the degradable ester or the more stable amide, (iii) primary R group on the amine and (iv) the post-synthetic introduction of a constitutive positive charge to certain lipidoids by quaternization of the amine with the alkylating agent methyl iodide.

Characterization of representative lipidoids demonstrates nearly complete conjugation for acrylate-based lipidoids under the conditions used (**Supplementary Methods**). Acrylamide conjugation was slower, but after one week at elevated temperature the majority of material was conjugated (**Supplementary Methods**). This combinatorial approach has the advantages of both simple and rapid synthesis, as well as the potential to generate a large and diverse collection of materials.

### Lipidoid-mediated delivery *in vitro*

Once synthesized, this first library was screened for the ability to deliver siRNA to a HeLa cell line that stably expresses both firefly (*Photinus pyralis*) and *Renilla* (*Renilla reniformis*) luciferase (**Fig. 2a**).

Efficacy of siRNA delivery by lipidoids was determined by treating cells with siRNA-lipidoid complexes, prepared using a firefly luciferase-targeting siRNA (siLuc), and then measuring the ratio of firefly to *Renilla* luciferase expression. In this assay, toxic or other nonspecific effects result in reduction of expression of both luciferase proteins, whereas noncytotoxic, specific silencing results in reduction of only firefly luciferase. To facilitate screening throughput, we formed siRNA-lipid complexes by simple mixing of siRNA-lipidoid solutions in microtiter plates.

Analysis of these results revealed several trends in lipidoids capable of delivering siRNA to HeLa cells. Overall, enhanced delivery performance was achieved using lipidoids containing more than two amines per head unit (e.g., monomers 61-64, 95-103). Furthermore, effective materials often had either two long amide tails (e.g., $N_{16}$) or several smaller amide tails (e.g., $98N_{12}$). Based on this data set, we synthesized a second-generation library of 500 lipidoids, expanding the structures tested based on these trends. In particular, we hypothesized that a number of these design features could enrich the library with effective materials. Specifically, we expanded the library to include lipidoids with even shorter amide tails (e.g., $N_{11}$, $N_9$), and more head units (e.g., monomers 109-117). Because many of these head units have the potential to form more than two tails, lipidoids were resynthesized with varied reaction stoichiometry to generate lipidoids with a diverse number of tails.

The ratio of delivery material to nucleic acid is known to affect delivery potential of formulations. Therefore, this second generation library of 500 lipidoids was screened for delivery to HeLa cells at four different lipidoid/siRNA ratios, in quadruplicate. Using these screening methods, we identified 56 lipidoids that induced gene silencing at levels similar to the commercially available *in vitro* transfection agent, Lipofectamine 2000 (**Fig. 2b**). Notably, the top performing lipidoids in this second library contained several structural similarities: (i) amide linkages, (ii) more than two alkyl tails, (iii) tail length in the range of 8–12 carbons and (iv) one tail short of total substitution of the amine reactants, therefore containing one secondary amine. These relatively short tails are surprising in comparison to typical gene delivery lipids such as DOTAP and DOTMA, which contain 18 aliphatic carbon atoms[26]. Notably, many of the effective lipidoids are structurally unlike either conventional lipids or cationic polymers (e.g., $100N_9$). This synthesized set of effective siRNA delivery materials substantially expands the collection and chemical diversity of materials known to facilitate siRNA delivery to cells.

To more closely examine *in vitro* performance, we tested a collection of purified lipidoids selected from those showing efficacy in HeLa cells at different doses, with three cell types. HeLa, human hepatocellular liver carcinoma cell line HepG2 and primary bone marrow–derived murine macrophages





**Figure 1** Synthesis of lipidoids. (**a**) Alkyl-acrylate, alkyl-acrylamide and amino molecules were used to synthesize a combinatorial library of lipidoids. (**b**) Synthesis occurs through the conjugate addition of amines to an acrylate or acrylamide. Depending on the number of addition sites in the amino monomer, lipidoids can be formed with anywhere from 1 to 7 tails. Amino groups in the lipidoid can be quaternized by treatment with methyl iodide. For ease of nomenclature, lipidoids are named as follows: (amine number)(acrylate or acrylamide name)-(number of tails)("+" if quaternized).

A R T I C L E S



**Figure 2** *In vitro* screening of lipidoids for siRNA delivery. (**a**) HeLa cells expressing both firefly and *Renilla* luciferase were treated with firefly luciferase targeting siRNA-lipidoid complexes. The average percent reduction in firefly luciferase activity after treatment with siRNA-lipidoid complexes at a 5:1 (wt/wt) ratio in quadruplicate is shown. For ease of analysis, data are grouped as follows: no test, 0–20% knockdown, 20–40%, 40–60%, 60–80%, 80–100%. (**b**) Optimized *in vitro* knockdown by lipidoids in HeLa cells. Lipidoids were optimized for delivery using four lipidoid/siRNA ratios: 5:1, 10:1, 15:1 and 20:1. Materials were tested in quadruplicate. Data are presented for the optimal siRNA/lipidoid wt/wt ratio for each lipidoid, including s.d. This data set includes only lipidoids with no significant cytotoxicity, as assessed by no significant change in *Renilla* luciferase expression relative to untreated cells. (**c–e**) Dose response of silencing in HeLa (**c**), HepG2 (**d**) and primary macrophage cultures (**e**). Data were generated in quadruplicate, as a function of siRNA molarity, at ratio of 5:1 wt/wt. s.d. is shown. Day 5 GFP-expressing bone marrow–derived macrophage cultures were incubated with siRNA-lipidoid complexes composed of the indicated lipidoids or commercial transfection reagents (Lipofectamine 2000 and Lipofectamine RNAiMAX) and siGFP or siCD45 for 6 h. GFP expression was quantified by flow cytometry. Silencing is expressed as the percentage of untreated cultures performed in parallel.

(**Fig. 2c–e**). *In vitro* analysis shows that, in general, both lipidoids and commercial lipids are relatively noncytotoxic at the concentration ranges in which they are efficacious (**Supplementary Fig. 1a–d** online). Notably, these lipidoids performed differently in the different cell types. Whereas all materials were able to facilitate good silencing at the highest siRNA levels, the commercial reagents Lipofectamine RNAiMAX and Lipofectamine 2000 were able to facilitate greater silencing at the lowest siRNA levels in HeLa and HepG2 cells. In contrast, with primary bone marrow–derived macrophages, lipidoids were more effective delivery vehicles at low siRNA concentrations. Dose-dependent silencing of green fluorescent protein (GFP) expression was observed for 6 of the 7 lipidoids tested with 50% silencing observed even at a 1-nM siRNA concentration (**Fig. 2e**). In contrast Lipofectamine 2000 and Lipofectamine RNAiMAX were not effective at silencing GFP expression even at higher siRNA concentrations (**Fig. 2e**). Whereas the overall silencing at low complex concentrations in HeLa and HepG2 cells lines is less than with commercial reagents, these lipidoids provide for more effective silencing in primary bone marrow–derived macrophages. This library approach provides a substantial number of new materials that may be useful for transfecting cells that have thus far proven refractory to transfection by currently available reagents.

## Lipidoid-mediated delivery of siRNA to mouse and rat liver
To examine the utility of this library, we first tested the lipidoids for the *in vivo* systemic delivery of siRNA to liver. The liver represents an attractive organ for therapeutic intervention, because of the number of

potential hepatic targets and the highly perfused nature of the organ, which may render it more amenable to delivery of exogenous siRNAs. Using a liver-directed *in vivo* screen of the lipidoid libraries, we identified a series of compounds that facilitate high levels of siRNA-mediated gene silencing in hepatocytes, the cells comprising the liver parenchyma. Factor VII, a blood clotting factor, is an ideal target gene for assaying functional siRNA delivery to liver. Because this factor is produced specifically in hepatocytes, gene silencing indicates successful delivery to parenchyma, as opposed to delivery to the cells of the reticulo-endothelial system (e.g., Kupffer cells). Furthermore, Factor VII is a secreted protein that can be readily measured in serum, obviating the need to euthanize animals. Finally, because of the protein's short half-life (2–5 h), silencing at the mRNA level is manifest as silencing at the protein level with minimal lag.

Seventeen top-performing lipidoids, identified through *in vitro* screens, were formulated for *in vivo* use. The complexes contained lipidoid, cholesterol and PEG-lipid. Generally, simple ionic complexes are not suitable for *in vivo* systemic administration owing to poor serum stability, tendency to form aggregates and poor *in vivo* tolerability. At least seven lipidoid formulations were identified that mediated significant reduction of serum Factor VII protein levels, with the largest reduction observed for $98N_{12}$ (> 90%) (**Fig. 3a**). Five variants of $98N_{12}$ containing different tail numbers were purified and tested individually (**Supplementary Fig. 2** online). $98N_{12}$-5 (5-tail) was found to be optimal for *in vivo* delivery. To verify the specificity of gene silencing, liver mRNA levels were measured for both Factor VII and another hepatocyte-expressed gene, apolipoprotein B (*Apob*)

(Fig. 3b). In animals treated with formulations containing siFVII, only silencing of the Factor VII mRNA was observed. Conversely, in animals treated with formulations containing *Apob*-specific siRNA (siApoB), only silencing of the *Apob* mRNA was observed. Further, administration of a lipidoid-formulated 1:1 (wt/wt) mixture of the two siRNAs resulted in silencing of both Factor VII and *Apob* genes

with no detectable loss in potency or competition between siRNAs. No silencing of Factor VII was observed when a mismatch Factor VII siRNA was used (data not shown). These data indicate that the observed gene silencing is a direct result of the specific effects of lipidoid-siRNA on mRNA levels in the liver and that these effects are applicable to multiple hepatocyte-expressed genes.



**Figure 3** *In vivo* delivery of siRNA to liver in rodents. (**a**) Mice (*n* = 3) received two daily i.v. injections of different lipidoid formulations of siRNA at a dose of 2.5 mg/kg. Factor VII protein levels were quantified 24 h after the second administration. (**b**) Simultaneous silencing of two genes *in vivo* in mice. Mice (*n* = 3) received a single i.v. bolus injection of a 98N12-5(1)-formulated 1:1 (wt/wt) mixture of siFVII and siApoB at 10, 6 or 4 mg/kg (5, 3 or 2 mg/kg of each siRNA). For comparison, control animals received PBS or lipidoid-formulated siFVII alone or lipidoid-formulated siApoB alone at 5, 3 or 2 mg/kg. Forty-eight hours after administration animals were killed and livers were harvested. Liver mRNA levels of Factor VII or ApoB (normalized to GAPDH) were determined by branched DNA assay. (**c**–**e**) Rats (*n* = 4) were injected with lipidoid-formulated siRNA at 1.25, 2.5, 5 and 10 mg/kg. Animals were bled and killed 48 h after administration; shown are liver mRNA levels (**c**), serum Factor VII protein levels (**d**) and prothrombin time (**e**). (**f**) Durability of silencing in rats. Rats (*n* = 5) received a single i.v. administration of lipidoid-formulated siRNA at 5 mg/kg. Animals were bled at various time points after administration and serum Factor VII protein levels were quantified. Data points represent group mean ± s.d. Data points marked with asterisks are statistically significant relative to control treated groups (*, *P* < 0.05; **, *P* < 0.005; ***, *P* < 0.001; *t*-test, single-tailed).

**Table 1  Clinical chemistry and hematology parameters for lipidoid-siRNA treated rats**

| Group | ALT (U/L) | AST (U/L) | Bilirubin (mg/dl) | BUN (mg/dl) | RBC ($\times 10^6/\mu$l) | Hemoglobin (g/dl) | WBC ($\times 10^3/\mu$l) | PLT ($\times 10^3/\mu$l) | Spleen (g) |
|---|---|---|---|---|---|---|---|---|---|
| 0 mg/kg | 34 ± 3 | 134 ± 11 | 0.1 ± 0.0 | 13.5 ± 1.3 | 6.9 ± 0.4 | 14.7 ± 0.3 | 7.6 ± 3.0 | 1,019 ± 91 | 0.67 ± 0.13 |
| 2 mg/kg | 37 ± 5 | 118 ± 16 | 0.1 ± 0.0 | 15.3 ± 0.5 | 6.4 ± 0.4 | 13.8 ± 0.8 | 6.5 ± 1.5 | 999 ± 16 | 0.79 ± 0.11 |
| 5 mg/kg | 39 ± 6 | 114 ± 27 | 0.1 ± 0.0 | 15.0 ± 1.8 | 6.6 ± 0.4 | 13.9 ± 0.7 | 5.4 ± 2.1 | 866 ± 187 | 1.10 ± 0.39 |
| 7.5 mg/kg | 41 ± 8 | 98 ± 30 | 0.1 ± 0.0 | 16.5 ± 2.1 | 6.3 ± 0.5 | 13.5 ± 0.8 | 9.1 ± 1.8 | 1,106 ± 156 | 1.04 ± 0.13 |
| 10 mg/kg | 43 ± 9 | 86 ± 8 | 0.1 ± 0.1 | 16.5 ± 2.9 | 6.2 ± 0.4 | 13.5 ± 0.6 | 9.2 ± 0.7 | 871 ± 83 | 1.12 ± 0.09 |

Sprague-Dawley rats ($n = 8$) were given four once-per-week bolus i.v. injections of formulated siCont at different dose levels. Blood samples were taken 2 d after the 4th and final dose (day 24). ALT, alanine aminotransferase; AST, aspartate aminotransferase; BUN, blood urea nitrogen; RBC, red blood cells; WBC, white blood cells; PLT, platelets.

To further explore the *in vivo* activity of $98N_{12}$-5 observed in mice, we conducted efficacy and tolerability studies in rats. Rats were given a single intravenous (i.v.) injection of siFVII formulated in $98N_{12}$-5 at doses of 1.25, 2.5, 5 and 10 mg/kg. Significant, dose-dependent reductions in liver Factor VII mRNA levels were observed, with 40%, 80% and >90% silencing at 1.25, 2.5 and 5 mg/kg, respectively (**Fig. 3c** and **Supplementary Table 2** online). No silencing was observed using a formulated control siRNA (siCont), demonstrating specificity of silencing. The reduction in liver Factor VII mRNA levels produced a concomitant dose-dependent reduction in serum Factor VII protein levels, with nearly complete silencing at the highest dose levels (**Fig. 3d**).

As would be expected, significantly reduced serum Factor VII levels produced a phenotypic effect in the treated animals. As Factor VII is part of the extrinsic coagulation pathway, treated animals had impaired clotting through this pathway as measured by prolongation in prothrombin time (**Fig. 3e**). The phenotypic effect was found to be specific and not attributable to the delivery vehicle, as the formulated control group demonstrated no perturbations in prothrombin time. The resultant gene silencing was highly sustainable. Single injections of

$98N_{12}$-5 formulated Factor VII-targeting siRNA (siFVII) were capable of mediating silencing that persisted for nearly 4 weeks (**Fig. 3f**).

Next, we investigated the tolerability of the $98N_{12}$-5 formulation in rats. Animals received four once-per-week i.v. bolus injections of a formulated siRNA at doses as high as 10 mg/kg/week. The non-physiological siRNA siCont was used to eliminate any potential target silencing–related toxicities. The formulation was generally well-tolerated at the dose levels tested, as determined by cage-side observations and measures of clinical chemistry and hematology parameters (**Table 1**). However, enlargement of the spleen—a major clearance organ for nanoparticles—was observed at the highest doses. The appearance and weight of all other organs were normal.

## siRNA delivery to lung and peritoneal macrophages *in vivo*

We examined an additional disease model to explore the versatility of the lipidoid approach. Local siRNA delivery to the lung after intranasal administration was tested in a mouse model of respiratory syncytial virus infection (**Fig. 4a**)[5]. In subsequent experiments, we confirmed the absence of gene silencing in the liver and kidney after local pulmonary administration of the formulation (data not shown).



**Figure 4** *In vivo* delivery of siRNA to lung and peritoneal macrophages and delivery of anti-miRs to liver. (**a**) Inhibition of RSV/A2 in BALB/c mouse lungs. Mice ($n = 5$) were intranasally administered naked siRNA or lipidoid-siRNA formulation (siRSV or mm-siRSV) formulation at a dose of 2 mg/kg. Lungs were harvested at day 4 post-infection and assayed by immunostaining plaque assay. (**b**) Inhibition of CD45 protein in thioglycolate elicited mouse peritoneal macrophages. Mice ($n = 4$) were injected with thioglycollate (i.p.) 3 d before treatment with 10 mg/kg of lipidoid-formulated siCD45 or siGFP administered via i.p. injection. We analyzed 4 d post administration CD45 expression on macrophages by flow cytometry. Macrophage cells were gated and median fluorescence intensity of the CD45 staining is plotted. MFI, mean fluorescence intensity. (**c**) Lipidoid delivery of anti-miR122 *in vivo*. Nuclease protection assay and miRNA detection. Liver RNA samples of three representative animals per treatment group are shown. The U6 signal serves as RNA input control. Animals treated with antagomir122 show a marked decrease of miR-122 signal (lanes 7–9). Even further reduction of miR-122 signal is observed for lipidoid-formulated anti-miR122–treated animals (lanes 10–12). The mismatched control antagomir and anti-miR had little effect on miR-122 signals (lanes 4–6 and 13–15). (**d**) Derepression of miR-122 target genes after miR-122 inhibition in mice. Mice ($n = 6$) received i.v. injections of either lipidoid-anti-miR122 (black bars) or lipidoid-mm-anti-miR122 (gray bars) at a daily dose of 5 mg/kg for 3 consecutive days. Twenty-four hours after the last injection, expression levels of seven reported miR-122 target genes were analyzed. Data points represent group mean ± s.d. Data points marked with asterisks are statistically significant relative to control treated groups (* $P < 0.05$, ** $P < 0.005$, *** $P < 0.001$; *t*-test, single-tailed).






**Figure 5** *In vivo* delivery in primates. (**a**) Extent and duration of serum ApoB-100 protein reduction in cynomolgus monkeys after single bolus i.v. administration of lipidoid-formulated siRNA. For all groups except saline control; $n = 6$ for data points up to and including 2 d and $n = 3$ for data points after 2 d. For saline control, $n = 4$ for data points up to and including 2 d, and $n = 2$ for data points beyond 2 d. Data points represent group mean ± s.d. No error bars shown for saline group where $n = 2$.
(**b**–**d**) Animals ($n = 3$) were treated with either formulated control siRNA at 2.5 mg/kg, formulated *Apob* targeting siRNA at 2.5 mg/kg, or formulated *Apob* targeting siRNA at 6.25 mg/kg. (**b**) Liver *Apob* mRNA levels normalized to GAPDH mRNA 48 h after administration. (**c**) Serum ApoB-100 protein reduction at 12, 24 and 48 h after administration as percentage of predose levels. (**d**) LDL-C and high-density lipoprotein (HDL) cholesterol levels at 48 h after administration, normalized to predose levels. Data points represent group mean ± s.d. Data points marked with asterisks are statistically significant relative to control treated groups (* $P < 0.05$, ** $P < 0.005$, *** $P < 0.001$; *t*-test, single-tailed).

Whereas 'naked' siRNA provided roughly one log reduction in viral plaques, $98N_{12}$-5-formulated siRNA at the same dose provided greater than two log reduction in viral plaques. These data demonstrate that lipidoids can be used in nonsystemic applications of RNAi technology and are capable of delivering siRNA to nonhepatic cell types.

The macrophage is a cell type frequently implicated in the pathology of inflammatory diseases. Following our success in transfecting siRNAs into primary macrophages in *in vitro* cultures (**Fig. 2e**), we tested whether lipidoid-formulated siRNAs can mediate silencing in macrophages *in vivo*. Mice were injected intraperitoneally with thioglycollate as a sterile inflammation stimulus followed by injection of $98N_{12}$-5-formulated siCD45. A 65% reduction of CD45 protein expression was observed in the peritoneal macrophage population (**Fig. 4b**). Although the intraperitoneal administration circumvents the localization challenge associated with systemic delivery to peritoneal macrophages, these results indicate that lipidoid formulations can potentially be used for the delivery of siRNA to macrophages *in vivo*.

### Delivery of single-stranded oligoribonucleotides targeting miRNAs *in vivo*

To examine the utility of lipidoid materials in the delivery of other nucleic acid therapeutic drugs, we tested the potential of $98N_{12}$-5 to facilitate the delivery of single-stranded 2′-OMe oligoribonucleotides targeting miRNAs (anti-miRs). *In vivo* delivery of anti-miR results in silencing of a specific target miRNA, and consequently, the upregulation of specific genes regulated by the target miRNA[4]. $98N_{12}$-5-formulated anti-miR122 dosed at 5 mg/kg on 3 consecutive days in mice resulted in greater miR-122 repression than the cholesterol-conjugated version of the same oligoribonucleotide (antagomir122) dosed at 80 mg/kg on 3 consecutive days (**Fig. 4c**). Further, this effect was shown to be specific, as mismatched control anti-miR122 (mm-anti-miR122) did not result in appreciable effects on miR-122. Consistent with miR-122 downregulation, gene targets of miR-122 were shown to be derepressed in anti-miR122–treated mice relative to mismatched controls (**Fig. 4d**).

### Lipidoid-mediated gene silencing in nonhuman primates
To determine the effects of $98N_{12}$-5 lipidoid in a third animal species, we initiated studies in nonhuman primates. Cynomolgus monkeys were treated with a single i.v. injection of lipidoid-formulated siApoB at siRNA doses of 2.5 and 6.25 mg/kg. Separate control animals were treated with either saline or lipidoid-formulated siCont. Serum samples were taken from animals for up to 30 d after administration to determine both the extent and duration of serum ApoB protein silencing. Silencing of ApoB was observed in a dose-dependent manner, with maximal serum ApoB reduction of up to 75% relative to pre-dose levels (**Fig. 5a**). In contrast, no significant silencing was observed in the saline or formulated control groups, indicating specific activity of the formulated ApoB siRNA. Silencing was remarkably persistent for animals in the high-dose group after a single i.v. bolus injection, with the lowest levels of ApoB achieved rapidly by day 3, >50% silencing still maintained at 2 weeks and full recovery of expression achieved only 1 month later. The data herein regarding durability for ApoB silencing extends the previous reports for systemic RNAi in nonhuman primates reported by Zimmermann *et al.*[8], where the study terminated at 11 d. Consistent with ApoB silencing, therapeutic efficacy as measured by specific and persistent reductions in low-density lipoprotein cholesterol (LDL-C) of up to 60% was also observed (**Supplementary Fig. 3** online).

A subsequent primate study was performed with a next-generation $98N_{12}$-5 lipidoid-based formulation in cynomolgus monkeys. This formulation was optimized in part by maximizing the siRNA loading in the lipidoid complex. Notably, the total mass of delivery material relative to siRNA in this formulation is roughly one-third that of the previously published stable nucleic acid lipid particles (SNALP) delivery system[8]. Also, unlike the previously published SNALP system, this formulation contains fewer total components: three different agents plus siRNA instead of four. Animals were treated with formulated ApoB siRNA at siRNA doses of 2.5 and 6.25 mg/kg, or formulated control siRNA at 2.5 mg/kg administered via single i.v. injection. Tissues were harvested 48 h after administration for liver mRNA determination. Silencing of *ApoB* liver mRNA of up to 85% was observed (**Fig. 5b**), corresponding to a maximal reduction in

**Table 2  ALT and AST levels for lipidoid-siRNA treated cynomolgus monkeys**

| Group | Time | ALT (U/L) | AST (U/L) |
|---|---|---|---|
| siCont, 2.5 mg/kg | Pre-dose | 50 ± 10 | 53 ± 14 |
| | 24 h | 76 ± 5 | 100 ± 5 |
| | 48 h | 64 ± 27 | 61 ± 19 |
| siApoB, 2.5 mg/kg | Pre-dose | 40 ± 21 | 45 ± 42 |
| | 24 h | 61 ± 10 | 65 ± 13 |
| | 48 h | 53 ± 38 | 48 ± 45 |
| siApoB, 6.25 mg/kg | Pre-dose | 44 ± 19 | 53 ± 27 |
| | 24 h | 70 ± 6 | 127 ± 10 |
| | 48 h | 67 ± 32 | 81 ± 38 |

serum ApoB protein of up to 74% (**Fig. 5c**). As early as 2 d after administration, LDL-C was reduced by >50% (**Fig. 5d**). Toxicological analysis indicated that the formulations were well tolerated at the dose levels tested, with no observed treatment-related changes in appearance or behavior. No clinically relevant changes in coagulation or hematological parameters were observed other than a mild reduction in platelets at the highest dose. No significant changes in clinical chemistry parameters were observed except for a slight increase in alanine aminotransferase (ALT) and aspartate aminotransferase (AST). These elevations were less than those observed with the previously published SNALP formulations[8]. (**Table 2** and **Supplementary Table 3** online).

## DISCUSSION

RNAi technology is poised to form the basis for the next major class of pharmaceutical drugs. However, effective delivery of RNAi therapeutics remains the key hurdle for advancement of this technology. We believe the development of lipidoids could extend the scale and diversity of available delivery solutions. Lipidoid formulations of siRNA and anti-miR demonstrated potent, specific and durable effects on gene expression in three distinct species, including nonhuman primates. Therapeutic efficacy was observed *in vivo* in liver, lung and peritoneal macrophages. Prior studies have demonstrated successful silencing in lung models using delivery reagents; however, in contrast to our results, these cases did not demonstrate substantial improvement in silencing over that achieved with naked siRNA[5,6]. We note that gene silencing in lung continues to be difficult to achieve, even with the best available lung delivery formulations[27]. In addition, to our knowledge, there are currently no other reagents available that have demonstrated specific, endogenous gene silencing in peritoneal macrophages. Previous reports, based on delivery of Cy3-labeled siRNA, suggest Transit-TKO may have this ability, but data demonstrating *in vivo* silencing have not been published[28].

We believe the development of this library of lipid-like materials represents an important expansion of the diversity and collection of intracellular delivery materials. This one-step synthetic scheme enables the straightforward parallel generation of large libraries of delivery material. Notably, a number of materials were identified with both *in vitro* and *in vivo* utility and the common structural features of these materials suggest certain design criteria for creating future intracellular delivery agents, including (i) amide linkages, (ii) more than two alkyl tails, (iii) tail length in the range of 8–12 carbons and (iv) a secondary amine. Finally, further studies are warranted to investigate lipidoid-based delivery of RNA and other drugs to extend this technology for the broadest applications of RNAi therapy and drug delivery.

## METHODS

**Library synthesis.** Lipidoids were synthesized by addition of acrylamides or acrylates to amines. Amines were purchased from Sigma-Aldrich and TCI America. Acrylates were purchased from Sigma-Aldrich, Dajac Monomer-Polymer, Hampford Research, Scientific Polymer and TCI America. Acrylamides were synthesized by the drop-wise addition of acryloyl chloride to the appropriate 1-aminoalkane (see **Supplementary Methods** for details). The ester portion of the lipidoid library was synthesized at a ratio of 2:1 acrylate/amine, with no solvent, unless otherwise specified. The amide portion of the lipidoid library was synthesized at the maximal ratio of acylamide/amine for each amine (e.g., 6 acrylamide/amine for amine monomer 98). All library reactions were carried out in 5-ml Teflon-lined glass screw-top vials. 200 mg of amine was added to the corresponding amount of acrylate or acrylamide. The mixture was stirred at 90 °C for 1 or 7 d for acrylate or acrylamide monomers, respectively. After cooling, the lipid mixtures were used without purification unless otherwise specified.

**Nucleic acids.** All siRNAs and 2′-OMe oligoribonucleotides were synthesized by Alnylam. Oligonucleotides were characterized by electrospray mass spectrometry and anion-exchange high-performance liquid chromatography. The sequences for the sense and antisense strands of siRNAs are as follows:

siLuc sense: 5′-CUUACGCUGAGUACUUCGATT-3′, antisense: 5′-UCGAAGUACUCAGCGUAAGTT-3′.

siFVII sense: 5′-GGAucAucucAAGucuuAcT*T-3′, antisense: 5′-GuAAGAcuuGAGuAGACAGucc*U-3′.

siApoB sense: 5′-GGAAUCuuAuAAuuuGAUCcA*A-3′, antisense: 5′-uuGGAUcAAAuAuAAGAuUCc*c*U-3′.

siCont sense: 5′-cuuAcGcuGAGuAcuucGAT*T-3′, antisense: 5′-UCGAAGuACUcAGCGuAAGT*T-3′.

siGFP sense: 5′-CcAcAuGAAGcAGcACGACu*U-3′, antisense: 5′-AAGUCGUGCUGCUUCAUGUGg*u*C-3′.

siCD45 sense: 5′-CGuUGcuGAAuuucAGAGcAT*T-3′, antisense: 5′-UGCUCUGAAAUUcAGCcAGT*T-3′.

mm-siRSV sense: 5′-CGAUUAUAUUUACAGGAUGAT*T-3′, antisense: 5′- UCAUCCUGUAAUAUAAUCGT*T-3′.

siRSV sense: 5′-UCCUAGAAUCAAUAAAGGGTT-3′, antisense: 5′- CCCUUUAUUGAUUCUAGGATT-3′.

2′-OMe oligoribonucleotides:

antagomir122: 5′-a*c*a*caccauugucacacu*c*c*a-Cholesterol-3′

mm-antagomir122: 5′- a*c*acacaacacuguacauu*c*c*a-Cholesterol-3′

anti-miR122: 5′-a*c*aaccaccauugucacacu*c*c*a-3′

mm-anti-miR122: 5′- a*c*acacaacacugucacauu*c*c*a-3′

2′-OMe modified nucleotides are in lower case, 2′-fluoro modified nucleotides are in bold lower case, and phosphorothioate linkages are represented by asterisks. siRNAs were generated by annealing equimolar amounts of complementary sense and antisense strands.

**In vitro siRNA transfection assay.** The protocol was adapted from ref. 29. HeLa cells, stably expressing firefly luciferase and *Renilla* luciferase were seeded (14,000 cells/well) into each well of an opaque white 96-well plate (Corning-Costar) and allowed to attach overnight in growth medium. Growth medium was composed of 90% phenol red-free DMEM, 10% FBS, 100 units/ml penicillin, 100 μg/ml streptomycin (Invitrogen). Cells were transfected with 50 ng of firefly-specific siLuc complexed with lipidoid at lipidoid/siRNA ratios of 2.5:1, 5:1, 10:1 and 15:1 (wt/wt) to determine the optimum for transfection efficiency. Transfections were performed in quadruplicate.

Working dilutions of each lipid were prepared (at concentrations necessary to yield the different lipid/siRNA weight ratios) in 25-mM sodium acetate buffer (pH 5).

We added 25 μl of the diluted lipid to 25 μl of 60 μg/ml siRNA in a well of a 96-well plate. The mixtures were incubated for 20 min to allow for complex formation, and then 30 μl of each of the lipidoid/siRNA solutions was added to 200 μl of medium in 96-well polystyrene plates. The growth medium was removed from the cells using a 12-channel aspirating wand (V&P Scientific) after which 150 μl of the DMEM/lipidoid/siRNA solution was immediately added. Cells were allowed to grow for 1 d at 37 °C, 5% $CO_2$ and were then

analyzed for luciferase expression. Control experiments were performed with Lipofectamine 2000, as described by the vendor (Invitrogen).

Firefly and *Renilla* luciferase expression was analyzed using Dual-Glo assay kits (Promega). Luminescence was measured using a Victor3 luminometer (Perkin Elmer). A standard curve for luciferase was generated by titration of luciferase enzyme (Promega) into growth medium in an opaque white 96-well plate.

**Bone marrow–derived macrophage transfection.** Murine bone marrow–derived macrophages were cultures according to standard protocol[30]. C57Bl/6 mice expressing GFP under the control of the RAGE locus promoter were used as a source of bone marrow[31]. Cells were cultured in 12-well dishes for 5 d in the presence of 8 ng/ml of macrophage colony stimulating factor (M-CSF). The optimal siRNA/lipidoid ratio was determined for each lipidoid (a ratio of either 5 or 10 wt/wt was used). Mixtures of siGFP or control siCD45 with lipidoids were prepared as described above. Lipofectamine 2000 and Lipofectamine RNAiMAX (Invitrogen) were complexed with siRNA according to manufacturer's instruction. siRNA-lipidoid mixtures were added to macrophage cultures at the desired concentrations for 6 h. Medium was exchanged and GFP expression was analyzed by flow cytometry 5 d later.

**Lipidoid-siRNA formulation.** Lipidoid-based siRNA formulations comprised lipidoid, cholesterol, polyethylene glycol-lipid (PEG-lipid) and siRNA. Formulations were prepared using a protocol similar to that described in refs. 32,33. Stock solutions of 98N12-5(1)-4HCl MW 1489, mPEG2000-Ceramide C16 (Avanti Polar Lipids) MW 2634 or mPEG$_{2000}$-DMG MW 2660 (synthesized by Alnylam, see **Supplementary Methods**), and cholesterol MW 387 (Sigma-Aldrich) were prepared in ethanol and mixed to yield a molar ratio of 42:10:48. Mixed lipids were added to 125 mM sodium acetate buffer pH 5.2 to yield a solution containing 35% ethanol, resulting in spontaneous formation of empty lipidoid nanoparticles. Resulting nanoparticles were extruded through a 0.08 μm membrane (two passes). siRNA in 35% ethanol and 50 mM sodium acetate pH 5.2 was added to the nanoparticles at 1:7.5 (wt/wt) siRNA/total lipids and incubated at 37 °C for 30 min. Ethanol removal and buffer exchange of siRNA-containing lipidoid nanoparticles was achieved by tangential flow filtration against PBS using a 100,000 MWCO membrane. Finally, the formulation was filtered through a 0.2 μm sterile filter. Particle size was determined using a Malvern Zetasizer NanoZS (Malvern). siRNA content was determined by UV absorption at 260 nm and siRNA entrapment efficiency was determined by Ribogreen assay[34]. Resulting particles had a mean particle diameter of ∼50 nm, with peak width of 20 nm, and siRNA entrapment efficiency >95%.

**In vivo rodent Factor VII and *Apob* silencing experiments.** All procedures used in animal studies conducted at Alnylam were approved by the Institutional Animal Care and Use Committee (IACUC) and were consistent with local, state and federal regulations as applicable. C57BL/6 mice (Charles River Labs) and Sprague-Dawley rats (Charles River Labs) received either saline or siRNA in lipidoid formulations via tail vein injection at a volume of 0.01 ml/g. At various time points after administration, animals were anesthetized by isofluorane inhalation and blood was collected into serum separator tubes by retroorbital bleed. Serum levels of Factor VII protein were determined in samples using a chromogenic assay (Coaset Factor VII, DiaPharma Group; or Biophen FVII, Aniara Corporation) according to manufacturers' protocols. A standard curve was generated using serum collected from saline-treated animals. In experiments where liver mRNA levels were assessed, at various time points after administration, animals were killed and livers were harvested and snap frozen in liquid nitrogen. Frozen liver tissue was ground into powder. Tissue lysates were prepared and liver mRNA levels of Factor VII and *Apob* were determined using a branched DNA assay (QuantiGene Assay, Panomics)[8].

**In vivo mouse RSV silencing experiments.** BALB/c mice (Harlan Sprague-Dawley Laboratories) were anesthetized by intraperitoneal (i.p.) administration of 2,2,2-tribromoethanol (Avertin) and instilled intranasally (i.n.) with lipidoid-siRNA formulations in a total volume of 50 μl. At 4 h after siRNA instillation, the mice were anesthetized and infected i.n. with 10[6] plaque-forming units (PFU) of respiratory syncytial virus (RSV)/A2 or RSV/B1. Before removal of lungs at day 4 after infection, anesthetized mice were exsanguinated

by severing the right caudal artery. Lung tissue was collected on ice in PBS (Invitrogen) to determine virus titers. RSV titers from lungs were measured by immunostaining plaque assay. Lungs were homogenized with a hand-held Tissumiser homogenizer (Fisher Scientific). The lung homogenates were placed on ice for 5–10 min to allow debris to settle. Clarified lung lysates were diluted tenfold in serum-free DMEM, added to 95% confluent Vero E6 cells cultured in DMEM in 24-well plates, and incubated for 1 h at 37 °C, followed by 2% methylcellulose overlay. At 5 d post-infection, the medium was removed and the cells were fixed with acetone/methanol (60:40) and immunostained. Plaques were counted and log (10) PFU/g lung versus PBS or siRNA mismatch control was determined.

**Silencing in peritoneal macrophages.** C57Bl/6J mice (Jackson Labs) were injected intraperitoneally with 1 ml of 4% Brewers thioglycollate medium (Difco) 3 d before injecting 10 mg/kg of siCD45, or siGFP i.p. (four mice per group). Peritoneal lavage was collected 4 d later and stained with fluorophore-conjugated antibodies to CD11b, Gr1 and CD45 (BD Biosciences). Flow cytometry samples were run on the LSRII flowcytometer (BD Bioscience) and FlowJo software (Treestar) was used to identify the CD11b$^{high}$Gr1$^{low}$ macrophage population and quantify CD45 expression.

**In vivo miRNA silencing experiments.** C57BL/6NCRL mice (Charles River) received lipidoid formulations of antagomir or anti-miR via tail vein injection at 5 mg/kg (0.5 mg/ml) on 3 consecutive days. Livers were taken at day 4 and expression levels of miR-122 were determined. Liver tissue was dissolved in proteinase K-containing cell and tissue lysis buffer (EPICENTRE) and subjected to sonication. Total RNA was extracted with TE-saturated phenol (Roth) and subsequent precipitation in ethanol. Synthetic DNA probes complementary to mouse miR-122, as well as mouse U6 RNA were 5′-end labeled using polynucleotide kinase (New England Biolabs) and γ-32P ATP (GE Healthcare). Probe sequences were: miR-122, 5′- AAACACCATTGTCACACTCCACAGC TCTCTCTTCT -3′; U6, 5′ -CACGAATTTGCGTGTCATCCTTGCGCAGGGGC CATGTTCTTCTTCTTCTTC - 3.

Total liver RNA was simultaneously hybridized in solution to a miR-122-specific probe and the U6 probe. The hybridization conditions allowed detection of U6 RNA and mature miRNA, but not pre-miRNA. After treatment with S1 nuclease, samples were loaded on denaturing 10% acrylamide gels. Gels were exposed to a phosphoimager screen and analyzed on a Typhoon 9200 instrument (GE Healthcare). Relative signal intensities of miR-122 versus U6 were calculated for each sample.

**Expression level analysis of miR-122 target genes by branched DNA assay.** Assay was performed as described before[4]. Briefly, 30–50mg of frozen liver tissue was lysed in 1 ml tissue and cell lysis buffer (EPICENTRE) by sonication. 10–40 μl lysate was used for branched DNA assay, depending on signal strength of target gene. Probe sets were designed using QuantiGene ProbeDesigner software. Target gene expression was assayed according to QuantiGene Detection Assay recommendations and normalized to corresponding glyceraldehyde 3-phosphate dehydrogenase (GAPDH) housekeeper expression from same liver tissue lysate.

**In vivo nonhuman primate experiments.** All procedures using cynomolgus monkeys were conducted by a certified contract research organization using protocols consistent with local, state and federal regulations as applicable and approved by the Institutional Animal Care and Use Committee (IACUC). Cynomolgus monkeys (n = 6 per group) received either 5 ml/kg PBS, 2.5 mg/kg formulated siCont (1.25 ml/kg), 2.5 mg/kg (1.25 ml/kg) formulated siApoB or 6.25 mg/kg (3.125 ml/kg) formulated siApoB as bolus i.v. injections via the brachial vein. For apoB-100 protein measurements, serum was collected pre-dose and at 0.5, 1, 2, 3, 4, 6, 8, 11, 14, 17, 20, 23, 26 and 30 d after administration. In a subsequent experiment, cynomolgus monkeys (n = 3 per group) received either 2.5 mg/kg formulated siCont or 2.5 or 6.25 mg/kg of formulated siApoB as bolus i.v. injections via the saphenous vein. For apoB-100 protein measurements, serum was collected pre-dose and at 12, 24 and 48 h after administration. ApoB-100 protein was determined by using an enzyme-linked immunosorbent assay as previously described[8]. Clinical chemistries were analyzed at pre-dose and 24 and 48 h after administration. Hematology and coagulation parameters were analyzed at pre-dose and 48 h after

administration. Animals were killed at 48 h. Liver *Apob* mRNA levels were determined in liver samples using a branched DNA assay (QuantiGene Assay)[8].

*Note: Supplementary information is available on the Nature Biotechnology website.*

**ACKNOWLEDGMENTS**
The authors would like to thank funding by the National Institutes of Health grant R01 EB00244. A.Z. would like to thank the Swiss National Science Foundation for his postdoctoral fellowship. We would also like to thank John Maraganore for helpful comments and Maryellen Duckman for assistance with manuscript preparation.

**COMPETING INTERESTS STATEMENT**
The authors declare competing financial interests: details accompany the full-text HTML version of the paper at http://www.nature.com/naturebiotechnology/.

Published online at http://www.nature.com/naturebiotechnology/
Reprints and permissions information is available online at http://npg.nature.com/reprintsandpermissions

1. de Fougerolles, A., Vornlocher, H.P., Maraganore, J. & Lieberman, J. Interfering with disease: a progress report on siRNA-based therapeutics. *Nat. Rev. Drug Discov.* **6**, 443–453 (2007).
2. Novina, C.D. & Sharp, P.A. The RNAi revolution. *Nature* **430**, 161–164 (2004).
3. Soutschek, J. *et al.* Therapeutic silencing of an endogenous gene by systemic administration of modified siRNAs. *Nature* **432**, 173–178 (2004).
4. Krutzfeldt, J. *et al.* Silencing of microRNAs in vivo with 'antagomirs'. *Nature* **438**, 685–689 (2005).
5. Bitko, V., Musiyenko, A., Shulyayeva, O. & Barik, S. Inhibition of respiratory viruses by nasally administered siRNA. *Nat. Med.* **11**, 50–55 (2005).
6. Li, B.J. *et al.* Using siRNA in prophylactic and therapeutic regimens against SARS coronavirus in Rhesus macaque. *Nat. Med.* **11**, 944–951 (2005).
7. Morrissey, D.V. *et al.* Potent and persistent in vivo anti-HBV activity of chemically modified siRNAs. *Nat. Biotechnol.* **23**, 1002–1007 (2005).
8. Zimmermann, T.S. *et al.* RNAi-mediated gene silencing in non-human primates. *Nature* **441**, 111–114 (2006).
9. Heidel, J.D. *et al.* Administration in non-human primates of escalating intravenous doses of targeted nanoparticles containing ribonucleotide reductase subunit M2 siRNA. *Proc. Natl. Acad. Sci. USA* **104**, 5715–5721 (2007).
10. Chu, T.C., Twu, K.Y., Ellington, A.D. & Levy, M. Aptamer mediated siRNA delivery. *Nucleic Acids Res.* **34**, e73 (2006).
11. McNamara, J.O., II *et al.* Cell type-specific delivery of siRNAs with aptamer-siRNA chimeras. *Nat. Biotechnol.* **24**, 1005–1015 (2006).
12. Muratovska, A. & Eccles, M.R. Conjugate for efficient delivery of short interfering RNA (siRNA) into mammalian cells. *FEBS Lett.* **558**, 63–68 (2004).
13. Pal, A. *et al.* Systemic delivery of RafsiRNA using cationic cardiolipin liposomes silences Raf-1 expression and inhibits tumor growth in xenograft model of human prostate cancer. *Int. J. Oncol.* **26**, 1087–1091 (2005).
14. Palliser, D. *et al.* An siRNA-based microbicide protects mice from lethal herpes simplex virus 2 infection. *Nature* **439**, 89–94 (2006).
15. Sorensen, D.R., Leirdal, M. & Sioud, M. Gene silencing by systemic delivery of synthetic siRNAs in adult mice. *J. Mol. Biol.* **327**, 761–766 (2003).
16. Zhang, Y. *et al.* Engineering mucosal RNA interference in vivo. *Mol. Ther.* **14**, 336–342 (2006).
17. Ge, Q. *et al.* Inhibition of influenza virus production in virus-infected mice by RNA interference. *Proc. Natl. Acad. Sci. USA* **101**, 8676–8681 (2007).
18. Howard, K.A. *et al.* RNA interference in vitro and in vivo using a novel chitosan/siRNA nanoparticle system. *Mol. Ther.* **14**, 476–484 (2006).
19. Takei, Y., Kadomatsu, K., Yuzawa, Y., Matsuo, S. & Muramatsu, T. A small interfering RNA targeting vascular endothelial growth factor as cancer therapeutics. *Cancer Res.* **64**, 3365–3370 (2004).
20. Urban-Klein, B., Werth, S., Abuharbeid, S., Czubayko, F. & Aigner, A. RNAi-mediated gene-targeting through systemic application of polyethylenimine (PEI)-complexed siRNA in vivo. *Gene Ther.* **12**, 461–466 (2005).
21. Davidson, T.J. *et al.* Highly efficient small interfering RNA delivery to primary mammalian neurons induces MicroRNA-like effects before mRNA degradation. *J. Neurosci.* **24**, 10040–10046 (2004).
22. Kim, W.J. *et al.* Cholesteryl oligoarginine delivering vascular endothelial growth factor siRNA effectively inhibits tumor growth in colon adenocarcinoma. *Mol. Ther.* **14**, 343–350 (2006).
23. Simeoni, F., Morris, M.C., Heitz, F. & Divita, G. Insight into the mechanism of the peptide-based gene delivery system MPG: implications for delivery of siRNA into mammalian cells. *Nucleic Acids Res.* **31**, 2717–2724 (2003).
24. Peer, D., Zhu, P., Carman, C.V., Lieberman, J. & Shimaoka, M. Selective gene silencing in activated leukocytes by targeting siRNAs to the integrin lymphocyte function-associated antigen-1. *Proc. Natl. Acad. Sci. USA* **104**, 4095–4100 (2007).
25. Song, E. *et al.* Antibody mediated in vivo delivery of small interfering RNAs via cell-surface receptors. *Nat. Biotechnol.* **23**, 709–717 (2005).
26. Miller, A. Cationic Liposomes for Gene Therapy. *Angew. Chem. Int. Ed.* **37**, 1769–1785 (1998).
27. Griesenbach, U. *et al.* Inefficient cationic lipid-mediated siRNA and antisense oligonucleotide transfer to airway epithelial cells *in vivo. Respir. Res.* **7**, 26 (2006).
28. Amarzguioui, M. *et al.* Rational design and in vitro and in vivo delivery of Dicer substrate siRNA. *Nat. Protocols* **1**, 508–517 (2006).
29. Anderson, D.G., Akinc, A., Hossain, N. & Langer, R. Structure/property studies of polymeric gene delivery using a library of poly(beta-amino esters). *Mol. Ther.* **11**, 426–434 (2005).
30. Cunnick, J., Kaur, P., Cho, Y., Groffen, J. & Heisterkamp, N. Use of bone marrow–derived macrophages to model murine innate immune responses. *J. Immunol. Methods* **311**, 96–105 (2006).
31. Constien, R. *et al.* Characterization of a novel EGFP reporter mouse to monitor Cre recombination as demonstrated by a Tie2 Cre mouse line. *Genesis* **30**, 36–44 (2001).
32. Maurer, N. *et al.* Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol-destabilized cationic liposomes. *Biophys. J.* **80**, 2310–2326 (2001).
33. Semple, S.C. *et al.* Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. *Biochim. Biophys. Acta* **1510**, 152–166 (2001).
34. Heyes, J., Palmer, L., Bremner, K. & Maclachlan, I. Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J. Control. Release* **107**, 276–287 (2005).

Joint Claim Construction Brief

# EXHIBIT 59

*original article*

© The American Society of Gene & Cell Therapy

# Synergistic Silencing: Combinations of Lipid-like Materials for Efficacious siRNA Delivery

Kathryn A Whitehead[1], Gaurav Sahay[1], George Z Li[2], Kevin T Love[2], Christopher A Alabi[1], Minglin Ma[1], Christopher Zurenko[3], William Querbes[3], Robert S Langer[1,2,4] and Daniel G Anderson[1,2,4]

[1]Koch Institute for Integrative Cancer Research, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA; [2]Department of Chemical Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA; [3]Alnylam Pharmaceuticals, Cambridge, Massachusetts, USA; [4]Harvard-MIT, Division of Health Sciences and Technology, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA

Despite the promise of RNA interference (RNAi) therapeutics, progress toward the clinic has been slowed by the difficulty of delivering short interfering RNA (siRNA) into cellular targets within the body. Nearly all siRNA delivery vehicles developed to date employ a single cationic or ionizable material. In order to increase the material space available for development of siRNA delivery therapeutics, this study examined the possibility of using binary combinations of ionizable lipid-like materials to synergistically achieve gene silencing. Interestingly, it was found that ineffective single lipid-like materials could be formulated together in a single delivery vehicle to induce near-complete knockdown of firefly luciferase and factor VII in HeLa cells and in mice, respectively. Microscopy experiments suggested that synergistic action resulted when combining materials that respectively mediated cellular uptake and endosomal escape, two important steps in the delivery process. Together, the data indicate that formulating lipid-like materials in combination can significantly improve siRNA delivery outcomes while increasing the material space available for therapeutic development. It is anticipated that this binary formulation strategy could be applicable to any siRNA delivery material in any target cell population that utilizes the two-step endosomal delivery pathway.

*Received 18 March 2011; accepted 17 June 2011; published online 12 July 2011. doi:10.1038/mt.2011.141*

## INTRODUCTION

The discovery of RNA interference (RNAi) in mammalian cells[1] has enabled the development of short interfering RNA (siRNA) therapeutics,[2] which have the potential to treat a wide variety of human diseases, including viral infections[3–7] and cancer,[8–10] through genetic modulation. Theoretically, siRNA can be used to alter the expression of nearly any gene in the body through the silencing of complementary messenger RNA. Such precise genetic control offers a broad therapeutic potential that is typically not attainable using conventional small molecule drugs. It has already been reported that synthetic siRNAs are capable of

treating a variety of disease targets *in vivo*, including hypercholesterolemia,[11,12] liver cirrhosis,[13] intestinal colitis,[14] human immunodeficiency virus,[4,15] and ovarian cancer.[9,16]

Advances in siRNA delivery vehicle technology must be made before RNAi can attain its broadest potential in the clinic. Efficacious delivery materials facilitate several steps in the delivery process. In addition to escorting therapeutic cargo through the bloodstream and extracellular matrix, delivery vehicles must mediate siRNA transport across the cellular membrane of the target cell and facilitate endosomal escape before lysosomal digestion.[17,18] It is only once all of these barriers have been breached that siRNA can interact with the RNAi machinery in the cytoplasm and trigger the gene silencing process.[19]

To date, siRNA delivery has been achieved primarily using vehicles that contain a single cationic or ionizable delivery material.[3,10,20–22] On the cellular level, these efficacious materials must mediate several distinct steps in the siRNA delivery process, including cellular entry and intracellular compartmental escape. As such, most siRNA delivery efforts have focused on materials able to mediate all steps in the delivery pathway, particularly *in vitro*. In order to increase the material space available for therapeutic development, we started with a one-dimensional space of materials and studied them in binary combination to explore a two-dimensional space of materials. Using this technique, we sought to identify synergistic combinations of siRNA delivery materials capable of facilitating complete delivery. It was hypothesized that gene silencing could be achieved by formulating a material capable of cellular entry with a material capable of compartmental escape together into one delivery nanoparticle.

This hypothesis was interrogated using a library of lipid-like materials, termed lipidoids.[20] Lipidoids, which contain tertiary amines, are among the ionizable lipids and polymers identified as promising nonviral siRNA delivery vehicles.[20,23–26] Previously, over 1,000 lipidoids have been analyzed for delivery efficacy, and several leading candidates have been employed for siRNA delivery applications.[9,16,20] However, the library also included hundreds of members unable to induce gene silencing. Using these compounds as model delivery materials, we sought out synergistic delivery behavior through the analysis of nanoparticles formulated with binary combinations of ineffective lipidoids. Herein,

*Correspondence: Daniel G Anderson, Harvard-MIT, Division of Health Science Technology, Massachusetts Institute of Technology, 77 Massachusetts Avenue, Cambridge, Massachusetts 02139, USA. E-mail: dgander@mit.edu*

© The American Society of Gene & Cell Therapy

Synergistic Lipidoids for siRNA Delivery



**Figure 1 Lipidoid synthesis reaction and library. (a)** A Michael addition reaction was used to synthesize lipidoids from the conjugate addition of amino molecules to alkyl-acrylate or alkyl-acrylamide molecules. **(b)** Six amines, three alkyl-acrylates, and three alkyl-acrylamides were used to create a library of 36 lipidoids. Lipidoids are named for the two molecules from which they were synthesized (*e.g.*, $26O_{10}$ or $98N_9$).

the search for and identification of synergistic lipidoid combinations is described.

## RESULTS

In order to explore the potential of binary lipidoid combinations for enhanced siRNA delivery, 36 lipidoids from the original library[20] were selected for further examination. These lipidoids were synthesized through the Michael addition of an amine to an alkyl-acrylate or alkyl-acrylamide tail (**Figure 1a**). The lipidoid building blocks employed in this study (**Figure 1b**) were chosen to incorporate structural diversity (*e.g.*, number and length of tails) into the 36 resulting lipidoids, many of which had been previously determined to lack transfection capability *in vitro*.[20]

It was hypothesized that certain binary combinations of lipidoids may form better siRNA delivery vehicles than either lipidoid alone. To test this hypothesis, the 36 synthetic lipidoids were combined with one another during the formulation process before the addition of siRNA. These combinations yielded 630 binary pairs, which were each generated at six weight fractions varying from 0 to 1 with a step size of 0.2. This resulted in a total of 3,780 unique formulations, which were tested for their ability to deliver siRNA to a HeLa cell line that stably expressed both *Renilla* and firefly luciferase proteins. All *in vitro* experiments were performed at a lipioid: siRNA weight ratio of 5:1 and a siRNA concentration of 20 nmol/l. Efficacy was determined by delivering an anti-firefly luciferase siRNA and measuring the ratio of firefly to *Renilla* luciferase activity. *Renilla* activity served as a built-in control,

as lipidoids with cytotoxic or nonspecific silencing properties resulted in reduced activity of both types of luciferase. Results are presented as relative firefly luciferase activity, which is the ratio of firefly luciferase activity relative to the untreated control after normalization to *Renilla* luciferase activity.

The primary goal of the *in vitro* screen was to determine whether binary combinations of lipidoids offered improved transfection over their individual lipidoid counterparts. In order to quantify any improvements in gene silencing enabled by a lipidoid formulation comprised of two distinct lipidoids (A and B), we defined a synergy value (*S* value) as follows:

$$S \text{ value} = X_A \cdot F_A + (1 - X_A) \cdot F_B - F_{AB} \qquad (1)$$

where $X_A$ is the weight fraction of lipidoid A, and $F_A$, $F_B$, and $F_{AB}$ are the relative firefly luciferase activity levels achieved with lipidoids A, B, and the A-B combination at weight fraction $X_A$, respectively. In other words, the *S* value represents the difference between the expected value and the actual value of luciferase expression for lipidoid combinations. *S* values can range from 1 to −1, with 1 representing a combination that, while capable of maximal gene silencing *in vitro*, is comprised of two lipidoids that have no transfection ability on their own. An *S* value of 0 indicates that the combination offers no advantage over its single counterparts, whereas a negative S value signifies that a combination is less effective than its corresponding individual components.

By plotting *S* values, the wide variety of transfection results obtained when lipidoid combinations were screened in HeLa

1689

Synergistic Lipidoids for siRNA Delivery

© The American Society of Gene & Cell Therapy



**Figure 2  The *in vitro* screen identified numerous efficacious and synergistic lipidoid delivery formulations.** (**a**) Although the transfection properties of most binary lipidoid combinations were not improved over their single lipidoid counterparts (*S* values close to zero), a small fraction of lipidoid combinations enabled markedly improved gene silencing (*S* values close to one). (**b**) Library members exhibited a broad range of transfection abilities. While the majority of materials lacked efficacy (relative luciferase values near 1), one quarter of the library was capable of inducing >50% firefly luciferase silencing. (**c**) High *S* values correlated well with higher levels of gene silencing, and low *S* values indicated poor gene silencing. Intermediate *S* values (−0.2 < S < 0.2) had little to no correlation with *in vitro* luciferase knockdown ability.

cells can be observed (**Figure 2a**). Many binary formulations offered no significant improvement over their individual lipidoids (*S* values near 0), as is evidenced by the clustering of data points near the middle of the graph. Interestingly, however, 5% of the specific binary combinations screened *in vitro* exhibited *S* values ≥0.5 without inducing cytotoxicity, providing proof-of-principle that ineffective individual lipidoids can synergistically enable significant levels of gene silencing when formulated in combination.

The *in vitro* gene silencing efficacy of the nearly 4,000 binary lipidoid combinations tested is shown in **Figure 2b**. A range of transfection behavior is seen across the library, with the majority of materials lacking efficacy (relative luciferase values near 1). A subset of the library, however, exhibited significant firefly luciferase knockdown efficiency. 26% and 8% of the materials tested induced >50% and >75% gene silencing, respectively. As a point of reference, the leading compound from the original lipidoid library, 98N12, mediates 61% silencing under the *in vitro* conditions used in this study.[20] **Figure 2c** shows the relationship between *S* values and *in vitro* silencing efficiency for all members of the library. High *S* values correlated well with higher levels of gene silencing, and low *S* values indicated poor gene silencing. Intermediate *S* values (−0.2 < S < 0.2) had little to no correlation with *in vitro* luciferase knockdown ability.

Although many binary combinations yielded high *S* values, we will use one particular lipidoid pair, $86N_{15}$–$98O_{13}$, to illustrate the synergistic potential of a binary delivery material approach. It is representative of other synergistic combinations. **Figure 3** demonstrates the *in vitro* ability of various weight fractions of the $86N_{15}$–$98O_{13}$ combination to silence the production of firefly luciferase in HeLa cells. Firefly luciferase levels are reported relative to normal expression in HeLa cells (negative control). Although neither $86N_{15}$ ($X_{98O13} = 0$) nor $98O_{13}$ ($X_{98O13} = 1$) demonstrated any detectable transfection capability on their own *in vitro*, combinations of the two lipidoids at all weight fractions exhibited marked improvement in firefly luciferase silencing, with the best performing combination of $86N_{15}$–$98O_{13}$ ($X_{98O13} = 0.6$) yielding 83% knockdown and an *S* value of over 0.7.



**Figure 3  The binary lipidoid combination $86N_{15}$–$98O_{13}$ mediated synergistic gene silencing *in vitro*.** The negative control (NC), non-treated HeLa cells, maintained full firefly luciferase activity (hatched bar), while the positive control (PC), HeLa cells transfected with Lipofectamine RNAiMax, exhibited ~80% knockdown (white bar). Binary lipidoid combinations significantly enhanced short interfering RNA (siRNA) delivery over single lipidoid counterparts (black bars). All compounds were tested at an siRNA concentration of 20 nmol/l. Error bars represent s.d. (*n* = 4).

In order to further assess the potential of lipidoid siRNA delivery vehicles, *in vivo* testing was performed on the leading hits from the *in vitro* screen. Binary lipidoid combinations were formulated with cholesterol, polyethylene glycol, and siRNA into nanoparticles, which were then injected into mice via the tail vein. The siRNA used in *in vivo* formulations was specific against the factor VII gene, which encodes a model protein produced in hepatocytes. Silencing was assessed at 48 hours postinjection through the measurement of factor VII levels in the serum. Several binary lipidoid combinations were capable of inducing gene silencing in mouse hepatocytes, with the combination $86N_{15}$–$98O_{13}$ demonstrating the most significant synergistic siRNA delivery capability (**Figure 4**).

The combination $86N_{15}$–$98O_{13}$ was first analyzed at a total siRNA dose of 5 mg/kg, shown in **Figure 4a**. The single lipidoid components, $86N_{15}$ ($X_{98O13} = 0$) and $98O_{13}$ ($X_{98O13} = 1$), did not facilitate factor VII silencing. However, each of the binary combinations of

www.moleculartherapy.org  vol. 19 no. 9 sep. 2011

© The American Society of Gene & Cell Therapy

Synergistic Lipidoids for siRNA Delivery



Figure 4 The binary lipidoid combination 86N₁₅–98O₁₃ synergistically improved gene silencing in mice. (a) Factor VII silencing of >85% is achieved with weight fraction 98O₁₃ = 0.75, despite the ineffectiveness of the single lipidoid constituents (weight fractions = 0, 1). Formulations were delivered systemically at a total short interfering RNA (siRNA) dose of 5 mg/kg. (b) The factor VII silencing capability of the lead combination, 86N₁₅–98O₁₃ (weight fraction 98O₁₃ = 0.75), is dose-dependent. Error bars in both figures represent s.d. (n = 3–6).

**Table 1  Characterization of selected lipidoid binary combinations**

| | $X_{98O13}$ | Diameter[a] (nm) | Entrapment (%) | Zeta potential[a] (mV) | Relative FVII activity[b] |
|---|---|---|---|---|---|
| 86N₁₅–98O₁₃ | 0 | 100 ± 26 | 44 | 3.5 ± 0.7 | 0.93 |
| | 0.25 | 131 ± 14 | 50 | 4.5 ± 0.3 | 0.82 |
| | 0.5 | 182 ± 35 | 46 | 4.3 ± 0.9 | 0.51 |
| | 0.75 | 88 ± 13 | 43 | 5.8 ± 0.5 | 0.11 |
| | 1 | 102 ± 16 | 41 | 5.5 ± 0.7 | 0.89 |

Abbreviations: FVII, factor VII; siRNA, short interfering RNA.
[a]Diameter and zeta-potential reported as mean ± s.e.m. [b]In vivo gene silencing ability is provided in the form of relative FVII activity at a total siRNA dose of 5 mg/kg.

86N₁₅ and 98O₁₃ offered some level of gene silencing improvement. The most efficacious delivery to mouse hepatocytes was achieved at a 98O₁₃ weight fraction of 0.75, which resulted in ~85% factor VII knockdown at 5 mg/kg siRNA. A dose–response analysis was performed for this particular combination (Figure 4b). 86N₁₅–98O₁₃ ($X_{98O13}$ = 0.75) mediated dose-dependent protein silencing, with an IC₅₀ dose of ~1.5 mg/kg. The toxicity of lipidoid nanoparticles was assessed by monitoring mouse body weight at the time of injection and 48 hours postinjection. No changes in bodyweight for any of the combinations depicted in Figure 4 were detected compared to negative control mice.

Nanoparticle characterization data for the 86N₁₅–98O₁₃ combination lipidoids can be found in Table 1. Sizes ranged from 78 to 182 nm in diameter, while zeta potentials were all slightly positive, reflecting the slightly protonated state of the lipidoid amines at a neutral pH. siRNA entrapment values were all ~50%. Neither the size, siRNA entrapment ability, nor surface charge appear to lend any obvious advantage to the most efficacious combination, 86N₁₅–98O₁₃ ($X_{98O13}$ = 0.75).

To elucidate the in vitro mechanism of action of the leading lipidoid combination, 86N₁₅–98O₁₃, uptake and the final fate of the delivery material was monitored using automated high throughput confocal microscopy. The lipidoids 86N₁₅ and 98O₁₃, and the synergistic combinations 86N₁₅–98O₁₃ ($X_{98O13}$ = 0.5) and 86N₁₅–98O₁₃ ($X_{98O13}$ = 0.75), were analyzed in this study. HeLa cells were transfected with lipidoid nanoparticles containing Alexa 594-labeled siRNA at doses ranging from 50 to 1,600 nmol/l. Cells were imaged

at 60 minutes post-transfection, and fluorescence intensity was quantified (Figure 5). Both the images (Figure 5a–d) and the quantification (Figure 5e) indicate that 86N₁₅ was internalized in greater amounts than the other lipidoids. In contrast, cells were not able to internalize 98O₁₃ at any concentration (Figure 5d,e). Combinations of 86N₁₅ and 98O₁₃, however, showed intermediate uptake, with higher weight fractions of 86N₁₅ corresponding with higher levels of internalization (Figure 5b,c,e). A similar internalization pattern of lipidoid nanoparticles was observed with alternative dyes (Cy3 and Cy5) and with longer incubation times (24 hours) at low nanoparticle concentrations (50 nmol/l) (data not shown).

Next, to assess the intracellular trafficking fate of lipidoid nanoparticles, we quantified the localization of the nanoparticles with LysoTracker Green, a marker for lysosomes, at 1 hour post-transfection. 98O₁₃ was not included in this portion of the study, as it did not internalize sufficiently to provide useful trafficking data. 86N₁₅ nanoparticles experienced a dose-dependent increase in the % colocalization with cell lysosomes (Figure 5f), indicating that these nanoparticles are being trafficked to degradative pathways. The percent colocalization for 86N₁₅ is quantitatively lower than what appears in Figure 5a because quantitation has been performed using Acapella software (see Materials and Methods section), which has a strict definition of colocalization. In contrast, combinations of 86N₁₅–98O₁₃ did not show appreciable localization with lysosomes (~3%), even at higher doses (Figure 5f).

Lipidoid nanoparticles were also imaged in vivo in order to evaluate any differences between synergistic combinations and ineffective single lipidoids following intravenous delivery. Biodistribution profiles related to the synergistic 86N₁₅–98O₁₃ system obtained using an IVIS imaging system are shown in Figure 6. All nanoparticles were formulated with Cy5-labeled siRNA and were injected at a total siRNA dose of 1 mg/kg. One hour postinjection, organs were excised from sacrificed animals and imaged using an IVIS imaging system. The images in Figure 6 demonstrate that naked siRNA as well as siRNA introduced via 86N₁₅ and 98O₁₃ nanoparticles did not accumulate in the liver, spleen, lungs, or heart. On the other hand, the synergistic delivery combination 86N₁₅–98O₁₃ ($X_{98O13}$ = 0.75) enabled siRNA localization to the target organ, the liver, as well as the spleen. All siRNA formulations were subject to some level of clearance at 1 hour postinjection, as was evidenced by siRNA accumulation in the kidneys of all injection groups.



Figure 5  Synergistic $86N_{15}$–$98O_{13}$ lipidoid combinations were uptaken into cells and avoided accumulation in the lysosomes. Confocal images were taken of the lipidoids (**a**) $86N_{15}$, (**b**) $86N_{15}$–$98O_{13}$ (weight fraction $98O_{13}$ = 0.5), (**c**) $86N_{15}$–$98O_{13}$ (weight fraction $98O_{13}$ = 0.75), and (**d**) $98O_{13}$ formulated into nanoparticles with Alexa-594-short interfering RNA (siRNA) and exposed to HeLa cells in the presence of Lysotracker Green. Representative images of the 400 nmol/l siRNA dose are shown. Inset-magnified images have been labeled with red and green arrows indicative of lipidoid and lysosomes, respectively. Yellow arrows show colocalization between the lipidoid nanoparticles and the endosomes, while the white arrow in **d** shows aggregated nonspecific binding of lipidoid to plate. (**e**) Quantification of lipidoid internalization. (**f**) Quantification of internalized lipidoid nanoparticle colocalization with lysosomes. All quantification data presented was averaged from 20 different fields per well using Acapella software. Experiments were performed in triplicate, and error bars represent s.e.

In order to assess the importance of serum stability on *in vivo* gene silencing, all $86N_{15}$, $98O_{13}$, and the three combinations $86N_{15}$–$98O_{13}$ ($X_{98O13}$ = 0.25, 0.5, and 0.75) were exposed to serum for a period of 24 hours. Fluorescent siRNAs individually tagged with Alexa 594 and Alexa 647 were incorporated into each lipidoid nanoparticle. Fluorescence resonance energy transfer (FRET) was used to assess the proximity of siRNAs contained within the nanoparticle to one another. Decreases in FRET signal correspond to an increased distance between neighboring siRNAs, indicating that the nanoparticle is losing stability. Data obtained using this technique indicated that all of the nanoparticles tested were very stable in serum over a 24 hours period, with only 5–20% decreases in FRET signal (**Supplementary Figure S1**). At 24 hours, a 1% Triton-X solution was added to the nanoparticles to confirm extinguishment of FRET signal upon particle rupture.[27] This suggests that serum stability was not specifically responsible for the synergistic gene silencing ability of $86N_{15}$–$98O_{13}$ ($X_{98O13}$ = 0.75).

## DISCUSSION

Since the discovery of RNAi, the identification of safe and efficacious siRNA delivery materials has proven to be a considerable challenge. Although progress has been made in identifying increasingly viable delivery candidates, either through rational design[25] or high-throughput synthesis,[12,20] no such material has yet been approved for use in the clinic. Most siRNA delivery vehicles developed to date employ a single cationic or ionizable material that negotiates the varied obstacles en route to the cytoplasm of target cells. In an attempt to rescue ineffective delivery materials while increasing the material space available for therapeutic development, this study examined the possibility of using combinations of ionizable materials to synergistically achieve gene silencing using lipidoid materials as a model delivery system. Interestingly, we have shown that it is possible to formulate two ineffective siRNA delivery materials together in a nanoparticle to facilitate near-complete protein silencing both *in vitro* and *in vivo*.

Our data suggest that, *in vitro*, synergistic gene silencing phenomena may involve two important steps in the siRNA delivery process. Although certain lipidoids are able to facilitate transport of siRNA across the cellular membrane, they may lack the ability to escape from the intracellular compartments once inside the cell. Similarly, other lipidoids may mediate intracellular delivery to the cytoplasm, but are not able to gain cellular entry. However,

© The American Society of Gene & Cell Therapy

Synergistic Lipidoids for siRNA Delivery



|   | Naked siRNA | 86N$_{15}$ | 98O$_{13}$ | 86N$_{15}$-98O$_{13}$ |
|---|---|---|---|---|
| Liver | | | | |
| Spleen | | | | |
| Kidneys | | | | |
| Lungs | | | | |
| Heart | | | | |

**Figure 6 The synergistic binary combination 86N$_{15}$–98O$_{13}$ localizes to the liver.** Mice were injected via the tail vein with lipidoid delivery formulations containing Cy5-labeled short interfering RNA (siRNA), and organs were harvested 60 minutes postinjection and imaged using an IVIS imaging system. Neither naked siRNA nor single lipidoid formulations accumulated in any organs besides the kidneys. However, the synergistic binary combination 86N$_{15}$–98O$_{13}$ mediated significant siRNA accumulation in the liver. Experiments were performed in triplicate, with representative images shown here.

by formulating these materials together into one delivery vehicle, it may be possible to capitalize upon the unique capabilities of each lipidoid to achieve RNAi-mediated gene silencing.

This hypothesis is supported by the confocal microscopy experiments is shown in **Figure 5**. 86N$_{15}$ entered cells readily *in vitro* but was not capable of inducing siRNA-mediated gene knockdown, indicating that it faltered as a delivery material at a step downstream of cellular entry. 98O$_{13}$, on the other hand, was not adept at cellular entry. Yet, when combined together in one delivery vehicle, 86N$_{15}$ and 98O$_{13}$ work synergistically to deliver siRNA to the cytoplasm and enable gene silencing. The data, taken together, imply that 86N$_{15}$ helps the combination enter cells while 98O$_{13}$ facilities downstream delivery obstacles, allowing siRNA to reach the RNAi machinery in the cytosol. The asymmetry of the data presented in **Figure 4a** lends further insight into the *in vitro* delivery mechanisms of the synergistic combination 86N$_{15}$–98O$_{13}$. Only a small amount of 86N$_{15}$ needed to be added to 98O$_{13}$ to achieve effective factor VII silencing. As such, 86N$_{15}$ is likely more efficient at gaining cellular entry than 98O$_{13}$ is at mediating internal delivery.

Interestingly, the biodistribution data presented in **Figure 6** suggest that the mechanism for synergistic delivery *in vivo* may be more complex than what had been observed *in vitro*. When siRNA was delivered using single lipidoids 86N$_{15}$ and 98O$_{13}$, it accumulated only in the kidneys of injected mice. This type of biodistribution is the same as that achieved with naked siRNA. Additionally, it was found that both the efficacious combination 86N$_{15}$–98O$_{13}$ (X$_{98O13}$ = 0.75) as well as its individual nonpotent counterparts, 86N$_{15}$ and 98O$_{13}$, were very stable in serum over a 24-hour period (**Supplementary Figure S1**). This indicates that serum stability does not give the synergistic combination a delivery advantage

over 86N$_{15}$ and 98O$_{13}$. Together, these data suggest that the combination 86N$_{15}$–98O$_{13}$ (X$_{98O13}$ = 0.75) derives its synergistic *in vivo* siRNA delivery ability from two sources. It (i) facilities uptake into hepatocytes via 86N$_{15}$, and (ii) mediates intracellular delivery of siRNA into the cytoplasm via 98O$_{13}$, where the siRNA interacts with RNAi machinery to trigger gene silencing.

Results presented here establish the proof-of-principle that binary combinations of lipidoid materials can be formulated together in a single vehicle to synergistically achieve high levels of gene silencing both *in vitro* and *in vivo*. Because the multistep siRNA delivery process is not unique to lipidoid-mediated delivery, it is anticipated that a binary formulation strategy may be used achieve enhanced delivery in any target cell population with any delivery material that employs endosomal delivery, including lipids, polymers and siRNA conjugates. Such a discovery increases the material space available for therapeutic development of siRNA delivery materials and has the potential to hasten the advent of RNAi applications in the clinic.

## MATERIALS AND METHODS

*Lipidoid synthesis.* Lipidoids were synthesized through the addition of alkyl-acrylates or alkyl-acrylamides to amines. Amines were purchased from Sigma-Aldrich (St Louis, MO), acrylates were purchased from Scientific Polymer Products (Ontario, NY) and Hampford Research (Stratford, CT) and acrylamides were synthesized via the drop-wise addition of acryloyl chloride to the appropriate 1-aminoalkane in dry tetrahydrofuran at −15°C with stirring for several hours. Two hundred milligram of amine was added to the maximal stoichiometric ratio of acrylate or acrylamide. The mixture was stirred in a glass scintillation vial at 90°C for either for 1 or 7 days for acrylates or acrylamides, respectively.

**In vitro** *testing of lipidoids.* HeLa cells, which were modified to stably express both firefly and Renilla luciferase, were maintained in phenol-red free Dulbecco's modified Eagle's medium (Invitrogen, Carlsbad, CA) supplemented with 10% fetal bovine serum (Invitrogen) at 37°C and 5% carbon dioxide. Each lipidoid was mixed with 50 ng of anti-firefly luciferase siRNA (Dharmacon, Lafayette, CO) at a weight ratio of 5:1 in 25 mmol/l sodium acetate buffer. Then, 50 µl of siRNA-lipidoid complexes were applied to 1.5 × 10 HeLa cells in serum-containing medium. Transfections were performed at an siRNA concentration of 20 nmol/l, and the transfection medium (which included 10% serum) was kept on cells for the entire experiment. Luciferase silencing was assessed 24 hours post-transfection using a Dual-Glo Luciferase Assay kit (Promega, Madison, WI). Transfections were performed in quadruplicate. Lipofectamine RNAiMax (Invitrogen) was used as a positive control.

*Formulation of lipidoid nanoparticles for* **in vivo** *applications.* Lipidoid nanoparticles were formed by mixing lipidoids, cholesterol (Sigma-Aldrich), and mPEG2000-DMG (MW 2660, synthesized by Alnylam Pharmaceuticals[20]) at a molar ratio of 42:48:10 in ethanol and then diluting in 200 mmol/l sodium acetate buffer. Particles were extruded through a 100-nm filter membrane. Anti-factor VII siRNA was then mixed with the lipidoid nanoparticles at a total lipid:siRNA weight ratio of 10:1 and incubated for 30 minutes at 37°C. Nanoparticles were dialyzed into phosphate-buffered saline (PBS) for 75 minutes in 3,500 MWCO cassettes (Pierce/Thermo Scientific, Rockford, IL). siRNA concentration and entrapment efficiency were determined using the Quant-iT RiboGreen RNA assay from Invitrogen.[27] Nanoparticle size and zeta-potential were acquired in PBS using a ZETAPals analyzer (Brookhaven Instruments, Holtsville, NY). Each formulation was run in triplicate. Particle size and zeta potential are expressed as the average values of each run.

Synergistic Lipidoids for siRNA Delivery
© The American Society of Gene & Cell Therapy

*siRNA delivery in mice using lipidoids.* All animal experiments were conducted using institutionally approved protocols. Female C57BL/6 mice (Charles River Laboratories, Wilmington, MA) received tail vein injections of either PBS (negative control) or lipidoid nanoparticles containing anti-factor VII siRNA diluted in PBS at a volume of 0.01 ml/g. siFVII was synthesized by Alnylam Pharmaceuticals, and the sequence is as follows:

sense: 5′-GGAucAucucAAGucuuAcT*T-3′

antisense: 5′-GuAAGAcuuGAGAuGAuccT*T-3′,

where 2′-fluoro-modified nucleotides are in lower case and phosphorothioate linkages are represented by asterisks. Two days postinjection, mice were anesthetized via isoflurane inhalation and bled retro-orbitally into serum separator tubes. Serum levels of factor VII were analyzed using a Biophen FVII assay kit (Aniara, Mason, OH).

*Whole-mouse fluorescent imaging.* Female SKH1 hairless mice received tail vein injections of either PBS (negative control) or lipidoid nanoparticles containing Cy5-labeled siRNA (Integrated DNA Technologies, Coralville, IA) at a dose of 1 mg/kg and volume of 0.01 ml/g. For organ imaging experiments, mice were euthanized at various time points postdelivery, and the heart, lungs, liver, spleen, and kidneys were removed for imaging with an IVIS Spectrum system (Caliper Life Sciences, Hopkinton, MA). Excitation and emission wavelengths used for Cy5 imaging on the IVIS were 640 and 680 nm, respectively.

*Automated confocal microscopy.* HeLa cells were seeded at $1.5 \times 10^4$ cells/well in black 96-well plates (Greiner Bio-one, Longwood, FL). Cells were starved for 30 minutes in the presence of PBS/BSA and incubated with various concentrations (0–1,600 nmol/l) of lipidoid nanoparticles-containing BLOCK-iT Alexa Fluor Red Fluorescent Oligo (Invitrogen) for 60 minutes at 37°C. Cells were washed with PBS and incubated with LysoTracker green (500 nmol/l) for 15 minutes. Cells were then counterstained in OPTIMEM-containing Hoechst (2 µg/ml) for nuclei identification. Triple-stained live cell imaging was performed with an automated spinning disk confocal microscope (OPERA; Perkin Elmer, Shelton, CT) with a ×40 objective. The same defined pattern of 20 fields from each well was acquired to eliminate bias and provide a statistically significant number of cells for analysis. After identification of cell location and perimeter, intracellular siRNA signal intensity and % colocalization over single field was calculated using Acapella software. Data presented are an average of intracellular intensity from 20 different fields.

*FRET.* FRET was used to assess the stability of nanoparticles in serum through the measurement between siRNA neighbors within the nanoparticle. Lipidoid nanoparticles were formulated for *in vivo* applications as described above, except that half of the siRNA that was used was labeled with Alexa 594, and the other half was labeled with Alexa 647 (Integrated DNA Technologies). Nanoparticles were incubated in 100% mouse serum (Invitrogen) or in PBS at 37°C, and their fluorescence intensity was measured once per hour (excitation = 540 nm, emission = 620 and 690 nm). The 690/620 nm signal ratio was normalized to that of naked, labeled siRNAs in serum or PBS. Data are presented normalized to FRET signal at $t = 0$. After 24 hours, a 1% Triton-X (Sigma-Aldrich, St Louis, MO) solution was added to nanoparticles[27] to confirm the extinguishment of FRET signal upon particle destruction.

## SUPPLEMENTARY MATERIAL

**Figure S1.** The binary combination $86N_{15}–98O_{13}$ is stable in serum.

## ACKNOWLEDGMENTS

K.A.W. would like to thank Kaitlin Bratlie (MIT), Christopher Levins (MIT), and Daniel Siegwart (MIT) for technical assistance, as well as Arturo Vegas (MIT) for helpful discussions and feedback on the manuscript. This work was supported by Alnylam Pharmaceuticals as well as NIH grants EB000244, R01CA115527, and R01CA132091. K.A.W. was also supported by an NIH fellowship (award number F32EB009623) from the National Institute of Biomedical Imaging and Bioengineering. C.Z. and W.Q. are current employees of Alnylam Pharmaceuticals. D.G.A and R.S.L. report receiving consulting fees from Alnylam Pharmaceuticals.

## REFERENCES

1. Fire, A, Xu, S, Montgomery, MK, Kostas, SA, Driver, SE and Mello, CC (1998). Potent and specific genetic interference by double-stranded RNA in Caenorhabditis elegans. *Nature* **391**: 806–811.
2. Elbashir, SM, Harborth, J, Lendeckel, W, Yalcin, A, Weber, K and Tuschl, T (2001). Duplexes of 21-nucleotide RNAs mediate RNA interference in cultured mammalian cells. *Nature* **411**: 494–498.
3. Geisbert, TW, Lee, AC, Robbins, M, Geisbert, JB, Honko, AN, Sood, V et al. (2010). Postexposure protection of non-human primates against a lethal Ebola virus challenge with RNA interference: a proof-of-concept study. *Lancet* **375**: 1896–1905.
4. Kumar, P, Ban, H-S, Kim, S-S, Wu, H, Pearson, T, Greiner, DL, et al. (2008). T cell-specific siRNA delivery suppresses HIV-1 infection in humanized mice. *Cell* **134**: 577–586.
5. Morrissey, DV, Lockridge, JA, Shaw, L, Blanchard, K, Jensen, K, Breen, W et al. (2005). Potent and persistent *in vivo* anti-HBV activity of chemically modified siRNAs. *Nat Biotechnol* **23**: 1002–1007.
6. Niu, XY, Peng, ZL, Duan, WQ, Wang, H and Wang, P (2006). Inhibition of HPV 16 E6 oncogene expression by RNA interference *in vitro* and *in vivo*. *Int J Gynecol Cancer* **16**: 743–751.
7. Okumura, A, Pitha, PM and Harty, RN (2008). ISG15 inhibits Ebola VP40 VLP budding in an L-domain-dependent manner by blocking Nedd4 ligase activity. *Proc Natl Acad Sci USA* **105**: 3974–3979.
8. Takeshita F, Minakuchi Y, Nagahara S, Honma K, Sasaki H, Hirai K et al. (2005). Efficient delivery of small interfering RNA to bone-metastatic tumors by using atelocollagen *in vivo*. *PNAS* **102**: 12177–12182.
9. Huang, YH, Bao, Y, Peng, W, Goldberg, M, Love, K, Bumcrot, DA et al. (2009). Claudin-3 gene silencing with siRNA suppresses ovarian tumor growth and metastasis. *Proc Natl Acad Sci USA* **106**: 3426–3430.
10. Davis, ME, Zuckerman, JE, Choi, CH, Seligson, D, Tolcher, A, Alabi, CA et al. (2010). Evidence of RNAi in humans from systemically administered siRNA via targeted nanoparticles. *Nature* **464**: 1067–1070.
11. Frank-Kamenetsky, M, Grefhorst, A, Anderson, NN, Racie, TS, Bramlage, B, Akinc, A et al. (2008). Therapeutic RNAi targeting PCSK9 acutely lowers plasma cholesterol in rodents and LDL cholesterol in nonhuman primates. *Proc Natl Acad Sci USA* **105**: 11915–11920.
12. Love, KT, Mahon, KP, Levins, CG, Whitehead, KA, Querbes, W, Dorkin, JR et al. (2010). Lipid-like materials for low-dose, *in vivo* gene silencing. *Proc Natl Acad Sci USA* **107**: 1864–1869.
13. Sato, Y, Murase, K, Kato, J, Kobune, M, Sato, T, Kawano, Y et al. (2008). Resolution of liver cirrhosis using vitamin A-coupled liposomes to deliver siRNA against a collagen-specific chaperone. *Nat Biotechnol* **26**: 431–442.
14. Wilson, DS, Dalmasso, G, Wang, L, Sitaraman, SV, Merlin, D and Murthy, N (2010). Orally delivered thioketal nanoparticles loaded with TNF-a-siRNA target inflammation and inhibit gene expression in the intestines. *Nat Mater* **9**: 923–928.
15. Subramanya, S, Armant, M, Salkowitz, JR, Nyakeriga, AM, Haridas, V, Hasan, M et al. (2010). Enhanced induction of HIV-specific cytotoxic T lymphocytes by dendritic cell-targeted delivery of SOCS-1 siRNA. *Mol Ther* **18**: 2028–2037.
16. Goldberg, MS, Xing, D, Ren, Y, Orsulic, S, Bhatia, SN and Sharp, PA (2011). Nanoparticle-mediated delivery of siRNA targeting Parp1 extends survival of mice bearing tumors derived from Brca1-deficient ovarian cancer cells. *Proc Natl Acad Sci USA* **108**: 745–750.
17. Deshayes, S, Morris, M, Heitz, F and Divita, G (2008). Delivery of proteins and nucleic acids using a non-covalent peptide-based strategy. *Adv Drug Deliv Rev* **60**: 537–547.
18. Akinc, A and Langer, R (2002). Measuring the pH environment of DNA delivered using nonviral vectors: implications for lysosomal trafficking. *Biotechnol Bioeng* **78**: 503–508.
19. Whitehead, KA, Langer, R and Anderson, DG (2009). Knocking down barriers: advances in siRNA delivery. *Nat Rev Drug Discov* **8**: 129–138.
20. Akinc, A, Zumbuehl, A, Goldberg, M, Leshchiner, ES, Busini, V, Hossain, N et al. (2008). A combinatorial library of lipid-like materials for delivery of RNAi therapeutics. *Nat Biotechnol* **26**: 561–569.
21. Rozema, DB, Lewis, DL, Wakefield, DH, Wong, SC, Klein, JJ, Roesch, PL et al. (2007). Dynamic PolyConjugates for targeted *in vivo* delivery of siRNA to hepatocytes. *Proc Natl Acad Sci USA* **104**: 12982–12987.
22. Wolfrum, C, Shi, S, Jayaprakash, KN, Jayaraman, M, Wang, G, Pandey, RK et al. (2007). Mechanisms and optimization of *in vivo* delivery of lipophilic siRNAs. *Nat Biotechnol* **25**: 1149–1157.
23. Woodrow, KA, Cu, Y, Booth, CJ, Saucier-Sawyer, JK, Wood, MJ and Saltzman, WM (2009). Intravaginal gene silencing using biodegradable polymer nanoparticles densely loaded with small-interfering RNA. *Nat Mater* **8**: 526–533.
24. Zhang, S, Zhao, B, Jiang, H, Wang, B and Ma, B (2007). Cationic lipids and polymers mediated vectors for delivery of siRNA. *J Control Release* **123**: 1–10.
25. Semple, SC, Akinc, A, Chen, J, Sandhu, AP, Mui, BL, Cho, CK et al. (2010). Rational design of cationic lipids for siRNA delivery. *Nat Biotechnol* **28**: 172–176.
26. Han, SE, Kang, H, Shim, GY, Suh, MS, Kim, SJ, Kim, JS et al. (2008). Novel cationic cholesterol derivative-based liposomes for serum-enhanced delivery of siRNA. *Int J Pharm* **353**: 260–269.
27. Heyes, J, Palmer, L, Bremner, K and MacLachlan, I (2005). Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J Control Release* **107**: 276–287.

Joint Claim Construction Brief

# EXHIBIT 60

Case 1:22-cv-00336-CFC   Document 184-6   Filed 03/06/24   Page 416 of 540 PageID #: 15334

# Seyhan Eğe

# Organic Chemistry



## Structure and Reactivity

### Fourth Edition



# Organic

C H E M I S T R Y

**STRUCTURE and REACTIVITY**

F O U R T H  E D I T I O N

## Seyhan N. Eğe

THE UNIVERSITY OF MICHIGAN

HOUGHTON MIFFLIN COMPANY    BOSTON    NEW YORK

Senior Sponsoring Editor: Richard Stratton
Senior Associate Sponsoring Editor: Susan Warne
Senior Project Editor: Cathy Labresh Brooks
Senior Production/Design Coordinator: Jill Haber
Senior Designer: Henry Rachlin
Director of Manufacturing: Mike O'Dea
Marketing Manager: Penelope Hoblyn

Cover design: Walter Kopec
Cover image: Cover image of chromomycin dimer-DNA oligomer courtesy of Dr. D. J. Patel (X. Gao, P. Mirau, and D. J. Patel, *Journal of Molecular Biology* **1992**, *223*, 259–279). Protein Data Bank (PDB) ID number 1D83.

About the cover: Chromomycin belongs to a group of antibiotics that are effective antitumor agents against a variety of experimental and human tumors. It works by complexing to DNA as a dimeric structure containing a magnesium ion, inhibiting the synthesis of RNA and, thus, the synthesis of proteins in the cell. The cover of this book shows a representation of the interaction of two molecules of chromomycin (the gold and magenta structures, held together by a yellow magnesium ion) with the minor groove of a segment of DNA (blue) consisting of eight nucleotides in each strand. The structure of the chromomycin-DNA complex was determined by Dr. Dinshaw J. Patel (then at Columbia University, now at Memorial Sloan-Kettering Cancer Center) and his colleagues using a combination of computer modeling and two-dimensional nuclear magnetic resonance spectroscopy. As a result of their work, scientists now have a picture of specific intermolecular interactions between the antitumor agent and DNA. These include coordination between oxygen atoms on the antibiotic and the positively-charged magnesium ion, hydrogen bonding between hydroxyl groups of the antibiotic and amino groups and nitrogen atoms of guanosine bases, and van der Waals interactions between hydrocarbon portions of chromomycin and the surface of the minor groove of the DNA. The researchers also were able to show that the DNA changes shape to accommodate the antibiotic.

An understanding of how a particular antitumor drug recognizes and interacts with a specific part of the double helix of DNA is important in enabling chemists to design better therapeutic agents. For example, Professor William Roush of the University of Michigan is using the Patel structure of the complex of the dimer of chromomycin with DNA to design simpler analogs with improved selectivity in their binding to DNA. Study of the complex of the dimer of chromomycin with DNA is also expected to shed light on the role of the carbohydrate units in stabilizing the DNA bound complex. Professor Daniel Kahne of Princeton University is especially interested in this latter question and is designing analogs of chromomycin in which the carbohydrate side chains are replaced by simpler oxygen-containing chains to investigate the role of the carbohydrate units in causing two chromomycin molecules to complex with one metal ion (D. J. Silva, D. Kahne, C. M. Kraml, *Journal of the American Chemical Society* **1994**, *116*, 2641-2642).

A list of acknowledgments appears following the index. This list is considered an extension of the copyright page.

Copyright © 1999 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to College Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116-3764.

Printed in the U.S.A.

Library of Congress Catalog Card Number: 98-72019

ISBN: 0-395-90223-1

23456789-KPA-02 01 00 99

p$K_a$ VALUES

| Acid | p$K_a$ | Conjugate Base |
|---|---|---|
| Strongest Acid | | Weakest Base |
| $H_2SO_4$ | −9 | $HSO_4^-$ |
| HI | −9 | $I^-$ |
| CH$_3$CCH$_3$ (with $^+$OH) | −7.3 | CH$_3$CCH$_3$ (with O) |
| HCl | −7 | $Cl^-$ |
| CH$_3$CH$_2$OCH$_2$CH$_3$ (with $^+$H) | −3.6 | CH$_3$CH$_2$OCH$_2$CH$_3$ |
| CH$_3$CH$_2$OH (with $^+$H) | −2.4 | CH$_3$CH$_2$OH |
| $H_3O^+$ | −1.7 | $H_2O$ |
| $HNO_3$ | −1.3 | $NO_3^-$ |
| $\bigcirc$—SO$_3$H | −0.6 | $\bigcirc$—SO$_3^-$ |
| CCl$_3$COH (with O) | 0.64 | CCl$_3$CO$^-$ (with O) |
| CHCl$_2$COH (with O) | 1.3 | CHCl$_2$CO$^-$ (with O) |
| CH$_2$ClCOH (with O) | 2.8 | CH$_2$ClCO$^-$ (with O) |
| HF | 3.2 | $F^-$ |
| O$_2$N—$\bigcirc$—COH (with O) | 3.4 | O$_2$N—$\bigcirc$—CO$^-$ (with O) |
| HCOH (with O) | 3.7 | HCO$^-$ (with O) |
| $\bigcirc$—COH (with O) | 4.2 | $\bigcirc$—CO$^-$ (with O) |
| $\bigcirc$—$^+$NH$_3$ | 4.6 | $\bigcirc$—NH$_2$ |
| CH$_3$COH (with O) | 4.8 | CH$_3$CO$^-$ (with O) |
| pyridine N$^+$—H | 5.2 | pyridine N |
| $H_2CO_3$ | 6.5 | $HCO_3^-$ |
| O$_2$N—$\bigcirc$—OH | 7.2 | O$_2$N—$\bigcirc$—O$^-$ |
| $\bigcirc$—SH | 7.8 | $\bigcirc$—S$^-$ |
| CH$_3$CCH$_2$CCH$_3$ (with O O) | 9.0 | CH$_3$CCHCCH$_3$ (with O O) |

## p$K_a$ VALUES (Continued)

| Acid | p$K_a$ | Conjugate Base |
|---|---|---|
| HCN | 9.1 | $CN^-$ |
| $NH_4^+$ | 9.4 | $NH_3$ |
| $(CH_3)_3NH^+$ | 9.8 | $(CH_3)_3N$ |
| $C_6H_5-OH$ | 10.0 | $C_6H_5-O^-$ |
| $HCO_3^-$ | 10.2 | $CO_3^{2-}$ |
| $CH_3NO_2$ | 10.2 | $\bar{C}H_2NO_2$ |
| $CH_3CH_2SH$ | 10.5 | $CH_3CH_2S^-$ |
| $CH_3NH_3^+$ | 10.6 | $CH_3NH_2$ |
| $CH_3\overset{O}{C}CH_2\overset{O}{C}OCH_2CH_3$ | 11.0 | $CH_3\overset{O}{C}\bar{C}H\overset{O}{C}OCH_2CH_3$ |
| cyclopentadiene | 15.0 | cyclopentadienyl anion |
| $CH_3\overset{O}{C}NH_2$ | 15.0 | $CH_3\overset{O}{C}\bar{N}H$ |
| $CH_3OH$ | 15.5 | $CH_3O^-$ |
| $H_2O$ | 15.7 | $OH^-$ |
| $CH_3CH_2OH$ | 17 | $CH_3CH_2O^-$ |
| $(CH_3)_3C-OH$ | 19 | $(CH_3)_3C-O^-$ |
| $CH_3\overset{O}{C}CH_3$ | 19 | $CH_3\overset{O}{C}\bar{C}H_2$ |
| $CH_3\overset{O}{C}OCH_2CH_3$ | 23 | $\bar{C}H_2\overset{O}{C}OCH_2CH_3$ |
| $CHCl_3$ | 25 | $\bar{C}Cl_3$ |
| $HC\equiv CH$ | 26 | $HC\equiv C^-$ |
| $H_2$ | 35 | $H^-$ |
| $NH_3$ | 36 | $NH_2^-$ |
| $CH_2=CH_2$ | 36 | $CH_2=CH^-$ |
| $C_6H_5-CH_3$ | 41 | $C_6H_5-\bar{C}H_2$ |
| benzene | 43 | phenyl anion |
| $CH_4$ | 49 | $CH_3^-$ |
| Weakest Acid | | Strongest Base |

## FUNCTIONAL GROUPS

| Functional Group Class | Functional Group | Structural Unit |
|---|---|---|
| Alkanes | carbon–carbon and carbon–hydrogen single bonds | [structure] |
| Alkenes | carbon–carbon double bond | [structure] |
| Alkynes | carbon–carbon triple bond | —C≡C— |
| Alkyl halides | carbon–halogen bond | [structure] where X = F, Cl, Br, or I |
| Aromatic hydrocarbons | ring with six delocalized electrons | [structure] |
| Alcohols | hydroxyl group | [structure] —C—O—H |
| Ethers | oxygen atom bonded to two carbon atoms | [structure] |
| Nitriles | cyano group | —C≡N: |

| Functional Group Class | Functional Group | Structural Unit |
|---|---|---|
| Amines | nitrogen atom | [structure] |
| Aldehydes | carbonyl group bonded to at least one hydrogen atom | [structure] |
| Ketones | carbonyl group bonded to two carbon atoms | [structure] |
| Acids | carboxyl group | [structure] |
| Esters | carboxyl group with carbon replacing the hydrogen atom | [structure] |
| Amides | carboxyl group with nitrogen replacing hydroxyl group | [structure] |

Where no atom is indicated at the end of a bond, that position may be taken by a carbon or a hydrogen.

## REFERENCE INDEX OF IMPORTANT TABLES

| Table | Title | Text Page |
|---|---|---|
| 2.2 | Orbital Hybridization and Bond Lengths in Propane, Propene, and Propyne | 63 |
| 2.3 | Standard Bond Dissociation Energies for Representative Bonds | 65 |
| 2.4 | Average Bond Energies | 66 |
| 10.2 | Chemical Shifts for Carbon Atoms in $^{13}$C Nuclear Magnetic Resonance Spectra | 358 |
| 10.3 | Typical Chemical Shifts for Types of Hydrogen Atoms Seen in Proton Magnetic Resonance Spectra | 361 |
| 10.4 | Splitting Patterns That Result from the Presence of $N$ Neighboring Hydrogen Atoms | 373 |
| 10.5 | Coupling Constants Seen in Nuclear Magnetic Resonance Spectra | 383 |
| 11.1 | Characteristic Infrared Absorption Frequencies | 410 |
| 20.1 | Substituents on Aromatic Rings Classified as Ortho,Para- and Meta-Directing Groups | 772 |

3   Reactions of Organic Compounds
as Acids and Bases

new bond is to be formed or to the atom to which electrons are being transferred in the breaking of a bond.

**Problem 3.6**   Rewrite the equations in your answers for Problems 3.3 and 3.4 to show how electrons move in the reactions.

**Problem 3.7**   In the following equations, reactants and arrows showing the transfer of electrons are indicated. Supply the products of the reactions.

(a)
$$CH_3CH_2 \quad O \cdots H \overset{\curvearrowleft}{\cdots} \ddot{I} : \longrightarrow$$
      H

(b) $CH_3 \overset{\displaystyle CH_3}{\underset{\displaystyle CH_3}{-N}} \overset{\curvearrowleft}{:} H \overset{\curvearrowleft}{\cdots} \ddot{Cl} : \longrightarrow$

(c)
$$CH_3CH_2 \quad \overset{\displaystyle F}{\underset{\displaystyle F}{O \cdots B-F}} \longrightarrow$$
$$CH_3CH_2$$

(d) $CH_3C \equiv CCH_3 \longrightarrow$
$$\overset{\curvearrowright}{H} \overset{\curvearrowleft}{\cdots} \ddot{Br} :$$

(e) $CH_3 \overset{\displaystyle CH_3}{\underset{\displaystyle \overset{+}{C}}{-C-CH_3}} \longrightarrow$
$$CH_2 = CH_2$$

## 3.4   Carbon, Nitrogen, Oxygen, Sulfur, and Halogen Acids

### A. Relative Acidities and Basicities across a Period in the Periodic Table

The reactions of an organic compound as an acid depend on the ease with which it can lose a proton to a base. The acidity of a hydrogen atom bound to a central atom increases the further to the right the central atom is in any period of the periodic table. Ethane, in which the hydrogen atoms are bonded to carbon, is a very weak acid. The hydrogen atoms on the nitrogen atom of methylamine are more acidic, while the hydrogen atom bonded to the oxygen atom of methanol is even more acidic.



ethane                    methylamine                    methanol

*increasing acidity of hydrogen bonded to carbon, nitrogen, and oxygen*

The conjugate bases of ethane, methylamine, and methanol are shown below.

$$H-\overset{\displaystyle H}{\underset{\displaystyle H}{C}}-\overset{\displaystyle H}{\underset{\displaystyle H}{\ddot{C}}}-H \qquad H-\overset{\displaystyle H}{\underset{\displaystyle H}{C}}-\overset{\displaystyle H}{\underset{}{\ddot{N}}}-H \qquad H-\overset{\displaystyle H}{\underset{\displaystyle H}{C}}-\overset{}{\ddot{O}} :^{-}$$

ethyl anion               methylamide               methoxide
                          anion                     anion

*a carbanion*

*conjugate base of ethane;*       *conjugate base*       *conjugate base of*
*strongest base*                  *of methylamine*       *methanol; weakest base*

The weakest acid in the series, ethane, has the strongest conjugate base, and the strongest acid, methanol, has the weakest conjugate base.

The conjugate base of ethane is ethyl anion, a carbanion. **Carbanions** are very strong bases. The ethyl anion, for example, will deprotonate methylamine.



| ethyl anion | methylamine | ethane | methylamide anion |
|:---:|:---:|:---:|:---:|
| *base* | *acid* | *conjugate acid of ethyl anion* | *conjugate base of methylamine* |

The anion of methylamine, in turn, will deprotonate methanol.



| methylamide anion | methanol | methylamine | methoxide anion |
|:---:|:---:|:---:|:---:|
| *base* | *acid* | *conjugate acid of methylamide anion* | *conjugate base of methanol* |

The relative basicities of the ethyl anion, the methylamide anion, and the methoxide anion are related to the electronegativities of the carbon, nitrogen, and oxygen atoms. Carbon is less electronegative than nitrogen, which means that it attracts and holds the electrons around it less firmly than nitrogen does. For this reason, an ethyl anion is less stable relative to its conjugate acid, ethane, than methylamide anion is relative to methylamine. Similarly, because oxygen is more electronegative than nitrogen is, methoxide anion is more stable relative to methanol than methylamide is relative to methylamine. Any factor that stabilizes an anion lowers its basicity, making it less likely to be protonated to form its conjugate acid.

Assertions about acidity that depend on the concept of electronegativity can only be made about species containing atoms from the same period of the periodic table. Comparisons based on the electronegativity of atoms in different periods do not work. Atomic size becomes an important factor in comparing elements from different periods, as we will see in the next section.

**Problem 3.8**   Arrange the species in each of the following sets in order of decreasing basicity.

(a) $CH_3NHCH_3$, $CH_3OCH_3$     (b) $NH_2^-$, $CH_3^-$, $F^-$, $OH^-$     (c) $CH_3\overset{-}{N}CH_3$, $CH_3O^-$

# B. Relative Acidities and Basicities within Groups in the Periodic Table

In the reaction between methanol and hydroxide ion, equilibrium is reached when the concentrations of hydroxide ion and methoxide ion are roughly equal, because the acidities of methanol and water are similar. The substitution of a methyl group for a hydrogen atom in the water molecule does not greatly affect the acidity of the hydroxyl group.

V I S U A L I Z I N G     T H E     R E A C T I O N

### A Proton Transfer Reaction



methanol          hydroxide          methoxide          water
                  ion                ion

In the reaction of methanethiol with hydroxide ion, the equilibrium lies much more to the right.

V I S U A L I Z I N G     T H E     R E A C T I O N

### Deprotonation of a Thiol



methanethiol      hydroxide          methanethiolate          water
                  ion                anion

A hydrogen atom bonded to a sulfur atom is more acidic than one bonded to oxygen and is transferred more completely to hydroxide ion. Another way of describing the same phenomenon is to say that the methanethiolate anion is a weaker base than hydroxide ion (or methoxide ion). Sulfur is below oxygen in the periodic table and is a larger atom. Therefore, a negative charge on sulfur is more spread out—less concentrated at any one point in space.

The negative charge on a sulfur anion is more diffused than the negative charge on oxygen. The sulfur anion is, therefore, more stable relative to its conjugate acid than the oxygen anion is. The sulfur acid is more likely to lose its proton to the base, hydroxide ion. In other words, methanethiol is a stronger acid than methanol, and methanethiolate is a weaker base than methoxide ion. A more stable anion corresponds to a weaker base, one that is less likely to be protonated to form its conjugate acid. The relationships discussed above can be shown pictorially by drawing two diagrams showing the relative energies of the species involved in the two equations (Figure 3.1).

The more stable a species is, the lower in energy it is. It appears lower on an energy diagram than a less stable species, which has higher energy. The energy diagram for the reaction of methanol with hydroxide ion shows little difference in energy between the reactants and the products in that reaction. There is a much larger difference in energy between the reactants and the products when methanethiol and hydroxide ion react. The products are much farther "downhill" in this case.

One of the reactants, hydroxide ion, and one of the products, water, are the same for both reactions; therefore, we can use these energy diagrams to tell us something about how each acid compares with its own conjugate base. Methanethi-



**Figure 3.1**
Energy diagrams for the reactions of methanol and methanethiol with hydroxide ion.

olate anion is much more stable (lower in energy) relative to its conjugate acid, methanethiol, than methoxide ion is relative to methanol. Stabilization of the conjugate base results in **increased** acidity for the **conjugate** acid. Therefore, at equilibrium, there is more **methanethiolate** ion and **water** than there is methanethiol and hydroxide ion.

In summary, the basicity of an anion is lower the further down the atom is in any group in the periodic table; the acidity of the corresponding conjugate acid increases in the same order.

$$R—\overset{\cdot\cdot}{\underset{\cdot\cdot}{O}}:^- \;>\; R—\overset{\cdot\cdot}{\underset{\cdot\cdot}{S}}:^-$$

*stronger base*    *weaker base*

$$R—\overset{\cdot\cdot}{\underset{\cdot\cdot}{O}}—H < R—\overset{\cdot\cdot}{\underset{\cdot\cdot}{S}}—H$$

*weaker acid*    *stronger acid*

The same trend is characteristic of the halogen acids, which become stronger from hydrogen fluoride to hydrogen iodide.

$$HF < HCl < HBr < HI$$

*weakest acid*    *strongest acid*

$$F^- > Cl^- > Br^- > I^-$$

*strongest base*    *weakest base*

In general, then, within any group in the periodic table, the acidity of a protic acid increases with the size of the atom to which the proton is bonded.

Study Guide
Concept Map 3 3

**Problem 3.9**   Which is the stronger acid, $H_2O$ or $H_2S$?

**Problem 3.10**   Write an equation showing the reaction you expect between ethanethiol, $CH_3CH_2SH$, and methoxide anion, $CH_3O^-$.

## C. Organic Cations as Acids

The protonated forms of organic **compounds,** which are **organic** cations, are also acids. The conjugate base of methy**lammonium** ion is methylamine; methylamine is a stable, neutral molecule; therefore, methylammonium ion loses a proton relatively easily.

methylammonium
ion

hydroxide
ion

methylamine

water

*acid*

*base*

*conjugate base
of methylammonium
ion*

*conjugate acid
of hydroxide
ion*

Protonation reactions of alcohols, ethers, and ketones yield oxonium ions, which are acidic. Methyloxonium ion, the conjugate acid of methanol, has an acidity similar to that of the hydronium ion.

methyloxonium
ion

water

methanol

hydronium
ion

*acid*

*base*

*conjugate base
of methyloxonium
ion*

*conjugate acid
of water*

Carbocations are strong Brønsted acids as well as Lewis ones (p. 79). The hydrogen atoms on the carbon atoms adjacent to the cationic carbon are acidic and easily lost to bases, even weak bases such as water.

$$CH_3\overset{+}{C}HCH_3 \ + \ H_2O \ \rightleftharpoons \ CH_3CH{=}CH_2 \ + \ H_3O^+$$

isopropyl cation

water

propene

hydronium ion

*acid*

*base*

*conjugate base of
isopropyl cation*

*conjugate acid
of water*

**Problem 3.11**  (a) Water is a Lewis base as well as a Brønsted one. What other reaction besides the one shown above is possible between a carbocation and water? Write a mechanism for the reaction using the curved-arrow notation.
(b) The product of the reaction you wrote in part (a) is itself an acid. How will it react with excess water?

**Problem 3.12**  Arrange the species in each of the following sets in order of increasing acidity.

(a) $CH_3CH_2OH$,     $CH_3CH_2CH_3$,     $CH_3CH_2NH_2$,     $CH_3CH_2SH$

(b) $CH_3\overset{H}{\underset{+}{O}}CH_3$,   $CH_3OCH_3$,   $CH_3NHCH_3$   (c) $CH_3\overset{CH_3}{\underset{H}{\overset{+}{N}}}CH_3$,   $CH_3CH_2CH_3$,   $CH_3\overset{H}{\underset{+}{O}}CH_3$

**Problem 3.13**  Give the structural formula for the conjugate base of each of the following species.

(a) $CH_3\overset{CH_3}{\underset{CH_3}{C}}{-}OH$   (b) $CH_3CH_2CH_2SH$   (c) $CH_3CH\overset{CH_3}{\underset{H}{\overset{+}{-}O}}{-}CHCH_3$



the ester of glycerol with
stearic acid, oleic acid, and linoleic acid

*a typical triglyceride*

In nature, two or three different fatty acids are usually found in a single triglyceride.

As a result of a growing consciousness about the connections between nutrition and heart disease, many people monitor the level of cholesterol in their blood. High levels of this component of the blood have been correlated with higher risks of heart attacks and strokes, which together account for more than 50% of deaths in the United States. Researchers have discovered, however, that some of the cholesterol and blood fat can be tied up with blood proteins in **high-density lipoproteins,** or **HDLs.** High-density lipoproteins appear to have some protective value against heart disease, as opposed to **low-density lipoproteins,** or **LDLs,** which do not have such properties. Regular exercise is especially helpful in raising the ratio of high-density lipoproteins to low-density lipoproteins in the blood.

**Waxes** are esters formed from long-chain fatty acids, usually containing 24 to 28 carbon atoms, and long-chain (16 to 36 carbon atoms) primary alcohols or alcohols of the steroid series. Waxes are solids used for lubricating and protecting surfaces. In plants, for example, leaves and fruits are coated with a waterproof layer of such waxes.

$$CH_3(CH_2)_{15}OC(CH_2)_{16}CH_3 \qquad CH_3(CH_2)_{15}OC(CH_2)_{14}CH_3 \qquad CH_3(CH_2)_{29}OC(CH_2)_{14}CH_3$$

cetyl stearate

*common in bacteria*

cetyl palmitate

*chief wax ester of spermaceti
from the sperm whale*

triacontyl palmitate

*a wax ester typical of those
found in beeswax*

**Problem 15.14**   9,12-Octadecadiynoic acid (p. 560) is a synthetic precursor to one of the polyunsaturated fatty acids. Which one? How can 9,12-octadecadiynoic acid be transformed into the natural product?

## 15.5   Surface-Active Compounds. Soaps

Hydrolysis of esters using a basic solution (p. 565) is called a **saponification reaction** because such a reaction is used to make soap. Pioneer women, for example,

made soap by heating animal fat saved from their cooking together with wood ashes, a source of potassium hydroxide. The conversion of a typical fat to glycerol and soap is shown below.



a triglyceride          glycerol                          soap

*from fat*

   The salt of a carboxylic acid is usually more soluble in water than the parent acid itself, but an interesting phenomenon arises when the hydrocarbon portion of the acid is very large in comparison with the carboxyl group. The ionic portion of the molecule interacts well with water and dissolves in it, but the rest of the long molecule will not go into solution. The hydrocarbon portions of adjacent molecules are more attracted to each other by van der Waals forces than they are to the polar water molecules. They are in fact hydrophobic, or water-repelling, in their behavior. A long-chain acid salt thus has two domains: a **hydrophilic** head, the ionic carboxylate group that is soluble in water, and a **hydrophobic** tail, the long hydrocarbon portion that is repelled by water molecules and attracted to other hydrocarbon residues.

   The structure of such a compound allows for a particular orientation of its molecules at the surface of water; the heads are in water and the hydrocarbon tails stick up into the air. The concentration of molecules at the surface of the water has the effect of lowering the surface tension of water. Compounds that behave in this way are said to be **surface-active compounds** or **surfactants.** Soaps are one category of surface-active compound. All good surfactants have structures with a hydrophilic head and a long hydrophobic tail. The property of surfactancy is exhibited by acids with twelve or more carbon atoms in the hydrocarbon portion of the molecule.

   At a certain critical concentration of the surfactant, the surface layer is broken up into smaller units, clusters of ions called micelles. **Micelles** are particles in which the long hydrocarbon tails, repelled by the water molecules and attracted to each other, make up the interior and the negatively charged heads coat the surface and interact with the surrounding water molecules and positive ions. Figure 15.1 on the next page depicts a spherical micelle. Such micelles are formed when sodium octadecanoate (sodium stearate), which is a common ingredient of soap, is put into water.



$$CH_3CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CH_2CO^-\ \ Na^+$$

←――――――――― hydrophobic tail ―――――――――→     ionic head

sodium octadecanoate
sodium stearate

*a soap*

Joint Claim Construction Brief

# EXHIBIT 61

Case 1:22-cv-00336-CFC    Document 184-6    Filed 03/06/24    Page 430 of 540 PageID #: 15348

# SPRINGER LINK

Log in

☰ Menu | ○ Search | 🛒 Cart

Home   In Vitro Cellular & Developmental Biology – Animal



# In Vitro Cellular & Developmental Biology – Animal

Publishing model
**Hybrid**

Submit your manuscript ⧉

○ **Editorial board**

▣ **Aims and scope**

▤ **Journal updates**

# Overview

Founded in 1965, In Vitro Cellular & Developmental Biology – Animal remains unique in its focus ==on in vitro biology in animals.== This peer–reviewed journal reports results of research in cellular, molecular, and developmental biology that employ or are relevant to organs, tissue, tumors, and cells in vitro. Coverage includes biotechnology; cell and tissue models; cell growth, differentiation, apoptosis; cellular pathology/virology; cytokines/growth factors/adhesion factors; signal transduction; toxicology/chemical carcinogenesis; product applications and more.

With its high-caliber original research and reviews, In Vitro Cellular & Developmental Biology – Animal benefits everyone who needs to keep up-to-date on the latest developments and state-of-the-art research in animal cell and tissue culture and biotechnology from around the world.

A journal of the Society for In Vitro Biology (SIVB).

---

**Editor-in-Chief**
Tetsuji Okamoto

---

 Impact factor
**2.1 (2022)**

 5 year impact factor
**2.1 (2022)**

 Submission to first decision (median)
**9 days**

 Downloads
**223,391 (2022)**

## Societies and partnerships



Society for In Vitro Biology [↗]

---

Read more about the society [↗]

---

# Latest issue



January 2024

Volume 60, Issue 1

View all volumes and issues →

## Latest articles



The interplay between Wnt signaling pathways and microtubule dynamics Wnt signaling, microtubule dynamics

Invited Review | 13 February 2024



REMOVER-PITCh: microhomology-assisted long-range gene replacement with highly multiplexed CRISPR-Cas9

OriginalPaper | Open access | 09 February 2024

2023 Special Reviewers Thank You

Announcement | 29 January 2024 | Pages: 1 - 2



DUSP4 maintains the survival and LSD1 protein stability in esophageal squamous cell carcinoma cells by inhibiting JNK signaling-dependent autophagy

Report | 29 January 2024



Dihydrotanshinone I reduces H9c2 cell damage by regulating AKT and MAPK signaling pathways



**OriginalPaper** | 22 January 2024 | Pages: 89 – 97

---

View all articles →

This journal has 97 open access articles →

# Journal updates

**Invitation for submission: Special Issue "Current advances in cell culture for cancer research"**

**Invitation for submission: Special Issue "Current Advances in Invertebrate and Fish Cell Culture Systems"**

**Invitation for submission: Special Issue "Muscle Cell Culture"**

**Invitation for submission: Special Issue "Pluripotent Stem Cells"**

View all updates →

# Journal information

**Print ISSN**

1071–2690

**Abstracted and indexed in**

AGRICOLA

BFI List

BIOSIS

Baidu

Biological Abstracts

CAB Abstracts

CLOCKSS

CNKI

CNPIEC

Chemical Abstracts Service (CAS)

Current Contents/ Life Sciences

Dimensions

EBSCO

EMBiology

Google Scholar

Japanese Science and Technology Agency (JST)

Journal Citation Reports/Science Edition

Medline

Meta

Naver

OCLC WorldCat Discovery Service

Pathway Studio

Portico

ProQuest

SCImago

SCOPUS

Science Citation Index

Science Citation Index Expanded (SCIE)

TD Net Discovery Service

UGC–CARE List (India)

Wanfang

Zoological Record

**Copyright information**

Rights and permissions

Springer policies

© The Society for In Vitro Biology

# For authors

Submission guidelines →

Language editing services ↗

Ethics and disclosures →

How to publish with us →

Open Access fees and funding →

Contact the journal →

Collections and calls for papers →



## Language quality checker

**Get your manuscript edited for free →**

---

**Use our pre-submission checklist →**

Avoid common mistakes on your manuscript.



---

**This journal's calls for papers →**

Collections this journal is participating in.



---

**Sign up for alerts →**

Get notified when new articles are published.



---

# Explore

| Articles | → |
|---|---|

| Volumes and issues | → |
|---|---|

| Collections | → |
|---|---|

Joint Claim Construction Brief

# EXHIBIT 62

# Prof. Dr. Alexander Kros

**<u>Personal details</u>**

| | |
|---|---|
| Name: | Alexander Kros |
| Date and place of Birth: | 04-06-1969, Maasdriel, The Netherlands |
| E-mail: | A.kros@chem.leidenuniv.nl |
| Nationality: | Dutch |
| Gender: | Male |

**Scientific Education**

| | | |
|---|---|---|
| Sept 1995 | University of Nijmegen | (Master) Degree in Chemistry |
| | Main subject: | Physical Organic Chemistry |
| | Title of thesis: | Synthesis and self-assembly of water-soluble clips. |
| | | |
| Dec 2000 | University of Nijmegen | PhD in Natural Sciences |
| | Supervisor | R.J.M. Nolte |
| | Title of thesis: | "Amperometric Biosensors Based on Conducting Nanotubes" |

**Employment**

| | |
|---|---|
| 2016 – present | Full Professor and groupleader of SBC |
| | Dept. Supramolecular & Biomaterials Chemistry (SBC) |
| | Leiden Institute of Chemistry |
| | Leiden University |
| 2009 – 2016 | Associate Professor |
| | Dept. Soft Matter Chemistry |
| | Leiden Institute of Chemistry |
| | Leiden University |
| 2002 - 2009 | Assistant Professor in Biomimetic Materials Chemistry |
| | Dept. Soft Matter Chemistry |
| | Leiden Institute of Chemistry |
| | Leiden University |
| 2000 - 2001 | Research Fellow |
| | California Institute of Technology, Pasadena, USA |

**Scientific Visits**

| | |
|---|---|
| 2015 | Sabbatical visit to UCLA, UC Irvine, USC School of Engineering, USC School of Pharmacy and Caltech (1 month) |
| 2008 | Visiting researcher, UCLA (Dept Chemistry & Biochemistry), USA (3 months) |

**Invited lectures**

- *TBD.* Invited lecture at Symposium in memory of Carsten Schmuck, Duisburg,  July 8th 2024
- *TBD.* Invited lecture at Biomembrane Synthesis, Structure, Mechanics, and Dynamics" symposium at the Spring 2024 ACS Meeting in New Orleans, LA, March 17 – 21, 2024.
- *Actively Targeting & Decorating your Lipid Nanoparticle for Efficient Delivery.* Invited lecture at 2nd Lipid Nanoparticle Development Europe Summit, Amsterdam, the Netherlands, October 17-19, 2023
- *It's all about membranes!.* Invited lecture at Radboud University, Oct 10, 2023.
- *Lipids on graphene*. Invited lecture at 7th ONEM Meeting, J. Heyrovský Institute of Physical Chemistry, Prague,  Czech Republic, , September 18 - 19, 2023

2

- *TBD*. Invited keynote lecture at Nanotech France, June 28-30, 2023. Declined
- *Membrane Packing Defects as a Novel Tool to Target Cells In Vivo.*  Invited lecture at Gordon Research Conference on Cancer Nanotechnology, Waterville Valley, NH, USA, June 11 - 16, 2023.
- *Photocontrol of Peptide Self-Assembly and Catalytic Activity.* Invited lecture at Materials Research Society spring meeting, San Francisco, CA, USA, April 10 – 14, 2023
- *Peptides improve the lipid nanoparticle mediated delivery of mRNA*. Invited lecture at Gordon Research Conference on peptide materials, Galveston, Tx, USA, Jan 15 - 20, 2023.

- *Understanding Molecular Interactions to Obtain Functional Self-assembled (Bio)materials.* Invited lecture at Leiden Drug Development Conference (LDDC), Leiden, September 27, 2022
- *Understanding Molecular Interactions to Obtain Functional Self-assembled (Bio)materials*. Invited lecture at "Self-assembled organic materials" Summer school, Vienna, July 6-7, 2022.
- *Coiled-coil peptide-mediated RNA delivery*. Invited lecture at the Coiled-coil Workshop, Alpbach, September 4 – 9, 2022.
- *Towards a better understanding on the molecular interactions of nanomedicines in vivo.* Invited lecture at SDU, Odense, Denmark, June 1st, 2022.
- Plenary lecture at the fourth International CRC 1093 Symposium about "Supramolecular Chemistry meets Biology"  and "*Symposium in memory of Carsten Schmuck*" September 2021 in Essen (Germany). Postponed to 2022
- *Paracrystalline Inverted Lipid Phases Encapsulating siRNA Enhance Lipid Nanoparticle Mediated Transfection,* Invited plenary lecture at 16th European Symposium on Controlled Drug Delivery, Egmond aan Zee, 6-9 april 2022.

- Invited lecture at Gordon Conference on Cancer Nanotechnology June 13-18, 2021, at Waterville Valley, New Hampshire (USA). Postponed.
- *Supramolecular Chemistry of peptides and peptide amphiphiles*. Invited lecture at oLife Fellowship Programme, June 17, 2021
- *Zebrafish as an in vivo prescreen of the biodistribution and targeting of (nano)medicines.* Invited lecture at Regeneration Day, LUMC, May 26st 2021. Webinar
- *Zebrafish as in vivo model for bio distribution studies of nano medicine*, Invited lecture at CuriBio, Seattle, (USA), April 20, 2021. Webinar
- *Zebrafish as in vivo model for bio distribution studies of nano medicine*, Invited lecture at UVA, March 16, 2021. Webinar

- Invited for Lorentz workshop, July 2020.
- *TBD*, Collaborative Research Centre *"Supramolecular Chemistry on Proteins"*, Essen Germany, June 16, 2020.
- International Max Planck Research School for Molecular Biomedicine (IMPRS), University of Muenster, May 6-8, 2020
- *TBD,* Invited plenary lecture at 16th European Symposium on Controlled Drug Delivery, Egmond aan Zee, 7-10 April 2020. Canceled due to covid-19 and now scheduled at 6-9 april 2021.
- *Photoswitching liposome surface charge to deliver membrane impermeable cargos in vivo,* Invited lecture at "Biomembrane Synthesis, Structure, Mechanics & Dynamics" symposium at the 259th ACS National Meeting in Philadelphia, USA, 22-26 March 2020.

- *Chemical approaches to control the in vivo behavior of nanomedicines,* Invited lecture at van Leeuwenhoek Lectures on BioScience, Leiden 20 February 2020.
- *Unbiased identification of the liposome protein corona using photoaffinity based chemoproteomics*, 4th International Symposium on Nanoparticles and Nanomaterials and Applications – ISN$^2$A 2020, Lissabon, Portugal, 20-24 january 2020.

- *A new method to determine the real hard corona of liposomes,* invited lecture at Europe Create Transformative Medicine User Group, Strathclyde University, Glasgow, Scotland, 9th Oct 2019.
- *One peptide for them all? Stabilization of gold nanoparticles of different sizes by a common peptide amphiphile,* Invited lecture at the PMSE symposium "Design, Synthesis and Engineering of Polypeptides for Biological and Biomedical Applications" at the 258th ACS National Meeting & Exposition, San Diego August 25-29, 2019.
- *Membrane fusion, from a simple model system towards in vivo applications.* Invited Lecturer at Real Sociedad Española de Química, for the XXXVII Reunión Bienal de la RSEQ (http://rseq.org) in San Sebastian (Spain), May 26-30, 2019.
- *TBD,* Invited lecture at Polymeric Materials: Sciences and Engineering (PMSE) Symposium on "Molecular Engineering of Peptide Assemblies" at the 257th ACS National Meeting, Orlando, March 31-April 4, 2019.
- *TBD,* Invited lecture at "Biomembrane Synthesis, Structure, Mechanics & Dynamics" symposium at the 257th ACS National Meeting In Orlando, March 31 - April 4, 2019.
- *Membrane fusion, from a simple model system towards in vivo applications.* Invited lecture at symposium "Biomimicry - from natural process to engineered method" Wageningen, February 20, 2019.

- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at Université libre de Bruxelles, Belgium, 8 November 2018.
- *TBD.* Invited lecture at 3rd International Conference on Emerging Advanced Nanomaterials (ICEAN-2018)*, October 30-November 2, 2018, Newcastle, NSW, Australia. (canceled)
- *Zebrafish embryos as a tool to study the in vivo behavior of nanomedicines and membrane fusion.* Invited lecture at IRTG-retreat 2018, Osnabruck (Germany), September 20-21, 2018.
- *Zebrafish embryos as a tool to study:-Membrane fusion-The effect of lipid composition-Blood-Brain-Barrier targeting.* Invited lecture at University of Muenster/MPI for Molecular Biomedicine and the Excellence Cluster Cells in Motion, July 16-18, 2018, Gemen, Germany.
- *Supramolecular approaches towards cell-selective liposome drug delivery.* Invited lecture at Twente University, April 11, 2018.
- *Membrane fusion mediated intracellular delivery of lipid bilayer coated mesoporous silica nanoparticles.* Invited lecture at Biomembrane symposium at the 255th ACS national meeting, March 22, 2018, New Orleans, USA

- *Cell-selective liposome drug delivery.* Invited lecture at Cell observatory mini symposium, Leiden, December 13, 2017.
- *Cell-selective liposome drug delivery*. Invited lecture at Reedijk Symposium, Leiden, October 27, 2017.
- *Studying the interaction of lipopeptides with lipid membranes: Influence of lipopeptide design and its implications for membrane fusion*. Invited lecture at Synthesis, Self-Assembly & Applications of

Peptides & Polypeptides symposium at the 254th  ACS National Meeting in Washington, DC, August 20-24, 2017

- *Drug delivery via membrane fusion using coiled-coil modified liposomes*. Invited keynote lecture at BioOrigami symposium, Ljubljana, Slovenia, June 21-23, 2017.
- *Membrane fusion as a tool for drug delivery*. Invited keynote lecture at ESBOC (European Symposia in Bio-Organic Chemistry) , Chemical Synthetic Biology: Self-assembly, Encapsulation and Delivery by Design, Gregynog (nr. Newtown, Wales), May 20 -22, 2017.
- *Selective blood vessel deletion using liposomes; studying the effect of liposome composition on in vivo behavior*. Invited lecture at Biomembrane symposium at the 253rd ACS National Meeting, San Francisco, April 2-6, 2017.
- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes*. Invited lecture at PMSE Symposium on Molecular Engineering of Peptide Assembly at the 253rd ACS National Meeting, San Francisco, April 2-6, 2017.
- *Quantifying Membrane Compound Exchange Between Live Mammalian Cells.* Invited lecture at Keystone Symposium on Lipidomics and Bioactive Lipids in Metabolism and Disease.  Tahoe City, CA, USA, February 26-March 3, 2017.
- *How does fusion work in a model membrane system.* Invited lecture at the Lorentz workshop Structured Soft Interfaces: Caught Between Multi-Scale Simulation and Application. January 23-27, 2017
- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at Universitat Duisburg-Essen, January 19, 2017.

- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at Self-assembled peptides: from nanostructure to bioactivity. The Royal Society Theo Murphy meeting at Chicheley Hall, Buckinghamshire. Monday 24th – Tuesday 25th October 2016.
- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at 3rd ERC Grantees Conference: "Frontiers in Chemistry" in Zandvoort, The Netherlands, August 31st - September 2nd 2016.
- *Spatiotemporal Control of Membrane Fusion through Photolabile PEGylation of Liposome Membranes*. Invited lecture at symposium "Biomembrane Synthesis, Structure, Mechanics & Dynamics" at the 247th national meeting of the American Chemical Society (ACS) in San Diego, March 13-17, 2016.
- *Controlled membrane fusion using lipidated coiled coils*. Invited lecture at PepMat II (Peptide Materials for Biomedicine and Nanotechnology II), Barcelona, Spain, March 14-16, 2016.
- *Drug delivery via cell membrane fusion using lipopeptide modified liposomes.* Invited lecture at PAC symposium, Amsterdam, March , 2016.
- *Targeted Cytochrome-C delivery to live cells using lipid-coated mesoporous silica nanoparticles.* Invited lecture at 2nd International Symposium on Nanoparticles/Nanomaterials and Applications, Portugal, 18th - 21st January 2016.

- Invited Plenary lecture at  Symposium on Biomolecular Synthesis and Nanotechnology", Copenhagen, Denmark on October 1-3, 2015.
- *Mesoporous Silica Nanoparticles for protein delivery*, invited seminar at the UCLA, CA, USA, July 14,

2015

- *Towards In-Vivo Membrane Fusion Using a Biomimetic Model System*, invited seminar at Caltech, Pasadena, CA, USA, July 10, 2015
- *Towards In-Vivo Membrane Fusion Using a Biomimetic Model System*, invited seminar at the UC Irvine, CA, USA, July 1, 2015
- *Towards In-Vivo Membrane Fusion Using a Biomimetic Model System*, invited seminar at the USC School of Pharmacy, USA, June 26, 2015
- *Membrane fusion for the delivery of substrates in artificial cells*. Invited lecture at Precision Polymer Materials (P2M) network from ESF, Lacanau Océan, France, May 26-29, 2015.
- *Towards in-vivo membrane fusion using a biomimetic model system*. Invited lecture at "Biomembrane Synthesis, Structure, Mechanics, and Dynamics" at the 249th national meeting of the American Chemical Society (ACS) in Denver, March 22-26, 2015.
- *Studying the mechanism of coiled coil mediated membrane fusion*. Invited lecture at the 2015 at Colloid & Surface Chemistry (COLL) Symposium "Molecular Engineering of Peptide Assembly" at the 249th American Chemical Society National Meeting, Denver, CO, USA, March 22-26, 2015.
- *Supramolecular chemistry for the design of new drug delivery tools*. Invited lecture at Basel University, Seminars series on Drug Discovery and Development at the Dept. Pharmaceutical Sciences, Switzerland, March 11, 2015.
- *Understanding membrane fusion at the molecular level using a biomimetic model system*. Invited lecture at This week's discovery, Faculty of Sciences. March 10, 2015.
- *Studying membrane fusion at the molecular level*. Invited lecture at the 2015 Annual Biophysical Society Meeting, Baltimore, USA, February 7-11, 2015.
- *Lipidated peptides as a supramolecular tool for Targeted membrane fusion*. Invited seminar, Institutskolloquium, at the RWTH Aachen, Germany, January 22, 2015.
- *Understanding membrane fusion using a biomimetic model system*. Invited lecture, Pregl Colloqium, at the National Institute of Chemistry, Slovenia, January 15, 2015.

- *Understanding membrane fusion using a biomimetic model system*. Invited plenary lecture at the 2014 DutchBiophyics meeting, September 29-30.
- *In vitro and In vivo supramolecular biomembrane engineering and membrane fusion using a lipidated coiled-coil motif*. Invited lecture at "Engineering of Biointerfaces, 5th International Conference on Nanotechnology: Fundamentals and Applications" (ICNFA 2014) in Prague, Czech Republic, August 11-13, 2014.
- *From a model system mimicking membrane fusion to future in vivo applications*. Invited lecture at Bristol Synthetic and Chemical Biology Symposium, April 16, 2014.
- *Targeted membrane fusion using a pair of lipidated coiled coil peptides*. Invited lecture at the lecture series of the Collaborative Research Centre SFB 803. university of Goettingen, Germany, March 6, 2014.
- *Supramolecular polypeptide-b-peptide amphiphile nanoparticles as a novel allergy vaccine platform*. Invited lecture at "peptide-based materials in nanomedicine" at the 247th national meeting of the American Chemical Society (ACS) in Dallas, March 16-20, 2014.
- *Targeted membrane fusion using a pair of lipidated coiled coil peptides*. Invited lecture at "Biomembrane Synthesis, Structure, Mechanics, and Dynamics" at the 247th national meeting of the American Chemical Society (ACS) in Dallas, March 16-20, 2014.

- *From a model system mimicking membrane fusion to future in vivo applications*.  Invited lecture at "COST network BM1002 workshop Coiled Coils and their Application in Healthcare Industries", Durham, UK, December 10/11, 2013.
- *Coiled coil driven membrane fusion: zipper-like vs. non-zipper-like peptide orientation.* Faraday Discussions 166, Self-Assembly of Biopolymers, 16-18 September 2013, University of Bristol, UK.
- *Optimization of coiled coil driven membrane fusion*. 6th Alpbach Workshop on: coiled-coils, collagen & fibrous proteins, 8-13 Sept 2013.
- *Efficient membrane fusion mediated by SNARE protein mimics*. Invited lecture at UCLA, June 26, 2013.
- *Controlled liposome fusion mediated by SNARE protein mimics*. Invited lecture at "Biomembrane Synthesis, Structure, Mechanics, and Dynamics", 245th national meeting of the American Chemical Society (ACS) in New Orleans, 8 April 2013.
- *Old and new functions of amphiphilic coiled-coil peptides*. Invited seminar at Muenster University, Germany, 22 March 2013.
- Old and new functions of amphiphilic coiled-coil peptides. *Invited Zernike Seminar* lecture at Groningen University, January 25**,** 2013.

- *Synthetic coiled-coil peptides; from self-assembly to function*. Invited lecture at the first ERC (http://erc.europa.eu/) top level international conference , the Institut Charles Sadron of Strasbourg - November 22-24, 2012.

- *Lipidated peptides as an efficient modelsystem for membrane fusion.* Invited Physical-Chemistry Seminar for the Summer Semester, Ludwig-Maximilians-Universität München, June 12, 2012.
- *Efficient membrane fusion using lipidated peptides*. Invited lecture Mini-symposium: Self-Assembled Functional Materials, TU Delft, the Netherlands, 24 April 2012.
- *New tools for theranostics*. Invited lecture at Faculty of Medicine, NTNU, Trondheim, Norway. 16 April 2012.
- *Amphiphilic Peptides in Nanoscience*. Invited lecture at the Gordon Research Conference on Peptides: Chemistry and Biology, 19-24 February, 2012, Ventura, California, USA.

- *The Coiled-Coil Connection*, Invited lecture at the 2nd Reedijk symposium, October 28, 2011, Leiden, the Netherlands.
- *Let's get together; efficient fusion mediated by a model system of SNARE proteins*. Invited lecture at the ESF-COST High-level Research Conference on Systems Chemistry III, October 24-27, 2011.
- *The Coiled-Coil Connection; from self-assembly to membrane fusion*. Invited lecture at the Swiss Chemical Society Fall Meeting 2011, 8 September 2011, Lausanne, Switzerland.
- *SNARE protein inspired model systems controlling targeted membrane fusion and self-assembly*. Invited lecture at the 70th Harden Conference on Synthetic biology: design and engineering through understanding. 22-26 August 2011, Keele University, UK
- *The Coiled-coil Connection: specific coiled-coil interactions for polymer self-assembly and membrane fusion*. Invited Keynote lecture at the 10th International Conference on Materials Chemistry (MC-10 of  the Royal society of Chemistry), Manchester, UK, July 4-7, 2011.
- *A model system for membrane fusion*, Annual Dutch Meeting on molecular and cellular biophysics,

Veldhoven, 4/5 Oct 2010.

- *Betasheet and Coiled-Coil Motifs: Regulating fusion events and reversible shape changes in micelles and vesicles*. Invited lecture at the Gordon Research Conference on the Chemistry of Supramolecules and Assemblies, Maine, USA. 28 June – 3 July 2009.
- *A minimal model for membrane fusion*. Invited lecture at the 5th Alpbach Workshop on: "coiled-coils, collagen and coproteins", Alpbach , Austria. September 6 – 12, 2009

**Contributed lectures**

- *Studying the mechanism of membrane fusion using a synthetic modelsystem*. Lecture at workshop Dynamic interactions at biomembranes, German Biophysical Society, Erlangen, Germany. September 28-29, 2016.
- *Mesoporous silica nanoparticles with large pores for the encapsulation and release of proteins.* FIGON Dutch Medicine Days, Ede, the Netherlands. October 3-4 2016.

**Teaching**
Certificate "Basiskwalificatie onderwijs (BKO)" obtained.

**Summary of courses given**

| | |
|---|---|
| **2002-2003** | *Introduction to Soft Condensed Matter (ISM), with Prof. Fraaije* |
| **2006-2007** | *Introduction to Soft Condensed Matter* : Several lectures on Supramolecular Chemistry have been given. *With Prof. Fraaije* |
| **2002-2007** | *Coordinator Physical Chemistry Praktikum 2 (FCP-2)* |
| **2003-2012** | *Advanced Soft Matter (ASM), 5 ects* |
| | I developed a new course (ASM) for Master students, in which the students learn in theory and practice the latest techniques in the field of controlled living polymerization techniques. |
| **2005-2007** | *Biopolymers (Bn)* |
| | In this course for second year Biology students the basics of organic chemistry and the relationship with biology is explained. |
| **2006** | *Praktikum Basic Skills (PBV)* |
| | For this new practical course for first year students, I developed a new set of experiments, which will give the students an introduction in the physical aspects of chemistry. |
| **2006-to date** | *Leren onderzoeken 1/2/3 (LO1/2/3)* |

Supervisor of chemistry (MST) students taking part on actual research topics at the research groups for 14 days.

**2008-2022**   *Chemistry 1* (4 ects)
First year chemistry course for Life Science & Technology (LST) and Biopharmaceutical Science (BFW) students (~280 students per year). since 2014 only for BFW.

**2014-to date**   *Supramolecular Chemistry* (6 ects)
Course for master students Chemistry and Life Science & Technology on the basics of supramolecular chemistry and the latest advances in this field.

**2017-to date**   *Biomaterials* (6 ects)
Course for master students Chemistry and Life Science & Technology on the basics of biomaterials, drug delivery systems and the latest advances in this field.

**Supervision of group members**

***PhD supervision*** (as promotor)

| | |
|---|---|
| 2023-2027 | Emma Wezenberg |
| 2023-2025 | Julio Rodríguez Izquierdo |
| 2023-2025 | Andy Guzmán Rodríguez |
| 2022-2026 | Michele Gruenewald |
| 2022-2026 | Bochuan Hu |
| 2022-2026 | Qin Yi (with Schneider) |
| 2022-2026 | Yun Zhang |
| 2022-2026 | Lin Xu (with Wezenberg) |
| 2022-2026 | Art Hoti (with Sevink) |
| 2021-2025 | Don Schilder (with S. v. Kasteren) |
| 2021-2025 | Mertal Ocan (with R. Kieltyka) |
| 2020-2024 | Merel Janssen (With R. Kieltyka) |
| 2020-2024 | Xiaogang Kang (with G. Schneider) |
| 2020-2024 | Jiang Guangya (with G. Schneider) |
| 2020-2024 | Dinghao Wu |
| | Designer peptide hydrogels for regenerative medicine |
| 2020-2024 | Thomas Kolk (with G. Schneider) |
| | Graphene liquid cells for electron microscopy |
| 2020-2024 | Jorn de Jong (with S. Wezenberg) |
| 2020-2024 | Indigo Bekaert (with S. Wezenberg) |
| 2020-2024 | Jasper Bos (with S. Wezenberg) |
| 2020-2024 | Oscar Escalona-Rayo |
| | mRNA delivery using ELPs |
| 2019-2023 | Y Chen (with R. Kieltyka) |
| | Maturation of iPSC-derived cardiomyocyte in supramolecular materials |
| 2019-2023 | B. Can (with G. Schneider, LIC) |
| | Chemistry at the edge of graphene |
| 2018-2022 | R. van de Pol |
| | Modeling of blood-brain-barrier targeting liposomes |
| 2018-2022 | Max Makurat |

**Expected PhD-gradution in 2024** (As promotor)

| | |
|---|---|
| Final research | Renzo Knol |
| | BBB-targeting liposomes |
| April 2, 2024 | Jeroen Methorst |
| | Arrays of graphene nanopores by total organic synthesis and supramolecular chemistry |
| Almost written | Winant van Os |
| | Liposomes targeting the blood-brain-barrier |


**Gradutated PhD's supervision** (As promotor)

| | |
|---|---|
| 2023 | Weizhe Zhang (with G. Schneider) |
| | Arrays of graphene nanopores by total organic synthesis and supramolecular chemistry |
| 2023 | David Villarón Salgado (with S. Wezenberg) |
| | Light responsive of anion receptors |
| 2023 | Panagiota Papadopoulos |
| | Phase separation in lipid-based nanoparticles exploring the nano-bio interface |
| 2023 | N. van Hilten (Cum Laude) |
| | *Inverse design of curvature-sensing antiviral peptides* |
| 2022 | F. Lauria (with R. Kieltyka) |
| | *Syntheses of squaramide-based supramolecular materials.* |
| 2022 | Y. Zeng |
| | *Ex-vivo applications of a synthetic membrane fusion model* |
| 2022 | Tobias Bauer (Cum Laude) |
| | *Core Cross-Linked Polymeric Micelles Based on Polypept(o)ides* |
| 2022 | J. Soesbergen |
| | *Elastin-like polypeptide micelles for vaccine delivery* |
| 2021 | R. Pattipeiluhu (Cum Laude) |
| | *Liposomes targeting specific tissues* |
| 2021 | M. Shie |
| | *Coiled-coil biomaterials for biological applications* |
| 2021 | R. Leboux (with Jiskoot, LACDR) |
| | *Supramolecular peptide amphiphile nanoparticles as a novel allergy vaccine platform* |
| 2021 | N. Crone |
| | *Targeted in vivo membrane fusion* |
| 2021 | G. Arias-Alpizar |
| | *Towards a mechanistic understanding of nanoparticle behavior using zebrafish* |
| 2021 | T. Liu (daily supervision Dr Kieltyka) |
| | *Dynamic polymer hydrogels as synthetic extracellular matrices for 3D cell culture* |
| 2021 | C. Tong (daily supervision Dr Kieltyka) |
| | *Squaramide-based supramolecular materials for 3D cell culture applications* |
| 2020 | E. Egorova |
| | *Gold nanoparticle-peptide conjugates for biomedical applications* |
| 2020 | D. Poulcharidis (with v. Kasteren, Biosyn) |
| | *Tracing membrane-exchange in host-virus interactions using coiled-coil and click-based* |

|      | *imaging* |
|------|-----------|
| 2020 | L. Yiang (daily supervision Dr Schneider) |
|      | *Chemical functionalization of the graphene surface for electrical and electrochemical sensing applications* |
| 2019 | L.A. Belyaeva (daily supervision Dr Schneider) |
|      | *Graphene at fluidic interfaces* |
| 2019 | L. Macedo Coelho Lima |
|      | *Superstructures of lipids and graphene* |
| 2018 | G.A. Daudey |
|      | *Coiled coil mediated liposomal fusion: asymmetric behaving peptide fusogens* |
| 2018 | A. Bellunato (daily supervision Dr Schneider) |
|      | *Unconventional Fabrication of 2D Nanostructures and Graphene Edges* |
| 2018 | V. Saez-Talens |
|      | *Squaramide-based supramolecular materials: properties upon self-assembly and in vivo applications* |
| 2018 | Y. Gao |
|      | *Design and application of dextran based cross-linked networks* |
| 2018 | L. Kong |
|      | *Photo-activated Drug Delivery Systems* |
| 2017 | W. Noteborn (daily supervision Dr Kieltyka) |
|      | *Supramolecular polymer materials for biomedical applications and diagnostics* |
| 2012-2016 | J. Yang |
|      | *In vivo membrane fusion* |
| 2012-2016 | J. Tu |
|      | *Mesoporous silica nanoparticles* |
| 2011-2016 | N. Lopez-Mora |
|      | *Giant unilamellar vesicles as a tool for membrane transport studies* |
| 2010-2014 | H.R. Zope |
|      | *Rationally designed peptide based functional biomaterials* |
| 2010-2014 | M. Rabe |
|      | *Coiled-coils on lipid membranes; a new perspective on membrane fusion* |
| 2009-2014 | T. Zheng |
|      | *Zipping into fusion* |
| 2009-2013 | F.V. Versluis |
|      | *Peptide Amphiphiles and their use in Supramolecular Chemistry* |
| 2007-2013 | C. Barnier-Quer (with Jiskoot, LACDR) |
|      | *Adjunvanted nanoparticulate seasonal influenza vaccines* |
| 2008-2012 | F. Porta |
|      | *Mesoporous Silica Nanoparticles as Drug Delivery Systems* |
| 2007-2011 | Ke Peng |
|      | *Hydrogel based drug carriers for controlled release of hydrophobic drugs and proteins* |
| 2004-2009 | H. Robson Marsden |
|      | *Extending the self-assembly of coiled coil hybrids* |
| 2002-2007 | S. Cavalli |
|      | *Chemistry, structural insight and applications of beta-sheet forming lipopeptides* |

**Supervision Post Docs**

| | |
|---|---|
| 2020-2024 | Dr. Dennis Aschmann |
| | *L-form fusion* |
| 2024-2026 | *Dr Tom Keijer* |
| | LNPs for catalyst delivery |
| 2022-2028 | *Dr Gabriel Cuni @ IBL* |
| | Glioblastoma xenograft model in zebrafish |
| 2024-2029 | 3 vacancies funded by ERC Synergy grant |

**Supervision Post Docs (finished)**

| | |
|---|---|
| 2018-2022 | Dr Shraddha Shitut |
| | *Evolution on steroids* |
| 2018-20120 | Dr F. Campbell |
| | *Designed nanostructured bioactive surfaces for precision medicines* |
| 2013-2019 | Dr A. Boyle (currently Assistant Professor at MacBio@LIC) |
| | *Single gold nanorods in live cells* |
| 2013-2017 | Dr. J. Bussmann (currently Assistant Professor at LACDR) |
| | *Designer blood vessel networks for tissue engineering* |
| 2013-2017 | Dr F. Campbell |
| | *Light-induced spatiotemporal control of membrane fusion for targeted therapy* |
| 2014-2016 | Dr. M. Kamran |
| | *In-vitro studies to evolve the understanding of how Physiogel interacts with the skin* |
| 2014-2016 | Dr. A. Bahreman (senior scientist at Arecor Limited, UK) |
| | *Drug delivery in zebrafish* |
| 2011-2013 | Dr. J. Voskuhl  (currently professor at University of Essen-Duisburg, Germany) |
| | *In vitro supramolecular biomembrane engineering* |
| 2008-2011 | Dr. I. Tomatsu (manager at Henkel Japan) |
| | *Photoresponsive hydrogels for biomedical applications* |

The finished students are currently employed as either a tenure track assistant professor (University Essen, University Basel, Italian Institute of Technology); as a postdoctoral scholar (Harvard, Imperial College London, Max Planck Institute for Iron Research GmbH, TU Delft, University Wageningen); as a research scientist (University of Lausanne), industry (BioNtech, Johnson&Johnson, Henkel Japan, Océ, Medincell France) or as intellectual property agent (China).

**Supervision Analytical staff**

| | |
|---|---|
| 2002- 2016 | Ing. W. Jesse (retired) |
| | Tasks: Instruction and performance of chromatography, general lab manager |
| 2015-present | MSc V. Tudor |
| | Tasks: Instruction and performance of chromatography, general lab manager |

**Supervision Post Docs and (mentoring) staff:**

| | |
|---|---|
| 2013-to date | Dr Roxanne Kieltyka. |
| | *Regenerative medicine.* |

13

Research is on track, however needs coaching and we're on daily contact on various topics. It would help Kieltyka if she could reduce the amount spent on micromanagement/work overload.

2013-to date   Dr. G. Schneider

*Graphene research.*

Research is going great. But no VICI, Some coaching required

2019-to date   Dr. S. Wezenberg

*Light-switchable ion transporters.*

Independent PI, needs to look more what the LIC has to offer.

2018-2022   Dr J. H. Risselada

*Simulation of lipid and peptides.*

J.H.R. Started in 2018 funded by his VIDI grant and works part-time in the group (1 week per month). Two PhD students are on track with their PhD-thesis projects and (finally!) theory guiding experiments.

His presence is also very stimulating for A. Sevink and E. Blokhuis as a cluster of like-minded scientists is forming.

2013-2019   Dr A. Boyle

Assistant professor in the MacBio group since 2020. A.B. Cosupervisor of MSc Niek Crone MSc. M. Shen (gradutated) and is the "go-to person" on any peptide synthesis related issues for several of my PhD-students.

2015-to date   Dr Rene Olsthoorn

Responsible for several courses and support PhD-students when using RNA/DNA-related topics. Rene also designs/synthesizes the plasmids for various projects (*e.g.* PhD student  R. Knol and O. Escalona).


**Guests**

-MSc Sandro Sieber (2015), 3 months from Basel University. Training on zebrafish injections.

-MSc Krzysztof Bak (2015), 10 days, from the Michał Chmielewski group, Warsaw University, Ion and carboxylate transport over membranes

-MSc Krzysztof Bak (2016), 30 days, from the Michał Chmielewski group, Warsaw University, Ion and carboxylate transport over membranes

-MSc Alexander Rabe (2017), 3 months, from the Stefan Vogel group, University of Southern Denmark, membrane fusion

-MSc Ping Song (2017), 3 months, from the Jørgen Kjems group, University of Southern Denmark, Drug delivery to T-cells

-BSc Simon Albert (2017), 3 months from Free University Brussels, DNA-lipid nanoparticles

-Dr Hamed Chegini (2019-2020) as a volunteer to increase his employability for companies based in the Leiden Bioscience Park.

-BSc Mouad El Mandili (2019-2023), technician from AMC to synthesize mesoporous silica nanoparticles.

-Dr Mai Hazekawa (2022-2023), assistant professor at Faculty of Pharmaceutical Science in Fukuoka University, Japan for zebrafish studies on nanomedicine biodistribution and targeting.

**Grants**

Total external funding Kros as an independent researcher **_>22.000.000 euro_**. Furthermore I attracted 15 PhD-students with their own funding, 1 postdoc with a VENI-grant and 1 postdoc with a Marie-curie IEF grant.

33. ERC Synergy grant, **2023**, 10,5 M euro, With Reek (UVA) and Akkari (NKI)
32. TKI Chemie, **2022**, 165K euro, with Liposoma BV
31. NWO XL, **2022**, 3000K euro, with NKI and AMC
30. NWO XS, **2021**, 50K euro
29. NWO Groot investering, **2021**, 2000K euro, co-applicant with Prof Sommerdijk
28. DSM Nutrional Products AG, Switzerland, **2019**, 103K euro
27. Cofund OLife , **2020**, 2 postdoc positions, 664K euro
26. PPS programma Immunologie "afweer in balans", **2018**, 1 PhD position shared with Prof Bouwstra (LACDR), Consortium budget 5000K euro
25. KWF, **2018**, 90K euro, Total budget 420K euro
24. TKI-programmatoeslag, **2017**, 35K euro
23. NWA Origin fellowship, **2017**, 200K euro
22. Huygens fellowship, **2017**, 200K euro
21. M-ERA, **2016**, 613K euro
20. NWO VICI, **2015**, 1500K euro
19. ERC Proof of Concept, **2015**, 150K euro
18. NWO TKI-NCI, **2014**, 823K euro
17. GSK, **2013**, with Bouwstra (LACDR), Budget 240K euro
16. ERC Proof of concept, **2013**, Budget Kros 132K euro
15. NWO ChemThem, **2011**, Budget Kros 260K, Total budget 500K euro
14. FOM programme, **2011**, Budget Kros 264K, Total budget 1374K euro
13. NanoNextNL, **2010**, Budget 340K euro
12. ERC-starting grant, **2009**, Budget 1392K euro.
11. NWO-echo grant, **2009**, Budget 240K euro, Co-PI in collaboration with Prof Koper (PI) and Dr Heering (co-PI).
10. Pre-ESA Proposal grant, **2009**, Budget Kros 51K euro, Total Budget 171K euro
 9. Pre ESA Proposal grant, **2008**, Budget Kros 15K euro, Total Budget 105K euro
8. Smartmix grant, **2007**. Budget Kros 725K euro, Total Budget 14M euro
7. Pre ESA Proposal grant, **2006**. Budget Kros 107K euro, Total Budget 500K euro
6. Pre ESA Proposal grant, **2005**. Budget Kros 105K euro, Total Budget 432K euro
5. Pre ESA Proposal grant, **2004**. Budget Kros 71K euro, Total budget 308K euro.
4. KP-6 STREP, **2004**. Budget Kros 400K euro, Total budget 2100K euro.
3. NWO VENI grant, **2004**. Budget: 200K euro.
2. STW Bezoekersbeurs, **2000**. Budget: 40K euro.
1. Hoffman Travel Award, **1999**

Personal grants were obtained for:

| | | |
|---|---|---|
| MSc Shuya Zang | CSC-grant (4-year PhD), | **2023** |
| MSc. Bochuan Hu | CSC-grant (4-year PhD), | **2022** |
| MSc. Yun Zhang | CSC-grant (4-year PhD), | **2022** |

MSc. Xuecheng Zhang    CSC-grant (4-year PhD), **2020**
MSc. Dinghao Wu        CSC-grant (4-year PhD), **2020**
MSc. O. Escalona-Rayo  CONACyT-grant (4-year PhD), **2020**
MSc. Y. Zeng           CSC-grant (4-year PhD), **2017**
MSc. P. Papadopoulou   Huygens Fellowship (4-year PhD), **2017**
MSc. M. Shen           CSC-grant (4-year PhD), **2016**
Msc. E. Egarova        MoscowState University, **2016**, (4-year PhD + 40K consuambles/chemicals)
Dr. J. Bussman         NWO-Veni grant, **2012**, Budget 260K euro
Dr. F. Campbell        Marie Curie IEF, **2012**, Budget 260K euro
Msc. L. Kong           CSC-grant (4-year PhD), **2013**
MSc. J. Tu             CSC-grant (4-year PhD), **2012**
MSc. J. Yang           CSC-grant (4-year PhD), **2012**
MSc. Y. Gao            CSC-grant (4-year PhD), **2010**
MSc. N. Lopez-Mora     CONACYT-grant (4-year PhD), **2010**
MSc. T. Zheng          CSC-grant (4-year PhD), **2009**

**Editorial Board member**

- Editorial board member of Scientific Reports (Nature Publishing Group)
- Editorial board member of Frontiers in Chemical Biology as Review Editor (Nature Publishing Group)

**Meeting organizer**

Organizer (Programma Commissie) NWO CHAINS, 2-4 December 2024. The largest (inter)national chemistry meeting of the Netherlands.

Co-chair of the 253rd ACS National Meeting & Exposition, April 2-6, 2017, San Francisco, CA. Polymeric Materials: Sciences and Engineering (PMSE) Symposium on Molecular Engineering of Peptide Assembly

Co-organizer of the Alpbach workshop on coiled-coil, fibrous and repeat proteins. 3-8 September 2017, Alpbach, Austria.

Co-organizer of the focus session on Programmable peptide- and protein nanomaterials, at CHAINS 2018, the Netherlands.

Chair parallel session "*From synthetic membranes to synthetic cells*", CHAINS 2018, the Netherlands.

Co-organizer for Origins Center conference 2021 as start of an annual series *Origins of Life conference* to be held in 2021, the Netherlands. Ideally in collaboration with NWO.

Co-organizer for Kroese-Duijsters Symposium 2022 @Leiden University
https://www.universiteitleiden.nl/en/kroese-duijsters-symposium

Co-organizer for the Alpbach workshop on coiled-coil, fibrous and repeat proteins 2021/2022

Co-organizer for Origins Center conference "*Origins of Life conference*" to be held 2nd - 4th November 2022, Groningen, the Netherlands

Co-organizer Chemistry of Life Community Day, December 2022

**Review panel member**
- ERC advanced grants 2010
- ERC advanced grants 2012
- ERAsynbio grants 2014
- ERC starting grants 2015
- ERC starting grants 2017
- NWO Echo grants 2015, 2016, 2017
- Furthermore, I have (externally) reviewed proposals for the ERC starting grants 2016, Israel Science Foundation and the Swiss National Science Foundation (SNSF) and NWO-Chemical Sciences
- Reviewer of DFG, ISF and BBRSC grants 2016
- 2019 - to date        European Science Foundation (ESF) College of External Reviewers
- H2020 FET-OPEN - NOVEL IDEAS FOR RADICALLY NEW TECHNOLOGIES 2019
- Strasbourg Institute for Advanced Study, France 2020
- EPRSC, UK 2021
- Slovenian Research Agency (ARRS), Slovenia 2021

17

- Royal Society Dorothy Hodgkin Fellowships, UK 2021
- European Innovation Council and Small and Medium-sized Enterprises Executive Agency (EISMEA), 2021
- United States-Israel Binational Science Foundation Jerusalem, Israel, 2022
- Slovenian Research Agency (ARRS), 2022
- EIC PATHFINDER OPEN 2022
- Medical Research Council (UK) 2022
- European Research Council (ERC) Consolidator Grants 2022 (external reviewer)
- Slovenian Research Agency (ARRS), Slovenia 2023

**Local / national activities**

| | | |
|---|---|---|
| • | 2004-2005 | Tutor first year bachelor chemistry students |
| • | 2004- | Member Safety Commission LIC |
| • | 2003-2013 | Superbudgetmanager SMC-group |
| • | 2005-2008 | Member of the Faculty Council (Faculteitsraad), Faculty of Mathematics and Natural Sciences |
| • | 2005-2008 | Member of the Institute Council of the Leiden Institute of Chemistry (Instituutsraad LIC) |
| • | 2005- | Member Library Committee (Bibliotheek Cie) |
| • | 2007-2008 | Vice chairman of the Faculty Council (Faculteitsraad), Faculty of Mathematics and Natural Sciences |
| • | 2007 | Member Praktikum Committee |
| • | 2013-to date | Member Exam committee master Chemistry and master Life Science & |
| • | | Technology. |
| • | 2009-to date | Representative of Leiden University within the CMBI-consortium |
| • | 2010-to date | Member Scientific Council (WERA) of the Leiden Institute of Chemistry |
| • | 2011-2014 | Member search committee for six tenure track positions in Chemical |
| • | | Biology (Benoemings Advies Commissie) |
| • | 2010/2013 | Speaker at Leiden University VIDI/ERC Starting Grant information meeting |
| • | 2014-to date | Member Library Committee of the faculty of natural sciences |
| • | 2015-to date | Chair Exam committee master Chemistry |
| • | 2015-to date | Member exam committee master Life Science & Technology |
| • | 2017 | Member "Benoemings Advies Commissie" for the promotion of Dr. v Noort to the rank of full professor at the Physics Institute (LION) |
| • | 2017 | Member China workgroup Faculty of Science representing LIC |
| • | 2019 | Member search committee for two faculty positions (Benoemings Advies Commissie) at LACDR |
| • | 2020 | Member PhD-position committee for LIC |
| • | 2020 | External member in de bevorderingscommissie voor de bevordering van |
| • | | Prof.dr. Giovanni Maglia (RUG) |
| • | 2020 ` | Member "Benoemings Advies Commissie" for the promotion of Dr. D. Claessen |

18

-                              to  the rank of full professor at the Biology Institute (IBL)
- 2021-to date       Member of *Advisory Committee Chemistry of Life.* The Chemistry of Life
-                              advisory committee gives solicited and unsolicited advice to the board of the
-                              NWO Science domain on proposals for new programmes. The committee also
-                              has a monitoring role regarding the progress of ongoing programmes.
- 2022-to date       PhD-committee meetings with LIC-PhD students after 9 months and 3 years

**Publications** [H-index 55, # citations > 9200, average #  > 30]

Corresponding author is denoted with *.

xxx.   F. Lozano Vigario, D. Ostroumov, J.A. Bouwstra, A. Kros, T. Wirth, B. Slütter*. Nasal subunit vaccination with cationic liposomes induces Influenza-specific resident CD8+ T cells in the airways and reduces viral burden upon infection. **2024**, *in preparation for European Journal of Immunology*.

xxx.   W. van Os, D. Schilder, P. van der Helm, J. Passmore, H. Damstra, Y. Zeng, M. Witlox, E. Voest, L. Kapitein and A. Kros.* PLExM: plate insert-facilitated parallel expansion microscopy. **2024**, *in preparation*.

xxx.   D. Bia, A. Van Hal, D. Aschmann, M. Shen, H. Zhang, L. Su, G. Arias-Alpizar, A. Kros, M. Barz,* J. Bussmann.* Deconvolving passive and active targeting of liposomes bearing LDL receptor binding peptides using the zebrafish embryo model. *Small* **2024**, *in revision.*

xxx.   W.L. van Os, L. Wielaert, C. Alter, D. Davidović, R. Šachl, T. Kock, U. Ugueto González, G. Arias-Alpizar, F. Lozano Vigario, R. Knol, R. Kuster, S. Romeijn, N. Lopez Mora, P. Detampel, M. Hof, J. Huwyler, A. Kros.* Lipid conjugate dissociation analysis can improve preclinical- and mechanistic understanding of lipid-based nanomedicine. **2024**, *submitted*.

xxx.   D.J. Kloosterman, J. Erbani, S.M. Handgraaf, M. Ando-Kuri, J. Tessier, L.W.H.G van Mil, M. Mertz, M. Nieuwland, E. Sanchez-Lopez, M. Giera, O. Schilling, K. Petrecca, D. Brandsma, A. Kros and L. Akkari*. Lipid metabolism underlies macrophage-rewired education in mesenchymal GBM to support malignancy. *Cell*, **2024**, *in revision*.

xxx.   P. Papadopoulou, G. Arias-Alpizar, P. Weeda, T. Poppe, N. van Klaveren, T. Slíva, D. Aschmann, W. van Os, Y. Zhang, M.-A. Moradi, N. Sommerdijk, F. Campbell, A. Kros*. Structure-function relationship of phase-separated liposomes containing diacylglycerol analogues. **2024***, in preparation.*

xxx.   E.J. Slapak, M. el Mandili M.S. Ten Brink, A Kros, M.F. Bijlsma, and C.A. Spek. CAPN2-responsive mesoporous silica nanoparticles: A promising nanocarrier for targeted therapy of pancreatic cancer, **2024**, *submitted*.

xxx.   F. Lozano Vigario, I. Simó Vesperinas, M.J.M de Jong, N.S.A. Crone, A. Wezel, H.J. Smeets, R.T.N. Tjokrodirijo, A.H. de Ru, P. van Veelen, P.H. Quax, M.R. de Vries, I. Bot, A. Kros, B. Slütter. Immunopeptidomic analysis of human atherosclerosis plaques identifies antigenic drivers of atherosclerosis. *Cardiovascular Research* **2024**,  *Submitted*.

xxx.   J. Methorst, N. Verwei, C. Hoffmann, P. Chodnickic, R. Sansevrino, H. Wang, N. van Hilten, D. Aschmann, A. Kros, L. Andreas, J. Czub, D. Milovanovic, and H. Jelger Risselada. Physics-Based Evolution of Cholesterol-Attracting Transmembrane Helices: Deciphering Cholesterol Attraction in Native Membrane Proteins. **2024**, *Submitted.*

xxx.   N. Crone. S. Mousumi, N. Saad, D. Wu, G. Ashkenasy* and A. Kros.* Light triggered peptide based enantioselective organocatalytic esterase. **2024**, *in preparation.*

xxx.   G. Zhao, Y. Zeng,* P. Papadopoulou, A. Kros,* and E. Snaar-Jagalska.* CD44-specific peptide-modified LNP-siRNA enhanced the targetability and therapeutic efficacy of breast cancer cells. **2024**, *in preparation.*

189.  D. Aschmann, R. Knol, A. Kros*. Peptide Functionalized Lipid-based Nanoparticles for In vitro and In vivo Drug Delivery. **2024**, Acc.Chem.Res. (invited review), *in revision.*

188.  R. Pattipeiluhu, Y. Zeng, M.M.R.M. Hendrix, I.K. Voets, A. Kros* and T.H. Sharp*. Paracrystalline Inverted Lipid Phases Encapsulating siRNA Enhance Lipid Nanoparticle Mediated Transfection. *Nat.Commun.* **2024**, *in press.*

187.  J. van Strien, D.M.M. Makurat, Y. Zeng, R.C.L. Olsthoorn, G.F. Schneider, B. Slütter, J.A. MacKay, W. Jiskoot, A. Kros.* Non-covalent conjugation of OVA323 to ELP micelles increases immune response. *Biomacromolecules,* **2024**, *25*, 1027–1037.
      https://doi.org/10.1021/acs.biomac.3c01091

186.  O. Escalona, P. Papadopoulou, B. Slütter, A. Kros*. Peptide Functionalized Lipid-based Nanoparticles for In vitro and In vivo Drug Delivery. *Current Opinion in Biotechnology* **2024**, *85,* 103041.
      https://doi.org/10.1016/j.copbio.2023.103041

185.  E.J. Slapak,, M. el Mandili, M.S. Ten Brink, A. Kros, M.F. Bijlsma, and C.A. Spek. Preclinical Assessment of ADAM9-Responsive Mesoporous Silica Nanoparticles for the Treatment of Pancreatic Cancer. *Int. J. Mol. Sci.* **2023**, *24*(13), 10704.
       https://doi.org/10.3390/ijms241310704

184.  O. Escalona-Rayo, Y. Zeng, R. Knol, T. Kock, D. Aschmann, B. Slütter*, A. Kros.* Evaluation of clinically-approved ionizable cationic lipids for lipid nanoparticle-mediated mRNA delivery and T-cell-inducing vaccine efficacy. *Biomedicine & Pharmacotherapy,* **2023**, 165, 115065.
      https://doi.org/10.1016/j.biopha.2023.115065

183.  G. van der Borg, N. Crone, A.L. Boyle, A. Kros, and W.H. Roos. SNARE Mimic Peptide Triggered Membrane Fusion Kinetics Revealed Using Single Particle Techniques. *Phys.Chem.Chem.Phys.* **2023**, *25*, 13019-13026.
      https://doi.org/10.1039/D2CP04448J

182.  P. Papadopoulou, R. van der Pol, N. van Hilten, M. Amin Moradi, M.J. Ferraz, J.M.F.G. Aerts, A. Sevink, H.J. Risselada and A. Kros.* Lipase-mediated selective hydrolysis of lipid droplets in phase separated liposomes. *Adv.Mat.* **2023**, *accepted.*
      https://doi.org/10.1002/adma.202310872
      https://doi.org/10.26434/chemrxiv-2023-9q9wh

181.  Y. Zeng, M. Shen, A. Singhal, G.J.A. Sevink, N. Crone, A.L. Boyle,* and A. Kros.* Enhanced liposomal drug delivery via membrane fusion triggered by dimeric coiled-coil peptides. *Small* **2023**, 2301133*.*
      https://doi.org/10.1002/smll.202301133

180.  Y. Zeng, M. Estapé Senti, M.C.I. Labonia, M.A.D. Brans, I. Dokter, M.H. Fens, A. van Mil, J.P.G. Sluijter, R. Schiffelers, P. Vader,* A. Kros.* Fusogenic coiled-coil peptides enhance lipid nanoparticle-mediated mRNA delivery upon local administration. *ACS Nano* **2023**, *17*, 23466–23477.
      https://doi.org/10.1021/acsnano.3c05341

179.  E.O. Bobylev, R. Knol, S. Mathew, D.A. Poole, B. de Bruin, A. Kros,* J.N.H. Reek.* Kinetically stable rhodamine functionalized $Pt_2L_4$ nano cages: Photophysical studies, anti-cancer activity and in vivo biodistribution. *Chemical Science* **2023**, *14*, 6943-6952.
https://doi.org/10.1039/D3SC01086D

178.  N. Crone, N. van Hilten, A. van der Ham, J. Risselada, A. Kros,* A. Boyle.* Azobenzene-based amino acids for the photocontrol of coiled-coil peptides. *ACS Bioconjugate Chem.* **2023***, 34,* 345−357.
https://doi.org/10.1021/acs.bioconjchem.2c00534

177.  G. Arias-Alpizar, P. Padopoulou, X. Rios, K. Reddy Pulagam, M.-A. Moradi, R. Pattipeiluhu, J. Bussmann, N. Sommerdijk, J. Llop, A. Kros*, F. Campbell. Phase-separated liposomes hijack endogenous lipoprotein transport and metabolism pathways to target subsets of endothelial cells in vivo. *Adv.Healthc.Mat.* **2023**, 2202709.
https://doi.org/10.1002/adhm.202202709

176.  J. van Strien, O. Escalona-Rayo, W. Jiskoot, B. Slütter, A. Kros.* Elastin-like polypeptide-based micelles as a promising platform in nanomedicine. *J.Control.Release* **2023**, *353*, 713-726*.*
https://doi.org/10.1016/j.jconrel.2022.12.033

175.  H. Warmenhoven, R. Leboux, A. Bethanis, J. Van Strien, A. Logiantara, H. Van Schijndel, L. Aglas, L. Van Rijt, B. Slütter, A. Kros, W. Jiskoot, R. van Ree. Cationic liposomes bearing Bet v 1 by coiled coil-formation are hypoallergenic and induce strong immunogenicity in mice. *Frontiers in Allergy* **2023**, *3*, 1092262.
https://doi.org/10.3389/falgy.2022.1092262

174.  E.O. Bobylev, Y. Zeng, K. Weijgertse, E. Koelman, E. Meijer, B. de Bruin, A. Kros*, J.N.H. Reek.* The application of M12L24 nanocages as cell-specific siRNA delivery agents in vitro. *CHEM* **2023**, *9*, 1578–1593.
https://doi.org/10.1016/j.chempr.2023.03.018

173.  Y. Zeng, O. Escalona Rayo, R. Knol, B. Slütter and A. Kros.* Lipid nanoparticle-based mRNA candidates elicit potent T cell immune responses. *Biomater. Sci.* **2023**, *11*, 964-974.
https://doi.org/10.1039/D2BM01581A

172.  Y. Zeng, M.J. Shen, R. Pattipeiluhu, X. Zhou, T. Bakkum, T.H. Sharp, A.L. Boyle, A. Kros*. Efficient mRNA delivery using fusogenic coiled-coil peptides. *Nanoscale*, **2023**, *15*, 15206-15218.
https://doi.org/10.1039/D3NR02175K

171.  X.-Q. Zhou, P. Wang, V. Ramu, S. Jiang, X. Li, S. Abyar, P. Papadopoulou, Y. Shao, M.A. Siegler, F. Buda, A. Kros, W. Sun, S. Bonnet. In vivo metallophilic self-assembly of a light-activated anticancer drug. *Nat.Chem.* **2023**, 15, 980–987
https://doi.org/10.1038/s41557-023-01199-w

170.  J. van Strien, H. Warmenhoven, A. Logiantara, M. Makurat, L. Aglas, A. Bethanis, R. Leboux, L. van Rijt, A. Mackay, H. van Schijndel, G. Schneider, R. Olsthoorn, W. Jiskoot, R. van Ree, A. Kros*. 1Bet v 1-displaying elastin-like polypeptide nanoparticles induce a strong humoral and weak CD4+ T-cell response against Bet v 1 in a murine immunogenicity model. *Front. Immunol.* **2022**, *13*, 1006776.
https://doi.org/10.3389/fimmu.2022.1006776

169.  C.C. James, D. Wu ,E.O. Bobylev, A. Kros, B. de Bruin, J.N.H. Reek. Protection of a Gold Catalyst by a Supramolecular Cage for Application in Living Cells. *ChemCatChem* **2022**, e202200942.
https://doi.org/10.1002/cctc.202200942

168.  R. Pattipeiluhu, G. Arias-Alpizar, G. Basha, J. Bussmann, T.H. Sharp, M.A. Moradi, P.R. Cullis, A. Kros, D. Witzigmann F. Campbell. Anionic lipid nanoparticles preferentially deliver mRNA to the hepatic reticuloendothelial system. *Adv.Mater.* **2022** *34*, 2201095.
https://doi.org/10.1002/adma.202201095
This work was highlighted by Merck/Wiley/AvantiLipids in the Expert insight handbook *Lipidomics Volume 3*, **2023**: https://content.knowledgehub.wiley.com/lipidomics-volume-3/

167.  R. Kapteijn, S. Shitut, D. Aschmann, L. Zhang, A. Akiva, M. de Beer, R. Roverts, D. Daviran, G.P. van Wezel, A. Kros, D. Claessen. Endocytosis-like DNA uptake by cell wall-deficient bacteria reveals a putative ancient macromolecule uptake mechanism. *Nat.Commun.* **2022**, *13*, 5524.
https://doi.org/10.1038/s41467-022-33054-w

166.  E.A. Egorova, G.E.M. Lammers, F. Abdolahpur Monikh, A.L. Boyle, B. Slütter, A. Kros*. Gold nanoparticles decorated with ovalbumin-derived epitopes: effect of shape and size on T-cell immune responses. *RSC Adv.* **2022**, *12*, 19703 – 19716.
https://doi.org/10.1039/D2RA03027F

165.  E.A. Egorova, G. Arias-Alpizar, R.C. Vlieg, G.S. Gooris, J.A. Bouwstra, J. van Noort, A. Kros,* and A.L. Boyle*. Coating Gold Nanorods with Self-Assembling Peptide Amphiphiles Promotes Stability and Facilitates in vivo Two-Photon Imaging. *J.MaterChem.B.* **2022**, *10*, 1612 - 1622.
https://doi.org/10.1039/D2TB00073C

164.  Xi. Zhang, T. Liu, A. Boyle, A. Bahreman, Q. Jing, R. Kieltyka, A. Kros, G.F. Schneider, W. Fu. Dielectric-Modulated Biosensing with Ultrahigh-Frequency Operated Graphene Field-Effect Transistors. *Adv.Mater.* **2022**, 2106666.
https://doi.org/10.1002/adma.202106666

163.  F. Lozano Vigario, N.A. Nagy, M.H. The, R. Sparrius, J.A. Bouwstra, A. Kros, W. Jiskoot, E.C. de Jong, B. Slütter. The use of a staggered herringbone micromixer for the preparation of rigid liposomal formulations allows efficient encapsulation of antigen and adjuvant. *J.Pharm.Res.* **2022**, *111*, 1050-1057.
https://doi.org/10.1016/j.xphs.2022.01.029

162.  Y. Xie, P. Papadopoulou, B. de Wit, J.C. d'Engelbronner, P. van Hage, A. Kros, M.J.M. Schaaf. Two Types of Liposomal Formulations Improve the Therapeutic Ratio of Prednisolone Phosphate in a Zebrafish Model for Inflammation. *Cells* **2022**, 11, 671.
https://doi.org/10.3390/cells11040671

161.  S. Shitut , M.J. Shen, B. Claushuis, R.J.E. Derks, M. Giera, D. Rozen, D. Claessen and A. Kros*. Generating heterokaryotic cells via bacterial cell-cell fusion. *Microbiology Spectrum* **2022**, *10,* e0169322.
https://doi.org/10.1128/spectrum.01693-22

160.  G.A. Daudey, M. Shen, A. Singhal, P. van der Est, G.J.A. Sevink, A.L. Boyle, and A. Kros*. Liposome fusion with orthogonal coiled coil peptides as fusogens: The efficacy of roleplaying peptides *Chemical Science* **2021**, *12*, 13782 - 13792.
https://doi.org/10.1039/D0SC06635D

159.  F. Zhang, Y Zhang, L. Kong, H. Luo, Y. Zhang, E. Mäkilä, J Salonen, J.T. Hirvonen, Y. Zhu, Y. Cheng, L. Deng, H. Zhang, A. Kros, W. Cui, and H.A. Santos. Multistage Signal Interactive Nanoparticles Improves Tumor Targeting Through Efficient Nanoparticle–Cell Communications. *Cell Reports*, **2021**, *35*, 109131.
https://doi.org/10.1016/j.celrep.2021.109131

158. E.J. Slapak, L. Kong, M. el Mandili, R. Nieuwland, A. Kros, M.F. Bijlsma, C.A. Spek. ADAM9-Responsive Mesoporous Silica Nanoparticles for Targeted Drug Delivery in Pancreatic Cancer. *Cancers* **2021**, 13, 3321.
    https://doi.org/10.3390/cancers13133321

157. H. Zhang, W. van Os, X. Tian, G. Zu, L. Ribovski, R. Bron, J. Bussmann, A. Kros, Y. Liu, I. Zuhorn. Development of curcumin-loaded zein nanoparticles for transport across the blood-brain barrier and inhibition of glioblastoma cell growth. *Biomaterials Science*, **2021,** *9*, 7092-7103.
    https://doi.org/10.1039/D0BM01536A

156. M.J. Shen, R.L.C. Olsthoorn, Y. Zeng, T. Bakkum, A. Kros,* A.L. Boyle.* Magnetic-activated Cell Sorting using Coiled-coil Peptides: an Alternative Strategy for Isolating Cells with High Efficiency and Specificity. *ACS Appl. Mater. Interfaces* **2021,** *13, 11621-11630*.
    https://doi.org/10.1021/acsami.0c22185

155. E.A. Egorova, G.S. Gooris, J.A. Bouwstra, A. Kros*, A.L. Boyle*. Self-assembly of thiolated versus non-thiolated peptide amphiphiles. *Peptide Science* **2021,** *113*, e24236.
    https://doi.org/10.1002/pep2.24236

154. R.J.T. Leboux, P. Schipper, T.M.M. van Capel, L. Kong, K. van der Maaden, A. Kros, W. Jiskoot, E.C. de Jong, J. Bouwstra. Antigen uptake after intradermal microinjection depends on antigen nature and formulation, but not on injection depth. *Frontiers in Allergy* **2021,** *2*, 642788.
    https://doi.org/10.3389/falgy.2021.642788

153. G. Arias-Alpizar, B. Koch, N.M. Hamelmann, M.A. Neustrup, J.M.J. Paulusse, W. Jiskoot, A. Kros, J. Bussmann. Stabilin-1 is required for the endothelial clearance of small anionic nanoparticles. *Nanomed.* **2021,** *34*, 102395.
    https://doi.org/10.1016/j.nano.2021.102395

152. X.-Q. Zhou, W. Sun, P. Wang, V. Ramu, S. Jiang, S. Abyar, P. Papadopoulou, Y. Shao, M.A. Siegler, F. Buda, J. Fan, X. Peng, A. Kros, S. Bonnet*. Intracellular dynamic assembly of deep-red emitting supramolecular nanostructures based on the Pt…Pt metallophilic interaction. *Adv.Mat.* **2021,** *33*, 2008613.
    https://doi.org/10.1002/adma.202008613

151. R.J.T. Leboux, N. Benne, W.A. van Os, J. Bussmann, A. Kros, W. Jiskoot, B.A. Slütter. High-affinity antigen association to cationic liposomes via coiled coil-forming peptides induces a strong antigen-specific CD4+ T-cell response. *European Journal of Pharmaceutics and Biopharmaceutics* **2021** *158* (2021), 96–105. Chosen by the editors for the **Best Paper Award 2021.**
    https://doi.org/10.1016/j.ejpb.2020.11.005

150. E.A. Golysheva, A.L. Boyle, B. Biondi, P. Ruzza, A. Kros, J. Raap, C. Toniolo, F. Formaggio, S.A. Dzuba. Probing the E/K peptide coiled-coil assembly by double electron-electron resonance and circular dichroism. *Biochemistry* **2021,** 60, 19-31.
    https://doi.org/10.1021/acs.biochem.0c00773

149. S. Shitut*, G. Bergman, A. Kros, D. Rozen, D. Claessen. Use of permanent wall-deficient cells as a system for the discovery of new-to-nature metabolites. *Microorganisms* **2020** *8,* 1897.

148. H. Arjmandi-Tash, L.M.C. Lima, L. Belyaeva, T. Mukhina, G. Fragneto, A. Kros, T. Charitat, G. Schneider. Encapsulation of graphene in the hydrophobic core of a lipid bilayer. *Langmuir* **2020** *36,* 14478-14482.

147. P.M.G. van Deursen, V. Tudor, A. Kros, G.F. Schneider. Patent application "Methods for fabricating and locating thin film liquid cells" **2020**, application number PCT/EP2020/087551. United States Patent Application 20230025535 Kind Code: A1

146. G. Arias-Alpizar, L. Kong, R. Vlieg, A. Rabe, P. Papadopoulou, M.S. Meijer, S. Bonnet, S. Vogel, J. van Noort, A. Kros* and Frederick Campbell*. Light-triggered switching of liposome surface charge directs the intracellular delivery of membrane impermeable payloads in vivo. *Nature Communications* **2020**, *11*, 3638.
https://doi.org/10.1038/s41467-020-17360-9

145. R. Pattipeiluhu, S. Crielaard, I. Klein-Schiphorst, B.I. Florea, A. Kros* and F. Campbell*. Unbiased identification of the liposome protein corona using photoaffinity based chemoproteomics. *ACS Central Science* **2020**, *6*, 535-545.
https://doi.org/10.1021/acscentsci.9b01222

144. N.S.A. Crone, A. Kros* and A.L. Boyle*. Modulation of coiled-coil binding strength and fusogenicity through peptide stapling. *Bioconj. Chem.* **2020**, *31*, 834-843.

143. X.-Q. Zhou, M. Xiao, J. Hilgendorf, X. Lib, P. Papadopoulou, M.A. Siegler, A. Kros, W. Sun and S. Bonnet. The self-assembly of a cyclometalated palladium photosensitizer into proteins-stabilized nanorods triggered drug uptake in vitro and in vivo. *J.Am.Chem.Soc.* **2020**, *142*, 10383-10399 .

142. E.A. Egorova, M.M.J. van Rijt, N.A.J.M. Sommerdijk, G.S. Gooris, J.A. Bouwstra, A.L. Boyle, and A. Kros*. One peptide for them all? Gold nanoparticles of different sizes are stabilized by a common peptide amphiphile, *ACS Nano* **2020**, *14*, 5874-5886.
https://doi.org/10.1021/acsnano.0c01021

141. N. Benne, R. Martins Cardoso, A.L. Boyle, A. Kros, W. Jiskoot, J. Kuiper, J. Bouwstra, M. Van Eck, B. Slütter. Complement Receptor Targeted Liposomes Encapsulating the Liver X Receptor Agonist GW3965 Accumulate in and Stabilize Atherosclerotic Plaques, *Adv.Healthc.Mater.*, **2020**, *9*, 2000043.

140. L. Kong, E. Dawkins, F. Campbell, E. Winkler, R.J.E. Derks, M. Giera, F. Kamp, H. Steiner and A. Kros*. Photo-controlled delivery of very long chain fatty acids to cell membranes and modulation of membrane protein function, *BBA Biomembranes*, **2020**, *1862*, 183200.

139. K.M. Bąk, BJ van Kolck, A. Kros,* and M.J. Chmielewski*. Oxyanion Transport across Lipid Bilayers: Direct Measurements in Large and Giant Unilamellar Vesicles, *Chem.Commun.* **2020**, *56,* 4910-4913.

138. V Saez Talens, G. Arias Alpizar, J. Bussmann, A. Kros*, R.E. Kieltyka*. Shape-dependent distribution of squaramide-based supramolecular polymer nanoparticles in zebrafish embryos. Biomacromolecules, **2020**, *21,* 1060-1068.

137. L. Kong, Q. Chen, F. Campbell, E. Snaar-Jagalska and A. Kros*. Light triggered, cancer cell-specific liposome fusion and drug delivery *in vivo*. *Adv.Healthc.Mat.* **2020**, 1901489.
https://doi.org/10.1002/adhm.201901489

136. N.L. Mora, A.L. Boyle, B.J. van Kolck, A. Rossen, Š. Pokorná, A. Koukalová, R. Šachl, M. Hof and A. Kros*. Controlled liposomal membrane fusion triggered by fusogenic coiled-coil peptides assessed by simultaneous dual-color time-lapsed fluorescence microscopy. *Sci.Rep.* **2020**, *10*, 3087.

135. P.M.G. van Deursen, R.I. Koning, V. Tudor, M.A. Moradi, J.P. Patterson, A. Kros, N.A.J.M. Sommerdijk, A.J. Koster, G.F. Schneider. Graphene liquid cells assembled through loop-assisted transfer method and located with correlated light-electron microscopy. *Adv.Funct.Mater.*, **2020**, *30*, 1904468.

134. A.L. Boyle, M. Rabe, N.S.A. Crone, G.G. Rhys, N. Soler, P. Voskamp, N.S. Pannu, and A. Kros. Selective coordination of three transition metal ions within a coiled-coil peptide scaffold. *Chemical Science* **2019**, *10*, 7456-7465.

133. M.M.J. van Rijt, A. Ciaffoni, A. Ianiro, M.A. Moradi, A.L. Boyle, A. Kros, H. Friedrich¸ N.A.J.M. Sommerdijk and J.P. Patterson. Designing stable, hierarchical peptide fibers from block co polypeptide sequences. *Chemical Science* **2019**, *10,* 9001-9008*.*

132. G.A. Daudey, C. Schwieger, M. Rabe, A. Kros*. Influence of membrane-fusogen distance on the secondary structure of fusogenic coiled coil peptides. *Langmuir* **2019**, *35*, 5501-5508.

131. T.H. Sharp, A.L. Boyle, C.A. Diebolder, A. Kros, A.J. Koster and P. Gros. 4IgM-mediated complement activation visualized by cryo-ET of IgM-C1-C4b on membranes. *Proc.Nat.Acad.Sci.* **2019**, *116*, 11900-11905.

130. L. Kong, F. Campbell and A. Kros*. DePEGylation strategies to increase cancer nanomedicine efficacy. *Nanoscale Horizons*, **2019**, *4*, 378-387.

129. S. Sieber, P. Grossen, J. Bussmann, F. Campbell, A. Kros, D. Witzigmann, J. Huwyler. The Zebrafish as a Preclinical In Vivo Screening Model for the Design and Optimization of Nanomedicines. *Adv.Drug.Del.Rev.* **2019**, *151-152*, 152-168.

128. A. Koukalová, Š. Pokorná, A.L. Boyle, N. Lopez Mora, A. Kros, M. Hof and R. Šachl. Distinct Roles of SNARE-mimicking Lipopeptides during Initial Steps of Membrane Fusion. *Nanoscale* **2018**, *10*, 19064 – 19073.

127. G. Du, L. Woythe, K. van der Maaden, M. Leone, S. Romeijn, A. Kros, G. Kersten, W. Jiskoot, J.A. Bouwstra. Coated and Hollow Microneedle-Mediated Intradermal Immunization in Mice with Diphtheria Toxoid Loaded Mesoporous Silica Nanoparticles. *Pharmaceutical Research* **2018,** *35*, 189.

126. S.H.C. Askes, N. Bossert, J. Bussmann, V. Saez Talens, R. Kieltyka, A. Kros, S. Bonnet, and D. Heinrich. Dynamics of dual-fluorescent polymersomes with durable integrity in living cancer cells and zebrafish embryos. *Biomaterials* **2018**, *168*, 54-63.

125. F. Zhang, L. Kong, D. Liu, W. Li, E. Mäkilä, A. Correia, R. Lindgren, J. Salonen, J.J. Hirvonen, H. Zhang, A. Kros*, H.A. Santos*. Sequential Antifouling Surface for Efficient Modulation of the Nanoparticle-Cell Interactions in Protein-Rich Environment. *Advanced Therapeutics* **2018**, *1*, 1800013.

124. J. Tu, J. Bussmann, G. Du, Y. Gao, J.A. Bouwstra, A. Kros*. Lipid Bilayer-Coated Mesoporous Silica Nanoparticles Carrying Bovine Hemoglobin as an Erythrocyte Mimic. *Int. J. Pharmaceutics* **2018**, *543*, 169-178.

123. J. Yang, Z. Meng, Q. Liu, Y. Shimada, R.C.L. Olsthoorn, H. Spaink, A. Herrmann* and A. Kros*. Performing DNA Nanotechnology Operations on a Zebrafish. *Chemical Science,* **2018***, 9, 7271 – 7276.*

122. N. Crone, D. Minnee, A. Kros, A. Boyle. Peptide-mediated liposome fusion: The effect of anchor positioning. *Int. J. Mol. Sci.* **2018**, *19*, 211.

121. G.S. Gooris, M. Kamran, A. Kros, D.J. Moore and J.A. Bouwstra. Interactions of dipalmitoyl phosphatidyl choline with skin lipids. *Biochim Biophys Acta-Biomembranes.* **2018**, *1860*, 1272-1281.

120. P. Kumar, M. van Son, T. Zheng, J. Raap, A. Kros and M. Huber. *Coiled-coil Formation of the Membrane-Fusion K/E Peptides Viewed by Electron Paramagnetic Resonance.* PLOS One, **2018**, *13*, Article Number: e0191197.

119. Selective blood vessel deletion using liposomal drug delivery. J. Bussmann, S. Sieber, E. van Rooijen, F.L. Bos, H. Zope, J. Shih, L.I. Zone, J. Huwyler, A. Kros,* and F. Campbell*. *ACS Nano* **2018**, *12*, 2138–2150.

-Chosen by ACS Nano editorial board as "*ACS Editors' choice*".

-Highlighted in C2W https://www.c2w.nl/nieuws/zebravis-speelt-voor-menselijke-lever/item19690.

-A perspective article was written in ACS Nano to highlight this work: https://pubs.acs.org/doi/pdfplus/10.1021/acsnano.8b00141

118. G.A. Daudey, H.R. Zope, J. Voskuhl, A.L. Boyle*, Alexander Kros*. Insight as to the mechanism of peptide mediated fusion of liposomes by varying spacer length. *Langmuir* **2017**, *33,* 12443-12452.

117. L. Kong, D. Poulcharidis, G.F. Schneider, F. Campbell, A. Kros*. Photocaged, doxorubicin pro-drug micelles for controlled drug release. *Int. J. Mol. Sci.* **2017**, *18*, 2033.

116. G. Du, R.M. Hathout, M. Nasr, M.R. Nejadnik, J. Tu, R.I. Koning, A.J. Koster, B. Slütter, A. Kros, W. Jiskoot, J.A. Bouwstra, J. Mönkäre. Intradermal vaccination with hollow microneedles: a comparative study of various protein antigen and adjuvant encapsulated nanoparticles. *J.Control.Rel.* **2017**, *266*, 109–118.

115. J. Yang,  J. Tu, G.E.M. Lamers, R.C.L. Olsthoorn and A. Kros*. Membrane Fusion Mediated Intracellular Delivery of Lipid Bilayer Coated Mesoporous Silica Nanoparticles. *Adv.Healthc.Mat.* **2017**, *6,* 1700759.

114. N. Lopez Mora,* Y. Gao, M.G. Gutierrez, J. Peruzzi, I. Bakker, R.J.R.W. Peters, B. Siewert, S. Bonnet, R.E. Kieltyka,* J.C.M. van Hest, N. Malmstadt and A. Kros. Evaluation of dextran(ethylene glycol) hydrogel films for giant unilamellar vesicle production and their application for the encapsulation of polymersomes. N *Soft Matter* **2017**, *13*, 5580 - 5588.

113. W.E.M. Noteborn, Y. Gao , W. Jesse, A. Kros, R.E. Kieltyka. Dual-Crosslinked Human Serum Albumin Polymer Hydrogels for Affinity-Based Drug Delivery. *Macromolecular Materials and Engineering* **2017**, *302*, Article Number: 1700243.

112. D. Poulcharidis, K. Belfor, A. Kros* and S.I. van Kasteren*. A Flow Cytometry Assay to Quantify Intercellular Exchange of Membrane Components. *Chem.Sci.* **2017**, *8*, 5585-5590.

111. Z. Meng, J. Yang, Q. Liu, J.W. de Vries, A. Gruszka, A. Rodríguez-Pulido, B.J. Crielaard, A. Kros*, A. Herrmann*. Efficient fusion of liposomes by quadruple-anchored DNA. *Chem.Eur.J.* **2017**, *23*, 9391-9396.

110. J Tu, G. Du, M.R. Nejadnik, J. Mönkäre, K. van der Maaden, P.H.H. Bomans, N.A.J.M. Sommerdijk, W. Jiskoot, J.A. Bouwstra, A. Kros* . Mesoporous silica nanoparticle-coated microneedles for intradermal delivery of ovalbumin. *Pharm.Res.* **2017**, *34*, 1693-1706*.*

109. R.C. Stan, A. Kros, N. Akkilic, N.J. Sanghamitra, J. Appel. Direct wiring of the azurin redox center to gold electrodes investigated by protein film voltammetry. *Journal of Electroanalytical Chemistry*. **2017**, 787, 14-18.

108. W.E.M. Noteborn, D.N.H. Zwagerman, V. Saez Talens, C. Maity, L. van der Mee, J.M. Poolman, S. Mytnyk, J.H. van Esch, A. Kros, R. Eelkema, R.E. Kieltyka*. Crosslinker-induced effects on the gelation pathway of a low molecular weight hydrogel. *Adv. Mater.* **2017,** 1603769.

107. J.J.M. Lenders, L.A. Bawazer, D.C. Green, H.R. Zope, P.H.H. Bomans, G. de With, A. Kros, F.C. Meldrum, and N.A.J.M. Sommerdijk. Combinatorial Evolution of Biomimetic Magnetite Nanoparticles. *Adv.Funct.Mat.* **2017**, *27*, 1604863.

106. J. Tu, A.L. Boyle, H. Friedrich, P.H.H. Bomans, J. Bussmann, N.A.J.M. Sommerdijk, W. Jiskoot, A. Kros*. Mesoporous Silica Nanoparticles with Large Pores for the Encapsulation and Release of Proteins. *ACS Appl. Mater. Interfaces,* **2016***, 8*, 32211–32219.

105. M. Rabe*, C. Aisenbrey, K. Pluhackova, V. de Wert, A. Boyle, D. Bruggeman, S.A. Kirsch, R.A. Böckmann, A. Kros, J. Raap, and B. Bechinger. Fusogenic peptides shaping the membranes of docked vesicles, studied by fluorescence spectroscopy, solid state NMR, and MD simulations. *Biophys. J.* **2016**, *111*, 2162-2175.

104. L.M.C. Lima, W. Fu, L. Jiang, A. Kros and G.F. Schneider*. Graphene on a lipid monolayer: Structure and properties. *Nanoscale* **2016**, *8*, 18646-18653.

103. J. Yang, A. Bahreman, G. Daudey, J. Bussmann, R.C.L. Olsthoorn* and Alexander Kros*. Drug delivery via cell membrane fusion using lipopeptide modified liposomes. *ACS Central Science* **2016**, *2*, 621–630.
https://doi.org/10.1021/acscentsci.6b00172

102. J. Yang, Y. Shimada, R.C.L. Olsthoorn,  B.E. Snaar-Jagalska, H.P. Spaink and A. Kros*. Application of Coiled Coil Peptides in Liposomal Anti-Cancer Drug Delivery using a Zebrafish Xenograft Model**.** *ACS Nano,* **2016**, *10*, 7428–7435.

101. S.H.C. Askes, W. Pomp, S.L. Hopkins, A. Kros, S. Wu, T. Schmidt, and S. Bonnet*. Imaging with upconverting polymersomes in cancer cells: anti-oxidants brighten triplet-triplet annihilation upconversion. *Small* **2016**, *12*, 5579-5590.

100. E. Oude Blenke, J. van den Dikkenberg, B. van Kolck, A. Kros, E. Mastrobattista. Coiled coil interactions for the targeting of liposomes for nucleic acid delivery. *Nanoscale* **2016**, *8*, 8955-8965.

99. R. Stan, A. Kros, J. Appel, N.J. Sanghamitra. Probing the Active Site of an Azurin Mutant Hot-Wired to Gold Electrodes. *J. Phys. Chem. Part C.* **2016**, *120 (14)*, 7639–7645.

98. F. Savic, T.T. Kliesch, S. Verbeek, C. Bao, J. Thiart, J. Enderlein, A. Kros, B. Geil, A. Janshoff. Characterization of membrane geometries in a 2D fusion assay by analysis of FRAP experiments. *Biophys. J.* **2016**, *110*, 2216-2228.

97. T. Zheng, M. Bulacu, G. Daudey, F. Versluis, J. Voskuhl, G. Martelli, J. Raap, G.J.A. Sevink, A. Kros, and A.L. Boyle*. A non-zipper-like tetrameric coiled coil promotes membrane fusion. *RSC Advances* **2016**, *6,* 7990-7998.

96. N. Lopez Mora, A. Bahreman, H. Valkenier, H. Li, T.H. Sharp, D.N. Sheppard, A.P. Davis and A. Kros*. Targeted anion transporter delivery by coiled-coil driven membrane fusion. *Chemical Science* **2016**, 7, 1768 - 1772.

95. L. Kong, S.H.C. Askes, S. Bonnet, A. Kros* and F. Campbell*. Temporal Control of Membrane Fusion through Photolabile PEGylation of Liposome Membranes. *Angew.Chem. Int. Ed.* **2016**, 55, 1396-1400.

94. M. Rabe, H.R. Zope and **A. Kros***. The interplay between lipid interaction and homo-coiling of membrane tethered coiled-coil peptides. *Langmuir* **2015**, *31*, 9953-9964.

93. L.L.G. Schwenen, R. Hubrich, B. Geil, J. Yang, **A. Kros**, D. Milovanovic, R. Jahn, C. Steinem. Detecting single SNARE-mediated fusion events in planar pore-spanning membranes. *Scientific Reports.* **2015**, *5*, Article number: 12006.

92. S.H.C. Askes, N. López Mora, R. Harkes, R.I. Koning, B. Koster, T. Schmidt, **A. Kros**, S. Bonnet. Imaging the lipid bilayer of giant unilamellar vesicles using red-to-blue light upconversion. *Chem. Commun.* **2015**, *51*, 9137-9140.

91. R.C. Stan, **A. Kros**, N. Akkilic, J. Appel and N.J.M. Sanghamitra. Conductance switching and organization of two structurally related molecular wires on gold. *Langmuir*, **2015**, *31, 953-958.*

90. J.J.M. Lenders, H.R. Zope, A. Yamagishi, P.H.H. Bomans, A. Arakaki, **A. Kros**, G. de With, and N.A.J.M. Sommerdijk*. Bioinspired Magnetite Crystallization Directed by Random Copolypeptides. *Adv. Func. Mater.* **2015**, *25*, 711 -719.

89. M. Rabe, A. Boyle, H. Zope, F. Versluis and **A. Kros***. Determination of Oligomeric States of Peptide Complexes Using Thermal Unfolding Curves. *Biopolymers*, **2015**, *104*, 65–72.

88. H. Valkenier, N. López Mora, **A. Kros,**\* and A.P. Davis*. Visualisation and quantification of transmembrane ion transport into giant unilamellar vesicles. *Angew. Chem. Int. Ed. Eng.* **2015**, *54*, 2137–2141.

87. T. Zheng, A. Boyle, H. Robson Marsden, J. Raap and **A. Kros***. Probing coiled-coil assembly by paramagnetic NMR spectroscopy. *Org. Biomol. Chem.* **2015**, *13*, 1159 – 1168.


86. F. Versluis, J. Voskuhl, J. Vos, H. Friedrich, B.J. Ravoo, P.H.H. Bomans, M.C.A. Stuart, N.A.J.M. Sommerdijk* and **A. Kros***. Mixing it up: in situ formation of hybrid nanoparticles. *Soft* Matter, **2014**, *10,* 9746-9751.

85. V. Dmitrovic, J.J.M. Lenders, H. Zope, G. de With, **A. Kros***, and NA.J.M. Sommerdijk*. Polymeric Mineralization Control Agents: A Library of Random Poly(amino acid)s by Solid Phase Synthesis. *Biomacromolecules,* **2014**, *15 (10),* 3687–3695.

84. M. Rabe, C. Schwieger, H.R. Zope, F. Versluis, A. Blume and **A. Kros***. Interactions of Fusiogenic coiled coil forming Peptides and Lipopeptides with Lipid Monolayers (and Implications for Lipopeptide Mediated Vesicle Fusion). *Langmuir* **2014**, *30*, 7724–7735.

83. Y. Gao, R. Kieltyka, B. Norder, and **A. Kros***. Thiolated Human Serum Albumin Crosslinked Dextran Hydrogel for Controlled Release. *Soft Matter, **2014**, 10, 4869 – 4874.*

82. H. Robson Marsden, **A. Kros***. Functional Frontiers: Engineering Biomimetic Interfaces. *Invited review* for RSC Specialist Periodical Reports (SPR) Book series on Synthetic Biology, Editors - Luc Brunsveld, Max Ryadnov and Hiro Suga. *Vol 1*. **2014**, *1*, 253–274.

81. A. Bahreman, M. Rabe, **A. Kros**, G. Bruylants, S. Bonnet. Binding of a ruthenium complex to a thioether ligand embedded in a negatively charged lipid bilayer: a two-step mechanism. *Chem. Eur. J.* **2014**, *20*, 7429–7438.

80. S.A. van den Berg, J. Tu, K. Sliedregt-Bol, **A. Kros**, T. Wennekes,* and H. Zuilhof. Functionalization of Mesoporous Silica via 1,ω-Alkenes and Thiol-Ene Click Chemistry. *Adv. Mater. Interfaces,* **2014**, *1, 1300061.*

79. S. Cavalli*, M. Overhand and **A. Kros**. β-Sheet folding induced by peptide-liposome conjugation via copper(I)-catalyzed [3+2] azide-alkyne cycloaddition. *ChemPlusChem,* **2014***, 79,* 564–568.

78. N. López Mora,  J.S. Hansen,  Y. Gao, A.A. Ronald, R. Kieltyka,  N. Malmstadt, and  **A. Kros,**\* Efficient giant vesicle formation under physiological conditions. *Chem. Commun.* **2014,** *50 (16),* 1953 - 1955.

77. H. Zope, C. Barnier Quer, P.H.H. Bomans, N.A.J.M. Sommerdijk **A. Kros***, W. Jiskoot*. Peptide amphiphile nanoparticles enhance the immune response against a CpG adjuvanted influenza antigen. *Adv. Healthc. Mater.* **2014**, *3*, 343–348.

76.   H.R. Zope, F. Versluis, A. Ordas, J. Voskuhl, H.P. Spaink and **A. Kros\***. *In vitro* and *In vivo* supramolecular biomembrane engineering using a lipidated coiled-coil motif. *Angew. Chem. Int. Ed. Eng.* **2013**, *52(52)*, 14247-14251.

75.   G. Martelli, H. Zope, M. Bròvia Capell and **A. Kros**\*. Coiled-coil peptide motifs as thermoresponsive valves for mesoporous silica nanoparticles. *Chemical Communications*, **2013**, *49*, 9932-9934.

74.   C. Barnier Quer, A. Elsharkawy, S. Romeijn, A. Kros, W. Jiskoot. Adjuvant effect of cationic liposomes for subunit influenza vaccine: influence of antigen loading method, bilayer composition and immune modulators. *Pharmaceutics **2013**. 5,* 392-410.

73.   K. V. D. Maaden, H. Yu, K. Sliedregt, R. Zwier, R. Leboux, M. Oguri, A. Kros, W. Jiskoot and J. Bouwstra. Nanolayered chemical modification of silicon surfaces with ionizable surface groups for pH-triggered protein adsorption and release: application to microneedles. *J. Mater. Chem. B: Materials for Biology and Medicine*, **2013**, 1(35), 4466-4477.

72.   F. Versluis, J. Dominguez, J. Voskuhl and **A. Kros\***. Coiled coil driven membrane fusion: zipper-like vs. non-zipper-like peptide orientation. *Faraday Discuss*., **2013**, *166*, 349–359.

71.   F. Versluis, J. Voskuhl, B. van Kolck, H. Zope, M. Bremmer, T. Albregtse and **A. Kros\***. Induced membrane fusion through in situ modification of plain liposomes with lipidated coiled coil forming peptides. *J. Am. Chem. Soc.* **2013**, *135*, 8057–8062.

70.   P. Nadrah,F. Porta, O. Planinšek, A. Kros, M. Gaberšček\*. Poly(propylene imine) dendrimer caps on mesoporous silica nanoparticles for redox-responsive release: smaller is better. *PhysChemChemPhys* **2013**, *15*, 10519-10536.

69.   H. Robson Marsden, A.V. Korobko, T. Zheng, J. Voskuhl, **A. Kros\***. Controlled liposome fusion mediated by SNARE protein mimics. *Biomater. Sci., **2013**, 1 (10),* 1046 – 1054.

68.   T. Zheng, J. Voskuhl, F. Versluis, H.R. Zope, I. Tomatsu, H. Robson Marsden, and **A. Kros\***. Controlling the rate of coiled coil driven membrane fusion. *Chemical Communications*, **2013**, 49, 3649-3651.

67.   F. Porta and **A. Kros\***. Colloidosomes as single implantable beads for the in vivo delivery of hydrophobic drugs. *Particles & Particle Systems Characterization,* **2013**, *30*, 606–613.

66.   F. Porta, J. Morrahyim, G.E.M. Lamers, C. Barnier Querc, N. Gaggero, A. Chatzopoulou, M. Schaaf, H. den Dulk, C. Backendorf, J.I. Zink and **A. Kros\***. Folic acid modified mesoporous silica nanoparticles for targeted drug delivery. *Advanced Healthcare Materials* **2013**, 2, 281-286.


65.   J. Voskuhl, C. Wendeln, F. Versluis, E. Fritz, O. Roling, H. Zope, C. Schulz, S. Rinnen, H.F. Arlinghaus, B.J. Ravoo\* and **A. Kros\***. Immobilisation of Liposomes and Vesicles on Patterned Surfaces via a Peptide Coiled-coil Binding Motif. *Angew. Chem. Int. Ed. Eng.* **2012**, 51, 12616–12620.

64.   C. Barnier Quer, A. Elsharkawy, S. Romeijn, A. Kros, W. Jiskoot. Cationic liposomes as adjuvants for influenza hemagglutinin: more than charge alone. *Eur. J. Pharm. Biopharmaceutics,* **2012,** *81(2),* 294-302.

63.   J. Groen, D. Deamer, A. Kros and P. Ehrenfreund. Polycyclic aromatic hydrocarbons as plausible prebiotic cholesterol analogues. *Origins of Life and Evolution of Biospheres*. **2012**, *42*, 295-306.

62.   A.S. Schenk, H. Zope, Y. Kim, A. Kros, N.A.J.M. Sommerdijk, and Fiona C. Meldrum. Polymer-Induced Liquid Precursor (PILP) Phases of Calcium Carbonate Formed in the Presence of Synthetic Acidic Polypeptides – Relevance to Biomineralization. *Faraday Discussions*, **2012**, *159,* 327-344.

61.   K. van der Maaden, K. Sliedregt, A. Kros, W. Jiskoot, J. Bouwstra. Fluorescent nanoparticle adhesion assay: a novel method for surface pKa determination of self-assembled monolayers on silicon surfaces. *Langmuir*, **2012**, *28*, 3403-3411.

60.    F. Versluis, J. Voskuhl, I. Tomatsu, B.J. Ravoo, **A. Kros\***. Power struggles between and among cyclodextrin vesicles and oligopeptides. *Soft Matter*, **2012**, *8* (33), 8770 – 8777.

59.    F. Sharif, F. Porta, A.H. Meijer, A. Kros, M.K. Richardson. Mesoporous silica nanoparticles as a compound delivery system in zebrafish embryos. *Int. J. Nanomedicine*, **2012**, *2012:7*, 1875 - 1890.

58.    I. Tomatsu, H. Robson Marsden, M. Rabe, F. Versluis, T. Zheng, H. Zope and **A. Kros\***. Influence of pegylation on peptide-mediated liposome fusion. *J. Mater. Chem.* **2011**, *21*, 18927–18933. Chosen as a hot article by the journal.

57.    I. Tomatsu, K. Peng and **A. Kros\***. Photoresponsive hydrogels for biomedical applications Advanced Drug Delivery Reviews., **2011**, *63*, 1157-1166.

56.    C. Barnier Quer, H. Robson Marsden, S. Romeijn, H. Zope, **A. Kros** and W. Jiskoot\*. Polymersomes enhance the immunogenicity of influenza subunit vaccine. *Polym. Chem.* **2011**, *2*, 1482-1485.

55.    F. Porta, G.E.M. Lamers, J.I. Zink, **A. Kros\***. Peptide modified mesoporous silica nanocontainers. *Phys. Chem. Chem. Phys.* **2011**, *13*, 9982-9985.

54.    K. Peng, I. Tomatsu, B. van den Broek, C. Cui, A.V. Korobko, J. van Noort, A.H. Meijer, H.P. Spaink and **A. Kros\***. Dextran based photodegradable hydrogels formed via a Michael addition. *Soft Matter*, **2011**, *7*, 4881-4887.

53.    H. Robson Marsden, C. Barnier Quer, W. Jiskoot and **A. Kros\***. Supramolecular triblock copolymers controlled by the coiled-coil motif: A new tool for drug delivery. *J. Control. Rel.* **2010**, *148*, E110-E111.

52.    H. Robson Marsden, I. Tomatsu and **A. Kros\***. Model systems for Membrane fusion. Chem. Soc. Rev. **2011**, *40*, 1572-1585.

51.    H. Robson Marsden, L. Gabrielli, and **A. Kros\***. Rapid Preparation of Polymersomes by a Water Addition – Solvent Evaporation Method. *Polymer Chemistry* **2010**, *1*, 1512-1518.

50.    H. Robson Marsden, J.G.E.M. Fraaije and **A. Kros\***. Introducing Quadrupole Interactions to the Peptide Design Toolkit. *Angew. Chem. Int. Ed.* **2010**, 49, 8570-8572.

49.    K. Peng, C. Cui, I. Tomatsu, A.H. Meijer, H.P. Spaink and **A. Kros\***. Cyclodextrin/dextran based drug carriers for a controlled release of hydrophobic drugs in zebrafish embryos. *Soft Matter*, **2010**, 6, 3778–3783.

48.    K. Peng, I. Tomatsu and **A. Kros\***. Light controlled protein release from a supramolecular hydrogel. *Chem. Commun.* **2010**, 46, 4094 – 4096.

47.    H. Robson Marsden, F. Versluis and **A. Kros\***. Power struggles in peptide-amphiphile nanostructures. *Chemical Society Reviews.* **2010**, *39*, 3434-3444.

46.    J. Davis, B. Peters, W. Xi, J. Appel, A. Kros, T. Aartsma, R. Stan, G. Canters, Large amplitude conductance gating in a wired redox molecule. *The Journal of Physical Chemistry Letters*, **2010**, 1, 1541-1546.

45.    H. Robson Marsden, C. Barnier Quer, E.Y. Sanchez, W. Jiskoot, and A. Kros. Detergent Aided Polymersome *Biomacromolecules* **2010**, *11,* 833–838.

44    H. Robson-Marsden, J.W. Handgraaf, N.A.J.M. Sommerdijk, **A. Kros\***. Combining Solid-Phase Peptide Synthesis with Ring Opening Polymerization: Synthesis and Self-Assembly of Poly(γ-benzyl L-glutamate)-block-Coiled Coil Peptide Copolymers, *J. Am. Chem. Soc.* **2010**, *132*, 2370–2377.

43.    S. Cavalli, F. Albericio and **A. Kros\***. Amphiphilic Peptides: the Blocks Bridging all Science Disciplines. An Overview of their Applications from Chemistry to Biology, Medicine, Materials Science, and Engineering. *Chemical Society Reviews,* **2010**, *39*, 241-263

42.   *K*. Peng, I. Tomatsu, A.V. Korobko, and **A. Kros***. Rapid in Situ Forming Cross-linked Dextran/β-cyclodextrin Hydrogels for the Delivery of Hydrophobic Drugs. *Soft Matter* **2010**, 6, 85-87.

41.   H. Robson Marsden and **A. Kros***. Coiled coil self-assembly in synthetic-biology space: inspiration and progress. *Angewandte Chemie Int. Ed.* **2010**, *49*, 2988-3005.

40.   F. Versluis, I. Tomatsu, S. Kehr, C. Fregonese, M.C.A. Stuart, B.J. Ravoo*, R.I. Koning and **A. Kros***. Shape and release control of a vesicle through the pH sensitive secondary structure transition of a non-covalently bound oligopeptide. *J. Am. Chem. Soc.* **2009**, *131*, 13186–13187.

39.   H. Robson Marsden and **A. Kros***. Polymer-Peptide Block Copolymers - An Overview and Assessment of Synthesis Methods. *Macromol. Biosci. 2009*, 9, 939-951.

38.   H. Robson Marsden, N.A. Elbers, P.H.H. Bomans, N.A.J.M. Sommerdijk, and **A. Kros***. A Reduced SNARE Model for Membrane Fusion. *Angewandte Chemie Int. Ed.* **2009**, *48*, 2330–2333.

37.   H. Robson Marsden, A.V. Korobko, E.N.M. van Leeuwen, N.A.J.M. Sommerdijk, **A. Kros***. Coiled-coil peptide mediated self-assembly of amphiphilic  supramolecular polymers. *J. Am. Chem. Soc.* **2008**, 130, 9386–9393.

36.   S.A. Brittijn, S.J. Duivesteijn, W. Bitter, J.D. de Bruin, D. Champagne, E. Cuppen, G. Flik, R. Janssen, I.M. de Jong, R. de Kloet, A. Kros, A.H. Meijer, A.M. van der Sar, M.J.M. Schaaf, S. Schulte-Merker, H.P. Spaink, P.P. Tak, C.M. Vandenbroucke-Grauls, M.J. Vervoordeldonk, F.F. Vonk, F. Witte, and M.K. Richardson.Zebrafish Developmental Patterning: New Tools for Medical Research. *Int. J. Dev. Biol.* **2009**, *53*, 835-850.

35.   S. Cavalli, **A. Kros***. Scope and Applications of amphiphilic alkyl- and lipopeptides. *Advanced Materials.* **2008**. *20*, 627–631.

34.   H. Robson Marsden, A.V. Korobko, E.N.M. van Leeuwen, N.A.J.M. Sommerdijk and A. Kros*. Amphiphilic Supramolecular Polymers Based on Coiled-Coil Peptide Mediated Self-Assembly. *Polymeric Materials: Science and Engineering* **2007**, *96,* 765-766.

33.   S. Cavalli, M. Overhand, **A. Kros***. The Chemical modification of liposome surfaces via a copper-mediated [3+2] azide-alkyne cycloaddition monitored by a colorimetric assay. *Chem. Commun*. **2006**, 3193 – 3195.

32.   S. Cavalli, D.C. Popescu, E.E. Tellers, M. Overhand, H. Rapaport, N.A.J.M. Sommerdijk and **A. Kros***. Beta–sheet lipopeptide monolayers as an ordered template for the mineralization  of Calcite. Importance of adaptability. *Polymeric Materials: Science & Engineering* **2006**, *94,*    577.

31.   **A. Kros,*** W. Jesse, G.A. Metselaar and J.J.L.M. Cornelissen. Rod-Rod Hybrid Poly(γ-benzyl-  L-glutamate)-co-Poly(isocyanide) Block Copolymers. Synthesis and Self-Assembly. *Polymer Preprints,* **2006**, *231*, 48.

30.   S. Cavalli, D.C. Popescu, E.E. Tellers, M. Overhand, N.A.J.M. Sommerdijk, H. Rapaport and    **A. Kros**[*] Two-Dimensional Ordered β–Sheet lipopeptide Monolayers. *J.Am.Chem.Soc.* **2006**. *128*, 13959-13966.

29.   N.A. J. M. Sommerdijk, D.C. Popescu, S. Cavalli, A. Kros. On the role of Template Adaptability in the Biomimetic Formation of CaCO3. Self-organizing Monolayers of beta-Sheet forming Peptides. *In: Biomineralization: from Paleontology to Materials Science Proceedings of the 9th International Symposium on Biomineralization*, (Eds.) J.L. Arias, M.S. Fernandez, **2007**, 495-508.

28.   S. Cavalli, D.C. Popescu, E.E. Tellers, M.R.J. Vos, B.P. Pichon, M. Overhand, H. Rapaport, N.A.J.M. Sommerdijk, A. Kros*. Self-organizing β-sheet lipopeptide monolayers as template  for the mineralization of $CaCO_3$. *Angewandte Chemie Int. Ed.* **2006**. *45*, 739-744.

27.   **A. Kros\***, W. Jesse, G.A. Metselaar, J.J.L.M. Cornelissen. Synthesis and Self-Assembly of Rod-Rod Hybrid Poly(γ-benzyl-L-glutamate)-co-Poly(isocyanide) Block Copolymers.   *Angewandte Chemie Int. Ed.* **2005**, *44*, 4349-4352.

26.   S. Cavalli, E.E. Tellers, M. Overhand, K. Kjaer, V. Vaiser, H. Rapaport* and **A. Kros***, Two-dimensional ordered β–sheet lipopeptide monolayers. *Hasylab Annual Report*, **2005**.

25.   S. Cavalli, D. Popescu, E. Tellers, M. Overhand, N. Sommerdijk, **A.Kros**\*. Beta-sheet forming lipopeptides as templates for the mineralization of CaCO₃. *Polymer Preprints* **2005**, *46*, 118-119.

24.   **A. Kros\***; N.A.J.M. Sommerdijk; R.J.M. Nolte. Poly(pyrrole) versus Poly(3,4-ethylenedioxythiophene). Implications for Biosensor Applications. *Sensors and Actuators B, Chemical* **2005**, *106*, 289-295.

23.   J.G.E.M. Fraaije; C.A. van Sluis; **A. Kros**; A.V. Zvelindovsky; G.J.A. Sevink. Design of  chimaeric polymersomes. *Faraday Discussions* **2004**, *128*, 355-361.

22.   **A. Kros\***; J.G. Linhardt; H.K. Bowman; D.A. Tirrell. From Giant vesicles to filaments and wires: templates for conducting polymers. *Adv. Mater.* **2004**, *16*, 723-727.

21.   D.M. Vriezema, **A. Kros**, R. de Gelder, J.J.L.M. Cornelissen, A.E. Rowan, R.J.M. Nolte. Electroformed Giant Vesicles from Thiophene Containing Rod-Coil Diblock Copolymers. *Macromolecules* **2004**, *37*, 4736.

20.   D.M. Vriezema, **A. Kros**, J. Hoogboom, A.E. Rowan, R.J.M. Nolte. Functional aggregates by  self-assembly of thiophene containing diblock copolymers. *Polymer Preprints* **2004**, *45*, 749.

19.   **A. Kros**\*. Synthesis and self-assembly of polybutadiene-b-peptides. *Polymer Preprints* **2004**, *45*, 752-753.

18.   S. Cavalli; M. Overhand; J.G.E.M. Fraaije; **A. Kros**\*. Self-assembling amphiphilic block-co-polymers. *Polymeric Materials: Science and Engineering*, **2003**, *88*, 404-405.

17.   **A. Kros**; N.A.J.M. Sommerdijk, R.J.M. Nolte. Conducting polymers with confined dimensions: Track-etch membranes for amperometric biosensor applications. *Advanced Materials*, **2002**, *14*, 1779-1782.

16.   **A. Kros**; N.A.J.M. Sommerdijk; R.J.M. Nolte. PEDOT-based copolymers for biosensor applications. *J. Polymer Science; Part A; Polymer Chemistry*, **2002**, *40*, 738-747

15.   **A. Kros**; S.W.F.M. van Hövell; N.A.J.M. Sommerdijk, R.J.M. Nolte. Track-etch based glucose biosensor; Influence of electrostatic interactions. *Adv. Materials*, **2001**, *13*, 1555-1557.

14.   M. Gerritsen; **A. Kros**; S.W.F.M. van Hövell; D. Vriezema; B. van der Gaag; J.A. Lutterman;   R.J.M. Nolte; J.A. Janssen. The influence of the cellular reaction on the performance of implantable glucose sensors. *Journal of Biomedical Materials Research*, **2001**, *54*, 69-75.

13.   **A. Kros**\*; J.G. Linhardt; D.A. Tirrell. Giant vesicles as templates for the polymerization of pyrrole. Toward nanoscale nanoscale conducting networks. *Polymeric Materials: Science and Engineering*, **2001**, *84*, 513.

12.   **A. Kros**; M. Gerritsen; J. Murk; J.A. Janssen; R.J.M. Nolte. Biocompatible polystyrenes containing pendant tetra(ethylene glycol) and phosphorylcholine groups. *Journal of Polymer Science: Part A: Polymer Chemistry*, **2001**, *39*, 468-474.

11.   M. Gerritsen; **A. Kros**; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. Subcutaneous glucose kinetics studied with a percutaneous device as carrier of an implantable amperometric glucose sensor. *Journal of Materials Science; Materials in Medicine*, **2001**, *12*, 129-134.

10.   **A. Kros**, J.A. Jansen, S.J. Holder, R.J.M. Nolte, N.A.J.M. Sommerdijk. Silane-based hybrids for biomedical applications. *J. Adhesion Sci. Technology*, **2002**. *16*, 143-155.

9.    **A. Kros**; M. Gerritsen; V.S.I. Sprakel; J.A. Janssen; R.J.M. Nolte. Biocompatibility of sol-gel matrices as biocoatings for implantable glucose sensors. *Sensors and Actuators B Chemical*, **2001**, *81*, 68-75.

8.    **A. Kros**\*; D.A. Tirrell. From giant vesicles to filaments and wires: polymers for micro- and nanoelectronics. *Polymeric Materials: Science and Engineering* **2001**, *85*, 621.

7.    **A. Kros**; S.W.F.M. van Hövell; N.A.J.M. Sommerdijk; R.J.M. Nolte. A printable glucose sensor based on a polypyrrole-latex hybrid material. *Sensors and Actuators B Chemical*, **2001**, *80*, 229-233.

6.    M. Gerritsen; **A. Kros**; V.S.I. Sprakel; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. Biocompatibility evaluation of sol-gel coatings for subcutaneously implantable glucose sensors. *Biomaterials*, **2000**, *21*, 71-78.

5.    **A. Kros**; S.W.F.M. van Hövell; R.J.M. Nolte. Third generation polyethylene dioxythiophene (pedot) based glucose sensor. *Preprints of extended abstracts; 217th ACS National Meeting Anaheim*. **1999**, *39*, 1-2.

4.    M. Gerritsen; **A. Kros**; V.S.I. Sprakel; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. Development of a sol-gel biocoating for subcutaneously implantable glucose sensors. *Hormone and Metabolic Research*. **1998**, *30*, a12.

3.    M. Gerritsen; **A. Kros**; J. Lutterman; R.J.M. Nolte; J.A. Janssen. Performance of subcutaneously implanted glucose sensors: a review. *Journal of Investigative Surgery*. **1998**, *11*, 163-174.

2.    J.N.H. Reek; **A. Kros**; R.J.M. Nolte. Novel water-soluble molecular clips. Toward nanostructures with controlled shape. *Chemical Communications*. **1996**, 245-246.

1.    **A. Kros**\*, Amperometric Biosensors Based on Conducting Nanotubes, *PhD Thesis University of Nijmegen, The Netherlands*, **2000**.

**Patent applications**

2019:        Drug delivery vectors targeting the BBB. WO2019083365A1

2020:        Fabricating thin Film Liquid Cells. United States Patent Application **2023**0025535 Kind Code:A1

2022:        Immunotherapeutic compositions and adjuvants. 11-05-**2022**, P335688NL/JKR

2022:        IMPROVEMENTS IN OR RELATING TO GEL EXPANSION OF A BIOLOGICAL SAMPLE FOR EXPANSION MICROSCOPY. 14-12-2022, LEIDM/P81787GB.

2023:        Targeting macrophages with lipid formulations. 07-11-2023, P099572EP

Joint Claim Construction Brief

# EXHIBIT 63

Dictionary of
**Science**



Constable & Robinson Ltd
3 The Lanchesters
162 Fulham Palace Road
London W6 9ER
www.constablerobinson.com

This edition published by Magpie Books,
an imprint of Constable & Robinson Ltd, and Grange Books 2005

The text of this book was originally published by Oxford University Press as
*Oxford Dictionary of Science* © Market House Books Ltd 1984, 1991, 1996, 1999,
2003 reprinted here by arrangement with Oxford University Press.

All rights reserved. This book is sold subject to the condition that it shall not,
by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated
in any form of binding or cover other than that in which it is published and
without a similar condition including this condition being imposed on the
subsequent purchaser.

A copy of the British Library Cataloguing in Publication Data
is available from the British Library

ISBN 1 84529 286 3

Printed and bound in the European Union

moved in the same direction as the molten zone moves, and vice versa.

**zoogeography** The study of the geographical distributions of animals. The earth can be divided into several zoogeographical regions separated by natural barriers, such as oceans, deserts, and mountain ranges. The characteristics of the fauna of each region are believed to depend particularly on the process of *continental drift and the stage of evolution reached when the various land masses became isolated. For example Australia, which has been isolated since Cretaceous times, has the most primitive native mammalian fauna, consisting solely of marsupials and monotremes. *See also* Wallace's line.

**zoology** The scientific study of animals, including their anatomy, physiology, biochemistry, genetics, ecology, evolution, and behaviour.

**zooplankton** The animal component of *plankton. All major animal phyla are represented in zooplankton, as adults, larvae, or eggs; some are just visible to the naked eye but most cannot be seen without magnification. Near the surface of the sea there may be many thousands of such animals per cubic metre.

**zoospore** A spore that possesses one or more flagella and is therefore motile. Released from a sporangium (called a *zoosporangium*), zoospores are produced by many algae and certain other protoctists, such as the potato blight (*Phytophthora infestans*).

**zwitterion (ampholyte ion)** An ion that has a positive and negative charge on the same group of atoms. Zwitterions can be formed from compounds that contain both acid groups and basic groups in their molecules. For example, aminoethanoic acid (the amino acid glycine) has the formula $H_2N.CH_2.COOH$. However, under neutral conditions, it exists in the different form of the zwitterion $^+H_3N.CH_2.COO^-$, which can be regarded as having been produced by an internal neutralization reaction (transfer of a proton from the carboxyl group to the amino group). Aminoethanoic acid, as a consequence, has some properties characteristic of ionic compounds; e.g. a high melting point and solubility in water. In acid solutions, the positive ion $^+H_3NCH_2COOH$ is formed. In basic solutions, the negative ion $H_2NCH_2COO^-$ predominates. The name comes from the German *zwei*, two.

**zygomorphy** *See* bilateral symmetry.

**Zygomycota** A phylum of saprotrophic or parasitic fungi that includes the bread mould (*Mucor*). Their hyphae lack cross walls and they can reproduce asexually by sporangiospores formed within a *sporangium or sexually by means of *zygospores.

**zygospore** A zygote with a thick resistant wall, formed by some algae and fungi (*see* Zygomycota). It results from the fusion of two gametes, neither of which is retained by the parent in any specialized sex organ (such as an oogonium). It enters a resting phase before germination. *Compare* oospore.

**zygote** A fertilized female *gamete: the product of the fusion of the nucleus of the ovum or ovule with the nucleus of the sperm or pollen grain. *See* fertilization.

**zygotene** The second phase of the first *prophase of meiosis, in which *pairing (synapsis) of homologous chromosomes takes place. Intimate contact is made between identical regions of homologues, in a process involving proteins and DNA organized to form a *synaptonemal complex*.

**zymogen** Any inactive enzyme precursor that, following secretion, is chemically altered to the active form of the enzyme. For example, the protein-digesting enzyme *trypsin is secreted by the pancreas as the zymogen trypsinogen. This is changed in the small intestine by the action of another enzyme, enterokinase, to the active form.

Joint Claim Construction Brief

# EXHIBIT 64

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 22-336-CFC |
| v. | ) ) | (CONSOLIDATED) |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### REPLY DECLARATION OF KATHRYN WHITEHEAD, PH.D. IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION

Date: March 5, 2024

Kathryn A. Whitehead, Ph.D.

i

## TABLE OF CONTENTS

Page

I.      INTRODUCTION ................................................................................. 1

II.     QUALIFICATIONS, EXPERIENCE, AND MATERIALS REVIEWED ................. 2

III.    SUMMARY OF OPINIONS ................................................................ 3

IV.     APPLICABLE LEGAL STANDARDS ................................................... 3

V.      PERSON OF ORDINARY SKILL IN THE ART ..................................... 4

VI.     TECHNICAL BACKGROUND ........................................................... 4

VII.    THE ASSERTED PATENTS ............................................................... 4

VIII.   OPINIONS ..................................................................................... 4

        A.   Dr. Kros's General References Do Not Relate to Cationic Lipids. ...................... 7

        B.   Dr. Kros's Newly Found References Do Not Redefine a POSA's
             Understanding of "Head Group." ............................................................. 9

             1.   Srilakshmi (2002) ......................................................... 10

             2.   Martin (2005) ............................................................... 11

             3.   WO '380 (2006) ............................................................ 14

             4.   Anderson (2008) ........................................................... 17

             5.   Whitehead (2011) .......................................................... 19

             6.   Ramirez-Gordillo (2011) ............................................... 21

IX.     OPINIONS ................................................................................... 22

X.      CONCLUSION .............................................................................. 24

I, Kathryn Whitehead, Ph.D., have personal knowledge of the matters stated herein and, if called upon to testify as to those matters, I can competently do so.

## I.    INTRODUCTION

1.    I submit this expert declaration on behalf of Pfizer, Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, and BioNTech Manufacturing GmbH (collectively, "Defendants"). I previously submitted my Expert Declaration in Support of Defendants' Claim Construction (D.I. 125, Ex. 18) (hereinafter "Opening Declaration") and incorporate and refer to various aspects of that declaration herein.

2.    I have been asked to review the opinions set forth and the issues raised in the Reply Expert Declaration of Dr. Alexander Kros, dated February 14, 2024 ("Kros Reply Declaration"), and respond to certain opinions offered therein regarding the meaning or construction of the term "head group" in U.S. Patent Nos. 11,590,229 (the "'229 Patent"); 11,633,479 (the "'479 Patent"); 11,633,480 (the "'480 Patent"); and 11,612,657 (the "'657 Patent") (collectively, the "Asserted Patents").

3.    If asked to testify, I expect to testify about the matters and opinions set forth in my Opening Declaration and this declaration, including but not limited to: my background, qualifications, and experience; the knowledge and level of skill of a person of ordinary skill in the art ("POSA") as of the alleged earliest priority date; a technical background, including the state of relevant art; my understanding of the

pertinent legal standards; and the meaning of the claim term "head group" in light of the intrinsic record of the Asserted Patents, and relevant extrinsic evidence.

4.      My opinions in this declaration are based upon the information I have received so far.  I reserve the right to supplement or modify my opinions or this declaration in light of additional information provided by the parties and/or the Court, to respond to opinions/arguments made by the parties or their witnesses, to testify in rebuttal to any opinions offered by expert(s) testifying on behalf of Plaintiff, to address issues that may arise at the Claim Construction Hearing, or in order to clarify the information provided herein.

5.      I also reserve the right to convey my opinions using demonstrative exhibits at a Claim Construction Hearing to assist in explaining my testimony. I have not yet created the demonstrative exhibits I expect to use, but they will likely include diagrams, presentations, videos, animations, still images, or call-outs to illustrate or explain the opinions described in this declaration. In addition, I may use the materials cited in this declaration to assist me in preparing demonstratives.

## II.      QUALIFICATIONS, EXPERIENCE, AND MATERIALS REVIEWED

6.      My qualifications and experience are summarized in Section II of my Opening Declaration, which I incorporate herein by reference, as well as my *curriculum vitae* (D.I. 125-1, Appendix 1).

7.     The opinions expressed in this declaration are based on my personal knowledge and experience in the field of lipid nanoparticle technology and drug delivery. I have also reviewed the Asserted Patents, the parties' identification of extrinsic evidence, the parties' proposed constructions, the Declarations of Dr. Kros and the materials cited therein, and the materials cited in this declaration. A complete list of the materials I reviewed is attached as Appendix 1.

### III.    SUMMARY OF OPINIONS

8.     After reviewing Dr. Kros's Declarations and hearing his testimony at the January 4, 2024 hearing, it remains my opinion that a POSA as of the 2011 priority date for the Asserted Patents would understand the claim term "head group"—in view of the relevant evidence—to mean "a group that may be protonated."

9.     It further remains my opinion that Plaintiff's proposed construction for the claim term "head group," i.e., "a portion of the lipid molecule that is less hydrophobic than the hydrophobic tails," is not the plain and ordinary meaning of the term as of the priority date.

### IV.    APPLICABLE LEGAL STANDARDS

10.     The legal standards I understand are relevant to claim construction are summarized in Section IV of my Opening Declaration, which is incorporated herein by reference.

3

## V.    PERSON OF ORDINARY SKILL IN THE ART

11.    The qualifications of a POSA are summarized in Section V of my Opening Declaration, which is incorporated herein by reference.

## VI.    TECHNICAL BACKGROUND

12.    I incorporate by reference my discussion of the technical background of the field related to cationic lipids for nucleic acid delivery and lipid nanoparticles (LNPs) as of the priority date, which is contained in Section VI of my Opening Declaration.

## VII.    THE ASSERTED PATENTS

13.    I understand that Plaintiff is asserting infringement of certain claims of the four Asserted Patents, which share a substantially similar specification disclosure to the two patents at issue in my Opening Declaration, including as it relates to the claim term "head group."

14.    As such, my discussion of the patents' specification in my Opening Declaration (Section VII) applies equally here and is incorporated herein by reference.

## VIII.    OPINIONS

15.    My understanding of the parties' competing constructions for "head group" are set forth below:

| TERM | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION |
|---|---|---|
| "head group" | Ordinary and customary meaning, which is "a portion of the lipid molecule that is less hydrophobic than the hydrophobic tails" | "a group that may be protonated" |

16.    As an initial matter, Dr. Kros suggests in his Declaration that Defendants' proposed construction for "head group," i.e., "a group that may be protonated," excludes the possibility of the central moiety also being a group that may be protonated.  Kros Reply Decl. ¶¶ 17, 24.  This is not true.  Defendants' construction requires only that the head group of a cationic lipid may be protonated, whether or not the central moiety also includes a site of protonation.  *See* Jan. 4, 2024, Hrg. Tr. at 105:10-107:19 (Dr. Kros agreeing that the only two examples in the patents showing nitrogen-containing central moieties ('933 patent at 16:53-18:40) were consistent with Defendants' construction).  Dr. Kros incorrectly reads an exclusion into Defendants' construction that isn't required.

17.    Dr. Kros also mischaracterizes Defendants' construction as not bounded by pH at all, "no matter how acidic."  Kros Reply Decl. ¶ 16.  This is not an accurate description of Defendants' construction or my opinions.  As I explained in my Opening Declaration, "[a]s of the priority date, it was understood that the $pK_a$ of a cationic lipid is determined *primarily* by the lipid's protonatable head group."

5

Opening Decl. ¶ 34 (emphasis added). The court's construction of "cationic lipid" requires the lipid be positively charged or "protonated at physiological pH," D.I. 109, and I explained in my Opening Declaration how the $pK_a$ of a cationic lipid "is *also* affected by the other components of the lipid, like the linker or central moiety and the composition of the tails." Opening Decl. ¶ 34 (emphasis added). In my opinion, it would accordingly be inappropriate to limit "head group" to only protonatable groups that are themselves protonatable at physiological pH, as doing so would ignore how the other components of the lipid can affect the cationic lipid's $pK_a$.

18.    I also understood that Dr. Kros and I agreed that in the context of the relevant technology, protonation must occur within a biologically relevant pH range. *See, e.g.*, Kros Reply Decl. ¶ 15 ("[P]rotonatabilty is . . . assessed at a pH relevant to the particular system."); Whitehead Opening Decl. ¶ 27 (explaining the process of protonation in the body). For this additional reason, Dr. Kros is mistaken to suggest Defendants' construction is completely unbounded by pH, as groups which would only be protonated in very acidic conditions are considered by POSAs to be "non-protonatable in the biological context." Kros Opening Decl. ¶ 58, n. 16. Dr. Kros admits that a "POSA does not typically consider such groups (hydroxyl or methoxy) to be protonatable in the context of the patented cationic lipids formulated

into lipid particles carrying nucleic acids (e.g. RNA) for therapeutic purposes." Kros Opening Decl. ¶ 66, n. 19.

**A. Dr. Kros's General References Do Not Relate to Cationic Lipids.**

19.    Dr. Kros relies on general references such as an encyclopedia and an undergraduate-level textbook to support his position that the plain and ordinary meaning of "head group" of a cationic lipid is "a portion of the lipid molecule that is less hydrophobic than the hydrophobic tails."  Kros Opening Decl. ¶¶ 34-42; Kros Reply Decl. ¶ 18.  These references include high-level background discussions of other types of lipids generally, not cationic lipids; indeed, the heading for the portion of the encyclopedia figure that Kros originally cited is "generic simplified description," focusing on naturally occurring lipids.  However, neither reference includes a discussion of cationic lipids, let alone the "head group" of a cationic lipid. To understand the state-of-the-art regarding non-natural lipids (e.g., cationic lipids), a POSA as of the priority date would not look to or rely on such general references to find the definition of "head group" for a cationic lipid.  Instead, a POSA seeking the plain and ordinary meaning of "head group" of a cationic lipid would examine primary literature in the field of drug delivery, such as peer-reviewed journal articles.  *See* Jan. 4, 2024, Hrg. Tr. at 21:21-24:16 (Whitehead).

20.    For example, the undergraduate-level textbook Dr. Kros relies on, Molecular Biology of the Cell (5th Ed.) (JCCB Ex. 8), describes the chemical

components of the cell in the chapter Dr. Kros provided.  Nowhere in this chapter are cationic lipids discussed.  Instead, the reference discusses phospholipids, steroids such as cholesterol, and other common, naturally occurring lipids.  While the chapter Dr. Kros relies on includes a small section about lipid bilayers (JCCB Ex. 8, at 620-22), it does not discuss cationic lipids or their head groups.  Accordingly, a POSA would not look to and rely on this reference if trying to determine the definition of the "head group" of a cationic lipid.

21.    Dr. Kros's reliance on the Encyclopedia Brittanica is inapt for the same reasons.  (JCCB Ex. 7.)  This excerpt provided by Dr. Kros from the encyclopedia, which is for the entry titled "lipid," does not discuss or mention cationic lipids.  Additionally, Dr. Kros's criticism of Defendants' discussion of the encyclopedia misses the mark.  Kros Reply Decl. ¶ 19.  As shown in the left panel of the figure below from Dr. Kros's declaration and the encyclopedia, it is the head group of the phospholipid that contains the charges (pink shade), which is consistent with Defendants' construction.



*Id.* In any event, a POSA would not look to this reference to find the definition of the "head group" of a cationic lipid as it only discusses other types of lipids.

## B. Dr. Kros's Newly Found References Do Not Redefine a POSA's Understanding of "Head Group."

22.    First, I understand that the relevant issue here is the plain and ordinary meaning of the term "head group" of a cationic lipid as of 2011.  The plain and ordinary meaning of "head group" of a cationic lipid as of 2011 is most consistent with Defendants' proposed construction: "a group that may be protonated." Dr. Kros points to certain structures in a handful of newly found references to rebut this, but these structures and the references in which they appear do not support his or Plaintiff's position.  This is because none of the references on which Dr. Kros

relies ever state that the head group of a cationic lipid is not positively charged.  To the contrary, each reference supports Defendants' construction that the head group is "a group that may be protonated."

**1. Srilakshmi (2002)**

23.    Dr. Kros relies on a paper by Gollapudi Srilakshmi et al. published in 2002.  (JCCB Ex. 54); Kros Reply Decl. ¶¶ 22-23.  Dr. Kros states that Srilakshmi "taught a POSA that cationic lipids could have a permanent positive charge in the central moiety position that interacts with nucleic acids and a headgroup that is not protonatable at physiological pH."  Kros Reply Decl. ¶ 23.  I disagree. Considering the paper as a whole, Srilakshmi supports Defendants' construction, demonstrating that POSAs understood a cationic lipid's "head group" to be positively charged or protonatable.  Moreover, this paper does not state or teach that a cationic lipid head group is not positively charged, as Dr. Kros suggests.

24.    Srilakshmi uses the term "head group" to refer to the portion of the disclosed cationic lipids that has the positive charge.  For example, Srilakshmi describes the lipids that Dr. Kros relies on, DOMHAC and DOHEMAB, as having "cationic head groups:"

> Recently, we reported four efficient non-glycerol based non-toxic monocationic transfection lipids namely, DHDEAB, MOOHAC, *DOMHAC* and *DOHEMAB* [13], in which aliphatic hydrocarbon tails containing 16 or more carbon atoms were covalently linked to the *cationic head groups* either directly or via an ester group linker.

Srilakshmi at 88 (JCCB Ex. 54) (emphasis added).

25.    Other parts of Srilakshmi also teach that head groups of cationic lipids are positively charged.  In describing cationic lipid interaction with nucleic acids, Srilakshmi states: "The conformational flexibility/rigidity of a transfection lipid as well as *optimal contact between* **the cationic head group** *and the negatively charged phosphate of the DNA* in lipoplexes are likely to be modulated by the linker functionality present in the molecular architecture of the transfection lipid." Srilakshmi at 92 (emphasis added).

26.    This discussion is representative of the state of the art at the time. Srilakshmi describes the head group of a cationic lipid as positively charged or protonatable.  The structures Dr. Kros points to in Srilakshmi are consistent with this point, as the paper itself describes the positively charged regions of those structures as the cationic head group, as described above.

27.    Thus, Srilakshmi reinforces that a POSA's general understanding of a cationic lipid's head group was a group which is positively charged or protonatable.

**2.  Martin (2005)**

28.    Dr. Kros relies on an article published by B. Martin et al. from 2005. (JCCB Ex. 55); Kros Reply Decl. ¶ 24.  Interestingly, Dr. Kros admits that Martin "did teach that generally cationic lipids had positively charged head groups." *Id.*  In the introduction, Martin states: "In this forward looking review, we aim to outline

the recent progress in cationic lipid-mediated gene delivery by considering the lipids at the molecular level in terms of their three fundamental constituent parts: **the cationic head group**, hydrophobic domain, and connecting linker." Martin at 375 (emphasis added). Similarly, Martin further states, in a section titled "***Basic Structural Features of any Cationic Lipid:***"

> A cationic lipid is a positively charged amphiphile, which generally contains the three following structural domains: i) a hydrophilic ***headgroup which is positively charged***, . . .

Martin at 378 (emphasis added). Nowhere in Martin do the authors state that the head group of a cationic lipid is defined as anything other than the group with the positive charge.

29.    Much like the disclosure in Tang that I discussed in my Opening Declaration (JCCB Ex. 20; Opening Decl. ¶ 28), and Ramirez-Gordillo that I discuss below, these disclosures in Martin regarding "any cationic lipid" confirm the POSA understood the plain and ordinary meaning of head group to be the part of the cationic lipid that had a positive charge.

30.    Dr. Kros relies on compounds in Fig. 6, which appear in a section titled "Cationic Headgroup Design." Martin at 378. But Martin titles each of Figures 5 and 6: "Incorporation of hydroxyethyl groups into ***the cationic headgroup***."



**Fig. (6).** Incorporation of hydroxyethyl groups into the cationic headgroup, part B.

Martin at Fig. 6. Dr. Kros cites to compounds in Figure 6 to suggest that Martin "teaches a POSA that cationic lipids can have the site of protonation in the central moiety." Kros Reply Decl. ¶ 24. Dr. Kros ignores that the reference itself characterizes each of these compounds as having a "cationic headgroup," and thus the authors clearly did not consider the positively charged nitrogen to be the central moiety.

31.     Thus, similar to Srilakshmi, Martin also uses the term "head group" to refer to the portion with the positive charge, which is how the POSA would have understood the head group of a cationic lipid.

### 3.   WO '380 (2006)

32.     Dr. Kros relies on WO 2006/138380 ("WO '380"). (JCCB Ex. 56); Kros Reply Decl. ¶¶ 25-28.  Dr. Kros first argues that the work of two of the named inventors, Daniel Anderson and Robert Langer, would have been well-known to POSAs at the time of its publication because they were industry leaders.  I agree that Drs. Anderson and Langer were, and still are, leaders in the field and persons of extraordinary skill.  However, I disagree with the overall point Dr. Kros is trying to make—that POSAs would have "been well aware" of WO patent publications.  Kros Reply Decl. ¶ 25.  During this time period, and still today, a POSA in the field of drug delivery and cationic lipid development would not have looked to patent publications if trying to determine the definition of a head group of a cationic lipid; instead, they would typically consider peer-reviewed sources, such as peer-reviewed journal articles.

33.     I have reviewed WO '380 and have personally worked with the compounds disclosed therein during my postdoctoral fellowship at MIT with Drs. Langer and Anderson.  As an initial matter, in the subsequent journal publications that Dr. Kros relies on (e.g., 2008 Nature Biotech publication discussed below), Drs.

14

Langer and Anderson described the compounds in WO '380 as "lipid-like" and coined the term "lipidoid" to describe the compounds and distinguish them from lipids.  I also referred to these compounds as lipid-like lipidoids when I worked with them, as well as in my own publication, discussed below.  A POSA would not have used publications on "lipid-like" compounds to inform their understanding of the head group of a *cationic lipid*, as those in the art recognized the two as distinct.

34.     Dr. Kros also does not appreciate that the compounds disclosed in WO '380 are not termed "cationic lipids" for a reason.  This is because some in the art considered them to be too dissimilar to cationic lipids (e.g., DOTAP) to be called lipids.  This is why they are called "lipidoids," i.e., lipid-like materials.  For example, I have reproduced below Figure 4 in WO '380, which contains the data to which Dr. Kros refers for some of the specific lipidoids he identified.  These compounds are identified in Figure 4 by the inventors as lipidoids, not cationic lipids:



Figure 4

WO '380 at Fig. 4 (annotated).

35.    Furthermore, of the 750+ lipidoids described in WO '380, Dr. Kros cites to only six as support in his Reply Declaration.  Kros Reply Decl. ¶ 27. Dr. Kros states that these lipidoids effectively delivered RNA *in vitro* (in cell culture).  *Id.* at ¶ 28.   However, a POSA in the field of drug delivery would understand that *in vitro* testing results often do not correlate with *in vivo* results and therefore would give little weight to this data.  Further, Dr. Kros ignores the fact that the overwhelming majority of lipidoids disclosed in WO '380 have protonatable head groups. Taken together, Dr. Kros's reliance on this patent application is

misplaced.  This is because POSAs would not have looked to and relied on it to understand the plain and ordinary meaning of "head group" of a cationic lipid.  Even if they did, the uncertain data for the few compounds Dr. Kros cites would not have changed a POSA's understanding of the plain and ordinary meaning from "a group that may be protonated."

36.     Additionally, the peer-reviewed journal articles Srilakshmi, Martin, and Ramirez-Gordillo (discussed below) all include categorical descriptions of cationic lipids that would be informative to a POSA and defined the head group consistently as cationic or protonatable.  In contrast, the Anderson references Dr. Kros relies on—WO '380, Anderson 2008, and Whitehead 2011 (discussed below)—do not have any such definitional language, and notably they are discussing lipidoids, not cationic lipids.

37.     Accordingly, I disagree that WO '380 would have changed or even informed at all a POSA's understanding of the plain and ordinary meaning of a "head group" of a cationic lipid as being anything other than a group that is protonatable.

**4. Anderson (2008)**

38.     Dr. Kros also relies on Anderson 2008 in his Reply Declaration.  (JCCB Ex. 58); Kros Reply Decl. ¶¶ 29-32.  First, the title of Anderson 2008 is "A Combinatorial Library of *Lipid-like* Materials for Delivery of RNAi Therapeutics." Anderson 2008 describes "a new class of *lipid-like* delivery molecules, termed

*lipidoids*." Anderson 2008 at Abstract (emphasis added). Like WO '380, Anderson 2008 is directed to lipidoids, which would have little relevance to the plain meaning of "head group" of a cationic lipid.

39. Dr. Kros discusses Figure 1(a) from Anderson 2008 and highlights what the Asserted Patents define as "primary groups" nos. 1-38 (20 total). *Id.* at ¶¶ 30-32. Dr. Kros states that a library of lipidoids having these primary groups were screened using *in vitro* testing and he describes the results. *Id.* As mentioned above, however, a POSA would have looked at and focused on the *in vivo* results to better understand the influence of lipidoid chemical structure on efficacy.

40. Notably, Dr. Kros did not discuss the *in vivo* data. Anderson 2008 described that the top seventeen lipidoids from *in vitro* screening were selected for initial *in vivo* testing. Anderson 2008 at 563. The *in vivo* results are shown in Figure 3(a):



18

Anderson 2008 at Figure 3(a).   Anderson 2008 described that seven of these lipidoids mediated significant reduction in serum Factor VII protein levels, i.e., they effectively delivered siRNA.  *Id.* at 563.  On the x-axis of Figure 3(a), these are the seven rightmost lipidoids.  Of note, none of these seven lipidoids were synthesized from any of the 20 primary groups that Dr. Kros relied on from Figure 1(a).

41.    Accordingly, a POSA would not look to Anderson 2008 and understand that the lipidoids identified by Dr. Kros would inform the plain and ordinary meaning of "head group" of a cationic lipid.   To the contrary, Anderson 2008 demonstrates that the lipidoid compounds Dr. Kros relies on were inferior to lipidoids that contain protonatable head groups.  In my opinion, a POSA would not change the definition of "head group" of a cationic lipid based on lipidoid compounds in Anderson 2008 that were ineffective *in vivo*.

**5.  Whitehead (2011)**

42.    Dr. Kros also relies on one of my papers, which was published in 2011 ("Whitehead 2011") (JCCB Ex. 59).  *See* Kros Reply Decl. ¶ 33.  In this paper, I describe research done on some of the same lipid-like lipidoids described in Anderson 2008.  Dr. Kros references the library of lipidoids in the paper.  Kros Reply Decl. ¶ 33.  Dr. Kros states that the amine no. 26 would have a nitrogen central moiety and would not have a protonatable head group when formed as part of a lipidoid.  *Id.* (shown below).

Whitehead 2011 at Fig. 1.  But a POSA looking to the rest of Whitehead 2011 would see that there are no data, *in vitro* or *in vivo*, showing that lipidoids with amine no. 26 were effective, indicating to a POSA that such lipidoids were not good candidates for development.  The lipidoids with the two amine groups that were selected for *in vivo* testing, however, nos. 86 and 98, both included protonatable head groups.  If anything, my paper contains no evidence that lipidoids with amine no. 26 were effective.

43.   A POSA reading my 2011 paper about a small library of lipidoids would not take away that the plain and ordinary meaning of "head group" of a cationic lipid should change.

**6.  Ramirez-Gordillo (2011)**

44.   Dr. Kros criticizes Defendants' citation to a peer-reviewed paper published by Ramirez-Gordillo et al, (JCCB Ex. 21), which describes cationic lipids in 2011.  Dr. Kros argues that the paper's reference to commercially available cationic lipids limits its disclosure.  I disagree.  A POSA reading Ramirez-Gordillo would understand that its disclosure: "Cationic lipids (*such as* Lipofectamine™ 2000 and Metafectene® Pro) all share three structural features: a ***positively charged head group***, a hydrophobic anchor, and a linker between these" (emphasis added) merely references these two commercial cationic lipids as examples.  This is clear from its language "such as."  Instead, a POSA would understand from this disclosure in Ramirez-Gordillo, just like the teachings of Tang and Martin, that all cationic lipids share three structural features, one of which is a "positively charged head group."

45.   Additionally, Dr. Kros criticizes this paper for not being published in a journal focused on drug delivery.  Kros Reply Decl. ¶ 35.  However, Dr. Kros disregards and cannot dispute that the subject of the paper itself is drug delivery.  More specifically, the paper describes a study using "lipid-mediated transfection,"

which is the same technology contemplated by the Asserted Patents. *See* '479 patent at 29:26-28. Thus, Ramirez-Gordillo is clearly relevant to POSAs in the field of cationic lipid development and drug delivery and would have informed the understanding of a head group of a cationic lipid.

46.   Also, Ramirez-Gordillo was published in October 2011, just before the priority date, and shows that Dr. Kros's criticism of Tang's similar disclosure as being from 1999 and not representative of the POSA's knowledge in 2011 is wrong.

## IX.   OPINIONS

47.   A POSA, as of 2011, in light of the intrinsic record, would have understood the "head group" of a cationic lipid to mean "a group that may be protonated."

48.   Dr. Kros tries to rebut this plain and ordinary meaning by pointing to a few newly disclosed references. But, as described above, these references actually support Defendants' construction, not Plaintiff's. The relevant inquiry here is how a POSA understood the term "head group" of a cationic lipid, and the express teachings of Srilakshmi and Martin are consistent: the "head group" is positively charged.

49.   Dr. Kros points to a handful of structures containing what he claims are non-protonatable head groups and protonatable central moieties (as defined by the patents). But compared to the categorical language of those same publications that

teach that the head groups of cationic lipids are protonatable, Dr. Kros's argument is clearly not supported.  Even the references like Srilakshmi and Martin that contain these compounds still use the term "head group" to refer to the positively charged portion of cationic lipids, further showing that a POSA as of the 2011 priority date understood cationic lipid head groups to be protonatable.

50.     As discussed in my Opening Declaration, Tang & Hughes, published in 1999, stated that "all cationic lipid[s] . . . contain . . . a ***positively charged head group***."  (JCCB Ex. 20) (emphasis added); Opening Decl. at ¶ 28.  Martin, published in 2005, demonstrates this same understanding of cationic lipid head groups stating that cationic lipids have "three fundamental constituent parts: ***the cationic head group***, hydrophobic domain, and connecting linker."   Martin at 375 (emphasis added). And in 2011, as stated in Ramirez-Gordillo, POSAs still understood cationic lipid head groups to be positively charged: "Cationic lipids (such as Lipofectamine™ 2000 and Metafectene® Pro) all share three structural features: a ***positively charged head group***, a hydrophobic anchor, and a linker between these." Ramirez-Gordillo at 2 (emphasis added).  These three publications demonstrate that the plain and ordinary meaning of head group of cationic lipids remained constant over these years right up to the 2011 priority date: cationic lipid head groups are positively charged (i.e., protonated/protonatable).

51.    Moreover, as discussed above, Dr. Kros has failed to point to a single reference which teaches that a head group of a cationic lipid is not positively charged.  Instead, each reference he relies on supports Defendants' construction, that a POSA in 2011 understood that the head group of a cationic lipid is positively charged.

52.    Additionally, as discussed in my Opening Declaration, the patents' specification consistently describes and illustrates cationic lipids with protonatable head groups.  While Dr. Kros asserts that the claims of the Asserted Patents recite non-protonatable head groups, it is my understanding that these claims were not drafted until at least 2021.  As such, these claims are not relevant and could not have been considered by a POSA in 2011.  Accordingly, a POSA would understand the head group of a cationic lipid, in light of the patents' specification, and the relevant extrinsic evidence, to mean "a group that may be protonated."

## X.    CONCLUSION

53.    I declare under penalty of perjury pursuant to the laws of the United States of America that the forgoing statements are true and correct.

# APPENDIX 1

**DECLARATION OF KATHRYN WHITEHEAD PH.D. IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION**

**MATERIALS CONSIDERED**

**Asserted Patents**

- U.S. Patent 11,246,933, ALNY-00915595-5868
- U.S. Patent 11,382,979, ALNY-00915869-6120
- U.S. Patent 11,590,229, ALNY-03403725-3980
- U.S. Patent 11,612,657, ALNY-04380898-1155
- U.S. Patent 11,633,479, ALNY-04381156-1404
- U.S. Patent 11,633,480, ALNY-04381405-1667

**Case Documents**

- Claim Construction Order entered August 21, 2023 (Dkt. 109)
- Declaration of Alexander Kros, Ph.D. dated October 6, 2023 (Dkt. 124-1)
- Declaration of Kathryn Whitehead Ph.D. in Support of Defendants' Claim Construction dated October 6, 2023 (Dkt. 125)
- Alnylam's Proposed Claim Constructions dated November 10, 2023
- Defendants' Proposed Claim Constructions dated November 10, 2023
- Reply Declaration of Alexander Kros, Ph.D. dated February 14, 2024
- Proposed Joint Claim Construction Chart dated November 29, 2023 (Dkt. 150)
- Markman Hearing Transcript, January 4, 2024

**References**

- Anderson, D., et al. A combinatorial library of lipid-like materials for delivery of RNAi therapeutics, 26(5) Nature Biotechnology 561-69 (May 2008) (JCCB Ex. 58)
- "Lipid", Britannica Online Encyclopedia, https://www.britannica.com/science/lipid (JCCB Ex. 7)
- Martin, B., et al. The Design of Cationic Lipids for Gene Delivery, 11(3) Current Pharmaceutical Design 375-94 (2005), REF_ALN_00002048-72 (JCCB Ex. 55)
- Molecular Biology of the Cell, pp. 58-61, 115, 618-22 (5th Ed. 2008) (JCCB Ex. 8)
- Daniel Ramirez-Gordillo et al., Optimization of gene delivery methods in *Xenopus laevis* kidney (A6) and Chinese hamster ovary (CHO) cell lines for heterologous expression of Xenopus inner ear genes, 47(9) In Vitro Cellular & Developmental Biology - Animal 640-652 (October 2011) (JCCB Ex. 21)

**DECLARATION OF KATHRYN WHITEHEAD PH.D. IN SUPPORT OF
DEFENDANTS' CLAIM CONSTRUCTION**

**MATERIALS CONSIDERED**

- Srilakshmi, G., et al. Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups, 1559 Biochemica et Biophysica Acta 87-95 (2002) (JCCB Ex. 54)

- Tang, F. and Hughes, J., Synthesis of a Single-Tailed Cationic Lipid and Investigation of its Transfection, 62 J. Controlled Release 345-58 (1999), ALNY-00955148-61 (JCCB Ex. 20)

- Whitehead, K., et al. Synergistic Silencing: Combinations of Lipid-like Materials for Efficacious siRNA Delivery, 19(9) Molecular Therapy 1688-94 (September 2011) (JCCB Ex. 59)

- WO 2006/138380 (JCCB Ex. 56)

Joint Claim Construction Brief

# EXHIBIT 65

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, and BIONTECH MANUFACTURING GMBH,<br><br>Defendants. | Civil Action No. 22-cv-336-CFC<br><br>(CONSOLIDATED) |

**SECOND DECLARATION OF DAVID T. CURIEL, M.D., PH.D.
IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION**

**Table of Contents**

**Page**

I.     INTRODUCTION ...........................................................................1

II.    OPINIONS IN RESPONSE TO THE SECOND RAVETCH
       DECL. .........................................................................................2

       A.     The Lay Person Would Not Have Reasonably Interpreted the
              CDC's 2011 Definition to Require "Full Protection or
              Complete Immunity"..........................................................4

       B.     The POSA Was Aware that Vaccines Do Not Provide "full
              protection or complete immunity" and Would Not Have
              Understood the CDC's 2011 Definition to Require Such
              Features...............................................................................7

       C.     Dr. Ravetch's Additional Responses to My First Declaration
              and the Prior Art Do Not Change My Opinions ..................8

       D.     Dr. Ravetch Does Not Clarify Whether Alnylam's Construction
              Requires a Vaccine to Provide Any Protection..................16

       E.     siRNA Is Not a "Vaccine" or "Part of a Vaccine".............17

III.   CONCLUSION ...........................................................................21

I, David T. Curiel, M.D., Ph.D., have personal knowledge of the matters stated herein and, if called upon to testify as to those matters, I can competently do so.

## I.   INTRODUCTION

1.     I submit this second expert declaration on behalf of Pfizer, Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, and BioNTech Manufacturing GmbH (collectively, "Defendants") to provide my expert opinions in addition to those included in my first declaration ("First Declaration").  Ex. 19.

2.     Specifically, I have been asked to review the Second Declaration of Jeffrey V. Ravetch, M.D., Ph.D. ("Second Ravetch Decl.") (Ex. 35) and respond to the opinions set forth therein regarding the meaning of "vaccine" in U.S. Patent Nos. 11,590,229 (the "'229 patent") and 11,612,657 (the "'657 patent") (collectively, the "Patents-in-Suit").

3.     My qualifications and experience are summarized in Section II of my Opening Declaration, which I incorporate herein by reference, as well as my *curriculum vitae* (D.I. 125-1, Appendix 1).

4.     The opinions expressed in this declaration are based on my personal knowledge and experience in the fields of gene therapy and vaccines.  I have also reviewed the Patents-in-Suit, the parties' proposed constructions, the parties' identification of extrinsic evidence, the Second Ravetch Decl. and exhibits cited

1

therein, as well as the rest of the materials cited in this declaration.  A complete list of the materials I reviewed is attached as Appendix 1.

## II.     OPINIONS IN RESPONSE TO THE SECOND RAVETCH DECL.

5.      As I explained in my First Declaration, the CDC's definition of "vaccine" in 2011 captures the full meaning of "vaccine," which includes the concept that a vaccine must provide immunity, and thus, protection against a disease. Dr. Ravetch does not appear to disagree with my opinion that a vaccine must provide immunity and thus protection against a disease.  Rather, he responds that (1) vaccines do not always confer "*full* protection or *complete* immunity" and (2) the CDC's 2011 definition could be misinterpreted by the jury to require such features.  (Ex. 35 at ¶ 20 (emphases added); *see also id*. at ¶ 16).  First, I never suggested in my First Declaration that vaccines confer "full protection or complete immunity."  And I disagree that the CDC's 2011 definition could be reasonably interpreted by the layperson to require "full protection or complete immunity."  Also, Dr. Ravetch agrees that the person of ordinary skill in the art ("POSA") was well aware that vaccines do not provide "full protection" and "complete immunity" (*see, e.g.*, Ex. 35 at ¶ 16), so the POSA would not have understood the CDC's 2011 definition to the require such absolute features.[1]

---

[1] I understand that the claim terms are to be construed from the perspective of the POSA, not the layperson.

6.      Dr. Ravetch ignores my opinion that it is not clear whether Alnylam's proposed construction requires a vaccine to provide any immunity, and thus, protection against a disease, and takes no position.  Thus, it remains unclear whether Alnylam intends its proposed construction to cover compositions that can stimulate the body's immune response to a disease, but not provide any actual immunity and protection against the disease.  If Alnylam intends for its proposed construction to cover compositions that provide no immunity and thus no protection against a disease, its proposed construction is not only wrong, but it is also inconsistent with the CDC's current definition of "vaccine."

7.      I disagree with Dr. Ravetch's statement that siRNA can be "part of a vaccine."  Of course, siRNA as well as other types of therapeutic products can be administered alongside a vaccine to modulate the function of the vaccine, but that does not mean that such different therapeutic products are "part of the vaccine."  In such combination therapies, the vaccine is the component that stimulates an immune response that is specific to a particular disease, thereby providing protection against that specific disease.  Other therapeutic components that may be administered with a vaccine, such as siRNA, are not capable of stimulating an immune response specific to a particular disease and therefore are neither a vaccine nor "part of a vaccine."

8.      I discuss these issues in more detail in the following sections.

A.    **The Layperson Would Not Have Reasonably Interpreted the CDC's 2011 Definition to Require "Full Protection or Complete Immunity"**

9.      The only issue that Dr. Ravetch raises with respect to the CDC's 2011 definition of vaccine (i.e., Defendants' proposed claim construction) is that it could "mislead the jury" that vaccines "confer full protection or complete immunity."[2] But the CDC's 2011 definition does not reference or otherwise suggest the concepts of "full protection" or "complete immunity"—it simply defines "vaccine" as "a product that ***produces immunity therefore protecting*** the body from the disease." Ex. 27 at 1 (emphasis added).  Nor did I suggest in my First Declaration that the protection provided by a vaccine must be "full" or that the immunity provided by a vaccine must be "complete."   Rather, it is Dr. Ravetch who introduces such erroneous concepts in discussing the CDC's 2011 definition and my opinions.  But Dr. Ravetch does not provide any explanation or rationale for why a layperson would not take the CDC's 2011 definition at face value and instead misinterpret "immunity" to mean "complete immunity" and "protecting" to mean "full protection."   He only speculates that this misinterpretation could be possible.  I disagree that the CDC's

---

[2] Dr. Ravetch also refers to this at times as "100% protection or immunity" or "sterilizing" immunity.

2011 definition of vaccine could reasonably be misinterpreted by the layperson as Dr. Ravetch suggests.

      10.    The statement that Dr. Ravetch attributes to the CDC regarding modifications to the definition of "vaccine" does not change my opinion:[3]

> The CDC told the AP in a statement that it made the language shifts to add detail and increase transparency. "***While there have been slight changes in wording over time to the definition of 'vaccine' on CDC's website, those haven't impacted the overall definition***," the statement said, noting that the previous definition "***could be interpreted to mean that vaccines were 100% effective, which has never been the case for any vaccine***."

Ex. 37 at 2 (emphases added). The statement that the previous definition "***could be interpreted*** to mean that vaccines were 100% effective," does not mean that the CDC understood that the previous definition was, in fact, confusing or ambiguous to the lay public or that it could reasonably be interpreted to require 100% efficacy. *Id.* Rather, it simply shows that in view of the COVID-19 pandemic when vaccines were at the center of the lay public's attention and, unfortunately, the subject of much

---

[3] Although Dr. Ravetch does not cite to any official statement or press release from the CDC, I will treat the statements as an accurate representation of the CDC's view for the purpose of this declaration.

misinformation, the CDC took a conservative approach to change the wording of the definition on its public website.

11.    Also, it is noteworthy that the CDC explained that the "slight changes in wording over time ... ***haven't impacted the overall definition***."   *Id*. (emphasis added).   It is clear from that statement that although the wording of the CDC's definition has changed over time, the meaning of "vaccine" has not.   Thus, the CDC's definition of "vaccine," including its current definition, has always required protection or immunity, just not with 100% efficacy, which as the CDC explained "has never been the case for any vaccine."   *Id*.   Indeed, the AP article that Dr. Ravetch cites for the CDC's statement also reports that John P. Moore, Professor of microbiology and immunology at the Weil Cornell School of Medicine, "explained that the vaccines ***protect against disease***, not against infection."   *Id*. (emphasis added). Similarly, the AP article quotes Dr. Ryan Langlois, a microbiology and immunology professor at the University of Minnesota, on the CDC's modified "vaccination" definition:

> "Their first definition had protection, and ultimately ***that's what a vaccine is supposed to do***," he explained. "Then their second definition used the word 'to generate immunity' which is how the protection is derived. But immunity can be a misleading term, because people think if they're immune it's all or none. Immunity is not that simple and I think that's what they tried to do with their third definition. ***They went back to this protection idea because that's really what vaccines do***."

6

*Id*. at 3 (emphases added).  I agree with Dr. Moore and Dr. Langlois's opinions that a vaccine protects against a disease.

12.    Although there is always a possibility that someone might misinterpret the CDC's 2011 definition or its current definition in various ways, I do not believe that there is a reasonable concern that the layperson would interpret the CDC's 2011 construction to require *full* protection or *complete* immunity.  Again, Dr. Ravetch does not opine that such a misinterpretation is likely, but merely speculates that it is possible.

### B.    The POSA Was Aware that Vaccines Do Not Provide "full protection or complete immunity" and Would Not Have Understood the CDC's 2011 Definition to Require Such Features

13.    I understand that the claim construction analysis is performed from the point of view of the POSA, not the layperson.  It was well known in the field of vaccines that "no vaccine is 100% effective," as Dr. Ravetch opines (Ex. 35 at ¶ 8) and the CDC statement confirms. Ex. 37 at 2.  Although Dr. Ravetch expresses concerns about the layperson's understanding, he does not opine that the POSA would have misunderstood the CDC's 2011 definition to require "full protection or complete immunity."  Rather, Dr. Ravetch's opinion that "a POSA in 2011 would understand that a vaccine would not provide 100% protection or immunity," which I agree with, shows that the POSA would have understood the CDC's 2011 definition to require protection, but not full protection or complete immunity.  Ex.

35 at ¶ 27; *see also id.* at ¶ 16 ("A POSA in 2011 would have known that a vaccine certainly does not always induce complete immunity or provide full protection against the disease in all individuals").  Indeed, the POSA, aware that vaccines do not provide "full protection or complete immunity," would not have understood that the CDC, one of the leading infectious disease and vaccination authorities in the world, defined "vaccine" to require such features.

14.   To summarize, there does not appear to be any disagreement between Dr. Ravetch and myself that the CDC's 2011 definition requires vaccines to confer protection and immunity, but not "full protection or complete immunity."  Again, it goes without saying that vaccines are not 100% effective and that was well understood in the art in 2011, as the CDC itself noted (Ex. 36 at 4) and Dr. Ravetch acknowledges.  Dr. Ravetch and I also agree that the POSA would have known that vaccines are not 100% effective.  Therefore, the POSA would not have understood the CDC's 2011 definition to have such a requirement.

15.   For these reasons, the CDC's 2011 definition of "vaccine," which is Defendants' proposed construction, fully reflects the plain and ordinary meaning of "vaccine" as understood by the POSA at the time.

   **C.   Dr. Ravetch's Additional Responses to My First Declaration and the Prior Art Do Not Change My Opinions**

16.   I would like to address portions of the Second Ravetch Decl. that respond to some of my opinions and the evidence that I rely on in my First

Declaration.  Generally, Dr. Ravetch's responses do not directly address my specific opinions, but rather incorrectly characterize my opinions or raise tangential issues that do not support Alnylam's proposed construction.

17.     I explained in my First Declaration that "a composition that only stimulates an immune response without conferring any immunity or protection ***against a disease*** would not have been considered a 'vaccine.'"  Ex. 19 at ¶ 14 (emphasis added).  Instead of responding directly to my explanation, Dr. Ravetch deflects by stating that I did "not specify that the immune response must be ***against a disease***" and then explains how an immune response must be against a disease. Ex. 35 at ¶ 12 (emphasis added).  Not only did I specifically reference that the "immune response" and "immunity or protection" is "against a disease," but in the context of a vaccine, it goes without saying that an immune response that confers immunity or protection is against a disease.[4]  Ultimately, Dr. Ravetch did not disagree with the accepted principle that a composition that only stimulates an

---

[4] I explain this same concept elsewhere in my first declaration as well.  Ex. 19 at ¶ 21 ("antigens from a pathogen will typically stimulate some level of an immune response against that pathogen when introduced into the body, but this is not necessarily sufficient for immune protection against the pathogen").

immune response without conferring protection against the target disease would not have been considered a vaccine.

18.     I also explained in my First Declaration that "an investigational drug product that does not confer immune protection would not be approved as a vaccine by the FDA or any similar regulatory body in other countries." Ex. 19 at ¶ 14.  Dr. Ravetch does not respond directly to my explanation, but suggests that I opined that a vaccine "requires complete (or sterilizing) immunity" and "approval by the FDA or some other regulatory body," and then disagrees with those concepts.  I said neither of those things.  Rather, I only explained that a candidate vaccine product that does not confer protection against the target disease would not be approved by the FDA.  This shows that a vaccine's ability to provide protection against a disease is the central feature of a vaccine.  Dr. Ravetch did not disagree with this well-accepted principle either.

19.     As with the CDC's 2011 definition, Dr. Ravetch's only response to the multiple scientific and medical dictionary definitions of "vaccine" that I identified is to speculate that those too "***may suggest*** a requirement for complete immunity and/or full protection."  Ex. 35 at ¶ 17 (emphasis added).  But as with the CDC's definition, none of the dictionary definitions reference "full protection" or "complete immunity" or any other similar language suggesting a requirement for 100% efficacy, and Dr. Ravetch does not provide any explanation or rationale for why

10

anyone would misinterpret these definitions in such a manner.  In any case, these technical dictionaries are directed to the POSA and considering that Dr. Ravetch correctly explains that the POSA was aware that vaccines do not provide "full protection or complete immunity" (Ex. 35 at ¶ 16), it is not reasonable that the POSA would have understood those clear definitions to require "full protection" or "complete immunity."

20.     Dr. Ravetch's single dictionary definition from a decade before the priority date—"any suspension containing antigenic molecules derived from a microorganism, given to stimulate an immune response to an infectious disease"— does not change my opinion.  Ex. 35 at ¶ 15.  The POSA would have understood from the entry for "vaccine" that vaccines confer protection against a disease.  For example, the first definition—"1. An infectious liquid ... derived from cowpox lesion, and used ***to prevent and attenuate smallpox in humans***"—makes clear that vaccines provide protection (i.e., "to prevent and attenuate").  Ex. 44 (emphasis added).  The entry for vaccine also explains that "[t]he ideal vaccine should be ***effective***, well-tolerated, easy and inexpensive to manufacture, easy to administer, and easy to store.  *Id.* (emphasis added).  A POSA would understand that the concept of "efficacy" refers to protection.  Also, the entry just prior to "vaccine" defines "vaccination" as "inoculation with any vaccine ... ***to establish resistance*** to a specific infectious disease."  *Id.* (emphasis added).  A POSA would have understand that the

11

concept of "resistance" also refers to protection.  Thus, the overall definition that Dr. Ravetch relies on is more consistent with my opinions and Defendants' proposed construction than his position.

21.     Dr. Ravetch does not challenge that the exemplary prior art articles I referenced in my First Declaration—Burton 2002 (Ex. 31) and Siegrist 2008 (Ex. 32)—discuss vaccines in the context of the protection they confer.  *See, e.g.*, Ex. 31 at 706 ("[n]eutralizing antibodies are crucial for ***vaccine mediated protection against viral diseases***"); Ex. 32 at 17  (vaccines' "***protective efficacy*** is primarily conferred by the induction of antigen-specific antibodies") (emphases added). Rather, Dr. Ravetch explains that those quotes also reference specific types of immune response and concludes that Alnylam's construction "captures this concept."  Ex. 35 at ¶¶ 18-19.  But so does Defendants' construction.   And Defendants' construction also expressly captures the protection that Burton 2002 and Siegrist 2008 discuss, and thus, fully captures the plain and ordinary meaning of "vaccine."  Thus, it remains my opinion that these references support Defendants' proposed construction over Alnylam's proposed construction.

22.     I explained in my First Declaration that "antigens from a pathogen will typically stimulate some level of an immune response against that pathogen when introduced into the body, but this is not necessarily sufficient for immune protection against the pathogen." Ex. 19 at ¶ 21.  Dr. Ravetch responds that "Dr. Curiel does

not explain or provide documentary support for what level or type of immune response would meet his definition to achieve immune protection." Ex. 35 at ¶ 21. As I explained in my First Declaration, the human body has various types of immune responses and a specific vaccine to a specific disease can stimulate one or more of those immune responses to various degrees, thereby providing protection.[5] Ex. 19 at ¶ 14, n.2. There is no single standard "type" or "level" across all vaccines with respect to stimulating an immune response and conferring protection against a disease. But just because different vaccines to different target diseases will differ with respect to the "type" and "level" of immune response and protection, it does not mean that immune response and protection are not defining features of vaccines generally. Even Alnylam's proposed construction does not specify what type or level of immune response is required to satisfy the construction. Nor does Dr. Ravetch "explain or provide documentary support" for what type or level of immune response would meet Alnylam's proposed construction.

23.    Regarding Pfizer's press release, Dr. Ravetch's explains that "[w]hen the word 'protect' or 'protection' is used in the press release, they are equivocal." Ex. 35 at ¶ 24. But the statements that Dr. Ravetch refers to do not relate to whether there *is* protection, but whether the protection provided by the bivalent booster is

---

[5] I also explained that "I use the term "immune response" in my First Declaration to refer generically to any of the body's specific immune responses alone or together." Ex. 19 at ¶ 14, fn. 2.

13

greater than the original vaccine. Ex. 14 at 2 ("a 30-μg booster dose of the Omicron BA.4/BA.5-adapted ***bivalent vaccine may induce a higher level of protection*** against the Omicron BA.4 and BA.5 sublineages ***than the original vaccine.***") (emphasis added). *Id*. Similarly, the statement "[o]ur goal is to provide ***broader immunity*** against COVID-19 caused by SARS-CoV-2, including Omicron and other circulating strains," also refers to the bivalent booster providing broader immunity than the original COVID-19 vaccine. *Id*. (emphasis added). As I explained, the Pfizer press release makes clear that what ultimately matters are the immunity and protection against COVID-19 that the vaccine provides. *See, e.g.*, Ex. 19 at ¶ 23.

24.    Dr. Ravetch's response that "[my] statement 'testing for immune response is much simpler than testing for clinical end points of protection' indicates that testing for immune response against a disease is proper" (Ex. 35 at ¶ 25) ignores that my explanation was in the context of an immune response being used as a proxy for protection where a vaccine had already been shown to actually provide protection, and thus the immune response stimulated by the vaccine had already been correlated with actual protection. Under such circumstances, it is not uncommon to simply test for an immune response in subsequent studies depending on the purpose of the study. In any case, Dr. Ravetch does not explain how my statement, even when taken out of context, supports Alnylam's proposed construction over Defendants' proposed construction.

14

25.    Dr. Ravetch states that "Dr. Curiel identifies sentences in the references I cite that, in fact, support that immune response against the disease is the key attribute for a vaccine."  Ex. 35 at ¶ 26.  It is not clear what Dr. Ravetch means by the "***the key*** attribute."  To the extent Dr. Ravetch is implying that stimulating an immune response against a disease is all that is needed for a vaccine and that providing some protection against the disease is not required, I disagree.  Indeed, a product that stimulates an immune response against a disease without providing any protection against that disease would not be useful as a "vaccine."  Dr. Ravetch also explains that the other references he relied on studied immune responses.  But he leaves out that the entire purpose of investigating immune responses in those studies was to get a better understanding of the immunity and protection provided by the Comirnaty vaccine, as I explained in my First Declaration.  Ex. 19 at ¶ 25.  For example, Dr. Ravetch explains, with regard to Muller 2021, that "[t]he focus is on improving the frequencies of neutralizing antibodies" (Ex. 35 at ¶ 26), but leaves out that the whole purpose of improving the frequencies of neutralizing antibodies was to "ensure ***stronger long-lasting immunity and protection*** against infection."  Ex. 11 at 2065 (emphasis added).  Thus, the post-priority articles that Dr. Ravetch relies on, and which I responded to in my First Declaration, support Defendants' proposed construction.

15

### D.   Dr. Ravetch Does Not Clarify Whether Alnylam's Construction Requires a Vaccine to Provide Any Protection

26.    In my First Declaration, I explained that "[i]t is not clear whether Alnylam's proposed construction, which recites 'stimulating the body's immune response against a disease' requires providing any immune protection against disease." Ex. 19 at ¶ 21. Dr. Ravetch in his First Declaration did not explain whether Alnylam's proposed construction captures products that can stimulate an immune response to a disease, but fail to provide any actual protection against the disease. As I explained in my First Declaration, antigens from a pathogen will typically stimulate some sort of an immune response against the pathogen when introduced into the body, but this will not necessarily result in immune protection against the pathogen. *Id*. Dr. Ravetch did not respond to my opinion or attempt to clarify this ambiguity in Alnylam's proposed construction in the Second Ravetch Decl.

27.    To the extent that Dr. Ravetch and Alnylam contend that Alnylam's proposed construction does *not* require a vaccine to provide any actual protection against a disease, Alnylam's construction is incorrect and also misapplies the CDC's current definition of a vaccine. The CDC statement that Dr. Ravetch relies on makes clear that "[w]hile there have been slight changes in wording over time to the definition of 'vaccine' on CDC's website, ***those haven't impacted the overall definition***." Ex. 37 at 2 (emphasis added). Thus, the CDC's current definition of "vaccine" requires a vaccine to produce immunity thereby protecting the body from

16

the disease, as it always has.  Of course, as discussed above and as the CDC confirms, the CDC definition does not and never did require 100% efficacy, "which has never been the case for any vaccine." *Id.*

28.     Thus, either Alnylam intends for its proposed construction to be the CDC's current definition of "vaccine," in which case it requires the vaccine to provide protection, or its proposed construction does not require any protection, in which case it does not align with the CDC's current definition of "vaccine."

**E.     siRNA Is Not a "Vaccine" or "Part of a Vaccine"**

29.     Dr. Ravetch states:

> Finally, I note that Dr. Curiel does not provide any opinion on whether siRNA can be a part of a vaccine, although Defendants seem to contend that a composition including siRNA would not work as a vaccine. Joint Claim Construction Brief, at 49-50. I disagree. siRNA can be a part of a vaccine.

Ex. 35 at ¶ 28.  I reviewed the paragraphs of the Defendants' Answering Brief discussing mRNA and siRNA that Dr. Ravetch mentions.  *Id.*  Defendants stated that mRNA is the only type of RNA that can be used as a vaccine, as reported in the Leitner *et al.* reference (Ex. 26), and identified siRNA as one example of a different type of RNA[6] that could not be used as a vaccine.  Defendants' statements are correct—mRNA *is* the *only* type of RNA that can be used as a "vaccine."  This is

---

[6] There are many other types of RNA, in addition to siRNA, that cannot be used as vaccines, including for example, microRNA (miRNA), ribosomal RNA (rRNA), transfer RNA (tRNA), small nuclear RNA (snRNA), and antisense RNA (asRNA).

because mRNA is the only type of RNA that can encode and express an antigen from a pathogen to stimulate an immune response that is specific to that pathogen to provide protection against the pathogen.  As Defendants correctly explained, siRNA functions to silence endogenous gene expression and cannot be used to encode and express pathogenic antigens.  Thus, siRNA cannot function as a "vaccine."  Dr. Ravetch does not contest this, nor does he even address this point at all.

30.    Rather, Dr. Ravetch addresses a wholly different issue, opining that "siRNA can be *part of* a vaccine."  I disagree.  To arrive at his opinion, Dr. Ravetch uses a very broad interpretation of the term "vaccine," implying that it covers not only an actual vaccine (i.e., a component that performs the function of a vaccine), but also additional different therapeutic products that could be used in conjunction with a vaccine to improve the vaccine's efficacy.  In particular, the articles that Dr. Ravetch cites to describe various methods of using siRNA products *in combination with* an actual vaccine product to help improve the efficacy of the vaccine product, for example, by modulating immune response pathways.  To be clear, these articles describe the use of siRNA, not as a vaccine, or part of a vaccine, but as a separate therapeutic product for improving the efficacy of vaccination.  In such *combination* therapies, (1) the vaccine is the component that functions to elicit an immune response specific to a particular pathogen, thus providing protection against that pathogen and (2) the siRNA is a separate component introduced into the overall

therapy that generally functions to augment the immune response elicited by the vaccine component. Just because an siRNA product can be administered along with a vaccine to modulate the immune response to a specific disease stimulated by the vaccine product does not mean that it is "part of" the "vaccine."

31.   Dr. Ravetch does not provide any explanation for why or how the siRNA technologies described in the articles he cites are "part of a vaccine." Rather, Dr. Ravetch only highlights certain statements or even just the titles of the articles with no explanation of how those statements support his opinion that siRNA can be "part of vaccine." They do not.

32.   Even Dr. Ravetch's most recent cited article, Liu 2023 (Ex. 52), illustrates this point. Dr. Ravetch quotes and emphasizes portions of the title— "Dual-responsive PEG–lipid polyester ***nanoparticles for siRNA and vaccine delivery*** elicit anti-cancer immune responses by modulating tumor microenvironment"—without describing what is reported in the study. Nor does Dr. Ravetch explain how or why the title teaches that "siRNA is part of a vaccine." It does not, and a review of the article confirms that the authors did not consider siRNA to be "part of a vaccine":

> In this study, dual-responsive PEG-lipid polyester nanoparticles (PEG BR647-NPs) for tumor-targeted delivery were proposed. PEG BR647-NPs containing the ***model tumor-associated antigen (TAA) OVA*** and the ***signal transduction and activator of transcription 3 (STAT3) siRNA*** were delivered to the tumor. The PEG

> BR647-NPs were internalized by tumor associated dendritic cells (TADCs), where the TAA and siRNA were released into the cytoplasm via the endo/lysosome escape effect. The released ***OVA was presented by the major histocompatibility complex class I to activate T cells***, and the released ***STAT3 siRNA acted to relieve TADC dysfunction, promote TADC maturation, improve antigen-presenting ability, and enhance anticancer T cell immunity***.

Ex. 52 at 6619, Abstract (emphasis added).  Here, the authors explain that they delivered two therapeutic components to tumors: (1) "model-tumor associated antigen (TAA) OVA," which is the vaccine component and (2) "signal transduction and activator of transcription 3 (STAT3) siRNA" which is the separate siRNA component.  *Id*.  The authors further explain that the "OVA was presented by the major histocompatibility complex class I to activate T cells" (i.e., the antigen, which is the vaccine component, was presented to T cells to stimulate the immune response) and the "STAT3 siRNA acted to relieve TADC dysfunction, promote TADC maturation, improve antigen-presenting ability, and enhance anticancer T cell immunity" (i.e., the siRNA reduced STAT3 expression, thereby improving the immune response and enhancing anti-cancer immunity).  Also, the authors directly reference the siRNA component as separate from, not "part of," the vaccine—"PEG BR647-NP efficiently delivered the ***vaccine*** and ***STAT3 siRNA*** to the tumor and modulated immunosuppressive TME, which provided better antitumor effects." *Id.*

at 6621.  Neither Liu 2023 nor any of the references Dr. Ravetch relies on supports that siRNA can be "part of a vaccine."

33.     I also disagree with the statement in the Second Ravetch Decl. that "as cited above, as of the 2011 priority date of the patent, siRNA was well known as a component of vaccines."  Ex. 35 at ¶ 29.  This statement is *not* supported by the references Dr. Ravetch cites.  Even putting aside that the prior art references Dr. Ravetch cites do not describe siRNA "as part of a vaccine" (as I explained above), the references report laboratory bench studies that do not show that such combination therapies, including a vaccine product and an siRNA product, could be used successfully in a clinical setting.  To my knowledge, no such FDA-approved combination therapy exists to date, and I am not even aware of any clinical studies investigating such combination therapies.

## III.   CONCLUSION

34.     The Second Ravetch Decl. does not change my opinion that a POSA in 2011 would have understood that a "vaccine" must be capable of conferring immune protection against a disease. Because Defendants' proposed construction—"a product that produces immunity therefore protecting the body from the disease"— recites this feature, it fully captures what the POSA would have understood "vaccine" to mean.  Therefore, it is still my opinion that Defendants' construction is correct.

35.   I reserve the right to supplement or modify this Declaration based on any expert opinions that Plaintiff may later present or information that may be identified during the course of discovery.

36.   If I am called to testify, in connection with my anticipated testimony in this action, I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this Declaration.  I have not yet selected the particular exhibits that might be used.  In addition, I may create or assist in the creation of certain demonstrative evidence to assist me in testifying, and I reserve the right to do so, to further support the positions in this Declaration.

37.   I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing statements are true and correct.


David T. Curiel, M.D., Ph.D.                         3/4/24

Date

22

# APPENDIX 1

**SECOND DECLARATION OF DAVID T. CURIEL, M.D., PH.D.
IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION**

## MATERIAL CONSIDERED

**Patents**

- U.S. Patent No. 11,590,229 dated February 28, 2023

- U.S. Patent No. 11,612,657 dated March 28, 2023

**Case Documents**

- Joint Claim Construction Brief (Alnylam Opening) – vaccine sections dated December 13, 2023

- Joint Claim Construction Brief (Defendants Answering) – vaccine sections dated January 25, 2024

- Declaration of Jeffrey V. Ravetch, M.D., PH.D., dated December 13, 2023 (Joint Claim Construction Brief Exhibit 6)

- Second Declaration of Jeffrey V. Ravetch, M.D., PH.D., dated February 13, 2024 (Joint Claim Construction Brief Exhibit 35) and Joint Claim Construction Exhibits cited therein (Exhibits 36-52)

**References**

- Comirnaty® Prescribing Information dated October 2023 (Joint Claim Construction Brief Exhibit 10)

- Lisa Müller et al., *Age-dependent Immune Response to the Biontech/Pfizer BNT162b2 Coronavirus Disease 2019 Vaccination*, 73 Clinical Infectious Diseases 2065-2072 (2021) ("Miller") (Joint Claim Construction Brief Exhibit 11)

- Diego Fernández-Lázaro et al., *Effectiveness of Comirnaty® Vaccine and Correlates of Immunogenicity and Adverse Reactions: A Single-Cneter Prospective Case Series Study*, 10 Vaccines 1170 (2022) ("Fernández-Lázaro) (Joint Claim Construction Brief Exhibit 12)

24

- Monica Miele et al., *Impaired anti-SARS-CoV-2 humoral and cellular immune response induced by Pfizer-BioNTech BNT162b2 mRNA vaccine in solid organ transplanted patients*, 21 Am. J. Transplant 2919-2921 (2021) ("Miele") (Joint Claim Construction Brief Exhibit 13)

- Press Release, Pfizer and BioNTech Announce Updated Clinical Data for Omicron BA.4/BA.5-Adapted Bivalent Booster Demonstrating Substantially Higher Immune Response in Adults Compared to the Original COVID-19 Vaccine, Pfizer (November 4, 2022) (Joint Claim Construction Brief Exhibit 14)

- Costanza Di Chiara et al., *Stronger and durable SARS-CoV-2 immune response to mRNA vaccines in 5-11 years old children with prior COVID-19*, 42 Vaccine 263-270 (2024) ("Di Chiara") (Joint Claim Construction Brief Exhibit 15)

- CDC, Immunizations: The Basics (Joint Claim Construction Brief Exhibit 16)

- Leitner et al., *DNA and RNA-based vaccines: principles, progress and prospects*, 18(9-10) vaccine 765-777 (1999) ("Leitner") (Joint Claim Consrtuction Brief Exhibit 26)

- CDC, Immunization: The Basics (2011) The Wayback Machine - https://web.archive.org/web/20111204151653/http://www.cdc.gov:80/vaccines/vac-gen/imz-basics.htm (Joint Claim Construction Brief Exhibit 27)

- *Vaccine*, Chambers Dictionary of Science and Technology (Chambers Harrap Publishers Ltd. 2007), (Joint Claim Construction Brief Exhibit 28)

- *Vaccine*, Dictionary of Science (Oxford Univ. Press 6th ed.) (Joint Claim Construction Brief Exhibit 29)

- *Vaccine*, Black's Medical Dictionary (42nd ed. 2010) (Joint Claim Construction Brief Exhibit 30)

- Dennis R. Burton, *Antibodies, viruses and vaccines*, 2 Nat. Rev. Immunol. 706-712 (2002) ("Burton") (Joint Claim Construction Brief Exhibit 31)

- Claire-Anne Siegrist, Vaccine Immunology, Section 1: General aspects of vaccination (2018) ("Siegrist ") (Joint Claim Construction Brief Exhibit 32)

25

Joint Claim Construction Brief

# EXHIBIT 66

CONFIDENTIAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH, <br><br> Defendants. | Civil Action No. 23-578 (CFC) |

## PLAINTIFF ALNYLAM PHARMACEUTICALS, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

Pursuant to the schedule parties have agreed on, Plaintiff Alnylam Pharmaceuticals, Inc. ("Alnylam") hereby provides its Disclosure of Asserted Claims and Infringement Contentions to Defendants Pfizer Inc. and Pharmacia & Upjohn Co. LLC (collectively, "Pfizer Defendants") and BioNTech SE and BioNTech Manufacturing GMBH (collectively, "BioNTech Defendants", together with the Pfizer Defendants, collectively, "Defendants").

Alnylam reserves the right to supplement and/or amend this Disclosure of Asserted Claims and Infringement Contentions as additional documents are produced, depositions are taken, additional facts are ascertained, analyses are made, and contentions are made, or as a result of the Court's determination of issues,

## Preliminary Infringement Chart United States Patent No. 11,590,229[1,2,3]

| | | |
|---|---|---|
| 27. | A vaccine | Defendants' COVID-19 Vaccine made, used, offered for sale, sold under an EUA and under the tradename COMIRNATY®, is a vaccine: |
| | | "Pfizer and BioNTech are developing an investigational vaccine intended to prevent Coronavirus Disease 2019 (COVID-19) caused by the virus, SARS-CoV-2.... referred to as COVID-19 Vaccine (BioNTech code number BNT162, Pfizer code number PF-07302048)." PFI_ALN_01407214 at 217.[4] |

[1] As of April 18, 2023, "the Food and Drug Administration amended the emergency use authorization (EUA) of Pfizer-BioNTech COVID-19 Vaccine, Bivalent to simplify the vaccination schedule for most individuals." *See* https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccines. As a result, the "monovalent Pfizer-BioNTech COVID-19 Vaccine is no longer authorized for use in the United States." *See id.* The extent that Pfizer sold any doses of its COVID-19 Vaccine pursuant to the prior approval for the monovalent doses during the relevant period, those does also infringe, as those doses contain the same lipid compound as the bivalent doses do. *See* Exhibit 40-43. To the extent Pfizer continues to sell monovalent doses manufactured in the United States aboard, those doses also infringe. Alnylam expressly reserves the right to amend this infringement contention to include any additional COVID-19 vaccine that may be approved after the date of service of these contentions.

[2] Discovery is ongoing. Alnylam reserves the right to supplement its infringement contentions with any newly produced documents, including but not limited to updated batch records.

[3] Alnylam reserves the right to supplement these contentions following the production of Defendants' supplemental Biologics License Application (COMIRNATY 2023-2024 Formulation) for individuals 12 years and older approved by the FDA on September 11, 2023. *See* https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-receive-us-fda-approval-2023-2024-covid.

[4] All citations herein are exemplary. Alnylam reserves the right to rely on any portion of the cited documents to support any limitation set forth below.

1

CONFIDENTIAL

| 28 | The vaccine of claim 27, wherein the head group consists of a saturated aliphatic group and a hydroxyl group. | |  Defendants have not identified a noninfringement position on literal infringement of this element during claim construction on the '933 and '979 Patents and in their interrogatory responses in the 22-cv-336 (consolidated) matter. Should Defendants articulate such a position, Alnylam reserves the right to advance a doctrine of equivalents position. *See supra* Claim 27.<br><br>Pfizer's COVID-19 Vaccine is a vaccine that contains a protonatable lipid compound which comprises a head group where the head group consists of a saturated aliphatic group and a hydroxyl group. *See example,* |

CONFIDENTIAL

## Preliminary Infringement Chart for U.S. Patent No. 11,612,657[1,2,3]

| 1. | A pharmaceutical composition: | Defendants' COVID-19 Vaccine made, used, offered for sale, sold under an EUA and under the tradename COMIRNATY®, is a pharmaceutical composition. *See example,* |
|---|---|---|
| | | **HIGHLIGHTS OF PRESCRIBING INFORMATION**<br>**These highlights do not include all the information needed to use COMIRNATY safely and effectively. See full prescribing information for COMIRNATY.**<br><br>COMIRNATY® (COVID-19 Vaccine, mRNA) suspension for injection, for intramuscular use<br>Initial U.S. Approval: 2021 |

---

[1] As of April 18, 2023, "the Food and Drug Administration amended the emergency use authorization (EUA) of Pfizer-BioNTech COVID-19 Vaccine, Bivalent to simplify the vaccination schedule for most individuals." *See* https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccines. As result, the "monovalent Pfizer-BioNTech COVID-19 Vaccine is no longer authorized for use in the United States." *See id.* The extent that Pfizer sold any doses of its COVID-19 Vaccine pursuant to the prior approval for the monovalent doses during the relevant period, those doses also infringe, as those doses contain the same lipid compound as the bivalent doses do. *See* Exhibits 40-43. To the extent Pfizer continues to sell monovalent doses manufactured in the United States aboard, those doses also infringe. Alnylam expressly reserves the right to amend this infringement contention to include any additional COVID-19 vaccine that may be approved after the date of service of these contentions.
[2] Discovery is ongoing. Alnylam reserves the right to supplement its infringement contentions with any newly produced documents, including but not limited to updated batch records.
[3] Alnylam reserves the right to supplement these contentions following the production of Defendants' supplemental Biologics License Application (COMIRNATY 2023-2024 Formulation) for individuals 12 years and older approved by the FDA on September 11, 2023. *See* https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-receive-us-fda-approval-2023-2024-covid.

1

**CONFIDENTIAL**

| | | |
|---|---|---|
| | |  Hydrophobic tails<br><br>Defendants have not identified a noninfringement position on literal infringement of this element during claim construction on the '933 and '979 Patents and in their interrogatory responses in the 22-cv-336 (consolidated) matter. Should Defendants articulate such a position, Alnylam reserves the right to advance a doctrine of equivalents position. |
| 6. | The pharmaceutical composition of claim 5, wherein the pharmaceutical composition is a vaccine. | *See supra* Claim 5.<br><br>Defendants' COVID-19 Vaccine made, used, offered for sale, sold under an EUA and under the tradename COMIRNATY®, is a vaccine. *See* example,<br><br>"Pfizer and BioNTech are developing **an investigational vaccine intended to prevent Coronavirus Disease 2019** (COVID-19) caused by the virus, SARS-CoV-2… **referred to as COVID-19 Vaccine** (BioNTech code number BNT162, Pfizer code number PF-07302048)." PFI_ALN_01407214 at 217. |

208