

mwe.com

Ethan Townsend
Attorney at Law
ehtownsend@mwe.com
+1 302 485 3911

April 15, 2024

The Honorable Colm F. Connolly
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

    *Alnylam Pharmaceuticals, Inc. v. Pfizer Inc.*, C.A. No. 22-336 (CFC) (Consolidated)

Dear Chief Judge Connolly:

The Proposed Order and Averment of Counsel were accidentally omitted with the filing of Alnylam's letter brief requesting leave to amend its infringement contentions in the above captioned matter. D.I. 193. Alnylam is refiling the letter brief, along with the Proposed Order and Averment of Counsel.

We are available at the Court's convenience should Your Honor have any questions.

                Respectfully,

                /s/ *Ethan Townsend*

                Ethan Townsend



The Brandywine Building, 1000 N. West Street, Suite 1400   Wilmington DE 19801   Tel +1 302 485 3900   Fax +1 302 351 8711

US practice conducted through McDermott Will & Emery LLP.