IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH,<br><br>Defendants. | Civil Action No. 22-336-CFC (CONSOLIDATED) |

### [PROPOSED] ORDER GRANTING PLAINTIFF ALNYLAM PHARMACEUTICALS, INC.'S REQUEST FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS

IT IS HEREBY ORDERED that Plaintiff Alnylam Pharmaceutical Inc.'s request for leave to amend its infringement contentions to allege that the accused products include a "head group" that may be protonated at any pH is GRANTED.

SO ORDERED this 16th day of April, 2024

_____
Chief Judge Colm F. Connolly