IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-336 (CFC) |
| | ) | (CONSOLIDATED) |
| PFIZER INC., PHARMACIA & UPJOHN | ) | |
| CO. LLC, BIONTECH SE and BIONTECH | ) | **JURY TRIAL DEMANDED** |
| MANUFACTURING GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants' Second Set of Requests for Admission (Nos. 11-50)*; and (2) *Defendants' Fifth Set of Interrogatories (Nos. 15-23)* were caused to be served on April 22, 2024, upon the following in the manner indicated:

Ethan H. Townsend, Esquire                                            VIA ELECTRONIC MAIL
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE  19801
*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

William G. Gaede, III, Esquire                                         VIA ELECTRONIC MAIL
Anisa Noorassa, Esquire
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA  94105
*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

Sarah Chapin Columbia, Esquire                                      VIA ELECTRONIC MAIL
Sarah J. Fischer, Esquire
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA  02116-5021
*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

| | |
|---|---|
| Ian B. Brooks, Esquire<br>Timothy M. Dunker, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street NW<br>Washington, DC  20003<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Bhanu K. Sadasivan, Ph.D.<br>MCDERMOTT WILL & EMERY LLP<br>650 Live Oak Avenue, Suite 300<br>Menlo Park, CA  94025-4885<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Mandy H. Kim, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>18565 Jamboree Road, Suite 250<br>Irvine, CA  92612-2565<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Alan R. Silverstein* | */s/ Jeremy A. Tigan* |
| Arthur G. Connolly, III (#2667)<br>Alan R. Silverstein (#5066)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE  19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>asilverstein@connollygallagher.com<br><br>OF COUNSEL:<br><br>Sara Tonnies Horton<br>WILLKIE FARR & GALLAGHER LLP<br>300 North LaSalle Drive<br>Chicago, IL  60654<br>(312) 728-9000<br><br>Michael W. Johnson<br>Jennifer Liu<br>Brian W. Frino<br>Dan Constantinescu<br>WILLKIE FARR & GALLAGHER LLP | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>OF COUNSEL:<br><br>Charles B. Klein<br>Claire Fundakowski<br>Jovial Wong<br>Sharon Lin McIntosh<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, D.C.  20036<br>(202) 282-5000 |

787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Co. LLC*

Katherine L. Kyman
Brian L. O'Gara
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Ashley Graham
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

*Attorneys for Defendants BioNTech SE and BioNTech Manufacturing GmbH*

April 22, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Ethan H. Townsend, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| William G. Gaede, III, Esquire<br>Anisa Noorassa, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>415 Mission Street, Suite 5600<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Sarah Chapin Columbia, Esquire<br>Sarah J. Fischer, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>200 Clarendon Street, Floor 58<br>Boston, MA  02116-5021<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Ian B. Brooks, Esquire<br>Timothy M. Dunker, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street NW<br>Washington, DC  20003<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

- 2 -

| | |
|---|---|
| Bhanu K. Sadasivan, Ph.D.<br>MCDERMOTT WILL & EMERY LLP<br>650 Live Oak Avenue, Suite 300<br>Menlo Park, CA  94025-4885<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Mandy H. Kim, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>18565 Jamboree Road, Suite 250<br>Irvine, CA  92612-2565<br>*Attorneys for Plaintiff*<br>*Alnylam Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| */s/ Alan R. Silverstein*<br><br>Alan R. Silverstein (#5066)<br>*Attorneys for Defendants Pfizer Inc.*<br>*and Pharmacia & Upjohn Co. LLC* | */s/ Jeremy A. Tigan*<br><br>Jeremy A. Tigan (#5239)<br>*Attorneys for Defendants BioNTech SE*<br>*and BioNTech Manufacturing GmbH* |