IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 22-336-CFC (consolidated) |
| PFIZER, INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, and BIONTECH MANUFACTURING GMBH, | |
| Defendants. | |

## ORDER

At Wilmington on this Ninth day of August in 2024, it is **HEREBY ORDERED** that the term "vaccine" in the asserted claims of U.S. Patent No. 11,590,229 is limiting.

　　　　　　　　　　　　　　　　　　　*/s/ Colm F. Connolly*
　　　　　　　　　　　　　　　　　　　CHIEF JUDGE