IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.<br><br>Plaintiff,<br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, and BIONTECH MANUFACTURING GMBH,<br><br>Defendants. | Civil Action No. 22-cv-336-CFC<br>(CONSOLIDATED) |

### [PROPOSED] FINAL JUDGMENT

Pursuant to and for the reasons set forth in Plaintiff Alnylam Pharmaceuticals, Inc. ("Alnylam") and Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, and BioNTech Manufacturing GmbH (collectively, "Defendants") July 28, 2025 Stipulation and Joint Motion for Entry of Final Judgment of Non-Infringement ("Stipulation"), the Court:

1. GRANTS Defendants' Motion for Summary Judgment of Noninfringement based on "Cationic Lipid" Limitations (Defendants' Summary Judgment Motion No. 4) (D.I. 299) in light of Alnylam's Unopposed Motion to Stay Pending Case Deadlines and Notice of Non-Opposition to Defendants' Motion for Summary Judgment of Noninfringement Based on "Cationic Lipid" Limitations (Summary Judgment Motion No. 4) (D.I. 448) in view of the Court's Memorandum

and Order dated April 28, 2025 (D.I. 445) denying Alnylam's Motion under *O2 Micro* for Resolution of the Claim Construction Dispute and/or Partial Daubert Motion for Dr. Steven R. Little (D.I. 292).

2.  ENTERS FINAL JUDGMENT of noninfringement of all Asserted Claims of the Patents-in-Suit.

3.  DISMISSES WITHOUT PREJUDICE Defendants' affirmative defenses and counterclaims.

This is a final, appealable judgment.

**IT IS SO ORDERED**.

SO ORDERED this 30th day of July, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE